UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 32 A 9: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., ) ) ) ) Plaintiff, ) ) v. ) ) TOWN OF ROCKLAND, ROCKLAND ) SEWER COMMISSION, GREGORY ) THOMSON and MICHAEL SAUSE, ) ) Defendants. ) ) | Civil No. 04-11131 PBS |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of this Court, Plaintiff Professional Services Group, Inc. states that Plaintiff Professional Services Group, Inc. is a wholly-owned subsidiary of United States Filter Corporation, a privately-held corporation that is a wholly-owned subsidiary of Veolia Environnement, a publicly traded French company.

Respectfully submitted,
PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,

_/s/ Maria R. Durant_
Maria R. Durant (BBO #558906)
David M. Osborne (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

DATED: June 1, 2004

**Dwyer & Collora, LLP**

600 Atlantic Avenue
Boston, Massachusetts 02210-2211
Telephone (617) 371-1000
Fax (617) 371-1037
www.dwyercollora.com

FILED
IN CLERKS OFFICE

2004 MAY 32 A 9: 23
June 1
U.S. DISTRICT COURT
DISTRICT OF MASS.

**David M. Osborne**
(617) 371-1361
dosborne@dwyercollora.com

June 1, 2004

**BY HAND**

Clerk
United States District Court
 for the District of Massachusetts
One Courthouse Way
Boston, MA 02210

    RE:    <u>Professional Services Group, Inc. v. Town of Rockland</u>
             Civ. No. 04-11131 PBS

Dear Sir or Madam:

    Enclosed for filing and docketing please find the Plaintiff's Corporate Disclosure Statement.

    Thank you for your attention to this matter.

                                  Sincerely,

                                  David M. Osborne

Enclosure