AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

FILED IN CLERK'S OFFICE
2004 JUN 10 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

PROFESSIONAL SERVICES
GROUP, INC.
             v.

TOWN OF ROCKLAND, ROCKLAND SEWER
COMMISSION, GREGORY THOMSON
AND MICHAEL SAUSE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **04 11131 PBS**

TO: (Name and address of Defendant)

Town of Rockland
242 Union Street
Rockland, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maria R. Durant
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 28 2004
CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 02, 2004 |
|---|---|---|
| NAME OF SERVER: GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. MARY PAT KASZANEK, TOWN CLERK AND
Duly Authorized Agent for the within-named   TOWN OF ROCKLAND
Said service was made at:
242 UNION STREET, ROCKLAND _____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 39.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/2/04
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737