AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FILED
CLERKS OFFICE
2004 JUN 10 P 1:29
U.S. DISTRICT COURT
DISTRICT OF MASS.

PROFESSIONAL SERVICES
GROUP, INC.

V.

TOWN OF ROCKLAND, ROCKLAND SEWER
COMMISSION, GREGORY THOMSON
AND MICHAEL SAUSE

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04 11131 PBS

TO: (Name and address of Defendant)

Michael Sause
155 Commercial Street
Provincetown, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maria R. Durant
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAY 28 2004
CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | June 02, 2004 |
| NAME OF SERVER  GERARD O'DONNELL JODREY | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at:   155 COMMERCIAL STREET, PROVINCETOWN   , MASSACHUSETTS

☐ Other:  By handing true and attested copies thereof to _____
Duly Authorized Agent for the within-named   _____
Said service was made at:
_____, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| | SERVICE FEE $ 100.00 | Trips | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___June 02, 2004___          *[signature]*
              Date                        Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date     Time     Remarks                                                         FEE
ALSO SERVED: CIVIL ACTION COVER SHEET.                                           $ _____
                                                                                 $ _____
                                                                                 $ _____
                                                                                 $ _____
                                                                                 $ _____
                                                                                 $ _____
                                                                    TOTAL        $ _____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

| | | |
|---|---|---|
| **Suvalle, Jodrey & Associates** | **One Devonshire Place** | Telephone # (617) 720-5733 |
| **Massachusetts Constables since 1925** | **Boston, MA 02109** | Fax #        (617) 720-5737 |