≤AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

PROFESSIONAL SERVICES
GROUP, INC.

V.

TOWN OF ROCKLAND, ROCKLAND SEWER
COMMISSION, GREGORY THOMSON
AND MICHAEL SAUSE

SUMMONS IN A CIVIL ACTION

CASE NUMBER: 04 11131 PBS

TO: (Name and address of Defendant)

Gregory Thomson
790 Liberty Street
Rockland, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maria R. Durant
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA  02210

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  MAY 28 2004

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | June 02, 2004 |
|---|---|---|
| **NAME OF SERVER** GERARD O'DONNELL JODREY | **TITLE** | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____, MASSACHUSETTS

☒ Left copies thereof at the defendant's dwelling or usual place of abode ~~with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were~~ left:

_____

Said service was made at:  **790 LIBERTY STREET, ROCKLAND**, MASSACHUSETTS

☐ Other: By handing true and attested copies thereof to _____

Duly Authorized Agent for the within-named _____

Said service was made at:

_____, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE  $ | 39.00 | Trips | |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/2/04___
Date

Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | **TOTAL** | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**         **One Devonshire Place**         Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   **Boston, MA 02109**             Fax #      (617) 720-5737