UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS
CASE NUMBER: 04-11131 PBS

_____
PROFESSIONAL SERVICES        )
GROUP, INC.                  )
                             )
            Plaintiff        )
                             )
vs.                          )
                             )
TOWN OF ROCKLAND, ROCKLAND   )
SEWER COMMISSION, GREGORY    )
THOMSON and MICHAEL SAUSE    )
                             )
            Defendants       )
_____)

## **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2 (a), please enter my appearance on behalf of the

Defendant, Michael Sause, in the above-captioned matter.

                                                                                  _____
                                                                                  Stephen M. CampoBasso, Esquire
                                                                                  B.B.O. #: 071720
                                                                                  CAMPOBASSO & CAMPOBASSO, P.C.
                                                                                  54 Main Street, P.O. Box 548
                                                                                  Leominster, MA  01453
Dated:  July 13, 2004                         (978) 534-0005