UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF MASSAHUSETTS
CASE NUMBER: 04-11131 PBS

```
_____
PROFESSIONAL SERVICES              )
GROUP, INC.                        )
                                   )
            Plaintiff              )
                                   )
vs.                                )
                                   )
TOWN OF ROCKLAND, ROCKLAND         )
SEWER COMMISSION, GREGORY          )
THOMSON and MICHAEL SAUSE          )
                                   )
            Defendants             )
_____)
```

## ANSWER OF THE DEFENDANT, MICHAEL SAUSE TO THE PLAINTIFF'S COMPLAINT

NOW COMES the Defendant, Michael Sause, and makes Answer to the Plaintiff's Complaint as follows:

1.     The Defendant Michael Sause admits the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2.     The Defendant Michael Sause admits the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3.     The Defendant Michael Sause admits the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4.     The Defendant Michael Sause admits the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5.     The Defendant Michael Sause denies that he resides at 155 Commercial Street, Provincetown, Massachusetts and states that as of October 16, 2003, he resides at 103 Par Haven Drive, Apt. K-11, Dover, Delaware 19904

1

## COUNT I

6.     The allegations contained in Paragraph 6 raise conclusions of law to which no response is required.  To the extent the allegations of Paragraph 6 are construed to contain factual allegations requiring a response, those allegations are denied.

7.     The allegations contained in Paragraph 7 raise conclusions of law to which no response is required.  To the extent the allegations of Paragraph 7 are construed to contain factual allegations requiring a response, those allegations are denied.

## FACTS

8.     The Defendant Michael Sause admits the allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9.     The Defendant Michael Sause admits the allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10.    The Defendant Michael Sause admits the allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11.    The Defendant Michael Sause admits the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12.    The Defendant Michael Sause admits the allegations contained in Paragraph 12 of the Plaintiff's Complaint.

13.    The Defendant Michael Sause denies the allegations contained in Paragraph 13 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

14.    The Defendant Michael Sause denies the allegations contained in the first sentence of Paragraph 14 of the Plaintiff's Complaint and call upon the Plaintiff for proof of same.

The Defendant Michael Sause denies the allegations contained in the second sentence of Paragraph 14 of the Plaintiff's Complaint and call upon the Plaintiff for proof of same.

The Defendant Michael Sause denies the allegations contained in the third sentence of Paragraph 14 of the Plaintiff's Complaint and call upon the Plaintiff for proof of same.

The Defendant Michael Sause admits so much of the fourth sentence of Paragraph 14 as alleges that Sause and Thomson were joint holders on the Wainwright account.

The Defendant Michael Sause admits in part and denies in part that the funds deposited in the Wainwright account were shared, and calls upon the Plaintiff for proof of same.

15. The Defendant Michael Sause denies each and every the allegation contained in Paragraph 15 of the Plaintiff's Complaint and call upon the Plaintiff for proof of same.

16. The Defendant Michael Sause denies the allegations contained in Paragraph 16 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

17. The Defendant Michael Sause admits so much of Paragraph 17 of the Plaintiff's Complaint as it states, "In 2002, the Rockland Police Department began an investigation of Thomson's banking activities."

The Defendant Michael Sause neither admits nor denies that, "The Company cooperated with this investigation as well as the investigations of the District Attorney and the Town."

18. The Defendant Michael Sause neither admits nor denies the allegations contained in Paragraph 18 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

19. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 19 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

20. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 20 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

21. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 21 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

22. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 22 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

23. The Defendant Michael Sause denies each and every allegation contained in Paragraph 23 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

## COUNT I
### Breach of Contract
### (The Town and the Commission)

24. The Defendant Michael Sause incorporates by reference his Answers of all preceding paragraphs as though fully set forth herein.

25. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 25 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

26. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 26 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

27. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 27 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

28. The Defendant Michael Sause denies the allegations contained in Paragraph 28 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

## COUNT II
## Tortious Interference with Contractual Relations
### (The Town)

29. The Defendant Michael Sause incorporates by reference his Answers of all preceding paragraphs as though fully set forth herein.

30. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 30 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

31. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 31 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

32. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 32 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

33. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 33 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

## COUNT III
## Declaratory Judgment
### (The Town and the Commission)

34. The Defendant Michael Sause incorporates by reference his Answers of all preceding paragraphs as though fully set forth herein.

35. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 35 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

36. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 36 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

37. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 37 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

38. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 38 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

39. The Defendant Michael Sause is without sufficient knowledge as to the allegations contained in Paragraph 39 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

## COUNT IV
### Civil Conspiracy
### (Thomson and Sause)

40. The Defendant Michael Sause incorporates by reference his Answers of all preceding paragraphs as though fully set forth herein.

41. The Defendant Michael Sause denies the allegations contained in Paragraph 41 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

42. The Defendant Michael Sause denies the allegations contained in Paragraph 42 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

43. The Defendant Michael Sause denies the allegations contained in Paragraph 43 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

## COUNT V
### Fraud
### (Thomson and Sause)

44. The Defendant Michael Sause incorporates by reference his Answers of all preceding paragraphs as though fully set forth herein.

45. The Defendant Michael Sause denies each and every allegation contained in Paragraph 45 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

46. The Defendant Michael Sause denies the allegations contained in Paragraph 46 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

47. The Defendant Michael Sause denies the allegations contained in Paragraph 47 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

48. The Defendant Michael Sause denies the allegations contained in Paragraph 48 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

49. The Defendant Michael Sause denies the allegations contained in Paragraph 49 of the Plaintiff's Complaint and calls upon the Plaintiff for proof of same.

WHEREFORE, the Defendant Michael Sause requests that this Honorable Court:

1. Dismiss Plaintiff's Complaint

2. Award him his Attorney's Fees and cost for defending this action

3. And for such other relief as this Court may deem fair and just.

MICHAEL R. SAUSE.

By his Attorney,

_____
Stephen M. CampoBasso, Esquire
BBO #: 071720
CAMPOBASSO & BUNNELL, P.C.
54 Main Street, P.O. Box 548
Leominster, MA  01453
Dated:  July 13, 2004          (978) 534-0005

UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS
CASE NUMBER: 04-11131 PBS

_____
PROFESSIONAL SERVICES            )
GROUP, INC.                      )
                                 )
      Plaintiff               )
                                 )
vs.                              )
                                 )
TOWN OF ROCKLAND, ROCKLAND       )
SEWER COMMISSION, GREGORY        )
THOMSON and MICHAEL SAUSE        )
                                 )
      Defendants              )
_____)

## CERTIFICATE OF SERVICE

I, Stephen M. CampoBasso, hereby certify that on the 13th day of June, 2004, I served the following

    1.    Answer of the Defendant Michael Sause to the Plaintiff's Complaint
    2.    Certificate of Service

on the Plaintiff, Professional Services Group, Inc., by mailing, first class mail, postage prepaid, to their counsel of record as follows:

        David M. Osborne, Esquire
        Dwyer & Collora, LLP
        Federal Reserve Place
        600 Atlantic Avenue, 12th Floor
        Boston, MA 02210

        _____
        Stephen M. CampoBasso