UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11131-PBS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON AND MICHAEL SAUSE, <br><br> Defendants | DEFENDANTS TOWN OF ROCKLAND'S AND ROCKLAND SEWER COMMISSION'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Now come the Defendants Town of Rockland and Rockland Sewer Commission (collectively, the "Town") in the above-captioned matter and hereby move for an extension of time until July 14, 2004 to file a response to Plaintiff's Complaint. (The Town's Answer, Counterclaim, and Crossclaim against Michael Sause is submitted herewith.) As grounds for this motion, the Town submits that it has been seeking counsel to represent it in this matter as of the date of the filing of the Complaint. For this reason, additional time was needed to prepare a proper response to the Complaint. Counsel for the Plaintiff, Attorney David Osborne, has been conferred with regarding the instant motion and has kindly given her assent to the allowance of the same.

| ASSENTED TO:<br>PLAINTIFF, | DEFENDANTS TOWN OF ROCKLAND<br>AND ROCKLAND SEWER COMMISSION, |
|---|---|
| By its attorney, | By their attorneys, |
| *David M. Osborne /RTH* | *Richard Bowen* |
| David M. Osborne (BBO #564840) | Richard Bowen (BBO# 552814) |
| Dwyer & Collora, LLP | Richard T. Holland (BBO# 632661) |
| Federal Reserve Plaza | Kopelman and Paige, P.C. |
| 600 Atlantic Avenue, 12th Floor | 31 St. James Avenue |
| Boston, MA 02210 | Boston, MA 02116 |
|  | (617) 556-0007 |

225784/ROCK/0054

## CERTIFICATE OF SERVICE

I, Richard T. Holland, hereby certify that on the below date, I served copies of the foregoing Assented to Motion to Extend Time to Respond to Plaintiff's Complaint and Answer of Defendants Town of Rockland and Rockland Sewer Commission, by mailing copies of same, postage prepaid, to the following parties/counsel of record:

1. Maria R. Durant, Esq. (Plaintiff)
   David M. Osborne, Esq.
   Dwyer & Collora, LLP
   Federal Reserve Plaza
   600 Atlantic Avenue, 12th Floor
   Boston, MA 02210

2. Michael Sause (Defendant)
   155 Commercial Street
   Provincetown, MA 02657

3. Gregory Thomson (Defendant)
   790 Liberty Street
   Rockland, MA 02370

Dated: 7-14-04

_____
Richard T. Holland

225784/ROCK/0054