UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON AND MICHAEL SAUSE, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. <br> ) 04-11131-PBS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned for the defendants/plaintiffs-in-counterclaim Town of Rockland and Rockland Sewer Commission.

DEFENDANTS/PLAINTIFFS-IN-COUNTERCLAIM

TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION

By their attorney,


/s/  Joanne D'Alcomo
_____
Joanne D'Alcomo
BBO #544177
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500