UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                   )
PROFESSIONAL SERVICES              )
GROUP, INC.,                       )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )   Civil No. 04-11131-PBS
TOWN OF ROCKLAND, ROCKLAND         )
SEWER COMMISSION, GREGORY          )
THOMSON and MICHAEL SAUSE,         )
                                   )
            Defendants.            )
_____)
                                   )
TOWN OF ROCKLAND, ROCKLAND         )
SEWER COMMISION,                   )
                                   )
            Plaintiffs-in-Counterclaim )
            and Crossclaim         )
                                   )
v.                                 )
                                   )
PROFESSIONAL SERVICES              )
GROUP, INC.,                       )
                                   )
            Defendant-in-Counterclaim, )
                                   )
and                                )
                                   )
MICHAEL SAUSE,                     )
                                   )
            Crossclaim Defendant   )
_____)
```

**<u>JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)</u>**

Professional Services Group, Inc. ("PSG"), Town of Rockland, (the "Town"),

Rockland Sewer Commission (the "Sewer Commission") and Michael Sause ("Sause"),

parties to the above-captioned action,[1] submit the following joint statement pursuant to Local Rule 16.1(D).

I.   **DISCOVERY AND MOTION SCHEDULE**

    A.   **Discovery**

        All discovery will be completed on or before July 1, 2005.

        It is the position of the Town and the Sewer Commission that, because of the complex, fact-intensive nature of this case, the span of time involved and the number of individuals who are likely to have knowledge of the facts, the Town and the Sewer Commission may need as many as 14 depositions, not including keepers of the records.  PSG does not assent to this number of depositions at this time, but may assent if in the course of discovery the Town and the Sewer Commission make a showing of need for more than 10 depositions and seek leave of the Court.  Sause assents to the number of depositions proposed by the Town and the Sewer Commission.

        PSG and Sause reserve the right to move for leave to take more than 10 depositions if during discovery they determine that additional depositions are necessary.

        PSG's expert reports, if any, to be provided by August 1, 2005.

        The Town, the Sewer Commission and Sause's expert reports, if any, to be provided by September 1, 2005.

        Expert depositions, if any, shall be completed by September 30, 2005.

    B.   **Summary Judgment**

        1.   Motions for summary judgment, if any, will be filed on or before October 31, 2005.

        2.   Oppositions, if any, will be filed within thirty (30) days after service of the motion for summary judgment.

        3.   Replies, if any, will be filed within fourteen (14) days after service of the opposition.

        4.   Surreplies, if any, will be filed within fourteen (14) days after service of the reply.

---

[1] Defendant Gregory Thompson has not appeared in the action.

2

**II.    MAGISTRATE JUDGE**

The parties do not consent to have this case referred to a magistrate judge.

**III.   CERTIFICATIONS**

The required certifications are attached hereto at Exhibit A or will be submitted to the Court at the time of the scheduling conference.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,


/s/Maria R. Durant_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000


TOWN OF ROCKLAND and
ROCKLAND  SEWER COMMISSION,
By their attorneys,


/s/Joanne D'Alcomo_____
Joanne D'Alcomo (BBO # 544177)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

        MICHAEL SAUSE,
        By his attorney,


        <u>/s/Stephen M. CampoBasso</u>
        Stephen M. CampoBasso (BBO #  071720)
        CAMPOBASSO & BUNNELL PC
        P.O. Box 548
        54 Main Street
        Leominster, MA 01453
        (978) 534-0005

DATED:  September 1, 2004

5

**CERTIFICATE OF SERVICE**

      I, Maria R. Durant, hereby certify that, on this 1st day of September, 2004, I caused the foregoing document to be served by first class mail, postage pre-paid, on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; and Stephen M. CampoBello, Esq., counsel for Michael Sause, at CampoBasso & Bunnell PC, P.O. Box 548, 54 Main Street, Leominster, MA 01453.

                                                /s/Maria R. Durant_____
                                                Maria R. Durant