RECEIVED
Clerk's Office
USDC, Mass.
Date 9/1/04
By M.P.
Deputy Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.                                     U.S. DISTRICT COURT
                                                 C.A. NO. 04-11131-PBS

PROFESSIONAL SERVICES
GROUP, INC.,

   Plaintiff                                     MOTION FOR LEAVE OF COURT
                                                 PURSUANT TO L.R. 83.5.2(c) TO
v.                                               WITHDRAW AS COUNSEL FOR
                                                 DEFENDANTS TOWN OF
TOWN OF ROCKLAND, ROCKLAND                       ROCKLAND AND ROCKLAND
SEWER COMMISSION, GREGORY                        SEWER COMMISSION
THOMSON and MICHAEL SAUSE,

   Defendants.

Now come the undersigned, Richard T. Holland and Richard Bowen ("defense counsel"), and hereby move pursuant to L.R. 83.5.2(c) for leave of Court to withdraw their appearance on behalf of defendants Town of Rockland and Rockland Sewer Commission in this matter. The proposed Notice of Withdrawal of Appearance is attached hereto.

As grounds therefor, defense counsel states that defendants Town of Rockland and Rockland Sewer Commission have obtained Attorney Joanne D'Alcomo of Jager Smith P.C. ("successor counsel") to represent them in this matter. Successor counsel filed a Notice of Appearance on August 24, 2004.

As of the date of this motion, a scheduling conference is set for September 8, 2004.

WHEREFORE, defense counsel respectfully requests that the Court allow their withdrawal as attorneys for defendants Town of Rockland and Rockland Sewer Commission.

Respectfully submitted,

_____
Richard Bowen (BBO# 552814)

_____
Richard T. Holland (BBO# 632661)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

230162/ ROCK/0054