RECEIVED
Clerk's Office
USDC, Mass.
Date 9/1/04
By M.P.
Deputy Clerk

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

U.S. DISTRICT COURT
C.A. NO. 04-11131-PBS

PROFESSIONAL SERVICES
GROUP, INC.,

Plaintiff

v.

TOWN OF ROCKLAND, ROCKLAND
SEWER COMMISSION, GREGORY
THOMSON and MICHAEL SAUSE,

Defendants.

NOTICE OF WITHDRAWAL
OF APPEARANCE

The undersigned, Richard T. Holland and Richard Bowen, pursuant to L.R. 83.5.2(c), file this Notice of Withdrawal on behalf of defendants Town of Rockland and Rockland Sewer Commission. The undersigned have filed the accompanying Motion For Leave of Court Pursuant To L.R. 83.5.2(C) to Withdraw As Counsel for Defendants Town of Rockland and Rockland Sewer Commission. Successor Counsel has filed a Notice of Appearance on behalf of said defendants.

Richard Bowen (BBO# 552814)

Richard T. Holland (BBO# 632661)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Dated: 8-31-04

230068/ROCK/0054

## CERTIFICATE OF SERVICE

I, Richard T. Holland, hereby certify that on the below date, I served copies of the foregoing (1) Motion For Leave of Court Pursuant To L.R. 83.5.2(C) to Withdraw As Counsel for Defendants Town of Rockland and Rockland Sewer Commission and (2) Notice of Withdrawal of Appearance, by mailing copies of same, postage prepaid, to the following parties/counsel of record:

Maria R. Durant, Esq.
David M. Osborne, Esq.
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210

Stephen M. CampoBasso, Esq.
CampoBasso & CampoBasso
54 Main Street
P.O. Box 548
Leominster, MA 01453

Joanne D'Alcomo, Esq.
Jager Smith P.C.
1 Financial Center
Boston, MA 02111

Gregory Thomson (Defendant)
790 Liberty Street
Rockland, MA 02370

Dated: 8-31-04

Richard T. Holland