UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Professional Services Group, Inc.
        Plaintiff,         CIVIL ACTION
                           NO.  04-11131-PBS
   v.

Town of Rockland, et al
        Defendants.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                                September 8, 2004

     The Scheduling Conference previously scheduled for September 8, 2004, has been **rescheduled** to **September 15, 2004, at 10:00 a.m.**

                                By the Court,

                                ./s/ Robert C. Alba
                                Deputy Clerk

Copies to: All Counsel

resched.ntc