UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS
CASE NUMBER: 04-11131 PBS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC. | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) ) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE | ) ) ) ) |
| Defendants | ) ) |

**MOTION TO CONTINUE**
**<u>SCHEDULING CONFERENCE</u>**

     NOW COMES Stephen M. CampoBasso, counsel for the Defendant, Michael Sause, and pursuant to Local Rule 40.3 (a), respectfully requests that the Court continue the Scheduling Conference scheduled for Wednesday, September 15, 2004 at 10:00 A.M. to another mutually convenient date and time to be assigned by the Court.

     As grounds therefore, Attorney CampoBasso states that:

     1.    On Tuesday, September 7, 2004, Attorney CampoBasso had a surgical procedure performed.

     2.    Due to the nature of the surgery, Attorney CampoBasso was required to undergo a second surgical procedure on Wednesday, September 8, 2004.

     3.    Attorney CampoBasso is still recuperating.

     4.    Upon advise of his surgeon, Attorney CampoBasso is not allowed to drive and/or appear in Court.

     5.    For the above reasons, Attorney CampoBasso is not available on Wednesday, September 15, 2004 for the Scheduling Conference.

     6.    This request for a continuance has been communicated to counsel of record who assent to the filing of this Motion.

WHEREFORE, counsel for the Defendant requests the Court to continue the Scheduling Conference scheduled for Wednesday, September 15, 2004, at 10:00 A.M. to another mutually agreeable date and time assigned by the Court.

    Respectfully submitted,

    MICHAEL SAUSE,

    By his Attorney,

    _____
    Stephen M. CampoBasso, Esquire
    B.B.O. #: 071720
    CAMPOBASSO & CAMPOBASSO, P.C.
    54 Main Street, P.O. Box 548
    Leominster, MA  01453

Dated:  September 13, 2004    (978) 534-0005

    ASSENTED TO:

    PROFESSIONAL SERVICES
    GROUP, INC.

    By its Attorney,

    /s/ Maria R. Durant_____
    Maria R. Durant, Esquire
    BBO #: 558906
    David M. Osborn, Esquire
    BBO #: 564840
    DWYER & COLLORA, LLP
    Federal Reserve Plaza
    600 Atlantic Avenue, 12th Floor
    Boston, MA  02110
    (617) 371-1000

    TOWN OF ROCKLAND and
    ROCKLAND SEWER COMMISSION

By their Attorney,

/s/ Joanne D'Alcomo
Joanne D'Alcomo, Esquire
BBO #: 544177
JAGER SMITH P.C.
One Financial Plaza
Boston, MA  02111
(617) 951-0500

Case 1:04-cv-11131-PBS   Document 18   Filed 09/13/2004   Page 3 of 3