UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE, <br><br> Defendants. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSE, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

FILED
[CLERK']S OFFICE

2004 SEP 10 P 3: 14

U.S. DISTRICT COURT
DISTRICT OF MASS

## DEFENDANTS TOWN OF ROCKLAND'S AND ROCKLAND SEWER COMMISSION'S ASSENTED-TO MOTION TO AMEND ANSWER, COUNTERCLAIM AND CROSS-CLAIM TO ADD JURY DEMAND

Defendants/Plaintiffs-in-Counterclaim and Cross-Claim hereby move to amend their answer, counterclaim, and cross-claim by adding a jury demand for all issues so triable. The plaintiff/defendant in counterclaim Professional Services Group, Inc. and the defendant/defendant-in-crossclaim Michael Sause have assented to this motion.

Respectfully submitted,

TOWN OF ROCKLAND and
ROCKLAND SEWER COMMISSION,
By their attorneys,

Joanne D'Alcomo (BBO # 544177)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500


ASSENTED TO:

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,

\* David M. Osborne (BBO # 564840)
Maria R. Durant (BBO # 558906)
DWYER & COLLORA LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

MICHAEL SAUSE,
By his attorney,

\* _/s/ Stephen M. CampoBasso (JDA)_
Stephen M. CampoBasso (BBO # 071720)
CAMPOBASSO & BUNNELL PC
P.O. Box 548
54 Main Street
Leominster, MA 01453
(978) 534-0005

\*Per Telephone Authorization

CERTIFICATE OF SERVICE

I hereby certify that I forwarded a copy of the foregoing document to all interested parties, by mailing a copy of same, first-class mail, postage prepaid and directed to: David M. Osborne, Esq., Dwyer & Collora LLP, 600 Atlantic Avenue, 12th Floor, Boston, MA 02210 and Stephen M. CampoBasso, Esq., P.O. Box 548, 54 Main Street, Leominster, MA 01453.

Date of Service: September 9, 2004

_/s/ Joanne D'Alcomo_
Joanne D'Alcomo

JS PCDocs #47924\1                              3