# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISION, | ) ) ) ) | |
| Plaintiffs-in-Counterclaim and Crossclaim | ) ) ) | Civil No. 04-11131-PBS |
| v. | ) ) | |
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Defendant-in-Counterclaim, | ) ) | |
| and | ) ) | |
| MICHAEL SAUSE, | ) ) | |
| Crossclaim Defendant | ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Sara E. Noonan of Dwyer & Collora, LLP, as additional counsel on behalf of Professional Services Group, Inc. in the above-captioned matter.

Respectfully, submitted,
**Professional Services Group, Inc.**
By its attorneys


_____/s/Sara E. Noonan_____
Maria R. Durant (BBO # 558906)
David M. Osborne (BBO # 564840)
Sara E. Noonan (BBO # 645293)
Dwyer & Collora, LLP
600 Atlantic Avenue
Boston, MA 02210-1122

Dated: October 5, 2004

**CERTIFICATE OF SERVICE**

I, Sara E. Noonan, hereby certify that, on this 5th day of October, 2004, I caused the foregoing document to be served either electronically or by hand on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; and Stephen M. CampoBasso, Esq., counsel for Michael Sause, at CampoBasso & Bunnell PC, P.O. Box 548, 54 Main Street, Leominster, MA 01453.

/s/Sara E. Noonan_____
Sara E. Noonan