UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                )
PROFESSIONAL SERVICES           )
GROUP, INC.,                                  )
                                                )
       Plaintiff,                        )
                                                )
v.                                              )
                                                )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION, GREGORY )
THOMSON and MICHAEL SAUSE, )
                                                )
       Defendants.                   )
_____)
                                                )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISION,                    )
                                                )
       Plaintiffs-in-Counterclaim  )     Civil No. 04-11131-PBS
       and Crossclaim            )
                                                )
v.                                              )
                                                )
PROFESSIONAL SERVICES           )
GROUP, INC.,                                  )
                                                )
       Defendant-in-Counterclaim, )
                                                )
and                                             )
                                                )
MICHAEL SAUSE,                         )
                                                )
       Crossclaim Defendant    )
_____)

**LOCAL RULE 16.1(D)(3) CERTIFICATION**
**OF PROFESSIONAL SERVICES GROUP, INC.**

      The undersigned hereby certify pursuant to Local Rule 16.1(D)(3) that they have

conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

PROFESSIONAL SERVICES GROUP, INC.,

___/s/ Robert L. Arendell_____
By: Robert L. Arendell, Senior Counsel


___/s/ Sara E. Noonan_____
Maria R. Durant (BBO # 558906)
David M. Osborne (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

DATED: October 5, 2004

**CERTIFICATE OF SERVICE**

I, Sara E. Noonan, hereby certify that, on this 5th day of October, 2004, I caused the foregoing document to be served either electronically or by hand on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; and Stephen M. CampoBasso, Esq., counsel for Michael Sause, at CampoBasso & Bunnell PC, P.O. Box 548, 54 Main Street, Leominster, MA 01453.

/s/Sara E. Noonan_____
Sara E. Noonan