UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP
Plaintiff,

V.                                                                          Civil Action Number
                                                                            04-11131-PBS

TOWN OF ROCKLAND, ET AL
Defendant.                                                                  October 5, 2004

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 7/1/05

Plaintiff's expert designation deadline:8/1/05

Defendant's expert designation deadline: 9/1/05

Expert discovery deadline: 9/30/05

Summary Judgment Motion filing deadline: 8/1/05

Opposition to Summary Judgment Motions: 9/1/05
Reply: 9/15/05
Sur-Reply: 9/29/05

Hearing on Summary Judgment or Pretrial Conference: 11/8/05 at 2:00 p.m.

Case to be referred to Mediation program: Spring, 2005

                                                                By the Court,

                                                                /s/ Robert C. Alba
                                                                Deputy Clerk