UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PROFESSIONAL SERVICES                       )
GROUP, INC.,                                )
                                            )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )
TOWN OF ROCKLAND, ROCKLAND                  )
SEWER COMMISSION, GREGORY                   )
THOMSON and MICHAEL SAUSE,                  )
                                            )
        Defendants.                         )
_____)
                                            )
TOWN OF ROCKLAND, ROCKLAND                  )
SEWER COMMISION,                            )
                                            )
        Plaintiffs-in-Counterclaim          )    Civil No. 04-11131-PBS
        and Crossclaim                      )
                                            )
v.                                          )
                                            )
PROFESSIONAL SERVICES                       )
GROUP, INC.,                                )
                                            )
        Defendant-in-Counterclaim,          )
                                            )
and                                         )
                                            )
MICHAEL SAUSE,                              )
                                            )
        Crossclaim Defendant                )
_____)

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Professional Services Group, Inc. ("PSG") and Defendants Town of Rockland and Rockland Sewer Commission ("Rockland") jointly move for the Court to amend the Scheduling Order in this action as follows:

Fact discovery due by December 2, 2005

Plaintiff's expert designation deadline: January 3, 2006

Defendants' expert designation deadline: February 3, 2006

Expert discovery deadline: March 3, 2006

Summary judgment motions due by December 2, 2005

Oppositions due by January 3, 2006

Reply due by January 16, 2006

Sur-Replies due by January 30, 2006

Hearing on Summary Judgment or Pretrial Conference to be set at Court's convenience

As grounds for this motion, the parties state that the mediation ordered by the Court was delayed due to the death of counsel for Defendant Michael Sause ("Mr. Sause"). Although it was initially unclear whether Mr. Sause would retain successor counsel, he recently informed counsel for the Town that he will proceed without counsel for now. PSG and the Town have agreed upon a mediator and anticipate mediating the case as soon as schedules permit. Mr. Sause has expressed no opinion with regard to the mediator.

Mr. Sause has indicated that he has no position on this motion.[1]

---

[1] Defendant Gregory Thomson has not appeared in this action.

2

WHEREFORE, PSG and the Town request that this Court amend the Scheduling Order as set forth in this motion.

        Respectfully submitted,

        PROFESSIONAL SERVICES GROUP, INC.,
        By its attorneys,


        /s/Maria R. Durant_____
        Maria R. Durant (BBO # 558906)
        David M. Osborne  (BBO # 564840)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA  02210
        (617) 371-1000


        TOWN OF ROCKLAND and
        ROCKLAND  SEWER COMMISSION,
        By their attorneys,


        /s/Joanne D'Alcomo_____
        Joanne D'Alcomo (BBO # 544177)
        JAGER SMITH P.C.
        One Financial Center
        Boston, MA 02111
        (617) 951-0500

DATED:  June 24, 2005

## RULE 7.1(A)(2) CERTIFICATION

I, David M. Osborne, hereby certify that a conference occurred with Defendant Michael Sause in a good faith effort to resolve or narrow the issues in this motion and that Mr. Sause states that he has no position on the motion.

/s/David M. Osborne_____
David M. Osborne


## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that, on this 24th day of June, 2005, I caused the foregoing document to be served by first class mail, postage pre-paid, on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; and Michael Sause, 103 Par Haven Drive, Apt. K-11, Dover, Delaware 19904.

/s/David M. Osborne_____
David M. Osborne