UNITED STATES DISTRICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS
CASE NUMBER: 04-11131 PBS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC. <br>            Plaintiff <br><br>    vs. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE <br>            Defendants | ) ) ) ) ) ) ) ) ) ) ) |
| TOWN OF ROCKLAND. ROCKLAND SEWER COMMISSION, <br>            Plaintiffs-in-Counterclaim <br>            and Crossclaim, <br><br>    vs. <br><br> PROFESSIONAL SERVICES GROUP, INC. <br>            Defendant-in-Counterclaim, <br><br>    and <br><br> MICHAEL SAUSE, <br>            Crossclaim Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## MOTION TO WITHDRAW AS COUNSEL
## FOR THE DEFENDANT, MICHAEL SAUSE

    Now comes Stephen M. CampoBasso, appointed counsel for the Defendant, Michael Sause, and respectfully requests that this Honorable Court allow him to withdraw as counsel for the Defendant.

In support of said Motion, Attorney CampoBasso states that the Defendant has requested that he withdraw as counsel and has indicated that he will be representing himself in this matter.

Stephen M. CampoBasso, Esquire
BBO #: 071720
CAMPOBASSO & CAMPOBASSO, P.C.
54 Main Street, P. O. Box 548
Leominster, MA 01453

Dated:  December 6, 2004                (978) 534-0005