UNITED STATE OF AMERICA
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04-11131 PBS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC.<br>       Plaintiff<br><br>vs.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| TOWN OF ROCKLAND. ROCKLAND SEWER COMMISSION,<br>       Plaintiffs-in-Counterclaim and Crossclaim,<br><br>vs.<br><br>PROFESSIONAL SERVICES GROUP, INC.<br>       Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSE,<br>       Crossclaim Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF SERVICE**

I, Peter A. CampoBasso, hereby certify that on the 14th day of October, 2005, I served the following:

1. Notice to Withdraw as Counsel for Defendant, Michael Sause; and
2. Certificate of Service

on the Plaintiff, Professional Services Group, Inc., by mailing, first class mail, postage prepaid, to its counsel of record as follows:

> David M. Osborne, Esquire
> Maria R. Durant, Esquire
> Dwyer & Collora, LLP
> Federal Reserve Place
> 600 Atlantic Avenue, 12th Floor
> Boston, MA 02210

And on the Defendants, the Town of Rockland and Rockland Sewer Commission, by mailing, first class mail, postage prepaid, to their counsel of record as follows:

> Richard P. Bowen, Esquire
> Richard Thomas Holland, Esquire
> Kopelman & Paige, P.C.
> 31 St. James Avenue, 7th Floor
> Boston, MA 02116
>
> Howard P. Blatchford, Jr.
> Joanne D'Alcomo, Esquire
> Jager Smith, P.C.
> One Financial Center
> Boston, MA 02111

/s/ Peter A. CampoBasso, Esquire