UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NUMBER: 04-11131 PBS

| | |
|---|---|
| PROFESSIONAL SERVICES GROB, INC.<br>       Plaintiff<br><br>vs.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| TOWN OF ROCKLAND. ROCKLAND SEWER COMMISSION,<br>       Plaintiffs-in-Counterclaim and Crossclaim,<br><br>vs.<br><br>PROFESSIONAL SERVICES GROUP, INC.<br>       Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSE,<br>       Crossclaim Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE TO WITHDRAW AS COUNSEL
FOR THE DEFENDANT, MICHAEL SAUSE**

Now comes Peter A. CampoBasso, on behalf of Stephen M. CampoBasso, appointed counsel for the Defendant, Michael Sause, and respectfully requests that this

Honorable Court allow him to withdraw Stephen M. CampoBasso as counsel for the Defendant for the following reasons:

1. Stephen M. CampoBasso died tragically on February 7, 2005.
2. Stephen M. CampoBasso prepared a Motion to Withdraw as Counsel, signed by him on December 6, 2004, that was never filed with the Court, which is enclosed.
3. No motions are pending before the Court.
4. No trial date has been set.
5. Peter A. CampoBasso states that the Defendant, Michael Sause, has requested that he withdraw as counsel and has indicated that he will be representing himself in this matter.

WHEREFORE, Peter A. CampoBasso respectfully requests that his Honorable Court allow him to withdraw the Appearance of Stephen M. CampoBasso as attorney for the Defendant, Michael Sause.

Peter A. CampoBasso, Esquire
BBO #: #: 548394
The Law Office of Peter A. CampoBasso, P.C.
Scanlon Building
Three Park Street, 3rd Floor
Leominster, MA  01453
(978) 534-0005

Dated: October 14, 2005