UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
PROFESSIONAL SERVICES                       )
GROUP, INC.,                                )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
TOWN OF ROCKLAND, ROCKLAND                  )
SEWER COMMISSION, GREGORY                   )
THOMSON and MICHAEL SAUSE,                  )
                                            )
            Defendants.                     )
_____)
                                            )
TOWN OF ROCKLAND, ROCKLAND                  )
SEWER COMMISSION,                           )
                                            )
            Plaintiffs-in-Counterclaim      )    Civil No. 04-11131-PBS
            and Crossclaim                  )
                                            )
v.                                          )
                                            )
PROFESSIONAL SERVICES                       )
GROUP, INC.,                                )
                                            )
            Defendant-in-Counterclaim,      )
                                            )
and                                         )
                                            )
MICHAEL SAUSE,                              )
                                            )
            Crossclaim Defendant            )
_____)

**JOINT MOTION TO FURTHER AMEND SCHEDULING ORDER**

Plaintiff Professional Services Group, Inc. ("PSG") and Defendants Town of Rockland and Rockland Sewer Commission ("Rockland") jointly move for the Court to amend the Scheduling Order in this action as follows:

Fact discovery completed and summary judgment motions due by
March 31, 2006

Oppositions due by April 28, 2006

Reply due by May 12, 2006

Sur-replies due by May 26, 2006

Plaintiff's expert designation due by April 28, 2006

Defendants' expert designation due by May 26, 2006

Expert discovery completed by June 23, 2006

Hearing on summary judgment or pretrial conference to be set at Court's convenience

As grounds for this motion, the parties state that the parties have scheduled a mediation for January 20, 2006. Mediation was ordered by the Court but was delayed due to the death of counsel for Defendant Michael Sause ("Mr. Sause"). The brother of Mr. Sause's counsel filed a motion to withdraw on October 14, 2005, and that motion was allowed by the Court on October 27, 2005. Subsequently Rockland and PSG agreed on a mediation date with the understanding that Mr. Sause would appear *pro se*.

Mr. Sause has no position on this motion.[1]

---

[1] Defendant Gregory Thomson has not appeared in this action.

2

WHEREFORE, PSG and the Town request that this Court amend the Scheduling Order as set forth in this motion.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,


/s/Maria R. Durant_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000


TOWN OF ROCKLAND and
ROCKLAND  SEWER COMMISSION,
By their attorneys,


/s/Joanne D'Alcomo_____
Joanne D'Alcomo (BBO # 544177)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

DATED:  November 29, 2005

3

**RULE 7.1(A)(2) CERTIFICATION**

  I, David M. Osborne, hereby certify that on November 29, 2005 I attempted to confer with Defendant Michael Sause in a good faith effort to resolve or narrow the issues in this motion and that Mr. Sause has indicated no position on the motion.

              /s/David M. Osborne_____
              David M. Osborne


**CERTIFICATE OF SERVICE**

  I, David M. Osborne, hereby certify that, on this 29th day of November, 2005, I caused the foregoing document to be served by first class mail, postage pre-paid, on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; and Michael Sause, 103 Par Haven Drive, Apt. K-11, Dover, Delaware 19904.

              /s/David M. Osborne_____
              David M. Osborne