UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil No. 04-11131 PBS |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3 of the Local Rules of this Court, Plaintiff Professional Services Group, Inc. states that Plaintiff Professional Services Group, Inc. is a wholly-owned, indirect subsidiary of Veolia Environnement Water Applications and Systems Corporation, former known as United States Filter Corporation, which is a wholly-owned, indirect subsidiary of Veolia Environnement, a publicly traded French company.

                                                  Respectfully submitted,
                                                  PROFESSIONAL SERVICES GROUP, INC.
                                                  By its attorneys,

                                                   /s/David M. Osborne
                                                  Maria R. Durant (BBO #558906)
                                                  David M. Osborne  (BBO # 564840)
                                                  DWYER & COLLORA, LLP
                                                  Federal Reserve Plaza
                                                  600 Atlantic Avenue, 12th Floor
                                                  Boston, MA  02210
                                                  (617) 371-1000

DATED:  January 26, 2006

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 27, 2006.

                                                    _/s/David M. Osborne_____
                                                    David M. Osborne