UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff, <br>    v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br>    Defendants <br><br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br>    Plaintiffs-in-Counterclaim and Crossclaim, <br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br>    Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br>    Crossclaim Defendant | Civil No. 04-11131-PBS |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Defendants Town of Rockland and Rockland Sewer Commission ("Rockland") and

Plaintiff Professional Services Group, Inc. ("PSG") jointly move[1] for the Court to amend the

Scheduling Order in this action as follows:

---

[1] Defendant Michael Sause filed a bankruptcy petition in January, 2006. Defendant Gregory Thomson has not appeared in this action.

Fact discovery completed by June 30, 2006

Summary judgment motions due July 14, 2006

Oppositions due 30 days after any summary judgment motion is filed

Plaintiff's expert designation deadline: September 14, 2006

Defendants' expert designation deadline: October 13, 2006

Expert discovery deadline: November 13, 2006

Hearing on Summary Judgment or Pretrial Conference at Court's convenience.

As grounds for this motion, the parties state that the parties held off in conducting certain discovery in order to give mediation a full chance, while avoiding potentially unnecessary expenditures in discovery.  Because of the death of Michael Sausé's counsel and various scheduling issues, the mediation could not be scheduled until January 20, 2006. The mediation was unsuccessful.  Although the parties have conducted considerable discovery, the current deadline will not be sufficient to complete all of the necessary discovery.

Wherefore, Rockland and PSG request that this Court amend the Scheduling Order as set forth in this motion.

Respectfully Submitted,

TOWN OF ROCKLAND and ROCKLAND
SEWER COMMISSION,
By their attorneys,

/s/ Seth Nesin_____
Joanne D'Alcomo (BBO #544177)
Howard P. Blatchford, Jr. (BBO #045580)
Seth Nesin (BBO #650739)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

3

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys

/s/ David M. Osborne_____
Maria R. Durant (BBO #558906)
David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

DATED: February 21, 2006

JS#117544v1                           3