UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff, <br> v. <br><br> TOWN OF ROCKLAND, et al., <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) )   Civil No. 04-11131-PBS |

**TOWN OF ROCKLAND'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PROFESSIONAL SERVICES GROUP, INC.**

Town of Rockland moves, pursuant to Fed. R. Civ. P. 37(a), for an order compelling Professional Services Group, Inc. to produce documents in response to Document Request Nos. 12, 17, 19, 20, 24, 25, 26, 27, 28, 29, 31, 33, 34, 39, 40, 41, 42, 59 and 60 as set forth in Town of Rockland's First Request For Production to Plaintiff Professional Services Group, Inc., served on October 18, 2005, and attached at Tab 1 to the accompanying memorandum.  As grounds for this motion, The Town of Rockland refers to its Memorandum in Support of Motion to Compel Production of Documents from Professional Services Group, Inc.

Certificate Pursuant to LR, D.Mass. 7.1(A)(2) and 37.1(B)

The undersigned certifies that counsel have conferred and have attempted in good faith to resolve or narrow the issues, and further that the provisions of Local Rule 37.1 have been complied with.

JS#120688v1

TOWN OF ROCKLAND ,
By its attorneys,

/s/ Seth Nesin

_____

Joanne D'Alcomo
BBO #544177
Howard P. Blatchford, Jr.
BBO #045580
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500