UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
            Plaintiff,              )
                                    )
    v.                              )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSE,          )
                                    )
            Defendants.             )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
            Plaintiffs-in-Counterclaim )   Civil No. 04-11131-PBS
            and Crossclaim          )
                                    )
    v.                              )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
            Defendant-in-Counterclaim, )
                                    )
and                                 )
                                    )
MICHAEL SAUSE,                      )
                                    )
            Crossclaim Defendant    )
_____)

**PLAINTIFF PROFESSIONAL SERVICE GROUP, INC.'S OPPOSITION TO DEFENDANT TOWN OF ROCKLAND'S MOTION TO COMPEL PROFESSIONAL SERVICES GROUP, INC. TO PRODUCE DOCUMENTS REMOVED FROM THE <u>TOWN'S WASTEWATER TREATMENT PLANT BY PSG'S PLANT MANAGER</u>**

Plaintiff Professional Services Group, Inc. ("PSG") opposes the motion by Defendant Town of Rockland ("Rockland") to compel PSG to produce documents recently delivered to PSG by the former manager of Rockland's wastewater treatment plant on the grounds that Rockland's motion is moot. PSG has reviewed the documents it received from the former plant manager and determined that it would made these materials available to Rockland. PSG notified Rockland's counsel of this determination on June 8, 2006. Rockland has not yet made arrangements to review the documents, but Rockland's motion is now moot and accordingly should be denied.

        Respectfully submitted,

        PROFESSIONAL SERVICES GROUP, INC.,
        By its attorneys,


        /s/David M. Osborne_____
        Maria R. Durant (BBO # 558906)
        David M. Osborne  (BBO # 564840)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA  02210
        (617) 371-1000

DATED:  June 12, 2006

**CERTIFICATE OF SERVICE**

      I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 12, 2006.

                                                  /s/David M. Osborne_____
                                                  David M. Osborne