UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, et al., <br> Defendants | ) ) ) ) ) ) ) ) ) ) ) | Civil No. 04-11131-PBS |

## JOINT MOTION FOR LEAVE TO FILE PRETRIAL MEMORANDUM LATE

The parties hereby jointly move for leave to file their pretrial memorandum after the

deadline.  The parties have been working diligently to complete this pretrial memorandum, but

waited to complete it until after taking some outstanding depositions that were delayed due to

scheduling issues.  The parties have also been delayed by a large volume of previously-unknown

documents that were made available late in the discovery period, as well as some motions to

compel currently pending Magistrate Judge Collings.  The proposed joint pretrial memorandum

is attached.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/David M. Osborne_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

JS#127443v1

TOWN OF ROCKLAND and
THE ROCKLAND SEWER COMMISSION,
By their attorneys,

/s/Joanne D'Alcomo
Joanne D'Alcomo (BBO # 544177)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

DATED:  June 21, 2006

JS#127443v1