UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

## PLAINTIFF'S MOTION TO AMEND
## ANSWER BY ADDING AFFIRMATIVE DEFENSE

Plaintiff Professional Services Group, Inc. ("PSG") moves for leave under Fed. R. Civ. P. 15(a) to amend its answer to the counterclaims of Defendants Town of Rockland ("Rockland")

JS\127498.1

and the Rockland Sewer Commission (the "Sewer Commission") by adding statute of limitations to its affirmative defenses. The Defendants' proposed amended answer is attached to this motion as Exhibit A (see Twelfth Affirmative Defense).

In support of this motion, PSG states that it has learned through depositions conducted this month that a factual basis exists for asserting an affirmative defense of statute of limitations to some of the Defendants' counterclaims, including but not limited to the Defendants' claims under Chapter 30B (the Uniform Procurement Act). Leave to amend a pleading "shall be freely given when justice so requires," Fed. R. Civ. P. 15(a), and the Defendants will not be prejudiced if the Court grants leave to add a statute of limitations affirmative defense. The witnesses who would tend to support or refute such a defense are assisting or cooperating with the Defendants and the same evidence that would be relevant to a statute of limitations defense also would be relevant to a defense that the Defendants failed to mitigate damages, which was asserted by PSG as an affirmative defense.

In further support of this motion, PSG submits the accompanying memorandum of law.

WHEREFORE, PSG requests that the Court grant leave for PSG to amend its answer to the Defendants' counterclaim by adding a statute of limitations affirmative defense.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/David M. Osborne
Maria R. Durant (BBO # 558906)
David M. Osborne (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

Dated: June 22, 2006

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on June 21, 2006 I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with Joanne D'Alcomo, counsel for Defendants Town of Rockland and Rockland Sewer Commission.

/s/David M. Osborne
David M. Osborne

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 22, 2006.

/s/David M. Osborne
David M. Osborne