UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br>    Plaintiff, <br><br>v. <br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br>_____ <br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br>    Plaintiffs-in-Counterclaim and Crossclaim <br><br>v. <br><br>PROFESSIONAL SERVICES GROUP, INC., <br><br>    Defendant-in-Counterclaim, <br><br>and <br><br>MICHAEL SAUSÉ, <br><br>    Crossclaim Defendant | Civil No. 04-11131-PBS |

## PLAINTIFF'S EMERGENCY MOTION TO COMPEL
## DEPOSITION TESTIMONY OF GREGORY THOMSON

Pursuant to Rules 30(g) and 37(d) of the Federal Rules of Civil Procedure, Plaintiff

Professional Services Group, Inc. ("PSG") moves on an emergency basis to compel the

JS\127498.1

deposition testimony of Defendant Gregory Thomson ("Thomson") to be taken on or before July 6, 2006.

Thomson was named as a defendant in this case but failed to answer the complaint. PSG served Thomson with a subpoena to appear at a deposition, but Thomson – who is not represented by counsel in this action – failed to appear or to schedule another deposition date.

Trial of this matter is scheduled to begin July 31, 2006, and thus Thomson's deposition is needed as soon as possible in order for PSG to adequately prepare for trial. Accordingly, PSG requests expedited consideration of this motion.

In further support of this motion, PSG submits the accompanying memorandum of law.

WHEREFORE, the Court should issue an order compelling Thomson to appear and give deposition testimony on or before July 6, 2006.

    Respectfully submitted,

    PROFESSIONAL SERVICES GROUP, INC.,
    By its attorneys,


    /s/David M. Osborne
    Maria R. Durant (BBO # 558906)
    David M. Osborne (BBO # 564840)
    DWYER & COLLORA, LLP
    Federal Reserve Plaza
    600 Atlantic Avenue, 12th Floor
    Boston, MA 02210
    (617) 371-1000

DATED: June 27, 2006

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)**

I, David M. Osborne, hereby certify that on June 25, 2006, and on other dates, I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with Gregory Thomson.

/s/David M. Osborne
David M. Osborne

**CERTIFICATE OF SERVICE**

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 27, 2006, including by hand to Gregory Thomson.

/s/David M. Osborne
David M. Osborne