UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ,<br><br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION,<br><br>Plaintiffs-in-Counterclaim and Crossclaim<br><br>v.<br><br>PROFESSIONAL SERVICES GROUP, INC.,<br><br>Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSÉ,<br><br>Crossclaim Defendant | Civil No. 04-11131-PBS |

**MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S EMERGENCY MOTION TO COMPEL
<u>DEPOSITION TESTIMONY OF GREGORY THOMSON</u>**

JS\127498.1

Plaintiff Professional Services Group, Inc. ("PSG") has moved to compel the deposition testimony of Defendant Gregory Thomson ("Thomson"). On June 2, 2006, PSG noticed Thomson's deposition.[1] On June 7, 2006, PSG caused him to be served with a subpoena to appear at a deposition scheduled for June 19, 2006.[2] The deposition notice and subpoena are attached to the Affidavit of David M. Osborne at Exhibit A.

Thomson – who is not represented by counsel in this action – failed to appear on June 19 or to schedule another deposition date. As indicated in the accompanying affidavit, PSG's counsel left messages for Thomson and on one occasion spoke with him, but Thomson has failed to respond with any alternative dates, necessitating a motion to compel his testimony under Rules 30(g) and 37(d) of the Federal Rules of Civil Procedure.

At a pretrial conference on June 22, 2006, the Court scheduled trial of this matter to begin on July 31, 2006. In order for PSG to adequately prepare for trial, Thomson's deposition is needed on or before July 6, 2006 in order for PSG to adequately prepare for trial.

---

[1] Fact discovery in this case formally ended on March 31, 2006, but PSG and Defendants Town of Rockland and Rockland Sewer Commission agreed that the parties could conduct depositions that had been noticed as of June 8, 2006, including Thomson's deposition.

[2] Thomson is a party to this action, but he has never appeared to defend himself, and thus PSG issued a subpoena for his deposition appearance.

JS\127498.1                                    2

## **CONCLUSION**

For all of the foregoing reasons, the Court should issue an order compelling Thomson to appear for his deposition on or before July 6, 2006.

                    Respectfully submitted,

                    PROFESSIONAL SERVICES GROUP, INC.,
                    By its attorneys,

                    /s/David M. Osborne
                    Maria R. Durant (BBO # 558906)
                    David M. Osborne  (BBO # 564840)
                    DWYER & COLLORA, LLP
                    Federal Reserve Plaza
                    600 Atlantic Avenue, 12th Floor
                    Boston, MA  02210
                    (617) 371-1000

DATED:  June 27, 2006

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on June 25, 2006, and on other dates, I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with Gregory Thomson.

/s/David M. Osborne
David M. Osborne

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 27, 2006, including by hand to Gregory Thomson.

/s/David M. Osborne
David M. Osborne

JS\127498.1                                  4