UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

PROFESSIONAL SERVICES                  )
GROUP, INC.,                           )
                                       )
                Plaintiff,             )
                                       )
        v.                             )
                                       )
TOWN OF ROCKLAND, ROCKLAND             )
SEWER COMMISSION, GREGORY              )
THOMSON and MICHAEL SAUSÉ,             )
                                       )
                .                      )
_____)
                                       )
TOWN OF ROCKLAND, ROCKLAND             )
SEWER COMMISSION,                      )
                                       )
        Plaintiffs-in-Counterclaim     )        Civil No. 04-11131-PBS
        and Crossclaim                 )
                                       )
v.                                     )
                                       )
PROFESSIONAL SERVICES                  )
GROUP, INC.,                           )
                                       )
        Defendant-in-Counterclaim,     )
                                       )
and                                    )
                                       )
MICHAEL SAUSÉ,                         )
                                       )
        Crossclaim Defendant           )
_____)

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY
TO OPPOSITION TO MOTION TO COMPEL DISCOVERY OF
CERTAIN DOCUMENTS FROM DEFENDANT TOWN OF ROCKLAND**

Pursuant to Local Rule 7.1, Plaintiff Professional Services Group, Inc. ("PSG") moves for leave to file a brief reply to the Opposition of Town of Rockland and Rockland Sewer Commission to Plaintiff Professional Service Group, Inc.'s Motion to Compel Discovery of Certain Documents from Defendant Town of Rockland (the "Opposition"). The reply is attached to this motion as Exhibit A. In support of this motion, PSG states that the Opposition raises a number of issues that must be addressed by PSG in order for the Court to resolve PSG's motion to compel.

The Defendants do not oppose this motion.

WHEREFORE, the Court should grant leave to PSG to file the reply that is attached hereto as Exhibit A.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,


/s/David M. Osborne
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on June 27, 2006, I conferred with Joanne D'Alcomo, counsel for the Defendants, to eliminate and narrow the issues raised in this motion.

/s/David M. Osborne
David M. Osborne

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 28, 2006.

/s/David M. Osborne
David M. Osborne

JS\127498.1