**TAB A**



1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04-11131-PBS

*********************************************
PROFESSIONAL SERVICES GROUP, INC.,            *
    Plaintiff,                                *
                                              *
                V                         *
                                              *
TOWN OF ROCKLAND, ROCKLAND SEWER              *
COMMISSION, GREGORY THOMSON and MICHAEL       *
SAUSE,                                        *
    Defendants.                               *
*********************************************
TOWN OF ROCKLAND, ROCKLAND SEWER              *
COMMISSION,                                   *
    Plaintiffs-in-Counterclaim                *
    and Crossclaim                            *
                                              *
                V                         *
                                              *
PROFESSIONAL SERVICES GROUP, INC.,            *
    Defendant-in-Counterclaim,                *
                                              *
              and                       *
                                              *
MICHAEL SAUSE,                                *
    Crossclaim Defendant.                     *
*********************************************

        Deposition of MICHAEL R. SAUSE, taken on behalf of Town of Rockland and Rockland Sewer Commission, pursuant to Notice under the Federal Rules of Civil Procedure, before Janice A. Maggioli, RPR, RMR, CRR, in the Commonwealth of Massachusetts, at the offices of Jager Smith, One Financial Center, Boston, Massachusetts, on June 13, 2006, commencing at 9:15 a.m.

        MAGGIOLI REPORTING SERVICES, INC.
             48 Watson Street
      Braintree, Massachusetts 02184
          (781) 356-2636

A. For a brief period of time, not the entire meeting.

Q. She was not present at the entire meeting?

A. No.

Q. What did you discuss with Attorney D'Alcomo during the time when your attorney was not present?

A. Facts of the case.

Q. And did Attorney D'Alcomo tell you the questions she was going to ask you?

A. We reviewed potential questions.

Q. Did she show you documents?

A. Yes.

Q. Have you -- are you aware of whether you ever received a document request from PSG in this matter?

A. I'm unaware.

Q. So you don't know whether PSG has ever requested documents of you?

A. I'm -- I don't know.

Q. Have you provided documents to the town in this matter?

A. Provided documents to the town? Yes.

Q. What documents have you provided to the town?

1   A.   I turned over my legal files from Attorney
2        CampoBasso.
3   Q.   You turned over your legal files. What's in
4        your legal files?
5   A.   I haven't seen them.
6   Q.   You didn't review them before you turned them
7        over --
8   A.   No.
9   Q.   -- to Attorney D'Alcomo? Are there -- do you
10       know whether there are notes of your attorney
11       in that file?
12  A.   No, I don't know.
13  Q.   Do you know if there are documents of PSG's in
14       that file?
15  A.   I don't know.
16  Q.   Photographs?
17  A.   There's the photographs we saw today were in
18       that file.
19  Q.   When did you turn over that file to Attorney
20       D'Alcomo?
21  A.   A couple of months ago.
22  Q.   Did you turn over anything else to Attorney
23       D'Alcomo before turning over your attorney's
24       file?

```
 1            to the investigation of this matter.
 2    A.      Yes.
 3    Q.      And you reviewed them?
 4    A.      Yes.
 5    Q.      And you kept a copy of them?
 6    A.      I don't know.
 7    Q.      Earlier you testified that you made a copy of
 8            them?
 9    A.      I didn't say that, did I?
10    Q.      Didn't you say -- I believe --
11    A.      I had copies of some documents.
12    Q.      Right now all I care about are the Grand Jury
13            transcripts.  When you reviewed the Grand Jury
14            transcripts, did you keep a copy of them?
15    A.      I don't know.
16                    MR. OSBORNE:  Could we break for
17            a moment?
18                    MS. D'ALCOMO:  Sure.
19                    (Short break was taken.)
20    Q.      Mr. Sause, I was asking you earlier about Grand
21            Jury testimony that you reviewed in connection
22            with this matter.  Do you recall whose
23            testimony you reviewed?
24    A.      Bob Corvi's and Aram Varjabedian's.
```

Q. And you did not give testimony to the Grand Jury; is that correct?

A. No, I did not.

Q. Did you review any other witnesses' testimony from the Grand Jury?

A. No, I did not, not that I recall.

Q. Are there any other statements of witnesses in your attorney's file that you turned over to Ms. D'Alcomo?

A. Not that I'm aware of.

Q. And why did you turn this file over to Ms. D'Alcomo?

A. I thought they may be helpful.

Q. So you produced them to her as documents that she can use in this case; is that correct?

    MS. D'ALCOMO: Objection.

A. Yes.

Q. Did you turn them over for safekeeping to Ms. D'Alcomo?

A. No.

Q. You turned them over for her to use as she chose to use in this matter; is that correct?

A. Yes.

Q. Mr. Sause, let's turn to some of the