UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

                                                                             Check if previously referred   X

Professional Services Group, Inc.

        V.                                         CA No.   04-11131-PBS

Town of Rockland, et al

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Collings</u> for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(E)        Case referred for events only.  See Doc. No(s).   52

Emergency Motion to Compel Plaintiff Professional Services Group, Inc. to Produce, for a limited deposition, a knowledgeable witness to testify concerning cretain financial documents that are the subject of the court's order of June 28, or alternatively, to preclude PSG from challenging Defendant's proferred evidence of PSG's profits as damages under the State's Conflict of Interest Statute

1.        Case referred for settlement.

2.        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

3.        Special Instructions: _____

_____

                                                                                By:    /s/ Robert C. Alba
_____
Date                                                                            Deputy Clerk

**(Order of Reference Professional Svc.wpd - 05/2003)**

---

[1]    See reverse side of order for instructions