UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff,<br>v.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ,<br>    Defendants<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION,<br>    Plaintiffs-in-Counterclaim and Crossclaim,<br>v.<br><br>PROFESSIONAL SERVICES GROUP, INC.,<br>    Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSÉ,<br>    Crossclaim Defendant | Civil No. 04-11131-PBS |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' EMERGENCY MOTION TO COMPEL PLAINTIFF PROFESSIONAL SERVICES GROUP, INC. TO PRODUCE, FOR A LIMITED DEPOSITION, A KNOWLEDGEABLE WITNESS TO TESTIFY CONCERNING CERTAIN FINANCIAL DOCUMENTS THAT ARE THE SUBJECT OF THE COURT'S ORDER OF JUNE 28,**
**OR**
**ALTERNATIVELY, TO PRECLUDE THE PLAINTIFF FROM CHALLENGING DEFENDANTS' PROFFERED EVIDENCE OF PLAINTIFF'S PROFITS AS DAMAGES UNDER THE STATE'S CONFLICT OF INTEREST STATUTE**

The Defendants Town of Rockland and Rockland Sewer Commission ("the Town")

hereby request leave to file a reply to Plaintiff's opposition to the above-referenced motion

JS#127829v1

because the Town believes that a reply is necessary to correct a mistaken impression left by the plaintiff's opposition.

Plaintiff has assented to the filing of a reply.

                    TOWN OF ROCKLAND , ROCKLAND SEWER COMMISSION
By its attorneys,

/s/Joanne D'Alcomo

_____

Joanne D'Alcomo
BBO #544177
Howard P. Blatchford, Jr.
BBO #045580
Seth Nesin
BBO #650739
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500


ASSENTED TO:

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,


<u>* /s/ David M. Osborne, Esq. (JDA)</u>
David M. Osborne  (BBO # 564840)
DWYER & COLLORA LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000


*per e-mail authorization