JOANNE D'ALCOMO
jdalcomo@jagersmith.com

June 30, 2006

Hon. Patti B. Saris
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 8110
Boston, MA 02210

Re:   *Professional Services Group, Inc. v. Town of Rockland*,
      Civil No. 04-11131-PBS

Dear Judge Saris:

The purpose of this letter is to report back to the Court concerning its inquiry at the pretrial conference in this matter on June 22, specifically, whether the Town of Rockland and the Rockland Sewer Commission were interested in having a settlement discussion limited to the Town's out-of-pocket damages in this matter. The answer is that they are not. This matter has been a high-profile matter for the Town. Both the Board of Selectmen and the Rockland Sewer Commission, elected bodies, believe their obligation to the townspeople of Rockland is to pursue the remedies that were created by the Legislature for precisely the circumstances presented by this case: a corrupt procurement in the awarding of a public contract and improper influence exerted over a town official. The Legislature has created specific remedies to address these situations, including mandatory doubling of damages, disgorgement of economic advantage achieved by the corruption, mandatory attorney's fee for pursuing the action, etc., and the Town's officials believe that the only kind of principled settlement discussion that can be held on behalf of the townspeople is one that would factor in these recoveries.

Respectfully,

/s/ Joanne D'Alcomo

cc: David Osborne, Esq.

JS#127830v1