UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | )<br>)<br>)<br>) |
| . | )<br>) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | )<br>)<br>) |
| Plaintiffs-in-Counterclaim and Crossclaim | )<br>)<br>) Civil No. 04-11131-PBS |
| v. | )<br>) |
| PROFESSIONAL SERVICES GROUP, INC., | )<br>)<br>) |
| Defendant-in-Counterclaim, | )<br>) |
| and | )<br>) |
| MICHAEL SAUSÉ, | )<br>) |
| Crossclaim Defendant | )<br>) |

## **PLAINTIFF'S EXPERT DISCLOSURES**

Plaintiff Professional Services Group, Inc. ("PSG") states that it has no pretrial

disclosures pursuant to Fed. R. Civ. P. 26(a)(2), but reserves the right to make disclosures of

JS\127498.1

expert witnesses in rebuttal pursuant to Fed. R. Civ. P. 26(a)(2)(C) and to call such witnesses at trial.

> PROFESSIONAL SERVICES GROUP, INC.,
> By its attorneys,
>
> /s/Maria R. Durant_____
> Maria R. Durant (BBO # 558906)
> David M. Osborne  (BBO # 564840)
> DWYER & COLLORA, LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue, 12th Floor
> Boston, MA  02210
> (617) 371-1000

**CERTIFICATE OF SERVICE**

I, Maria R. Durant, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 3, 2006.  This document also was sent by email to Joanne D'Alcomo, counsel for the Town of Rockland and Rockland Sewer Commission, on June 30, 2006

> /s/Maria R. Durant_____
> Maria R. Durant