UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
            Plaintiff,              )
                                    )
     v.                             )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSÉ,          )
                                    )
            .                       )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
     Plaintiffs-in-Counterclaim     )   Civil No. 04-11131-PBS
        and Crossclaim              )
                                    )
     v.                             )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
     Defendant-in-Counterclaim,     )
                                    )
and                                 )
                                    )
MICHAEL SAUSÉ,                      )
                                    )
     Crossclaim Defendant           )
_____)

**PLAINTIFF'S PRETRIAL DISCLOSURES**

Plaintiff Professional Services Group, Inc. ("PSG") makes these pretrial disclosures

pursuant to Fed. R. Civ. P. 26(a)(3).

JS\127498.1

I. **Plaintiff's Witnesses**

Robert Arendell
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Richard Bowen
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Walter Byrne
1 Kris Roy Drive
Rockland, MA 02370

Frank Cavaleri
39 Scotland Street
Hingham, MA 02043

Robert Corvi
63 Concord Street
Rockland, MA 02370

June P. Donnelly
Town of Rockland
242 Union Street
Rockland, MA 02370

Kevin Donovan
78 Adams Street
Abington, MA 02351

Robert Eiben
Dedham-Westwood Water District
50 Elm Street, P.O. Box 9137
Dedham, MA 02027

John Franey
37 Forest Street
Carver, MA 02330

Georgine Grissop
Camp Dresser & McKee
One Cambridge Place

50 Hampshire Street
Cambridge, MA 02139

Anne-Marie Hyland
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Susan Keenan
3 Field Street
Taunton, MA 02780

John Kenney
FormaTech, Inc.
200 Bulfinch Drive
Andover, MA 01810

Steven Kruger
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

John Llewelyn
Rockland Police Department
490 Market Street
Rockland, MA 02370

John Loughlin
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

Jack McCarthy
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Michael McDonald
379 Hingham Street
Rockland, MA 02370

Ronald A. Michalski
Tighe & Bond, Inc.
53 Southampton Road
Westfield, MA 01805

JS\127498.1                                3

Winfield A. Peterson
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Bradley Plante
Town of Rockland
242 Union Street
Rockland, MA 02370

Joseph Ridge
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Michael Sausé
103 Par Haven Drive, Apt. K-11
Dover, DE 19904

Walter Simmons
97 Division Street
Rockland, MA 02370

Cindy Solomon
2144 Pleasant Street
Dighton, MA 02715

William Stewart
40 Summit Street
Rockland, MA 02370

Gregory Sullivan
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

John Sullivan
Melanson, Heath & Co.
11 Trafalgar Square
Nashua, NH 03063

Gregory Thomson
790 Liberty Street
Rockland, MA 02370

Aram Varjabedian
20 Homestead Road
Middleboro, MA 02346

Det. Sgt. John Wentworth
Rockland Police Department
490 Market Street
Rockland, MA 02370

Keeper of Records
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Keeper of Records
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Keeper of Records
Town Clerk
Town of Rockland
242 Union Street
Rockland, MA 02370

Keeper of Records
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

Keeper of Records
Woodard & Curran
980 Washington Street
Suite 325N
Dedham, MA 02026

Keeper of Records
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Keeper of Records
North Abington Co-Op Bank
6 Harrison Avenue
Abington, MA 02351

Keeper of Records
Wainwright Bank & Trust Company
63 Franklin Street
Boston, MA 02110

Keeper of Records
Rockland Federal Credit Union
241 Union Street
Rockland, MA  02370

Keeper of Records
American Commonwealth Management Services
1025 Laurel Oak Road
Voorhees, NJ 08043

Keeper of Records
American Water Works Co., Inc.
1025 Laurel Oak Road
Voorhees, NJ 08043

All persons on the witness list of the Defendants

PSG reserves the right to supplement this list and to call additional witnesses to rebut any testimony at trial.

## II. Designation of Witnesses Whose Testimony Will Be Presented Through Deposition Testimony

None.

