UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) |   |
| Plaintiff, | ) ) |   |
| v. | ) ) |   |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | ) ) ) ) ) ) |   |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | ) ) ) ) |   |
| Plaintiffs-in-Counterclaim and Crossclaim | ) ) ) | Civil No. 04-11131-PBS |
| v. | ) ) |   |
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) |   |
| Defendant-in-Counterclaim, | ) ) |   |
| and | ) ) |   |
| MICHAEL SAUSÉ, | ) ) |   |
| Crossclaim Defendant | ) ) |   |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' JURY TRIAL DEMAND AS TO
<u>CONFLICT OF INTEREST AND PROCUREMENT ACT COUNTS</u>**

Plaintiff Professional Services Group, Inc. ("PSG") moves to strike Defendants' jury trial demand as to the counts in Defendants' counterclaim under the Conflict of Interest Statute, Mass. Gen. L. c. 268A, § 21 (Counts IV, V, and VI), and the Uniform Procurement Act, Mass. Gen. L.

c. 30B, § 17(c) (Count VII).  As explained in the accompanying Memorandum of Law, neither statute provides a right to a jury trial in a civil enforcement action.  The Court should exercise its discretion to reserve Defendants' claims under c. 268A and c. 30B, as well as c. 93A, for its own judgment, or in the alternative should reserve any damages award under those statutes.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff requests oral argument on this motion.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/David M. Osborne_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated:  July 4, 2006

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on July 3, 2006, I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with opposing counsel.

/s/David M. Osborne_____
David M. Osborne

### CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 4, 2006.

/s/David M. Osborne_____
David M. Osborne