UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Professional Services Group, Inc.,
                Plaintiff,                            CIVIL ACTION
                                                                           NO. 04-11131-PBS
        v.

Town of Rockland, et al,
                Defendants.

**AMENDED PRETRIAL ORDER**

SARIS, D.J.                                                                                  July 5, 2006

       The above action has been set down for a JURY TRIAL on 7/31/06, at 9:00 a.m.

       A FINAL PRETRIAL CONFERENCE has been scheduled for 7/21/06, at 4:00 p.m..

       By 6/30/06, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

       By 6/30/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 7/14/06.

       By 7/14/06, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

       By 7/14/06, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 7/20/06, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 7/24/06.

**NOTE**: **IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk