UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                               )
PROFESSIONAL SERVICES          )
GROUP, INC.,                   )
                               )
         Plaintiff,            )
                               )
    v.                         )
                               )
TOWN OF ROCKLAND, ROCKLAND     )
SEWER COMMISSION, GREGORY      )
THOMSON and MICHAEL SAUSÉ,     )
                               )
         .                     )
_____)
                               )
TOWN OF ROCKLAND, ROCKLAND     )
SEWER COMMISSION,              )
                               )
         Plaintiffs-in-Counterclaim  )   Civil No. 04-11131-PBS
         and Crossclaim        )
                               )
    v.                         )
                               )
PROFESSIONAL SERVICES          )
GROUP, INC.,                   )
                               )
         Defendant-in-Counterclaim, )
                               )
and                            )
                               )
MICHAEL SAUSÉ,                 )
                               )
         Crossclaim Defendant  )
_____)
```

**JOINT STATUS REPORT IN RESPONSE
TO COURT'S ORDER DATED JULY 3, 2006**

Plaintiff Professional Services Group, Inc. ("PSG") and Defendants Town of Rockland

and Defendant Rockland Sewer Commission submit this joint status report in response to the

Court's July 3, 2006 order. The Defendants have informed PSG that they are content with having available to them at trial the most knowledgeable witness concerning the documents at issue, and therefore the deposition of Gregory Thomson will not be taken in this matter. PSG understands that the Court's orders preclude further deposition testimony from being taken in this matter. Pursuant to the Court's July 3, 2006 order, PSG will notify the Defendants of the identity of the person most knowledgeable on or before July 6, 2006.

        Respectfully submitted,

        PROFESSIONAL SERVICES GROUP, INC.,
        By its attorneys,


        /s/David M. Osborne_____
        Maria R. Durant (BBO # 558906)
        David M. Osborne  (BBO # 564840)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA  02210
        (617) 371-1000


        TOWN OF ROCKLAND and
        THE ROCKLAND SEWER COMMISSION,
        By their attorneys,


        /s/Joanne D'Alcomo_____
        Joanne D'Alcomo (BBO # 544177)
        Seth Nesin (BBO # #650739)
        JAGER SMITH P.C.
        One Financial Center
        Boston, MA 02111
        (617) 951-0500


DATED:  July 5, 2006

3

**CERTIFICATE OF SERVICE**

      I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 5, 2006.

                                      /s/David M. Osborne_____
                                      David M. Osborne