UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                                      )
                                                      )
            Plaintiff,                                )
                                                      )
      v.                                              )
                                                      )
TOWN OF ROCKLAND, ROCKLAND   )
SEWER COMMISSION, GREGORY      )
THOMSON and MICHAEL SAUSÉ,      )
                                                      )
            .                                           )
_____)
                                                      )
TOWN OF ROCKLAND, ROCKLAND   )
SEWER COMMISSION,                       )
                                                      )
            Plaintiffs-in-Counterclaim     )        Civil No. 04-11131-PBS
            and Crossclaim                    )
                                                      )
v.                                                    )
                                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                                      )
                                                      )
            Defendant-in-Counterclaim,   )
                                                      )
and                                                  )
                                                      )
MICHAEL SAUSÉ,                             )
                                                      )
            Crossclaim Defendant            )
_____)

**ASSENTED-TO MOTION FOR LEAVE TO FILE
PLAINTIFF'S REPLY TO OPPOSITION TO PLAINTIFF'S
<u>MOTION TO AMEND ANSWER BY ADDING AFFIRMATIVE DEFENSE</u>**

Plaintiff Professional Services Group, Inc. ("PSG") moves for leave to file a brief reply to the issues raised in the Defendants' opposition to its motion to amend its answer by adding a statute of limitations affirmative defense.  A copy of the proposed reply accompanies this motion.  This motion is assented to by Defendants Town of Rockland and Rockland Sewer Commission.

WHEREFORE, PSG requests leave of the Court to file the reply attached hereto.

Respectfully submitted,
PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,


/s/David M. Osborne_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000


**CERTIFICATE OF SERVICE**

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 6, 2006.

/s/David M. Osborne_____
David M. Osborne