UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
        Plaintiff,              )
                                    )
    v.                            )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSÉ,          )
                                    )
        .                       )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
        Plaintiffs in Counterclaim  )    Civil No. 04-11131-PBS
        and Crossclaim              )
                                    )
v.                                  )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
        Defendant in Counterclaim,  )
                                    )
and                                 )
                                    )
MICHAEL SAUSÉ,                      )
                                    )
        Crossclaim Defendant        )
_____)

**MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY
OF JOHN J. SULLIVAN**

Pursuant to Federal Rule of Civil Procedure 37(c), Plaintiff/Defendant-in-Counterclaim

Professional Services Group, Inc. ("PSG") respectfully moves this Court to exclude the proposed

expert testimony of John J. Sullivan. As grounds for this Motion, PSG states that Defendants/Plaintiffs-in-Counterclaim the Town of Rockland and the Rockland Sewer Commission (collectively, "Rockland") have failed to comply with their obligations to provide complete expert disclosures under Fed. R. Civ. P. 26(a)(2)(B). Specifically, Rockland has not produced an expert report prepared and signed by the witness that reflects his anticipated testimony. Instead, Rockland's expert disclosure consisted of only a half-page letter from the proposed expert to Rockland's counsel referencing an unattached, unsigned audit report that was drafted in 2004 and has never been produced in full to PSG. The expert disclosure also failed to disclose in full the data or information considered by the proposed expert. Given the long-term relationship between Rockland and the proposed expert, the outdated and incomplete nature of the information provided by Rockland to PSG, and the impending trial date, Rockland's failure to comply with its disclosure obligations is neither substantially justified nor harmless. Accordingly, exclusion of the testimony under Fed. R. Civ. P. 37(c) is the appropriate remedy.

Exclusion is also proper as a sanction for Rockland's failure to seasonably amend its responses to PSG's discovery requests, as required by Fed. R. Civ. P. 26(e). In December 2004, PSG specifically requested all documents provided by Rockland to any auditing firm, all communications relating to the audit (which was conducted by the proposed expert's firm), all documents relating to any witness statement, and all documents reviewed, consulted, or relied upon by any expert witness. Despite this, Rockland still has yet to identify and/or produce such documents and communications, including numerous witness statements and descriptions of oral and/or written communications between Rockland and the expert.

## REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this Motion, PSG respectfully requests the opportunity to present oral argument pursuant to Local Rules 7.1(D) and 112.1.

## CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I certify that David M. Osborne, on behalf of PSG, conferred with Joanne D'Alcomo and attempted in good faith to resolve or narrow the issues raised by this Motion.

> Respectfully submitted,
> **PROFESSIONAL SERVICES GROUP, INC.**,
> By its attorneys,
>
> ___/s/ Sara Noonan_____
> Maria R. Durant (BBO # 558906)
> David M. Osborne  (BBO # 564840)
> Sara E. Noonan (BBO # 645293)
> DWYER & COLLORA, LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue, 12th Floor
> Boston, MA  02210
> (617) 371-1000

Dated: July 6, 2006

### CERTIFICATE OF SERVICE

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 6th day of July, 2006.

> _____/s/Sara Noonan_____
> Sara E. Noonan