# GlobeSouth

THE BOSTON GLOBE THURSDAY, AUGUST 28, 2003

# Sewer Dept. embezzlement probe widens

## Former worker at USFilter questioned

By Matt Carroll
GLOBE STAFF

At least one other person is under criminal investigation in a wide-ranging probe into alleged embezzlement in the Rockland Sewer Department that already has resulted in the indictment of former sewer superintendent Gregory K. Thomson, said Police Chief Kevin M. Donovan.

Police are investigating a former United States Filter Corp. worker, said Donovan, and more people may be involved. USFilter has the contract for running the town's wastewater facilities.

The former USFilter employee allegedly had a joint account with Thomson at Wainwright Bank & Trust Co. in Boston, into which town checks were deposited, said town officials who have been briefed by a special investigator hired by the town or who have read the investigator's preliminary report. The officials asked to remain anonymous.

The probe of the former US-Filter employee was one of several new wrinkles in the case, which began when Thomson was arrested in June 2002 for allegedly depositing a check for $5,744 into his personal bank account at North Abington Co-operative Bank. The check had been made out to the town and the Sewer Department, with Thomson listed as sewer superintendent.

Other developments in the investigation:

■ The special investigator has uncovered evidence that at least $370,000 may be missing — more than double the $168,000 that was previously reported, according to town officials. Deposits at two other banks are also being examined.

■ Thomson built a new house on Liberty Street in 2001, leading some town officials to ask where the money came from to purchase and construct the tan, two-story colonial built on 4.5 acres.

■ Town officials had early warning that there might be problems in the department. Town Accountant John K. Franey suggested in a memo dated Feb. 2, 2000 that either Thomson or a member of the Sewer Commission improperly took important documents about the department from Fran-

> 'We have found additional information which may have criminal and civil implications.'
>
> JOHN J. SULLIVAN
> Investigator for Rockland

INVESTIGATION, Page 11

# Rockland sewer department probe widens

▶ INVESTIGATION
*Continued from Page 1*

er's office, while he was away," Franey demanded, ed that the documents be returned. Thomson, 44, was thus indicted in August on a report that said the amount of missing money 2002 and then again in September. Thomson faces 10 counts of embezzling money between 1997 and 2002, with the charges alleging that he took checks made out to the town and deposited them in his personal bank accounts. The maximum sentence for each count is 10 years.

Thomson, who is free on bail and is next scheduled to be in court on Sept. 8 for a pretrial conference, could not be reached for comment.

He became a sewer commission employee in 1994 and was hired as superintendent of the Sewer Department in 1997. In his last year on the job, he was scheduled to earn $44,752.78.

Selectmen last fall hired investigator John J. Sullivan, a certified public accountant and partner with Melanson Heath & Co., of Andover. Asked why Thomson was recently indicted again, Sullivan said, "We have found additional information that was not part of the original investigation, which may have criminal and civil implications." He declined further comment on his continuing investigation.

In April, Sullivan turned in a preliminary report that said the amount of missing money was far higher than originally thought.

Thomson built his home on Liberty Street in 2001, taking out a mortgage of $140,000 in December 2000. The home sits on land that is mostly woodlands and wetlands. His wife purchased the landlocked parcel for $9,500 in August 1999 and obtained an easement to the street. The house has been assessed at $334,900, according to town records.

Town officials have openly questioned whether some of the allegedly embezzled money went into the house.

"It certainly is ironic that he built this house at that time," said Town Administrator Bradley A. Plante.

The town had early warnings involving Thomson. In 2000, Franey complained in a memo to the Sewer Department that records indicating a deficit in the department had disappeared from his office.

"In trying to locate these records I discover that the Sewer Department has gone through my records behind my back and I cannot locate the records necessary to conduct an audit of prior years' deficit balances," Franey wrote in the memo, which was copied to the town administrator at the time. "These records must be returned to my office immediately." Thomson denied taking the records, Franey wrote. It was unclear whether the records were returned.

Thomson, who did not return phone calls, has run into other problems in the past. He was ordered by the Sewer Department to work for two weeks without salary after he used a key to scratch the side of a Hull Police Department vehicle, according to news reports.

In 1992, the Internal Revenue Service placed a lien for $14,138 in unpaid taxes against any property owned by Thomson, according to real estate records. The lien was removed in March 2000.