# JAGER SMITH P.C.

COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

**SETH NESIN**
snesin@jagersmith.com

June 14, 2006

*Via fax and first-class mail*

David M. Osborne, Esq.
Dwyer & Collora, LLP
Federal Reserve Plaza
600 Atlantic Avenue
12th Floor
Boston, MA 02210

Re:   *Professional Services Group, Inc. v. Town of Rockland,*
      Civil No. 04-11131-PBS

Dear David:

Enclosed please find the expert disclosure of John J. Sullivan.

Thank you.

Sincerely,

Seth Nesin

JDA/gs
Enclosures

JS#127059v1



June 14, 2006

MELANSON HEATH & COMPANY, PC

CERTIFIED PUBLIC ACCOUNTANTS
MANAGEMENT ADVISORS

Joanne D'Alcomo
Jager Smith P.C.
One Financial Center
Boston, MA 02111

10 New England Center Drive • Suite 112
Andover, MA 01810-1096
Tel (978) 749-0005 • Fax (978) 749-0006
melansonheath.com

RE:   Professional Services Group, Inc. v. Town of Rockland
      Civil No. 04-11131-PBS

      Disclosures Regarding Prospective Expert Testimony of
      John J. Sullivan

Dear Ms. D'Alcomo:

With respect to expert testimony that I may provide at the trial of this case, I am writing to provide you with the following information which is intended to supplement my report, which is entitled "Forensic Investigation" and is dated February 25, 2004.

1. Qualifications. My qualifications are set forth on my curriculum vitae, a copy of which is enclosed with this letter.

2. Publications. I have not authored any publications during the last ten years.

3. Compensation. I expect to be compensated for my testimony as an expert at my standard hourly rate of $190.00 per hour.

4. Prior testimony. During the last four years, I have provided expert testimony in only the following case:

   Southeastern Regional Vocational Technical School District
   v. KPMG, LLP
   Suffolk Superior Court
   Deposition: July 18, 2005

Sincerely yours,

John J. Sullivan

Additional Offices:
Nashua, NH • Greenfield, MA • Ellsworth, ME

# JOHN J. SULLIVAN

Mr. Sullivan is the officer in charge of the Firm's Municipal services. He has over thirty years experience providing a wide range of services to Governmental clients. He joined Melanson, Heath & Company in 1986 and was admitted as a shareholder in 1989. Prior to that Mr. Sullivan was the founding partner in a CPA firm located in Montpelier, Vermont. His responsibility was municipal and non-profit client services primarily in federally funded programs.

Mr. Sullivan has a bachelors degree in Business Management from the University of New Hampshire, has taken numerous post-graduate courses and has taught for several colleges including teaching, <u>Problems in Budgeting</u>, at the Masters of Public Administration program at American International College, a UMAS training course for Western New England College as well as courses sponsored by the American Institute for Certified Public Accountants, New England GFOA, Massachusetts Association of School Business Officials and Massachusetts Municipal Auditors' and Accountants' Association.

He has also participated in fraud detection and prevention seminars sponsored by various municipal organizations. He is a member of the American Association of Certified Fraud Examiners.

Mr. Sullivan has been active in numerous fraud and forensic examinations throughout Massachusetts, New Hampshire and Vermont. The activity has included:

- Investigation to determination existence of fraud.
- Documentation of amount of loss.
- Assistance to prosecutors in case preparation.
- Provide expert testimony.
- Assistance to Municipality's labor attorneys in employment actions.

He also performs consulting related to overall organizational systems and human resource management. This experience includes:

- Evaluation of organizational structures and restructuring, recommended organization charts, development of job descriptions, duties, and responsibilities.
- Evaluating efficiency and setting standards for achievement.
- Providing recommendations on the flow and processing of documents through the organizational structure.
- Seminar and lectures on motivational and professional development topics.
- Evaluation of resumes, assistance in interviewing and hiring recommendations.
- Cash and Receivable Reconciliations
- Management Audits