UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
PROFESSIONAL SERVICES                         )
GROUP, INC.,                                  )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )
                                              )
TOWN OF ROCKLAND, ROCKLAND                    )
SEWER COMMISSION, GREGORY                     )
THOMSON and MICHAEL SAUSÉ,                    )
                                              )
             .                                )
_____)
                                              )
TOWN OF ROCKLAND, ROCKLAND                    )
SEWER COMMISSION,                             )
                                              )
            Plaintiffs-in-Counterclaim        )      Civil No. 04-11131-PBS
            and Crossclaim                    )
                                              )
v.                                            )
                                              )
PROFESSIONAL SERVICES                         )
GROUP, INC.,                                  )
                                              )
            Defendant-in-Counterclaim,        )
                                              )
and                                           )
                                              )
MICHAEL SAUSÉ,                                )
                                              )
            Crossclaim Defendant              )
_____)


**PLAINTIFF'S AMENDED PRETRIAL DISCLOSURES**

Plaintiff Professional Services Group, Inc. ("PSG") makes these pretrial disclosures

pursuant to Fed. R. Civ. P. 26(a)(3).[1]

## I.   Plaintiff's Witnesses

John Bonomo
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Richard Bowen
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Joseph Burgess
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Walter Byrne
1 Kris Roy Drive
Rockland, MA 02370

Frank Cavaleri
39 Scotland Street
Hingham, MA 02043

Robert Corvi
63 Concord Street
Rockland, MA 02370

June P. Donnelly
Town of Rockland
242 Union Street
Rockland, MA 02370

Kevin Donovan
78 Adams Street
Abington, MA 02351

---

[1] On June 30, 2006, PSG served the Defendants with its Pretrial Disclosures as directed by the Court.  Because certain discovery was due to be produced on July 6, 2006 pursuant to Magistrate Judge Collings' order of June 28, 2006, the parties agreed that they could amend the witness list and exhibit list of their pretrial disclosures on or before July 7, 2006.

Robert Eiben
65 Green Drive
North Attleboro, MA 02760

Gerrell Eichman
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

John Franey
37 Forest Street
Carver, MA 02330

James Gallipeau
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Georgine Grissop
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Christopher Hodgkins
88 Franklin Street
Lee, MA 01238

Anne-Marie Hyland
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Susan Keenan
3 Field Street
Taunton, MA 02780

John Kenney
FormaTech, Inc.
200 Bulfinch Drive
Andover, MA 01810

Richard Kotouch
828 Main Street
Dighton, MA 02715

Steven Kruger
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

John Llewelyn
Rockland Police Department
490 Market Street
Rockland, MA 02370

John Loughlin
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

David Lurie
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Jack McCarthy
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Michael McDonald
379 Hingham Street
Rockland, MA 02370

Ronald A. Michalski
Tighe & Bond, Inc.
53 Southampton Road
Westfield, MA 01805

Steven Monty
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Kevin Nelson
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Joseph Ridge
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Michael Sausé
103 Par Haven Drive, Apt. K-11
Dover, DE 19904

Walter Simmons
97 Division Street
Rockland, MA 02370

Cindy Solomon
2144 Pleasant Street
Dighton, MA 02715

William Stewart
40 Summit Street
Rockland, MA 02370

Gregory Sullivan
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Roy Thompson
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Gregory Thomson
790 Liberty Street
Rockland, MA 02370

Aram Varjabedian
20 Homestead Road
Middleboro, MA 02346

Det. Sgt. John Wentworth
Rockland Police Department
490 Market Street
Rockland, MA 02370

Heidi Zimmerman
Beverly Public Schools
502 Cabot Street
Beverly, MA 01915

Keeper of Records
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Keeper of Records
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Keeper of Records
Town Clerk
Town of Rockland
242 Union Street
Rockland, MA 02370

Keeper of Records
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

Keeper of Records
Woodard & Curran
980 Washington Street
Suite 325N
Dedham, MA 02026

Keeper of Records
North Abington Co-Op Bank
6 Harrison Avenue
Abington, MA 02351

Keeper of Records
Wainwright Bank & Trust Company
63 Franklin Street
Boston, MA 02110

Keeper of Records
Rockland Federal Credit Union
241 Union Street
Rockland, MA  02370

