UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff,<br>v.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ,<br>        Defendants<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION,<br>        Plaintiffs-in-Counterclaim and Crossclaim,<br>v.<br><br>PROFESSIONAL SERVICES GROUP, INC.,<br>        Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSÉ,<br>        Crossclaim Defendant | Civil No. 04-11131-PBS |

**DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFF'S REPLY, WITH LEAVE OF THE COURT, TO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ANSWER BY ADDING AFFIRMATIVE DEFENSE (Docket No. 69)**

The Defendants Town of Rockland and Rockland Sewer Commission ("the Town") hereby request leave to file a surreply to Plaintiff's reply to the above-referenced motion because the Town believes that a surreply is necessary to correct a mistaken impression left by the plaintiff's reply. The proposed surreply is attached.

Plaintiff has assented to the filing of this surreply.

JS#128491v1

                                        TOWN OF ROCKLAND , ROCKLAND SEWER
                                        COMMISSION
                                        By its attorneys,

                                        /s/Seth Nesin
                                        _____
                                        Joanne D'Alcomo
                                        BBO #544177
                                        Howard P. Blatchford, Jr.
                                        BBO #045580
                                        Seth Nesin
                                        BBO #650739
                                        JAGER SMITH P.C.
                                        One Financial Center
                                        Boston, MA 02111
                                        (617) 951-0500

ASSENTED TO:

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,


\* /s/ David M. Osborne, Esq. (SEN)
David M. Osborne  (BBO # 564840)
DWYER & COLLORA LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000