UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**ASSENTED-TO SURREPLY OF TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION TO PLAINTIFF'S REPLY, WITH LEAVE OF THE COURT, TO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND ANSWER BY ADDING AFFIRMATIVE DEFENSE (Docket No. 69)**

1

JS#128482v1

The Town of Rockland and the Rockland Sewer Commission (collectively "the Town") file this surreply, with the assent of Plaintiff Professional Services Group, Inc. ("PSG"), solely to address the new arguments made in PSG's reply. PSG argues that, prior to the deposition of former Rockland Town Administrator Kevin Donovan last month, PSG would have had no way of knowing "whether Mr. Donovan, the Town of Rockland's Chief Procurement Officer and Town Administrator, knew that the procurement process for the 1998 Contract was underway without his participation." As articulated in the Town's opposition to the motion, PSG did not need to know this information to plead it, as long as it had a good faith basis for its belief. Furthermore, Kevin Donovan's knowledge of that RFP process was in no way a secret. As shown below, the newspaper advertisement that solicited bids for the contract at issue <u>identified Mr. Donovan as the contact person</u>. Furthermore, at the mandatory pre-proposal briefing about the RFP process, which was attended by two PSG employees, Kevin Donovan was identified as being a person who would review the proposals, if necessary. See Exhibit A (identifying two PSG employees and referring to Kevin Donovan as a person who might review proposals). Moreover, Kevin Donovan was the Town Administrator during the RFP process – a time when PSG was the incumbent contractor at the end of a multi-year contract and certainly knew who the Town Administrator was. There is no reason to excuse PSG's delay in moving to amend the answer to the counterclaim based upon PSG's purported new knowledge about Kevin Donovan.



The Rockland Board of Sewer Commissioners, Rockland, Massachusetts is seeking Proposals from qualified firms capable of providing full-service operation and maintenance of the Town's Water Pollution Control Facilities that includes an advanced wastewater treatment plant and a minimum of nine wastewater pumping stations. Emergency response to collection system problems are also included in the services. The initial term of the contract to be awarded will be for ten years. The contract is subject to an automatic renewal for an additional ten year period at the sole discretion of the Rockland Sewer Commission and the awarding authority. Annual inflationary adjustments (increases or decreases) for the contract amount will be based on CPI-U (Boston Area) and Net Power Costs. Weighting for the adjustments is 80% and 20% respectively.

Copies of the Request for Proposal (RFP) may be obtained on July 21, 1997 through August 1, 1997 by calling or writing to the Rockland Board of Sewer Commissioners, P.O. Box 330, Rockland, Massachusetts 02370, Monday through Friday between the hours of 7:30 a.m. and 3:30 p.m. The telephone number is (617) 878-1964.

Each Proposal submitted must be accompanied by a Bid Deposit in the form of Cash, Cashiers Check or Bid Bond payable to the Town of Rockland in the amount of Five Percent (5%) of the First Year Annual Fee.

The Town of Rockland is an Affirmative Action/Equal Opportunity Organization and invites Proposals from qualified minority and female owned firms.

Contract operators possessing the necessary qualifications, experience and technical expertise are invited to submit proposals to the Rockland Board of Sewer Commissioners at the address noted above, until 2:00 p.m. on September 2, 1997. Proposals received after such time will not be accepted. **A mandatory pre-proposal briefing session is scheduled for August 6, 1997 at 10:00 a.m. at the Sewer Commission Office at the Rockland Water Pollution Control Facility.**

Selection of the contact operator will be based on the contractor's response to the scope of the work discussed in the RFP, the proposed operating staff, the overall capabilities of the contractor, the financial stability of the contractor, and the contractor's price proposal. A comprehensive comparative analysis is included in the RFP.

The Town of Rockland reserves the right to accept any proposal, to reject any or all proposals, in whole or in part, to waive irregularities and/or formalities as deemed appropriate and to negotiate with the preferred contractor to finalize details of the proposed contract or agreement. A submitter may correct, modify or withdraw a Proposal by written notice to the Sewer Commission office prior to the time and date set for opening of the proposals.

Kevin R. Donovan
Town Administrator/
Chief Procurement Officer

3

Respectfully submitted,

TOWN OF ROCKLAND and
THE ROCKLAND SEWER COMMISSION,
By their attorneys,

/s/ Seth Nesin
Joanne D'Alcomo (BBO # 544177)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

JS#128482v1

4