UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | ) ) ) ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | ) ) ) ) | |
| Plaintiffs-in-Counterclaim and Crossclaim | ) ) ) | Civil No. 04-11131-PBS |
| v. | ) ) | |
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Defendant-in-Counterclaim, | ) ) | |
| and | ) ) | |
| MICHAEL SAUSÉ, | ) ) ) | |
| Crossclaim Defendant | ) ) | |

**PLAINTIFF'S RULE 12(b)(6) MOTION TO DISMISS
DEFENDANTS' COUNTERCLAIM UNDER THE UNIFORM PROCUREMENT ACT**

Plaintiff Professional Services Group, Inc. ("PSG") moves pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss Defendants' counterclaim under the Massachusetts Uniform Procurement Act, Mass. Gen. L. c. 30B, § 17(c) ("Procurement Act"). As discussed in the accompanying

Memorandum of Law, the Procurement Act provides no right of action to Defendants for their claim, and therefore the Court should dismiss Count VII in Defendants' counterclaim.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff requests oral argument on this motion.

                         Respectfully submitted,

                         ___/s/ Sara Noonan_____  
                         Maria R. Durant (BBO # 558906)  
                         David M. Osborne (BBO # 564840)  
                         Sara E. Noonan (BBO # 645293)  
                         DWYER & COLLORA, LLP  
                         Federal Reserve Plaza  
                         600 Atlantic Avenue, 12th Floor  
                         Boston, MA  02210  
                         (617) 371-1000

Dated:  July 10, 2006

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

     I hereby certify that David Osborne, acting on behalf of PSG, has conferred with opposing counsel in a good faith attempt to eliminate and narrow the issues raised in this motion.

                         /s/Sara Noonan_____  
                         Sara E. Noonan

## CERTIFICATE OF SERVICE

     I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 10, 2006.

                         ___/s/ Sara Noonan_____  
                         Sara E. Noonan