UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
)
PROFESSIONAL SERVICES )
GROUP, INC., )
)
       Plaintiff, )
)
   v. )
)
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION, GREGORY )
THOMSON and MICHAEL SAUSÉ, )
_____)
)
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION, )
)
    Plaintiffs-in-Counterclaim )   Civil No. 04-11131-PBS
    and Crossclaim )
)
  v. )
)
PROFESSIONAL SERVICES )
GROUP, INC., )
)
    Defendant-in-Counterclaim, )
)
and )
)
MICHAEL SAUSÉ, )
)
    Crossclaim Defendant )
_____)

**PLAINTIFF'S RULE 12(b)(6) MOTION TO DISMISS
DEFENDANTS' CLAIMS BASED UPON PLAINTIFF'S VICARIOUS LIABILITY**

    Plaintiff Professional Services Group, Inc. ("PSG") moves pursuant to Fed. R. Civ. P.

Rule 12(b)(6) to dismiss certain counts in Defendants' counterclaim against PSG because

Defendants have executed a general waiver of their claims against Michael Sause ("Sause") in

this case. As discussed in the accompanying Memorandum of Law, a general waiver of an agent's liability precludes a claim against his principal that is based solely on the theory of respondeat superior unless the waiver contains a very specific express reservation of claims against the principal. Because the general waiver of claims against Sause that Defendants have executed contains no such reservation, the Court should dismiss Count I (fraud), Counts IV, V, and VI (c. 268A), Count VII (c. 30B), Count IX (conversion), Count X (civil conspiracy), Count XII (PSG's respondeat superior liability for Sause), and Count XIV (negligent misrepresentation) in Defendants' counterclaim.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Plaintiff requests oral argument on this motion.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/Maria R. Durant_____
Maria R. Durant (BBO # 558906)
David M. Osborne (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

Dated: July 11, 2006

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on July 11, 2006 I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with opposing counsel.

/s/David M. Osborne_____
David M. Osborne

3

**CERTIFICATE OF SERVICE**

     I, Maria R. Durant, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 11, 2006.

                                                 /s/Maria R. Durant_____
                                                 Maria R. Durant