UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSÉ,          )
                                    )
        .                           )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
        Plaintiffs in Counterclaim  )   Civil No. 04-11131-PBS
        and Crossclaim              )
                                    )
    v.                              )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
        Defendant in Counterclaim,  )
                                    )
and                                 )
                                    )
MICHAEL SAUSÉ,                      )
                                    )
        Crossclaim Defendant        )
_____)

**MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY
OF RONALD A. MICHALSKI**

Pursuant to Federal Rules of Evidence 702 and 403, Plaintiff/Counterclaim Defendant

Professional Services Group, Inc. ("PSG") respectfully moves this Court to exclude the proposed

expert testimony of Ronald A. Michalski. As grounds for this Motion, PSG states that Mr. Michalski's proposed expert opinions do not satisfy the threshold showing of reliability and helpfulness as required by Fed. R. Evid. 702. In addition, the proposed opinions are inadmissible under Fed. R. Evid. 403

In further support of this Motion, PSG refers the Court to its supporting Memorandum of Law, which is being filed contemporaneous with this Motion.

### REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this Motion, PSG respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

### CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)

I certify that David M. Osborne, on behalf of PSG, conferred with Joanne D'Alcomo and attempted in good faith to resolve or narrow the issues raised by this Motion.

        Respectfully submitted,
        **PROFESSIONAL SERVICES GROUP, INC.**,
        By its attorneys,

        ___/s/ Sara Noonan_____
        Maria R. Durant (BBO # 558906)
        David M. Osborne (BBO # 564840)
        Sara E. Noonan (BBO # 645293)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA 02210
        (617) 371-1000

Dated: July 12, 2006

**CERTIFICATE OF SERVICE**

      I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on this 12th day of July, 2006.

                                              /s/Sara Noonan
                                              Sara E. Noonan