# EXHIBIT A



# Town of Rockland
Post Office Box 330
**Massachusetts 02370**
Sewer Commission
Tel. (617) 878-1964
Fax (617) 878-1909

Robert Corvi, *Chairman*
William Stewart, *Vice-Chairman*
Walter Byrne III, *Commissioner*
Greg Thomson, *Superintendent*

PreProposal Briefing August 6, 1997

Greg Thomson opened the briefing at 10:03 a.m.

The following signed in:

| NAME | COMPANY |
|---|---|
| David L. Bigelow | All State Power Vac. |
| Jack Bonomo | Woodard & Curran |
| Michael Sause' | P. S. G. |
| W. E. Porter | Woodard & Curran |
| Michael E. Taylor | A. C. M. S. |
| Aram Varjabedian | P. S. G. |

Greg announced the following:

1. R. F. P. is due back September 2, 1997 at 2:00 p.m.
2. Review committee will consist of Robert Corvi Sr. Chairman, William Stewart, Vice Chairman, Walter Byrne, Commissioner and Gregory Thomson Superintendent. Should another vote be needed, Kevin R. Donovan, Town Administrator will review.
3. Review up to sixty days, target date for signing is October 1, 1997.
4. Any questions pertaining to the R.F.P. will be directed through the Sewer Department, not anyone at the Town Hall.
5. Millbrook is not accepted at this time, but will be when the time comes for the signing of the contract. The bid must include Millbrook along with the other 5 pump stations.
6. All reports, studies and information will be available here at the plant.
7. Each bidder can have a 3 day tour with 4 people maxim.
8. Staff is not to be approached while you are on site, or when your company returns for the tour.
9. Drawn by a lottery the following is the list of which bidder will come in for the 3 day tour.
    A. Woodard & Curran August 14, 15, and 18th.
    B. A.C.M.S. August 19, 20, and 21st.
    C. Allstate power Vac August 25, 26, and 27th.
    D. Meeting adjourned at 10:45a.m.