# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE, <br><br> Defendants. | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSE, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**PLAINTIFF'S RESPONSE TO DEFENDANT TOWN OF
ROCKLAND'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

for payment and documents seeking payment that purport to have been signed by Gregory Thomson.

**Request No. 36**

All documentary materials depicting, describing, embodying or constituting any action taken by US Filter or PSG in response to check requests, requests for payment, or documents seeking payment that were signed, or appeared to be signed, by Gregory Thomson.

**Response to Request No. 36**

PSG objects to this request on the grounds that it is vague and ambiguous.

**Request No. 37**

All documentary materials (except for documents protected by the attorney-client privilege or work-product doctrine) describing, or recording any payments made to or received by Metcalf & Eddy, PSG, or U.S. Filter pursuant to the 1998 Contract, and the dates of such payments.

**Response to Request No. 37**

PSG will produce all responsive documents.

**Request No. 38**

All documentary materials (except for documents protected by the attorney-client privilege or work-product doctrine) reflecting, describing, or recording the total or aggregate payments made to or received by Metcalf & Eddy, PSG, and/or U.S. Filter pursuant to the 1998 Contract.

**Response to Request No. 38**

PSG will produce all responsive documents.

**Request No. 39**

All documentary materials reports, pro formas, spread sheets, budgets, etc., describing, calculating, analyzing, assessing, commenting upon, or referring to any revenues, earnings and or profit earned, or projected to be earned, by Metcalf & Eddy, PSG, and/or U.S. Filter as a result of the 1994 or 1998 Contract.

**Response to Request No. 39**

PSG objects to this request on the grounds that it is overbroad, seeks confidential business information, and seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 40**

> All documentary materials containing or referring to any projections or forecasts of revenue, earnings, and/or profits from the operation of the plant at any time.

**Response to Request No. 40**

PSG objects to this request on the grounds that it is overbroad, seeks confidential business information, and seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 41**

> All documentary materials including but not limited to, emails, reports, memoranda, emails, spread sheets, etc., analyzing, commenting upon, projecting, or concerning the profitability of any actual or proposed contract to operate the plant.

**Response to Request No. 41**

PSG objects to this request on the grounds that it is overbroad, seeks confidential business information, and seeks documents that are neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

**Request No. 42**

> All documentary materials used, consulted upon, or relied upon to prepare any draft or actual price or cost proposal submitted by or on behalf of PSG to the town of Rockland in at [sic] any time from 1994 to 1997, including the 1997 price or cost proposal, and including all documentary materials used to calculate, formulate, prepare, analyze or draft any portion of such price proposal(s).

17