# EXHIBIT 3

Amendment One
to the
Agreement for Operation, Maintenance and Management Services

THIS AMENDMENT to the Agreement is entered into on the 24th day of August 1998, by and between

> Rockland Sewer Commission, with its principal address at South End of Concord Street, P.O. Box 330, Rockland, Massachusetts 02370 (hereinafter "COMMISSION")

and

> Professional Services Group, Inc., with its principal address at 14950 Heathrow Forest Parkway, Suite 200, Houston, Texas 77032-3842 (hereinafter "PSG")

WHEREAS, COMMISSION and PSG entered into that certain Agreement for Operation, Maintenance and Management Services dated February 24, 1998; and,

WHEREAS, the parties now desire to modify selective portions of the Agreement, all as set forth herein,

NOW, THEREFORE, in mutual considerations herein described and other good and valuable consideration, receipt of which is hereby acknowledged, the parties agree as follows:

1. Section 1.7 shall be restated to read as follows:

    In the event of an inconsistency or conflict between the provisions of this Agreement and the provisions of Section IV of the RFP, Scope of Services, which are incorporated herein by reference, the provisions of this Agreement shall prevail and take precedence.

2. Section 5.9 shall be restated to read as follows:

PSG will provide for the collection and hauling of grit, screenings, and trash ["Waste"] to COMMISSION's existing or approved disposal sites. It shall be the sole right and responsibility of COMMISSION to designate, approve, or select disposal sites to be used by PSG for COMMISSION's waste materials. All Waste and/or byproduct treated and/or generated during PSG's performance of services is and shall remain the sole and exclusive property of COMMISSION. All manifests or other documentation required for disposal of Waste shall be signed by or in the name of the COMMISSION. Any significant changes in the disposal practices or costs currently in place shall warrant a review by both COMMISSION and PSG.

3. Section 7.3 shall be restated to read as follows:

Any monies payable pursuant to Section 6.2 will be paid within sixty (60) calendar days after the end of each Agreement year.

4. Section 9.6 shall be restated to read as follows:

Each party shall obtain and maintain insurance coverage of a type and in the amounts described in Appendix F. Each party shall provide the other with satisfactory proof of insurance.

5. Section 6.1 shall be restated to read as follows:

PSG's compensation under this Agreement shall consist of an Annual Fee. For the first year of this Agreement, PSG's Annual Fee is $1,200,000. The Maintenance and Repair Limit included in the Annual Fee is $75,000. The Equipment/Capital Replacement and Repair Limit is $100,000. The New Pump Station Electricity Limit is $15,000. For the first year of the agreement the Wages and Salaries Limit is $513,162, which includes benefits.

6. Section 6.2 paragraph one shall be restated to read as follows:

If the actual Maintenance and Repair, Equipment/Capital Replacement and Repair, New Pump Station Electricity Limit and/or Wages and Salaries/Benefits Limit expenditures are less than $75,000, $100,000, $15,000, and $513,162 respectively for any agreement year, PSG will rebate the entire difference to COMMISSION in accordance with section 3.4 and 2.1. If actual expenses for any of the limits for the cost categories identified herein exceed the respective limits, COMMISSION will pay the excess to PSG in accordance with section 8.3. PSG will notify COMMISSION when actual expenditures for the cost categories identified above equal eighty percent [80%] of any of these cost category limits. The Wages and Salaries/Benefits limit will be reviewed and based upon CPI-U and the costs for benefits annually.

The Annual Fee adjustment shall be calculated each year at least two [2] months prior to the anniversary of the Agreement's commencement date. This adjustment shall be based upon the Consumer Price Index [CPI-U Boston Area] and Net Power Cost. Weighting for these adjustment factors shall be 80% and 20% respectively. The Maintenance and Repair Limit, Equipment/Capital Replacement and Repair Limit, and New Pump Station Electricity Limit shall increase or decrease by a percentage equal to the change in the annual fee. The Annual Fee adjustment shall be effective as of the first day of each successive year of the term of the Agreement.

7. This Amendment shall take affect upon August 24, 1998.

8. All terms of the Agreement not specifically amended or modified by this instrument shall remain unmodified and in full force and effect.

WHEREFORE, both parties indicate their approval of this Amendment by their signature below and each party warrants that all action necessary to bind the parties to the terms of this Agreement has been taken.

**Rockland Sewer Commission**

By: _____

Print Name: Gregory T Thomson

Title: Superintendent

Date: 8-24-98

**Professional Services Group, Inc.**

By: _____

Print Name: Patrick L. McMahon, P.E.

Title: President

Date: Aug-27-98