# EXHIBIT 4

VWNA
Operations Overhead Rate
CY 2005

| | VWNA Total COS | Operations & Technical Overhead | VWNA Direct COS | INDY | VWNA Total Direct COS | | Operations & Technical Overhead | Total |
|---|---|---|---|---|---|---|---|---|
| Salaries & Wages | 99,691,340 | 6,742,675 | 92,948,665 | 20,116,298 | 113,064,963 | | 6,742,675 | 6,742,675 |
| Fringe Benefits: | | | | | | | | |
| FICA | 7,173,341 | 415,285 | 6,758,056 | 1,702,940 | 8,460,996 | | 415,285 | 415,285 |
| Unemployment Taxes | 1,055,146 | 57,020 | 998,126 | 113,561 | 1,111,687 | | 57,020 | 57,020 |
| Group Insurance | 10,417,603 | 632,778 | 9,784,825 | 2,827,604 | 12,612,429 | | 632,778 | 632,778 |
| Pension & Retirement Plans | 2,038,913 | 201,935 | 1,836,978 | 1,931,255 | 3,768,233 | | 201,935 | 201,935 |
| Worker's Compensation | 2,528,679 | 115,774 | 2,412,905 | 151,946 | 2,564,851 | | 115,774 | 115,774 |
| Wages & Benefit Alloc. | 42,896 | (88,948) | 131,844 | (1,424,412) | (1,292,568) | | (88,948) | (88,948) |
| Employee Awards & Incentives | 818,125 | 29,668 | 788,457 | 166,603 | 955,060 | | 29,668 | 29,668 |
| Employee Relations | 375,288 | 21,559 | 353,729 | 230,868 | 584,597 | | 21,559 | 21,559 |
| Tuition Reimbursement | 71,486 | 20,026 | 51,460 | 35,307 | 86,767 | | 20,026 | 20,026 |
| Training | 404,208 | 37,073 | 367,135 | 21,921 | 389,056 | | 37,073 | 37,073 |
| Relocation | 402,093 | 158,002 | 244,091 | | 244,091 | | 158,002 | 158,002 |
| Recruiting | 56,878 | 10,294 | 46,584 | | 46,584 | | 10,294 | 10,294 |
| Total Fringe Benefits | 25,384,656 | 1,610,466 | 23,774,190 | 5,757,593 | 29,531,783 | | 1,610,466 | 1,610,466 |
| Construction Costs | 2,122,522 | | 2,122,522 | 41,288,608 | 43,411,130 | | 0 | 0 |
| Travel | 2,876,710 | 1,324,434 | 1,552,276 | 134,715 | 1,686,991 | | 1,324,434 | 1,324,434 |
| Meals & Entertainment | 503,361 | 204,225 | 299,136 | 107,230 | 406,366 | | 204,225 | 204,225 |
| Vehicle Expense (Transportation) | 6,240,226 | 395,675 | 5,844,551 | 38,691 | 5,883,242 | | 395,675 | 395,675 |
| Bonus | 4,392,771 | 1,447,276 | 2,945,495 | 742,390 | 3,687,885 | | 1,447,276 | 1,447,276 |
| Office Supplies | 2,149,209 | 275,559 | 1,873,650 | 575,308 | 2,448,958 | | 275,559 | 275,559 |
