UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____  )
PROFESSIONAL SERVICES                     )
GROUP, INC.,                              )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )
                                          )
TOWN OF ROCKLAND, ROCKLAND                )
SEWER COMMISSION, GREGORY                 )
THOMSON and MICHAEL SAUSÉ,                )
                                          )
_____  )
                                          )
TOWN OF ROCKLAND, ROCKLAND                )
SEWER COMMISSION,                         )
                                          )
      Plaintiffs-in-Counterclaim          )    Civil No. 04-11131-PBS
            and Crossclaim                )
                                          )
      v.                                  )
                                          )
PROFESSIONAL SERVICES                     )
GROUP, INC.,                              )
                                          )
      Defendant-in-Counterclaim,          )
                                          )
and                                       )
                                          )
MICHAEL SAUSÉ,                            )
                                          )
            Crossclaim Defendant          )
_____  )

**PLAINTIFF'S PRELIMINARY REQUEST FOR VOIR DIRE QUESTIONS**

Plaintiff Professional Services Group, Inc. ("PSG") hereby requests that the Court incorporate the following questions into its voir dire of potential jurors in this case. PSG

reserves the right to request that the Court modify, amend, or supplement these requested voir dire questions.

## QUESTIONS

1. Do you have any education, training or work experience in any of the following?

    Accounting, bookkeeping, or auditing
    Banking
    Bid preparation
    Contract negotiation or contract administration
    Government contracting
    Law enforcement
    Purchasing
    Sales or marketing
    Waste water treatment

2. Have you, or any close family member, ever worked for a governmental agency or entity, including the federal government, state government, city, town, county, or school district?

3. Have you, or any close family member, ever run for office and/or held a political job to which you or they were elected or appointed, at any level?

4. Have you ever been the victim of fraud?

5. Who would say that you have a less than favorable view of the ethics and honesty of government contractors, elected local government officials, or people involved in sales?

6. Would you agree with the statement that "In general, political corruption in Massachusetts is common"?

7. Have you ever served previously on a jury, been a plaintiff or defendant in a lawsuit, or been a party to a workers compensation proceeding?

8. Have you, or any close family member, ever lived in the Town of Rockland, Massachusetts?

          Respectfully submitted,

          PROFESSIONAL SERVICES GROUP, INC.,
          By its attorneys,

            /s/ David M. Osborne
          Maria R. Durant (BBO # 558906)
          David M. Osborne  (BBO # 564840)
          Sara E. Noonan (BBO # 645293)
          DWYER & COLLORA, LLP
          Federal Reserve Plaza
          600 Atlantic Avenue, 12th Floor
          Boston, MA  02210
          (617) 371-1000

Dated:  July 14, 2006

### CERTIFICATE OF SERVICE

  I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

            /s/ David M. Osborne
          David M. Osborne