UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                          )
                                      )
            Plaintiff,                )
                                      )
       v.                             )
                                      )
TOWN OF ROCKLAND, ROCKLAND            )
SEWER COMMISSION, GREGORY             )
THOMSON and MICHAEL SAUSÉ,            )
                                      )
            .                         )
_____)
                                      )
TOWN OF ROCKLAND, ROCKLAND            )
SEWER COMMISSION,                     )
                                      )
       Plaintiffs-in-Counterclaim     )    Civil No. 04-11131-PBS
       and Crossclaim                 )
                                      )
       v.                             )
                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                          )
                                      )
       Defendant-in-Counterclaim,     )
                                      )
and                                   )
                                      )
MICHAEL SAUSÉ,                        )
                                      )
       Crossclaim Defendant           )
_____)

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's Amended Pretrial Order, Plaintiff Professional Services Group, Inc. ("PSG") submits the following list of the witnesses it intends to call at trial.

A.   **Fact Witnesses**

John Bonomo
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Richard Bowen
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Joseph Burgess
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Walter Byrne
1 Kris Roy Drive
Rockland, MA 02370

Frank Cavaleri
39 Scotland Street
Hingham, MA 02043

Robert Corvi
63 Concord Street
Rockland, MA 02370

June P. Donnelly
Town of Rockland
242 Union Street
Rockland, MA 02370

Kevin Donovan
78 Adams Street
Abington, MA 02351

Robert Eiben
65 Green Drive
North Attleboro, MA 02760

Gerrell Eichman
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

John Franey
37 Forest Street
Carver, MA 02330

James Gallipeau
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Georgine Grissop
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Christopher Hodgkins
88 Franklin Street
Lee, MA 01238

Anne-Marie Hyland
Kopelman and Paige, P.C.
101 Arch Street
Boston, MA 02110

Susan Keenan
3 Field Street
Taunton, MA 02780

John Kenney
FormaTech, Inc.
200 Bulfinch Drive
Andover, MA 01810

Richard Kotouch
828 Main Street
Dighton, MA 02715

Steven Kruger
Veolia Water North America - South LLC
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

John Llewelyn
Rockland Police Department
490 Market Street
Rockland, MA 02370

John Loughlin
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

David Lurie
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

Jack McCarthy
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Michael McDonald
379 Hingham Street
Rockland, MA 02370

Ronald A. Michalski
Tighe & Bond, Inc.
53 Southampton Road
Westfield, MA 01805

Steven Monty
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Kevin Nelson
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Kent Richardson
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Joseph Ridge
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Michael Sausé
103 Par Haven Drive, Apt. K-11
Dover, DE 19904

Walter Simmons
97 Division Street
Rockland, MA 02370

Cindy Solomon
2144 Pleasant Street
Dighton, MA 02715

William Stewart
40 Summit Street
Rockland, MA 02370

Gregory Sullivan
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Roy Thompson
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Gregory Thomson
790 Liberty Street
Rockland, MA 02370

Aram Varjabedian
20 Homestead Road
Middleboro, MA 02346

Det. Sgt. John Wentworth
Rockland Police Department
490 Market Street
Rockland, MA 02370

Heidi Zimmerman
Beverly Public Schools
502 Cabot Street
Beverly, MA 01915

Keeper of Records
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, TX 77032

Keeper of Records
Massachusetts Office of the Inspector General
McCormack Building
Room 1311
Boston, MA 02108

Keeper of Records
Town Clerk
Town of Rockland
242 Union Street
Rockland, MA 02370

Keeper of Records
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370

Keeper of Records
Woodard & Curran
980 Washington Street
Suite 325N
Dedham, MA 02026

Keeper of Records
North Abington Co-Op Bank
6 Harrison Avenue
Abington, MA 02351

Keeper of Records
Wainwright Bank & Trust Company
63 Franklin Street
Boston, MA 02110

Keeper of Records
Rockland Federal Credit Union
241 Union Street
Rockland, MA  02370

Keeper of Records
Town of Hingham
210 Central Street
Hingham, MA 02043

Keeper of Records
Town of Hanover
550 Hanover Street
Hanover, MA 02339

Keeper of Records
Town of Abington
500 Gliniewicz Way
Abington, MA 02351

Keeper of Records
American Commonwealth Management Services
1025 Laurel Oak Road
Voorhees, NJ 08043

Keeper of Records
American Water Works Co., Inc.
1025 Laurel Oak Road
Voorhees, NJ 08043

Keeper of Records
Mintz Levin Cohn Ferris Glovsky & Popeo
One Financial Center
Boston, MA 02110

Keeper of Records
Town of Southbridge
41 Elm Street
Southbridge, MA 01550

Keeper of Records
Town of Plymouth
Plymouth Town Hall
11 Lincoln Street
Plymouth, MA 02360

Keeper of Records
City of New Bedford
133 William Street
New Bedford, MA 02740

PSG reserves the right to supplement this list, to call any witnesses on the witness list of the Defendants, and to call additional witnesses to rebut any testimony at trial.

B.    **Expert Witnesses**

Based on the recent expert disclosures of the Defendants, PSG has been assessing the need to call its own expert witnesses to rebut the Defendants' proposed expert testimony. PSG will make prompt disclosure of any such witnesses and their proposed rebuttal testimony pursuant to the Federal Rules of Civil Procedure.

With regard to the Defendants' proposed expert testimony by Eric Hart, PSG intends to call the following expert witness in rebuttal:

Richard MacKenzie
UHY Advisors FLVS, Inc.
Exchange Place, 58 State Street
Boston, MA 02109

PSG is unable to make a full disclosure of Mr. MacKenzie's anticipated testimony at this time because the Defendants did not produce the documents upon which Mr. Hart relied in preparing his disclosures until July 13, 2006, a month after serving those disclosures on PSG. PSG anticipates that it shortly will be able to make a full disclosure of Mr. MacKenzie's anticipated testimony.

Respectfully submitted,
PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/David M. Osborne_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

8

## CERTIFICATE OF SERVICE

     I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

                                      /s/David M. Osborne_____
                                      David M. Osborne