UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSÉ,          )
                                    )
            .                       )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
      Plaintiffs-in-Counterclaim    )   Civil No. 04-11131-PBS
      and Crossclaim                )
                                    )
      v.                            )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
            Defendant-in-Counterclaim, )
                                    )
and                                 )
                                    )
MICHAEL SAUSÉ,                      )
                                    )
            Crossclaim Defendant    )
_____)

## PLAINTIFF'S EXHIBIT LIST

Pursuant to the Court's Amended Pretrial Order, Plaintiff Professional Services Group, Inc. ("PSG") submits the following list of the exhibits it expects to or may offer at trial.

6/27/88 Professional Services Agreement for Contract Operation and Maintenance of the Town of Rockland Water and Pollution Control Facility

5/12/93 Letter from Hanley to Fairfield

1/12/94 Letter from Joy to OIG

4/94 RFP

5/17/94 Addendum 1

5/17/94 Addendum 2

5/17/94 Answers to Submitted Questions

7/25/94 Agreement For Operation and Maintenance of the Rockland Water Pollution Control Facilities

7/11/95 Agreement between Sause and Rockland Sewer Commission

7/11/95 Sewer Commission meeting minutes

12/12/96 Sewer Commission meeting minutes

1/14/97 Sewer Commission meeting minutes

1/14/97 Selectmen meeting minutes

1/21/97 Selectmen meeting minutes

1/21/97 Sewer Commission meeting with Selectmen

1/21/97 Sewer Commission meeting minutes

1/22/97 Sewer Commission meeting with Selectmen

1/29/97 Sewer Commission meeting with Selectmen

6/12/97 Sewer Commission meeting minutes

Emergency Declaration Pursuant To G.L. c.30B

6/25/97 Sewer Commission meeting

2/19/98 Sewer Commission meeting notice and related documents

5/19/94 Letter from Cherwin to Long

5/19/94 Belt Filter Press financing options

11/7/94 Letter from Cit Group to Sause

9/9/94 Master Lease

12/7/94 Delivery and Installation Certificate

7/13/99 Letter from Canning to Solomon

7/15/99 Letter from Varjabedian to Nichols with check

8/9/99 Letter from Canning to Town of Rockland with Bill of Sale

11/16/95 Sause Expense Report

11/16/95 Sause Expense Report with post-it note

11/95-12/04 Cost Detail/General Ledger Reports

4/26/96 Memo from Thomson to Varjabedian

7/11/96 Fax from Hyland to Thomson

1/2/97 Fax from Kenney to Donnelly

Job description for Rockland Superintendent

Job notice posting for Rockland Superintendent

1/14/97 Letter from Hyland to Rockland Sewer Commission

1/17/97 Thomson Application for Employment

"Why do we need full time superintendent?" notes

Monthly Operating Reports 1997-2004

Town Rockland account transaction histories, FY 1998-2003

Rockland Reconciliations, 3/1/98-4/11/04

Status of Rockland Accounts, Current Balances, 8/1/96-2/1/98

8/15/00 Rockland payback summaries for contract year 3/1/99-2/28/00

8/28/03 Rockland Sewer Commission Proposed Budget Fee Summary, Contract Year #6

8/7/00 Memo from Varjabedian to Thomson

12/6/00 Memo from Varjabedian to Thomson

4/4/01 Letter from Thomson to Varjabedian

12/9/96 Fax from Lurie to Sause enclosing 11/8/96 letter

11/17/97 A/P Subsidiary History with notes

Rockland Professional Development account spreadsheet

Pricing materials for 1997 RFP

Promotional flyers for Christmas tree sales

Rockland Christmas Tree Challenge Donations

11/15/00 Letter from Mello to Rockland Business Owner

11/25/97 Letter from Thomson to Donovan

11/25/97 Memo from Donovan to Thomson

12/1/97 Board of Selectmen Meeting minutes

12/1/97 Check Request

11/20/98 Letter from Thomson to Varjabedian with invoice

11/1/00 Memo from Thomson to Varjabedian and related check request

1/9/97 Letter from Hyland to Rockland Sewer Commission

1/24/97-3/25/98 Invoices from Kopelman & Paige to Rockland Sewer Commission

2/21/97 Fax from Donnelly to Sause with Consulting Agreement

5/97 OIG seminar completion letter and press release

5/19/97 Article 33 authorizing hiring of Sewer Superintendent

5/19/97 Article 63 authorizing ten year contract

5/30/97 Letter from Thomson to OIG

