UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                      )
PROFESSIONAL SERVICES                      )
GROUP, INC.,                                              )
                                                                      )
        Plaintiff,                                        )
                                                                      )
        v.                                                      )
                                                                      )
TOWN OF ROCKLAND, ROCKLAND    )
SEWER COMMISSION, GREGORY      )
THOMSON and MICHAEL SAUSÉ,        )
                                                                      )
        .                                                        )
_____)
                                                                      )
TOWN OF ROCKLAND, ROCKLAND    )
SEWER COMMISSION,                              )
                                                                      )
        Plaintiffs in Counterclaim          )   Civil No. 04-11131-PBS
        and Crosslaim                                )
                                                                      )
v.                                                                  )
                                                                      )
PROFESSIONAL SERVICES                      )
GROUP, INC.,                                              )
                                                                      )
        Defendant in Counterclaim,     )
                                                                      )
and                                                              )
                                                                      )
MICHAEL SAUSÉ,                                     )
                                                                      )
        Crossclaim Defendant                 )
_____)

**MOTION *IN LIMINE* TO EXCLUDE
UNRELATED PRIOR BAD ACTS EVIDENCE**

Plaintiff/Counterclaim Defendant Professional Services Group, Inc. ("PSG") moves *in limine* to preclude Defendants/Counterclaim Plaintiffs the Town of Rockland and the Rockland

1

Sewer Commission (collectively, "Rockland") from introducing evidence pertaining to two unrelated criminal cases from different districts involving other former PSG employees. There is absolutely nothing to connect any of the issues in this case with either of the two extrinsic cases that Rockland seeks to introduce at this trial. None of the actors implicated in those cases had anything to do with the operations at the Rockland water treatment facility. They were not supervised by the same people who supervised Michael Sause, and there is no evidence that Sause or any other PSG employee involved with this case knew any of the actors implicated in those cases, or were aware of any improprieties that may have taken place in those cases. In sum, the evidence amounts to inadmissible propensity evidence, is unfairly prejudicial, and should be excluded under Fed. R. Evid. 404(b) and 403.

In further support of this motion, PSG refers the Court to its supporting Memorandum of Law which accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this motion, PSG respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

        Respectfully submitted,
        **PROFESSIONAL SERVICES GROUP, INC.**,
        By its attorneys,

        ___/s/ Sara Noonan_____
        Maria R. Durant (BBO # 558906)
        David M. Osborne  (BBO # 564840)
        Sara E. Noonan (BBO # 645293)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA  02210
        (617) 371-1000

Dated: July 14, 2006

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

      I, Sara E. Noonan, certify that on July 14, 2006, David M. Osborne, counsel for the Plaintiff, conferred with Joanne D'Alcomo, counsel for Defendants Town of Rockland and Rockland Sewer Commission, and attempted in good faith to resolve or narrow the issues raised by this motion.

                                          /s/Sara Noonan_____
                                          Sara E. Noonan


**CERTIFICATE OF SERVICE**

      I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

                                          /s/Sara Noonan_____
                                          Sara E. Noonan