UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                     )
PROFESSIONAL SERVICES                )
GROUP, INC.,                         )
                                     )
            Plaintiff,               )
                                     )
     v.                              )
                                     )
TOWN OF ROCKLAND, ROCKLAND           )
SEWER COMMISSION, GREGORY            )
THOMSON and MICHAEL SAUSÉ,           )
                                     )
         .                           )
_____)
                                     )
TOWN OF ROCKLAND, ROCKLAND           )
SEWER COMMISSION,                    )
                                     )
      Plaintiffs in Counterclaim     )     Civil No. 04-11131-PBS
            and Crossclaim           )
                                     )
     v.                              )
                                     )
PROFESSIONAL SERVICES                )
GROUP, INC.,                         )
                                     )
      Defendant in Counterclaim,     )
                                     )
and                                  )
                                     )
MICHAEL SAUSÉ,                       )
                                     )
            Crossclaim Defendant     )
_____)
```

## MOTION TO EXCLUDE PROPOSED EXPERT TESTIMONY OF STEPHEN GUNZBURGER

Pursuant to Fed. R. Evid. 702 and Fed. R. Civ. P. 26(a)(2)(b), Plaintiff/Counterclaim

Defendant Professional Services Group, Inc. ("PSG") respectfully moves this Court to exclude

the proposed expert testimony of Stephen Gunzburger ("Mr. Gunzburger") on the issue of PSG's "economic advantage" – including its profit or net income – under a 1998 contract with Defendants/Counterclaim Plaintiffs Town of Rockland and Rockland Sewer Commission ("Rockland").  As grounds for this motion, PSG states that Mr. Gunzburger's proposed expert testimony is inadmissible because (1) no expert testimony is necessary to establish PSG's profit or net income; (2) testimony about what constitutes "economic advantage" requires a legal conclusion that usurps the role of the trier of fact; and (3) Rockland's disclosure for Mr. Gunzburger's proposed testimony is inadequate because it does not identify with specificity the opinions on which he intends to testify or the bases for those opinions.

In further support of this motion, PSG refers the Court to its supporting Memorandum of Law which accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this motion, PSG respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

>Respectfully submitted,
>
>**PROFESSIONAL SERVICES GROUP, INC.**,
>By its attorneys,
>
>/s/David M. Osborne_____
>Maria R. Durant (BBO # 558906)
>David M. Osborne  (BBO # 564840)
>Sara E. Noonan (BBO # 645293)
>DWYER & COLLORA, LLP
>Federal Reserve Plaza
>600 Atlantic Avenue, 12th Floor
>Boston, MA  02210
>(617) 371-1000

Dated: July 14, 2006

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

 I, David M. Osborne, certify that on July 14, 2006, I conferred with Joanne D'Alcomo, counsel for Defendants Town of Rockland and Rockland Sewer Commission, and attempted in good faith to resolve or narrow the issues raised by this motion.

             /s/David M. Osborne _____
             David M. Osborne


**CERTIFICATE OF SERVICE**

 I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

             /s/David M. Osborne_____
             David M. Osborne