# TAB A



FOR IMMEDIATE RELEASE

CRM

THURSDAY, MAY 31, 2001

(202) 616-2777

WWW.USDOJ.GOV

TDD (202) 514-1888

### WASTEWATER TREATMENT COMPANY TO PLEAD GUILTY TO BRIBERY
### FORMER NEW ORLEANS WATER BOARD MEMBER AND FORMER CORPORATE
### OFFICIALS INDICTED FOR ROLES IN FRAUD SCHEME

WASHINGTON D.C.-Water treatment company Aqua Alliance agreed yesterday to plead guilty to bribing a New Orleans official in return for favorable business treatment, the Justice Department announced. Also yesterday, a federal grand jury in Houston indicted the official, Katherine Maraldo, and four former associates of Professional Services Group (PSG), an Aqua Alliance subsidiary, on fraud, conspiracy and related criminal charges.

The 10-count indictment, returned yesterday in U.S. District Court in Houston, Texas, charges Katherine Maraldo, a former member of the New Orleans Sewerage and Water Board, Michael Stump, William Gottenstrater, H. Grant Simmons, former executives of PSG, and Salvador Anzelmo, an attorney retained by PSG, with one count of conspiracy, four counts of interstate travel in aid of bribery, four counts of mail fraud, and one count of wire fraud.

According to the indictment, beginning in July of 1993, the four PSG defendants conspired to provide legal services and cash payments to then-Board member Maraldo in order to influence and reward Maraldo for supporting PSG's business interests with the New Orleans Sewerage & Water Board. Among the benefits alleged was the payment of over $70,000 in cash to cover her mortgage in a real estate investment. She recommended that the Board renew PSG's contract to operate New Orleans' water system for five years rather than the one year called for in the original contract, thereby potentially locking PSG into the lucrative New Orleans market.

The proposed plea agreement with Aqua Alliance, which will be filed at a later date, contains both parties' recommendation of a $3 million fine and calls for Aqua Alliance's cooperation in the government's ongoing prosecution and investigation of public officials.

If convicted of all charges, each defendant faces a maximum sentence of 50 years in prison.

The investigation leading to this prosecution was conducted by attorneys from the Public Integrity Section of the Criminal Division of the Department of Justice and by the Houston field office of the Federal Bureau of Investigation (FBI). An indictment is merely an accusation. The defendant is presumed innocent until and unless proven guilty.

###

01-241



**United States Attorney's Office District of Connecticut**
**Press Release**

July 1, 2003    FORMER BRIDGEPORT MAYOR SENTENCED TO NINE YEARS IN PRISON

The United States Attorney's Office for the District of Connecticut announced that JOSEPH P. GANIM, age 43, of 45 Sailors Lane in Bridgeport, was sentenced to nine years in prison, three years of supervised release, and a $150,000 fine for his conviction on corruption charges. The sentence was imposed by United States District Judge Janet B. Arterton in New Haven.

The former five-term Mayor of the City of Bridgeport was convicted in March after a two-month jury trial of 16 counts of racketeering, racketeering conspiracy, extortion, mail fraud, bribery, conspiracy, and filing false income tax returns.

GANIM was convicted of corruptly soliciting and receiving more than $500,000 in benefits, including cash, meals, entertainment, merchandise, home improvements and professional services from Paul J. Pinto, the vice president of the Kasper Group, a Bridgeport-based architecture and engineering firm, Leonard J. Grimaldi, the president of Harbor Communications, a public relations firm based in Redding, Connecticut, and Alfred Lenoci Sr., and Alfred Lenoci Jr., the president and vice president, respectively, of United Properties, a Bridgeport, Connecticut, real estate development firm, in exchange for steering lucrative city contracts to the Kasper Group, Harbor Communications and United Properties.

Among other things, GANIM was convicted of extortion in connection with his selection in 1996 of the Professional Services Group ("PSG") to operate the city's waste water treatment facilities. GANIM conditioned his selection of PSG, a client of Mr. Grimaldi's, upon the company's payment of $350,000 to Mr. Grimaldi and Mr. Pinto. GANIM was also convicted of bribery in connection with his awarding in 1999 of an 18- year extension of PSG's contract with the city. In return, GANIM received a kickback from Grimaldi in the amount of approximately $150,000 - one third of the consulting fee that Grimaldi was paid by PSG. In addition, GANIM was convicted of conspiring with Pinto and the Lenocis to accept $1 for every square foot of commercial space built by United Properties in Bridgeport in return for GANIM's support for and approval of those projects. GANIM was also convicted of fraudulently concealing his use of hundreds of thousands of dollars of municipal funds to purchase a $1 million life insurance policy for himself.

Paul J. Pinto, Leonard J. Grimaldi and eight other defendants previously pleaded guilty to racketeering, bribery and tax fraud. They are scheduled to be sentenced this month.

The case was investigated by the Federal Bureau of Investigation, the Internal Revenue Service/Criminal Investigation, the Defense Criminal Investigative

Service and the Defense Contract Audit Agency. The case was prosecuted by Supervisory Assistant United States Attorney Ronald S. Apter and Assistant United States Attorney Michael R. Sklaire.

**CONTACT:**  U.S. ATTORNEY'S OFFICE
Delcie Thibault
Public Information Office
(203)821-3722 Office
(203)627-1082 Cell

Privacy Policy • Home
Copyright© 2003