# TAB A



**MILLER WACHMAN LLP**
CERTIFIED PUBLIC ACCOUNTANTS
www.millerwachman.com

10 St. James Avenue, 16th Floor
Boston, Massachusetts 02116
Tel (617) 338-6800
Fax (617) 338-8485
email: boston@millerwachman.com

Offices in:
Holliston and Worcester

June 30, 2006

Joanne D'Alcomo, Esq.
Jager Smith P.C.
One Financial Center
Boston, MA 02111

Re:    Professional Services Group, Inc. v. Town of Rockland et al.

Dear Attorney D'Alcomo:

You have asked for my opinion concerning the profits and any other economic advantage that Professional Services Inc. and US Filter received as a result of the 1998 contract for operation of the Rockland Wastewater Treatment Plant.

In my opinion, the profits that PSG (and later US Filter) earned on the contract during those years can be determined by ascertaining the income that was earned. Based on financial documents that were produced by the plaintiff in this matter that I have been able to review, but which were incomplete, the minimum profits that was earned from the beginning of the contract until the effective date of its termination in mid-April 2004, were as follows:

| | |
|---|---|
| 3/1/98 - 2/28/99 | $ 246,032 |
| 3/01/99 – 12/31/99 | $ 155,940 |
| Calendar year 2000 | $ 173,638 |
| Calendar year 2001 | $ 165,826 |
| Calendar year 2002 | $ 147,405 |
| Calendar year 2003 | $ 262,486 |
| January- April 2004 | $   60,652 |
| Total | $1,211,979 |

In addition, to the extent that PSG or US Filter treated, as a charge to this contract, overhead or general expenses in the running of what I understand was the regional office in Norwell, or the headquarters or other offices, in determining income, such additional amounts also gave the companies an economic advantage or benefit because such overhead and general expenses would otherwise have been expected to have been incurred in the offices' operations. I am assuming, and I understand, that the regional office and the headquarters were in existence for purposes other than merely servicing the Rockland contract. Such amounts are, at minimum, $36,000 for the time period ending December 31, 1999. To the extent that PSG or US Filter may have charged against the contract, in determining income, such specialized expenses or unusual expenses as "legal fees" that may have been associated with the dispute

with the Town of Rockland, or public relations matters, or any other expense that is not directly associated with the running of the plant, PSG or US Filter also derived an economic advantage.

I have not testified as an expert in a trial or by deposition in the last four years. I have not authored any publications during the last ten years. I expect to be compensated for testifying in this matter at a rate of $ 225.00 per hour.

My opinions are based on my education, training and experience, my review of the contract, and various financial documents produced by the plaintiff. I understand that other documents may be produced by the plaintiff, or other information may be produced by the plaintiff, that may affect my opinion.

My qualifications are reflected in my curriculum vitae, a copy of which is enclosed with this letter.

Very truly yours,

Stephen Gunzburger

# Stephen Gunzburger, BA, MSBA, MST, ABV

Certified Public Accountant

**Present
Position:**

**Partner
Miller Wachman LLP**
10 St. James Avenue
Boston, MA 02116
(617) 338-6800

**Former
Positions:**

**Partner
Gaffin Helman & Co.**
441 Stuart Street
Boston, MA 02116

**Manager
Mann, Judd, Landau**
441 Stuart Street
Boston, MA 02116

**Bank Examiner
Comptroller of the Currency**
United States Treasury Department
3 Center Plaza
Boston, MA 02108

**Professional
Licenses:**

**Certified Public Accountant, Massachusetts**

**National Association of Securities Dealers**
Licensed Registered Representative

**American Institute of Certified Public Accountants**
Accredited Business Valuation

**Education:**

Masters of Science in Taxation
Bentley College, Waltham, MA

Master of Science in Business Administration – Accounting
University of Massachusetts, Amherst, MA

Bachelor of Arts - Economics
University of Massachusetts, Amherst, MA

**Awards:**

**Massachusetts Society of Certified Public Accountants**
Certificate of Achievement
National Uniform Certified Public Accountant Examination

**Professional Societies
& Committees:**

American Institute of Certified Public Accountants

Massachusetts Society of
Certified Public Accountants

# Stephen Gunzburger, BA, MSBA, MST, ABV

Certified Public Accountant

| | |
|---|---|
| **Present**<br>**Position:** | **Partner**<br>**Miller Wachman LLP**<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 338-6800 |
| **Former**<br>**Positions:** | **Partner**<br>**Gaffin Helman & Co.**<br>441 Stuart Street<br>Boston, MA 02116<br><br>**Manager**<br>**Mann, Judd, Landau**<br>441 Stuart Street<br>Boston, MA 02116<br><br>**Bank Examiner**<br>**Comptroller of the Currency**<br>United States Treasury Department<br>3 Center Plaza<br>Boston, MA 02108 |
| **Professional**<br>**Licenses:** | **Certified Public Accountant, Massachusetts**<br><br>**National Association of Securities Dealers**<br>Licensed Registered Representative<br><br>**American Institute of Certified Public Accountants**<br>Accredited Business Valuation |

**Education:**

Masters of Science in Taxation
Bentley College, Waltham, MA

Master of Science in Business Administration – Accounting
University of Massachusetts, Amherst, MA

Bachelor of Arts - Economics
University of Massachusetts, Amherst, MA

**Awards:**

**Massachusetts Society of Certified Public Accountants**
Certificate of Achievement
National Uniform Certified Public Accountant Examination

**Professional Societies
& Committees:**

American Institute of Certified Public Accountants

Massachusetts Society of
Certified Public Accountants