UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION, GREGORY           )
THOMSON and MICHAEL SAUSÉ,          )
                                    )
          .                         )
_____)
                                    )
TOWN OF ROCKLAND, ROCKLAND          )
SEWER COMMISSION,                   )
                                    )
          Plaintiffs in Counterclaim)     Civil No. 04-11131-PBS
          and Crossclaim            )
                                    )
     v.                             )
                                    )
PROFESSIONAL SERVICES               )
GROUP, INC.,                        )
                                    )
          Defendant in Counterclaim,)
                                    )
and                                 )
                                    )
MICHAEL SAUSÉ,                      )
                                    )
          Crossclaim Defendant      )
_____)
```

**MOTION *IN LIMINE* TO EXCLUDE ARGUMENT AND EVIDENCE OF
PRELIMINARY PRICING CONTAINED IN DRAFT WORK NOTES AS A PROPER
MEASURE OF DAMAGES**

Plaintiff/Counterclaim Defendant Professional Services Group, Inc. ("PSG") moves *in limine* to exclude evidence or argument by Defendants/Counterclaim Plaintiffs the Town of

Rockland and the Rockland Sewer Commission (collectively, "Rockland") that a tentative pricing structure contained in handwritten work notes created by the firm of Woodard & Curran in 1997 serves as a proper measure of damages for Rockland's counterclaim under the Uniform Procurement Act.  As explained in the accompanying memorandum, the numbers contained in those notes are too speculative to serve as the proper measure of damages in this case because the draft pricing structure was never finalized or submitted to Rockland.  Moreover, even if the work notes had been incorporated into a proposal and submitted, there is no basis on which the jury could find that Rockland would have – or even could have –accepted it.  As a result, the evidence should be excluded for the purposes of damage calculations, and Rockland should be precluded from presenting argument to the jury on this ground.

In further support of this motion, PSG refers the Court to its supporting Memorandum of Law which accompanies this motion.

## REQUEST FOR ORAL ARGUMENT

In an effort to assist this Court in its determination of this motion, PSG respectfully requests the opportunity to present oral argument pursuant to Local Rule 7.1(D).

       Respectfully submitted,
       **PROFESSIONAL SERVICES GROUP, INC.**,
       By its attorneys,

       ___/s/ Sara Noonan_____
       Maria R. Durant (BBO # 558906)
       David M. Osborne  (BBO # 564840)
       Sara E. Noonan (BBO # 645293)
       DWYER & COLLORA, LLP
       Federal Reserve Plaza
       600 Atlantic Avenue, 12th Floor
       Boston, MA  02210
       (617) 371-1000

Dated: July 14, 2006

**CERTIFICATION PURSUANT TO L.R. 7.1(a)(2)**

    I, Sara E. Noonan, certify that on July 14, 2006, David M. Osborne, counsel for the Plaintiff, conferred with Joanne D'Alcomo, counsel for Defendants Town of Rockland and Rockland Sewer Commission, and attempted in good faith to resolve or narrow the issues raised by this motion.

                                            /s/Sara E. Noonan_____
                                            Sara E. Noonan


**CERTIFICATE OF SERVICE**

    I, Sara E. Noonan, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 14, 2006.

                                            /s/Sara E. Noonan_____
                                            Sara E. Noonan