

**WOODARD & CURRAN**
Engineering · Science · Operations

CORPORATE OFFICES
Maine, Massachusetts, and New Hampshire
*Operational offices throughout the U.S.*

September 22, 1997

Mr. Gregory Thomson
Superintendent
Town of Rockland Sewer Commission
South End of Concord Street
PO Box 330
Rockland, MA 02370

Dear Mr. Thomson:

Through its contract operations RFP, the Rockland Sewer Commission has an excellent opportunity to bring a fresh perspective and a new ideas to the operation, maintenance and management of its facilities. The wastewater treatment industry continues to evolve, and with it comes new technologies and approaches to improving performance and reducing costs. With Woodard & Curran you would gain the advantage of fresh ideas that may be more appropriate for Rockland without any disruption to staff. As you know, our management team has worked with your facility and staff before, has a practical appreciation for what approaches would work best, and is committed to keep the current staff in place.

However, at this time, we are inclined not to submit our proposal to operate the Rockland WPCF. In an overall sense, the existing RFP, as recently modified by the clarifications presented in Addendum #2 and Addendum #5, seems to be heavily weighted in favor of your incumbent operator. As a professional O&M and engineering firm we are hired by our clients to improve operations based on know-how and expertise. We have been extremely successful at improving the performance and reducing costs at facilities we operate by implementing creative process control strategies and operation plans. The RFP, as written, makes it clear that the basis for your selection will be the ability to continue doing what is currently being done in Rockland. From our perspective, this approach significantly downplays the value of new ideas and operational strategies that may be more appropriate for Rockland today. As we discussed with you during our meeting of September 4, 1997, we have developed an approach that would enable us to operate your system in 1998, on a guaranteed budget that is significantly lower than your current budget. We are reluctant to offer our recommendations, based on the evaluation criteria outlined in Addendum #5, fearing that they would only be used to improve operations with your current operator.

As you know, the success of consulting firms such as ours is based on the capabilities and experience of the consultants that comprise the firm. As we have discussed with you, Woodard & Curran's O&M team is the former core management team from Metcalf & Eddy Services. Approximately five years ago when we departed M&E to begin a second generation firm, we were perceived as one of the leading providers of contract operations in the country, and arguably had one of the best reputations for quality and integrity; part of which was derived from our successful operation of the Rockland plant. The team we would commit to Rockland today would be the senior managers who were responsible for the initial contract operation of the Rockland WPCF teamed with new faces and new perspectives gained in the integrated engineering and operations environment of Woodard & Curran. We believe that you would be



**WOODARD & CURRAN**
Engineering · Science · Operations

Mr. Gregory Thomson
September 22, 1997
Page 2

hard pressed to find a more capable and knowledgeable team anywhere. However, your present RFP states that the ranking of our proposal will be directly related to the experience of the firm and not the proposer's management team.

As someone whose original involvement with Rockland dates back almost twenty years, I can understand your possible reluctance to change after 15 years of contract operations with Metcalf & Eddy/PSG. If your interest is to continue doing what you are doing, we respect that and do not wish to disrupt your process or interfere with a strong relationship. However we do not feel comfortable providing you with an approach and budget to use for comparison. As you may know, we presently contract operate several facilities (Warren, RI, Littleton, NH and Water Conserv II, Orlando, FL) which were previously operated by PSG. In each of these cases we were able to reduce costs while improving the performance and long term reliability of the facilities. We urge you to contact these communities for their perspective on changing O&M firms.

While we would love to work with Rockland again, it does not make good business sense for us to submit a proposal given the current RFP constraints. However, we are very encouraged by your decision to retain outside assistance to evaluate potential O&M savings and to re-advertise this procurement should it be warranted. We look forward to offering our proposal under these changed circumstances. Thank you for the courtesy afforded our evaluation team during the time spent on-site at your facility and over the past several weeks. Please call if you or the Commissioners have any questions or require any additional information.

Very truly yours,

WOODAR     .AN, INC.

*Wiff Peterson (#3)*

Winfield A. (Wiff) Peterson
Senior Vice President

WAP/sam
97468