**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT: Rockland
PROJECT: _____
DESIGNED BY: Jack Borano    DATE: _____
CHECKED BY: _____    DATE: _____
PROJECT NO: _____  SHEET NO: _____  OF: _____

Doug,

Attached are the two pricing summaries for Rockland.

Base Case (Per RFP) = $1,228,359

Alternative Proposal = $943,932

NETCO would not agree to cost breaks for us; I've priced a belt thickener into the alternative proposal based on $175K capital cost (prelim from Geo. Bloom) Also used $350K BFP costs from Geo for base case. These fig's need to be confirmed w/ Geo who indicated he would be ready today. I have all the rest of the backup if you need more details.

Working on the O&M plan writeup & job specs.

Pls review and let me know what you think. J

**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT: ROCKLAND MA
PROJECT: ALTERNATE PROPOSAL
DESIGNED BY: _____ DATE: _____
CHECKED BY: _____ DATE: _____
PROJECT NO: _____ SHEET NO. 1 OF 4

## Price Summary

| Item | Amount |
|---|---|
| Direct Labor | 283,013 |
| Other Labor Costs | 87,407 |
| Utilities | 92,000 |
| Chemicals | 46,525 |
| PM / Repairs | 70,000 |
| Sludge Dewatering | 0 |
| Allowance (P.S Power) | 15,000 |
| Allowance (Equip Repl) | 100,000 |
| IPP | 0 |
| Miscellaneous | 26,100 |
| Performance Bond | 6,500 |
| Overhead | 177,509 |
| Profit | 39,878 |
| **Total O&M** | **943,932** |

**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT _____
PROJECT _____
DESIGNED BY _____ DATE _____
CHECKED BY _____ DATE _____
PROJECT NO. _____ SHEET NO. 2 OF 4

Capital & Transition Costs

| | |
|---|---|
| Transition Labor | 56,482 |
| Fax Machine | 500 |
| Computer | 3,000 |
| Pump Station SCADA | 125,000 |
| Energy Invest | 157,000 |
| Thickener | 175,000 |
| Hypo System | by others |
| | $516,982 |

Amort @ 10% = 81,984/yr

**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT _____
PROJECT _____
DESIGNED BY _____ DATE _____
CHECKED BY _____ DATE _____
PROJECT NO. _____ SHEET NO. __3__ OF __4__

PRICING NOTES:

(1) DL includes STAFF DL, OT (STRAIGT TIME), TECH support LABOR, premium OT

(2) @ 32% of DL (not including Premium OT)

(3) ASSUMES HYPOCHLORITE

(4) REDUCED by 5K due to elimination of BFP

(5) 58% of DL

(6) 5% of COSTS LESS EQUIP Replacement Allowance

(7) SEE list

**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

| CLIENT | |
|---|---|
| PROJECT | |
| DESIGNED BY | DATE |
| CHECKED BY | DATE |
| PROJECT NO. | SHEET NO. 4 OF 4 |

Pricing Comparisons

1997 PSG O&M budget (w/o capital & Town paying extra chem costs for winter nit and w/ Cl₂ vs Hypo) = **885 K**

1998 W&C O&M costs [(w/o capital & W&C paying ALL CHEM and using Hypo vs Cl₂ (more exp)] =
= **843 K**

42 K (≈ 5%) savings

Town proposes 100K/yr annual capital replacement budget.
This allocation spent as follows:

82 K to W&C for proposed capital program

18 K reserve/yr for future projects

**WOODARD & CURRAN**
Engineering · Science · Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT _____
PROJECT _____
DESIGNED BY _____ DATE _____
CHECKED BY _____ DATE _____
PROJECT NO. _____ SHEET NO. _____ OF _____

### Alternate Proposal / O&M Plan

Woodard & Curran has developed an alternate approach to the O&M of the treatment plant designed to consistently achieve NPDES compliance at reduced overall costs to the Town. Our approach incorporates several technological equipment and process improvements into the WWTP and pump stations resulting in a simpler, more reliable and more cost effective operation. In fact, our approach will result in lower O&M costs in 1998 than the Town paid in 1997. To achieve this objective, we've analyzed and developed long term solutions for several operational maintenance and management areas.

### Sludge Management

The Town's RFP is predicated on continuation of sludge cake disposal through a long term contract with NETCO at below market disposal rates presently enjoyed by the Town. The RFP assumes that the current disposal practices can be continued through 2005. Our research, conducted during our plant evaluation, indicates that the Town's current contract with NETCO expires on September 4, 1998; less than one year

**WOODARD & CURRAN**
Engineering • Science • Operations

41 HUTCHINS DRIVE
PORTLAND, MAINE 04102
TEL. (207)774-2112

CLIENT _____
PROJECT _____
DESIGNED BY _____ DATE _____
CHECKED BY _____ DATE _____
PROJECT NO. _____ SHEET NO. _____ OF _____

from the date of this proposal. NETCO, of course, would be interested in keeping Rockland's business provided it can negotiate a market based compensation for sludge disposal. Recent bid prices (N. Attleboro, MA, August 1997) indicate that today's market price for sludge cake disposal is approximately $88.00/ton. This represents an increase of over 65% compared to the Town's current disposal costs. It appears that the Town can expect an increase in sludge disposal costs of at least 50% when the current contract expires next year.

Given this change, the economics of continuing to dewater sludge on-site are questionable. The current belt press operates only sixty hours/