UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br> . <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**DEFENDANTS' LIST OF WITNESSES AND EXHIBITS**

Robert Arendell
Veolia Water North America
1115 W. Chestnut Street
Brockton, MA

Jack Bonomo
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH.

Walter Byrne III
1 Kris Roy Drive
Rockland, MA.

Frank Cavaleri
39 Scotland St,
Hingham, MA 02043-3932

Lawrence Chaffee
Rockland Town Hall
246 Union Street
Rockland, MA

Robert Corvi (although health may affect availability as a witness)
63 Concord Street
Rockland, MA 02370

Pat Donnelly
Town of Rockland
242 Union Street
Rockland, MA 02370-1897

Kevin Donovan
Town of Kingston
26 Evergreen Street
Kingston, MA 02364

Robert Eiben
Dedham-Westwood Water District
50 Elm Street, P.O. Box 9137
Dedham, MA 02027-9137

Gerrell Douglas Eichman
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, Texas 77032

Georgine Grissop
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Stephen Gunzburger
Miller Wachman LLP
Certified Public Accountants
10 St James Avenue, 16th Floor
Boston, Massachusetts 02116

Barbara J. Hansberry
General Counsel
Office of the Inspector General
John W. McCormack State Office Building
Room 1311
Boston, MA 02108

Eric Hart
Rockland Town Hall
246 Union Street
Rockland, MA

Bruce Haskell
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Anne-Marie M. Hyland
Kopelman and Paige, P.C.
101 Arch Street
12th Floor
Boston , MA 02110

Susan M. Keenan
3 Field Street
Taunton, MA 02780-1029

William Kettlewell
Dwyer & Collora
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210

Steve Kruger
Veolia Water North America
14950 Heathrow Forest Parkway, Suite 200
Houston, Texas 77032

John Llewellyn
Rockland Police Department
490 Market Street
Rockland, MA 02370

John Loughlin
Rockland Sewer Commission
587 Rear Summer Street
Rockland MA 02370

David Lurie
Lurie & Krupp
One McKinley Square
Boston , MA  02109

Christine McGuiness
587 Rear Summer Street
Rockland, MA 02370

Ronald Michalski, PE
Tighe &Bond, Inc.
53 Southampton Road
Westfield, Massachusetts 01805

Christine Millhouse
Gloucester Wastewater Treatment Plant
Gloucester, MA

Bruce Miller,
Town Accountant
Plymouth Town Hall
11 Lincoln Street
Plymouth, MA 02360

Ed Maccaferri
Treasurer/Collector
Town of Plymouth
Plymouth Town Hall
11 Lincoln Street
Plymouth, MA 02360

Kelli A. O'Brien
Rockland Town Hall
246 Union Street
Rockland, MA

Brian O'Donnell
Assistant Attorney General
Office of the Attorney General
John W. McCormack State Office Building
Room 1311
Boston, MA 02108

Joseph Parisi, Jr.
Public Works Department
City of Gloucester
Gloucester, MA

Mary Parsons
Rockland Town Hall
246 Union Street
Rockland, MA

Winfield A. Peterson
Aquarian Operating Services
15 Dartmouth Drive
Auburn, NH

Bradley A. Plante
Rockland Town Hall
242 Union Street
Rockland, MA 02370-1897

Joseph Ridge
Camp Dresser & McKee
One Cambridge Place
50 Hampshire Street
Cambridge, MA 02139

Michael Sausé
103 Par Haven Drive, Apt. K-11
Dover, Delaware 19904

Karen Sepeck
Town Treasurer
Rockland Town Hall
246 Union Street
Rockland, MA

Cynthia Solomon
2144 Pleasant St
Dighton, MA 02715-1502

William Stewart,
40 Summit Street
Rockland, MA

John Sullivan, CPA
Melanson, Heath & Co.
11 Trafalgar Square
Nashua, NH 03063-1974

Gregory W. Sullivan
Massachusetts Office of the Inspector General
John W. McCormack State office Building
Room 1311
Boston, MA 02108

Terrance J. Sullivan
Director of Public Works
1 Government Center -5th Floor
Fall River, MA 02722

Gregory Thomson
790 Liberty Street
Rockland, MA 02370

Michael L. Thoreson
Commissioner, Department of Public Works
Brockton, MA

Lou Valanzola
Rockland Town Hall
246 Union Street
Rockland, MA

Aram Varjabedian
20 Homestead Road
Middleboro, MA 02346

Det. Sgt. Jack Wentworth
Rockland Police Department
490 Market Street
Rockland, MA 02370

Keeper of the Records
North Abington Co-Operative Bank
6 Harrison Avenue
Abington, MA 02351

Keeper of the Records
Wainwright Bank & Trust Company
63 Franklin Street
Boston, MA 02110

Keeper of the Records
Rockland Federal Credit Union
241 Union Street
Rockland, MA

Keeper of the Records
Veolia Water North America
1115 W. Chestnut Street
Brockton, MA

All persons on the witness list of the Plaintiff.

.

       Respectfully submitted,

       TOWN OF ROCKLAND and
       THE ROCKLAND SEWER COMMISSION,
       By their attorneys,


       /s/Joanne D'Alcomo
       Joanne D'Alcomo (BBO # 544177)
       Seth Nesin (BBO # #650739)
       JAGER SMITH P.C.
       One Financial Center
       Boston, MA 02111
       (617) 951-0500

DATED:  July 14, 2006