UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br>  Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br> . <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br>  Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br>  Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br>  Crossclaim Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil No. 04-11131-PBS |

### TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION'S PROPOSED VOIR DIRE QUESTIONS

The Town of Rockland and Rockland Sewer Commission propose that the questions below be asked of the venire.

JS\129112.1

The proposed areas of inquiry are as follows:

1. Raise your hand if you or any member of your immediate family have lived in a town with an open Town Meeting.

2. Raise your hand if you have ever been to a Town Meeting

3. Raise your hand if you or any member of your immediate family have had any experiences that you consider negative with your local government.

4. Raise your hand if you or any member of your immediate family ever has run for office or been appointed to a political position.

5. Raise your hand if you or any member of your immediate family ever has declared bankruptcy

6. Raise your hand if you have any views about the Town of Rockland Massachusetts.

7. Raise your hand if you or any member of your immediate family has had any negative experiences with oxycontin or with individuals who have oxycontin.

8. Raise your hand if you or any member of your family have ever taken any administrative appeals of any decision by any Board or Commission of a town.

9. Raise your hand if you or any member of your immediate family has ever been the victim of a theft or fraud.

10. Raise your hand if you would say that you have a generally negative opinion of the local government in your community.

11. Raise your hand if you would say that you have a generally positive opinion of the local government in your community.

12. Raise your hand if you would say that you have no opinion of the local government in your community.

13. Raise your hand if you have been to a town or city sponsored event, such as a parade or concert or other event, in your community in the past 3 years.

14. Raise your hand if you have attended any government meetings in your town in the past year.

                DEFENDANTS
                By their attorneys,

                /s/ Joanne D'Alcomo
                _____
                Joanne D'Alcomo
                BBO #544177
                Howard P. Blatchford, Jr.
                BBO #045580
                Seth Nesin
                BBO #650739
                JAGER SMITH P.C.
                One Financial Center
                Boston, MA 02111
                (617) 951-0500

                DATED: July 14, 2006