UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                       )
PROFESSIONAL SERVICES                  )
GROUP, INC.,                           )
                                       )
         Plaintiff,                    )
                                       )
    v.                                 )
                                       )
TOWN OF ROCKLAND, ROCKLAND              )
SEWER COMMISSION, GREGORY              )
THOMSON and MICHAEL SAUSÉ,             )
                                       )
         .                             )
_____)
                                       )
TOWN OF ROCKLAND, ROCKLAND              )
SEWER COMMISSION,                      )
                                       )
         Plaintiffs-in-Counterclaim    )   Civil No. 04-11131-PBS
         and Crossclaim                )
                                       )
    v.                                 )
                                       )
PROFESSIONAL SERVICES                  )
GROUP, INC.,                           )
                                       )
         Defendant-in-Counterclaim,    )
                                       )
and                                    )
                                       )
MICHAEL SAUSÉ,                         )
                                       )
         Crossclaim Defendant          )
_____)

**ASSENTED TO MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO
PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' JURY TRIAL DEMAND
<u>AS TO CONFLICT OF INTEREST AND PROCUREMENT ACT COUNTS</u>**

Plaintiff Professional Services Group, Inc. ("PSG") moves for leave to file a brief reply to the issues raised in Defendants' opposition to its motion to strike Defendants' jury trial demand as to the Mass. Gen. L. c. 268A and c. 30B counts in their counterclaim. Undersigned counsel has consulted with counsel for Defendants Town of Rockland and Rockland Sewer Commission, who has assented to this motion. A copy of the proposed reply is attached hereto at Exhibit A.

WHEREFORE, PSG requests leave of the Court to file the reply attached hereto.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

    /s/ David M. Osborne
Maria R. Durant (BBO # 558906)
David M. Osborne (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated:  July 19, 2006

### CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 19, 2006.

    /s/ David M. Osborne
David M. Osborne