# EXHIBIT A

RECEIVED

JUL 22 1997

PSG
NORWELL MA

Florence    508- 764- 5425

D. Herbst
of Ferguson
M. Sause
J. Giachino
J. Columbo
K. Baker
Legal
P. Curry -2
A. Varjabedian
(Rockland)

# REQUEST FOR PROPOSALS

# CONTRACT OPERATIONS

# ROCKLAND WATER POLLUTION
# CONTROL FACILITIES

## JULY 21, 1997

ROCKLAND SEWER COMMISSION
SOUTH END OF CONCORD STREET
P.O. BOX 330
ROCKLAND, MASSACHUSETTS 02370

PSG 0836

## LEGAL NOTICE

The Rockland Board of Sewer Commissioners, Rockland, Massachusetts is seeking Proposals from qualified firms capable of providing full-service operation and maintenance of the Town's Water Pollution Control Facilities that includes an advanced wastewater treatment plant and a minimum of nine wastewater pumping stations. Emergency response to collection system problems are also included in the services. The initial term of the contract to be awarded will be for ten years. The contract is subject to an automatic renewal for an additional ten year period at the sole discretion of the Rockland Sewer Commission and the awarding authority. Annual inflationary adjustments ( increases or decreases) for the contract amount will be based on CPI-U (Boston Area) and Net Power Costs. Weighting for the adjustments is 80% and 20% respectively.

Copies of the Request for Proposal (RFP) may be obtained on July 21, 1997 through August 1, 1997 by calling or writing to the Rockland Board of Sewer Commissioners, P.O. Box 330, Rockland, Massachusetts 02370, Monday through Friday between the hours of 7:30 a.m. and 3:30 p.m. The telephone number is (617) 878-1964.

Each Proposal submitted must be accompanied by a Bid Deposit in the form of Cash, Cashiers Check or Bid Bond payable to the Town of Rockland in the amount of Five Percent (5%) of the First Year Annual Fee.

The Town of Rockland is an Affirmative Action/Equal Opportunity Organization and invites Proposals from qualified minority and female owned firms.

Contract operators possessing the necessary qualifications, experience and technical expertise are invited to submit proposals to the Rockland Board of Sewer Commissioners at the address noted above, until 2:00 P.M. on September 2, 1997. Proposals received after such time will not be accepted. **A mandatory pre-proposal briefing session is scheduled for August 6, 1997 at 10:00 A.M. at the Sewer Commission Office at the Rockland Water Pollution Control Facility.**

Selection of the contact operator will be based on the contractor's response to the scope of the work discussed in the RFP, the proposed operating staff, the overall capabilities of the contractor, the financial stability of the contractor, and the contractor's price proposal. A comprehensive comparative analysis is included in the RFP.

The Town of Rockland reserves the right to accept any proposal, to reject any or all proposals, in whole or in part, to waive irregularities and/ or formalities as deemed appropriate and to negotiate with the preferred contractor to finalize details of the proposed contract or agreement. A submitter may correct, modify or withdraw a Proposal by written notice to the Sewer Commission office prior to the time and date set for opening of the proposals.

1

PSG 0837

## I. GENERAL INTRODUCTION

The Rockland Sewer Commission is soliciting proposals from qualified firms to provide Water Pollution Control Contract Operations and Maintenance services for the Town of Rockland. As a minimum, services include:

- **Wastewater Treatment Plant Operations and Maintenance**
- **Pumping Stations Operations and Maintenance**
- **Collection System Maintenance and Emergency Response to Collection System Problems**
- **Industrial Pretreatment Program Assistance**
- **Miscellaneous Services to assist the Rockland Sewer Commission and the Town of Rockland.**

The Rockland Water Pollution Control facilities noted above are presently operated by Professional Services Group, Inc. through a contract that expires on June 30, 1997. PSG will continue to provide contract operations services on an interim basis until this selection process is complete.

**Pertinent general facts about the Rockland water pollution control facilities include:**

1. The treatment plant is an advanced wastewater treatment facility (two stage activated sludge) with a design capacity of 2.5 MGD. See Exhibit A for a detailed plant description in a 1996 plant brochue. Average daily flow and loading data for 1996 and 1997 is included in Exhibit B.

2. In June, 1997 there are nine operational pump stations. Five additional stations are scheduled for start-up at a later date. See Exhibit C for detailed information on all of the stations.

3. There are about 260,000 feet of collector/interceptor/force main sewer in the Town.

4. Over the last eight years, there have been sewer expansion programs in the community. Approximately 99% of the Town is sewered. Expansion of the collection system will continue in 1997 and will be completed by January 1, 1998.

5. The Rockland sewer system has infiltration/inflow concerns. During unusual rain events, peak flows to the treatment plant can exceed the plant's hydraulic capacity requiring prompt operational responses.

2

**PSG 0838**

6.  The treatment plant accepts domestic septage only from the Towns of Rockland, Abington, Hingham and Hanover.

7.  Sludge disposal is under contract with NETCO and the Rockland Sewer Commission for dewatered sludge only. This is a 10 year contract from 1995 through 2005.

8.  Rockland has an Industrial Pretreatment Program (IPP). While industrial wastewater flows are minimal, the IPP program will be administered by the Town's consulting engineer. The contract operator will be required to provide assistance to the Town and their engineer in the administration of the program.

9.  The Town of Rockland has an Inter-municipal Agreement with the Town of Abington for water pollution control to a maximum of 110,000 gpd. Approximately 35,000 gpd of sewage comes from the town of Abington and is treated at the Rockland Water Pollution Control Facility. The contract operator does provide review and interpretation of Abington wastewater flow records with summaries provided to the Rockland Sewer Commission for purposes of billing the Town of Abington.

10. The contract operator does not provide any administration or billing services on behalf of the Rockland Sewer Commission. The Commission has staff that utilizes office space at the treatment plant.

11. The Rockland Sewer Commission is very involved with the operation of the Rockland Water Pollution Control Facilities. Frequent contact with the on-site Superintendent and Commissioners can be expected.

As approved at the Town of Rockland's annual town meeting in May, 1997 the term of the contract being solicited through this RFP is ten (10) years. The contract is subject to an automatic renewal for an additional ten (10) years at the sole discretion of the Rockland Sewer Commission. The anticipated commencement date is October 1, 1997. The maximum proposal review period for the Rockland Sewer Commission is 60 days.

