# EXHIBIT B



# Town of Rockland
Post Office Box 330
## Massachusetts 02370
## Sewer Commission
Tel. (617) 878-1964
Fax (617) 878-1909

Robert Corvi, Chairman
William Stewart, Vice-Chairman
Walter Byrne III, Commissioner
Greg Thomson, Superintendent

**ADDENDUM #2**
August 19, 1997

The following is Addendum #2 to the Request for Proposals-Contract Operations-Rockland Water Pollution Control Facilities, dated July 21, 1997.

1. A letter dated August 14, 1997 was received by Woodard & Curran, Inc. (attached) requesting that consideration be given to their firm even though they did not meet the minimum criteria III. d "At a minimum, contract operators shall demonstrate that they have provided successful contract operations at a minimum of five water pollution control facilities similar in size and complexity to the Rockland facilities for at least five years."

The Rockland Sewer Commission, as stated in The Legal Notice, "reserves the right to accept any proposal, to reject any or all proposals, in whole or in part, to waive irregularities and/or formalities as deemed appropriate and to negotiate with the preferred contractor to finalize details of the proposed contract or agreement."

The Rockland Sewer Commission places a strong emphasis on the experience of the successful firm to operate the Rockland Pollution Control Facility, pumping stations and collection system, however, the evaluation committee will consider the experience of each proposing firm and rank the experience of that firm under Item #1 Proposer's Experience, Past Performance Record and New England Presence. Please be advised that the ranking will be directly related to the experience of the particular firm and not that of the "proposer's management team." The experience of the "proposer's management team" will be rated under Item #2 Proposed Plant Personnel and Overall Staffing Plan and Item #6 Interviews.

A copy of this Addendum #2 and any future Addendums must be acknowledged by signature and included as an Appendix within each bidders proposal.

If there should be any questions regarding this Addendum #2, please feel free to contact me at (617) 878-1964.

Gregory Thomson, Superintendent

*Received by Michael Davis Vice President PSG*



**WOODARD & CURRAN**
Engineering · Science · Operations

CORPORATE OFFICES
Maine, Massachusetts, and New Hampshire
*Operational offices throughout the U.S*

August 14, 1997

Mr. Greg Thomson
Superintendent
Town of Rockland
Sewer Commission
P.O. Box 330
South End of Concord Street
Rockland, MA 02370

Dear Mr. Thomson:

As we discussed, Woodard & Curran, Inc. was established in 1979 and began its contract operations and maintenance business approximately four and one half years ago. Our O&M business has grown rapidly and we are currently operating over twenty water and wastewater treatment facilities; most of which are located in New England. Our senior management team averages over twenty years of O&M experience and has had direct operations and engineering experience at your treatment plant. In fact, members of our management were responsible for the general management of the contract O&M of your facility from its introduction until 1993, a period of approximately ten years.

Section III(d) of your Request for Proposals requires prospective bidders to operate a minimum of five facilities of similar size and complexity to yours for at least five years. Due to the relative newness of our business, we do not meet the letter of this requirement. However, we believe that we are clearly qualified from all organizational, technical, financial and experience perspectives to undertake your project. Accordingly, we respectfully request that you modify the RFP to allow our Firm to compete for important assignment by considering our management team's experience in combination with our Corporate experience. This can be accomplished by adding "and/or similar demonstrated experience by the proposer's management team", or like language at the end of III(d).

As you know, we are very interested in presenting our proposal for your consideration and believe that we can provide the Town with a high quality and cost effective approach to its long term O&M needs. We look forward to your favorable reply.

Sincerely,

WOODARD & CURRAN, INC.

John D. Bonomo
Vice President