UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                              )
PROFESSIONAL SERVICES            )
GROUP, INC.,                                     )
                                                              )
            Plaintiff,                                  )
                                                              )
    v.                                                     )
                                                              )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION, GREGORY )
THOMSON and MICHAEL SAUSÉ, )
_____)
                                                              )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION,                    )
                                                              )
            Plaintiffs-in-Counterclaim    )        Civil No. 04-11131-PBS
            and Crossclaim                      )
                                                              )
    v.                                                     )
                                                              )
PROFESSIONAL SERVICES            )
GROUP, INC.,                                     )
                                                              )
            Defendant-in-Counterclaim, )
                                                              )
and                                                       )
                                                              )
MICHAEL SAUSÉ,                              )
                                                              )
            Crossclaim Defendant         )
_____)

**ASSENTED TO PLAINTIFF'S MOTION TO DISMISS, OR IN THE ALTERNATIVE
TO AMEND THE COMPLAINT TO REMOVE, TORTIOUS INTERFERENCE CLAIM**

      Plaintiff Professional Services Group, Inc. ("PSG") hereby moves pursuant to Fed. R. Civ. P. 41(a)(2) to dismiss the tortious interference with contractual relations claim against Defendant Town of Rockland (Count II) in Plaintiff's complaint. In the alternative, Plaintiff moves pursuant to Fed. R. Civ. P. 15(a) to amend the complaint to remove the tortious

interference with contractual relations claim.  See Transwitch Corp. v. Galazar Networks, Inc., 377 F. Supp. 2d 284, 289 n.5 (D. Mass. 2005) (Gertner, J.) ("Whether to review the motion under Rule 41(a)(2) or Rule 15(a) is academic inasmuch as a district court may permit withdrawal of a claim under Rule 15 subject to the same standard of review as a withdrawal under Rule 41(a)." (citation omitted)); see also Addamax Corp. v. Open Software Found., Inc., 149 F.R.D. 3, 5 (D. Mass. 1993) (Collings, M.J.) ("Rule 15(a) [not Rule 41(a)(2)] is the proper vehicle to drop some but not all claims against a defendant").

Undersigned counsel has conferred with counsel for Defendant Town of Rockland and Rockland Sewer Commission, who has assented to this motion.  In addition, no other party will suffer prejudice from removal of this claim from the complaint.

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

       /s/ David M. Osborne       
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated:  July 20, 2006

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 20, 2006.

       /s/ David M. Osborne       
David M. Osborne