UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
PROFESSIONAL SERVICES                         )
GROUP, INC.,                                  )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )
                                              )
TOWN OF ROCKLAND, ROCKLAND                    )
SEWER COMMISSION, GREGORY                     )
THOMSON and MICHAEL SAUSÉ,                    )
                                              )
            .                                 )
_____)
                                              )
TOWN OF ROCKLAND, ROCKLAND                    )
SEWER COMMISSION,                             )
                                              )
            Plaintiffs-in-Counterclaim        )      Civil No. 04-11131-PBS
            and Crossclaim                    )
                                              )
v.                                            )
                                              )
PROFESSIONAL SERVICES                         )
GROUP, INC.,                                  )
                                              )
            Defendant-in-Counterclaim,        )
                                              )
and                                           )
                                              )
MICHAEL SAUSÉ,                                )
                                              )
            Crossclaim Defendant              )
_____)

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

Plaintiff Professional Services Group, Inc. ("PSG") objects to the exhibits of the

Defendants as follows.

1

## I.     <u>General Objections</u>

As a general objection, PSG objects to any document with a Bates number, "redacted" stamp or deposition exhibit label on the grounds that such markings are not relevant and will tend to the mislead or confuse the jury.  PSG does not object to such documents, except as otherwise noted as a specific objection below, to the extent such markings are redacted.

## II.     <u>Specific Objections</u>

### A.     <u>Exhibits Defendants expect to offer</u>

July 21, 1997 Request for Proposals

<u>Objection(s)</u>:  None

Draft RFP dated June, 1997 with notes

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

 "treatment plant" with notes (PSG 0691)

<u>Objection(s)</u>:  Authenticity, foundation, hearsay, completeness

RFP July 21, 1997 with notes

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

RFP dated July 21, 1997 with notes

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Letter from Robert B. Sheh to Michael Sausé 10/9/1997 (PSG 2156)

<u>Objection(s)</u>:  None

Contract between Town of Rockland and Metcalf & Eddy Services July 25, 1994

<u>Objection(s)</u>:  None

1998 Contract between Rockland Sewer Commission and Professional Services Group, Inc. 02/24/1998

<u>Objection(s)</u>:  None

Amendments to 1998 Contract Rockland Sewer Commission and Professional Services Group, Inc.

Objection(s):  Authenticity, foundation, hearsay (as to note only)

Mintz Levin Billing Memorandum (Depo Ex. Lurie 1)

Objection(s):  None

Mintz Levin Letter to Michael Sausé (Depo Ex. Lurie 2) 11/08/1996

Objection(s):  None

Town of Rockland By-Laws June 1993 (Depo Ex. Lurie 3)

Objection(s):  Relevance

Kopelman and Paige Fax to Thomson (Depo Ex. Lurie 4) 07/11/1996

Objection(s):  None

Town of Rockland --Rockland Town Charter—Amended Through 1993 (Depo Ex. Lurie 5)

Objection(s):  Relevance

Fax from Aram Varjabedian to David Lurie re: Sewer Act attachments (Depo Ex. Lurie 6) 10/10/1996

Objection(s):  Relevance

Status of Rockland Accounts-- Current Balances Left as of September 1, 1996 (Depo Ex. Lurie 7)

Objection(s):  None

Agreement for the Operation, Maintenance, and Management Services for the Wastewater Treatment Facilities— The City of Fall River, Massachusetts (Agreement between Fall River Sewer Commission and PSG) (Depo Ex. Lurie 8) 09/5/1996

Objection(s):  Authenticity, foundation, hearsay, relevance

Letter Re: Rockland Budget Reconciliation for Contract Year 4 – 3/01-2/28/02 (Depo Ex. Cavaleri 17) 01/21/2003

Objection(s):  Foundation, authenticity, hearsay

One page fax re: Addendum 4 sent to Frank Cavaleri (Depo Ex. Cavaleri 18) 01/21/2003

