UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br> . <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S WITNESSES AND PROPOSED EXHIBITS**

Defendants' Town of Rockland and Rockland Sewer Commission (collectively, "the Town" hereby makes the following objections to Plaintiff's witnesses and proposed exhibits:

I. . WITNESSES

Plaintiff objects to the addition of Richard Mackenzie.

Plaintiff objects to the testimony of witnesses proffered for the subjects in Defendants' pending motions in limine, such as lost profits.

II. <u>EXHIBITS</u>

| EXHIBITS | OBJECTIONS (Where no objection is listed, there is none) |
|---|---|
| 6/27/88 Professional Services Agreement for Contract Operation and Maintenance of the Town of Rockland Water and Pollution Control Facility | |
| 5/12/93 Letter from Hanley to Fairfield | Relevance; Hearsay |
| 1/12/94 Letter from Joy to OIG | |
| 4/94 RFP | |
| 5/17/94 Addendum 1 | |
| 5/17/94 Addendum 2 | |
| 5/17/94 Answers to Submitted Questions | |
| 7/25/94 Agreement For Operation and Maintenance of the Rockland Water Pollution Control Facilities | |
| 7/11/95 Agreement between Sause and Rockland Sewer Commission | |
| 7/11/95 Sewer Commission meeting minutes | |
| 12/12/96 Sewer Commission meeting minutes | |

| | |
|---|---|
| 1/14/97 Sewer Commission meeting minutes | |
| 1/14/97 Selectmen meeting minutes | |
| 1/21/97 Selectmen meeting minutes | |
| 1/21/97 Sewer Commission meeting with Selectmen | |
| 1/21/97 Sewer Commission meeting minutes | |
| 1/22/97 Sewer Commission meeting with Selectmen | |
| 1/29/97 Sewer Commission meeting with Selectmen | |
| 6/12/97 Sewer Commission meeting minutes | Missing |
| Emergency Declaration Pursuant To G.L. c.30B | |
| 6/25/97 Sewer Commission meeting | |
| 2/19/98 Sewer Commission meeting notice and related documents | |
| 5/19/94 Letter from Cherwin to Long | |
| 5/19/94 Belt Filter Press financing options | |
| 11/7/94 Letter from Cit Group to Sause | |
| 9/9/94 Master Lease | |
| 12/7/94 Delivery and Installation Certificate | |
| 7/13/99 Letter from Canning to Solomon | |
| 7/15/99 Letter from Varjabedian to Nichols with check | |
| 8/9/99 Letter from Canning to Town of Rockland with Bill of Sale | |
| 11/16/95 Sause Expense Report | |

|  |  |
|---|---|
| 11/16/95 Sause Expense Report with post-it note |  |
| 11/95-12/04 Cost Detail/General Ledger Reports |  |
| 4/26/96 Memo from Thomson to Varjabedian |  |
| 7/11/96 Fax from Hyland to Thomson |  |
| 1/2/97 Fax from Kenney to Donnelly |  |
| Job description for Rockland Superintendent |  |
| Job notice posting for Rockland Superintendent |  |
| 1/14/97 Letter from Hyland to Rockland Sewer Commission |  |
| 1/17/97 Thomson Application for Employment |  |
| "Why do we need full time superintendent?" notes |  |
| Monthly Operating Reports 1997-2004 | December 1999 Operating Report  Objection to all documents – at the fist four documents as hearsay, not part of documents and therefore misleading |
| Town Rockland account transaction histories, FY 1998-2003 |  |
| Rockland Reconciliations, 3/1/98-4/11/04 |  |
| Status of Rockland Accounts, Current Balances, 8/1/96-2/1/98 |  |
| 8/15/00 Rockland payback summaries for contract year 3/1/99-2/28/00 | Hearsay |

|  |  |
|---|---|
| 8/28/03 Rockland Sewer Commission Proposed Budget Fee Summary, Contract Year #6 | Hearsay, Relevance |
| 8/7/00 Memo from Varjabedian to Thomson | Incomplete |
| 12/6/00 Memo from Varjabedian to Thomson |  |
| 4/4/01 Letter from Thomson to Varjabedian |  |
| 12/9/96 Fax from Lurie to Sause enclosing 11/8/96 letter |  |
| 11/17/97 A/P Subsidiary History with notes |  |
| Rockland Professional Development account spreadsheet |  |
| Pricing materials for 1997 RFP | Hearsay |
| Promotional flyers for Christmas tree sales |  |
| Rockland Christmas Tree Challenge Donations |  |
| 11/15/00 Letter from Mello to Rockland Business Owner |  |
| 11/25/97 Letter from Thomson to Donovan |  |
| 11/25/97 Memo from Donovan to Thomson |  |
| 12/1/97 Board of Selectmen Meeting minutes |  |
| 12/1/97 Check Request |  |
| 11/20/98 Letter from Thomson to Varjabedian with invoice |  |
| 11/1/00 Memo from Thomson to Varjabedian and related check request |  |
| 1/9/97 Letter from Hyland to Rockland Sewer |  |

