UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | ) ) ) ) ) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | ) ) ) |
| Plaintiffs-in-Counterclaim and Crossclaim | ) ) ) Civil No. 04-11131-PBS |
| v. | ) ) |
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) |
| Defendant-in-Counterclaim, | ) ) |
| and | ) |
| MICHAEL SAUSÉ, | ) ) |
| Crossclaim Defendant | ) ) |

### TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION'S TRIAL BRIEF

Because, as the Court has remarked, the pre-trial memorandum previously submitted were comprehensive, the Town of Rockland and the Rockland Sewer Commission rely on their

JS#128483v1

submissions therein, in particular, the submissions in the Joint Pre-Trial Memorandum on July 14th.

Respectfully submitted,

TOWN OF ROCKLAND and
THE ROCKLAND SEWER COMMISSION,
By their attorneys,

/s/Joanne D'Alcomo
Joanne D'Alcomo (BBO # 544177)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

DATED: July 24, 2006