UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                          )
                                      )
         Plaintiff,                   )
                                      )
   v.                                 )
                                      )
TOWN OF ROCKLAND, ROCKLAND            )
SEWER COMMISSION, GREGORY             )
THOMSON and MICHAEL SAUSÉ,            )
                                      )
_____)
                                      )
TOWN OF ROCKLAND, ROCKLAND            )
SEWER COMMISSION,                     )
                                      )
         Plaintiffs-in-Counterclaim   )    Civil No. 04-11131-PBS
           and Crossclaim             )
                                      )
   v.                                 )
                                      )
PROFESSIONAL SERVICES                 )
GROUP, INC.,                          )
                                      )
         Defendant-in-Counterclaim,   )
                                      )
and                                   )
                                      )
MICHAEL SAUSÉ,                        )
                                      )
         Crossclaim Defendant         )
_____)
```

**PLAINTIFF'S ASSENTED TO MOTION FOR ORDER AUTHORIZING
ANDREW GUEVARA TO ASSIST PLAINTIFF'S COUNSEL DURING TRIAL**

Plaintiff Professional Services Group, Inc. ("PSG") hereby moves that the Court authorize Andrew Guevara, a consultant with Trial Link, to sit with Plaintiff's counsel, or wherever directed by the Court, during trial in the above-captioned matter and to assist Plaintiff's

1

counsel with the electronic management and presentation of documents and other exhibits. Mr. Guevara will be using a laptop computer and related electronic equipment.

Undersigned counsel has consulted with counsel for Defendants Town of Rockland and Rockland Sewer Commission, who has assented to this motion. A proposed order for approval by the Court is attached.

                                          Respectfully submitted,

                                          PROFESSIONAL SERVICES GROUP, INC.,
                                          By its attorneys,

                                              /s/ David M. Osborne
                                          Maria R. Durant (BBO # 558906)
                                          David M. Osborne (BBO # 564840)
                                          Sara E. Noonan (BBO # 645293)
                                          DWYER & COLLORA, LLP
                                          Federal Reserve Plaza
                                          600 Atlantic Avenue, 12th Floor
                                          Boston, MA  02210
                                          (617) 371-1000

Dated: July 27, 2006

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 27, 2006.

                                             /s/ David M. Osborne
                                            David M. Osborne