UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                )
PROFESSIONAL SERVICES           )
GROUP, INC.,                    )
                                )
         Plaintiff,             )
                                )
     v.                         )
                                )
TOWN OF ROCKLAND, ROCKLAND      )
SEWER COMMISSION, GREGORY       )
THOMSON and MICHAEL SAUSÉ,      )
                                )
_____)
                                )
TOWN OF ROCKLAND, ROCKLAND      )
SEWER COMMISSION,               )
                                )
    Plaintiffs-in-Counterclaim  )   Civil No. 04-11131-PBS
         and Crossclaim         )
                                )
     v.                         )
                                )
PROFESSIONAL SERVICES           )
GROUP, INC.,                    )
                                )
    Defendant-in-Counterclaim,  )
                                )
and                             )
                                )
MICHAEL SAUSÉ,                  )
                                )
         Crossclaim Defendant   )
_____)
```

**[PROPOSED] ORDER AUTHORIZING ANDREW GUEVARA
TO ASSIST PLAINTIFF'S COUNSEL DURING TRIAL**

The Court hereby authorizes Andrew Guevara, a consultant with Trial Link, to sit with

Plaintiff's counsel, or wherever directed by the Court, during trial in the above-captioned matter

1

2

and to assist Plaintiff's counsel with the electronic management and presentation of documents and other exhibits.

    The Court authorizes Mr. Guevara to bring a laptop computer and related electronic equipment into the courthouse and courtroom during trial, and to use that equipment in assisting Plaintiff's counsel. Trial in this matter is scheduled to begin Monday, July 31, 2006 and continue through Friday, August 25, 2006.

    So ordered.

_____
Patti B. Saris
United States District Judge

Dated: July ___, 2006