UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                              )
PROFESSIONAL SERVICES         )
GROUP, INC.,                  )
                              )
         Plaintiff,           )
                              )
    v.                        )
                              )
TOWN OF ROCKLAND, ROCKLAND    )
SEWER COMMISSION, GREGORY     )
THOMSON and MICHAEL SAUSÉ,    )
                              )
_____)
                              )
TOWN OF ROCKLAND, ROCKLAND    )
SEWER COMMISSION,             )
                              )
         Plaintiffs-in-Counterclaim  )   Civil No. 04-11131-PBS
           and Crossclaim     )
                              )
    v.                        )
                              )
PROFESSIONAL SERVICES         )
GROUP, INC.,                  )
                              )
         Defendant-in-Counterclaim, )
                              )
and                           )
                              )
MICHAEL SAUSÉ,                )
                              )
         Crossclaim Defendant )
_____)
```

## PLAINTIFF'S SECOND REQUEST FOR VOIR DIRE QUESTIONS

Plaintiff Professional Services Group, Inc. ("PSG") hereby requests that the Court incorporate the following questions into its voir dire of potential jurors in this case, in addition to the requested questions that Plaintiff has previously submitted.  See Plaintiff's Preliminary

1

Request for Voir Dire Questions (7/14/06).  PSG reserves the right to request that the Court modify, amend, or supplement these requested voir dire questions.

## QUESTIONS

1. Have you, or any close family member, ever been unfairly held to an agreement?

2. Have you, or any close family member, ever been "downsized" from a job?

3. Have you, or any close family member, ever worked in the wastewater or sewage industry?

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

/s/ David M. Osborne
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated:  July 28, 2006

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 28, 2006.

/s/ David M. Osborne
David M. Osborne