UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                              )
PROFESSIONAL SERVICES                      )
GROUP, INC.,                                             )
                                                              )
        Plaintiff,                                      )
                                                              )
    v.                                                      )
                                                              )
TOWN OF ROCKLAND, ROCKLAND        )
SEWER COMMISSION, GREGORY          )
THOMSON and MICHAEL SAUSÉ,           )
                                                              )
_____)
                                                              )
TOWN OF ROCKLAND, ROCKLAND        )
SEWER COMMISSION,                            )
                                                              )
        Plaintiffs-in-Counterclaim      )    Civil No. 04-11131-PBS
        and Crossclaim                            )
                                                              )
    v.                                                      )
                                                              )
PROFESSIONAL SERVICES                      )
GROUP, INC.,                                             )
                                                              )
        Defendant-in-Counterclaim,  )
                                                              )
and                                                            )
                                                              )
MICHAEL SAUSÉ,                                      )
                                                              )
        Crossclaim Defendant                 )
_____)

**PLAINTIFF'S PROPOSED JURY VERDICT FORM**

      Plaintiff Professional Services Group, Inc. ("PSG") submits the following proposed jury verdict form, pursuant to the Court's request. Plaintiff submits this proposal without prejudice and subject to the Court's ruling on (1) Plaintiff's pending Motion to Strike Defendants' Jury

1

Trial Demand as to Conflict of Interest and Procurement Act Counts and (2) Plaintiff's pending Motion to Dismiss Defendants' Counterclaim Under the Uniform Procurement Act. Plaintiff also reserves the right to supplement or amend its proposed jury verdict form.

**PROPOSED JURY VERDICT FORM**

**I. Validity & Breach of Contract**

A. <u>Validity (Mass. Gen. L. c. 30B, § 10)</u>

1. Did PSG submit its 1997 technical and price proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "No," then skip to Question No. 5

2. Did PSG actually know at the time that it submitted its technical and price proposals that it was submitting the proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "Yes," then skip to Question No. 9
    If "No," then continue to Question No. 3

3. Did Michael Sausé know that PSG was submitting, or did Michael Sausé cause PSG to submit, its technical and price proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "Yes," then continue to Question No. 4
    If "No," then skip to Question No. 5

4. Is PSG vicariously liable for Michael Sausé's knowledge or causation of PSG submitting its technical and price proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "Yes," then skip to Question No. 9
    If "No," then continue to Question No. 5

3

B. <u>Breach</u>

5. Did Defendants Town of Rockland and Rockland Sewer Commission breach the 1998 contract with PSG?

    Yes _____    No _____

    If "No," then skip to Question No. 7

6. Did PSG prove that it suffered damages caused by the breach of contract?

    Yes _____    No _____

    If "No," then skip to Question No. 7
    If "Yes," then what breach of contact damages, if any, do you award to PSG?

    _____

7. Did PSG breach the 1998 contract with the Town of Rockland and the Rockland Sewer Commission?

    Yes _____    No _____

    If "No," then skip to Question No. 13

8. Did Defendants Town of Rockland and Rockland Sewer Commission prove that they suffered damages caused by the breach of contract?

    Yes _____    No _____

    If "No," then skip to Question No. 13
    If "Yes," then what breach of contract damages, if any, do you award to Defendants Town of Rockland and Rockland Sewer Commission?

    _____

**II. Uniform Procurement Act (Mass. Gen. L. c. 30B, § 17(c))**

Answer Questions 9 through 12 <u>only</u> if you answered "Yes" to Questions 1 and 2 or answered "Yes" to Questions 1, 3, and 4:

9. Did Michael Sausé and Gregory Thomson conspire to cause the 1998 contract between PSG and the Rockland Sewer Commission to be awarded in violation of <u>section 10</u> of the Uniform Procurement Act by causing PSG to knowingly submit its technical and price proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "No," then skip to Question No. 13

10. Is PSG vicariously liable for Michael Sausé conspiring with Gregory Thomson to cause the 1998 contract to be awarded in violation of <u>section 10</u> of the Uniform Procurement Act by causing PSG to knowingly submit its technical and price proposals in bad faith or with collusion with any other person?

    Yes _____    No _____

    If "No," then skip to Question No. 13

11. Have the Town of Rockland and Rockland Sewer Commission proven that they have suffered damages by reason of the violation?

