UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC.,

    Plaintiff,

v.

TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON, and MICHAEL SAUSÉ,

    Defendants.
_____
TOWN OF ROCKLAND and ROCKLAND SEWER COMMISSION,

    Plaintiffs-in-Counterclaim and Crossclaim,

v.

PROFESSIONAL SERVICES GROUP, INC.,

    Defendants-in-Counterclaim,

and MICHAEL SAUSÉ,

    Defendant-in-Crossclaim.

04-CV-11131-PBS

MOTION of the MASSACHUSETTS ATTORNEY GENERAL
and the MASSACHUSETTS INSPECTOR GENERAL FOR
<u>LEAVE TO FILE MEMORANDUM OF LAW *AMICUS CURIAE*</u>

    The Massachusetts Attorney General and the Massachusetts Inspector General move for leave to file their Memorandum of Law *Amicus Curiae,* submitted herewith, on a matter of state law: Whether a city or town that has awarded a contract under the state Uniform Procurement Act, M.G.L. c. 30B (the "Act"), may bring a civil action to recover double damages and fines

from someone who has conspired to cause that contract to be awarded illegally.  The bases for this motion are as follows:

1.      The Attorney General is the chief law enforcement officer for the Commonwealth with the authority and duty to appear for all state agencies in litigation and to set the Commonwealth's legal policy.  See M.G.L. c. 12, § 3.

2.      The Inspector General is charged with the prevention of fraud, waste, and abuse in the expenditure of public funds, M.G.L. c. 12A, § 7, and has specific responsibilities in connection with the Uniform Procurement Act.  See M.G.L. c. 30B, § 17(d).

3.      It has been brought to the attention of the Attorney General and the Inspector General (collectively, "*amici*") by counsel for the Town of Rockland and the Rockland Sewer Commission that an issue has arisen in this litigation about the legal ability of these parties to maintain their counterclaim against the plaintiff brought under M.G.L. c. 30B, § 17(c), and that the Court has expressed interest in the views of the *amici* on this question.

4.      If this matter were on appeal, the *amici* would be permitted to file their memorandum as of right.  Fed. R. App. P. 29(a).

WHEREFORE, the *amici* respectfully request leave to file the Memorandum of Law *Amicus Curiae* of the Massachusetts Attorney General and the Massachusetts Inspector General, submitted herewith.

    Respectfully submitted,

    THOMAS F. REILLY, Attorney General of the
    Commonwealth of Massachusetts, and GREGORY
    W. SULLIVAN, as Inspector General for the
    Commonwealth of Massachusetts,

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


  /s/Juliana deHaan Rice
Juliana deHaan Rice, BBO 564918
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, Massachusetts 02108-1698
(617) 727-2200, ext. 2062


Dated: August 18, 2006


**Statement of Compliance with Local Rule 7.1(A)(2)**

The undersigned counsel hereby certifies that she consulted with counsel for PSG and for the Town of Rockland and Rockland Sewer Commission by telephone on August 17 and by e-mail on August 18, 2006, to seek their assent to the within motion. Counsel for the Town of Rockland and Rockland Sewer Commission, Attorneys Joanne D'Alcomo and Seth Nesin, assented to this motion. Counsel for the plaintiffs, David M. Osborne, Esq., has not assented.


/s/ Juliana deHaan Rice
Juliana deHaan Rice
Assistant Attorney General


**Certificate of Service**

The undersigned counsel hereby certifies that this document filed through the ECF system will be sent electronically to all registered participants and that paper copies will be sent to any nonregistered participants on August 18, 2006.

/s/ Juliana deHaan Rice
Juliana deHaan Rice
Assistant Attorney General