UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Plaintiff, | ) ) ) | Civil No. 0411131-PBS |
| v. | ) ) | |
| TOWN OF ROCKLAND, et al, | ) ) ) ) | |

**TOWN OF ROCKLAND'S AND ROCKLAND SEWER COMMISSION'S
PROPOSED ALTERNATIVE JURY VERDICT FORM FOR THE UNIFORM
PROCUREMENT ACT CLAIM**

If the Court does not wish to inquire of the jury directly as to whether the plaintiff Professional Services Group, Inc. violated the Uniform Procurement Act, as provided in the Town of Rockland's and Rockland Sewer Commission's ("Town") proposed jury verdict form (revised), the Town hereby submits alternative jury questions based on its claim under the Uniform Procurement Act:

I. Uniform Procurement Act

1.  Did Michael Sausé cause, or conspire with Gregory Thomson to cause, the contract to operate the Rockland wastewater treatment plan to be solicited or awarded in 1997 in bad faith?

    **YES**_____          **NO**_____

    [If your answer is "Yes," please proceed to Question 2]
    [If your answer is "No," please proceed to Question 4.]

2.  Is PSG vicariously liable for the acts of Michael Sausé in causing, or conspiring to cause, the contract to operate the Rockland wastewater treatment plant to be solicited or awarded in 1997 in bad faith?

**YES**_____       **NO**_____

[If your answer is "Yes," please proceed to Question 3.]
[If your answer is "No," please proceed to Question 4.]

3.  Please state the amount of money, if any, that you award the Town in each of the following categories of damages claimed by the Town for damages suffered as a result of the contract to operate the Rockland wastewater treatment plant having been solicited or awarded in 1997 in bad faith:

>   a.  cost of new procurement in 2004 _____
>   b.  difference in what Town paid and what it likely would have paid if the procurement had not been solicited or awarded in bad faith_____
>   _____
>   c.  rebate money withheld by PSG for 2003-2004 contract year_____
>   d.  costs associated with checks issued by PSG and deposited by Michael Sausé or Gregory Thomson _____
>   e.  costs associated with funds claimed by Town to have been mishandled by PSG _____
>   f.  cost of forensic audit _____.

[PLEASE PROCEED TO QUESTION 4.]

4.  In October 1997, at the time PSG submitted its proposal to operate the Rockland wastewater treatment plant, did PSG have the capability to perform the contract requirements and the integrity and reliability which assures good faith performance?

**YES**_____       **NO**_____

[If your answer is "Yes," please proceed to Question 5.]
[If your answer is "No," please proceed to Question 8.]

5.  Did Michael Sausé cause, or conspire with Gregory Thomson to cause, the contract to operate the Rockland wastewater treatment plant to be awarded in 1997 to PSG?

**YES**_____       **NO**_____

[If your answer is "Yes," please proceed to Question 6.]
[If your answer is "No," please proceed to Question 8.]

6.  Is PSG vicariously liable for the acts of Michael Sausé in causing, or conspiring to cause, the contract to operate the Rockland wastewater treatment plant to be awarded to PSG?

    **YES**_____            **NO**_____

    [If your answer is "Yes," please proceed to Question 7.]
    [If your answer is "No," please proceed to Question 8.]

7.  Please state the amount of money, if any, that you award the Town in each of the following categories of damages claimed by the Town for damages suffered as a result of  the  contract to operate the Rockland wastewater treatment plant having been awarded to PSG:

    a.  cost of new procurement in 2004 _____
    b.  difference in what Town paid and what it likely would have paid if the contract had not been awarded to PSG _____
    c.  rebate money withheld by PSG for 2003-2004 contract year_____
    d.  costs associated with checks issued by PSG and deposited by Michael Sausé or Gregory Thomson _____
    e.  costs associated with funds claimed by Town to have been mishandled by PSG _____
    f.  cost of forensic audit _____.


    [PLEASE PROCEED TO QUESTION 8.]


8.  At the time that PSG submitted its proposal in 1997 to operate the Rockland wastewater treatment, did PSG falsely certify that, either directly or indirectly, it had not entered into any agreement, participated in any collusion, or otherwise taken any action in restraint of free competitive bidding in connection with its proposal?


    **YES**_____            **NO**_____

    [If your answer is "Yes," please proceed to Question 9.]
    [If your answer is "No," please proceed to Question _____. (*Insert Number of First Fraud Question, Renumbered*)]


9.  Please state the amount of money, if any, that you award the Town in each of the following categories of damages claimed by the Town for damages suffered as a result of the PSG having submitted a false certification:

a. cost of new procurement in 2004 _____
b. difference in what Town paid and what it likely would have paid if PSG had not made the false certification _____
c. rebate money withheld by PSG for 2003-2004 contract year_____
d. costs associated with checks issued by PSG and deposited by Michael Sausé or Gregory Thomson _____
e. costs associated with funds claimed by Town to have been mishandled by PSG _____
f. cost of forensic audit _____.

[PLEASE PROCEED TO QUESTION _____. *(Insert Number of First Fraud Question, Renumbered)*]

TOWN OF ROCKLAND AND
ROCKLAND SEWER COMMISSION,

By their attorneys:

/s/   Joanne D'Alcomo_____
Joanne D'Alcomo (BBO # 544177)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
617-951-0500