UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                              )
PROFESSIONAL SERVICES          )
GROUP, INC.,                              )
                                              )
            Plaintiff,                      )
                                              )
     v.                                     )
                                              )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION, GREGORY )
THOMSON and MICHAEL SAUSÉ, )
_____)
                                              )
TOWN OF ROCKLAND, ROCKLAND )
SEWER COMMISSION,            )
                                              )
            Plaintiffs-in-Counterclaim )         Civil No. 04-11131-PBS
            and Crossclaim           )
                                              )
     v.                                     )
                                              )
PROFESSIONAL SERVICES          )
GROUP, INC.,                              )
                                              )
            Defendant-in-Counterclaim, )
                                              )
and                                         )
                                              )
MICHAEL SAUSÉ,                      )
                                              )
            Crossclaim Defendant   )
_____)

**PLAINTIFF'S MOTION FOR JUDGMENT AS A MATTER OF LAW
ON ALL COUNTS**

Plaintiff Professional Services Group, Inc. ("PSG") hereby moves pursuant to Fed. R. Civ. P. 50(a) for judgment as a matter of law on its breach of contract claim against Defendants Town of Rockland and Rockland Sewer Commission and on all of Defendants' claims. For the reasons discussed in the accompanying memorandum of law, Defendants have failed to prove

any affirmative defense to Plaintiff's claim or any of the counts in their counterclaim. Therefore, the Court should enter judgment in favor of PSG on all counts.

> Respectfully submitted,
> **PROFESSIONAL SERVICES GROUP, INC.**,
> By its attorneys,
>
> _/s/ David M. Osborne_
> Maria R. Durant (BBO # 558906)
> David M. Osborne  (BBO # 564840)
> Sara E. Noonan (BBO # 645293)
> DWYER & COLLORA, LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue, 12th Floor
> Boston, MA  02210
> (617) 371-1000

Dated:  August 23, 2006

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that on August 23 2006, I made an unsuccessful good faith attempt to eliminate and narrow the issues raised in this motion by conferring with opposing counsel.

> _/s/ David M. Osborne_
> David M. Osborne

## CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 23, 2006.

> _/s/ David M. Osborne_
> David M. Osborne