UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | )<br>)<br>)<br>) |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | )<br>)<br>) |
| Plaintiffs-in-Counterclaim and Crossclaim | ) Civil No. 04-11131-PBS<br>) |
| v. | )<br>) |
| PROFESSIONAL SERVICES GROUP, INC., | )<br>)<br>) |
| Defendant-in-Counterclaim, | )<br>) |
| and | )<br>) |
| MICHAEL SAUSÉ, | )<br>) |
| Crossclaim Defendant | ) |

**PLAINTIFF'S SECOND PROPOSED JURY VERDICT FORM**

Plaintiff Professional Services Group, Inc. ("PSG") submits the following proposed special verdict form based on revisions to the draft form provided by the Court on August 21, 2006. Plaintiff submits this proposed form subject to the Court's ruling on Plaintiff's Motion for Judgment as a Matter of Law, and reserves the right to amend or supplement this proposed form.

## Special Verdict Form

### Rockland's Counterclaims of Fraud & c. 30B

      1(a).  Did Rockland and the Sewer Commission prove that the contract was invalid because PSG knowingly and falsely certified that PSG's proposal was made in good faith and without collusion or fraud with any other person?

          _____ Yes          _____ No

      1(b).  Did Rockland and the Sewer Commission prove that Michael Sause, acting within the scope of his employment at PSG and on its behalf, caused or conspired with Gregory Thomson to cause the contract to be awarded in violation of a provision of the Uniform Procurement Act?

          _____ Yes          _____ No

      1(c).  Did Rockland and the Sewer Commission prove that Michael Sause or any other PSG employee, acting within the scope of his employment at PSG and on its behalf, made or caused to be made a fraudulent and material misrepresentation upon which the Sewer Commission actually and reasonably relied in awarding PSG the contract?

          _____ Yes          _____ No

      1(d).  If you answered yes to 1(b) or 1(c), what amount of damages do you award as a result?

$\qquad\$\ \underline{\hspace{4in}}$
                   (Dollars)

$\qquad\underline{\hspace{4in}}$
                   (Words)

**[If you answered Yes to Q.l(a) or l(b), go to Q.8. If you answered No to Q .1(a) , l (b) and 1(c), answer Q.2]**

**PSG & Rockland's Claims and Counterclaims for Breach of Contract**

      2.  Did PSG prove that Rockland and the Sewer Commission committed a material breach of the 1998 contract when Rockland and the Sewer Commission terminated the contract on April 12, 2004?

        \_\_\_\_\_ Yes         \_\_\_\_\_ No

**[If you answered yes to Q.2, go to Q.3.  If you answered no to Q.2, go to Q.5]**

      3.  Did this breach of contract proximately cause PSG any monetary damages?

        \_\_\_\_\_ Yes         \_\_\_\_\_ No

**[If you answered yes to Q.3, answer Q.4; if you answered no to Q.2, go to Q.5]**

      4.  If so, did the damages exceed the amount withheld as a result of the termination of the contract?

        \_\_\_\_\_ Yes         \_\_\_\_\_ No

**[Answer Q.5 only if you answered Q.2 no]**

      5.  Did Rockland and the Sewer Commission prove that PSG committed a material breach of the 1998 contract by violating provisions of the contract governing the maintenance of accounts?

        \_\_\_\_\_ Yes         \_\_\_\_\_ No

**[If you answered yes to Q.5, answer Q.6; otherwise, answer Q.8]**

  6. Did this breach of contract proximately cause Rockland and the Sewer Commission any damages?

    _____ Yes     _____ No

**[If you answered yes to Q.6, answer Q.7; if you answered no to Q.6, go to Q.8]**

  7. What amount of damages did Rockland and the Sewer Commission suffer as a result of any breach of contract?

    $ _____
        (Dollars)

    _____
        (Words)

**Rockland's Conflict of Interest Counterclaims**

**[Answer Q.8]**

  8(a). Did Rockland and the Sewer Commission prove that Sause or any other PSG employee, acting within the scope of his employment and on PSG's behalf, directly or indirectly, corruptly gave anything of value to Thomson with the corrupt intent to influence Thomson in connection with an official act in the drafting and publication of the request for proposals (RFP), and that Thomson was motivated by what Sause gave him to perform that official act?

    _____ Yes     _____ No

  8(b). Did Rockland and the Sewer Commission prove that Sause or any other PSG employee, acting within the scope of his employment and on PSG's behalf, directly or indirectly, gave something of substantial value to Thomson for or because of any specific official act performed or to be performed by Thomson in the drafting and publication of the RFP?

    _____ Yes     _____ No

**[If you answered yes to Q.8(a) or (b), go to Q.9 and Q.10. If you answered Q.8(a) and (b) no, go to Q.11]**

    9. What is the amount of money that will fairly compensate Rockland and the Sewer Commission for the amount of any economic advantage that resulted from the conflict of interest violation?

        $ _____
                (Dollars)

        _____
                (Words)

    10. Should the amount of money that you awarded in Q. 9, if any, be doubled?

        _____ Yes         _____ No

**Rockland's Counterclaims for Negligent Misrepresentation**

**[Answer Q.11]**

    11. Did Rockland and the Sewer Commission prove that PSG made a negligent misrepresentation when it submitted the non-collusion affidavit and that Rockland and the Sewer Commission actually and reasonably relied on the affidavit?

        _____ Yes         _____ No

**[If you answer Q.11 yes, go to Q.12. If you answer Q.11 no, go to Q.14]**

    12. Did Rockland and the Sewer Commission prove that this negligent misrepresentation proximately caused any damages?

        _____ Yes         _____ No

**[If you answer Q.12 yes, go to Q.13. If you answer Q.12 no, go to Q.14]**

13. What is the amount of damages caused by the negligent misrepresentation?

        $ _____
                (Dollars)

        _____
                (Words)

**[Answer Q.14]**

    14. What is the total amount of damages you award against PSG?

        $ _____
                (Dollars)

        _____
                (Words)

**[Do not include any money recovered in the litigation against the banks].**

    I certify that the answers to the above questions are unanimous.


                                                _____
                                                Jury Foreperson

Dated:

Respectfully submitted,

PROFESSIONAL SERVICES GROUP, INC.,
By its attorneys,

    /s/ David M. Osborne
Maria R. Durant (BBO # 558906)
David M. Osborne  (BBO # 564840)
Sara E. Noonan (BBO # 645293)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

Dated:  August 23, 2006

**CERTIFICATE OF SERVICE**

    I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on August 23, 2006.

    /s/ David M. Osborne
David M. Osborne