UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, | ) ) ) | |
| Plaintiffs-in-Counterclaim and Crossclaim | ) ) ) | Civil No. 04-11131-PBS |
| v. | ) ) | |
| PROFESSIONAL SERVICES GROUP, INC., | ) ) ) ) | |
| Defendant-in-Counterclaim, | ) ) | |
| and | ) ) | |
| MICHAEL SAUSÉ, | ) ) | |
| Crossclaim Defendant | ) ) | |

**<u>DEFENDANT'S ADDITIONAL PROPOSED JURY INSTRUCTION</u>**

The Town of Rockland and Rockland Sewer Commission (collectively "the Town") hereby submits an additional proposed jury instruction:

You have heard, during the course of this case, testimony concerning the Town of Rockland and the Rockland Sewer Commission. Under Massachusetts law, any contract made by the Rockland Sewer Commission is a contract made in the name of the Town of Rockland. By law, the Rockland Sewer Commission cannot enter into a contract only for itself. The Sewer Commission can sign a contract, but the contract is made in the name of the Town.

Also, by state law, no contract may be made or financial obligation incurred by the Sewer commission for any purpose that would require an expenditure in excess of the amount of money appropriated by the Town for such purpose.

1913 Mass. Acts, Ch. 338, Section 13.

TOWN OF ROCKLAND AND
ROCKLAND SEWER COMMISSION,
By their attorneys:

/s/ Seth Nesin
Joanne D'Alcomo (BBO # 544177)
Howard P. Blatchford, Jr. (BBO #045580)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
617-951-0500

Dated:  August 23, 2006