AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

Professional Services Group, Inc.
V.
Town of Rockland, et al

**EXHIBIT**  **LIST**

Case Number: 04-CV-11131-PBS  PAGE 1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Osborne, Durant | D'Alcomo, Nesin |
| TRIAL DATE(S) 7-31-06, 8/1, 8/3, 8/4, 8/7, 8/8, 8/9, 8/10, 8/11, 8/21, 8/22, 8/23, 8/24, 8/25 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 160 | | 7/31/06 | | ✓ | 1993 CONTRACT |
| 7 | | 7/31/06 | | ✓ | @ 7-25-94 CONTRACT |
| 236 | | 7/31/06 | | ✓ | 7-1-96 ASSIGNMENT OF AGREEMENT |
| 237 | | 7/31/06 | | ✓ | PHOTO OF PLANT |
| 2 | | 7/31/06 | ✓ | ✓ 8-23-06 | LETTER FROM HAWLEY TO FAIRFIELD |
| 155 | | 7/31/06 | | ✓ | LETTERS FROM VARJABEDIAN TO DEP |
| 191 | | 7/31/06 | | ✓ | 3-30-04 LETTER FROM CORVI TO HODGKINS |
| 3 | | 8/1/06 | | ✓ | 4-94 RFP |
| 8 | | 8/1/06 | | ✓ | 7-1-95 AGREEMENT - SAUSE; RSC |
| 133 | | 8/1/06 | | ✓ | 9-25-97 LETTER FROM THOMPSON TO SAUSE |
| 137 | | 8/1/06 | | ✓ | 10-3-97 PSG PLAN OF SERVICE TO ROCKLAND |
| 239 | | 8/1/06 | | ✓ | 10-10-97 LETTER FROM THOMPSON TO SAUSE - ACCEPTANCE |
| 138 | | 8/1/06 | | ✓ | |
| 141 | | 8/1/06 | | ✓ | 11-97 — 3/98 DOCUMENTS RE: CHECKS PSG ACCOUNT TO THOMPSON |
| 214 | | 8/1/06 | | ✓ | IRS RULING REV. PROC. 97-13 |
| 235 | | 8/1/06 | | ✓ | 2-1-99 & 5-27-99 CHECKS FROM SAUSE TO THOMPSON |
| 210 | | 8/1/06 | | ✓ | CERT. CONVICTION - MICHAEL SAUSE |
| 212 | | 8/1/06 | | ✓ | CERT. CONVICTION - GREG THOMPSON |
| 192 | | 8/1/06 | | ✓ | 4-9-04 NOTICE TO VACATE |
| | 711 | 8/1/06 | | ✓ | 5-23-02 CHECK REQUEST |
| | 500 | 8/1/06 | | ✓ | 7-21-97 RFP |
| | | 8/1/06 | | ✓ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT** ▓▓▓ **LIST – CONTINUATION**  PAGE 2

