AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

Professional Services Group, Inc.
V.
Town of Rockland, et al

 **WITNESS LIST**

Case Number:   04-CV-11131-PBS

| PRESIDING JUDGE | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|
| Patti B. Saris | | | | Osborne, Durant | D'Alcomo, Nesin |
| TRIAL DATE (S) 7-31-06, 8/1, 8/3, 8/4 8-7 8/8, 8/9, 8/10, 8/11, 8/21, 8/22, 8/23, 8/24, 8/25 | | | | COURT REPORTER | COURTROOM DEPUTY |
| | | | | Lee Marzilli | Robert C. Alba |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | 7-31-06 | | | JAMES GALIPEAU |
| 2 | | 8-1-06 8-3-06 | | | STEVEN J. KRUGER |
| 3 | | 8-3-06 | | | CYNTHIA SOLOMON |
| 4 | | 8-4-06 | | | FRANK G. CAVALERI |
| 5 | | 8-4-06 | | | GERALD EICHMAN |
| | 1 | 8-4-06 | | | LAWRENCE J. CHAFFEE |
| 6 | | 8-5-06 | | | WILLIAM E. STEWART |
| | 2 | 8-5-06 8-8-06 | | | GREGORY THOMPSON |
| | 3 | 8-9-06 8-10-06 | | | MICHAEL SAUSE |
| | 4 | 8-11-06 | | | JOHN SULLIVAN |
| | 5 | 8-11-06 | | | KAREN SEPECK |
| | 6 | 8-11-06 | | | JUNE PATRICIA DONNOLLY |
| | 7 | 8-21-06 | | | JOHN R. DONOVAN |
| | 8 | 8-21-06 8-22-06 | | | ARAM VARJABEDIAN |
| | 9 | 8-22-06 | | | DAVID LAURIE |
| | 10 | 8-22-06 | | | JOHN BONOMO |
| | 11 | 8-23-06 | | | ANNE-MARIE HYLAND |
| | 12 | 8-23-06 | | | ERIC HART |
| | 13 | 8/23/06 | | | STEPHEN GUNZYBURGER |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.