UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP
Plaintiff(s)

Vs.

TOWN OF ROCKLAND, et al.
Defendant(s)

Civil No. 04-11131-PBS

Criminal No. _____

Received 2:50PM 8/24/06

NOTE FROM THE JURY

YOUR HONOR,

Does question 1(a) relate to the bid proposal and collusion among other bidders or does it relate to the collusion in the RFP preparation with the town?

DATED at Boston on 8-24-06

TIME: 2:55 pm

Signature of Foreperson