UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Professional Services Group, Plaintiff(s)

Vs.

Town of Rockland, Defendant(s)

Civil No. 04-11131-PBS

Criminal No. _____

RECEIVED
8/24/06
3:38 PM

## NOTE FROM THE JURY

YOUR HONOR,

IN CONSIDERING the non-collusion affidavit signed 10-1-97 attached to the bid proposal attesting to non-collusion in preparing the bid proposal — Does this also imply that PSG attest to knowledge and belief they did not participate in any collusion in preparation of the RFP that lead to the bid being submitted

DATED at Boston on 8/24/06

TIME: 3:40 pm

Signature of Foreperson