UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, )
  INC., )
          Plaintiff, )
 )
       v. ) CIVIL ACTION NO. 04-11131-PBS
 )
TOWN OF ROCKLAND, et al., )
          Defendants. )

## SPECIAL VERDICT FORM

Saris, U.S.D.J.

[Answer Q.1(a), Q.1(b) and Q.1(c)].

### Rockland's Counterclaims

1(a). Did the Town of Rockland prove that PSG violated the Uniform Procurement Act when it certified under the penalties of perjury that PSG's bid proposal was made in good faith and without collusion or fraud with any other person to procure the 1998 contract?

_____ Yes          ✓ No

1(b). Did Rockland prove that Michael Sause or any other PSG employee, acting within the scope of his employment at PSG, caused or conspired with Gregory Thomson to cause the 1998 contract to be solicited or awarded in violation of a provision of the Uniform Procurement Act?

_____ Yes          ✓ No

1(c). Did Rockland prove that Michael Sause or any other PSG employee, acting within the scope of his employment at PSG, conspired with Gregory Thomson to make a fraudulent and material misrepresentation upon which the Town of Rockland actually and reasonably relied in awarding PSG the contract?

_____ Yes          ✓ No

    1(d).  If you answered yes to 1(a), 1(b) or 1(c), what amount of damages do you award as a result?

$ _____
(Dollars)

_____
(Words)

[If you answered Yes to Q1(a) or 1(b), go to Q.8.  If you answered yes to Q.1(c), you still must answer Q.2.  If you answered No to Q.1(a), 1(b) and 1(c), answer Q.2]

**PSG & Rockland's Claims and Counterclaims for Breach of Contract**

    2.  Did PSG prove that Rockland committed a material breach of the 1998 contract without legal excuse when Rockland terminated the contract on April 12, 2004?

    \_\_\_\_\_ Yes        ✓ No

[If you answered yes to Q.2, go to Q.3.  If you answered no to Q.2, go to Q.5]

    3.  Did this breach of contract cause PSG any monetary damages?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No

[If you answered yes to Q.3, answer Q.4; if you answered no to Q.2, go to Q.5]

    4.  If so, did the damages amount to $158,122.11, the amount withheld by PSG, or more?

    \_\_\_\_\_ Yes        \_\_\_\_\_ No

[Answer Q.5 only if you answered Q.2 no]

    5.  Did Rockland prove that PSG committed a material breach of the 1998 contract without legal excuse by violating provisions of the contract governing the maintenance of accounts?

    \_\_\_\_\_ Yes        ✓ No

[If you answered yes to Q.5, answer Q.6; otherwise, answer Q.8.  You cannot answer Yes to both Q.2 and Q.5]

6. Did this breach of contract cause Rockland any damages?

_____ Yes            _____ No

[If you answered yes to Q.6, answer Q.7; if you answered no to Q.6, go to Q.8]

7. What amount of damages did Rockland suffer as a result?

$ _____
(Dollars)

_____
(Words)

**Rockland's Conflict of Interest Counterclaims**

[Answer Q.8(a) and (b)]

8(a). Did Rockland prove that Sause or any other PSG employee, acting within the scope of his employment, directly or indirectly, corruptly gave anything of value to Thomson with the corrupt intent to (1) influence any official act within Thomson's responsibility, (2) influence Thomson to commit or aid in committing any fraud, or (3) induce Thomson to omit or do any action in violation of his duty, and that Thomson was motivated by what Sause gave him to perform an official act in connection with the drafting and publication of the request for proposal and/or the award of the 1998 contract?

_____ Yes            __✓__ No

8(b). Did Rockland prove that Sause or any other PSG employee, acting within the scope of his employment and on PSG's behalf, directly or indirectly, gave something of substantial value to Thomson for or because of any official act performed or to be performed by Thomson in connection with the drafting and publication of the request for proposal and/or the award of the contract?

_____ Yes            __✓__ No

[If you answered yes to Q.8(a) or (b), go to Q.9 and Q.10. If you answered Q.8(a) and (b) no, go to Q.11]

3

9. What is the amount of money that will fairly compensate Rockland for the amount of any economic advantage that resulted from the conflict of interest violation?

$ _____
(Dollars)

_____
(Words)

10. Should the Court double the amount of money, if any, awarded in Question 9?

_____ Yes            _____ No

**Rockland's Counterclaims for Negligent Misrepresentation**

**[Answer Q.11]**

11. Did Rockland prove that PSG made any negligent misrepresentation when it submitted a non-collusion affidavit to Rockland, and that Rockland actually and reasonably relied on the affidavit?

_____ Yes            __✓__ No

**[If you answer Q.11 yes, go to Q.12. If you answer Q.11 no, go to Q.14]**

12. Did Rockland prove that this negligent misrepresentation proximately caused any damages?

_____ Yes            _____ No

**[If you answer Q.12 yes, go to Q.13. If you answer Q.12 no, go to Q.14]**

13. What is the amount of damages caused by the negligent misrepresentation?

$ _____
(Dollars)

_____
(Words)

4

**[Answer Q.14]**

14. What is the total amount of damages you award against PSG?

$ __0__
(Dollars)

__Zero__
(Words)

I certify that the answers to the above questions are unanimous.


Jury Foreperson

Dated: 8-25-06