UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff,<br>    v.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ,<br>    Defendants<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION,<br>    Plaintiffs-in-Counterclaim and Crossclaim,<br>v.<br><br>PROFESSIONAL SERVICES GROUP, INC.,<br>    Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSÉ,<br>    Crossclaim Defendant | Civil No. 04-11131-PBS |

## JOINT PROPOSED SCHEDULE FOR BRIEFING AND ARGUMENT ON ROCKLAND'S M.G.L. c. 93A CLAIM

Defendants Town of Rockland and Rockland Sewer Commission ("Rockland") and Plaintiff Professional Services Group, Inc. ("PSG") jointly move for the Court to adopt the following schedule for briefing and argument on Rockland's 93A claims against PSG:

Rockland proposed findings of facts and brief due January 12, 2007

PSG opposition due March 2, 2007

Oral argument on March 20, 2007 at 2:00 pm.

2

Respectfully Submitted,

TOWN OF ROCKLAND and ROCKLAND
SEWER COMMISSION,
By their attorneys,

/s/ Seth Nesin_____
Joanne D'Alcomo (BBO #544177)
Seth Nesin (BBO #650739)
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys

/s/ David M. Osborne_____
Maria R. Durant (BBO #558906)
David M. Osborne (BBO #564840)
DWYER & COLLORA, LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

DATED: December 18, 2006