UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES ) <br> GROUP, INC., Plaintiff, ) <br> v. ) <br> ) <br> ) <br> TOWN OF ROCKLAND, ROCKLAND ) <br> ) <br> SEWER COMMISSION, GREGORY ) <br> THOMSON and MICHAEL SAUSÉ, ) <br> ) <br> Defendants | Civil No. 04-11131-PBS |
| TOWN OF ROCKLAND, ROCKLAND ) <br> SEWER COMMISSION, ) <br>     Plaintiffs-in-Counterclaim ) <br>     and Crossclaim, ) <br> v. ) <br> ) <br> PROFESSIONAL SERVICES ) <br> GROUP, INC., ) <br>     Defendant-in-Counterclaim, ) <br> ) <br> and ) <br> ) <br> MICHAEL SAUSÉ, ) <br>     Crossclaim Defendant ) | |

**DEFENDANTS' ASSENTED-TO MOTION TO EXTEND TIME FOR FILINGS IN CONNECTION WITH THE TOWN OF ROCKLAND'S CHAPTER 93A CLAIM**

The Defendants Town of Rockland and Rockland Sewer Commission ("the Town") hereby move, with Plaintiff's assent, to extend the time in which they file their proposed findings of fact and conclusions of law in connection with their Chapter 93A claim. Specifically, the Town seeks, because of sudden developments and deadlines in a case recently scheduled for trial before Judge Stearns, and a pretrial conference now

JS#160906v1

scheduled in that matter, wish to move the deadline for their submission five business days, to January 22. The additional time is needed because of developments in the Town's counsel's schedule. Late in the day on January 9, the defendants in a case scheduled for trial on February 5 before Judge Stearns, in which the Town's counsel is representing the plaintiff, and in a pretrial conference recently scheduled for January 16 (the day after the federal holiday), filed voluminous summary judgment papers that must be responded to on an accelerated basis. That pressing development, combined with a sudden hearing that the Town's counsel must attend in the business session before Judge Gants on an different matter on January 12, have made the completion of the Chapter 93A submission not reasonably practical on the original timetable that provided for a January 12 date.

Consequently, with Plaintiff's assent, the Town proposes the following briefing schedule:

1. Town's proposed findings of fact and conclusions of law due January 22, 2007

2. PSG opposition due March 12.

                                        Respectfully submitted,

                                        TOWN OF ROCKLAND and
                                        ROCKLAND SEWER COMMISSION,
                                        By their attorneys,

                                        /s/Joanne D'Alcomo
                                        _____
                                        Joanne D'Alcomo (BBO # 544177)
                                        JAGER SMITH P.C.
                                        One Financial Center
                                        Boston, MA 02111
                                        (617) 951-0500

3

ASSENTED TO:

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,


*  /s/ David M. Osborne (JDA)
David M. Osborne (BBO # 564840)
Maria R. Durant (BBO # 558906)
DWYER & COLLORA LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA  02210
(617) 371-1000

*Per Telephone Authorization 1/10/07