UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br>        Plaintiff <br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br>        Defendants | Civil No. 04-11131-PBS |

## TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION TRIAL WITNESS CHART

Because a list of trial witnesses may assist the Court in deciding the Chapter 93A claim in this case, the Town of Rockland and Rockland Sewer Commission hereby submit a list of trial witnesses and a description of such witnesses as derived from the testimony at trial:

| | |
|---|---|
| James Galipeau | Current PSG Area Manager* |
| Steven Kruger | Current PSG Vice President of Operations; former PSG regional manager |
| Cynthia Solomon | PSG Business Manager in Norwell Office |
| Frank Cavaleri | Former PSG Area Vice President |
| Gerald Eichman | Veolia Water Controller / PSG Damages Expert |
| Lawrence Chaffee | Member of Rockland Board of Selectmen |
| William Stewart | Rockland Sewer Commissioner |
| Gregory Thomson | Former Rockland Sewer Superintendent |
| Michael Sause | Former PSG Area Vice President |
| John Sullivan | Forensic Auditor |
| Karen Sepeck | Rockland Town Treasurer |
| June Patricia Donnelly | Former Rockland Sewer Commission Administrative Assistant |
| Kevin Donovan | Former Rockland Town Administrator |
| Aram Varjabedian | PSG Plant Manager at Rockland |

| | |
|---|---|
| David Laurie | Counsel for PSG (while at Mintz Levin) |
| John Bonomo | Former Partner at Woodard & Curran |
| Anne-Marie Hyland | Rockland Town Counsel (Kopelman & Paige) |
| Eric Hart | Rockland Town Accountant |
| Stephen Gunzburger | C.P.A. and Town of Rockland Damages Expert |

* "PSG" is used in this chart to refer to Professional Services Group, Inc., as well as all of its successors.

    Respectfully submitted,


    TOWN OF ROCKLAND and
    ROCKLAND  SEWER COMMISSION,
    By their attorneys,

    /s/Joanne D'Alcomo
    _____
    Joanne D'Alcomo (BBO # 544177)
    JAGER SMITH P.C.
    One Financial Center
    Boston, MA 02111
    (617) 951-0500