UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC.,
Plaintiff

v.

TOWN OF ROCKLAND, et al.
Defendants

----------------------------------------------------------   Civil Action
                                                             No. 04-11131-PBS
TOWN OF ROCKLAND, et al.
Plaintiffs-in-Counterclaim and Crossclaim

v.

PROFESSIONAL SERVICES GROUP, INC.,
Defendant-in-Counterclaim,

and

MICHAEL SAUSÉ,
Crossclaim Defendant

## TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION CHRONOLOGY

Because a chronology may assist the Court in deciding the Chapter 93A claim in this case, the Town of Rockland and Rockland Sewer Commission hereby submit a chronology, with record citations to the source of the data in the chronology:

| DATE | EVENT | SOURCE |
|---|---|---|
| Apr. 1994 | Date of Issuance of 1994 RFP to operate Rockland's wastewater treatment plant | Ex. 3 |
| Jul. 25, 1994 | Execution date of contract between Metcalf & Eddy Services, Inc. and Rockland to operate wastewater treatment plant | Ex. 7 |

| Jul. 30, 1994 | Michael Sausé becomes PSG employee, after PSG takes over Metcalf & Eddy Services | Ex. 578 ("hire date" 7/30/94) |
|---|---|---|
| After RFP and after procurement that led to Jul. 30, 1994 contract | Thomson appointed to Sewer Commission | Thomson direct, 35 |
| 1995 | Thomson elected to Sewer Commission | Thomson direct, 10 |
| Jul. 11, 1995 | Commission approves creation of professional development account in letter signed by Sausé | Ex. 8 |
| June 28, 1996 | PSG "engineering services" contract for $100,686 signed by Sausé and Thomson | Ex. 539 |
| Jul. 1, 1996 | Formal written assignment by Metcalf & Eddy Services to PSG of contract with Town of Rockland to operate wastewater treatment plant | Ex. 236 |
| Sept. 20, 1996 | Sausé contacts Attorney Lurie to provide legal advice concerning Sewer Superintendent's position; Lurie understands client is PSG | Lurie direct 4-5; Ex. 510 |
| Oct. 10, 1996 | Varjabedian faxes information to Attorney Lurie, who is researching issues relating to Sewer Superintendent | Ex. 515 |
| Nov. 8, 1996 | Attorney Lurie sends letter to Sausé giving advice concerning Superintendent's position | Ex. 511 |
| Short after Nov. 8, 1996 | Thomson sees letter of advice that Sausé received from Attorney Lurie | Thomson direct, 32 |
| Dec. 1996 | Thomson resigns from Sewer Commission in anticipation of seeking Superintendent job | Ex. 10 |
| Dec. 12, 1996 | Sewer Commission formally decides to create Superintendent position | Ex. 10 |
| Jan. 1997 | Thomson begins work full-time at Commission | Thomson direct, 33 |
| May 5-6, 1997 | Thomson and Sausé attend Inspector General procurement seminar; Sausé only non-public employee | Exs. 114, 604, 606 |
| May 19, 1997 | Rockland Town Meeting authorizes contract term of up to 10 years for operation of wastewater treatment plant | Ex. 117 |
| May 19, 1997 | Rockland Town Meeting approves creation of Sewer Superintendent's position | Ex. 116 |
| May 30, 1997 | Sausé faxes to Thomson a draft Inspector General letter concerning concept of minimum labor bid for inclusion in upcoming RFP | Ex. 541 |

| | | |
|---|---|---|
| May 30, 1997 | Thomson faxes to Inspector General's office the Sausé-drafted letter on Commission stationery | Ex. 542 |
| Before Jul. 21,1997 | Kruger and Sausé discuss minimum labor bid concept for inclusion in RFP | Kruger cross, Day 1, 34-35, 36; Sausé direct, 69-71 |
| Jul. 21, 1997 | RFP issued | Ex. 500 |
| June 1997 | Thomson formally appointed as Sewer Superintendent | Thomson direct, 34 |
| Aug. 6, 1997 | Preposal briefing attended by only three prospective bidders other than PSG | Ex. 526 at 4 |
| Aug. 13, 1997 | Thomson issues RFP Addendum 1 prepared by Sausé | Ex. 526; Thomson direct, 86 |
| Aug. 19, 1997 | Thomson issues RFP Addendum 2 prepared by Sausé | Ex. 527; Thomson direct, 88 |
| Aug. 25, 1997 | Thomson issues RFP Addendum 3 prepared by Sausé | Ex. 528; Thomson direct, 92 |
| Sept. 5, 1997 | American Commonwealth Management Services notifies Thomson it will not be submitting a proposal | Ex. 130 |
| Sept. 10, 1997 | Thomson issues RFP Addendum 4 prepared by Sausé | Ex. 529; Thomson direct, 95 |
| Sept. 23, 1997 | Woodard & Curran notifies Thomson it is not "inclined to submit proposal" | Ex. 782 |
| Sept. 25, 1997 | Thomson issues RFP Addendum 5 prepared by Sausé | Ex. 530; Thomson direct, 95 |
| Sept. 27, 1997 | Kruger approves request by Thomson for "cash advance" of $3,000 for "miscellaneous travel expense" to be charged to "Professional Development Account" | Ex. 133 |
| Sept. 27, 1997 | American Anglian informs Thomson it will not be submitting proposal | Ex. 131 |
| Before Oct. 3, 1997 | PSG's price proposal, prepared by Sausé, reviewed and approved by Kruger | Ex. 724; Sausé direct, 107 |
| Oct. 3, 1997 | PSG submits technical proposal and price proposal in response to RFP with cover letters in name of Sausé | Ex. 137 (technical proposal), Ex. 239 (price proposal) |
| Oct. 3, 1997 | Thomson/Sausé/Varjabedian go to Foxy Lady to celebrate PSG being only bidder | Ex. 546, Sausé direct 121-123, 125; Varjabedian cross, 155,157 |
| Oct. 9, 1997 | PSG's Parent Company CEO congratulates Sausé on winning Rockland contract and praises Sausé's and Varjabedian's efforts | Ex. 505 |
| Oct. 30, 1997 | PSG's Kruger approves $6,000 payment to Sausé from "engineering services" account to | Ex. 552 |

