UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC.,
Plaintiff

v.

TOWN OF ROCKLAND, et al.
Defendants

---------------------------------------------------------

TOWN OF ROCKLAND, et al.
Plaintiffs-in-Counterclaim and Crossclaim

v.

PROFESSIONAL SERVICES GROUP, INC.,
Defendant-in-Counterclaim,

and

MICHAEL SAUSÉ,
Crossclaim Defendant

Civil Action
No. 04-11131-PBS

### TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION CHRONOLOGY [CORRECTED]

Because a chronology may assist the Court in deciding the Chapter 93A claim in this case, the Town of Rockland and Rockland Sewer Commission hereby submit a chronology, with record citations to the source of the data in the chronology:

| DATE | EVENT | SOURCE |
|---|---|---|
| Apr. 1994 | Date of Issuance of 1994 RFP to operate Rockland's wastewater treatment plant | Ex. 3 |
| Jul. 25, 1994 | Execution date of contract between Metcalf & Eddy Services, Inc. and Rockland to operate wastewater treatment plant | Ex. 7 |

JS\169686.1                                1

| Jul. 30, 1994 | Michael Sausé becomes PSG employee, after PSG takes over Metcalf & Eddy Services | Ex. 578 ("hire date" 7/30/94) |
|---|---|---|
| After RFP and after procurement that led to Jul. 30, 1994 contract | Thomson appointed to Sewer Commission | Thomson direct, 35 |
| 1995 | Thomson elected to Sewer Commission | Thomson direct, 10 |
| Jul. 11, 1995 | Commission approves creation of professional development account in letter signed by Sausé | Ex. 8 |
| June 28, 1996 | PSG "engineering services" contract for $100,686 signed by Sausé and Thomson | Ex. 539 |
| Jul. 1, 1996 | Formal written assignment by Metcalf & Eddy Services to PSG of contract with Town of Rockland to operate wastewater treatment plant | Ex. 236 |
| Sept. 20, 1996 | Sausé contacts Attorney Lurie to provide legal advice concerning Sewer Superintendent's position; Lurie understands client is PSG | Lurie direct 4-5; Ex. 510 |
| Oct. 10, 1996 | Varjabedian faxes information to Attorney Lurie, who is researching issues relating to Sewer Superintendent | Ex. 515 |
| Nov. 8, 1996 | Attorney Lurie sends letter to Sausé giving advice concerning Superintendent's position | Ex. 511 |
| Short after Nov. 8, 1996 | Thomson sees letter of advice that Sausé received from Attorney Lurie | Thomson direct, 32 |
| Dec. 1996 | Thomson resigns from Sewer Commission in anticipation of seeking Superintendent job | Ex. 10 |
| Dec. 12, 1996 | Sewer Commission formally decides to create Superintendent position | Ex. 10 |
| Jan. 1997 | Thomson begins work full-time at Commission | Thomson direct, 33 |
| May 5-6, 1997 | Thomson and Sausé attend Inspector General procurement seminar; Sausé only non-public employee | Exs. 114, 604, 606 |
| May 19, 1997 | Rockland Town Meeting authorizes contract term of up to 10 years for operation of wastewater treatment plant | Ex. 117 |
| May 19, 1997 | Rockland Town Meeting approves creation of Sewer Superintendent's position | Ex. 116 |
| May 30, 1997 | Sausé faxes to Thomson a draft Inspector General letter concerning concept of minimum labor bid for inclusion in upcoming RFP | Ex. 541 |

