UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                                )
PROFESSIONAL SERVICES                    )
GROUP, INC.,                                              )
                                                                )
        Plaintiff,                                     )
                                                                )
  v.                                                        )
                                                                )
TOWN OF ROCKLAND, ROCKLAND      )
SEWER COMMISSION, GREGORY        )
THOMSON and MICHAEL SAUSÉ,         )
_____)
                                                                )
TOWN OF ROCKLAND, ROCKLAND      )
SEWER COMMISSION,                            )
                                                                )
        Plaintiffs-in-Counterclaim        )    Civil No. 04-11131-PBS
        and Crosslaim                             )
                                                                )
v.                                                              )
                                                                )
PROFESSIONAL SERVICES                    )
GROUP, INC.,                                              )
                                                                )
        Defendant-in-Counterclaim,       )
                                                                )
and                                                           )
                                                                )
MICHAEL SAUSÉ,                                    )
                                                                )
        Crossclaim Defendant                 )
_____)

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PROPOSED
FINDINGS OF FACT AND RULINGS OF LAW ON 93A COUNTERCLAIM
<u>AND TO RESCHEDULE ORAL ARGUMENT</u>**

Plaintiff Professional Services Group, Inc. ("PSG") hereby moves for a four-week extension of time to file its proposed findings of fact and rulings of law on Defendants' c. 93A counterclaim to April 12, 2007 (PSG's filing is currently due on March 15).  PSG has, to date,

not received copies of all trial testimony transcripts necessary to respond fully to Defendants' c. 93A filings.  PSG's counsel has been in communication with the court reporter, who has been working to provide these transcripts promptly, and expects to have copies of all necessary transcripts soon.

PSG also moves to reschedule oral argument on Defendants' c. 93A counterclaim accordingly from March 20 to April 23, 2007 or anytime thereafter.

>Respectfully submitted,
>
>PROFESSIONAL SERVICES GROUP, INC.,
>By its attorneys,
>
>/s/ David M. Osborne_____
>Maria R. Durant (BBO # 558906)
>David M. Osborne  (BBO # 564840)
>DWYER & COLLORA, LLP
>Federal Reserve Plaza
>600 Atlantic Avenue, 12th Floor
>Boston, MA  02210
>(617) 371-1000

Dated:  March 8, 2007

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULES 7.1(A)(2)

I, David M. Osborne, hereby certify that I made a good faith attempt to eliminate and narrow the issues raised in this motion by conferring with opposing counsel but was unable to reach her.

>/s/ David M. Osborne_____
>David M. Osborne

### CERTIFICATE OF SERVICE

I, David M. Osborne, hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on March 8, 2007.

>/s/ David M. Osborne_____
>David M. Osborne