UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff, <br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br><br> Defendants | Civil No. 04-11131-PBS |
| TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br>    Plaintiffs-in-Counterclaim and Crossclaim, <br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br>    Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br>    Crossclaim Defendant |  |

**ASSENTED-TO MOTION TO FILE REPLY TO PROFESSIONAL SERVICES GROUP, INC.'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING CHAPTER 93A CLAIM**

The Town of Rockland and Rockland Sewer Commission hereby move, pursuant to Local Rule 7.1(B)(3), for leave to file a Reply Memorandum in Opposition to Professional Services Group's Proposed Findings of Fact and Conclusions of Law Regarding the Chapter 93A claim. PSG has assented to the motion for leave to file a reply.

JS#174662v1

As grounds for this motion, Plaintiff states that a reply is necessary to rebut some of the statements of law and fact made by PSG in their brief. The proposed Reply Memorandum is attached.

        Respectfully submitted,

        TOWN OF ROCKLAND and
        ROCKLAND SEWER COMMISSION,
        By their attorneys,

        /s/Joanne D'Alcomo
        _____
        Joanne D'Alcomo (BBO # 544177)
        Seth Nesin (BBO # #650739)
        JAGER SMITH P.C.
        One Financial Center
        Boston, MA 02111
        (617) 951-0500

ASSENTED TO:

PROFESSIONAL SERVICES GROUP, INC.
By its attorneys,

*__/s/ David M. Osborne (SN)_____
David M. Osborne (BBO # 564840)
Maria R. Durant (BBO # 558906)
DWYER & COLLORA LLP
Federal Reserve Plaza
600 Atlantic Avenue, 12th Floor
Boston, MA 02210
(617) 371-1000

*Per E-mail Authorization 4/25/07