# EXHIBIT 1

Case 1:04-cv-11131-PBS   Document 179-3   Filed 04/27/2007   Page 1 of 4

MTRUNADV, CLOSED

## U.S. Bankruptcy Court
### District of Delaware (Delaware)
### Bankruptcy Petition #: 06-10059-MFW

*Assigned to:* Mary F. Walrath  
Chapter 7  
Voluntary  
No asset

*Date Filed:* 01/20/2006  
*Date Terminated:* 05/19/2006  
*Date Discharged:* 04/28/2006

*Debtor*  
**Michael Roys Sause**  
103 Par Haven Drive  
#K-11  
Dover, DE 19904  
302/677-1988  
SSN: xxx-xx-8953

represented by **Bradley S. Eaby**  
B.M.S.M. & T. P.A.  
2 West Loockerman Street  
PO Box 1298  
Dover, De 19904  
302 734-8400  
Fax : 302-734-8969  
Email: bse@dol.net

*Trustee*  
**George L. Miller**  
1628 John F. Kennedy Blvd.  
Suite 950  
Philadelphia, PA 19103-2110  
215-561-0950

*U.S. Trustee*  
**United States Trustee**  
844 King Street, Room 2207  
Lockbox #35  
Wilmington, DE 19899-0035  
302-573-6491

| Filing Date | # | Docket Text |
|---|---|---|
| 01/20/2006 | 1 | Chapter 7 Voluntary Petition. Amount Paid $274. Filed by Michael Roys Sause. (Eaby, Bradley) (Entered: 01/20/2006) |
| 01/20/2006 | 2 | Receipt of filing fee for Voluntary Petition (Chapter 7)(06-10059) [misc,volp7] ( 274.00). Receipt Number 2409930, amount $ 274.00. (U.S. Treasury) (Entered: 01/20/2006) |
| 01/20/2006 | 3 | Certificate of Credit Counseling Filed by Michael Roys Sause (Eaby, Bradley) (Entered: 01/20/2006) |
| 01/23/2006 | 5 | Meeting of Creditors 341(a) meeting to be held on 2/15/2006 at 10:00 AM at US District Court, 844 King St., Room 2112, Wilmington, Delaware. Financial Management Course due date: 4/3/2006. Last day to oppose discharge or dischargeability is 4/17/2006. (CLO, ) (Entered: 01/23/2006) |
| 01/25/2006 | 6 | BNC Certificate of Mailing - Meeting of Creditors. (related document(s)5 ) Service Date 01/25/2006. (Admin.) (Entered: 01/26/2006) |
| 02/06/2006 | 7 | Financial Management Course Certificate Filed *(completed January 26, 2006)* Filed by Michael Roys Sause (Attachments: # 1 Attachment Certificate of Debtor Education# 2 Certificate of Service) (Eaby, Bradley) (Entered: 02/06/2006) |

