# EXHIBIT 1
# (excerpt from trial Exhibit 96)

ROCKLAND FINAL RECONCILIATION
SUMMARY
CONTRACT YEAR 3/1/03 through 02/29/04 & [3/1/04-4/11/04]

Date: 10/1/04

|  | Cost Code | TOTALS DUE USFOS | TOTALS DUE ROCKLAND |
|---|---|---|---|
| Labor & Benefits | 3317 | $ - | $ 54,991.62 |
| R&M General | 1101 | $ - | $ 4,442.40 |
| R&M Capital | 1108 | $ - | $ 59,315.85 |
| Pump Station Electric | 1102 | $ - | $ 11,804.74 |

Total Amount Due Town of Rockland                                $ 130,554.61

**Additional Credits Due the Town of Rockland**

| | | |
|---|---|---|
| Profit @ 10% on unspent labor | $ 5,499.16 | |
| Profit @ 10% for Misc. monies spent out of labor budget | $ - | |
| Belt Filter Press Credit ($2966.44/month) | $ 39,636.38 | |
| Copier Credit ($250/month) | $ 3,340.00 | |
| Shared Savings Total | $ 32,325.50 | |
| Electrical Power [4/8/04-4/12/04] | $ 1,210.21 | |
| Flow/Load Adjustment Credit - contract year 6 | $ - | |
| Cottonwood Credit | $ 1,660.22 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 2,972.73 | |
| Scope Change Credit - 7.5% Copier | $ 250.50 | |
| Subtotal - Credits | | $ 86,894.70 |

Amount Due Town of Rockland - Including Credits                  $ 217,449.31

**Additional Monies Due USFOS**

| | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $ (1,777.76) | |
| Shared Savings (25%) | $ (8,081.38) | |
| Hingham Strret South Additional Costs [Elec & Nat Gas] | $ (3,001.84) | |
| Copper Study - additional electrical costs for aeration blower | $ (5,149.67) | |
| Chemical Inventory Reconciliation - April 2004 | $ (9,920.00) | |
| Load adjustment - BOD/TSS for contract years 1 through 5 - DUE CO. based on earlier calculations | $ (22,689.00) | $ (50,619.65) |

Amount Due Town of Rockland - Including Amts Due USFOS          $ 166,829.67

**LESS:**
Invoice #7003385, dated 10/31/03, paid from Rebate per client instructions    $ (8,707.56)
  Letter approved by RSC - October 2003

**ADJUSTED NET AMOUNT DUE TOWN OF ROCKLAND [10/1/04]          $ 158,122.11**