# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC.,   )
    Plaintiff                        )
                                      )
    -vs-                              )
                                      )
TOWN OF ROCKLAND, ROCKLAND SEWER     )
COMMISSION, GREGORY THOMSON and      )
MICHAEL SAUSE',                      )
    Defendants                        )
_____)   CA No. 04-11131-PBS
                                      )   Pages 3-85 – 3-160
TOWN OF ROCKLAND, ROCKLAND SEWER     )
COMMISSION,                          )
    Plaintiffs-in-Counterclaim        )
    and Crossclaim                    )
                                      )
    -vs-                              )
                                      )
PROFESSIONAL SERVICES GROUP, INC.,   )
    Defendants-in-Counterclaim        )
                                      )
    and                               )
                                      )
MICHAEL SAUSE',                      )
    Crossclaim Defendant              )

JURY TRIAL - DAY THREE - PART TWO

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
August 3, 2006

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210  (617)345-6787

1  A P P E A R A N C E S:

2      DAVID M. OSBORNE, ESQ., Dwyer & Collora, LLP,
   Federal Reserve Plaza, 600 Atlantic Avenue, 12th Floor,
3  Boston, Massachusetts, 02210, for the Plaintiff.

4      JOANNE D'ALCOMO, ESQ. and SETH E. NESIN, ESQ.,
   Jager Smith, P.C., 1 Financial Center, Boston, Massachusetts,
5  02111, for the Defendants.

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| CYNTHIA M. SOLOMON | 3-88 | 3-136 | | |

| EXHIBITS | PAGE |
|---|---|
| 96 | 3-94 |
| 101 | 3-100 |
| 234 | 3-104 |
| 552 | 3-145 |

1       P R O C E E D I N G S
2               THE COURT:  We'll have a side bar off the record.
3               (A side-bar conference was held off the record.)
4               (A recess was taken, 11:10 a.m.)
5               (Resumed, 11:45 a.m.)
6               THE COURT:  Bring in the jury.
7               (Jury enters the courtroom.)
8               MR. OSBORNE:  Your Honor, PSG calls Cynthia
9       Solomon.
10                      CYNTHIA M. SOLOMON
11      having been first duly sworn, was examined and testified as
12      follows:
13              THE CLERK:  Would you please state your name and
14      spell it for the record.
15              THE WITNESS:  Cynthia M. Solomon, S-o-l-o-m-o-n.
16      DIRECT EXAMINATION BY MR. OSBORNE:
17      Q.   Ms. Solomon, where do you live?
18      A.   In Dighton, Massachusetts.
19      Q.   And how long have you lived there?
20      A.   Twenty-three years.
21      Q.   And who do you live with?
22      A.   My husband and daughter.
23      Q.   And where do you work?
24      A.   At Veolia Water North America.
25      Q.   And what office at Veolia Water do you work at?

1  determined that the Town of Rockland should get back as of
2  the date of the termination of the contract?
3  A.  I don't have that number in. . . unless you have some
4  other document.  This goes to 2/28/02.
5  Q.  Oh, I'm sorry.  I apologize.  Now, you did perform a
6  calculation for that period of time ending in April, 2004; is
7  that right?
8  A.  Correct.
9  Q.  Let me show you what's been marked Exhibit 554, and does
10 Exhibit 554 contain the results of the calculation that you
11 performed?
12 A.  Yes.
13 Q.  And what is the amount that you determined that PSG owed
14 the Town of Rockland as of the termination of the contract in
15 mid-April, 2004?
16 A.  $158,122.11.
17 Q.  And was that ever paid?
18 A.  No, it has not been paid.
19 Q.  Now, you referred to in direct examination a number of
20 rebate accounts, right?
21 A.  Yes.
22 Q.  And did you ever provide --
23         THE COURT:  Why didn't you pay it?
24         THE WITNESS:  Excuse me?
25         THE COURT:  Why haven't you paid the $158,122?