Page 85

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC., )
    Plaintiff )
)
-VS- )
)
TOWN OF ROCKLAND, ROCKLAND SEWER )
COMMISSION, GREGORY THOMSON and )
MICHAEL SAUSE', )
    Defendants )
_____) CA No. 04-11131-PBS
) Pages 3-85 - 3-160
TOWN OF ROCKLAND, ROCKLAND SEWER )
COMMISSION, )
    Plaintiffs-in-Counterclaim )
    and Crossclaim )
)
-VS- )
)
PROFESSIONAL SERVICES GROUP, INC., )
    Defendants-in-Counterclaim )
)
    and )
)
MICHAEL SAUSE', )
    Crossclaim Defendant )

JURY TRIAL - DAY THREE - PART TWO

BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE

United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
August 3, 2006

LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210  (617)345-6787

Page 86

1   A P P E A R A N C E S:

2       DAVID M. OSBORNE, ESQ., Dwyer & Collora, LLP,
    Federal Reserve Plaza, 600 Atlantic Avenue, 12th Floor,
3   Boston, Massachusetts, 02210, for the Plaintiff.

4       JOANNE D'ALCOMO, ESQ. and SETH E. NESIN, ESQ.,
    Jager Smith, P.C., 1 Financial Center, Boston, Massachusetts,
5   02111, for the Defendants.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 147

1  Q.   And as far as you're concerned, PSG had no
2  responsibility, after holding that money for engineering
3  services, to make sure that that money was used for
4  engineering services, right?
5  A.   That's correct.
6  Q.   Now, let me show you what's been marked as Exhibit 570.
7  This is -- well, do you recognize what 570 is?
8  A.   I do.
9  Q.   And what is that?
10 A.   It's a reconciliation.
11 Q.   And the reconciliation was for the period ending
12 mid-April, 2004, when the Town of Rockland had by that point
13 terminated U.S. Filter in operating the plant; is that right?
14 A.   That's correct.
15 Q.   And you performed a calculation to determine how much
16 money the Town of Rockland was supposed to get back?
17 A.   That's correct.
18 Q.   Right?  And what was the calculation that you determined
19 that as of mid-April, 2004, the Town of Rockland was entitled
20 to get back under their contract that year?
21 A.   It would have been for the contract year that began
22 March 1 through April 11, which was six weeks of operation,
23 and what we had billed them less the actual expenses for the
24 limit amounts.
25 Q.   Could you tell us what the amount was that you

1  determined that the Town of Rockland should get back as of
2  the date of the termination of the contract?
3  A.  I don't have that number in. . . unless you have some
4  other document.  This goes to 2/28/02.
5  Q.  Oh, I'm sorry.  I apologize.  Now, you did perform a
6  calculation for that period of time ending in April, 2004; is
7  that right?
8  A.  Correct.
9  Q.  Let me show you what's been marked Exhibit 554, and does
10 Exhibit 554 contain the results of the calculation that you
11 performed?
12 A.  Yes.
13 Q.  And what is the amount that you determined that PSG owed
14 the Town of Rockland as of the termination of the contract in
15 mid-April, 2004?
16 A.  $158,122.11.
17 Q.  And was that ever paid?
18 A.  No, it has not been paid.
19 Q.  Now, you referred to in direct examination a number of
20 rebate accounts, right?
21 A.  Yes.
22 Q.  And did you ever provide --
23         THE COURT:  Why didn't you pay it?
24         THE WITNESS:  Excuse me?
25         THE COURT:  Why haven't you paid the $158,122?

1   THE WITNESS: Because the town also owes us for our
2   last six weeks of operating the facility. We have an unpaid
3   receivable of $153,000.
4   Q. Now, you referred to a number of rebate accounts, is
5   that right, on direct examination?
6   A. I did.
7   Q. And did you ever provide the Rockland Sewer Commission
8   with a breakdown of how much money was in these various
9   rebate accounts for previous years for labor and capital and
10  pump station electricity? Did you do that?
11  A. It was handled on an annual basis.
12  Q. On an annual basis?
13  A. Yes.
14  Q. In what form did it come?
15  A. On the year-end reconciliations.
16  Q. Well, was it on any of the reconciliations that
17  Mr. Osborne reviewed with you?
18  A. It wasn't a summary. It was a year-by-year one.
19  Q. But on none of the reconciliations that Attorney Osborne
20  spent some time reviewing with you is there one word about
21  these so-called rebate accounts with money in them from year
22  to year; is that right?
23  A. That's correct.
24  Q. And you knew, by the way, Ms. Solomon, that money held
25  in these so-called rebate accounts from year to year were not