

**PSG**
**AQUA ALLIANCE**

706003
Town of Rockland
Board of Sewer Commissioners
P O Box 330
Rockland, MA  02370

---

**\*PLEASE  MAIL  REMITTANCE  TO\***
**Professional Services Group In.c**
**C/O Veolia Water NA**
**Suite 202, 200 Cordwainer Drive**
**Norwell, MA  02061**

---

Invoice #7004015              DATE: 04/19/04                              PROJ. 1100203

---

Contract Operations of the Rockland Advanced Wastewater Treatment  Facility including Pump and
Ejector Stations in accordance with Contract dated February 27, 2998.

| | | |
|---|---|---|
| Services March 1, 2004 through March 31, 2004 | $ | 112,672.03 |
| Services April 1, 2004 through April 11, 2004 | $ | 40,747.08 |

**TOTAL AMOUNT DUE**                                                                   $     153,419.11