EXHIBIT

96

1



## Rockland Reconciliation (3/1/98 through 2/28/99)

| C8567A | Rockland Base O&M | | |
|---|---|---|---|
| | Amt. Owed to Client as Credit To Account | | |
| | 1) Gas & Diesel (client paid for PSG Gas and Diesel) | $ | 1,375.00 |
| | 2) Photocopier $250/Month (Client Purchased their own, PSG had monthly cost of photocopy in pricing) - 2 Months @ $250 | $ | 500.00 |
| | 3) Millbrook Pump Station (Contractor still paying electric bills) | $ | 1,660.00 |
| | 4) Hypochlorite - plant still on gas, but pricing was for hypo | $ | 3,396.00 |
| | | | |
| | SUBTOTAL - CLIENT REBATE | $ | 6,931.00 |
| | LESS:  Sales Taxes Paid  By PSG 3/1/98 - 2/28/99 | $ | (1,001.00) |
| | | | |
| | NET REBATE - ROCKLAND BASE O&M | $ | 5,930.00 |

| SUMMARY - REBATE TO CLIENT | | | |
|---|---|---|---|
| C8567A | Rockland Base O&M (Per Above) | $ | 5,930.00 |
| C8567E | Rockland New Pump Station Electric | $ | 8,777.37 |
| C8567Q | Rockland Equip/Capital R&R | $ | 4,478.27 |
| C8567R | Rockland R&R | $ | 232.82 |

NET REBATE - C8567A, C8567Q, C8567R          $  19,418.46

| C8567L | Rockland Labor/Benefits | $  45,554.64 |
|---|---|---|

PLUS:  10% Overhead & Profit - Labor (Charge C8567A)          $  4,555.46

$  50,110.10

SUBTOTAL - AMT DUE CLIENT          $  69,528.56

LESS:  AMOUNT APPLIED TO JUNE INVOICE          $  (50,000.00)

TOTAL AMOUNT DUE CLIENT (NOTE 1)          $  19,528.56

NOTE (1):  CLIENT REQUESTS THAT WE ROLL THE REBATE AMOUNT OF $19,528.56
               TO PROJECT NUMBER C9567Q:



**2**

H00299
YR 2

revised
H00299 JOB

# ROCKLAND RECONCILIATION SUMMARY
## CONTRACT YEAR 3/1/99 THROUGH 2/28/00

year #2

| | | TOTALS | |
|---|---|---|---|
| | Cost Code | DUE PSG | DUE ROCKLAND |
| Labor & Benefits | 3317 | $ - | $ 14,002.60 |
| R&M General | 1101 | $ - | $ 3.91 |
| R&M Capital | 1108 | $ 9,096.99 | $ - |
| Pump Station Electric | 1102 | $ 58.49 | |
| | | $ 9,155.48 | $ 14,006.51 |

Net Amount Due Town of Rockland                              $      4,851.03

**Additional Credits Due the Town of Rockland**

| | | |
|---|---|---|
| Profit @ 10% on unspent labor | $ 1,400.26 | |
| Profit @ 10% for Vactor Truck Monies Spent out of Labor Budget | $ 7,186.49 | |
| Belt Filter Press Credit ($1,977.63/month) | $ 23,731.56 | |
| Copier Credit ($250/month) | $ 3,000.00 | |
| Chlorine Credit | $ 819.00 | |
| Fuel Credit | $ 1,359.39 | |
| Millbrook Credit | $ 709.00 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 1,779.87 | |
| Scope Change Credit - 7.5% Copier | $ 225.00 | |
| Subtotal - Credits | | $ 40,210.57 |

**Additional Monies Due PSG**

| | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $ (1,269.65) | |
| Flow/Load Adjustment for Year 1 and 2 | $ (3,701.43) | |
| | | $ (4,971.08) |

**Subtotal Due Town of Rockland**                            $      40,090.52

LESS:  Rebate Monies used to pay June Invoice               $     (16,666.72)

