UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, et al., <br> Defendants | ) ) ) ) ) ) ) ) ) ) | Civil No. 04-11131-PBS |

## **NOTICE OF WITHDRAWAL**

Please withdraw the appearance of Seth Nesin as counsel for defendants Town of Rockland and Rockland Sewer Commission in the above-captioned action.

> TOWN OF ROCKLAND and
> ROCKLAND SEWER COMMISSION
> By their attorneys,
>
> /s/Seth Nesin
> _____
> Joanne D'Alcomo (BBO # 544177)
> Seth Nesin (BBO # #650739)
> JAGER SMITH P.C.
> One Financial Center
> Boston, MA 02111
> (617) 951-0500

Dated: September 12, 2007

JS#186628v1