UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP,
    Plaintiff,

V.

TOWN OF ROCKLAND, ET AL,
    Defendants.

CIVIL ACTION: 04-11131-PBS

## JUDGMENT

SARIS, U.S.D.J.                                                                October 2, 2007

      Pursuant to this Court's Memorandum and Order dated September 26, 2007, it is ORDERED and ADJUDGED that judgment is hereby entered in favor of the Town of Rockland for $232,500 ($116,250 x 2), plus attorneys' fees and interest at the state rate on $116,250 from April 2004. Rockland's request for declaratory judgment on Count III is denied.

                                                  /s/ Patti B. Saris
                                                  Patti B. Saris
                                                  United States District Judge