UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., Plaintiff,<br>v.<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ,<br>    Defendants<br><br>TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION,<br>    Plaintiffs-in-Counterclaim and Crossclaim,<br>v.<br><br>PROFESSIONAL SERVICES GROUP, INC.,<br>    Defendant-in-Counterclaim,<br><br>and<br><br>MICHAEL SAUSÉ,<br>    Crossclaim Defendant | Civil No. 04-11131-PBS |

### MOTION OF COUNTERCLAIMANTS TOWN OF ROCKLAND AND ROCKLAND SEWER COMMISSION TO EXTEND TIME TO FILE MOTION FOR ASSESSMENT OF ATTORNEYS' FEES

Counterclaimants Town of Rockland and Rockland Sewer Commission (collectively "Rockland") move Fed. R. Civ. P. 54(d)(2)(B) to enlarge the time for filing a motion to assess attorneys' fees from October 16, 2007 through October 24, 2007.

As grounds for this motion, Rockland states the following:

1.    On October 2, 2007 this Court entered judgment for Rockland awarding damages "plus attorneys' fees" pursuant to G. L. c. 93A.

2. Fed. R. Civ. P. 54(d)(2)(B) provides that a claim for attorneys' fees shall be made by motion "filed no later than 14 days after entry of judgment" unless otherwise provided by statute or order of court. Accordingly, Rockland's motion for attorneys' fees would be due on October 16, unless the time to file the motion is enlarged.

3. Rockland's lead counsel, Joanne D'Alcomo, who tried this case and is therefore most familiar with this matter, and particularly any issue pertaining to attorneys' fees, is also lead counsel for the plaintiff-appellee and cross-appellant in an appeal to the U. S. Court of Appeals for the First Circuit, and is required to submit the principal brief on behalf of her client on October 11, 2007. <u>Murali Jasty, M.D., v. Wright Medical Technology, Inc</u>., et al, U. S. Court of Appeals for the First Circuit, Nos. 07-1743, 07-1744.

4. Thereafter, from October 11, 2007 until October 16, 2007, Attorney D'Alcomo is scheduled to be on a long-planned vacation in Oregon.

5. Because of these other commitments, Attorney D'Alcomo will not be able to begin work on the attorneys' fees motion until October 17, 2007.

WHEREFORE, Rockland requests that this Court enlarge the time for filing its motion to assess attorneys' fees from October 16, 2007 through October 24, 2007, and that it be granted such other relief as may be proper.

>Respectfully submitted,
>TOWN OF ROCKLAND,
>ROCKLAND SEWER COMMISSION
>By its attorneys,
>
>
>*/s/ Howard P. Blatchford, Jr.*
>_____
>Joanne D'Alcomo
>BBO #544177
>Howard P. Blatchford, Jr.
>BBO #045580
>JAGER SMITH P.C.
>One Financial Center
>Boston, MA 02111
>(617) 951-0500

Dated: October 5, 2007.

Case 1:04-cv-11131-PBS    Document 187    Filed 10/05/2007    Page 4 of 4