UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br> Plaintiff, <br> v. <br> TOWN OF ROCKLAND, et al., <br> Defendants. | CIVIL ACTION <br> NO. 04-11131-PBS |

**AFFIDAVIT OF HOWARD P. BLATCHFORD, JR.**

I, Howard P. Blatchford, Jr., state the following under oath:

1. I am a lawyer employed as a partner by the law firm Jager Smith, P.C. with offices located at One Financial Center, Boston, Massachusetts. I am a graduate of Tufts University (B.A. 1977), Hofstra University (J.D. 1980) and Boston University (LL.M., Banking Law/Securities Regulation 1997).

2. I have practiced law on a full time basis continuously from my admission to the Massachusetts Bar in 1981 until the present time. My area of concentration has been civil litigation, with a particular emphasis in commercial litigation. I have tried both jury and jury-waived cases to completion as lead counsel before the United States District Court, the Superior Court, the Probate and Family Court and the District Court Departments of the Massachusetts Trial Court, the United States Bankruptcy Court, and the Massachusetts State Ethics Commission. In addition, I have briefed and/or argued more than two dozen appeals before the United States Courts of Appeals for the First and Fourth Circuits, the Supreme Judicial Court of Massachusetts, the Massachusetts Appeals Court, the Appellate Divisions of the Boston Municipal and District Court Departments

of the Massachusetts Trial Court, and the United States Bankruptcy Appellate Panel for the First Circuit. Notable among these cases were <u>Bisson v. Eck</u>, 430 Mass. 406, (1999), in which the Court reversed a judgment against the party I was representing in a case involving several issues of first impression arising under the Uniform Commercial Code, and <u>Chandler v. County Commissioners of Nantucket</u>, 437 Mass. 430 (2002), in which the Court reversed a judgment and vacated eminent domain takings that had been made against the parties whom I represented on appeal.

3. I have served on the adjunct faculty of Northeastern University School of Law where I have taught an upper level course entitled <u>Commercial Law: Payment Systems</u>, which covered the law of negotiable instruments, bank deposits and collections, and electronic funds transfers. I have also served as a lecturer in Northeastern University's division of continuing education.

4. I have been a member of the Board of Editors of the <u>Boston Bar Journal</u>. I am a member of the American Bar Association (Sections on Business Law and Litigation and the Council of Appellate Lawyers), the Boston Bar Association (Sections on Business Law, Litigation and Administration of Justice), and the Essex County Bar Association.

Signed under the pains and penalties of perjury this 21st day of October, 2007.

Howard P. Blatchford, Jr.