UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, et al., <br> Defendants | Civil No. 04-11131-PBS |

### AFFIDAVIT OF MICHAEL J. FENCER

I, Michael J. Fencer, do hereby depose and say the following:

1. I am an attorney at the law firm of Jager Smith P.C., One Financial Center, Boston, Massachusetts 02111 (the "Firm"). The Firm is counsel of record in this civil action for the Town of Rockland and Rockland Sewer Commission.

2. I am a graduate of Suffolk University College of Arts and Sciences, where I earned a bachelors of science degree, *magna cum laude*, in September 1997. I am also a graduate of Suffolk University Law School, where I earned a juris doctor degree, *cum laude*, in May 2000. While attending Suffolk University Law School, I also earned, among other honors, Suffolk Jurisprudence Awards in the areas of Environmental Law, and Secured Transactions Law, and I was also a member of the National Moot Court Team, and the Vice President of the Suffolk University Law School Moot Court Honor Board.

3. In 2001, I was duly admitted to practice in, and continue to be a member in good standing of the bars of the Courts of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the

First Circuit. In addition, I am a member of the Massachusetts and Boston Bar Associations, and the American Bankruptcy Institute.

4. From August 7, 2000 to August 17, 2001, I served as a Law Clerk to the Honorable Joel B. Rosenthal of the United States Bankruptcy Court for the District of Massachusetts, Western Division, during which time I conducted extensive legal research on, and prepared and drafted numerous legal memoranda and opinions on myriad issues of bankruptcy law, as well as on issues of state and other federal law implicated in the proceedings before that court.

5. Since August 20, 2001, I have been a practicing attorney in the Firm's Bankruptcy and Creditors' Rights, and Litigation Practice Groups. The focus of my practice at the Firm, in addition to commercial and construction litigation, is in representing debtors, creditors, creditors' committees, and trustees in cases of commercial and corporate workout and debt restructuring, and commercial and corporate bankruptcy proceedings.

6. During my time at the Firm, I have appeared for clients on numerous occasions in both state and federal courts, including, among others, the United States District Court for the District of Massachusetts, and the United States Bankruptcy Courts for the Districts of Massachusetts, New Hampshire, Delaware, and the Eastern and Western Districts of New York. Such appearances have involved, among other things, extensive motion practice, the prosecution of, and the defense of litigation claims at trial, and various bankruptcy appeals.

7. In connection with my bankruptcy practice at the Firm, I have been a speaker on various panels presented by the Boston Bar Association and Massachusetts Continuing Legal Education ("MCLE"), educating other attorneys on commercial bankruptcy and creditors' rights topics, as well as bankruptcy litigation topics, and I have been a contributing author in certain

MCLE publications on bankruptcy topics. In the 2005 and 2006 editions of the *Massachusetts Super Lawyers* supplement to *Boston Magazine*, I was named as a Rising Star by my peers in the Massachusetts bankruptcy and workout community.

    I, Michael J. Fencer, do hereby declare on this 22nd day of October, under the pains and penalties of perjury, that the foregoing is true and accurate to the best of my knowledge and belief.

*/s/ Michael J. Fencer*
Michael J. Fencer, Esq.
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
Tel.: 617-961-0500

JS\127572.1       3