# EXHIBIT 1

**SETH NESIN**
748 Watertown Street
Newton, MA 02460
617-969-3574
sethnesin@yahoo.com

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, New York
J.D. Degree, *magna cum laude*, May 2001

| | |
|---|---|
| Honors: | *New York University Law Review*, Managing Editor |
| | Order of the Coif |
| Teaching: | Research Assistant, Professors Sylvia Law and Helen Hershkoff |
| | Teaching Assistant, Civil Procedure II (Professor Helen Hershkoff) |
| Note: | *The Benefits of Applying Issue Preclusion to Interlocutory Judgments in Cases that Settle*, 76 N.Y.U. L. Rev. 847 (2001) |

**YALE UNIVERSITY**, New Haven, Connecticut
B.A. in American Studies, Concentration in American History, May 1995

## EXPERIENCE

**FOLEY HOAG LLP**, Boston, Massachusetts
*Associate*, September 2002—Present
Focus on product liability litigation and other complex commercial litigation. Responsibilities include: drafting appellate briefs and summary judgment motions; deposing witnesses; corresponding with clients and opposing counsel; participating in mediation; conducting legal research; and reviewing documents for responsiveness and privilege. Pro bono experience includes court representation of domestic violence victims seeking abuse prevention orders. Worked as a Summer Associate at Foley Hoag during the summer of 2000.

**HONORABLE PHYLLIS KRAVITCH, ELEVENTH CIRCUIT U.S. COURT OF APPEALS**, Atlanta, Georgia
*Law Clerk*, September 2001—September 2002
Reviewed appellate briefs submitted by the parties. Examined the trial court record for facts relevant to appeal. Researched and wrote bench memoranda to prepare Judge Kravitch for oral argument. Conferred with the judge regarding facts and legal issues in the case. Drafted published and unpublished opinions. Reviewed and commented upon draft opinions circulated by other judges.

**LAW RESOURCES**, Washington, D.C.
*Paralegal*, November 1997—July 1998
Assisted attorneys at King & Spalding with large grand jury subpoena. Responsibilities included reviewing documents for responsiveness, conducting document searches and coding documents into database.

**COURT TV**, New York, New York
*Production Assistant, "Cochran & Company"*, April 1997—October 1997
*Deputy News Editor*, March 1996—April 1997
*Assistant News Editor*, July 1995—March 1996
Worked in various capacities at the Courtroom Television Network. Initially interviewed lawyers; corresponded with reporters; and reviewed AP wires, local newspapers and the Internet to monitor upcoming trials in 14 states. Promoted to chief of "trial tracking" department where duties included hiring, training and supervising four Assistant News Editors and 30+ stringers; leading weekly editorial meetings; and acting as initial liaison between Court TV and judges. Edited short pieces for nightly talk show and assisted producers in preparing news packages for talk show hosted by Johnnie Cochran.

## COURT ADMISSIONS

Supreme Judicial Court of Massachusetts, U.S. District Court for the District of Massachusetts, First Circuit U.S. Court of Appeals, Federal Circuit U.S. Court of Appeals