# EXHIBIT 2

# Phyllis A. Jones
146K Shore Drive
Peabody, MA  01960
978-828-9339
e-mail:  phyllis_ann_jones@msn.com

## Experience

Gadsby Hannah LLP; Boston, MA
*Commercial Law Litigation Assistant/Paralegal*
- Train litigation department on Federal electronic filing system.
- Review, draft and maintain firm's audit letter responses.
- Draft legal documents including motions, memorandum and legal letters for attorneys' review.
- Research complex and discrete matters for attorneys.
- Index documents in large litigation cases.
- Prepare and produce documents in connection with requests for production of documents.
- Manage complex bankruptcy litigation cases to ensure smooth efficiency of daily handling.
- Cite check memoranda of law, post trial briefs and appellate briefs, prepare table of authorities and table of contents.
- Read and indexed deposition.  (March 2001 to Present)

Getronics; Billerica, MA
*Temporary Paralegal -- Employment Law*
- Advised human resources managers nation wide on appropriate personnel action.
- Advised human resources managers on properly documenting personnel.
- Determined existence of discrimination under Federal and various state laws.
  (December 2000 to March 2001)

Smith, Levenson, Cullen & Aylward, P.C.; Peabody, MA (formerly known as Smith, Levenson, Smith & Cullen, P.C.; Boston, MA)
*Associate – Commercial Corporate Collections*
- Prosecuted debtors at various small claims trials before Clerk Magistrate.
- Prosecuted trials in District Court.
- Attended pretrials in District and Superior Court.
- Argued motions and attachments.
- Drafted and finalized motions and oppositions on various court levels.
- Drafted and answered various discovery requests.
- Negotiated and settled cases while working with all concerned parties.
- Served as a Court Mediator at BMC during pretrial sessions.
  (September 1999 to December 2000)

**Phyllis A. Jones**
146K Shore Drive
Peabody, MA 01960
978-828-9339
e-mail: phyllis_ann_jones@msn.com

## Experience (Continued)

<u>Dwyer & Jenkins, P.C.; Boston, MA</u>
*Legal Assistant/Paralegal – Labor Law Litigation Firm*

- Prepared and filed motions pursuant to Superior Court Rule 9A and petitions for review to Superior Court pursuant to Standing Order 1-96.
- Prepared and filed pleadings and motions in the Federal District Court and Commonwealth Superior Courts.
- Assisted in drafting and answering various discovery matters.
- Read and indexed deposition and arbitration transcripts.
- Supported more than three attorneys daily.
- Trained new support staff.
- Interfaced with National Labor Relations Board and State Labor Relations Commission.
- Attended MCLE on Workman's Compensation
  (August 1996 to February 1999)

## Computer Proficiency

- Microsoft Office (Word, Excel, Outlook, PowerPoint, Internet Explorer)
- WordPerfect
- LiveNote
- Summation

## Education

<u>Massachusetts School of Law; Andover, MA</u>
*Juris Doctorate with a Concentration in Public Policy, May 1996*

<u>American University; Washington, D.C.</u>
*Bachelor of Art in Political Science, May 1993*

## Bar Admissions

- Supreme Judicial Court, June, 1999
- United States Court of Appeals for the First Circuit, September, 1999
- United States District Court for the District of Massachusetts, October, 1999