## III. Plaintiff's Exhibits

Contract of 1988

Letter from Joy to OIG of 1/12/94 with Delegation of Powers

Letter from Cherwin to Long of 5/19/94

RFP of Spring 1994

Addenda for 1994 RFP

Contract of 7/25/94

Letter from Cit Group to Sause of 9/7/94

Master Lease of 9/9/94

Sewer Commission meeting minutes and agendas 1995-2004

Board of Selectmen meeting minutes and agendas 1995-2004

Weekly Operating Reports 1995-2004

Monthly Operating Reports to Sewer Commission 1995-2004

Letter agreement between Sewer Commission and Sause of 7/11/95

Sewer Commission meeting minutes of 7/11/95

Fax from Hyland to Thomson of 7/11/96

Letter from Lurie to Sausé of 11/8/96

Sewer Commission minutes dated 12/12/96

Fax from Kenney to Donnelly of 1/2/97 with superintendent job description

Letter from Hyland to Sewer Commission of 1/8/97

Letter from Hyland to Sewer Commission of 1/14/97

Selectmen's minutes of 1/14/97

Videotape of Selectmen's meeting of 1/14/97

Sewer Commission minutes dated 1/14/97

Job Description for Rockland Sewer Superintendent

Notice of posting for position of Rockland Sewer Superintendent

Application for Employment by Thomson to Board of Selectmen of 1/18/97

Sewer Commission minutes dated 1/21/97

Sewer Commission minutes dated 1/22/97

Selectmen's minutes of 1/21/97

Videotape of Selectmen's meeting of 1/21/97

Invoices from Kopelman & Paige to Sewer Commission of 1/24/97-3/25/98

Fax from Donnelly to Sause of 2/21/97 with Consulting Agreement

Letter from Ahern to Thomson of 5/8/97

Press release from OIG re:  MCPPOP of 5/8/97

Article 33 of 5/19/97 Town Meeting

Article 63 of 5/19/97 Town Meeting

Letter from Thomson to OIG Legal Staff of 5/30/97

Sewer Commission minutes dated 6/25/97

RFP of 7/21/97

PSG Request for RFP of 7/21/97

Woodard & Curran pricing notes by Bonomo 8-9/97

Preproposal Briefing of 8/6/97

Addendum No. 1 of 8/13/97

Letter from Bonomo to Thomson of 8/14/97

Addendum No. 2 of 8/19/97

Addendum No. 3 of 8/25/97

Letter from Eiben to Thomson of 9/5/97

Addendum No. 4 of 9/10/97

Letter from Peterson to Thomson of 9/22/97

Letter from Joyner to Thomson of 9/23/97

PSG Price Proposal to Rockland 10/3/97

PSG Qualifications and Plan of Service to Rockland 10/3/97

Sewer Commission's acknowledgement of PSG bid 10/3/97

Letter from Thomson to Sausé of 10/10/97

Letter from Thomson to Sausé of 11/21/97

Sewer Commission agenda dated 2/19/98 and 2/24/98 attendance list with contract

Fax from Hyland to Thomson of 2/23/98 with attachment

Contract of 2/24/98

Fax from Hyland to Sausé of 2/26/98

Letter from Thomson to Sausé of 3/13/98

Note from "Jack" to "Kevin" of 4/98 with 1998 Contract

Letter from Sewer Commission to Board of Selectmen Spring 1998 re: 1997 activities

Letter from Thomson to Sausé of 7/23/98

Letter from Thomson to Sausé of 8/23/98

Amendment One of 9/24/98

North Abington Co-Op Bank signature card of 2/6/99

Amendment Two of 4/2/99

Letter from Varjabedian to Nichols of 7/15/99 with check

Letter from Canning to Town of Rockland of 9/9/99 with Bill of Sale

Email from Kiani to Cavaleri of 9/13/99 re: technical evaluation

Letter from Thomson to Varjabedian of 9/14/99 re: technical evaluation

Memorandum from Franey to Sewer Commission of 2/2/00

Letter from Thomson to Varjabedian of 2/13/01

Letter from Mello to Rockland Business Owners of 11/20/01

Letter from Thomson to Cavaleri of 1/15/02 re: current wage/salary structures

Letter from Arendell to Wentworth of 6/11/02

Letter from Arendell to Stewart of 6/17/02

Letter from Ross to Monty of 8/7/03 re: Kady Mill setup

Letter from Sullivan to Plante of 11/5/03

Letter from Sullivan to Corvi of 11/19/03

Letter from Plante to Cruz of 12/4/03

Sausé memo of 1/7/04 re: Grand Jury Minutes

Letter from Sullivan to Plante & Corvi of 1/30/04

Letter from Plante to Stark of 2/10/04

Forensic Investigation Report of 2/24/04

Equipment Inventories 3/04-4/04

Letter from Corvi to Hodgkins of 3/30/04

Letter from Haskell to Plante of 4/1/04

Email from Varjabedian to Persechino of 4/7/04

Note from Varjabedian to CDM of 4/9/04 with equipment list

Letter from Bowen to Kruger of 4/9/04

Letter from Bowen to Arendell of 5/14/04

RFP of 5/04

Aquarion proposal in response to RFP of 7/1/04

Aquarion Price Proposal with cover letter 7/1/04

Woodard & Curran Price Proposal 7/2/04

Memorandum from Proposal Review Committee to Sewer Commission of 7/21/04

Contract 2004

Memorandum re: "Rockland Belt Filter Press Financing Options"

Sause Bankruptcy Docket and Pleadings

Bill of Sale and Certificate of Title for 1997 Ford F361

Certificate of Title for 1997 Ford

Memorandum re: "Why do we need full time superintendent"

Municipal, County, District and Local Authority Procurement Manual for 1995, 1997, 2000