Keeper of Records
Town of Hingham
210 Central Street
Hingham, MA 02043

Keeper of Records
Town of Hanover
550 Hanover Street
Hanover, MA 02339

Keeper of Records
Town of Abington
500 Gliniewicz Way
Abington, MA 02351

Keeper of Records
American Commonwealth Management Services
1025 Laurel Oak Road
Voorhees, NJ 08043

Keeper of Records
American Water Works Co., Inc.
1025 Laurel Oak Road
Voorhees, NJ 08043

Keeper of Records
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02110

Keeper of Records
Town of Southbridge
41 Elm Street
Southbridge, MA 01550

Keeper of Records
Town of Plymouth
Plymouth Town Hall
11 Lincoln Street
Plymouth, MA 02360

Keeper of Records
City of New Bedford
133 William Street
New Bedford, MA 02740

PSG reserves the right to supplement this list, to call any witnesses on the witness list of

the Defendants, and to call additional witnesses to rebut any testimony at trial.  Based on the

recent expert disclosures of the Defendants, PSG also is assessing the need to call its own expert

witnesses to rebut the Defendants' proposed expert testimony, and PSG will make prompt

disclosure of any such witnesses and their proposed rebuttal testimony.

**II.      Designation of Witnesses Whose Testimony Will Be Presented Through Deposition
Testimony**

None.

**III.     Plaintiff's Exhibits**

**A.      Exhibits Plaintiff Expects to Offer**

Rockland Agreement for Operations, Maintenance and Management Services 6/27/88

Letter from Cherwin to Long 5/19/94

Rockland Belt Filter Press Financing Options 5/19/94

Request for Proposals 4/94

Addendum Nos. 1 & 2, Answers to Submitted Questions 5/17/94

Rockland Agreement for Operations, Maintenance and Management Services 7/25/94

Letter from Cit Group to Sause 11/7/94

Delivery and Installation Certificate 12/7/94

Sewer Commission meeting minutes and agendas 1995-2004

Board of Selectmen meeting minutes and agendas 1995-2004

Letter agreement between Sewer Commission and Sause 7/11/95

Sewer Commission meeting minutes 7/11/95

Sause expense report 11/16/95 re:  WEF conference

Town of Rockland Account Transaction History FY 1996-2003

Memorandum from Thomson to Varjabedian 4/26/96

Fax from Hyland to Thomson 7/11/96

Status of Rockland Accounts 8/7/96-2/2/98

Fax from Lurie to Sausé 11/9/96 with letter 11/8/96

Sewer Commission meeting minutes 12/12/96

Fax from Kenney to Donnelly 1/2/97 with draft superintendent job description

Fax from Hyland to Sewer Commission 1/9/97 with letter 1/8/97

Letter from Hyland to Sewer Commission 1/14/97

Selectmen's meeting minutes 1/14/97

Sewer Commission meeting minutes 1/14/97

Job Description for Rockland Sewer Superintendent

Notice of posting for position of Rockland Sewer Superintendent

Application for Employment by Thomson to Board of Selectmen 1/18/97

Sewer Commission meeting minutes 1/21/97

Selectmen's meeting minutes 1/21/97

Sewer Commission meeting minutes 1/22/97

Sewer Commission meeting with Selectmen 1/29/97

Invoices from Kopelman & Paige to Sewer Commission 1/24/97-3/25/98

Fax from Donnelly to Sause 2/21/97 with Consulting Agreement

Letter from Ahern to Thomson 5/8/97

Press release from OIG re:  MCPPOP 5/8/97

Rev. Proc. 97-13 (26 CFR 601.601)