| Delivery & Postage | 716,806 | 82,772 | 634,034 | 1,329,055 | 1,963,089 | | 82,772 | 82,772 |
| Contributions | | | 0 | 0 | 0 | | - | - |
| Professional Fees | 4,863,198 | 259,241 | 4,603,957 | 2,567,798 | 7,171,755 | | 259,241 | 259,241 |
| Promotions & Advertising | 376,431 | 52,662 | 323,769 | 392,099 | 715,868 | | 52,662 | 52,662 |
| Dues & Subscriptions | 445,128 | 36,561 | 408,567 | 778,012 | 1,186,579 | | 36,561 | 36,561 |
| Business Insurance | 5,570,470 | 43,778 | 5,526,692 | 2,109,001 | 7,635,693 | | 43,778 | 43,778 |
| Telephone | 2,300,431 | 373,034 | 1,927,397 | 570,471 | 2,497,868 | | 373,034 | 373,034 |
| Outside Services | 14,113,418 | (65,433) | 14,178,851 | 1,368,695 | 15,547,546 | | (65,433) | (65,433) |
| Temporary Help | 391,508 | 4,016 | 387,492 | | 387,492 | | 4,016 | 4,016 |
| Laboratory Supplies (supplies) | 5,949,414 | 27,034 | 5,922,380 | 394,176 | 6,316,556 | | 27,034 | 27,034 |
| Chemicals | 32,496,543 | 3,344 | 32,493,199 | 3,389,982 | 35,883,181 | | 3,344 | 3,344 |
| Scrap/Sludge Hauling | 18,976,150 | 0 | 18,976,150 | 398,840 | 19,374,990 | | 0 | 0 |
| Equipment Maintenance | 51,498,670 | 95,424 | 51,403,246 | 4,998,337 | 56,401,583 | | 95,424 | 95,424 |
| Utilities | 38,721,054 | 61,329 | 38,659,725 | 5,812,855 | 44,472,580 | | 61,329 | 61,329 |
| Taxes (Non-Income) | 1,068,537 | 159,800 | 908,737 | 125,721 | 1,034,458 | | 159,800 | 159,800 |
| Depreciation & Amortization | 12,738,670 | 368,761 | 12,369,909 | 2,865,256 | 15,235,165 | | 368,761 | 368,761 |
| Office Rental & Repairs | 3,923,455 | 653,114 | 3,270,341 | | 3,270,341 | | 653,114 | 653,114 |
| Licenses | 590,400 | 20,997 | 569,403 | 546,512 | 1,115,915 | | 20,997 | 20,997 |
| Bad Debts | 154,346 | 0 | 154,346 | 274,843 | 429,189 | | 0 | 0 |
| Miscellaneous | 993,015 | 19,603 | 973,412 | (395,927) | 577,485 | | 19,603 | 19,603 |
| Reclass costs to Projects | | | 0 | | - | | 0 | - |
| Alloc to INDY | | | | | | | 0 | 0 |
| General Res. for Unallowable Costs | | | | | | | 0 | 0 |
| Total Expenses | 339,248,439 | 14,196,347 | 325,052,092 | 96,266,559 | 421,338,651 | | 14,196,347 | 14,196,347 |
| | below | below | N/A | budget | - | column G | N/A |