7/21/97 RFP Request

7/21/97 RFP

4

8/13/97 Addendum 1

8/19/97 Addendum 2

8/25/97 Addendum 3

9/10/97 Addendum 4

9/25/97 Addendum 5

8/6/97 Letter from Thomson to State Ethics Commission

8/6/97 PreProposal Briefing

8/14/97 Letter from Woodard & Curran to Thomson

1997 Woodard & Curran pricing notes

9/5/97 Letter from American Commonwealth Management Services to Thomson

9/23/97 Letter from American Anglian to Thomson

9/23/97 Fax from Woodard & Curran to Thomson attaching 9/22/97 letter

9/25/97 Letter from Thomson to Sause and related check request form

9/25/97 Letter from Thomson to Sause

10/3/97 Acknowledgment of bids received

10/3/97 PSG Price Proposal to Rockland

10/3/97 PSG Qualifications and Plan of Service to Rockland

10/10/97 Letter from Thomson to Sause

11/10/97 Letter from Thomson to Donovan

11/10/97 Thomson notes re: price proposal

11/25/97 Check and related document

3/20/98 Check and related documents

3/24/98 Check and related documents

3/27/98 Check and related documents

4/98 Check and related documents

9/18/98 Check

12/1/98 Check request and related documents

12/1/98 Check request and related documents

12/1/98 Check request and related documents

12/11/98 Check and related documents

3/8/99 Check request and related documents

3/16/99 Check and related documents

4/20/99 Check and related documents

4/30/99 Check and related documents

6/11/99 Check and related documents

7/13/99 Check request and related documents

7/20/99 Check and related documents

8/26/99 Check

10/7/99 Check and related documents

1/22/99 Check and related documents

12/13/99 Check and related documents

1/27/00 Check and related documents

3/30/00 Check and related documents

5/4/00 Check and related documents

5/5/00 Check and related documents

6/28/00 Check and related documents

8/11/00 Check and related documents

10/19/00 Check and related documents

12/12/00 Check and related documents

1/2/01 Check and related documents

1/11/01 Check request and related documents

1/12/01 Check and related documents

1/29/01 Check and related documents

2/21/01 Check and related documents

4/18/01 Check and related documents

5/30/01 Check and related documents

7/3/01 Check and related documents

7/27/01 Check and related documents

9/5/01 Check and related documents

9/25/01 Check and related documents

10/29/01 Check and related documents

11/28/01 Check and related documents

12/13/01 Check and related documents

1/3/02 Check and related documents

1/30/02 Check and related documents

2/12/02 Check and related documents

3/14/02 Check and related documents

4/4/02 Check and related documents

4/25/02 Check and related documents

5/14/02 Check and related documents

5/29/02 Check and related documents

Operating Report for week of 7/23/97

Operating Report for week of 7/31/97-8/6/97

Operating Report for week of 8/7/97-8/13/97

Operating Report for week of 9/4/97-9/10/97

Operating Report for week of 3/19/98-3/26/98

1997 Town of Rockland Annual Report (excerpts)

12/97-2/99 Wainwright Bank records

6/10/97 Letter from Thomson to Sause

7/15/99 Open house Expenses Summary

7/20/99 Letter from Thomson to Varjabedian

7/20/99 Varjabedian Expense Report

2002 Rockland Open House Expenses

8/31/98 Note from Varjabedian to Keenan

6/99 Press Release

Promotional flyers for open house

1998-2002 Letters from Varjabedian to DEP with staffing plans

Bill of Sale and Certificate of Title for 1997 Ford F361

Certificate of Title for 1997 Ford F350

2/23/98 Fax from Hyland to Thomson with draft contract

2/26/98 Fax from Hyland to Sause with attachment

2/24/98 Agreement For Operations, Maintenance and Management Services

8/24/98 Amendment

4/2/99 Amendment

Note from Franey to Donovan enclosing 2/98 contract

3/17/98 Email from Thompson to Sause

6/1/98 Agreement for Operation, Maintenance and Management Services with New Bedford

7/23/98 Letter from Thomson to Sause

2/6/99 North Abington Cooperative Bank signature card

2/99-5/02 North Abington Cooperative Bank records

3/25/99 Memo from Thomson to Varjabedian with attached Eastern Design invoices

5/17/99 Town Meeting Article 93

6/3/02 Town Meeting Article 64

7/29/99 Agreement for Operations, Maintenance and Management Services with Southbridge