3

PSG 0839

## II. PROPOSAL INSTRUCTIONS

**The Rockland Sewer Commission's Request for Proposal has been structured to comply with Chapter 30B of the Massachusetts General Laws. All respondents to the RFP must insure that two separate submittals are made to the Rockland Sewer Commission.** One submittal shall discuss Qualifications and the specific Services that the proposer offers (Plan of Services). The second submittal shall include cost information in the format requested (Price Proposal). There shall be no reference to cost in the Qualifications and Service Package (Plan of Services).

The Rockland Sewer Commission Proposal review process will consist of the following:

1    **All proposals will be reviewed to determine if the Minimum Submission Requirements criteria have been complied with.** Proposals that do not meet the Minimum Criteria will be returned with the Price Proposals unopened.

2.    **All proposals meeting the Minimum Submission Requirements will be initially evaluated based on the specific information presented in the RFP.** Proposals will be rated: Highly Advantageous, Advantageous, Acceptable and Unacceptable. A short list of firms may be developed, if appropriate.

3.    **Interviews with firms meeting the Minimum Submission Requirements will be scheduled.** Interviews, references and site visits to existing contract operations facilities will be incorporated into the overall choice of a contract operator. The interview shall consist of the proposed plant manager, additional key on-site personnel, regional corporate representative(s) and a regional technical support representative. Resumés for these individuals must be submitted with the proposal.

   Any visits to a proposers existing contract operated facility will be at the sole expense of the Rockland Sewer Commission.

4.    **A final rating of the proposals will be determined** based on the initial evaluations of qualifications, responsiveness to the scope of services requested in this RFP, interviews and reference/follow-up review work on the firms.

5.    **All price proposals of firms meeting the Minimum Submission Requirements will be opened.** Cost will be evaluated in conjunction with the evaluation system noted herein, however, proposal quality; i.e. knowledge of the facility, proposed staffing, innovative approach to operations and maintenance, reliable track record are very important to the Rockland Sewer Commission. A contract will be awarded to the most qualified firm offering a Plan of Service with a reasonable cost that is in the best interest of the Rockland Sewer Commission.

4

**PSG 0840**

Each Proposal submitted to the Rockland Sewer Commission shall be accompanied by a Bid Deposit payable to the Town of Rockland in the amount of 5% of the total first year annual fee. Cash, a Certified Bank check, or a Bid Bond is acceptable. The bid deposit shall be incorporated with the cost information.

**A mandatory pre-proposal meeting will be held at the Rockland WWTF at 10:00 A.M. on August 6, 1997. Attendance at the pre-proposal meeting is mandatory.** In addition, proposers are encouraged to schedule site visits to the treatment plant and pumping stations to inspect equipment and facilities. **The site visits must be scheduled through the Rockland Sewer Commission office and shall be limited to three days with no more than four people on the inspection team.** During the site visit, proposers will be allowed to inspect and review facilities as well as observe equipment. Inspection hours shall be 7:30 a.m. to 3:30 p.m.

A representative from PSG and the Rockland Sewer Commission will guide the tour(s). Proposers shall not adjust or operate equipment, whether operating or not. Questions raised during the detailed site visits must be submitted in writing at least ten (10) business days prior to the proposal submission date. A response to all questions submitted in writing will be provided in the form of an Addendum to all prospective proposers a minimum of five (5) days prior to the proposal submission date.

During the pre-proposal meeting, the following information will be available for review at the treatment plant.

- As-built Plans and Specifications

- Treatment Plant Operations and Maintenance Manual

- Current NPDES Permit, Administrative Consent Order and Pertinent Correspondence

- Plant Operating Data for the last 12 months

- Copies of any reports, studies, evaluation, etc. relating to the design, construction and operation of the water pollution control facilities

- Complete 1996 Industrial Pretreatment Program Annual Report

- Treatment Plant Equipment Owned by PSG Inventory List

- Construction plans for the new pumping stations being constructed in Rockland

- Other pertinent information that may be available in the Commission files.

5

PSG 0841

The Rockland Sewer Commission will not copy information requested by proposers. All information set aside for proposers must remain at the wastewater treatment facility. Portable copy machines will be allowed.

A proposal review committee will review all Contract Operations proposals and make a formal recommendation to Rockland's Chief Procurement Officer. The formal recommendation will be made after:

- Minimum Submission Requirements are Reviewed.

- Acceptable Written Proposals are Evaluated and Rated.

- If Interviews Are Used, Proposal Ratings will be Re-evaluated and Clarified after interviews.

- Cost Information will be Opened and Reviewed.

- Final Selection of a Contract Operator will be made to the most qualified firm offering the best plan of service at a reasonable cost that is in the best interest of the Town of Rockland.

A proposal may be corrected, modified or withdrawn by written notice received by the Rockland Sewer Commission prior to 2 pm on September 2, 1997.

The Rockland Sewer Commission reserves the right to waive minor informalities. In addition, the Commission reserves the right to reject all Proposals or to accept any Proposal which, in their opinion, is in the best interest of the Town of Rockland.

The point of contact for this RFP is Mr. Gregory Thomson, Superintendent for the Rockland Sewer Commission. Inquires shall be directed to the Commission office at (617) 878-1964. Any written correspondence regarding this RFP shall be submitted to:

> Mr. Gregory Thomson, Superintendent
> Town of Rockland Sewer Commission
> South End of Concord Street
> P.O. Box 330
> Rockland, Massachusetts   02370

Contact to any elected or appointed officials of the Town of Rockland in regards to this RFP by proposing firms or other persons representing those firms will result in disqualification of that firm with their proposal returned.

6

PSG 0842

*To Susan  5 p.*

Finally, in responding to this RFP for Contract Operations, contractors must comply with State Regulation 314 CMR 12:00;  Operation and Maintenance of Sewer Systems and Wastewater Treatment Facilities. Any contradictions between 314 CMR 12:00 and this RFP shall follow the State requirement. In addition, the contractor must operate and maintain the facilities to meet Rockland's NPDES discharge permit and follow the policies of the Massachusetts Board of Certification of Operators of Wastewater Treatment Facilities.