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Memo re: Accounts Reconciliation Contract Year Ending 2-28-00 (Depo Ex. Cavaleri 19) 12/6/2000

Objection(s):  None

Letter Re: Contract Fee for March 1, 2001 – February 28, 2002 (Depo Ex. Cavaleri 20) 04/01/2001

Objection(s):  None

Rockland Project Status by Fiscal Year (Depo Ex. Cavaleri 21)

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Handwritten notes (Depo Ex. Cavaleri 22)

Objection(s):  Authenticity, foundation, relevance, hearsay

Hand drawn office layout diagram of Rockland Sewer Department (Depo Ex. Varjabedian 23)

Objection(s):  Hearsay, relevance (will agree to use of appropriate chalk)

1997 hand drawn office diagram of Rockland Sewer Department office (Depo Ex. Varjabedian 24)

Objection(s):  Hearsay, relevance (will agree to use of appropriate chalk)

Town of Rockland Addendum #1 to the Request for Proposals 8/13/1997

Objection(s):  Objections preserved – exhibit not provided

Town of Rockland RFP Addendum #2 to the Request for Proposals 8/19/1997

Objection(s):  None

Town of Rockland RFP Addendum #3 to the Request for Proposals 8/25/1997

Objection(s):  None

Town of Rockland RFP Addendum 4 with handwritten notes (Dep. Ex. 18)

Objection(s):  None

Town of Rockland Addendum #1 to the Request for Proposals 8/13/1997 (Dep. Ex. 25)

Objection(s):  None

Town of Rockland RFP Addendum #2 to the Request for Proposals 8/19/1997 (Dep.Ex. 26)

Objection(s):  None

Town of Rockland RFP Addendum #3 to the Request for Proposals 8/25/1997 (Dep.Ex. 27)

Objection(s):  None

Town of Rockland RFP Addendum #4 to the Request for Proposals 9/10/1997 (Dep. Ex. 28)

Objection(s):  None

Town of Rockland RFP Addendum #5 to the Request for Proposals 9/25/1997 (Dep. Ex. 29)

Objection(s):  None

Fax to Anne-Marie Hyland from Michael Sausé 2/24/98

Objection(s):  None

Fax to Anne-Marie Hyland from Michael Sausé 2/26/98 (PSG 0950-0952)

Objection(s):  None

Fax to Anne-Marie Hyland from Michael Sausé 2/26/98 (PSG 0948-0949)

Objection(s):  None

Letter from Gregory Thomson to Michael Sausé re Transfer of Funds 11/21/1997

Objection(s):  None

Letter from Gregory Thomson to Michael Sausé 3/13/98 (PSG 998)

Objection(s):

Letter from Gregory Thomson to Michael Sausé 7/23/98 (PSG 1000)

Objection(s):  None

Letter from Aram Varjabedian to Kevin R. Donovan 12/30/99

Objection(s):  None

Memo to Rockland Sewer Commission from Aram Varjabedian re Millbrook Pump Station 4/6/00

Objection(s):  None

Letter dated June 28, 1996 from Michael Sausé to Gregory Thomson re subcontracting of Engineering Services (Depo Ex. Sausé 69)

Objection(s):  None

PSG Invoice No. 50112 dated June 28, 1996 to Town of Rockland $100,686 (Sausé Dep. Ex. 70)

Objection(s):  None

Draft letter to Office of the Inspector General dated May 30, 1997 (Sausé Ex. 65)

Objection(s):  Authenticity, foundation, hearsay

Fax letter to Office of the Inspector General from Gregory Thomson (Sausé Sep. Ex. 66)

Objection(s):  Authenticity, foundation, hearsay (as to last page only)

PSG technical proposal to Town of Rockland Oct. 1997

Objection(s):  None

PSG Price proposal to Town of Rockland Oct. 1997

Objection(s):  None

Non-collusion affidavit submitted by PSG to Town of Rockland 10/1/97Oc

Objection(s):  Completeness

Receipts and charge records (Sausé Dep. Ex. 71)