| | |
|---|---|
| Commission | |
| 1/24/97-3/25/98 Invoices from Kopelman & Paige to Rockland Sewer Commission | |
| 2/21/97 Fax from Donnelly to Sause with Consulting Agreement | |
| 5/97 OIG seminar completion letter and press release | |
| 5/19/97 Article 33 authorizing hiring of Sewer Superintendent | |
| 5/19/97 Article 63 authorizing ten year contract | |
| 5/30/97 Letter from Thomson to OIG | |
| 7/21/97 RFP Request | |
| 7/21/97 RFP | |
| 8/13/97 Addendum 1 | |
| 8/19/97 Addendum 2 | |
| 8/25/97 Addendum 3 | |
| 9/10/97 Addendum 4 | |
| 9/25/97 Addendum 5 | |
| 8/6/97 Letter from Thomson to State Ethics Commission | Hearsay |
| 8/6/97 PreProposal Briefing | |

| | |
|---|---|
| 8/14/97 Letter from Woodard & Curran to Thomson | |
| 1997 Woodard & Curran pricing notes | |
| 9/5/97 Letter from American Commonwealth Management Services to Thomson | |
| 9/23/97 Letter from American Anglian to Thomson | |
| 9/23/97 Fax from Woodard & Curran to Thomson attaching 9/22/97 letter | |
| 9/25/97 Letter from Thomson to Sause and related check request form | |
| 9/25/97 Letter from Thomson to Sause | |
| 10/3/97 Acknowledgment of bids received | |
| 10/3/97 PSG Price Proposal to Rockland | |
| 10/3/97 PSG Qualifications and Plan of Service to Rockland | |
| 10/10/97 Letter from Thomson to Sause | Missing |
| 11/10/97 Letter from Thomson to Donovan | |
| 11/10/97 Thomson notes re: price proposal | Hearsay |
| 11/25/97 Check and related document | This exhibit and those that follow concerning "check and related documents" as presented consisted of a series of checks and check requests and a list. Defendants object to the list as hearsay and incomplete. Defendants do not object to the remainder of the exhibit. |
| 3/20/98 Check and related documents | |

JS#129396v1

7

| | |
|---|---|
| 3/24/98 Check and related documents | |
| 3/27/98 Check and related documents | |
| 4/98 Check and related documents | |
| 9/18/98 Check | |
| 12/1/98 Check request and related documents | |
| 12/1/98 Check request and related documents | |
| 12/1/98 Check request and related documents | |
| 12/11/98 Check and related documents | |
| 3/8/99 Check request and related documents | |
| 3/16/99 Check and related documents | |
| 4/20/99 Check and related documents | |
| 4/30/99 Check and related documents | |
| 6/11/99 Check and related documents | |
| 7/13/99 Check request and related documents 7/20/99 Check and related documents | |
| 8/26/99 Check | |
| 10/7/99 Check and related documents | |

Case 1:04-cv-11131-PBS    Document 102    Filed 07/20/2006    Page 8 of 17

| | |
|---|---|
| 1/22/99 Check and related documents | |
| 12/13/99 Check and related documents | |
| 1/27/00 Check and related documents | |
| 3/30/00 Check and related documents | |
| 5/4/00 Check and related documents | |
| 5/5/00 Check and related documents | |
| 6/28/00 Check and related documents | |
| 8/11/00 Check and related documents | |
| 10/19/00 Check and related documents | |
| 12/12/00 Check and related documents | |
| 1/2/01 Check and related documents | |
| 1/11/01 Check request and related documents | |
| 1/12/01 Check and related documents | |
| 1/29/01 Check and related documents | |
| 2/21/01 Check and related documents | |
| 4/18/01 Check and related documents | |