    Yes _____    No _____

    If "No," then skip to Question No. 13
    If "Yes," then what is the total amount of those damages? _____

12. Under section 17(c) of the Uniform Procurement Act, you may apportion damages among the persons who participated in the violation. To "apportion" means to divide into proportionate shares. Please indicate the percentage share of damages you assign to each of the following persons (total must add up to 100%):

    Michael Sausé         _____%

    Gregory Thomson       _____%

5

### III. Conflict of Interest Statute (Mass. Gen. L. c. 268A)

13. Did Michael Sausé violate section 2(a) of the Conflict of Interest Statute in connection with the drafting and publication of the 1997 RFP?

    Yes _____    No _____

14. Did Michael Sausé violate section 3(a) of the Conflict of Interest Statute in connection with the drafting and publication of the 1997 RFP?

    Yes _____    No _____

15. Did Michael Sausé violate section 17(b) of the Conflict of Interest Statute in connection with the drafting and publication of the 1997 RFP?

    Yes _____    No _____

    If you answered "No" to each of Questions 13 through 15, then skip to Question No. 19

16. Is PSG vicariously liable for a violation of the Conflict of Interest Statute by Michael Sausé?

    Yes _____    No _____

    If "No," then skip to Question No. 19

17. Did Defendants Town of Rockland and Rockland Sewer Commission prove that the drafting and publication of the 1997 RFP caused economic advantage to PSG?

    Yes _____    No _____

    If "No," then skip to Question No. 19

18. Please quantify the amount of economic advantage to PSG that was caused by the drafting and publication of the 1997 RFP?

    _____

**IV. Fraud**

19. Did PSG commit fraud against the Town of Rockland and Rockland Sewer Commission arising from PSG's handling of funds in the limit/allowance accounts?

    Yes _____    No _____

    If "No," then skip to Question No. 24

20. Did the Town of Rockland and Rockland Sewer Commission prove that they have suffered damages caused by PSG's fraud arising from the handling of funds in the limit/allowance accounts?

    Yes _____    No _____

    If "No," then skip to Question No. 24

21. What amount of damages have the Town of Rockland and Rockland Sewer Commission proven was caused by PSG's fraud arising from the handling of funds in the limit/allowance accounts?

    _____

22. What amount of damages arising from the handling of funds in the limit/allowance accounts have the Town of Rockland and Rockland Sewer Commission already recovered from the relevant banks?

    _____

23. What amount of damages do you award the Town of Rockland and Rockland Sewer Commission arising from PSG's handling of funds in the limit/allowance accounts? (subtract your answer to Question 22 from your answer to Question 21)

    _____

**V. Negligent Misrepresentation**

24. Is PSG liable for a negligent misrepresentation to the Town of Rockland and Rockland Sewer Commission arising from PSG's certification that it submitted its proposal in good faith and without collusion or fraud with any other person?

    Yes _____    No _____

    If "No," then skip to Question No. 27

25. Did the Town of Rockland and Rockland Sewer Commission prove that they have suffered damages caused by PSG's negligent misrepresentation?

    Yes _____    No _____

    If "No," then skip to Question No. 27

26. What amount of damages have the Town of Rockland and Rockland Sewer Commission proven was caused by the negligent misrepresentation?

    _____

8

## VI.  Negligence

27. Did PSG owe a duty of care to the Town of Rockland and Rockland Sewer Commission arising from the payment of funds from the limit/allowance accounts?

    Yes _____   No _____

    If "No," then skip remaining questions

28. Did PSG breach this duty of care to the Town of Rockland and Rockland Sewer Commission?

    Yes _____   No _____

    If "No," then skip remaining questions

29. Have the Town of Rockland and Rockland Sewer Commission proven that they have suffered damages caused by PSG's breach of duty?

    Yes _____   No _____

    If "No," then skip remaining questions

30. What amount of damages have the Town of Rockland and Rockland Sewer Commission proven was caused by PSG's breach of duty?

    _____

31. What amount of damages arising from the payment of funds from the limit/allowance accounts have the Town of Rockland and Rockland Sewer Commission already recovered from the relevant banks?

    _____

32. What amount of damages do you award the Town of Rockland and Rockland Sewer Commission arising from the payment of funds from the limit/allowance accounts (subtract your answer to Question 31 from your answer to Question 30).

    _____

Signed:

_____    _____
Jury Foreperson                                        Date

9

        Respectfully submitted,

        PROFESSIONAL SERVICES GROUP, INC.,
        By its attorneys,

        /s/ David M. Osborne
        Maria R. Durant (BBO # 558906)
        David M. Osborne (BBO # 564840)
        Sara E. Noonan (BBO # 645293)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA  02210
        (617) 371-1000

Dated:  August 16, 2006

## CERTIFICATE OF SERVICE

    I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 16, 2006.

        /s/ David M. Osborne
        David M. Osborne