Professional Services Group, Inc. vs. Town of Rockland, et al — CASE NO. 04-CV-11131-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 727 | 8/1/06 |  | ✓ | POLICIES & PROCEDURES |
|  | 577 | 8/3/06 |  | ✓ | 12/14/94 MICHAEL SAUSE EVALUATION |
|  | 578 | 8/3/06 |  | ✓ | 10/15/95 MICHAEL SAUSE EVALUATION |
|  | 585 | 8/3/06 |  | ✓ | 11/12/98 MICHAEL SAUSE EVALUATION |
|  | 591 | 8/3/06 |  | ✓ | 3/8/01 MICHAEL SAUSE EVALUATION – US FILTER |
|  | 596 | 8/3/06 |  | ✓ | 10/23/02 MICHAEL SAUSE REINSTATEMENT LETTER |
|  | 539 | 8/3/06 |  | ✓ | 6/28/96 LETTER FROM SAUSE TO THOMPSON |
| 96 |  | 8/3/06 |  | ✓ | 3/1/98 – 4/11/04 ROCKLAND RECONCILIATIONS (SIX) |
| 101 |  | 8/3/06 |  | ✓ | 12/6/00 MEMO RE: ACCOUNT RECONCILIATIONS |
| 234 |  | 8/3/06 |  | ✓ | 12/98 – 5/02 PSG/US FILTER CHECK RELATED DOCUMENTS |
|  | 552 | 8/3/06 |  | ✓ | 10/30/97 PSG CHECK REQUEST ($6,000) |
|  | 660 | 8/4/06 |  | ✓ | 1/19/00 CHECK REQUEST INCLUDING THOMPSON LETTER |
|  | 240 | 8/4/06 |  | ✓ |  |
|  | 241 | 8/4/06 |  | ✓ |  |
|  | 625 | 8/4/06 | ✓ |  | 11-5-03 IG LETTER TO TOWN OF ROCKLAND |
|  | 626 | 8/4/06 | ✓ |  | 11-19-03 IG LETTER TO ROCKLAND SEWER COMM |
|  | 627 | 8/4/06 | ✓ | ✓ | 1-30-04 IG LETTER TO TOWN OF ROCKLAND |
|  | 716 | 8/4/06 | ✓ | ✓ 8/24/06 | 2-25-04 FORENSIC INVESTIGATION |
| 10 |  | 8/4/06 |  | ✓ | 12/12/96 SEWER COMMISSION MEETING MINUTES |
| 11 |  | 8/4/06 |  | ✓ | 1-14-97 SEWER COMMISSION MEETING MINUTES |
| 116 |  | 8/4/06 |  | ✓ | 5-19-97 ARTICLE 33 |
| 232 |  | 8/4/06 |  | ✓ | 2004-2005 ROCKLAND v. WAINWRIGHT BANK PLEADINGS |
| 218 |  | 8/4/06 | ✓ | ✓ | 1995 MANAGEMENT LETTER |
| 219 |  | 8/4/06 | ✓ |  | 1996 MANAGEMENT LETTER |
| 242 |  | 8/4/06 |  | ✓ | SETTLEMENT AGREEMENT |
| 243 |  | 8/4/06 |  | ✓ | SETTLEMENT AGREEMENT |
| 83 |  | 8/4/06 |  | ✓ | 7-11-96 FAX FROM HAYLAND TO THOMPSON |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)    EXHIBIT ▮▮▮ LIST – CONTINUATION    PAGE 3