|  | be "subsequently turned over to the Rockland Sewer Commission" |  |
|---|---|---|
| Nov. 10, 1997 | PSG's price proposal opened by Town Administrator Donovan | Ex. 544, Donovan direct |
| Nov. 21, 1997 | Thomson signs letter requesting PSG issue check for $50,000 for new Sewer Commission checking account with monies to be taken out of "Professional Development Account" | Ex. 534 |
| Nov. 25, 1997 | Date of check from PSG in amount of $50,000 made out to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>Check later deposited in Wainwright account | Ex. 640; Ex. 18 |
| Late Nov./Early Dec. 1997 | Wainwright Bank account opened by Sause and Thomson in name of town of Rockland dba Rockland Sewer Commission | See Ex. 18 at 1 |
| Jan. 21, 1998 | Thomson writes check from Wainwright account to Varjabedian in the amount of $1,600 | Ex. 712 |
| Feb. 24, 1998 | Effective date of PSG's new contract with Rockland to operate wastewater treatment plant | Ex. 16 |
| Feb. 24-26, 1998 | Town counsel Hyland and Sausé negotiate wording of PSG's contract | Exs. 531, 532, 533 |
| Mar. 17, 1998 | Check request submitted and approved by PSG for $78,139.56 to "close Rockland engineering project"; Sausé signature written by Cynthia Solomon; approved by Kruger; (check later deposited in Wainwright account) | Ex. 141, Tab 2; Ex. 644; Sausé direct, 141, 142; Ex. 18 |
| Apr. 2, 1998 | Thomson writes check from Wainwright account to Inspector General for some unspecified purpose | Ex. 866 |
| Dec. 11, 1998 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited into Wainwright Bank) | Ex. 647 |
| Feb. 1999 | Wainwright Bank account closed | Ex. 18 |
| Feb. 6. 1999 | Thomson opens bank account at North Abington Cooperative Bank in his own name | Ex. 167, 233 |
| Apr. 20, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br> (later endorsed by Thomson over to another party and deposited in Rockland Federal Credit | Exs. 234, 651 |

| | | |
|---|---|---|
| | Union) | |
| Jul. 20, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(endorsed by Thomson over to another party and deposited in Rockland Federal Credit Union) | Exs. 234, 652 |
| Aug. 9, 1999 | Town buys belt filter press that was leased by PSG | Ex. 574 |
| Sept. 15, 1999 | Sausé transfers to servicing New York area for PSG and no longer services Rockland account; Cavaleri takes over Sausé's position as manager of Rockland account | Ex. 631 |
| Oct. 7, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 653 |
| Nov. 22, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Ex. 656 |
| Dec. 13, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 658 |
| Jan. 27, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 659 |
| Mar. 30, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 661 |
| May 5, 2000 | Check issued by PSG to | Exs. 234, 663 |

|  |  |  |
|---|---|---|
|  | "Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) |  |
| June 28, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 665 |
| Aug. 11, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 667 |
| Oct. 19, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 669 |
| Dec. 12, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 671 |
| Jan. 12, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 673 |
| Jan. 29, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 675 |
| Feb. 21, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account | Exs. 234, 677 |

|  |  |  |
|---|---|---|
|  | at North Abington Cooperative Bank) |  |
| Apr. 18, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 679 |
| May 30, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 681 |
| Jul. 3, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 683 |
| Jul. 27, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 685 |
| Sept. 5, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 687 |
| Sept. 25, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 689 |
| Oct. 29, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 690 |
| Nov. 28, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission | Exs. 234, 692 |

|  |  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) |  |
|---|---|---|
| Dec. 13, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 694 |
| Jan. 3, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 696 |
| Jan. 30, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 698 |
| Feb. 12, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 700 |
| Mar. 14, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 702 |
| Apr. 4, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 704 |
| Apr. 4, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234 |
| Apr. 25, 2002 | Check issued by PSG to | Exs. 234, 706 |

|  |  |  |
|---|---|---|
|  | "Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) |  |
| May 14, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 708 |
| May 29, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) (check was issued by PSG from Town funds in a rebate account, but was not accepted for deposit by bank because bank became suspicious) | Exs. 234, 709 |
| Feb. 25, 2004 | Forensic auditor Sullivan submits final forensic investigation to Town | See Ex. 716 |
| Apr. 21, 2004 | PSG stops operating Rockland wastewater treatment plant and vacates plant as a result of contract termination | See Ex. 192 |

Respectfully submitted,

TOWN OF ROCKLAND and
ROCKLAND SEWER COMMISSION,

By their attorneys,
/s/Joanne D'Alcomo
Joanne D'Alcomo BBO No. 544177
Seth Nesin BBO No. 650739
JAGER SMITH  P.C.
One Financial Center
Boston, MA  02111
(617) 951-0500