| | | |
|---|---|---|
| May 30, 1997 | Thomson faxes to Inspector General's office the Sausé-drafted letter on Commission stationery | Ex. 542 |
| Before Jul. 21,1997 | Kruger and Sausé discuss minimum labor bid concept for inclusion in RFP | Kruger cross, Day 1, 34-35, 36; Sausé direct, 69-71 |
| Jul. 21, 1997 | RFP issued | Ex. 500 |
| June 1997 | Thomson formally appointed as Sewer Superintendent | Thomson direct, 34 |
| Aug. 6, 1997 | Pre-proposal briefing attended by only three prospective bidders other than PSG | Ex. 526 at 4 |
| Aug. 13, 1997 | Thomson issues RFP Addendum 1 prepared by Sausé | Ex. 526; Thomson direct, 86 |
| Aug. 19, 1997 | Thomson issues RFP Addendum 2 prepared by Sausé | Ex. 527; Thomson direct, 88 |
| Aug. 25, 1997 | Thomson issues RFP Addendum 3 prepared by Sausé | Ex. 528; Thomson direct, 92 |
| Sept. 5, 1997 | American Commonwealth Management Services notifies Thomson it will not be submitting a proposal | Ex. 130 |
| Sept. 10, 1997 | Thomson issues RFP Addendum 4 prepared by Sausé | Ex. 529; Thomson direct, 95 |
| Sept. 23, 1997 | Woodard & Curran notifies Thomson it is not "inclined to submit proposal" | Ex. 782 |
| Sept. 25, 1997 | Thomson issues RFP Addendum 5 prepared by Sausé | Ex. 530; Thomson direct, 95 |
| Sept. 27, 1997 | Kruger approves request by Thomson for "cash advance" of $3,000 for "miscellaneous travel expense" to be charged to "Professional Development Account" | Ex. 133 |
| Sept. 27, 1997 | American Anglian informs Thomson it will not be submitting proposal | Ex. 131 |
| Before Oct. 3, 1997 | PSG's price proposal, prepared by Sausé, reviewed and approved by Kruger | Ex. 724; Sausé direct, 107 |
| Oct. 3, 1997 | PSG submits technical proposal and price proposal in response to RFP with cover letters in name of Sausé | Ex. 137 (technical proposal), Ex. 239 (price proposal) |
| Oct. 3, 1997 | Thomson/Sausé/Varjabedian go to Foxy Lady to celebrate PSG being only bidder | Ex. 546, Sausé direct 121-123, 125; Varjabedian cross, 155,157 |
| Oct. 9, 1997 | PSG's Parent Company CEO congratulates Sausé on winning Rockland contract and praises Sausé's and Varjabedian's efforts | Ex. 505 |
| Oct. 30, 1997 | PSG's Kruger approves $6,000 payment to Sausé from "engineering services" account to | Ex. 552 |

|  | be "subsequently turned over to the Rockland Sewer Commission" |  |
|---|---|---|
| Nov. 10, 1997 | PSG's price proposal opened by Town Administrator Donovan | Ex. 544, Donovan direct |
| Nov. 21, 1997 | Thomson signs letter requesting PSG issue check for $50,000 for new Sewer Commission checking account with monies to be taken out of "Professional Development Account" | Ex. 534 |
| Nov. 25, 1997 | Date of check from PSG in amount of $50,000 made out to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>Check later deposited in Wainwright account | Ex. 640; Ex. 18 |
| Late Nov./Early Dec. 1997 | Wainwright Bank account opened by Sause and Thomson in name of town of Rockland dba Rockland Sewer Commission | See Ex. 18 at 1 |
| Jan. 21, 1998 | Thomson writes check from Wainwright account to Varjabedian in the amount of $1,600 | Ex. 712 |
| Feb. 24, 1998 | Effective date of PSG's new contract with Rockland to operate wastewater treatment plant | Ex. 16 |
| Feb. 24-26, 1998 | Town counsel Hyland and Sausé negotiate wording of PSG's contract | Exs. 531, 532, 533 |
| Mar. 17, 1998 | Check request submitted and approved by PSG for $78,139.56 to "close Rockland engineering project"; Sausé signature written by Cynthia Solomon; approved by Kruger; (check later deposited in Wainwright account) | Ex. 141, Tab 2; Ex. 644; Sausé direct, 141, 142; Ex. 18 |
| Apr. 2, 1998 | Thomson writes check from Wainwright account to Inspector General for some unspecified purpose | Ex. 866 |
| Dec. 11, 1998 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited into Wainwright Bank) | Ex. 647 |
| Feb. 1999 | Wainwright Bank account closed | Ex. 18 |
| Feb. 6. 1999 | Thomson opens bank account at North Abington Cooperative Bank in his own name | Ex. 167, 233 |
| Apr. 20, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later endorsed by Thomson over to another party and deposited in Rockland Federal Credit | Exs. 234, 651 |