| | | |
|---|---|---|
| 02/06/2006 | 8 | Amended Schedule(s) *F (to include creditor - Town of Rockland)*. Fee Amount $26. Filed by Michael Roys Sause (Attachments: # 1 Certificate of Service) (Eaby, Bradley) (Entered: 02/06/2006) |
| 02/06/2006 | 9 | Receipt of filing fee for Amended Schedule(s) D, E, or F(06-10059-MFW) [misc,amdscha] ( 26.00). Receipt Number 2435423, amount $ 26.00. (U.S. Treasury) (Entered: 02/06/2006) |
| 02/22/2006 | 10 | Minute Sheet 341 Meeting Held and Concluded *on February 15, 2006* Filed by George L. Miller.. (Miller, George) (Entered: 02/22/2006) |
| 03/02/2006 | 11 | Trustee's Report of No Distribution: Trustee of this estate reports and certifies that the trustee has performed the duties required of a trustee under 11 U.S.C. 704 and has concluded that there are no assets to administer. Filed by George L. Miller. (Miller, George) (Entered: 03/02/2006) |
| 04/28/2006 | 12 | Order Discharging Debtor Signed on 4/28/2006. (BAM, ) (Entered: 04/28/2006) |
| 04/30/2006 | 13 | BNC Certificate of Mailing - Order of Discharge. (related document(s)12 ) Service Date 04/30/2006. (Admin.) (Entered: 05/01/2006) |
| 05/03/2006 | 14 | Stipulation *By and Between Debtor and Town of Rockland, Massachusetts for Limited Modification of Automatic Stay, Nunc Pro Tunc* By Michael Roys Sause Filed by Michael Roys Sause. (Attachments: # 1 Proposed Form of Order # 2 Certificate of Service) (Eaby, Bradley) (Entered: 05/03/2006) |
| 05/09/2006 | 15 | Order Approving Stipulation By and Between Debtor and Town of Rockland, Massachusetts for Limited Modification of Automatic Stay, Nunc Pro Tunc. (related document(s)14 ) Order Signed on 5/8/2006. (Attachments: # 1 Stipulation) (LCN, ) (Entered: 05/09/2006) |
| 05/18/2006 | 16 | Order Approving Trustee's Report of No Distribution & Closing Estate . (BAM, ) (Entered: 05/18/2006) |
| 05/19/2006 | | Bankruptcy Case Closed (BAM, ) (Entered: 05/19/2006) |
| 07/12/2006 | 17 | Motion to Reopen Chapter 7 Case - *Joint Expedited Motion to Reopen Chapter 7 Case and for Order (I) Vacating Order Approving Stipulation By and Between Debtor and Town of Rockland, Massachusetts for Limited Modification of Automatic Stay, Nunc Pro Tunc and (II) Approving Amended Stipulation By and Between Debtor and Town of Rockland, Mass. for Limited Modification of Automatic Stay, Nunc Pro Tunc.* Fee Amount $220 Filed by Town of Rockland, Massachusetts. (Attachments: # 1 Notice of Motion) (Rosner, Frederick) (Entered: 07/12/2006) |
| 07/12/2006 | 18 | Receipt of filing fee for Motion to Reopen Case(06-10059-MFW) [motion,mreop] ( 220.00). Receipt Number 2624690, amount $ 220.00. (U.S. Treasury) (Entered: 07/12/2006) |
| 07/12/2006 | 19 | Stipulation *By and Between Debtor and Town of Rockland, Massachusetts for Limited Modification of Automatic Stay, Nunc Pro Tunc (AMENDED)* By Town of Rockland, Massachusetts Filed by Town of Rockland, Massachusetts. (Rosner, Frederick) (Entered: 07/12/2006) |
| 07/13/2006 | 20 | Certificate of Service (related document(s)19, 17 ) Filed by Town of Rockland, Massachusetts (Rosner, Frederick) (Entered: 07/13/2006) |
| 08/01/2006 | 21 | Objection to *Joint Expedited Motion to Reopen Chapter 7 Case and for Order (I) Vacating Order Approving Stipulation By and Between Debtor and Town of Rockland, Massachusetts for Limited Modification of Automatic Stay, Nunc Pro Tunc and (II) Approving Amended Stipulation By and Between Debtor and Town of Rockland, Mass. for Limited Modification of Automatic Stay, Nunc Pro Tunc* (related document(s)17 ) Filed by Professional Services Group (Attachments: # 1 Certificate of Service) (Wisler, Jeffrey) (Entered: 08/01/2006) |
| 08/07/2006 | 22 | Notice of Completion of Briefing Filed by Town of Rockland, Massachusetts (Attachments: # 1 Certificate of Service) (Winter, Christopher) (Entered: 08/07/2006) |

| 08/07/2006 | 23 | Request for Oral Argument Filed by Town of Rockland, Massachusetts. (Attachments: # 1 Certificate of Service) (Winter, Christopher) (Entered: 08/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/25/2007 12:07:56 | | | |
| PACER Login: | js0021 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 06-10059-MFW Fil or Ent: filed From: 1/1/2005 To: 4/25/2007 Doc From: 0 Doc To: 99999999 Term: included Format: HTML |
| Billable Pages: | 2 | Cost: | 0.16 |