**Net Amount Due Town of Rockland**                          $      23,423.80

# ROCKLAND RECONCILIATION
## SUMMARY
## CONTRACT YEAR 3/1/99 THROUGH 2/28/00

|  | Cost Code | TOTALS | |
|---|---|---|---|
|  |  | DUE PSG | DUE ROCKLAND |
| Labor & Benefits | 3317 | $ - | $ 14,002.60 |
| R&M General | 1101 | $ 3.91 | $ - |
| R&M Capital | 1108 | $ 9,096.99 | $ - |
| Pump Station Electric | 1102 | $ 58.49 | |
|  |  | $ 9,159.39 | $ 14,002.60 |

Net Amount Due Town of Rockland                $ 4,843.21

**Additional Credits Due the Town of Rockland**

| | | |
|---|---|---|
| Profit @ 10% on unspent labor | $ 1,400.26 | |
| Profit @ 10% for Vactor Truck Monies Spent out of Labor Budget | $ 7,186.49 | |
| Belt Filter Press Credit ($1,977.63/month) | $ 23,731.56 | |
| Copier Credit ($250/month) | $ 3,000.00 | |
| Chlorine Credit | $ 819.00 | |
| Fuel Credit | $ 1,359.39 | |
| Millbrook Credit | $ 709.00 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 1,779.87 | |
| Scope Change Credit - 7.5% Copier | $ 225.00 | |
| Subtotal - Credits | | $ 40,210.57 |

**Additional Monies Due PSG**

| | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $ (1,269.65) | |
| Flow/Load Adjustment for Year 1 and 2 | $ (3,701.43) | |
| | | $ (4,971.08) |

**Subtotal Due Town of Rockland**                $ 40,082.70

LESS:  Rebate Monies used to pay June Invoice                $ (16,666.72)

**Net Amount Due Town of Rockland**                $ 23,415.98

*[handwritten:]*  23,423.80
− 19,731.54 Inv
revised  3,692.26

**ROCKLAND, MASS.**
**AEGIS (2/1/99 THROUGH 12/31/99)**
**JDE (1/01/00 THROUGH 02/28/00)**

### COST CODE: 1100

|  | AEGIS C9567A | JDE 1100299 | TOTAL |
|---|---|---|---|
| Costs | $ 312,966.00 | $ 976,091.38 | $ 1,289,057.38 |
|  |  |  | $ - |
| SUBTOTAL | $ 312,966.00 | $ 976,091.38 | $ 1,289,057.38 |
| TOTAL | $ 312,966.00 | $ 976,091.38 | $ 1,289,057.38 |

### COST CODE: 1101

R+m Gen'L

|  | AEGIS C9567R | JDE 1100299 | TOTAL |
|---|---|---|---|
| Costs | $ 65,177.70 | $ 10,188.14 | $ 75,365.84 |
| TOTAL | $ 65,177.70 | $ 10,188.14 | $ 75,365.84 |

### COST CODE: 1102

R.ST Elec

|  | AEGIS C9567E | JDE 1100299 | TOTAL |
|---|---|---|---|
| Costs | $ 3,785.30 | $ 11,347.14 | $ 15,132.44 |
| TOTAL | $ 3,785.30 | $ 11,347.14 | $ 15,132.44 |

### COST CODE: 1108

CAP R+M

|  | AEGIS C9567Q | JDE 1100299 | TOTAL |
|---|---|---|---|
| Costs | $ 66,528.20 | $ 43,061.79 | $ 109,589.99 |
| TOTAL | $ 66,528.20 | $ 43,061.79 | $ 109,589.99 |

### COST CODE: 3317

LABor & FB

|  | AEGIS C9567L | JDE 1100299 | TOTAL |
|---|---|---|---|
| Costs | $ 386,426.83 | $ 155,899.07 | $ 542,325.90 |
|  |  |  | $ - |
| SUBTOTAL | $ 386,426.83 | $ 155,899.07 | $ 542,325.90 |
| TOTAL | $ 386,426.83 | $ 155,899.07 | $ 542,325.90 |

## ROCKLAND RECONCILIATION
## CONTRACT YEAR 3/1/99 THROUGH 2/28/00

**AEGIS:**  C9567L
**JDE:**  1100299    COST CODE: 3317

---

**Rockland Labor & Benefits - 3317**

| | | |
|---|---|---:|
| Total Billed to Town of Rockland (Cap) | $ | 556,328.50 |
| Total Actual Costs | $ | 542,325.90 |
| | $ | 14,002.60 |

The total amount of $14,002.60 is due Town of Rockland, Mass.