Business Practices Compliance Manual 1999

AWT Business Integrity Compliance Program 1998

PSG Employee Handbook

PSG Policies and Procedures 1994-95

PSG Project Manager's Guide

Rockland Town Annual Reports for 1996, 1997, 1998

Certified conviction of Sausé

Certified conviction of Thomson

Transcript of Sausé plea colloquy

Transcript of Thomson plea colloquy

Reports of Det. Sgt. Wentworth re: investigation

Narratives re: Sausé Proffer

Monthly financial printouts for Rockland project 1995-2003

Cost Detail Reports 1997-2004

Letters from Thomson to PSG re: requests for checks

Bank statements from Wainwright Bank 1997-1999

Cancelled checks drawn on Wainwright Bank 1997-1999

Bank statements from North Abington Co-Op Bank 1/00-5/02

Cancelled checks drawn on North Abington Co-Op Bank 1/27/00-5/29/02

Rockland Final Reconciliations 1998-2004

Promotional materials for open houses at Wastewater Treatment Facility

Promotional materials for Christmas tree sales

Transcript from Massasoit Community College for Thomson

Rockland Payback Summaries for Contract Years 1-6

Invoices to Rockland pursuant to 1998 Contract

Check or check stub of 11/25/97 ($50,000.00)

Check of 3/24/98 ($9,964.05)

Check request of 3/16/98 and related documents

Check of 3/24/98 ($78,139.56)

Check of 3/27/98 ($193.97)

Check request of 3/26/98 and related documents

Check of 12/11/98 ($10,000.00)

Check request of 12/10/98 and related documents

Check of 3/99 ($558.34)

Check request of 3/8/99 and related documents

Check of 4/20/99 ($5,000.00)

Check request of 4/16/99 and related documents

Check of 7/20/99 ($4,300.00)

Check of 7/19/99 and related documents

Check of 10/05/99 ($4,090.00)

Check request of 10/5/99 and related documents

Check of 11/22/99 ($5,000.00)

Check request of 11/18/99 and related documents

Check of 12/13/99 ($4,000.00)

Check request of 12/9/99 and related documents

Check of 1/27/00 ($976.00)

Check request of 1/19/00 and related documents

Check of 3/30/00 ($2,499.96)

Check request of 3/30/00 and related documents

Check of 5/05/00 ($2,100.00)

Check request of 5/1/00 and related documents

Check of 6/28/00 ($908.73)

Check request of 6/26/00 and related documents

Check of 8/11/00 ($5,000.00)

Check request of 8/7/00 and related documents

Check of 10/19/00 ($2,300.00)

Check request of 10/13/00 and related documents

Check of 12/12/00 ($3,800.00)

 Check request of 12/5/00 and related documents

Check of 1/12/01 ($2,442.23)

Check request of 1/8/01 and related documents

Check of 1/29/01 ($1,800.00)

Check request of 1/22/01 and related documents

Check of 2/21/01 ($15,000.00)

Check request of 2/14/01 and related documents

Check of 4/18/01 ($8,200.00)

Check request of 4/6/01 and related documents

Check of 5/30/01 ($4,020.00)

Check request of 5/24/01 and related documents

Check of 7/03/01 ($2,700.00)

Check request of 6/21/01 and related documents

Check of 7/27/01 ($4,492.00)

Check request of 7/24/01 and related documents

Check of 9/05/01 ($5,354.34)

Check request of 9/5/01 and related documents

Check request of 9/24/01 and related documents

Check of 9/25/01 ($15,000.00)

Check request of 9/24/01 and related documents

Check of 10/29/01 ($8,928.98)

Check request of 10/25/01 and related documents

Check of 11/28/01 ($8,000.00)

Check request of 11/26/01 and related documents

Check of 12/13/01 ($7,000.00)

Check request of 12/12/01 and related documents

Check of 1/03/02 ($6,893.00)

Check request of 12/28/02 and related documents

Check of 1/30/02 ($3,197.50)

Check request of 1/28/02 and related documents

Check of 2/12/02 ($5,873.22)

Check request of 2/8/02 and related documents

Check of 3/14/02 ($6,804.03)

Check request of 3/11/02 and related documents

Check of 4/04/02 ($8,675.25)

Check request of 4/02/02 and related documents

Check of 4/25/02 ($14,309.00)

Check request of 4/18/02 and related documents

Check of 5/14/02 check ($5,428.50)

Check request of 5/10/02 and related documents

Check of 5/29/02 ($5,744.48)

Check request of 5/23/02 and related documents

All deposition exhibits

All exhibits identified by the Defendants

The Plaintiff reserves the right to supplement this list and to introduce additional exhibits for impeachment purposes and to rebut any testimony at trial.

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,


/s/Maria R. Durant_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000


**CERTIFICATE OF SERVICE**

     I, Maria R. Durant, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 3, 2006.  This document also was sent by email to Joanne D'Alcomo, counsel for the Town of Rockland and Rockland Sewer Commission, on June 30, 2006

                               /s/Maria R. Durant_____
                               Maria R. Durant