Town Meeting Article 33 5/19/97

Town Meeting Article 63 5/19/97

Letter from Thomson to Zimmerman 5/30/97

Letter from Thomson to Sause 6/10/97

Sewer Commission meeting minutes 6/25/97

Request for Proposals 7/21/97

RFP Request 7/21/97

Letter from Bonomo to Doug with pricing notes 8-9/97

Preproposal Briefing 8/6/97

Addendum No. 1 8/13/97

Letter from Bonomo to Thomson 8/14/97

Addendum No. 2 8/19/97

Addendum No. 3 8/25/97

Letter from Eiben to Thomson 9/5/97

Addendum No. 4 9/10/97

Letter from Joyner to Thomson 9/23/97

Letter from Thomson to Sause and Check Request 9/25/97

Letter from Thomson to Sause 9/25/97

Addendum No. 5 9/25/97

PSG Price Proposal to Rockland 10/3/97

PSG Qualifications and Plan of Service to Rockland 10/3/97

Sewer Commission's acknowledgement of PSG bid 10/3/97

Letter from Thomson to Sausé 10/10/97

Letter from Thomson to Donovan 11/10/97

Contract proposal budget with Thomson notes 11/10/97

A/R Subsidiary History 11/17/97

Spreadsheet of Rockland Professional Development Account

Letter from Thomson to Sausé 11/21/97

Letter from Thomson to Donovan 11/25/97

Letter from Donovan to Thomson 11/25/97

Selectmen's meeting minutes 12/1/97

Check Request 12/1/97 and related documents

Sewer Commission meeting agenda 2/19/98 and 2/24/98 attendance list with contract

Fax from Hyland to Thomson 2/23/98

Rockland Agreement for Operations, Maintenance and Management Services 2/24/98

Fax from Hyland to Sausé 2/26/98

Letter from Thomson to Sausé 3/13/98

Email string from Sause to Thompson 3/17/98

Email string from Thompson to Sause 3/17/98

Agreement for Operations, Maintenance and Management Services with New Bedford 6/1/98

Letters from LaBelle to Gallipeau re: check requests for New Bedford project 5/7/97-10/1/98

Letters from Ricci to Niles re: check requests for New Bedford project 11/6/98-2/10/00

Letter from LaBelle to Niles re: check requests for New Bedford project 8/9/99

Letter from LaBelle to Luzon re: check requests for New Bedford project 1/2/01

Letter from Thomson to Sausé 7/23/98

Letter from Thomson to Sausé 8/23/98

Amendment One 9/24/98

Check Request 11/18/98 and related documents

Rockland Christmas Tree Challenge Donations

Rockland Final Reconciliations 1998-2004

North Abington Co-Op Bank signature card 2/6/99

Letter from Thomson to Sause 3/24/99

Memorandum from Thomson to Varjabedian 3/25/99

Amendment Two 4/2/99

Letter from Thomson to Sause 5/7/99

Sewer Commission Press Release 6/99 re:  Open House

Letter from Canning to Solomon 7/13/99

Letter from Varjabedian to Nichols 7/15/99 with check

Open House expenses summaries 7/15/99 and 2002

Letter from Thomson to Varjabedian 7/20/99

Expense report for Varjabedian 7/20/99

Southbridge Agreement for Operations, Maintenance and Management Services 7/29/99

Letter from Canning to Town of Rockland of 8/9/99 with Bill of Sale

Email from Kiani to Cavaleri 9/13/99 re:  technical evaluation

Letter from Thomson to Varjabedian of 9/14/99 re:  technical evaluation

Contract for Operation and Maintenance with Plymouth 11/10/99

Rockland Payback Summary 1999-2000

Memorandum from Franey to Sewer Commission 2/2/00

Memorandum from Varjabedian to Thomson 8/7/00

Check Request 11/1/00 and related document

Letter from Mello to Rockland Business Owner 11/15/00

Memorandum from Thomson to Varjabedian 12/6/00

Letter from Thomson to Varjabedian 2/13/01

Letter from Thomson to Varjabedian 4/4/01

Letter from Mello to Rockland Business Owners 11/20/01

Letter from Corvi to Cavaleri 1/15/02 re:  current wage/salary structures

Letter from Sewer Commission to Cavaleri 1/27/03

Letter from Ross to Monty 8/7/03 re:  Kady Mill setup

Letter from Varjabedian to Sewer Commission 8/28/00

Letter from Plante to Stark 2/10/04

Equipment Inventories 3/04-4/04

Letter from Corvi to Hodgkins 3/30/04

Letter from Haskell to Plante 4/1/04

Email from Varjabedian to Persechino of 4/7/04

Note from Varjabedian to CDM 4/9/04 with equipment list

Request for Proposals 5/7/04

Aquarion Operations and Maintenance Proposal 7/1/04

Aquarion Price Proposal with cover letter 7/1/04

Woodard & Curran Price Proposal 7/2/04

Memorandum from Proposal Review Committee to Sewer Commission 7/21/04

Rockland Agreement for Operations, Maintenance and Management Services 2004

Memorandum re:  "Rockland Belt Filter Press Financing Options"