Overhead Rate = In-Direct Costs/ Direct Labor and Benefits

In- Direct Costs   14,196,347
Direct Labor & Benefits   116,722,855

Overhead Rate =   12.16%

VWNA
G & A Rate
CY 2005

| | Selling | Marketing | Admin- | HQ | Total | Less | VWNA Allowable |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 3,471,258 | 424,722 | 7,038,472 | 2,432,919 | 13,367,371 | | |
| Fringe Benefits: | | | | | | | |
| FICA | 185,790 | 29,479 | 497,780 | 110,586 | 823,635 | | |
| Unemployment Taxes | 20,051 | 4,072 | 66,743 | 14,595 | 105,461 | | |
| Group Insurance | 222,984 | 34,655 | 742,873 | 156,847 | 1,157,359 | | |
| Pension & Retirement Plans | 99,668 | 10,925 | 507,304 | 786,337 | 1,404,234 | | |
| Worker's Compensation | 58,622 | 9,883 | 125,401 | 38,426 | 232,332 | | |
| Wages & Benefit Alloc. | 50,098 | | (203,828) | 13,500 | (140,230) | | |
| Employee Awards & Incentives | 15,431 | 180 | 116,645 | 3,899 | 136,155 | | |
| Employee Relations | 9,208 | 2,002 | 65,109 | 6,188 | 82,507 | | |
| Tuition Reimbursement | (6,276) | | 5,753 | | (523) | | |
| Training | 2,037 | | 17,025 | 2,427 | 21,489 | | |
| Relocation | | | 139,692 | | 139,692 | | |
| Recruiting | 3,221 | 225 | 19,706 | 30,807 | 53,959 | | |
| Total Fringe Benefits | 660,834 | 91,421 | 2,100,203 | 1,163,612 | 4,016,070 | | |
| Construction Costs | | | | | - | | |
| Travel | 957,110 | 35,985 | 1,020,530 | 530,142 | 2,543,767 | | |
| Meals & Entertainment | 114,015 | 2,953 | 51,477 | 49,967 | 218,412 | | |
| Vehicle Expense ( Transportation) | 82,500 | (1,992) | 91,203 | 58,970 | 230,681 | | |
| Bonus | 325,408 | | 1,494,659 | 608,841 | 2,428,908 | | |
| Office Supplies | 101,191 | 40,294 | 406,263 | 96,184 | 643,932 | | |
| Delivery & Postage | 13,501 | 17,261 | 91,504 | 13,507 | 135,773 | | |
| Contributions | | | | | - | | |
| Professional Fees | 1,133,518 | 80,100 | 1,149,745 | 1,194,498 | 3,557,861 | | |
| Promotions & Advertising | 180,040 | 1,145,082 | 51,675 | 62,222 | 1,439,019 | | |
| Dues & Subscriptions | 27,980 | 107,631 | 679,053 | 75,532 | 890,196 | | |
| Business Insurance | 5,199 | | 1,849,863 | | 1,855,062 | | |
| Telephone | 108,398 | 7,552 | 302,177 | 46,047 | 464,174 | | |
| Outside Services | 42,745 | 1,777 | 765,723 | 21,581 | 831,826 | | |
| Temporary Help | | | 61,724 | 18,365 | 80,089 | | |
| Laboratory Supplies (supplies) | 2,014 | | 6,975 | | 8,989 | | |
| Chemicals | | | | | - | | |
| Scrap/Sludge | | | | 199 | 199 | | |
| Equipment Maintenance | (42,196) | | 3,244 | | (38,952) | | |
| Utilities | | | 17,719 | | 17,719 | | |
| Taxes (Non-income) | 437 | 300 | 44,961 | | 45,698 | | |
| Depreciation & Amortization | 17,398 | 3,339 | 854,452 | 1,279 | 876,468 | | |
| Office Rental & Repairs | 132,943 | | 846,040 | 300,376 | 1,279,359 | | |
| Licenses | 321 | | 469,331 | 886 | 470,538 | | |
| Bad Debts | | | 600,000 | | 600,000 | | |
| Miscellaneous | 37,744 | (462) | 1,598,318 | (4,148,601) | (2,513,001) | | |
| Rebill Costs | | | | | - | | |
| Reclass costs to Projects | | | | | 0 | | |
| Alloc. HQ to VWNA | | | | | 0 | | |
| General Res. for Unallowable Costs | | | | | 0 | | |
| Total Expenses | 7,372,358 | 1,955,963 | 21,595,311 | 2,526,526 | 33,450,158 | | |
| | budget | budget | budget | budget | 33,450,158 | | |
| | | | | N/A budget | | | |