9/13/99 Email from Kiani to Cavaleri

9/14/99 Letter from Thomson to Varjabedian

11/10/99 Contract for Operation and Maintenance with Plymouth

11/15/99 Fax from Varjabedian to Ruth Ann with related documents

2/2/00 Memo from Franey to Rockland Sewer Department

PSG Income Statement for fiscal periods ending 2/26/99

PSG Income Statement for fiscal periods ending 12/31/99

US Filter Detail Income Statement for period ending 12/31/00

US Filter Detail Income Statement for period ending 12/31/01

US Filter Detail Income Statement for period ending 12/31/02

US Filter Detail Income Statement for period ending 12/31/03

Veolia Water North America Income Statement for 12 months ending 12/31/04

Veolia Water North America Operations Overhead CY 2005

2/13/01 Letter from Thomson to Varjabedian

8/7/03 Letter from Ross to Monty

4/7/04 Email from Varjabedian to Persechino

4/9/04 Note from Varjabedian to Grissop

4/04 Rockland Sewer Department Owned Vehicles

4/04 Partial List of Equipment/Items Owned by RSC

PSG Owned Equipment March/April 1998

RSC Owned Equipment March/April 1998

2/10/04 Letter from Plante to US Filter

3/30/04 Letter from Corvi to Hodgkins

4/1/04 Agreement between the Town and CDM

4/9/04 Letter from Bowen to Kruger

5/04 RFP

5/14/04 Letter from Bowen to Arendell

7/1/04 Letter from Bonomo to Plante attaching Aquarion Price Proposal

2004 Aquarion Operations and Maintenance Proposal

7/2/04 Woodard & Curran Price Proposal

7/21/04 Memo from Proposal Review Committee to Rockland Sewer Commission

8/1/04 Agreement For Operations, Maintenance and Management Services

Rockland Police Reports

Evidence to Support Sause's Proffer

Pictures 1-16

Narrative to Support Numbered Pictures 1-7 Relative to Sause's Proffer

Narrative to Support Numbered Pictures 8-9 Relative to Sause's Proffer

Narrative to Support Numbered Pictures 10-12 Relative to Sause's Proffer

Narrative to Support Numbered Pictures 13-16 Relative to Sause's Proffer

1/7/04 Memo from Sause re: comments on grand jury minutes

10/21/04 Sause plea hearing transcript

2006 Sause certified bankruptcy pleadings

Sause certified conviction

9/29/04 Thomson plea hearing transcript

Thomson certified conviction

Thomson's Massasoit Community College transcript

Rev. Proc. 97-13 (26 CFR 601.601)

Chapter 362 of the Acts of 1996

5/7/97-10/1/98 Letters from LaBelle to Gallipeau, with attachments

11/6/98-2/10/00 Letters from Ricci to Niles, with attachments

8/9/99 Letter from LaBelle to Niles, with attachments

1/2/01 Letter from LaBelle to Luzon, with attachments

8/29/03 Transcript of Grand Jury Proceedings

1995-2004 Town of Rockland Management Letters

8/18/05 Letter from Aquarion to Loughlin

Letter from Aquarion to Loughlin re: Annual Contract Adjustment for contract year 8/05-7/06

11/17/05 Letter from Aquarion to John Loughlin

6/22/06 Affidavit of Sause

Personnel Records Authorization of Sause

Litigation Agreement of D'Alcomo and Campobasso

1994-1995 PSG Policies & Procedures (excerpts)

1998 AWT Business Integrity Compliance Program (excerpts)

1999 Business Practices Compliance Manual (excerpts)

PSG Project Managers' Guide (excerpts)

8/28/00 Letter from Varjabedian to Rockland Sewer Commission

1/15/02 Letter from Corvi to Cavaleri

    5/7/99 Letter from Thomson to Sause

    3/24/99 Letter from Thomson to Sause

    8/23/99 Letter from Thomson to Sause

    2004-05 Certified pleadings from Town of Rockland v. Wainwright Bank, 04-5243-H

The Plaintiff reserves the right to supplement this list if necessary and to introduce additional exhibits for impeachment purposes and to rebut any testimony at trial.

                        Respectfully submitted,

                        PROFESSIONAL SERVICES GROUP, INC.,
                        By its attorneys,

                        /s/David M. Osborne_____
                        Maria R. Durant (BBO # 558906)
                        David M. Osborne  (BBO # 564840)
                        Sara E. Noonan (BBO # 645293)
                        DWYER & COLLORA, LLP
                        Federal Reserve Plaza
                        600 Atlantic Avenue, 12th Floor
                        Boston, MA  02210
                        (617) 371-1000

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

                        /s/David M. Osborne _____
                        David M. Osborne