## III.  MINIMUM SUBMISSION REQUIREMENTS

All Proposals must include the following data and be able to demonstrate compliance with all noted performance standards:

a.    Separate Qualification/Plan of Service and Cost Proposals must be submitted.

b.    All proposals must be delivered to the Rockland Sewer Commission on the time and date noted.

c.    A 5% Bid Deposit in the form of Cash, Certified Bank Check or Bid Bond  must be provided with the cost proposal.

d.    All proposers must demonstrate that they have provided Contract Operations similar to the services requested by the Rockland Sewer Commission and have the staff and resources necessary to provide the services requested in this RFP to the Rockland Sewer Commission.  At a minimum, contract operators shall demonstrate that they have provided successful contract operations at a minimum of five water pollution control facilities similar in size and complexity to the Rockland facilities for at least five years.

e,    All proposers must provide a proposed Project Staffing Plan and include the name and resume of the proposed Plant Manager and one other key position that will be involved with the day to day operation of the Rockland WPCF. Both individuals shall hold a Massachusetts Certified Grade VII License to operate a WPCF as required by the DEP approved staffing plan.  The current approved staffing plan calls for eight persons.  Resumés for corporate and technical support shall also be included.

With the expansion of the collection system and addition of pumping stations, the staffing plan for this contract must be ten persons.  Interim operating personnel are not acceptable.

f.    All proposers must provided a detailed operations plan that will address all processes and associated equipment that will meet the requirements of the NPDES

7

permit and Administrative Consent Order, including copper removal. The facility
has been reasonably successful in meeting the copper limitations by running the
facility in the advanced mode through chemical addition while maintaining
nitrification year round. This should be factored into your costs of operation. Any
alternative methods to meet the copper regulation are subject to the approval of
the Rockland Commission.

The operations plan shall also address pump station operation and maintenance as
well as maintenance and emergency response to the collection system.

g.  Each proposer shall also provide the following:

-  Corporate History and Background

-  Corporate Financial Statement

-  Bank References

-  A list of all current clients that contract operations are being provided to.
   This list shall include the size and complexity of the facility, contact name
   and telephone number.

h.  A signed Certificate of Non-Collusion as well as a signed Certificate indicating
that the Company/Corporation has filed and paid all State taxes required by law.
Copies of these forms are pages    and   of this RFP.

i.  Joint Ventures for the operation and maintenance of the Rockland Water Pollution
Control Facility are not acceptable to the Rockland Sewer Commission.

If the proposer intends to use subcontractors for major work elements, the names
of all proposed subcontractors must be provided along with their role in the overall
contract operations plan. The Rockland Sewer Commission reserves the right to
approve the use of any subcontractor related to the operation and maintenance of
the Rockland Water Pollution Control Facility.

j.  Proposers shall submit a copy of their Affirmative Action Plan that shall
identify the process use to ensure equal employment opportunity within the
company.

8

PSG 0844

## IV. SCOPE OF SERVICES

The following information is provided to insure that all proposers are aware of features that must be included in their Contract Operations proposal. In addition, information that follows provides instructions and guidelines to prospective operators that they must include in their cost proposal to Rockland. Any exceptions taken to the stated scope of services must be indentified in the proposal.

### A.    Operations Responsibility

The contract operator will have complete control of the Rockland Water Pollution Control Facilities (WPCF) and will be expected to address all operational problems in a timely manner. Each proposer shall describe how they intend to provide timely response to unusual sewer events in Rockland.

### B.    Additional Responsibilities

The contract operator will have complete control and responsibility for the Rockland WPCF including grounds, landscaping, building, equipment, etc. The only exception is the fact that the Rockland Sewer Commission will retain the use of the present office space. The contract operator shall coordinate the control of the Rockland Water Pollution Control Facility (WPCF) through the Sewer Commission and provide all services, including custodial, for the space utilized by the Sewer Commission.

### C.    Sewer Use Billing

The contract operator will not be responsible for sewer use billing. Billing and associated work will remain the responsibility of the Rockland Sewer Commission. However, the contract operator shall review and interpret Abington flow information for billing purposes and assist the Rockland Sewer Commission in computing the Abington sewer bill.

### D.    Collection System

Proposers are responsible for the maintenance of the Rockland sewer system. This shall include removal of grease from wet wells, marking of sewer lines for purposes of identification to utilities and contractors and providing emergency response services on the sewer system. The contractor shall be responsible for eliminating any sewer blockage in a collector sewer and investigating a report of a collapsed sewer pipe, etc. To assist the Contract operator with emergency responses, the Rockland Sewer Jet Truck is available for use by the Contract Operator. In addition, any additional Rockland equipment, supplies or tools at the treatment facility can be used to respond to emergency sewer service calls.

9

PSG 0845

E.   **Pump Stations**

At a minimum, Proposers shall provide the following pump station operations and maintenance activities:

- Routine and normal pump station maintenance and repairs.

- Pump station building maintenance and repairs that are not considered major repairs. Grounds maintenance is also included.

- Providing all power, heat and other utilities necessary to support the operation of the pumping stations.

- Daily pump station operational checks of all facilities. On a weekly basis, perform alarm and generator checks.

- Periodic wet well cleaning, as needed.

For emphasis purposes, there are presently nine (9) operational pumping stations in Rockland. See Exhibit   for pump station names and design capacity. However, proposers are herein advised that five  additional pumping stations will become operational in late 1997.  Proposers shall include the operation and maintenance of the five additional pumping stations into their cost proposal to Rockland. Since actual usage of the new pumping stations is unknown (i.e. reasonable sewage flow estimates cannot be provided), the electrical cost for the operation of the five new pumping stations will be covered by a utility allowance of $15,000 that will include electricity, telemetry and generator fuel if applicable. This utility allowance is detailed in the proposal cost form. Any monies not spent for the purposes of operating and maintaining these five additional pumping stations shall be refunded to the Rockland Sewer Commission at the end of each contractual year.

The five new pumping stations are detailed in Exhibit C .

F.   **Treatment Plant**

The Contract Operator shall be responsible for 100% of the operation and maintenance of the Rockland WPCF.  Noteworthy items that must be included are:

1.   A staffing plan with qualified personnel to operate and maintain the facilities in accordance with NPDES permits, state and federal requirements and in accordance with industry standards. The minimum on-site qualified staff that shall be assigned for the operations and maintenance of the WPCF shall be ten (10).  Additional

10

PSG 0846

comments on the staffing plan are discussed in the Proposal Evaluation Criteria.

2.  Payment of all employee wages, salaries and benefits. The Rockland Sewer Commission places a high priority on the quality of the staff. To ensure continuity of that quality, it has been determined that a minimum dollar value of $400,000 be included for employee wages only. The proposer will be required to verify to the Rockland Sewer Commission the wages incurred for the ten (10) positions required. Wages shall be defined as gross dollars paid to each employee including base annual salary, overtime and bonus amounts. Wages cannot include fringe benefits or other associated labor costs; i.e. medical, dental, 401K, pension, etc. This $400,000 allowance for wages shall be subject to the CPI-U (Boston Area) adjustment provided for in the Legal Notice included with this RFP.