Objection(s):  Authenticity, foundation, hearsay

Hotel bill (Sausé Dep. Ex. 76)

Objection(s): Authenticity, foundation, hearsay

Receipts (Sausé Dep. Ex. 78)

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Receipts (Sausé Dep.Ex. 80)

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Wainwright Bank Final Statement and Check withdrawal (Sausé Dep.Ex. 81)

<u>Objection(s)</u>:  None

PSG Check Request 9/25/1997 for $3,000 re Water Environment Conference

<u>Objection(s)</u>:  None

PSG Check Request 10/30/97 $6,000

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

PSG expense report form (Sausé Dep. Ex. 74)

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Rockland Final Reconciliation Summary Contract Year 3/1/03 through 02/29/04 & [3/1/04-4/11/04] (PSG 1284-1297)

<u>Objection(s)</u>:  None

Photo of Michael Sause

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Photo of Aram Varjabedian and Michael Sause

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Photo of dinner

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Photo of unidentified men at dinner

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Photo of Michael Sause and Gregory Thomson

<u>Objection(s)</u>:  Authenticity, foundation, relevance

Photo of Michael Sause and Gregory Thomson

Objection(s):  Authenticity, foundation, relevance

Photo of Gregory Thomson

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause and Gregory Thomson

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause and unidentified man

Objection(s):  Authenticity, foundation, relevance

Photo of Gregory Thomson

Objection(s):  Authenticity, foundation, relevance

Photo of Michael sause

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause

Objection(s):  Authenticity, foundation, relevance

Photo of Michael Sause and Gregory Thomson

Objection(s):  Authenticity, foundation, relevance

Rockland Reconciliation Contract Year 3/1/01 though 2/28/02 (Depo Ex. Solomon 54)

Objection(s):  None

Wainwright Bank Account Statements and checks of account of Town of Rockland d/b/a Rockland Sewer Commission

Objection(s):  None

North Abington Cooperative Bank statements of Gregory Thomson

Objection(s):  None

Rockland MA Reconciliations (Depo Ex. Solomon 53)

Objection(s):  Foundation, relevance, hearsay

Letter and Bill of Sale from Lease Options & Terms, Inc. Equipment Leasing Advisors (Depo Ex. Solomon 56) 08/09/1999

Objection(s):  None

PSG, Inc. Cost Detail Report from 01/01/95 thru 10/27/00 (Depo Ex. Solomon 58) 10/24/2000

Objection(s):  Authenticity, foundation, hearsay (as to markings only)

United States Attorney's Office District of Connecticut Press Release (Depo Ex. Solomon 59) 07/01/2003

Objection(s):  Authenticity, foundation, relevance, hearsay, Fed.R.Evid. 403 & 404(b),

Excerpts from Michael Sausé Personnel File

Objection(s):  Relevance

excerpts from Michael Sausé Personnel File

Objection(s):  Relevance

Memorandum from Mike Stump to All PSG employees July 31, 1996

Objection(s):  None

Massachusetts Certified Public Purchasing Official Program certificate to Michael Sausé

Objection(s):  Authenticity, foundation, hearsay

Letter dated May 8, 1997 from Office of the Inspector General to Gregory Thomson

Objection(s):  Authenticity, foundation, hearsay

Inspector General Seminar Attendance sheet May 1997

Objection(s):  Authenticity, foundation, hearsay, relevance

US Filter Operating Services Detail Income Statement for period ending January 24, 2003 (PSG1074-76)

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Letter from Anne-Marie Hyland to Rockland Sewer Commission 1/14/97 (PSG 0641)

Objection(s):  None

Letter from Anne-Marie Hyland to Rockland Sewer Commission 1/8/1997 (PSG 0643-047)

Objection(s):  None

Letter from Anne-Marie Hyland to Rockland Sewer Commission 1/14/97 (PSG0641-42)

Objection(s):