Case 1:04-cv-11131-PBS   Document 102   Filed 07/20/2006   Page 9 of 17

|  |  |
|---|---|
| 5/30/01 Check and related documents |  |
| 7/3/01 Check and related documents |  |
| 7/27/01 Check and related documents |  |
| 9/5/01 Check and related documents |  |
| 9/25/01 Check and related documents |  |
| 10/29/01 Check and related documents |  |
| 11/28/01 Check and related documents |  |
| 12/13/01 Check and related documents |  |
| 1/3/02 Check and related documents |  |
| 1/30/02 Check and related documents |  |
| 2/12/02 Check and related documents |  |
| 3/14/02 Check and related documents |  |
| 4/4/02 Check and related documents |  |
| 4/25/02 Check and related documents |  |
| 5/14/02 Check and related documents |  |

Case 1:04-cv-11131-PBS    Document 108    Filed 07/20/2006    Page 10 of 17

| | |
|---|---|
| 5/29/02 Check and related documents | |
| Operating Report for week of 7/23/97 | Hearsay |
| Operating Report for week of 7/31/97-8/6/97 | Hearsay |
| Operating Report for week of 8/7/97-8/13/97 | Hearsay |
| Operating Report for week of 9/4/97-9/10/97 | Hearsay |
| Operating Report for week of 3/19/98-3/26/98 | Hearsay |
| 1997 Town of Rockland Annual Report (excerpts) | |
| 12/97-2/99 Wainwright Bank records | Objection to list; no objection to records |
| 6/10/97 Letter from Thomson to Sause | |
| 7/15/99 Open house Expenses Summary | |
| 7/20/99 Letter from Thomson to Varjabedian | |
| 7/20/99 Varjabedian Expense Report | Hearsay |
| 2002 Rockland Open House Expenses | Hearsay |
| 8/31/98 Note from Varjabedian to Keenan | Hearsay |
| 6/99 Press Release | |
| Promotional flyers for open house | |
| 1998-2002 Letters from Varjabedian to DEP with staffing plans | |
| Bill of Sale and Certificate of Title for 1997 | |

| | |
|---|---|
| Ford F361 | |
| Certificate of Title for 1997 Ford F350 | |
| 2/23/98 Fax from Hyland to Thomson with draft contract | |
| 2/26/98 Fax from Hyland to Sause with attachment | |
| 2/24/98 Agreement For Operations, Maintenance and Management Services | |
| 8/24/98 Amendment | |
| 4/2/99 Amendment | |
| Note from Franey to Donovan enclosing 2/98 contract | Hearsay; Relevance |
| 3/17/98 Email from Thompson to Sause | Missing |
| 6/1/98 Agreement for Operation, Maintenance and Management Services with New Bedford | Hearsay; Relevance |
| 7/23/98 Letter from Thomson to Sause | |
| 2/6/99 North Abington Cooperative Bank signature card | |
| 2/99-5/02 North Abington Cooperative Bank records | |
| 3/25/99 Memo from Thomson to Varjabedian with attached Eastern Design invoices | |
| 5/17/99 Town Meeting Article 93 | Relevance |
| 6/3/02 Town Meeting Article 64 | Relevance |
| 7/29/99 Agreement for Operations, | Relevance |

JS#129396v1                              12

| | |
|---|---|
| Maintenance and Management Services with Southbridge | |
| 9/13/99 Email from Kiani to Cavaleri | Hearsay; Relevance |
| 9/14/99 Letter from Thomson to Varjabedian | |
| 11/10/99 Contract for Operation and Maintenance with Plymouth | Hearsay |
| 11/15/99 Fax from Varjabedian to Ruth Ann with related documents | |
| 2/2/00 Memo from Franey to Rockland Sewer Department | Hearsay; Relevance |
| PSG Income Statement for fiscal periods ending 2/26/99 | |
| PSG Income Statement for fiscal periods ending 12/31/99 | |
| US Filter Detail Income Statement for period ending 12/31/00 | |
| US Filter Detail Income Statement for period ending 12/31/01 | |
| US Filter Detail Income Statement for period ending 12/31/02 | |
| US Filter Detail Income Statement for period ending 12/31/03 | |
| Veolia Water North America Income Statement for 12 months ending 12/31/04 | |
| Veolia Water North America Operations Overhead CY 2005 | Hearsay; Apparently generated for purposes of litigation |
| 2/13/01 Letter from Thomson to Varjabedian | |
| 8/7/03 Letter from Ross to Monty | |
| 4/7/04 Email from Varjabedian to Persechino | |