| Professional Services Group, Inc. | vs. | Town of Rockland, et al | CASE NO. 04-CV-11131-PBS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 240 | | 8/4/06 | | ✓ | CHART – PSG REALIZED INCOME UNDER 1998 CONTRACT |
| 241 | | 8/4/06 | | ✓ | CHART – PSG PROJECTED INCOME UNDER 1998 CONTRACT |
| | 511 | 8/7/06 | | ✓ | 11/8/96 MINTZ LEVIN LETTER TO MICHAEL SAUSE |
| | 605 | 8/7/06 | | ✓ | 5/8/97 LETTER FROM OIG TO GREG THOMSON |
| | 542 | 8/7/06 | | ✓ | 5/30/97 FAX TO OIG FROM GREG THOMSON |
| | 541 | 8/7/06 | | ✓ | 5/30/97 DRAFT LETTER TO OIG |
| | 862 | 8/7/06 | | ✓ | CHART – PSG'S NORWELL OFFICE |
| | 861 | 8/7/06 | | ✓ | CHART – SEWER PLANT OFFICES, 1997 |
| | 501 | 8/7/06 | | ✓ | 6/97 DRAFT RFP |
| | 527 | 8/7/06 | | ✓ | 8/19/97 ROCKLAND ADDENDUM #2 TO RFP |
| | 528 | 8/7/06 | | ✓ | 8/25/97 ROCKLAND ADDENDUM #3 TO RFP |
| | 529 | 8/7/06 | | ✓ | 9/10/97 ROCKLAND ADDENDUM #4 TO RFP |
| | 530 | 8/7/06 | | ✓ | 9/25/97 ROCKLAND ADDENDUM #5 TO RFP |
| | 534 | 8/7/06 | | ✓ | 11/21/97 LETTER FROM THOMSON TO SAUSE |
| | 540 | 8/7/06 | | ✓ | 6/28/96 PSG INVOICE # 50112, $100,686 |
| | 864 | 8/8/06 | | ✓ | 6/28/96 PSG INVOICE # 50112 $100,686 |
| | 670 | 8/8/06 | | ✓ | 10/13/00 CHECK REQUEST FOR $2,300 |
| | 691 | 8/8/06 | | ✓ | 10/25/01 CHECK REQUEST FOR $8,928.98 |
| 9 | | 8/8/06 | | ✓ | 7/11/95 SEWER COMM. MEETING MINUTES |
| | 752 | 8/8/06 | | ✓ | 11/16/95 EXPENSE REPORT |
| 126 | | 8/8/06 | | ✓ | 8/6/97 LETTER FROM THOMSON TO STATE ETHICS COMM. |
| 247 | | 8/8/06 | | ✓ | PROJECT REPORT – TOWN OF ROCKLAND |
| 131 | | 8/8/06 | | ✓ | 9/23/97 LETTER FROM AMER. ANGLIAN TO THOMSON |
| 130 | | 8/8/06 | | ✓ | 9/5/97 LETTER FROM AMER. COMM. MGMT SERVICES TO THOMSON |
| 167 | | 8/8/06 | | ✓ | 2/6/99 NORTH ABINGTON COOP BANK SIGNATURE CARDS |
| 18 | | 8/9/06 | | ✓ | 12/97 – 2/99 WAINWRIGHT BANK RECORDS |
| 17 | | 8/9/06 | | ✓ | 5/19/97 ARTICLE 63 – TEN YR. CONTRACT |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)   EXHIBIT ▮▮▮▮▮ LIST – CONTINUATION   PAGE 4