|  |  |  |
|---|---|---|
|  | Union) |  |
| Jul. 20, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(endorsed by Thomson over to another party and deposited in Rockland Federal Credit Union) | Exs. 234, 652 |
| Aug. 9, 1999 | Town buys belt filter press that was leased by PSG | Ex. 574 |
| Sept. 15, 1999 | Sausé transfers to servicing New York area for PSG and no longer services Rockland account; Cavaleri takes over Sausé's position as manager of Rockland account | Ex. 631 |
| Oct. 7, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 653 |
| Nov. 22, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Ex. 656 |
| Dec. 13, 1999 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 658 |
| Jan. 27, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 659 |
| Mar. 30, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 661 |
| May 5, 2000 | Check issued by PSG to | Exs. 234, 663 |

|  |  |  |
|---|---|---|
|  | "Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) |  |
| June 28, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 665 |
| Aug. 11, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 667 |
| Oct. 19, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 669 |
| Dec. 12, 2000 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 671 |
| Jan. 12, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 673 |
| Jan. 29, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 675 |
| Feb. 21, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account | Exs. 234, 677 |

| | | |
|---|---|---|
| | at North Abington Cooperative Bank) | |
| Apr. 18, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 679 |
| May 30, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 681 |
| Jul. 3, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 683 |
| Jul. 27, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 685 |
| Sept. 5, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 687 |
| Sept. 25, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 689 |
| Oct. 29, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 690 |
| Nov. 28, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission | Exs. 234, 692 |

|  | Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) |  |
|---|---|---|
| Dec. 13, 2001 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 694 |
| Jan. 3, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 696 |
| Jan. 30, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 698 |
| Feb. 12, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 700 |
| Mar. 14, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 702 |
| Apr. 4, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 704 |
| Apr. 4, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234 |
| Apr. 25, 2002 | Check issued by PSG to | Exs. 234, 706 |

| | | |
|---|---|---|
| | "Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | |
| May 14, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) | Exs. 234, 708 |
| May 29, 2002 | Check issued by PSG to<br>"Town of Rockland<br>  Rockland Sewer Commission<br>  Gregory Thomson, Superintendent"<br>(later deposited in Thomson's personal account at North Abington Cooperative Bank) (check was issued by PSG from Town funds in a rebate account, but was not accepted for deposit by bank because bank became suspicious) | Exs. 234, 709 |
| Jan. 30, 2004 | Inspector General informs Town "it is the expectation and recommendation of this office that . . . you will now act to establish a new contract for sewer operations services that is properly procured, consistent with the best interest of your citizens, and untainted by its association with allegation to criminal wrong doing that have engulfed the relationship between Rockland and US Filter" | Ex. 627 |
| Feb. 25, 2004 | Forensic auditor Sullivan submits final forensic investigation to Town | See Ex. 716 |
| Apr. 21, 2004 | PSG stops operating Rockland wastewater treatment plant and vacates plant as a result of contract termination | See Ex. 192 |
| May 1, 2004 | New RFP issued to find replacement contractor | Ex. 193 |

Respectfully submitted,

TOWN OF ROCKLAND and
ROCKLAND SEWER COMMISSION,

By their attorneys,
/s/Joanne D'Alcomo
Joanne D'Alcomo BBO No. 544177
Seth Nesin BBO No. 650739

JS\169686.1                                9

                                                        JAGER SMITH  P.C.  
                                                       One Financial Center  
                                                       Boston, MA  02111  
                                                       (617) 951-0500