---

| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | $ | **14,002.60** |
|---|---|---:|

**3**



## ROCKLAND RECONCILIATION
### SUMMARY [08-20-01]
### CONTRACT YEAR 3/1/00 THROUGH 2/28/01

|  | Cost Code | TOTALS DUE USFOS | TOTALS DUE ROCKLAND |
|---|---|---|---|
| Labor & Benefits | 3317 | $ - | $ 70,695.38 |
| R&M General | 1101 | $ 12,463.50 | $ - |
| R&M Capital | 1108 | $ - | $ 15,968.36 |
| Pump Station Electric | 1102 | $ - | $ 10,499.38 |
|  |  | $ 12,463.50 | $ 97,163.12 |

Net Amount Due Town of Rockland      $ 84,699.62

**Additional Credits Due the Town of Rockland**

| | | |
|---|---|---|
| Profit @ 10% on unspent labor | $ 7,069.54 | |
| Profit @ 10% for Misc. monies spent out of labor budget | $ 1,500.00 | |
| Belt Filter Press Credit ($2966.44/month) | $ 35,597.28 | |
| Copier Credit ($250/month) | $ 3,000.00 | |
| Chlorine Credit | $ - | |
| Fuel Credit | $ 3,341.33 | |
| Flow/Load Adjustment Credit for Year 2 | $ 1,346.67 | |
| Cottonwood Credit | $ 570.00 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 2,669.80 | |
| Scope Change Credit - 7.5% Copier | $ 225.00 | |
|     Subtotal - Credits | | $ 55,319.61 |

**Additional Monies Due PSG**

| | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $ (1,730.22) | |
| Flow/Load Adjustment for Year 3 | $ - | |
| | | $ (1,730.22) |

**Subtotal Due Town of Rockland**      $ 138,289.01

**LESS:  Rebate applied towards June 2001 Invoice #7000616**      (13,398.22)

**NET AMOUNT DUE TOWN OF ROCKLAND**      124,890.79

## ROCKLAND RECONCILIATION
### CONTRACT YEAR 3/1/00 THROUGH 2/28/01

**JDE:**    1100200   COST CODE:  1101, 1108,1102

---

**Rockland - R&M GENERAL - 1101**

| | | |
|---|---|---:|
| Total Billed to Town of Rockland (Cap) | $ | 77,539.65 |
| Total Actual Costs | $ | 90,003.15 |
| | $ | 12,463.50 |

| **TOTAL AMOUNT DUE USFOS** | **$** | **12,463.50** |
|---|---|---:|

---

**Rockland - R&M GENERAL - 1108**

| | | |
|---|---|---:|
| Total Billed to Town of Rockland (Cap) | $ | 103,386.19 |
| Total Actual Costs | $ | 87,417.83 |
| | $ | 15,968.36 |

| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **15,968.36** |
|---|---|---:|

---

**ROCKLAND PUMP STATION ELECTRIC -1102**

| | | |
|---|---|---:|
| Total Billed Town of Rockland (Cap) | $ | 15,507.93 |
| Total Actual Costs | $ | 5,008.55 |
| | $ | 10,499.38 |

| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **10,499.38** |
|---|---|---:|

---

**Rockland Labor & Benefits - 3317**

| | | |
|---|---|---:|
| Total Billed to Town of Rockland (Cap) | $ | 575,820.76 |
| Total Actual Costs | $ | 505,125.38 |
| | $ | 70,695.38 |

| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **70,695.38** |
|---|---|---:|

4

**ROCKLAND RECONCILIATION**
**SUMMARY**
**CONTRACT YEAR 3/1/01 through 02/28/02**

| | Cost Code | TOTALS DUE USFOS | TOTALS DUE ROCKLAND |
|---|---|---|---|
| Labor & Benefits | 3317 | $    - | $    18,726.03 |
| R&M General | 1101 | $    13,934.70 | $    - |
| R&M Capital | 1108 | $    - | $    22,601.61 |
| Pump Station Electric | 1102 | $    - | $    9,924.50 |
| | | $    13,934.70 | $    51,252.14 |