Town of Rockland Annual Report 1997

Town of Rockland Management Letters 1995-2004

Letter from Varjabedian to Gile 2/10/98 with staffing plans

Letter from Varjabedian to Gile 5/8/98 with staffing plans

Letter from Varjabedian to Gile 6/10/98 with staffing plans

Letter from Varjabedian to Gile 8/11/98 with staffing plans

Letter from Varjabedian to Gile 3/10/99 with staffing plans

Letter from Varjabedian to Gile 6/14/99 with staffing plans

Letter from Varjabedian to Gile 7/15/99 with staffing plans

Letter from Varjabedian to Gile 9/30/99 with staffing plans

Letter from Varjabedian to Gile 3/10/00 with staffing plans

Letter from Varjabedian to Gile 4/19/01 with staffing plans

Letter from Varjabedian to Gile 4/5/02 with staffing plans

PSG Request for Proposals pricing materials and notes 7/97-10/97

Metcalf & Eddy Request for Proposals pricing materials and notes 1994

Account statements from Wainwright Bank 12/97-2/99

Cancelled checks drawn on Wainwright Bank 12/97-2/99

Account statements from North Abington Co-Op Bank 2/99-5/02

Cancelled checks drawn on North Abington Co-Op Bank 2/99-5/02

Check request 11/21/97 and related documents

Check 11/25/97 ($50,000.00)

Check request 3/16/98 and related documents

Check 3/20/98 ($78,139.56)

Check 3/24/98 ($9,964.05)

Check request 3/26/98 and related documents

Check 3/27/98 ($193.97)

Check 4/98 ($3,378.97) and related documents

Check 9/18/98 ($60.00)

Check requests 12/1/98 and related documents

Check 12/11/98 ($10,000.00)

Check request 12/18/98 and related documents

Check request 3/8/99 and related documents

Check 3/16/99 ($558.34)

Check request 4/16/99 and related documents

Check 4/20/99 ($5,000.00)

Check 4/30/99 ($175.00)

Check request 6/7/99 and related documents

Check 6/11/99 ($10,000.00)

Check 7/14/99 and related documents

Check 7/20/99 ($4,300.00)

Check 8/18/99 ($60.00)

Check request 10/5/99 and related documents

Check 10/7/99 ($4,090.00)

Check request 11/18/99 and related documents

Check 11/22/99 ($5,000.00)

Check request 12/9/99 and related documents

Check 12/13/99 ($4,000.00)

Check request 1/19/00 and related documents

Check 1/27/00 ($976.00)

Check request 3/30/00 and related documents

Check 3/22/00 ($2,499.96)

Check request 4/27/00 and related documents

Check request 5/1/00 and related documents

Check 5/4/00 ($100.00)

Check 5/5/00 ($2,100.00)

Check request 6/26/00 and related documents

Check 6/28/00 ($908.73)

Check request 8/7/00 and related documents

Check 8/11/00 ($5,000.00)

Check request 10/13/00 and related documents

Check 10/19/00 ($2,300.00)

Check request 12/5/00 and related documents

Check 12/12/00 ($3,800.00)

Check request 1/8/01 and related documents

Check 1/12/01 ($2,442.23)

Check request 1/22/01 and related documents

Check 1/29/01 ($1,800.00)

Check request 2/14/01 and related documents

Check 2/21/01 ($15,000.00)

Check request 4/6/01 and related documents

Check 4/18/01 ($8,200.00)

Check request 5/24/01 and related documents

Check 5/30/01 ($4,020.00)

Check request of 6/21/01 and related documents

Check 7/3/01 ($2,700.00)

Check request 7/24/01 and related documents

Check 7/27/01 ($4,492.00)

Check request 9/5/01 and related documents

Check 9/5/01 ($5,354.34)

Check request 9/24/01 and related documents

Check 9/25/01 ($15,000.00)

Check request 10/25/01 and related documents

Check 10/29/01 ($8,928.98)

Check request 11/26/01 and related documents

Check 11/28/01 ($8,000.00)

Check request 12/12/01 and related documents

Check 12/13/01 ($7,000.00)

Check request 12/28/01 and related documents

Check 1/03/02 ($6,893.00)