Overhead Rate = In-Direct Costs/ Total Direct Costs

In- Direct Co: 33,450,158
Total Costs 500,228,409

G & A Rate = 6.69%

VWNA—Construction Department
CPM Overhead Rate
CY 2005

| | Construction CPM | Construction IBG None in 2005 | Construction Total | Construction CPM O/H | Less Unallowable | Net Construction Allowable Overhead | |
|---|---|---|---|---|---|---|---|
| Salaries & Wages | 1,324,630 | 0 | 1,324,630 | 793,789 | | 793,789 | |
| Fringe Benefits: | | | | | | | |
| Employment Taxes | 9,021 | 0 | 9,021 | 135,344 | | 135,344 | |
| Group Insurance | 9,351 | 0 | 9,351 | 147,090 | | 147,090 | |
| Pension & Retirement Plans | 4,266 | 0 | 4,266 | 46,738 | | 46,738 | |
| Worker's Compensation | | 0 | | 30,128 | | 30,128 | |
| Wages & Benefit Alloc. | | 0 | | (307,555) | | (307,555) | |
| Employee Awards & Incentives | 247,890 | 0 | 247,890 | 23,032 | | 23,032 | |
| Employee Relations | | 0 | | 637 | 637 | 0 | FAR 31, 205-6 |
| Tuition Reimbursement | | 0 | | | | - | FAR 31, 205-6 |
| Training | | 0 | | 484 | | 484 | |
| Relocation | 7,172 | 0 | 7,172 | | | | |
| Recruiting | | 0 | | | | - | FAR 31, 205-35 |
| Total Fringe Benefits | 277,700 | 0 | 277,700 | 75,898 | 637 | 75,261 | |
| | | | | 20.96% | | 9.56% | |
| Construction Costs | 3,253,274 | | 3,253,274 | 3,243 | | 3,243 | |
| Travel | 240,740 | | 240,740 | 162,033 | 24,305 | 137,728 | 15% reduction FAR 31, 205.46 |
| Meals & Entertainment | 23,623 | | 23,623 | 8,907 | 4,454 | 4,454 | 50% reduction FAR 31, 205-14 |
| Vehicle Expense (Transportation) | 114,607 | | 114,607 | 41,311 | | 41,311 | |
| Bonus | | | 0 | 437,420 | | 437,420 | |
| Office Supplies | 50,372 | | 50,372 | 41,667 | | 41,667 | |
| Delivery & Postage | 31,883 | | 31,883 | 5,571 | | 5,571 | |
| Contributions | | | 0 | | | 0 | FAR 31, 205-8 |
| Professional Fees | 4,097,938 | | 4,097,938 | 4,415 | | 4,415 | |
| Promotions & Advertising | 22 | | 22 | 3,526 | 3,526 | 0 | FAR 31, 205-22 Political Consults |
| Dues & Subscriptions | 3,585 | | 3,585 | 10,365 | 3,000 | 7,365 | FAR 31, 205-1 |
| Business Insurance | 762,053 | | 762,053 | 1,100 | | 1,100 | FAR 31, 205-22 Political Consults |
| Telephone | 36,698 | | 36,698 | 38,959 | | 38,959 | |
| Outside Services | 50,847,428 | | 50,847,428 | 46,183 | | 46,183 | |
| Temporary Help | | | 0 | | | 0 | |
| Laboratory Supplies (supplies) | 8,539 | | 8,539 | | | 0 | |
| Chemicals | 51,206 | | 51,206 | | | 0 | |
| Scrap/Sludge | | | 0 | | | 0 | |
| Equipment Maintenance | 5,006,482 | | 5,006,482 | (8,886) | | (8,886) | |
| Utilities | 428,330 | | 428,330 | 705 | | 705 | |
| Taxes (Non-Income) | 2,471 | | 2,471 | | | - | |
| Depreciation & Amortization | | | 0 | 18,577 | | 18,577 | |
| Office Rental & Repairs | 104,024 | | 104,024 | 163,987 | | 163,987 | |
| Licenses | 334,216 | | 334,216 | 206 | | 206 | |
| Bad Debts | | | 0 | | | 0 | |
| Applied Overhead Costs | | | 0 | | 0 | 0 | FAR 31, 205-3 |
| Miscellaneous | 1,412,054 | | 1,412,054 | (1,611,545) | | (1,611,545) | |
| O/H Reclass | | | 0 | | | 0 | |
| Reclass costs to Projects | | | 0 | | | 0 | |
| Capitalized Costs | (3,718,464) | | (3,718,464) | | | 0 | |
| General Res. for Unallowable Costs | | | | | 50,000 | (50,000) | |
| Total Expenses | 64,693,411 | 0 | 64,693,411 | 237,431 | 85,921 | 151,510 | |
| | below | | | below | | | |

Overhead Rate = In-Direct Costs/ Direct Labor and Benefits

In- Direct Costs       151,510
Direct Labor & Benefits   1,602,330

Overhead Rate =       9.5%