Any unused funds from the $400,000 required wages to be proposed must be approved by the Rockland Sewer Commission. If approved, any unused funds will be rebated to the Rockland Sewer Commission to include the actual wage, fringe benefits, tax expense, overhead and profit. Certification of payroll and associated labor expenses will be required.

Costs for all employee benefits, health insurances, 401K, pension, all payroll taxes, and overhead shall be included as a separate line item in the cost proposal.

3.  Job descriptions for each position identified by the Rockland Sewer Commission that are to be included in the proposers staffing plan. For each job classification identified below proposers shall include minimum certification requirements, education, skills needed to perform the position, etc. Positions required are as follows:

- Plant Manager –               Massachusetts Grade 7 Full

- Assistant Plant Manager –    Massachusetts Grade 7 Full

- Maintenance Supervisor

- Maintenance Mechanic

- Electrician/Instrumentation Specialist

- Laboratory Technician

- Operators (4 positions)

11

PSG 0847

1.  Benefits that will be provided to each employee, such as vacation, sick days, family and individual health insurance, training, etc. The Rockland Sewer Commission is requiring the contract operator to provide the same holiday schedule that the Town of Rockland employees enjoy. These holidays are as follows:

HOLIDAY SCHEDULE FOR THE ROCKLAND WPCF EMPLOYEES

- New Years Day

- Presidents Day

- Martin Luther King Day

- Memorial Day

- Independence Day

- Labor Day

- Veterans Day

- Patriots Day

- Columbus Day

- Thanksgiving Day

- Christmas Day

5.  Payment of all utility and consumable costs such as telephone, telemetry, fuel, chemicals, power, supplies, lubricants, sub-contractors, other costs etc.

4.  Routine and normal maintenance of plant equipment, buildings and grounds. Custodial services shall be provided for all Rockland water pollution control facilities. The contract operator shall also provide snow plowing services for the treatment plant as well as for the pumping stations. For routine and normal maintenance that is subcontracted to outside vendors by the contract operator, the Rockland Sewer Commission retains the right to review and approve all subcontracted services  Information furnished to the Commission shall include the specific service, the name of the subcontractor, the estimated cost and any plant access rights that the subcontractor will have.

12

PSG 0848

5.  All laboratory sampling and analytical work required to support the WPCF and required NPDES permit testing. Annual NPDES toxicity testing shall also be included in the contractor's annual cost.

6.  Provision of a Quality Assurance/Quality Control Plan for laboratory analysis that meets all federal and state requirements.

7.  Implementing a computerized maintenance management system that stresses preventative and corrective maintenance on all plant and pumping station equipment. Existing preventive and corrective maintenance records will be available to the contractor. The Rockland Sewer Commission reserves the right to inspect all preventive and corrective maintenance records generated from the contract operators maintenance management system. Paper copies of any reports, work orders, etc. will become the property of the Rockland Sewer Commission.

8.  Employee training and safety programs.

9.  Written monthly reports detailing operations and maintenance. Information provided shall include staffing, permit compliance results, corrective and preventative maintenance performed, operational concerns, safety and training programs, corrective maintenance and repairs, equipment replacements, etc. A representative of the contract operator shall also be available to attend Sewer Commission meetings, if requested, to review monthly status report or any other pertinent issues.

10. Quarterly inspection tours of the treatment facility and the pumping stations with members of the Sewer Commission will be required and shall be scheduled at the convenience of the Commission.

11. Staffing by the Contract Operator shall include seven day coverage of all Rockland wastewater treatment facilities. A staffing plan shall be included in the proposal noting the staffing coverage anticipated on each day of the week.

12. Effluent Guarantee- the Contractor operator shall be responsible for all State and Federal NPDES operating violations and fines that may be levied against the Rockland water pollution control facilities, including the wastewater pumping stations that are a result of negligence by the contract operator. The guarantee provided by the operator shall assume that there are no significant changes in influent wastewater flow and loading characteristics at the facility and that the Rockland Sewer Commission provides adequate resources to insure that plant and pumping station equipment remain operational.

13

PSG 0849

13. Additional treatment plant and pumping station responsibilities are discussed in other sections of this RFP and shall be incorporated into the overall proposal provided to the Rockland Sewer Commission.

## G. Flow and loadings

The Rockland Sewer Commission is providing eighteen (18) months of data relative to average flow, lbs/day BOD and lbs/day TSS. The proposer shall price the job based on the twelve month moving average as of June, 1997 for each parameter. The Rockland Sewer Commission will consider a decrease or increase of 10% or more for all parameters from the twelve month moving average a change in scope of services.

## H. Septage

The contract operator will be responsible for controlling, monitoring and checking all septage trucks that utilize the Rockland Water Pollution Control Facility. The Rockland Sewer Commission retains the right to establish septage receiving policy, to determine what septage can be received by the facility and to generally administer the septage receiving program. The operator shall cooperate with the Sewer Commission on the septage matter, check the quality of incoming septage, insure that the septage receiving area is kept neat and shall ensure that proper payment procedures are followed by all septage haulers. Weekly septage reports will be provided to the Rockland Sewer Commission.

The Rockland WPCF received and treated 450,000 gallons of septage in 1996.

## I. Sludge Dewatering

The Rockland WPCF is equipped with one Ashbrook 2.0 meter belt filter press and associated appurtences; i.e. chemical feed systems, electrical control panels, etc. **This belt filter press and appurtences are the property of Professional Services Group, Inc. with the exception of the sludge conveyor.**

All proposers are required to supply a belt filter press with to include stamped engineering plans specifications and installation. The belt filter press to be provided must be equal to or better in quality, age and hours run than the press that is currently in operation. This belt filter press was purchased by PSG and installed in 1993. The approximate cumulative run time is 2100 hours. PSG will be responsible for the removal of their press if they are not the selected contract operator.

To provide continued proper sludge processing, proposers shall provide, install and operate one belt filter press complete with a sludge conditioning unit, electrical control panels, sludge piping, a complete polymer system including polymer feed and metering pumps and other accessories that

14

PSG 0850

are required to compliment a belt filter press operation. The belt filter press shall have a minimum width of 2.0 meters.