Typed notes (PSG 0639-40)

Objection(s):  Authenticity, foundation, hearsay

Water Engineering & Management January 1998

Objection(s):  Authenticity, foundation, hearsay, relevance

Excerpts from Town Annual Report for the year 1997

Objection(s):  Relevance (except with regard to Articles 33 & 63)

Email from Aram Varjabedian to Frank Cavaleri with notes 12/1/2000 (PSG1095)

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Letter from American Anglian to Greg Thomson 9/23/97 (PSGS 0924)

Objection(s):  None

Letter from Woodard & Curran to Gregory Thomson 8/14/97 (PSG 922)

Objection(s):  Authenticity, foundation, hearsay

Letter from Woodard & Curran to Gregory Thomson 9/22/97 (PSG 918-19)

Objection(s):  Authenticity, foundation, hearsay

Letter from Woodard & Curran to Gregory Thomson 9/22/97 (PSG 20-21)

Objection(s):  Authenticity, foundation, hearsay

Acknowledgment of bids (PSG942)

Objection(s):  None

Rockland Wastewater Treatment Plant Staffing plans in 1998, 1999, 2000, 2001, 2002

Objection(s):  None

Inspector General Letter to Town of Rockland 11/5/03

Objection(s):  Authenticity, foundation, hearsay, relevance, Fed.R.Evid. 403

Inspector General Letter to Rockland Sewer Commission 11/19/03

Objection(s):  Authenticity, foundation, hearsay, relevance, Fed.R.Evid. 403

Inspector General Letter to Town of Rockland 1/30/04

Objection(s):  Authenticity, foundation, hearsay, relevance, Fed.R.Evid. 403

Kopelman & Paige Letter to PSG 4/9/2004

Objection(s):  None

Kopelman & Paige Letter to PSG 5/14/2004

Objection(s):  Relevance, hearsay, Fed.R.Evid. 403

Contract Copy Distribution 1/5/98 with Amendment Two to Emergency Declaration (PSG 945-47)

Objection(s):  None

Letter from PSG to Gregory Thomson 9/15/99

Objection(s):  Relevance

Letter from Theirry M. Mallet to "My Fellow Employees" 10/13/98

Objection(s):  Relevance

Fax from Gregory Thomson to Steve Kruger (10/29/98) with letter from Kruger to Thomson (10/26/98)

Objection(s):  Relevance (as to all), hearsay (as to note)

Fax to "Frank" from "Aram" (PSG 1062-1065)

Objection(s):  Foundation, relevance, hearsay, completeness

Agreement between Camp Dresser & McKee and Town of Rockland (CDM674-684)

Objection(s):  None

Exhibit A to Agreement between Town of Rockland and Camp Dresser & McKee, Inc. (CDM 0683-84)

Objection(s):  None

Emergency Declaration by Rockland Sewer Commission 6/12/97

Objection(s):  None

Amendment One to Emergency Declaration 9/25/1997 (PSGS 926-27)

Objection(s):  None

Letter from A. Varjabedian to G. Thomson requesting permission to lease F-350 pick up (w/attachments) 8/22/96

Objection(s):  Authenticity, foundation, hearsay, completeness (as to attachments only)

Check dated 11/25/97 $50,000

Objection(s):  None

Check request dated 11/21/97

Objection(s):  None

Check dated 3/24/98 $ 9,964.05

Objection(s):  None

Fax dated 3/17/98 (PSG 1389-1390)