| | |
|---|---|
| 4/9/04 Note from Varjabedian to Grissop | |
| 4/04 Rockland Sewer Department Owned Vehicles | Hearsay |
| 4/04 Partial List of Equipment/Items Owned by RSC | Hearsay |
| PSG Owned Equipment March/April 1998 | Hearsay |
| RSC Owned Equipment March/April 1998 | Hearsay |
| 2/10/04 Letter from Plante to US Filter | |
| 3/30/04 Letter from Corvi to Hodgkins | Hearsay; Relevance |
| 4/1/04 Agreement between the Town and CDM | |
| 4/9/04 Letter from Bowen to Kruger | |
| 5/04 RFP | |
| 5/14/04 Letter from Bowen to Arendell | hearsay, relevance, |
| 7/1/04 Letter from Bonomo to Plante attaching Aquarion Price Proposal | |
| 2004 Aquarion Operations and Maintenance Proposal | Relevance; Hearsay |
| 7/2/04 Woodard & Curran Price Proposal | Relevance; Hearsay |
| 7/21/04 Memo from Proposal Review Committee to Rockland Sewer Commission | Relevance; Hearsay |
| 8/1/04 Agreement For Operations, Maintenance and Management Services | Relevance; Hearsay |
| Rockland Police Reports | Hearsay |

| | |
|---|---|
| Evidence to Support Sause's Proffer | Hearsay |
| Pictures 1-16 | |
| Narrative to Support Numbered Pictures 1-7 Relative to Sause's Proffer | |
| Narrative to Support Numbered Pictures 8-9 Relative to Sause's Proffer | |
| Narrative to Support Numbered Pictures 10-12 Relative to Sause's Proffer | |
| Narrative to Support Numbered Pictures 13-16 Relative to Sause's Proffer | Hearsay |
| 1/7/04 Memo from Sause re: comments on grand jury minutes | Hearsay; Refers to documents not in evidence |
| 10/21/04 Sause plea hearing transcript | Relevance; 404(b); undue prejudice; Hearsay ; |
| 2006 Sause certified bankruptcy pleadings | Relevance; Hearsay; undue prejudice |
| Sause certified conviction | relevance; 404(b); undue prejudice; hearsay |
| 9/29/04 Thomson plea hearing transcript | Relevance; 404(b); undue prejudice; Hearsay |
| Thomson certified conviction | |
| Thomson's Massasoit Community College transcript | |
| Rev. Proc. 97-13 (26 CFR 601.601) | Relevance |
| Chapter 362 of the Acts of 1996 | Relevance |
| 5/7/97-10/1/98 Letters from LaBelle to Gallipeau, with attachments | Relevance; Hearsay |
| 11/6/98-2/10/00 Letters from Ricci to Niles, with attachments | Relevance; Hearsay |
| 8/9/99 Letter from LaBelle to Niles, with attachments | Relevance; Hearsay |

|  |  |
|---|---|
| 1/2/01 Letter from LaBelle to Luzon, with attachments | Relevance; Hearsay |
| 8/29/03 Transcript of Grand Jury Proceedings | Relevance; Hearsay |
| 1995-2004 Town of Rockland Management Letters | Relevance; Hearsay |
| 8/18/05 Letter from Aquarion to Loughlin |  |
| Letter from Aquarion to Loughlin re: Annual Contract Adjustment for contract year 8/05-7/06 | Relevance; Hearsay |
| 11/17/05 Letter from Aquarion to John Loughlin | Relevance; Hearsay |
| 6/22/06 Affidavit of Sause | Relevance; Hearsay |
| Personnel Records Authorization of Sause | Hearsay |
| Litigation Agreement of D'Alcomo and Campobasso | Hearsay |
| 1994-1995 PSG Policies & Procedures (excerpts) | Relevance |
| 1998 AWT Business Integrity Compliance Program (excerpts) | Relevance |
| 1999 Business Practices Compliance Manual (excerpts) | Relevance |
| PSG Project Managers' Guide (excerpts) | Relevance |
| 8/28/00 Letter from Varjabedian to Rockland Sewer Commission | Missing |
| 1/15/02 Letter from Corvi to Cavaleri |  |
| 5/7/99 Letter from Thomson to Sause |  |
| 3/24/99 Letter from Thomson to Sause |  |

| | |
|---|---|
| 8/23/99 Letter from Thomson to Sause | Missing |
| 2004-05 Certified pleadings from Town of Rockland v. Wainwright Bank, 04-5243-H | |

        Respectfully submitted,

        TOWN OF ROCKLAND and
        THE ROCKLAND SEWER COMMISSION,
        By their attorneys,


        /s/Seth Nesin
        Joanne D'Alcomo (BBO # 544177)
        Seth Nesin (BBO # #650739)
        JAGER SMITH P.C.
        One Financial Center
        Boston, MA 02111
        (617) 951-0500

DATED: July 20, 2006