Professional Services Group, Inc.   vs.   Town of Rockland, et al   CASE NO. 04-CV-11131-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 201 | | 8/9/06 | | ✓ | PHOTO OF SAUSE – HOT TUB |
| 202 | | 8/9/06 | | ✓ | PHOTO OF SAUSE – HOT TUB |
| 203 | | 8/9/06 | | ✓ | PHOTO OF SAUSE & THOMSON W/ CORONAS |
| 204 | | 8/9/06 | | ✓ | PHOTO OF THOMSON WITH LIP MARKS |
| 206 | | 8/9/06 | | ✓ | PHOTO OF SAUSE & THOMSON W/ CHIPS AND MONEY |
| | 552 | 8/9/06 | | ✓ | 10/30/97 PSG CHECK REQUEST $6,000 |
| | 252 | 8/9/06 | | ✓ | 11/8/96 LETTER FROM LAURIE TO SAUSE |
| | 734 | 8/9/06 | | ✓ | 4/27/98 EMAIL WHITE TO SOLOMON – REBATE BREAKDOWN |
| | 526 | 8/9/06 | | ✓ | 8/13/97 ROCKLAND ADDENDUM #1 TO RFP |
| | 600 | 8/9/06 | | ✓ | 1/10/03 EXCERPTS FROM SAUSE PERSONNEL FILE – US FILTER |
| | 655 | 8/9/06 | | ✓ | 11/22/99 CHECK FOR $5,000 |
| | 657 | 8/9/06 | | ✓ | 12/13/99 CHECK FOR $4,000 |
| | 658 | 8/9/06 | | ✓ | CHECK REQUEST FOR $4,000 INCL THOMSON LETTER 12/9/99 |
| | 582 | 8/9/06 | | ✓ | 10/31/96 EXCERPTS FROM SAUSE PERSONNEL FILE PSG PERF. EVAL 1996 |
| | 557 | 8/9/06 | | ✓ | PHOTO – SAUSE WITH GROUP AT DINNER |
| | 724 | 8/9/06 | | ✓ | ROCKLAND CONTRACT OPERATIONS COST PROPOSAL |
| | 545 | 8/9/06 | | ✓ | CERTIFICATE OF NON-COLLUSION |
| | 505 | 8/9/06 | | ✓ | 10/9/97 LETTER FROM SHEH TO SAUSE |
| | 712 | 8/10/06 | | ✓ | ROCKLAND CHECK TO VARJABEDIAN $1,600 |
| | 864 | 8/10/06 | | ✓ | ROCKLAND CHECK TO OIG $200 |
| | 868 | 8/11/06 | | ✓ | AUDITING DOCUMENT |
| 262 | | 8/11/06 | | ✓ | ROCKLAND PSG CONTRACT OPERATIONS CREDITS |
| | 544 | 8/21/06 | | ✓ | 10/97 PRICE PROPOSAL – PSG |
| 139 | | 8/21/06 | | ✓ | 11/10/97 LETTER FROM THOMPSON TO DONOVAN |
| | 774 | 8/21/06 | | ✓ | 9/4/97 MEMO TO MIKE |
| | 772 | 8/21/06 | | ✓ | EXCERPTS FROM FOLDER "2001 BUDGET" |
| | 745 | 8/21/06 | | ✓ | ROCKLAND CHANGE ORDER CHART |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)　　　EXHIBIT ■■■■ LIST – CONTINUATION　　PAGE 5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 712 | 8/4/06 |  | ✓ | 1/21/98 WAINWRIGHT BANK CHECK TO VARJABEDIAN |
|  |  | 8/21/06 |  | ✓ |  |
| 103 |  | 8/22/06 |  | ✓ | 11/17/97 AP SUBSIDIARY HISTORY WITH NOTES |
| 264 |  | 8/22/06 |  | ✓ |  |
|  | 869 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – JULY/AUG, 1998 |
|  | 870 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – JUNE, 2000 |
|  | 871 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – JULY, 2000 |
|  | 872 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – APRIL, 2001 |
|  | 873 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – MAY/JUNE, 2003 |
|  | 874 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – JULY, 2003 |
|  | 875 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – ~~SEPT.~~ AUG., 2003 |
|  | 876 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – SEPT., 2003 |
|  | 877 | 8/22/06 |  | ✓ | MONTHLY OPERATING REPORT – JANUARY, 2004 |
|  | 757 | 8/22/06 |  | ✓ | FAX RE: COPY OF ENGINEERING SERVICES CHANGE ORDER, 7-9-96 INVOICE |
|  | 515 | 8/22/06 |  | ✓ | 10/10/96 FAX FROM VARJABEDIAN TO LAURIE |
|  | 510 | 8/22/06 |  | ✓ | 2/28/97 MINTZ LEVIN BILLING MEMO |
|  | 615 | 8/22/06 |  | ✓ | 8/14/97 LETTER FROM WOODARD & CURRAN TO GREG THOMSON |
| 193 |  | 8/22/06 |  | ✓ | 5/04 RFP |
|  | 531 | 8/23/06 |  | ✓ | 2/24/98 FAX TO HYLAND FROM SAUSE |
|  | 532 | 8/23/06 |  | ✓ | 2/26/98 FAX TO HYLAND FROM SAUSE |
|  | 533 | 8/23/06 |  | ✓ | 2/26/98 FAX TO HYLAND FROM SAUSE |
| 112 |  | 8/23/06 |  | ✓ | 1/24/97 – 3/25/98 INVOICES FROM KOPELMAN & PAIGE TO ROCKLAND SEWER COMM. |
| 15 |  | 8/23/06 |  | ✓ | 1/21/97 SEWER COMM. MEETING MINUTES |
|  | 554 | 8/23/06 |  | ✓ | 10/1/04 ROCKLAND FINAL RECONCILIATION SUMMARY 3/1/03 – 2/29/04 & 3/1/04 – 4/11/04 |
|  | 878 | 8/23/06 |  | ✓ | CHART PSG CHECKS TO TOWN OF ROCKLAND NOT DEPOSITED IN TOWN ACCOUNTS |
|  | 879 | 8/23/06 |  | ✓ | CHART PSG CHECKS TO TOWN OF ROCKLAND DEPOSITED IN TOWN ACCOUNTS |
| 267 |  | 8/23/06 |  | ✓ | FEE AGREEMENT BETWEEN ROCKLAND & YEAGER SMITH |