| | | |
|---|---|---|
| Net Amount Due Town of Rockland | | $    37,317.44 |

| **Additional Credits Due the Town of Rockland** | | |
|---|---|---|
| Profit @ 10% on unspent labor | $    1,872.60 | |
| Profit @ 10% for Misc. monies spent out of labor budget | $    3,253.61 | |
| Belt Filter Press Credit ($2966.44/month) | $    35,597.28 | |
| Copier Credit ($250/month) | $    3,000.00 | |
| Shared Savings Total | $    20,919.32 | |
| Fuel Credit | $    4,543.49 | |
| Flow/Load Adjustment Credit for Year 4 | $    - | |
| Cottonwood Credit | $    1,647.75 | |
| Scope Change Credit - 7.5% Belt Filter Press | $    2,669.80 | |
| Scope Change Credit - 7.5% Copier | $    225.00 | |
| Subtotal - Credits | | $    73,728.85 |

| **Additional Monies Due PSG** | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $    (2,933.44) | |
| Sahred Savings (25%) | $    (5,229.83) | |
| Flow/Load Adjustment for Year 4 | $    - | |
| | | $    (8,163.27) |

| **NET AMOUNT DUE TOWN OF ROCKLAND** | | $    102,883.02 |
|---|---|---|

**ROCKLAND RECONCILIATION**
**SHARED SAVINGS SUMMARY**
**CONTRACT YEAR 3/1/01 through 02/28/02**

| SHARED SAVINGS | Budget | Actual | Diff | TOWN 75% SAVINGS | USFOS 25% SAVINGS |
|---|---|---|---|---|---|
| Environmental Testing (one-time credit) | 9,600.00 | 6,292.00 | 3,308.00 | 2,481.00 | 827.00 |
| Natural Gas/Fuel Oil for Buildings (one-time credit) | 13,416.00 | 8,496.51 | 4,919.49 | 3,689.62 | 1,229.87 |
| Vehicle Leases (savings due to lease paid fully on 1 Vehicle) | 16,416.00 | 7,092.82 | 9,323.18 | 6,992.39 | 2,330.80 |
| SUBTOTAL | 39,432.00 | 21,881.33 | 17,550.67 | 13,163.00 | 4,387.67 |
| | | | | | |
| **Electrical Savings** | | | 7,031.65 | | |
| **Less: Energy Savings Study** | | | (3,663.00) | | |
| | | | 3,368.65 | 2,526.49 | 842.16 |
| | | | | | |
| **TOTAL SHARED SAVINGS** | | | 20,919.32 | 15,689.49 | 5,229.83 |

ROCKLAND RECONCILIATION
CONTRACT YEAR 3/1/01 through 02/28/02

JDE:    1100201   COST CODE:  1101, 1108,1102

**Rockland - R&M GENERAL - 1101**

| | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 81,268.53 |
| Total Actual Costs | $ | 95,203.23 |
| | $ | 13,934.70 |

TOTAL AMOUNT DUE USGS                                    $ 13,934.70

**Rockland - R&M GENERAL - 1108**

| | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 108,358.04 |
| Total Actual Costs | $ | 85,756.43 |
| | $ | 22,601.61 |

TOTAL AMOUNT DUE TOWN OF ROCKLAND          $ 22,601.61

**ROCKLAND PUMP STATION ELECTRIC -1102**

| | | |
|---|---|---|
| Total Billed Town of Rockland (Cap) | $ | 16,253.71 |
| Total Actual Costs | $ | 6,329.21 |
| | $ | 9,924.50 |

TOTAL AMOUNT DUE TOWN OF ROCKLAND          $ 9,924.50

**Rockland Labor & Benefits - 3317**

| | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 556,757.01 |
| Total Actual Costs | $ | 538,030.98 |
| | $ | 18,726.03 |

TOTAL AMOUNT DUE TOWN OF ROCKLAND          $ 18,726.03

5

### ROCKLAND PRELIMINARY RECONCILIATION
### SUMMARY
### CONTRACT YEAR 3/1/02 through 02/28/03

date:6/17/03

| | Cost Code | TOTALS | |
| --- | --- | --- | --- |
| | | DUE USFOS | DUE ROCKLAND |
| Labor & Benefits | 3317 | $ - | $ 24,581.85 |
| R&M General | 1101 | $ 13,740.12 | $ - |
| R&M Capital | 1108 | $ - | $ 24,704.36 |
| Pump Station Electric | 1102 | $ - | $ 11,426.89 |
| | | $ 13,740.12 | $ 60,713.10 |