Check request 1/28/02 and related documents

Check 1/30/02 ($3,197.50)

Check request 2/8/02 and related documents

Check 2/12/02 ($5,873.22)

Check request 3/11/02 and related documents

Check 3/14/02 ($6,804.03)

Check request 4/2/02 and related documents

Check 4/4/02 ($8,675.25)

Check request 4/18/02 and related documents

Check 4/25/02 ($14,309.00)

Check request 5/10/02 and related documents

Check 5/14/02 check ($5,428.50)

Check request 5/23/02 and related documents

Check 5/29/02 ($5,744.48)

Cost Detail Reports 11/95-4/04

Contract Status Report 1998

Earnings Proof 1998

Cost Detail Report 1998

Payroll Accrual Liability Report 1998

Payroll Calculation Proof 1998

Income Statement 1998

Contract Status Report 1999

Earnings Proof 1999

Cost Detail Report 1999

Benefits Allocation for Fiscal Period 1999

Payroll Calculation Proof 1999

Income Statement 1999

Detail Income Statement 2000

General Ledger Detail 2000

Detail Income Statement 2001

General Ledger Detail 2001

Detail Income Statement 2002

General Ledger Detail 2002

Detail Income Statement 2003

General Ledger Detail 2003

General Ledger Detail 2004

Income Statement 2004

Operations Overhead Rate CY 2005

G&A Rate CY 2005

CPM Overhead Rate CY 2005

Promotional flyers for Open House

Promotional flyers for Christmas tree sales

Rockland Payback Summaries for Contract Years 1-6

Bill of Sale and Certificate of Title for 1997 Ford F361

Certificate of Title for 1997 Ford F350

Invoices to Rockland pursuant to Agreement for Operations, Maintenance and Management Services 1998-2004

**B.    Exhibits Plaintiff May Offer**

Massasoit Community College transcript for Thomson

Business Practices Compliance Manual 1999

AWT Business Integrity Compliance Program 1998

PSG Employee Handbook

PSG Policies and Procedures 1994-95

PSG Project Manager's Guide

Letter from Thomson to DeLeon 8/6/97

Certified conviction of Sausé

Certified conviction of Thomson

Transcript of Sausé plea colloquy

Transcript of Thomson plea colloquy

Reports of Det. Sgt. Wentworth re: investigation

Narratives re:  Sausé Proffer

Note from "Jack" to "Kevin" 4/98 with 1998 contract

Litigation Agreement 10/1/04

Personnel Records Authorization of Michael Sause

Bankruptcy Petition No. 06-10059 docket and certified copies of all filings

Affidavit of Michael Sause 6/22/06

Municipal, County, District and Local Authority Procurement Manual 1995
Letter from Bowen to Arendell 5/14/04

Memorandum re:  "Why do we need full time superintendent"

Transcript of Grand Jury Proceedings 8/29/03

Sausé memo 1/7/04 re:  Grand Jury Minutes

Videotape of Selectmen's meeting 1/14/97

Videotape of Selectmen's meeting 1/21/97

Weekly Operating Reports 1995-2004

Monthly Operating Reports to Sewer Commission 1996-2000

Fax from Bonomo to Thomson 9/23/97 with letter 9/22/97

Photos of Sause and Thomson produced by Sause

Letter from Joy to OIG 1/12/94

Letter from Sewer Commission to Donovan 6/2/94

Letter from Donovan to McDonald 6/10/94

Chapter 362 of the Acts of 1996

Town Meeting Article 93 5/17/99

Town Meeting Article 64 6/3/03

Letter from Bowen to Kruger 4/9/04

The Plaintiff reserves the right to supplement this list and to introduce additional exhibits

for impeachment purposes, to rebut any testimony at trial, and to introduce any exhibits on the

Defendants' exhibit list.

> PROFESSIONAL SERVICES GROUP, INC.,
> By its attorneys,
>
>
> /s/Sara E. Noonan_____
> Maria R. Durant (BBO # 558906)
> David M. Osborne  (BBO # 564840)
> Sara E. Noonan (BBO # 645293)
> DWYER & COLLORA, LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue, 12th Floor
> Boston, MA  02210
> (617) 371-1000

## CERTIFICATE OF SERVICE

I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 7, 2006.

> /s/Sara E. Noonan_____
> Sara E. Noonan