Basic performance requirements for the equipment should be as follows:

- The press shall utilize a liquid emulsion polymer feed system appropriately sized for a 2 meter press processing a mixture of primary and secondary anaerobically digested sludge.

- The furnished press shall continuously receive, condition and dewater feed sludge, neatly discharging the dewatered sludge cake onto the existing belt conveyor.

- Belt filter press feed sludge shall be anaerobically digested primary and secondary sludge from an advanced wastewater treatment facility. The solids content will be about 3% by weight.

- Minimum sludge cake solids by weight (%) produced by the press shall be 20% with a minimum average dry solids throughput of 1000 lbs per meter per hour.

The sludge dewatering equipment described above will be owned by the contract operator. At the end of the contract period, the operator shall be responsible for removing the belt filter press and all accessory equipment.

Within the proposal to the Sewer Commission, the proposer shall provide additional information on the sludge dewatering equipment so that the Commission fully understands the sludge dewatering equipment package that will be provided by the operator. Operators are welcome to take liquid sludge samples for bench scale sludge dewatering testing.

Contract operators shall identify an annual sludge dewatering cost in the cost proposal. The cost shall include equipment only. Labor, chemical and electrical costs will be provided in other contract cost line items. **This cost shall include interim sludge dewatering while the belt filter press installation is being installed.**

In addition, there is one (1) vacuum filter on-site that is the property of the Town of Rockland. This equipment is not suitable for the facilities sludge dewatering needs.

Dewatered sludge cake is transported by NETCO to Waterbury, Connecticut under a separate contract between NETCO and the Rockland Sewer Commission. This contract expires in the year 2005. The operation of the Rockland WPCF shall be based on the assumption that sludge dewatering on-site will continue throughout the duration of the contract.

15

**PSG 0851**

J.    **Available Equipment**

The following equipment is available for use by the Contract Operator:

- All existing plant equipment; laboratory, safety, and office equipment. An inventory list is available for review at the Sewer Commission office.

- All spare parts. A partial inventory list is available at the Sewer Commission office.

- All miscellaneous materials and supplies that are at the treatment facility when Contract operations begin.

- Pumps -      2 mobile Godwin 6" self priming centrifugal trash pumps
               1 mobile 4" Itt Marlow trash pump

- Emergency Generator -          1 mobile Onan 30 KW emergency generator
                                 1 mobile 40 KW emergency generator
                                 (specifications prepared and ready for bid)

- Rockland vehicles including:

  A 1986 Chevrolet Utility Truck

  A 1980 Ford Sewer Jet

  These vehicles are in good operating conditions and are available for inspection. The Town of Rockland is responsible for insurance and registration expenses for the vehicles. The Contract Operator is responsible for all gas and vehicle maintenance costs that are incurred during the term of this proposal.

K.    **Vehicles To Be Provided By The Contractor Operator**

PSG is currently providing a 1997 four wheel drive, 3/4 ton, diesel powered pickup truck equipped with a quick mount snow plow, cross-over tool box, bed liner, trailer package with heavy duty combination tow hitch, heavy duty suspension, side cab steps, light bar and two way radio.

Proposers shall include in their costs one pickup that is equal to or better in age, mileage and specifications than the vehicle described above that is currently provided by PSG.

**In addition, a second truck shall also be provided with the same specifications as the vehicle currently provided by PSG.**

16

**PSG 0852**

All vehicles provided must be registered in the name of the contract operator listing the Rockland Sewer Commission as additional insured. These vehicles must conform to Massachusetts General Laws regarding signage identifying the contractor and all required safety equipment.

## L.     Emergency Response

Contract Operator personnel shall be available for WPCF Emergency Response activity in Rockland within forty-five minutes of notification. The emergency response can deal with the treatment plant, the pumping stations, the sewage collection system or some related problem that could develop in the Town. Each proposer must elaborate the emergency response plan and how coverage will be provided to the Rockland Treatment Facilities.

## M.     Infiltration/Inflow

Proposers are advised that the Rockland sewer system has infiltration/inflow problems. During unusual rain events, peak flows to the treatment plant can exceed available capacity. During these unusual events, the Contract Operator shall provide personnel and resources to deal with the peak flow problem and to protect the overall treatment plant operation. Notification to DEP and EPA, if appropriate, of emergency or unusual plant operations shall be the responsibility of the Contract Operator. The Rockland Sewer Commission should be advised of all emergency of unusual operating conditions.

## N.     Lateral Inspections

Contract Operator shall provide inspection of all lateral sewer connections to the Rockland sewerage system   The inspection shall ensure that new connections are in accordance with the Rockland Sewer Use Ordinance. Inspections shall be coordinated thru the Sewer Commission Office and shall include an acceptance/rejection statement as well as a record sketch that conforms to the Sewer Commission standards.

Inspection services are limited to an inspection of the connection to the municipal sewerage system and does not include inspection of main line sewer pipe. On an annual basis, as many as 150 inspections can be anticipated.

## O.     Industrial Pretreatment

The Contract Operator shall be responsible for assisting the town's engineer with the Industrial Pretreatment Program services that are required in Rockland including: wastewater industrial/commercial facility inspections; scheduled industrial facility sampling/analysis; random facility sampling/analysis; reviewing compliance data; preparation of violation data; preparation of the annual IPP report for the Sewer Commission; preparing and reviewing IPP local limit permits; preparing IPP correspondence on behalf of the Sewer Commission and advising the Rockland

17

PSG 0853

Sewer Commission on all IPP issues. The Rockland Sewer Commission is responsible for the overall IPP program including enforcement with administration by the town's engineer.

A copy of the Rockland Industrial Pretreatment report is available at the Sewer Commission office. In addition, a copy of the complete 1996 IPP Annual Report is available at the Sewer Commission office (key parts of the annual report are in Appendix E).

For clarification purposes, there are three SIGNIFICANT industrial wastewater dischargers in Rockland. In addition, there are additional industries that have the potential to impact the sewer system and facility treatment processes.

P.    **Insurance Requirement**

The Contract Operator shall provide the following:

1.    Public Liability and Property Damage Insurance equal to or greater than $5,000,000.

2.    Worker's Compensation Insurance for all Contract Operator employees, including Employer's Liability Insurance in an amount of not less than $ 1,000,000 for each accident.

3.    Proposers shall stipulate what additional insurance is provided to protect the interests of the Town. Included should be an explanation of how the insurance will add protection to the Town of Rockland.