Objection(s):  None

Check request dated 3/17/98 and related documents

Objection(s):  None

Check dated 3/24/98 $78,139.56

Objection(s):  None

Check dated 3/27/98 check $ 193.97

Objection(s):  None

Check request dated 3/26/98 and related documents

Objection(s):  None

Check dated 12/11/98 $10,000

Objection(s):  None

Check request dated 12/08/98 and related documents

Objection(s):  None

Fax dated 12/10/98

Objection(s):  None

Check dated 3/99 $558.34

Objection(s):  None

Check request dated 3/8/99 and related documents

Objection(s):  None

Check dated 4/20/99 $5,000.00

Objection(s):  None

Check request dated 4/16/99 and related documents

Objection(s):  None

Check dated 7/20/99 check $ 4,300.00

Objection(s):  None

Check request 7/19/99 and related documents

Objection(s):  None

Check dated 10/05/99 $4,090.00

Objection(s):  None

Check request dated 10/5/99 and related documents

Objection(s):  None

Check dated 11/22/99 $5,000.00

Objection(s):  None

Check request dated 11/18/99 and related documents

Objection(s):  None

Check dated 12/13/99 $4,000

Objection(s):  None

Check request dated 12/9/99 and related documents

Objection(s):  None

Check dated 1/27/00 $976.00

Objection(s):  None

Check request dated 1/19/00 and related documents

Objection(s):  None

Check dated 3/30/00 $2,499.96

Objection(s):  None

Check request dated 3/22/00 and related documents

Objection(s):  None

Check dated 5/05/00 $2,100

<u>Objection(s)</u>:  None

Check request dated 5/1/00 and related documents

<u>Objection(s)</u>:  None

<u>Objection(s)</u>:  None

Check dated 6/28/00 $908.73

<u>Objection(s)</u>:  None

Check request dated 6/26/00 and related documents

<u>Objection(s)</u>:  None

Check dated 8/11/00 $5,000

<u>Objection(s)</u>:  None

Check request dated 8/7/00 and related documents

<u>Objection(s)</u>:  None

Check dated 10/19/00 $2,300

<u>Objection(s)</u>:  None

Check request dated 10/13/00 and related documents

<u>Objection(s)</u>:  None

Check dated 12/12/00 $3,800

<u>Objection(s)</u>:  None

Check request dated 12/5/00 and related documents

<u>Objection(s)</u>:  None

Check dated 1/12/01 $2,442.23

<u>Objection(s)</u>:  None

Check request dated 1/8/01 and related documents

Objection(s):  None

Check dated 1/29/01 $1,800

Objection(s):  None

Check request dated 1/22/01 and related documents

Objection(s):  None

Check dated 2/21/01 $15,000

Objection(s):  None

Check request dated 2/14/01 and related documents

Objection(s):  None

Check dated 4/18/01 $8,200

Objection(s):  None

Check request dated 4/6/01 and related documents

Objection(s):  None

Check dated 5/30/01 $4,020

Objection(s):  None

Check request dated 5/24/01 and related documents

Objection(s):  None

Check dated 7/03/01 $2,700

Objection(s):  None

Check request dated 6/21/01 and related documents

Objection(s):  None

Check dated 7/27/01 $4,492

<u>Objection(s)</u>:  None

Check request dated 7/24/01 and related documents

<u>Objection(s)</u>:  None

Check dated 9/05/01 $5,354.34

<u>Objection(s)</u>:  None

Check request for check dated 9/5/01 and related documents

<u>Objection(s)</u>:  None

Check request dated 9/24/01 and related documents

<u>Objection(s)</u>:  None

Check dated 9/25/01 $15,000

<u>Objection(s)</u>:  None

Check request dated 9/24/01 and related documents

<u>Objection(s)</u>:  None

Check dated 10/29/01 $8,928.98

<u>Objection(s)</u>:  None

Check request dated 10/25/01 and related documents

<u>Objection(s)</u>:  None

Check dated 11/28/01 $8,000

<u>Objection(s)</u>:  None

Check request dated 11/26/01 and related documents

<u>Objection(s)</u>:  None

Check dated 12/13/01 $7,000.00

<u>Objection(s)</u>:  None

Check request dated 12/12/01 and related documents

Objection(s):  None

Check dated 1/03/02 $6,893.00

Objection(s):  None

Check request dated 12/28/02 and related documents

Objection(s):  None

Check dated 1/30/02 $3,197.50

Objection(s):  None

Check request dated 1/28/02 and related documents