Professional Services Group, Inc. vs. Town of Rockland, et al  CASE NO. 04-CV-11131-PBS

AO 187A (Rev. 7/87)   **EXHIBIT** ~~~~~~ **LIST – CONTINUATION**   PAGE 6

| Professional Services Group, Inc. | vs. | Town of Rockland, et al | CASE NO. 04-CV-11131-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 266 |  | 8/23/06 |  | ✓ | RELEASE – WAINWRIGHT BANK |
| 265 |  | 8/23/06 |  | ✓ | RELEASE – NORTH ASINGTON BANK |
|  | 800 | 8/23/06 |  | ✓ | MINIMUM PROFITS EARNED BY PSG 3/1/98-4/12/04 CHART |
| 87 |  | 8/23/06 |  | ✓ | 1/14/97 LETTER FROM HYLAND TO ROCKLAND SEWER COM |
| 233 |  | 8/23/06 |  | ✓ | 2/99-5/02 NORTH ASINGTON COOPERATIVE BANK RECORD |
| 24 |  | 8/23/06 |  | ✓ | LETTER WEEKS TO SMUSE |
| 54 |  | 8/23/06 |  | ✓ | COST DETAIL RPT |
| 205 |  | 8/23/06 |  | ✓ | PICTURE OF SAUCE W/ MONKEY |
| 209 |  | 8/23/06 |  | ✓ | STIPULATION |
| 249 |  | 8/23/06 |  | ✓ | CHECK TO THOMSON |
| 283 |  | 8/23/06 |  | ✓ | SEMINAR REG FORM |
| 723 |  | 8/23/06 |  | ✓ | LETTER TO DONOVAN FROM THOMSON |
| 751 |  | 8/23/06 |  | ✓ | AVIS CAR RENT |
| 88 |  | " |  | ✓ | APP FOR EMPLOYMENT |
| 12 |  | " |  | ✓ | 1/14/97 MINUTES OF MEETING |
| 13 |  | " |  | ✓ | 1/21/97 MINUTES OF MEETING |
| 16 |  | " |  | ✓ | 1/22/97 MINUTES OF MEETING |
| 89 |  | " |  | ✓ | MONTHLY OPER RPT |
| 118 |  | " |  | ✓ | FAX THOMSON TO ZIMMERMAN |
| 149 |  | " |  | ✓ | LETTER FROM THOMSON |
| 246 |  | " |  | ✓ | FAX SOLOMON TO VARTABEDIAN |
|  | 782 | " |  | ✓ | WOODARD & CURRAN FAX |
|  | 729 | " |  | ✓ | CHECKS ROCKLAND TO PSG |
|  | 743 | " |  | ✓ | CHANGE ORDER 3/8/96 |
|  | 113 | " |  | ✓ | 2/21/97 FAX |
|  | 114 | " |  | ✓ | 5/97 OIG SEMINAR LETTER |
|  | 613 | " |  | ✓ | 12/1/00 EMAIL VARTABEDIAN TO CAVALERY |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)   EXHIBIT ▓▓▓ LIST – CONTINUATION   PAGE 7

Professional Services Group, Inc.   vs.   Town of Rockland, et al   CASE NO. 04-CV-11131-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 642 | 8/23/06 | | ✓ | CHECK 9,964.05 |
| | 646 | " | | ✓ | CHECK 3/26/98 |
| | 648 | " | | ✓ | CHECK 12/8/98 |
| | 641 | " | | ✓ | CHECK REQUEST |
| | 644 | " | | ✓ | CHECK 3/17/98 |
| | 654 | " | | ✓ | CHECK 10/5/99 |
| | 652 | " | | ✓ | CHECK 7/19/99 |
| | 651 | " | | ✓ | CHECK 4/14/99 |
| | 656 | " | | ✓ | CHECK 11/18/99 |
| | 662 | " | | ✓ | CHECK REQUEST |
| | 664 | " | | ✓ | 5/1/00 CHECK REQUEST |
| | 666 | " | | ✓ | CHECK REQUEST |
| | 668 | " | | ✓ | CHECK REQUEST |
| | 672 | " | | ✓ | 12/5/00 CHECK REQUEST |
| | 674 | " | | ✓ | CHECK REQUEST |
| | 676 | " | | ✓ | CHECK REQUEST |
| | 678 | " | | ✓ | 2/14/01 CHECK REQUEST |
| | 680 | " | | ✓ | 4/6/01 CHECK REQUEST |
| | 682 | " | | ✓ | 5/24/01 CHECK REQUEST |
| | 684 | " | | ✓ | 6/21/01 CH REQ |
| | 686 | " | | ✓ | 7/24/01 CH REQ. |
| | 688 | " | | ✓ | 9/24/01 CH REQ. |
| | 693 | " | | ✓ | 11/26/01 CH REQ. |
| | 695 | " | | ✓ | 12/12/01 CH REQ. |
| | 699 | " | | ✓ | 1/28/02 CH REQ. |
| | 701 | " | | ✓ | 2/8/02 CH REQ. |
| | 703 | " | | ✓ | 3/11/02 CH REQ. |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)   EXHIBIT ▓▓▓▓ LIST – CONTINUATION   PAGE 8