Net Amount Due Town of Rockland                                               $ 46,972.98

**Additional Credits Due the Town of Rockland**

| | | |
| --- | --- | --- |
| Profit @ 10% on unspent labor | $ 2,458.19 | |
| Profit @ 10% for Misc. monies spent out of labor budget | $ - | |
| Belt Filter Press Credit ($2966.44/month) | $ 35,597.28 | |
| Copier Credit ($250/month) | $ 3,000.00 | |
| Shared Savings Total | $ 22,384.11 | |
| Fuel Credit | $ 2,841.96 | |
| Flow/Load Adjustment Credit for Year 5 | $ - | |
| Cottonwood Credit | $ 1,468.40 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 2,669.80 | |
| Scope Change Credit - 7.5% Copier | $ 225.00 | |
| Subtotal - Credits | | $ 70,644.73 |

**Additional Monies Due PSG**

| | | |
| --- | --- | --- |
| Sales Taxes Paid for Company Consumables | $ (2,343.00) | |
| Sahred Savings (25%) | $ (5,596.03) | |
| Flow/Load Adjustment for Year 5 (for flow) | $ (3,557.86) | |
| | | $ (11,496.89) |

**NET AMOUNT DUE TOWN OF ROCKLAND**                                $ 106,120.82

**BACK FEE OWED TO PSG (for year 5)**                                $ (25,942.00)

**ADJUSTED NET AMOUNT DUE TOWN OF ROCKLAND**            $ 80,178.82

**ROCKLAND PRELIMINARY RECONCILIATION**
**SHARED SAVINGS SUMMARY**
**CONTRACT YEAR 3/1/02 through 02/28/03**

| SHARED SAVINGS | Budget | Actual | Diff | TOWN 75% SAVINGS | USFOS 25% SAVINGS |
|---|---|---|---|---|---|
| Vehicle Leases (savings due to leases nearly paid fully on 2 Vehicles) | 16,000.00 | 6,363.00 | 9,637.00 | 7,227.75 | 2,409.25 |
| SUBTOTAL | 16,000.00 | 6,363.00 | 9,637.00 | 7,227.75 | 2,409.25 |
| | | | | | |
| Electrical Savings | | | 13,643.11 | | |
| Less:  Energy Savings Study | | | (896.00) | | |
| | | | 12,747.11 | 9,560.33 | 3,186.78 |
| | | | | | |
| TOTAL SHARED SAVINGS | | | 22,384.11 | 16,788.08 | 5,596.03 |

## ROCKLAND PRELIMINARY RECONCILIATION
### CONTRACT YEAR 3/1/02 through 02/28/03

JDE:    1100202    COST CODE:  1101, 1108, 1102, 3317

| Rockland - R&M GENERAL - 1101 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 86,220.22 |
| Total Actual Costs | $ | 99,960.34 ✓ |
| | $ | 13,740.12 |
| **TOTAL AMOUNT DUE USFOS** | **$** | **13,740.12** |

| Rockland - R&M GENERAL - 1108 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 114,960.33 |
| Total Actual Costs | $ | 90,255.97 ✓ |
| | $ | 24,704.36 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **24,704.36** |

| ROCKLAND PUMP STATION ELECTRIC -1102 | | |
|---|---|---|
| Total Billed Town of Rockland (Cap) | $ | 17,244.04 |
| Total Actual Costs | $ | 5,817.15 ✓ |
| | $ | 11,426.89 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **11,426.89** |

| Rockland Labor & Benefits - 3317 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 537,413.22 |
| Total Actual Costs | $ | 512,831.37 ✓ |
| | $ | 24,581.85 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | **$** | **24,581.85** |

Total costs —
708,864.83

**6**

Rockland Revenue
For the period 3/1/03 thru 4/11/04

| Cost Code | Category | Mthly | 12 Mth | 4-Mar | Apr 1-Apr 14 | Total Revenue Cap |
|---|---|---|---|---|---|---|
| 1101 | R&M | 7,247.88 | 86,974.56 | 7,247.88 | 2,621.15 | 96,843.59 |
| 1102 | Electric | 1,449.57 | 17,394.84 | 1,449.57 | 524.23 | 19,368.64 |
| 1108 | R&M Cap | 9,663.84 | 115,966.08 | 9,663.84 | 3,494.87 | 129,124.79 |
| 3317 | Labor/Benefits | 46,386.36 | 556,636.32 | 46,386.36 | 16,775.34 | 619,798.02 |