In addition, the Contract Operator shall agree to indemnify, defend and save harmless the Town, its elected or appointed officials including the Rockland Sewer Commission , agents and/or subcontractors from any claims, demands, suits, liabilities, losses and expenses incurred by the Town caused by the negligent acts or omissions of its employees in the performance of Contract Operations. The Town shall also agree to indemnify, defend and save harmless the Contract Operator, its officers, employees, agents and/or subcontractors from any claims, demands, suits, liabilities, losses and expenses incurred by the Contract Operator caused by the negligent acts or omissions of its elected or appointed officials, agents including the Rockland Sewer Commission.

In addition, the Town of Rockland shall be named as an additional insured in all insurance provided by the Contract Operator.

Q.    **Equipment Maintenance Program**

Contract Operators shall be responsible for an Equipment/Maintenance Program. Details of the program are explained in Section V of this RFP.

18

**PSG 0854**

R.    **Transition Services**

Contract Operators shall provide transition services to smoothly take over the operation of the water pollution control facilities from the present operator. Contract Operators shall explain the transition services and the time required to complete a smooth transition of contract operations. **Any transition costs shall be identified A line item in the annual Contract operations costs detailed in Section VI of this RFP.**

During the transition period, contract operators shall complete an inventory of plant equipment, supplies and material that are on hand when the contract begins. At the end of the contract

operations contract, the contractor is expected to leave the Rockland WPCF with the same equipment, supplies and material, less normal wear and tear.

S.    **Grit and Trash**

Grit and trash from the Rockland WPCF shall be processed and disposed of by the contract operator at a site identified and approved by the Rockland Sewer Commission.

T.    **Material and Supply Purchases**

All material, supplies and miscellaneous items purchased for the operation and maintenance of the Rockland WPCF with funds financed by contract payments from the Rockland Sewer Commission shall become the property of the Town of Rockland. Any exclusions shall be clarified in the proposal.

U.    **Additional Equipment**

In addition, the Contract Operator shall provide a Copier and a Fax Machine that will be jointly used by the Contract Operator and the Rockland Sewer Commission. Use of the Copier and the Fax Machine by the Sewer Commission will be limited to administrative work directly related to the Rockland Sewer Commission.

V.    **Town Department Cooperation**

The contract operator shall cooperate with all Town Departments, i.e. Highway, Water, Police and any other Department in addressing problems that the operator may have expertise in. Examples include, but are not limited to; assisting the Highway Department with storm drain blockage and providing advise to the Sewer Commission on sewer system operational problems. Coordination and approval of all cooperative work must be received from the Sewer Commission.

19

PSG 0855

W.    **Records/Reports**

The contractor operator must provide and maintain well documented records of operations, maintenance, laboratory analysis, personnel training, safety, process control, daily inspections, material, alarms and other significant operation events.

The contractor operator shall also maintain accurate, up-to-date financial records in accordance with the requirements of the State of Massachusetts, and the General Accounting Standards adopted by the Government Finance Offices Association. A summary report regarding the payback accounts identified in this RFP shall be made available to the Rockland Sewer Commission upon request.

X.    **Performance Bond**

A Performance Bond for 100% of the Annual Operations Cost, less the $100,000 allowance for Equipment Maintenance, shall be furnished to the Town of Rockland from an insurance firm certified to conduct business in the Commonwealth of Massachusetts. A line item for the cost of the Performance Bond is provided in Section VI. The Rockland Sewer Commission reserves the right to waive this requirement during the development of a final contract with the Contract Operator.

Y.    **Administrative Assistance (State and Federal Agencies)**

Contract operators shall assist the Board of Sewer Commissioners in responding to issues pertinent to the operation of the Rockland water pollution control facilities. The assistance may include advising and preparing correspondence for the Commission that deal with NPDES permit issues, effluent quality issues, sewer extension permits and Industrial Pretreatment Program issues among others. The Sewer Commission will rely on the contract operator for advice but the Commission retains responsibility for making all decisions regarding the operation of the Rockland water pollution control facilities.

## V. EQUIPMENT MAINTENANCE PROGRAM

The Rockland Sewer Commission has established a two phased equipment maintenance and improvement program that must be implemented by the contract operator. An explanation of each program follows:

A.    **Preventive Maintenance & Repairs**

Includes supplies, repair parts, maintenance materials, maintenance services and specialty services required to maintain and repair plant and pump station equipment and facilities. A more

20

**PSG 0856**

appropriate term for this service is routine preventive and corrective maintenance and shall include a computerized maintenance management system, an ample inventory of spare parts, miscellaneous supplies, tools, and lubricants and equipment maintenance and repairs records among others. Other items that fall into this category are painting and corrosion control of equipment and facilities, and equipment repairs and maintenance, etc. Contract Operators are responsible for identifying a cost for preventive maintenance and repairs in the cost proposal. **However, the Rockland Sewer Commission requires that the Preventive Maintenance and Repair cost identified in Section VI shall be at least $75,000 and that the contract operator provide a monthly update on costs associated with the $75,000 line item.**

B.    **Equipment Replacements/Facility Maintenance (other than normal repair and maintenance)**

Includes major equipment repairs, service agreements for equipment repair and maintenance, the purchase of replacement equipment/major parts, etc., exclusive of the Contractor's on-site labor that exceed a cost of $3,000. The Contract Operator is expected to provide on-site labor to the extent possible for each repair item. In general, costs incurred under this item are unanticipated repairs/corrective work. **The Rockland Sewer Commission may authorize expenditures from this account for those items whose total dollar value exceeds $3,000.** Expenditures from this account will also be planned equipment replacements/facility maintenance. All cost proposals and plans must have prior approval from the Rockland Sewer Commission. Costs for equipment/service provided within this item shall be paid directly by the Rockland Sewer Commission. **The Rockland Sewer Commission requires that an annual amount of $100,000 shall be included for this item.** Non-expended funds will be retained by the Sewer Commission.

For emphasis purposes, the Contractor shall not expend funds from the Equipment Replacement item without the prior approval of the Rockland Sewer Commission. In addition, competitive price quotations for equipment and service shall be provided to the Commission as part of the work authorization.

Finally, the Rockland Sewer Commission has developed a priority list for Equipment Replacements/Facility Improvements that must be promptly addressed by the contract operator. the list includes:

1.    Installation of a hypochlorite system to replace the existing chlorine gas system.

2.    Removal of under ground storage tanks.

3.    Installation of an influent pump station grinder unit.

4.    Installation of a septage receiving grinder unit.

21

PSG 0857

The contractor operator shall develop a schedule and plan for the implementation of the priority work discussed above by January 1, 1998. Details of the work effort proposed by the Contractor is subject to the review and approval of the Rockland Sewer Commission. In addition, by January 30, 1995 and January 30, 1996, the contractor operator shall develop a list of Equipment Replacements/facility Improvements that should be planned for the next fiscal year. Information shall be submitted to the Sewer Commission and the Sewer Commission will take an active role in developing a priority list for the needed work.