Objection(s):  None

Check dated 2/12/02 $5,873.22

Objection(s):  None

Check request dated 2/8/02 and related documents

Objection(s):  None

Check dated 3/14/02 $6,804.03

Objection(s):  None

Check request dated 3/11/02 and related documents

Objection(s):  None

Check dated 4/04/02 $8,675.25

Objection(s):  None

Check request dated 4/02/02 and related documents

Objection(s):  None

Check dated 4/25/02 $14,309.00

Objection(s):  None

Check request dated 4/18/02 and related documents

Objection(s):  None

Check dated 5/14/02 check $5,428.50

Objection(s):  None

Check request dated 5/10/02 and related documents

Objection(s):  None

Check dated 5/29/02 $5,744.48

Objection(s):  None

Check request dated 5/23/02 and related documents

Objection(s):  Objections preserved – exhibit not produced

Wainwright Bank account check made out to Aram Varjabedian and signed by Gregory Thomson in the amount of $1,600

Objection(s):  Authenticity, foundation

Wainwright Bank Account Statements and checks for account in name of Town of Rockland, d/b/a Rockland Sewer Commission

Objection(s):  Objections preserved – exhibit not produced

North Abington Cooperative Bank Account Statements and checks for account of Gregory Thomson

Objection(s):  Objections preserved – exhibit not produced

Check deposited in Rockland Federal Credit Union

Objection(s):  Objections preserved – exhibit not produced

Check Deposited in Rockland Federal Credit Union

Objection(s):  Objections preserved – exhibit not produced

US Filter Checks made out to Town of Rockland, Rockland Sewer Commission, Gregory Thomson, Superintendent

Objection(s):  Objections preserved – exhibit not produced

Minutes of 12/12/96 Rockland Sewer Commission meeting (Stewart Depo. Ex. K)

Objection(s):  None

Forensic Investigation (February 25, 2004)

Objection(s):  Authenticity, foundation, hearsay, Fed.R.Evid. 403

DOJ Press Release (5/31/01)

Objection(s):  Authenticity, foundation, hearsay, relevance, Fed.R.Evid. 403 & 404(b)

American Commonwealth Management Services Co., Inc. letter to Gregory Thomson (9/5/97) (PSG 0925)

Objection(s):  None

Fax from Bradley A. Plante to US Filter dated 2/10/04

Objection(s):  None

CDM invoices 4/29/04, 5/28/04, 7/2/04, 7/29/04, 8/27/04, April 5/24/2004,

Objection(s):  None

Memo dated 3/12/99 from Aram to Cindy

Objection(s):  None

Fax dated 2/21/97 from Pat Donnelly to Mike Sausé (PSG 798-0803)

Objection(s):  Authenticity, foundation, completeness

Letter dated May 7, 2004 from Aram Varjabedian to Postmaster

Objection(s):  Relevance

Fax, draft memo from Gregory Thomson to Kevin Donovan dated 10/6/97

Objection(s):  Authenticity, foundation, hearsay

Rockland contract operations cost proposal with notes and Kruger signature

Objection(s):  Authenticity, foundation

Check $200 to Gregory Thomson from Professional Services Group 5/6/97 signed by Aram Varjabedian "Inspector General Procurement"

Objection(s):  Authenticity, foundation, hearsay

Contract Copy distribution and assignment 7/6/1996

Objection(s):  None

Excerpts from Manual Polices and Procedures

Objection(s):  Relevance

Notes from Woodard & Curran concerning pricing 1997

Objection(s):  Authenticity, foundation, hearsay, relevance

Checks from Town of Rockland to PSG

Objection(s):  Objections preserved – exhibit not produced

Checks from Town of Rockland to US Filter

Objection(s):  Objections preserved – exhibit not produced

Signatures Pre-proposal Meeting, Feb. 14, 1994

Objection(s):  Authenticity, foundation, hearsay

Memo from Aram Vajabedian to Rockland Sewer Commission April 22 1994

Objection(s):  None

**B.    Exhibits that May be offered if the Need arises**

"Balance of Accts with M& E Services" as of 4/18/96

Objection(s):  Authenticity, foundation, hearsay

Rockland rebate breakdown 8/25/98

Objection(s): Authenticity, foundation, hearsay

Email from Karen White to Cindy Solomon dated 4/27/98

Objection(s):  Authenticity, foundation, hearsay (as to spreadsheet only)