**PROF. SERVICES GROUP INC vs. TOWN OF ROCKLAND ET AL**   CASE NO. 04-CV-11131-PBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 705 | 8/23/06 | | ✓ | 4/2/02 CHECK REQUEST |
| | 707 | " | | ✓ | 4/18/02 CK REQ. |
| | 709 | " | | ✓ | 5/10/02 CK REQ. |
| | 640 | " | | ✓ | CHECK 11/25/97 |
| | 645 | " | | ✓ | CHECK 3/24/98 |
| | 647 | " | | ✓ | CHECK 12/11/98 |
| | 653 | " | | ✓ | CHECK 10/5/99 |
| | 659 | " | | ✓ | CHECK 1/27/00 |
| | 661 | " | | ✓ | CHECK 3/30/00 |
| | 663 | " | | ✓ | CHECK 5/5/00 |
| | 665 | " | | ✓ | CHECK 6/28/00 |
| | 667 | " | | ✓ | CHECK 8/11/00 |
| | 669 | " | | ✓ | CHECK 10/19/00 |
| | 671 | " | | ✓ | CHECK 12/12/00 |
| | 673 | " | | ✓ | CHECK 1/12/01 |
| | 675 | " | | ✓ | CHECK 1/29/01 |
| | 677 | " | | ✓ | CHECK 2/21/01 |
| | 679 | " | | ✓ | CHECK 4/18/01 |
| | 681 | " | | ✓ | CHECK 5/30/01 |
| | 683 | " | | ✓ | CHECK 7/3/01 |
| | 685 | " | | ✓ | CHECK 7/27/01 |
| | 687 | " | | ✓ | CHECK 9/5/01 |
| | 689 | " | | ✓ | CHECK 9/25/01 |
| | 690 | " | | ✓ | CHECK 10/29/01 |
| | 692 | " | | ✓ | CHECK 11/28/01 |
| | 694 | " | | ✓ | CHECK 12/13/01 |
| | 696 | " | | ✓ | CHECK 1/3/02 |

AO 187A (Rev. 7/87)    EXHIBIT ▓▓▓▓ LIST – CONTINUATION    PAGE 9

| | | | | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 698 | 8/23/06 | | ✓ | CHECK 1/30/02 |
| | 700 | " | | ✓ | CHECK 2/12/02 |
| | 702 | " | | ✓ | CHECK 3/14/02 |
| | 704 | " | | ✓ | CHECK 4/4/02 |
| | 706 | " | | ✓ | CHECK 4/25/02 |
| | 708 | " | | ✓ | CHECK 5/14/02 |
| | ~~scribbled~~ | | | | |
| | 543 | " | | ✓ | 10/3/97 PSG TECH PROPOSAL TO ROCKLAND |
| | 721 | | | ✓ | 2/21/97 FAX DONNELLEY TO SAUSE |
| 268 | | 8/23/06 | | ✓ | 4/19/04 INVOICE |
| | 777 | " | | ✓ | EXCERPTS CASH RECEIPTS & VOUCHER CORRECTIONS |
| | 603 | " | | ✓ | 7/31/96 MEMO FROM STUMP TO PSG EMPLOYEES |
| | 762 | " | | ✓ | 5/20/97 INVOICE |
| | 551 | " | | ✓ | 9/25/97 CHECK REQUEST |
| | 536 | " | | ✓ | 7/23/98 LETTER THOMSON TO SAUSE |
| | 574 | " | | ✓ | 8/9/99 LETTER & BILL OF SALE |
| | 604 | " | | ✓ | 5/5/97 MASS CPPOP CERTIFICATE TO SAUSE |
| | 753 | " | | ✓ | EXPENSE REPORT |
| | 731 | " | | ✓ | 4/22/96 MEMO VARTABEDIAN TO ROCKLAND SEWER COMM |
| 150 | | " | | ✓ | 7/20/99 VARTABEDIAN EXPENSE REPORT |
| | 546 | " | | ✓ | RECEIPTS & RECORDS FOXY LADY |
| | 606 | " | | ✓ | 5/5/97 IG SEMINAR ATTENDANCE SHEET |
| | 547 | " | | ✓ | 4/29/98 HOTEL BILL – HUSTON S AUCATON |
| | 631 | " | | ✓ | 9/15/99 LETTER PSG TO THOMSON |
| | 865 | 8/24/06 | | ✓ | FLOOR PLAN – SEWER PLANT OFFICES, 1997 |

Case: PROF. SERVICES GROUP INC vs. TOWN OF ROCKLAND ET AL    Case No. 04-CV-11131-PBS