ROCKLAND FINAL RECONCILIATION
CONTRACT YEAR 3/1/03 through 02/29/04 & [3/1/04-4/11/04]

JDE:    1100203   COST CODE: 1101, 1108,1102, 3317

| Rockland - R&M GENERAL - 1101 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 96,843.59 |
| Total Actual Costs | $ | 92,401.19 |
| | $ | 4,442.40 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | $ | **4,442.40** |

| Rockland - R&M GENERAL - 1108 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 129,124.79 |
| Total Actual Costs | $ | 69,808.94 |
| | $ | 59,315.85 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | $ | **59,315.85** |

| ROCKLAND PUMP STATION ELECTRIC -1102 | | |
|---|---|---|
| Total Billed Town of Rockland (Cap) | $ | 19,368.64 |
| Total Actual Costs | $ | 7,563.90 |
| | $ | 11,804.74 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | $ | **11,804.74** |

| Rockland Labor & Benefits - 3317 | | |
|---|---|---|
| Total Billed to Town of Rockland (Cap) | $ | 619,798.02 |
| Total Actual Costs | $ | 564,806.40 |
| | $ | 54,991.62 |
| **TOTAL AMOUNT DUE TOWN OF ROCKLAND** | $ | **54,991.62** |

ROCKLAND FINAL RECONCILIATION
SUMMARY
CONTRACT YEAR 3/1/03 through 02/29/04 & [3/1/04-4/11/04]

Date: 10/1/04

|  | Cost Code | TOTALS | |
|---|---|---|---|
|  |  | DUE USFOS | DUE ROCKLAND |
| Labor & Benefits | 3317 | $ - | $ 54,991.62 |
| R&M General | 1101 | $ - | $ 4,442.40 |
| R&M Capital | 1108 | $ - | $ 59,315.85 |
| Pump Station Electric | 1102 | $ - | $ 11,804.74 |

Total Amount Due Town of Rockland                                 $   130,554.61

| Additional Credits Due the Town of Rockland | | |
|---|---|---|
| Profit @ 10% on unspent labor | $ 5,499.16 | |
| Profit @ 10% for Misc. monies spent out of labor budget | $ - | |
| Belt Filter Press Credit ($2966.44/month) | $ 39,636.38 | |
| Copier Credit ($250/month) | $ 3,340.00 | |
| Shared Savings Total | $ 32,325.50 | |
| Electrical Power [4/8/04-4/12/04] | $ 1,210.21 | |
| Flow/Load Adjustment Credit - contract year 6 | $ - | |
| Cottonwood Credit | $ 1,660.22 | |
| Scope Change Credit - 7.5% Belt Filter Press | $ 2,972.73 | |
| Scope Change Credit - 7.5% Copier | $ 250.50 | |
| Subtotal - Credits | | $ 86,894.70 |

Amount Due Town of Rockland - Including Credits                   $   217,449.31

| Additional Monies Due USFOS | | |
|---|---|---|
| Sales Taxes Paid for Company Consumables | $ (1,777.76) | |
| Shared Savings (25%) | $ (8,081.38) | |
| Hingham Strret South Additional Costs [Elec & Nat Gas] | $ (3,001.84) | |
| Copper Study - additional electrical costs for aeration blower | $ (5,149.67) | |
| Chemical Inventory Reconciliation - April 2004 | $ (9,920.00) | |
| Load adjustment - BOD/TSS for contract years 1 through 5 - DUE CO. | $ (22,689.00) | |
| based on earlier calculations | | $ (50,619.65) |

Amount Due Town of Rockland - Including Amts Due USFOS           $   166,829.67

LESS:
Invoice #7003385, dated 10/31/03, paid from Rebate per client instructions     $ (8,707.56)
    Letter approved by RSC - October 2003

| ADJUSTED NET AMOUNT DUE TOWN OF ROCKLAND [10/1/04] | $ 158,122.11 |
|---|---|