**For emphasis purposes, the Rockland Sewer Commission must authorize the expenditure of funds from the $100.000 allowance.** All unexpended funds remain with the Sewer Commission.

## VI CONTRACT OPERATIONS COST

The Rockland Sewer Commission requires that a firm submit a fixed cost for the first year of the ten year contract for contract operations of the Rockland WPCF. The annual fixed cost shall include all the specific services noted in the Request for Proposal as well as the normal services required to operate water pollution control facilities in accordance with accepted standards, including Massachusetts Regulation 314 CMR 12:00. Prior to the start of the second year of the contract and appropriation of funds by town meeting, the contract operator shall submit any price adjustments and scope changes in accordance with the indices stated in the Legal Notice or the parameters identified for scope change relative to flow and loadings.

Contract operators shall use the attached Cost Proposal document to provide a breakdown of the fixed cost. Four line items in the breakdown are cost allowances provided by the Rockland Sewer Commission. **With the exception of salaries and wages, the same cost allowances shall be carried in each year of the three year contract.**

Each proposer shall submit the Cost Proposal document, along with a Bid Deposit, in a separate sealed envelope that must be submitted to the Rockland Sewer Commission on the day and time specified elsewhere in this RFP. In addition, proposers can include a transmittal letter that clarifies and explains cost information.

For information purposes, monthly payments to the Contract Operator will be based on the total fixed cost, including the allowance for Equipment Replacements/Facility Maintenance. Finally, cost data shall reasonably reflect the cost for each item of work detailed in the Cost Proposal. The cost data will be reviewed by the Selection Committee after the Proposal Evaluation process is complete. While the Committee will review and analyze each line item, the annual cost for contract operations will be based on the total quoted price for each fiscal year.

22

PSG 0858

## ROCKLAND CONTRACT OPERATIONS COST PROPOSAL

| ITEM | COST |
|---|---|
| Direct Labor | $400,000 |
| Other Labor Costs (Benefits, Taxes, etc.) | |
| Utilities | |
| Chemicals | |
| Preventive Maintenance/Repairs ($75,000 or more) | $ 75,000 |
| Sludge Dewatering | |
| Allowance (New Pump Station Electricity) | $ 15,000 |
| Allowance (Equipment Replacement/Facility Maintenance | $100,000 |
| Industrial Pretreatment Program | |
| Miscellaneous | |
| Performance Bond | |
| Overhead | |
| Profit | |
| **TOTAL FIRST YEAR ANNUAL COST** | |

PSG 0859

## VII PROPOSAL EVALUATION CRITERIA

All proposals for Contract Operations submitted to the Rockland Sewer Commission will be reviewed in accordance with the procedures discussed in Section II. All proposals that satisfy the Minimum Submission Requirements will be evaluated by a Selection Committee and will be rated: Highly Advantageous; Advantageous; Acceptable and Not Acceptable. The criteria that will be rated are:

1.    **Proposer's Experience, Past Performance Record and New England Presence**

The Selection Committee will review the submitted background of the firm, on-going contract operations activity and the location of support services that will be important to contract operations in Rockland. Interviews and/or inquiries may be made to on-going contract operations clients to obtain first hand comments on services provided by the proposer. A rating of the proposer's capability to perform contract operations services will be determined. Past experience and the number of successful Contract operations facilities will be important in the evaluation process. A reference name, title and telephone number should be furnished for each municipal example along with information on the size of the facility, the treatment process and the number of years that the contract operation services have been provided. Of particular importance will be the contractor's past experience operating an anaerobic digestion process.

2.    **Proposed Plant Personnel and Overall Staffing Plan**

The Selection Committee will review the resumes of the two key personnel identified in the proposal to lead the Rockland contract services operation. In addition, the Committee will review the process that the proposer follows to provide the remaining contract operations staff, the job descriptions of the staff, the proposed staffing plan, employee training, management review and performance expectations of all employees. The Rockland Sewer Commission may interview select proposers and expects to be able to meet with and discuss plant operations with the key people who will be permanently assigned to work at the Rockland Treatment Plant.

The proposed Project Staffing Plan shall address the WPCF, pumping stations, collection system and the ancillary services that are required by the Commission. Included in the Staffing Plan shall be discussion about the total person hours that the proposers will provide in each work category or job classification as well as the minimum qualifications in each labor category that the proposer will use to permanently staff the Rockland WPCF.

Experience with the operation of an anaerobic digestion process will be a consideration.

**PSG 0860**

3.    **Operations and Maintenance Plan**

The Selection Committee will review the proposing contract operators approach to the Operations and maintenance of the Rockland Water Pollution Control Facility, Pumping Stations and Collection System. The Rockland facility is currently under an Administrative Consent Order. Final approval on the proposed Scope of Work has not been received. The plant is currently meeting all requirements consistently with the exception of copper while not operating in the advanced treatment mode using chemical addition.

4.    **Responsiveness to the Request for Proposal**

The Selection Committee will review the proposal details to determine the actual responsiveness of the contract operator. In particular, the committee will review the proposer's understanding of the contract operations requirements of the Rockland WPCF, the proposer's understanding of facility's treatment plant process and the proposers comments on plant, pump station and collection system operations in Rockland.

5..    **Management Approach**

The Selection Committee will review the proposer's overall corporate presentation of contract operations services. Items of interest include:  Quality Control/Quality Assurance; Management Review and Supervision; Preventative Maintenance Programs; Cost Accounting Procedures; Procurement Procedures; Safety Procedures; and any additional information on the firm's corporate objective for contract operations.

6.    **Interviews**

Interviews of proposing Contract Operators will be scheduled, the Selection Committee will expect to hear from the Key Personnel identified in the proposed Staffing Plan and hear the firm's approach to providing quality contract operations service to the Rockland Sewer Commission. A question and answer period would be included in the interview process to enable the Selection Committee to judge the overall capabilities of the firm with emphasis on the Key Personnel that will be responsible for contract operations in Rockland.

An overall rating of the short listed firms will be developed after the interview, if necessary, incorporating the noted evaluation criteria as well as interview information.