1994 RFP

Objection(s):  None

Letter dated July 11, 1995 from Metcalf & Eddy Services, Inc. to Town of Rockland (PSG 794-795)

Objection(s):  Authenticity, foundation, hearsay (as to markings on second page only)

Fax from Aram to Ralph Brister with check requests

Objection(s):  None

Fax from Aram Varjabedian to Ruth Ann dated 7/13/99 with check request

Objection(s):  Authenticity, foundation, hearsay (as to last page only)

Fax from Aram V. to RuthAnn with check requests dated 12/9/99

Objection(s):  Authenticity, foundation, hearsay (as to invoices only)

Letter from Aram Varjabedian to Rockland Sewer Commission 8/28/2003

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Check dated 12/13/99 to Christmas Trees Worldwide from Professional Services Group Inc.

Objection(s):  None

Status of Rockland Accounts dated 12/10/96

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Change Order Authorization 3/8/96 (PSG 1378)

Objection(s):  Relevance

Change Order Authorization 12/21/95 (PSG 1377)

Objection(s):  Relevance

Rockland change orders chart "Billed by PSG to Rockland"

Objection(s):  Authenticity, foundation, hearsay

Memo from Donna Erfesologlou to Aram Varjabedian c/o Cindy S 12/1/97 with attachments

<u>Objection(s)</u>:  Authenticity, foundation, hearsay, relevance

PSG brochure

<u>Objection(s)</u>:  Relevance

Excerpts from folder "PSG Petty Cash Acct"

<u>Objection(s)</u>:  Relevance (as to all); authenticity, foundation, hearsay (as to bank statement only)

Excerpt from folder "MGR's Mtg 6/01"

<u>Objection(s)</u>:  Authenticity, foundation, hearsay, relevance

Excerpt from folder "USFOS Budget 1/1/2000-Dec. 31, 2000"

<u>Objection(s)</u>: Authenticity, foundation, hearsay, relevance

Car rental form for Gregory Thomson

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Expense report (PSG 2151)

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Expense report (PSG2150)

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Hourly employee bonus pool recommendations (PSG 2121)

<u>Objection(s)</u>:  Relevance

Letter from Gregory Thomson to Michael Sausé 9/25/97

<u>Objection(s)</u>:  Authenticity, foundation, hearsay

Memo to Aram Varjabedian from Rockland Sewer Commission 4/26/96 (PSG 2088)

<u>Objection(s)</u>:  None

Fax from Aram V. to Frank Cavaleri/ Cindy S. 2/11/03

Objection(s):  None

 "Writing Capital Improvements into RFP Adds Value to OM&M Contract fax 1016/96 (PSG 2095-2101)

Objection(s):  Authenticity, foundation, hearsay, relevance

Hand drawn office diagram (Depo Ex. Keenan 47)

Objection(s):  Hearsay, relevance (will agree to use of appropriate chalk)

Hand Drawn Diagram of Norwell office of PSG (Depo Ex. Solomon 51)

Objection(s):  Hearsay, relevance (will agree to use of appropriate chalk)

Videotape of excerpt of Board of Selectmen's meeting 1/22/02

Objection(s):  Objections preserved – exhibit not provided

Videotape of excerpt of Board of Selectmen's meeting 12/22/98 re Christmas trees

Objection(s):  Objections preserved – exhibit not provided

Fax from Aram V to Cheryl Lane with check request 5/31/02

Objection(s):  Authenticity, foundation, hearsay (as to invoices only)