If an Unacceptable rating is received in any evaluation criteria or from the interview process, the overall ratings of the Proposal will be unacceptable.

25

PSG 0861

Finally, the Selection Committee will use the following guidelines in developing an overall rating:

**Highly Advantageous**          the proposer offers outstanding service, personnel, supervision and/or management direction.

**Advantageous**          the proposer offers good service, personnel, supervision and/or management direction.

**Acceptable**          the proposer offers information that seems to meet the basic objectives of the RFP.

**Unacceptable**          the information provided does not meet the basic objectives of the RFP.

26

PSG 0862

## NON-COLLUSION AFFIDAVIT

Project:                    Contract Operations for Water Pollution Contract
                            Town of Rockland, Massachusetts


Commonwealth of Massachusetts
County of _____

The undersigned being duly sworn, deposes and states that he is sole owner, partner, president,
treasurer, or other duly authorized agent or official of:


_____

Name of Proposer as appearing in submitted proposal


_____


_____

Address of Proposer


_____          _____
Telephone number of proposer            Social Security or Federal ID#


and certifies, UNDER PENALTIES OF PERJURY, that to the best of his knowledge and belief,
said proposer has not, either directly or indirectly, entered into any agreement, participated in any
collusion, or otherwise taken any action in restraint of free competitive bidding in connection with
this proposal.  It is understood that the signing of this AFFIDAVIT is applicable to all projects for
which bids are being submitted in multi-bid proposal.

Signed under penalties of perjury


_____

_____          _____
Title                                    Date


Sworn to before me this _____ day of _____, 19___

_____
    Notary Public

   My Commission Expires  _____, 19___


27

PSG 0863

# STATE TAX AFFIDAVIT

Project:                    Contract Operations for Water Pollution Control
                            Town of Rockland, Massachusetts

Commonwealth of Massachusetts
County of _____

The undersigned being duly sworn, deposes and says that he is the sole owner, partner, president,
treasurer, or other duly authorized agent or official of

_____

Name of Proposer as appearing in submitted proposal

_____

_____

Address of Proposer

_____          _____

Telephone number of proposer              Social Security or Federal ID#

and certifies, UNDER PENALTIES OF PERJURY, pursuant to the Massachusetts General Laws,
Chapter 62C, Section 49A, that to the best of his knowledge and belief, said proposer has filed all
Massachusetts tax returns and paid all Massachusetts taxes required by law.

Signed under penalties of perjury

_____

_____          _____

Title                                    Date

Sworn to before me this _____ day of _____, 19___

_____

Notary Public

My Commission Expires _____, 19 _____

28

PSG 0864

# EXHIBIT B

# ROCKLAND WATER POLLUTION CONTROL FACILITIES

## AVERAGE INFLUENT FLOW AND LOADINGS SUMMARY

| MONTH | FLOW - MGD | BOD #/DAY | TSS #/DAY |
|---|---|---|---|
| JAN '96 | 3.1 | 2540 | 2541 |
| FEB | 2.6 | 3190 | 2785 |
| MAR | 2.5 | 2731 | 2725 |
| APR | 2.7 | 2927 | 2824 |
| MAY | 2.1 | 2364 | 2621 |
| JUN | 1.5 | 2324 | 2705 |
| JUL | 1.5 | 2117 | 2202 |
| AUG | 1.3 | 1857 | 2756 |
| SEP | 2.0 | 2375 | 2854 |
| OCT | 3.3 | 2782 | 3724 |
| NOV | 2.1 | 2404 | 2744 |
| DEC | 3.3 | 3145 | 2476 |
| JAN '97 | 2.0 | 2580 | 2640 |
| FEB | 2.1 | 2540 | 2376 |
| MAR | 2.1 | 2798 | 2061 |
| APR | 3.5 | 2902 | 2903 |
| MAY | 1.8 | 2671 | 3114 |
| JUN | 1.5 | 3005 | 3559 |

PSG 0865

# Exhibit C

## Existing Rockland WPCF Pumping Stations

| Location | Capacity | Description |
|---|---|---|
| Hingham Street North | 500 gpm | Dry pit pump station with 2 pumps. Station has an emergency generator stored in a brick structure. Generation fuel is diesel fuel. |
| Hingham Street South | 500 gpm | Dry pit pump station with 2 pumps. Station has an emergency generator stored in a brick structure. Generation fuel is diesel fuel. |
| Market Street | 240 gpm | Submersible pump station with 2 pumps and one additional spare pump. Station has an emergency Power generator stored in a brick Structure. Generator fuel is liquid propane. |
| Woodsbury Road | 240 gpm | Submersible pump station with 2 pumps and one additional spare pump. Station has an emergency Power generator stored in a brick Structure. Generator fuel is liquid propane. |
| Old Country Way | 350 gpm | Submersible pump station with 2 pumps and one additional spare pump. Station has an emergency Power generator stored in a wooden structure. Generator fuel is natural gas. |
| Butternut Lane | 50 gpm | Pneumatic ejector pump station with 2 50-gallon ejector pots. A portable generator provides emergency power to the station. |
| Spruce Street | 50 gpm | Pneumatic ejector pump station with 2 50-gallon ejector pots. A portable generator provides emergency power to the station. |
| Cottonwood Lane | 50 gpm | Pneumatic ejector pump station with 2 50-gallon ejector pots. A portable generator provides emergency power to the station. |

PSG 0866

Milbrook Lane                    230 gpm

Submersible pump station with 2 pumps and one additional spare pump. Station has an emergency power generator stored in a wooden structure. Generator fuel is presently propane, but will be converted to natural gas in the future.

## Future Rockland WPCF Pumping Stations

| Location | Capacity | Description |
|---|---|---|
| Forest Street | 370 gpm | Submersible pump station with 2 pumps and one additional spare pump. Station has an emergency power generator stored in a brick structure. Generator fuel is natural gas. |
| Lincoln Street | 100 gpm | Submersible pump station with 2 pumps and one additional spare pump. A portable generator provides emergency power to the station. |
| John Burke Drive | 15 gpm | Package grinder pump station with 2 centrifugal grinder pumps. A portable generator provides emergency power to the station. |
| Wheeler Avenue | 15 gpm | Package grinder pump station with 2 centrifugal grinder pumps. A portable generator provides emergency power to the station. |
| Summer Street | 15 gpm | Package grinder pump station with 2 centrifugal grinder pumps. A portable generator provides emergency power to the station. |

PSG 0867