Invoice dated 5/20/97 (PSG 1379)

Objection(s):  None

Status of Rockland PSG Accounts 2/7/97 (PSG 1100)

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Email from Aram Varjabedian to Frank Cavaleri 1/21/03 (PSG 1090)

Objection(s):  Relevance; authenticity, foundation, hearsay (as to notes)

Email from Cindy Solomon to Frank Cavaleri 1/22/03 (PSGS 1093)

Objection(s):

Email from Aram Varjabedian to Cindy Solomon and Frank Cavaleri 8/21/2001(PSG 1094)

Objection(s):  None

Email from Frank Cavaleri to Aram Varjabedian 12/1/00 (PSG1095)

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Rockland Payback Summary for Contract Year 3-1-99 through 2-22-00 (PSG 1096-99)

Objection(s):  Authenticity, foundation; hearsay (as to notes only)

Rockland WWTP (PSG 1088)

Objection(s):  Authenticity, foundation; hearsay

Proposal to Manage the Industrial Pretreatment Program" (PSG1035-47)

Objection(s):  Authenticity, foundation; hearsay, relevance

Letter from Gregory Thomson to Aram Varjabedian 9/14/99 (PSG 939)

Objection(s):  None

Excerpts from folder "2001 budget"

Objection(s):  Authenticity, foundation, hearsay, relevance

Excerpts from Manual Project Manager's Guide

Objection(s):  Completeness

Memo to Mike 9/4/1994

Objection(s):  Authenticity, foundation, hearsay, relevance

Excepts from folder "2004"

Objection(s):  Authenticity, foundation, relevance

Letter to Frank C/ Cindy S from Aram V 4/4/01

Objection(s):  None

Excerpts from folder Cash Receipts & Voucher Corrections 97-01

Objection(s):  None

Excerpts from folder "Cash Rec. 01-04"

Objection(s):  None

ACMS Sign in Sheet

Objection(s):  Authenticity, foundation, hearsay

AllState Power Vac Sign in Sheet

Objection(s):  Authenticity, foundation, hearsay

RFP request PSG

Objection(s):  None

Legal notices of RFP

Objection(s):  None

Fax to Greg Thomson from Jack Bonomo 9/23/97

Objection(s):  Authenticity, foundation, hearsay

Email from Ralph Brister to Cindy Solomon 4/21/98

Objection(s):  None

Letter from Cindy Solomon to Aram Varjabedian 8/10/99

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Fleet leasing invoice

Objection(s):  Objections preserved – exhibit not produced

Exemplar of stationery of Rockland Sewer Commission

Objection(s):  Authenticity, foundation, relevance

Financial Statements March 1998

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 1999

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 1999

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 1999

Objection(s):   Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 1999

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 2000

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 2001

Objection(s):  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements May 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements June 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements July 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements August 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements September 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements October 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements November 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements December 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements January 2004

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements February 2004

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements March 2004

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Financial Statements April 2004

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 1998

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 1999

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 2000

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 2001

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 2002

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 2003

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Year End Financial Statements 2004

<u>Objection(s)</u>:  Authenticity, foundation, hearsay (as to notes only)

Photo of Sewer Plant

Objection(s):  None

Gregory Thomson statement

Objection(s):  Authenticity, foundation, hearsay

Budget Memo September 10, 1999

Objection(s):  Authenticity, foundation, relevance

Contract dated June 27, 1988 between Town of Rockland and Metcalf & Eddy Services, Inc.

Objection(s):  None

Notice of Taking Deposition of Professional Services Group Inc. Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure (Depo Ex. Solomon 61) 04/19/2006

Objection(s):  Relevance

Draft Joint Defense Agreement

Objection(s):  Relevance

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

_____/s/ David M. Osborne_____
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated: July 20, 2006

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 20, 2006.

_____/s/ David M. Osborne_____
David M. Osborne