# EXHIBIT 3

MASSACHUSETTS LAWYERS WEEKLY

# 100 Largest Law Firms

## In Massachusetts

2005

*Sponsored by*
new england legal search

*Continued from page 11*

## 11. NUTTER, McCLENNEN & FISH

**150 Lawyers**

World Trade Center West,
155 Seaport Blvd.
Boston 02210
(617) 439-2000
www.nutter.com
Founded 1879

MOONEY

MANAGING PARTNER

Michael E. Mooney

Nutter

AREAS OF PRACTICE

Life Sciences; Corporate; High Technology/Emerging Companies; Intellectual Property; Land Use, Permitting and Development; Banking and Financial Services; Employment, Labor and Benefits; Government Enforcement Defense; Litigation;Trusts and Estates

DEPARTMENT HEADS/ PEOPLE TO KNOW

John P. Dougherty
Real Estate and Finance
jdougherty@nutter.com
(617) 439-2549

Michael K. Krebs
Business
mkrebs@nutter.com
(617) 439-2288

Nelson G. Apjohn
Litigation
napjohn@nutter.com
(617) 439-2246

Charles A. Rosebrock
Trusts and Estates
crosebrock@nutter.com
(617) 439-2363

Karl P. Fryzel
Tax
kfryzel@nutter.com
(617) 439-2780

Ronald E. Cahill
Intellectual Property
rcahill@nutter.com
(617) 439-2782

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Hyannis (5)

MA attorneys: 150
(male: 103; female: 47)
Total attorneys firmwide: 150
Male/female equity partners: 48/8
Male/female new hires in 2004: 9/6
Male/female elevations in 2004: 2/1
Male/female departures in 2004: N/R
"Of counsel" lawyers: 14
Paralegals/support staff: 17/197
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: $115,000
Associates' starting salary as of Jan. 1, 2005: $125,000
Annual billable hours expected of associates: N/R
Dress policy: Business casual

## 12. HOLLAND & KNIGHT

**133 Lawyers**

10 Saint James Ave.
Boston 02116
(617) 523-2700
(617) 523-6850 (fax)
www.hklaw.com
Founded 1968

MICHALOWSKI

EXECUTIVE PARTNER

Mark Michalowski

Holland+Knight

MISSION STATEMENT

**Holland & Knight is committed to providing clients with superior legal service and is repeatedly recognized for exceptional client service. The unique structure of Holland & Knight enables us to provide efficient legal representation to our clients at the local, regional, national and international levels. We serve our clients on the basis of need, not merely location. This assures that the lawyers with the most appropriate experience are assigned to a matter.**

AREAS OF PRACTICE

Alcohol Beverage;Alternative Dispute Resolution;Antitrust; Aviation; Bankruptcy; Business Law; Construction and Design; Corporate Diversity Counseling; Corporate Governance; Corporate Trust; E-Commerce; Education; Energy; Environmental; Environmental Litigation; Financial Services and Restructuring; Government Contracts; Health Care; Hospitality; Housing; Indian Law; Integrated Security Strategies Team; Intellectual Property; International; Labor and Employment; Litigation; Maritime, Shipping and Admiralty; Media and Communications; Private Wealth Services; Products Liability; Public Finance; Public Law; Public Utilities; Real Estate; Sports Law; State and Local Tax; State Election Law; Surface Transportation; Taxation;Technology & Emerging Companies; Technology Transfer & License;Telecommunications; Water Law;White-Collar and Corporate; Compliance

DEPARTMENT HEADS/ PEOPLE TO KNOW

Deborah Barnard
Deputy Executive Partner
deborah.barnard@hklaw.com
(617) 305-9240

Paul Killeen
Practice Group Leader-Litigation
paul.killeen@hklaw.com
(617) 305-5816

James McDermott
Practice Group Leader-Syndication
james.mcdermott@hklaw.com
(617) 305-5848

Kenneth Hoffman
Practice Group Leader-Real Estate
kenneth.hoffman@hklaw.com
(617) 305-9274

Shari Levitan
Practice Group Leader-Private Wealth
shari.levitan@hklaw.com
(617) 305-1405

J.D. Smeallie
ProBono Partner/ Team Leader Education
jd.smeallie@hklaw.com
(617) 305-5812

Bob Lizza
Practice Group Leader-Construction
robert.lizza@hklaw.com
(617) 305-5827

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Annapolis (3);Atlanta (59); Bethesda (7); Bradenton, Fla. (4); Chicago (149); Ft. Lauderdale (43); Jacksonville (48); Lake Wire (15); Los Angeles (60); Mexico City (13); Miami (103); New York (124); Northern Virginia (36); Orlando (59); Portland, Ore. (17); Providence (25); Rancho Santa Fe (5); Sacramento (2); San Antonio (16); San Francisco (28); Seattle (15); St. Petersburg (22);Tallahassee (28);Tampa (88);Tokyo (1);Washington (174);West Palm Beach (12)

MA attorneys: 133
(male: 85; female: 48)
Total attorneys firmwide: 1,284
Male/female equity partners: 42/6
Male/female new hires in 2004: 11/10
Male/female elevations in 2004: 3/0
Male/female departures in 2004: 4/9
"Of counsel" lawyers: 0
Paralegals/support staff: 14/107
Hourly billing rates:
Partners: $275-$525
Junior Partners: $195-$515

Associates: $195-$515
Paralegals: $100-$185
Other: $65-$170 (special assistants)
Associates' starting salary as of Fall 2004: $120,000
Associates' starting salary as of Jan. 1, 2005: $125,000
Annual billable hours expected of associates: 1,900
Dress policy: Casual

## 13. SULLIVAN & WORCESTER

### 123 Lawyers

One Post Office Square
Boston 02109
(617) 338-2800
(617) 338-2880 (fax)

MA attorneys: 123 (male: 83; female: 40)
Total attorneys firmwide: 180
Male/female equity partners: 43/8
Male/female new hires in 2004: 13/11
Male/female elevations in 2004: 2/1
Male/female departures in 2004: 9/5
"Of counsel" lawyers: 7
Paralegals/support staff: 16/114
Hourly billing rates:
Partners: $410-$620
Junior Partners: $215-$405
Paralegals: $100-$210
Other: $370-$625 (of counsel)
Associates' starting salary as of Fall 2004: $105,000
Associates' starting salary as of Jan. 1, 2005: $120,000
Annual billable hours expected of associates: 1,800
Dress policy: Business

## 14. BROWN, RUDNICK, BERLACK, ISRAELS

### 116 Lawyers

One Financial Center
Boston 02111
(617) 856-8200
(617) 856-8201 (fax)
www.brownrudnick.com
Founded 1948

RYAN

CHIEF EXECUTIVE OFFICER
Joseph F. Ryan

BROWNRUDNICK

MISSION STATEMENT

**Brown Rudnick is an international law firm that strives to achieve results that exceed expectations through Our Commitment to Our Clients by adding maximum value to their business; handling complex and sophisticated matters locally, nationally and internationally; and being accessible, efficient, responsive and technologically sophisticated. Our Commitment to Our Communities by providing extensive and worthy pro bono and public service; and promoting active involvement and leadership on the part of our firm and ourselves. Our Commitment to Ourselves by sustaining an enriching environment through diversity and teamwork; striving to improve while celebrating our accomplishments, and assuring career opportunities by sustaining growth and financial strength.**

*Continued on page 14*

"The Fastcase databases are comprehensive and very user friendly, even without training. Every solo and small firm practitioner in Massachusetts who wants desktop access to comprehensive research materials should join the Social Law Library."
fast
From your office or personal computer—anytime, anywhere—
Absolutely Free
for Social Law Library members.

*Continued from page 14*

DEPARTMENT HEADS/ PEOPLE TO KNOW

Mark P. Harty
Managing Director

Diane Esslinger
Human Resources Director

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Hartford; Fall River; Springfield; Worcester; Parsippany, N.J.; New York; London

MA attorneys: 108
(male: 82; female: 26)
Total attorneys firmwide: 157
Male/female equity partners: 41/3
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: 4
Paralegals/support staff: 10/115
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R

## 17. EDWARDS & ANGELL

98 Lawyers

101 Federal St.
Boston 02110
(617) 439-4444
(617) 439-4170 (fax)

MA attorneys: 98
(male: 72; female: 26)
Total attorneys firmwide: 337
Male/female partners: 37/6
Male/female new hires in 2004: 11/6
Male/female elevations in 2004: 1/0
Male/female departures in 2004: 2/3
"Of counsel" lawyers: 12
Paralegals/support staff: 12/98
Hourly billing rates:
Partners: $350-$600
Junior Partners: $195-$425
Paralegals: $120-$175
Associates' starting salary as of Fall 2004: $125,000
Associates' starting salary as of Jan. 1, 2005: $125,000
Annual billable hours expected of associates: 1,900
Dress policy: Casual

## 18. McDERMOTT, WILL & EMERY

87 Lawyers

28 State St.
Boston 02109
(617) 535-4000
(617) 535-3800 (fax)
www.mwe.com
Founded 1934, Boston 1981

FREISHTAT

EZICKSON

MANAGING PARTNERS

Harvey Freishtat, Chairman; Doron Ezickson, Boston

McDermott Will & Emery

MISSION STATEMENT

**McDermott, Will & Emery is a premier international law firm with a diversified business practice. We understand the issues faced by corporate decision makers and how the interplay of economic, social and political issues can affect the decision-making process. Outstanding client service is a cornerstone of our practice. We are proud of the recognition we have received from our clients for our commitment to service; and value their satisfaction as the best measure of our success.**

AREAS OF PRACTICE

Corporate; Energy; Environmental; Employee Benefits; Executive Compensation; Health; Intellectual Property; Labor & Employment; Private Equity/Emerging Companies; Trial

DEPARTMENT HEADS/ PEOPLE TO KNOW

Harvey W. Freishtat
Chairman
hfreishtat@mwe.com
(617) 535-4050

Doron F. Ezickson
Managing Partner, Boston
dezickson@mwe.com
(617) 535-4020

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Chicago (259); Düsseldorf (10); London (61); Los Angeles (80); Miami (19); Milan (49); Munich (22); New York (123); Orange County (35); Rome (10); San Diego (5); Silicon Valley (48); Washington, D.C. (212)

MA attorneys: 87
(male: 64; female: 23)
Total attorneys firmwide: 1,020
Male/female equity partners: 28/1
Male/female new hires in 2004: 8/3
Male/female elevations in 2004: 2/2
Male/female departures in 2004: 8/3
"Of counsel" lawyers: 7
Paralegals/support staff: 8/75
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: $125,000
Associates' starting salary as of Jan. 1, 2005: $125,000
Annual billable hours expected of associates: N/R
Dress policy: Business casual

Call (617) 218-8118 to Advertise in 100 Largest Law Firms 2006

## 19. BURNS & LEVINSON

86 Lawyers

125 Summer St.
Boston 02110
(617) 345-3000
(617) 345-3299 (fax)
www.burnslev.com
Founded 1960

ROSENBLATT

MANAGING PARTNER

David P. Rosenblatt

BURNS & LEVINSON LLP

MISSION STATEMENT

**Burns & Levinson is a Boston-based regional law firm focused on serving mid-sized businesses and emerging and family-held companies. We offer a wide array of legal services from financing, mergers & acquisitions, securities, real estate, tax, intellectual property, employment and other transactional services to litigation. The firm also has a full-service Private Client Group with practices in estate planning and administration, divorce, custody, guardianship and probate litigation. With nearly 100 attorneys in Massachusetts, Rhode Island and the District of Columbia, we are able to provide a wealth of expertise to assist our clients reach their goals.**

AREAS OF PRACTICE

Business/Corporate; Business Litigation; Real Estate; Trusts & Estates; Probate & Trust Litigation; Divorce & Family Law; Intellectual Property

DEPARTMENT HEADS/ PEOPLE TO KNOW

Frank A. Segall
Co-Chair, Corporate Group
fsegall@burnslev.com
(617) 345-3684

Norman C. Spector
Co-Chair, Corporate Group
nspector@burnslev.com
(617) 345-3677

Brian D. Bixby
Co-Chair, Private Clients Group
bbixby@burnslev.com
(617) 345-3360

Nancy Van Tine
Co-Chair, Private Clients Group
nvantine@burnslev.com
(617) 345-3229

Dennis J. Kelly
Co-Chair, Litigation Group
dkelly@burnslev.com
(617) 345-3436

Jeffrey R. Martin
Co-Chair, Litigation Group
jmartin@burnslev.com
(617) 345-3308

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Providence (7); Washington, D.C. (3) (plus 1 patent agent)

MA attorneys: 86
(male: 65; female: 21)
Total attorneys firmwide: 96
plus 1 patent agent
Male/female equity partners: 46/8
Male/female new hires in 2004: 6/4
Male/female elevations in 2004: 4/1
Male/female departures in 2004: 1/4
"Of counsel" lawyers: 8
Paralegals/support staff: 7/84
Hourly billing rates:
Partners: $275-$450
Junior Partners: $150-$260
Associates: $150-$260
Paralegals: $110-$120
Associates' starting salary as of Fall 2004: $80,000
Associates' starting salary as of Jan. 1, 2005: $80,000
Annual billable hours expected of associates: 1,800
Dress policy: Casual

*Continued on page 18*

## X-Ray Copies & Enhancements
by Advanced Practice Strategies

**The persuasive edge:** APS has been helping the legal community win cases for over 13 years. From concept to courtroom display, you will benefit from working with our experienced professionals.

**Services include:**

- Certified Medical Illustration, General or Case-Specific
- Charts, Graphs & Timelines
- Animation
- Computer-Based Presentations
- X-Ray Duplication & Enhancement
- Document Enlargement
- Video Duplication & Capture
- Film, Slide & Photo Scanning

Phone: 617.367.0553
Email: info@APS-web.com
Web: www.APS-web.com
11 Beacon Street, Suite 1300
Boston, Massachusetts 02108

A complex case.
Skillful opposing counsel.
An expert witness who can make the difference.

We see it.

In today's competitive legal environment, experienced financial and forensic accounting experts can be the key to obtaining a winning verdict. Backed by national resources, our Business Valuation and Litigation Services Team assists legal counsel with matrimonial matters, bankruptcy and lost profits, goodwill impairment determination, construction cost reviews and shareholder disputes.

To learn more about us, please call Mark Leicester at 781.685.3440 or visit www.rsmmcgladrey.com.

RSM McGladrey

RSM McGladrey Inc. is a member firm of RSM International, an affiliation of separate and independent legal entities.

*Continued from page 20*

AREAS OF PRACTICE

Banking/Finance; Business Reorganization; Bankruptcy; Construction; Corporate; Employment; Government Contracts; Family Law; Litigation; Real Estate/Environmental; Public Finance; Public Strategy; Automotive

MA attorneys: 58
(male: 41; female: 17)
Total attorneys firmwide: 63
Male/female equity partners: 16/2
Male/female new hires in 2004: 3/2
Male/female elevations in 2004: 0/2
Male/female departures in 2004: N/R
"Of counsel" lawyers: 5
Paralegals/support staff: 9/52
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business casual

## 29. KOPELMAN AND PAIGE

### 56 Lawyers

31 St. James Ave.
Boston 02116
(617) 556-0007
(617) 654-1735 (fax)

MA attorneys: 56
(male: 30; female: 26)
Total attorneys firmwide: 56
Male/female equity partners: 14/8
Male/female new hires in 2004: 2/2
Male/female elevations in 2004: 2/0
Male/female departures in 2004: 0/0
"Of counsel" lawyers: 0
Paralegals/support staff: 4/35
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 30. MIRICK, O'CONNELL, DeMALLIE & LOUGEE

### 55 Lawyers

100 Front St.
Worcester 01608
(508) 791-8500
(508) 791-8502 (fax)

MA attorneys: 55
(male: 37; female: 18)
Total attorneys firmwide: 55
Male/female equity partners: N/R
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: 2
Paralegals/support staff: 15/72
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 31. ROBINSON & COLE

### 54 Lawyers

One Boston Place
Boston 02108
(617) 557-5900
(617) 557-5999 (fax)

MA attorneys: 54
(male: 34; female: 20)
Total attorneys firmwide: 218
Male/female equity partners: 17/2
Male/female new hires in 2004: 5/6
Male/female elevations in 2004: 2/0
Male/female departures in 2004: 5/1
"Of counsel" lawyers: 0
Paralegals/support staff: 6/44
Hourly billing rates:
Partners: $260-$500
Junior Partners: $150-$300
Paralegals: $100-$145
Associates' starting salary as of Fall 2004: $100,000
Associates' starting salary as of Jan. 1, 2005: $100,000
Annual billable hours expected of associates: 1,800
Dress policy: Business casual

## 32. PRINCE, LOBEL, GLOVSKY & TYE

### 52 Lawyers

585 Commercial St.
Boston 02109
(617) 456-8000
(617) 456-8100 (fax)
www.plgt.com
Founded 1988

MALONEY

MANAGING PARTNER

Robert P. Maloney

PRINCE . LOBEL . GLOVSKY & TYE

MISSION STATEMENT

**Located on Boston's historic waterfront, the law firm of Prince, Lobel, Glovsky & Tye provides a broad range of services to corporate, family and individual clients. Providing the expert personalized service that clients demand, Prince, Lobel, Glovsky & Tye is the right choice for Fortune 1000 companies, closely held and family-owned businesses and high-net-worth individuals.**

AREAS OF PRACTICE:

Business and Real Estate Law; Domestic Relations; Employment Law; Estate Planning and Probate; Insurance and Reinsurance; Litigation; Media and Intellectual Property; Tax; Telecommunications

DEPARTMENT HEADS/ PEOPLE TO KNOW

Patricia M. Annino
Private Clients

Robert A. Bertsche
Media and Intellectual Property, Employment

Richard D. Glovsky
Employment

Mitchell S. King
Reinsurance and Insurance

Walter B. Prince
Litigation

Joseph D. Steinfield
Litigation

MA attorneys: 52
(male: 36; female: 16)
Total attorneys firmwide: 52
Male/female equity partners: 11/2
Male/female new hires in 2004: 5/5
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 2/3
"Of counsel" lawyers: 7
Paralegals/support staff: 5/32
Hourly billing rates:
Partners: $325-$425
Junior Partners: $185-$300
Paralegals: $85-$145
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: 1,800
Dress policy: Business

## 33. GREENBERG TRAURIG

### 50 Lawyers

One International Place
Boston 02110
(617) 310-6000
(617) 310-6001 (fax)
www.gtlaw.com
Founded 1967, Boston office 1999

PAPPALARDO

*Continued from page 31*

HK | Hanify&King

MISSION STATEMENT

**We provide prompt, practical, high-quality legal advice free of outdated notions of how a law firm should operate. By decreasing the traditional emphasis on billable time and rigid departmental boundaries, we deliver superior service consistent with our belief that with the right attitude, talent and commitment we can get to know our clients, develop a deep understanding of how to help them meet their goals and thus make a meaningful difference. Our structure allows us to form nimble, collaborative teams of lawyers who share their expertise across practice areas, giving clients firm-wide support for all of their legal needs.**

AREAS OF PRACTICE

Litigation; Bankruptcy and Financial Restructuring; Business and Real Estate; Employment; Alternative Dispute Resolution; Life Sciences

DEPARTMENT HEADS/ PEOPLE TO KNOW

John D. Hanify
Litigation

Harold B. Murphy
Bankruptcy and Financial Restructuring

Robert E. Richards Jr.
Business and Real Estate

Joshua A. Kalkstein
Life Sciences

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Marlborough (2)

MA attorneys: 33
(male: 27; female: 6)
Total attorneys firmwide: 33
Male/female equity partners: 13/0
Male/female new hires in 2004: 4/0
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 3/1
"Of counsel" lawyers: 2
Paralegals/support staff: 5/21
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: 1,800

## 56. LAWSON & WEITZEN

### 32 Lawyers

88 Black Falcon Ave.
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973

LAWSON

WEITZEN

MANAGING PARTNERS

Evan T. Lawson, Senior Partner, and Richard B. Weitzen, Managing Partner

LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

MISSION STATEMENT

**Lawson & Weitzen's design is to provide comprehensive, timely and responsive legal services through an innovative, client-friendly operating structure. By eliminating wasteful layers of bureaucracy and unnecessary costs, each partner is able to maximize their practice to meet the needs and for the benefit of clients. The result is a firm of lawyers that concentrates on providing its clients with the best possible representation within a competitive fee schedule.**

AREAS OF PRACTICE

Administrative Law; Alcohol Beverage Law; Commercial & Residential Lending and Loan Workouts; Corporate; Partnership & General Business Law; Construction Disputes; Employment and Labor Law; Estate Planning; Environmental Law; Federal Employers' Liability Act; Intellectual Property; Leasing; Litigation and Appeals; Longshore and Harbor Workers Compensation Act; Mergers, Acquisitions and Commercial Transactions; Municipal Law; Noncompete and Trade Secret Litigation; Personal Injury; Probate and Family Law; Professional and Medical Malpractice; Railroad; Public Transit and Passenger Claims; Real Estate Development; Zoning; Conveyancing & Finance; Residential and Commercial Real Estate & Leasing; Securities; Toxic Torts; Workers' Compensation; Trials & Appeals Before All Courts & Agencies

DEPARTMENT HEADS/ PEOPLE TO KNOW

Frank L. Bridges
Estate Planning
Business Succession Planning and Self-Directed IRAs
fbridges@lawson-weitzen.com

George E. Christodoulo
Corporate, Mergers & Acquisitions
gchristodoulo@lawson-weitzen.com

Kenneth B. Gould
Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Environmental
ghailer@lawson-weitzen.com

John J. Weltman
Litigation
jweltman@lawson-weitzen.com

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Brewster (2)

MA attorneys: 32
(male: 22; female: 10)
Total attorneys firmwide: 32
Male/female equity partners: 2/0
Male/female new hires in 2004: 4/1
Male/female elevations in 2004: N/R
Male/female departures in 2004: 1/2
"Of counsel" lawyers: 0
Paralegals/support staff: 3/24
Hourly billing rates:
Partners: $225-$350
Associates: $125-$225
Paralegals: $50-$125
Other: $25-$50 (law clerks)
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: 1,850
Dress policy: Casual

## 57. CASNER & EDWARDS

### 31 Lawyers

303 Congress St.
Boston 02210
(617) 426-5900
(617) 426-8810 (fax)
www.casneredwards.com
Founded 1974

MAYO

MANAGING PARTNER

Walter H. Mayo III

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW

*Continued on page 34*

*Continued from page 39*

## 74. KEEGAN, WERLIN & PABIAN

**25 Lawyers**

265 Franklin St.
Boston 02110
(617) 951-1400
(617) 951-1354 (fax)
www.kwplaw.com
Founded 1981

MANAGING PARTNER

Robert J. Keegan

KWP
Keegan, Werlin & Pabian, LLP

MISSION STATEMENT

**Keegan, Werlin & Pabian represents a large and diverse group of clients in the practice of energy, regulatory, environmental, estate planning, probate, tax, business, real estate, litigation and municipal law, as well as governmental relations. Our clients include Fortune 500 corporations, small and mid-sized companies and private individuals. The firm is dedicated to providing clients with responsive, high-quality legal representation.**

AREAS OF PRACTICE

Business and Corporate Law; Energy and Regulatory Law; Estate Planning and Administration; Litigation and Alternative Dispute Resolution; Environmental Law; Real Estate; Taxation; Government Relations

DEPARTMENT HEADS/ PEOPLE TO KNOW

Robert J. Keegan
rkeegan@kwplaw.com

Jay M. Pabian
jpabian@kwplaw.com

David S. Rosenzweig
drosen@kwplaw.com

Cheryl M. Kimball
ckimball@kwplaw.com

Richard B. Kirby
rkirby@kwplaw.com

MA attorneys: 25
(male: 18; female: 7)
Total attorneys firmwide: 25
Male/female equity partners: 3/1
Male/female new hires in 2004: 3/1
Male/female elevations in 2004: 0/2
Male/female departures in 2004: 3/2
"Of counsel" lawyers: 3
Paralegals/support staff: 10/10
Hourly billing rates:
Partners: $300-$425
Junior Partners: $200-$275
Associates: $200-$275
Paralegals: $100-$150
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 74. LOONEY & GROSSMAN

**25 Lawyers**

101 Arch St.
Boston 02110
(617) 951-2800
(617) 951-2819 (fax)

MA attorneys: 25
(male: 20; female: 5)
Total attorneys firmwide: 25
Male/female equity partners: 7/0
Male/female new hires in 2004: 5/2
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 5
Paralegals/support staff: 6/18
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business

## 79. DOHERTY, WALLACE, PILLSBURY & MURPHY

**24 Lawyers**

One Monarch Place
Springfield 01144
(413) 733-3111
(413) 734-3910 (fax)

MA attorneys: 24
(male: 18; female: 6)
Total attorneys firmwide: 25
Male/female equity partners: 15/2
Male/female new hires in 2004: 0/0
Male/female elevations in 2004: 1/0
Male/female departures in 2004: 0/0
"Of counsel" lawyers: 1
Paralegals/support staff: 8/30
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R

## 79. RICH MAY

**24 Lawyers**

176 Federal St.
Boston 02110
(617) 556-3800
(617) 556-3889 (fax)

MA attorneys: 24
(male: 20; female: 4)
Total attorneys firmwide: 24
Male/female equity partners: 12/0
Male/female new hires in 2004: 1/2
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/A
Paralegals/support staff: 6/6
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R

Call (617) 218-8118 to Advertise in
100 Largest Law Firms 2006

## 79. RUDOLPH FRIEDMANN

**24 Lawyers**

92 State St.
Boston 02109
(617) 227-0313
www.rflawyers.com
Founded 2002

RUDOLPH

MANAGING PARTNER

James L. Rudolph

AREAS OF PRACTICE

Real Estate; Civil Litigation; Bankruptcy and Insolvency; Construction; Estate Planning; Insurance Defense; Hotel & Restaurant; Personal Injury; Patent & Intellectual Property; Professional Liability Defense

BRANCH OFFICES (NUMBER OF ATTORNEYS)

Marblehead (not staffed all of the time)

MA attorneys: 24
(male: 20; female: 4)
Total attorneys firmwide: 24
Male/female equity partners: 3/0
Male/female new hires in 2004: 4/2
Male/female elevations in 2004: N/R
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 4
Paralegals/support staff: 2/10
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 82. GILMORE, REES, CARLSON & CATALDO

**23 Lawyers**

1000 Franklin Village Drive
Franklin 02038
(508) 520-2200
(508) 520-2217 (fax)

MA attorneys: 23
(male: 15; female: 8)
Total attorneys firmwide: 23
Male/female equity partners: 3/0
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: 3/24
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business

## 82. LeBOEUF, LAMB, GREENE & MacRAE

**23 Lawyers**

260 Franklin St.
Boston 02110
(617) 748-6800
(617) 439-0341 (fax)

MA attorneys: 23
(male: 17; female: 6)
Total attorneys firmwide: 600+
Male/female equity partners: 7/0
Male/female new hires in 2004: 2/0
Male/female elevations in 2004: N/R
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 2
Paralegals/support staff: 3/15
Hourly billing rates:
Partners: $450-$575
Junior Partners: $240-$395
Paralegals: $130-$235
Associates' starting salary as of Fall 2004: $125,000
Associates' starting salary as of Jan. 1, 2005: $125,000
Annual billable hours expected of associates: 2,000
Dress policy: Business

## 82. MARCUS, ERRICO, EMMER & BROOKS

**23 Lawyers**

45 Braintree Hill Park
Braintree 02184
(781) 843-5000
(781) 843-1529 (fax)

MA attorneys: 23
(male: 16; female: 7)
Total attorneys firmwide: 23
Male/female equity partners: 6/1
Male/female new hires in 2004: 2/1
Male/female elevations in 2004: 1/0
Male/female departures in 2004: 1/0
"Of counsel" lawyers: N/R
Paralegals/support staff: 1/14
Hourly billing rates:
Partners: $280-$350
Junior Partners: $250
Paralegals: $115
Other: $105
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 82. SUGARMAN, ROGERS, BARSHAK & COHEN

**23 Lawyers**

101 Merrimac St.
Boston 02114
(617) 227-3030
(617) 523-4001 (fax)
www.srbc.com
Founded 1929

ROMAN

MANAGING PARTNER
Regina E. Roman

*Continued on page 42*

A private banker or financial advisor
who is busy building a resume
may view his or her job as a stepping stone
that will soon be left behind
- along with their clients.

COMMON SENSE
UNCOMMON CONTINUITY℠

At Fiduciary Trust,
our investment officers are already
successful senior professionals.
Their only goal is to build a relationship
with your family that will last for years
- if not generations.

Please Call Bob Holdway at
617-574-3408

FIDUCIARYTRUST

Managing Investments for Families since 1885

*Continued from page 41*

SRBC

SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

MISSION STATEMENT

**SRBC's mission is to deliver the highest quality legal services, drawing on more than 75 years of experience as trial and appellate lawyers. Our commitment to provide personal, individualized service begins with an in-depth knowledge of the problems our clients face, as well as their long-term objectives. Our collegial environment fosters a team-based approach to problem-solving welcomed by our clients. We are intensely proud of our calling as lawyers and our service to clients and the legal community.**

AREAS OF PRACTICE

Civil Trial & Appellate Practice; Business & Commercial Litigation; Employment; Products Liability; Insurance & Reinsurance; Domestic Relations; Professional Liability; Medical Malpractice; Personal Injury; Real Estate Litigation; Dispute Resolution

DEPARTMENT HEADS/ PEOPLE TO KNOW

Anthony M. Doniger
Business Litigation & Professional Liability
doniger@srbc.com
(617) 227-3030

Jean A. Musiker
Employment
musiker@srbc.com
(617) 227-3030

Regina E. Roman
Insurance Coverage & Litigation
roman@srbc.com
(617) 227-3030

David A. Barry
Products Liability
barry@srbc.com
(617) 227-3030

Alan S. Geismer Jr.
Domestic Relations
geismer@srbc.com
(617) 227-3030

Michael S. Appel
Medical Malpractice & Personal Injury
appel@srbc.com
(617) 227-3030

Maureen M. Mauri
Director of Client Services and Marketing
mauri@srbc.com
(617) 619-3404

MA attorneys: 23
(male: 14; female: 9)
Total attorneys firmwide: 23
Male/female equity partners: 8/5
Male/female new hires in 2004: 1/2
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 0/1
"Of counsel" lawyers: 2
Paralegals/support staff: 4/19
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 82. WYNN & WYNN*

### 23 Lawyers

90 New State Highway
Raynham 02767
(508) 823-4567
(508) 822-4097 (fax)

MA attorneys: 23
Total attorneys firmwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

* Firm did not respond to survey; Lawyers Weekly obtained information from alternate sources

## 87. CAIN, HIBBARD, MYERS & COOK*

### 22 Lawyers

309 Main St.
Great Barrington 01230
(413) 528-4771

MA attorneys: 22
Total attorneys firmwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

* Firm did not respond to survey; Lawyers Weekly obtained information from alternate sources

## 87. CUSHING & DOLAN

### 22 Lawyers

24 School St.
Boston 02108
(617) 523-1555
(617) 523-5653 (fax)

MA attorneys: 22
(male: 12; female: 10)
Total attorneys firmwide: 22
Male/female equity partners: 1/0
Male/female new hires in 2004: 1/4
Male/female elevations in 2004: 0
Male/female departures in 2004: 0
"Of counsel" lawyers: 0
Paralegals/support staff: 10/16
Hourly billing rates:
Partners: $275-$295
Junior Partners: $195-$250
Paralegals: $125-$150
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 87. LYNCH & LYNCH

### 22 Lawyers

45 Bristol Drive
South Easton 02375
(508) 230-2500

MA attorneys: 22
(male: 13; female: 9)
Total attorneys firmwide: 22
Male/female equity partners: N/R
Male/female new hires in 2004: 2/0
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 5/22
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R

## 87. TARLOW, BREED, HART & RODGERS

### 22 Lawyers

101 Huntington Ave.
Boston 02199
(617) 218-2000
(617) 261-7673 (fax)
www.tbhr-law.com
Founded 1991

MANAGING PARTNERS

Jeffrey P. Hart, Richard P. Breed and Mark S. Furman

TARLOW BREED
HART & RODGERS, P.C.
Counsellors at Law

MISSION STATEMENT

**To attract quality clients and provide them with the best possible legal advice while building a collegial and professional team of outstanding lawyers.**

*Continued on page 44*

of associates: N/R
Dress policy: N/R
* Firm did not respond to survey; Lawyers Weekly obtained information from alternate sources

## 93. MARTIN, MAGNUSON, McCARTHY & KENNEY

**20 Lawyers**

101 Merrimac St.
Boston 02114
(617) 227-3240
(617) 227-3346 (fax)

MA attorneys: 20
(male: 14; female: 6)
Total attorneys firmwide: 20
Male/female equity partners: 6/0
Male/female new hires in 2004: 2/1
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 1/3
"Of counsel" lawyers: 2
Paralegals/support staff: 5/19
Hourly billing rates: N/R
Associates' starting salary
as of Fall 2004: N/R
Associates' starting salary
as of Jan. 1, 2005: N/R
Annual billable hours expected
of associates: 2000
Dress policy: Fridays-casual only

## 96. BLACK, CETKOVIC & WHITESTONE

**19 Lawyers**

200 Berkeley St.
Boston 02116
(617) 236-1900
(617) 536-2387 (fax)

MA attorneys: 19
(male: 14; female: 5)
Total attorneys firmwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: 6/0
Hourly billing rates: N/R
Associates' starting salary
as of Fall 2004: N/R
Associates' starting salary
as of Jan. 1, 2005: N/R
Annual billable hours expected
of associates: N/R

## 96. KOTIN, CRABTREE & STRONG

**19 Lawyers**

One Bowdoin Square
Boston 02114
(617) 227-7031
(617) 367-2988 (fax)

MA attorneys: 19
(male: 10; female: 9)
Total attorneys firmwide: 19
Male/female equity partners: 10/5
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 2/17
Hourly billing rates: N/R
Associates' starting salary
as of Fall 2004: N/R
Associates' starting salary
as of Jan. 1, 2005: N/R
Annual billable hours expected
of associates: N/R

## 96. LOWRIE, LANDO & ANASTASI

**19 Lawyers**

One Main St.
Cambridge 02142
(617) 395-7000
(617) 395-7070 (fax)

MA attorneys: 19
(male: 15; female: 4)
Total attorneys firmwide: 19
Male/female equity partners: 5/1
Male/female new hires in 2004: 4/1
Male/female elevations in 2004: 1/0
Male/female departures in 2004: 0/0
"Of counsel" lawyers: 3
Paralegals/support staff: 6/12

*Continued on page 46*

Planning for your future?
Wolf & Company can help guide the way.
WOLF
& COMPANY, P.C.
Certified Public Accountants
and Business Consultants
Insight and Integrity
99 High Street, Boston, MA 02110 • 617-439-9700
1500 Main Street, Springfield, MA 01115 • 413-747-9042
www.wolfandco.com

ACCREDITED PSYCHIATRY AND MEDICINE

**Physicians/Psychiatrists**

Expert Testimony &
Multi-Specialty Team Analysis
Active clinicians, P/D,
distinguished Harvard faculty and alumni

(617) 492-8366
Email: harold_bursztajn@hms.harvard.edu
Website: www.forensic-psych.com

**Services Provided:**
IME, Forensic Psychiatry,
Medical & Psychiatric Malpractice,
Informed Consent, Product Liability,
Brain Injury, Trauma, Pain, Professional Ethics,
Custody & Testamentary Capacity.

*Continued from page 45*
Hourly billing rates:
Partners: $340-$420
Junior Partners: $155-$335
Paralegals: $135-$145
Associates' starting salary as of Fall 2004: $116,250
Associates' starting salary as of Jan. 1, 2005: $116,250
Annual billable hours expected of associates: 1,600

## 96. TAYLOR, GANSON & PERRIN

**19 Lawyers**

160 Federal St.
Boston 02110
(617) 951-2777
(617) 951-0989 (fax)

MA attorneys: 19
(male: 12; female: 7)
Total attorneys firmwide: 19
Male/female equity partners: 4/0
Male/female new hires in 2004: 0/0
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 2
Paralegals/support staff: 2/17
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

Subscribe To Massachusetts Lawyers Weekly today at www.masslawyersweekly.com

## 100. ADLER, POLLOCK & SHEEHAN

**18 Lawyers**

175 Federal St.
Boston 02110
(617) 482-0600
(617) 482-0604 (fax)

MA attorneys: 18
Total attorneys firmwide: 65
Male/female equity partners: 9/2
Male/female new hires in 2004: 0/0
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 0
Paralegals/support staff: 1/8
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 100. DONOVAN & O'CONNOR

**18 Lawyers**

1330 Mass MoCA Way
North Adams 01247
(413) 663-3200
(413) 663-7970 (fax)

MA attorneys: 18
(male: 14; female: 4)
Total attorneys firmwide: 20
Male/female equity partners: 7/3
Male/female new hires in 2004: 1/1
Male/female elevations in 2004: 0/2
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 3
Paralegals/support staff: 4/13
Hourly billing rates:
Partners: $125-$210
Junior Partners: $125-$210
Paralegals: $50-$55
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R

## 100. GESMER UPDEGROVE

**18 Lawyers**

40 Broad St.
Boston 02109
(617) 350-6800
(617) 350-6878 (fax)

MA attorneys: 18
(male: 14; female: 4)
Total attorneys firmwide: 18
Male/female equity partners: 6/1
Male/female new hires in 2004: 3/0
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: 3/ N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 100. MURTHA CULLINA

**18 Lawyers**

99 High St.
Boston 02110
(617) 457-4000
(617) 482-3868 (fax)

MA attorneys: 18
(male: 15; female: 3)
Total attorneys firmwide: 126
Male/female equity partners: N/R
Male/female new hires in 2004: 0/2
Male/female elevations in 2004: 0/0
Male/female departures in 2004: 2/2
"Of counsel" lawyers: 9
Paralegals/support staff: 7/34
Hourly billing rates:
Partners: $220-$455
Junior Partners: $140-$230
Paralegals: $80-$195
Counsel/Of Counsel: $200-$385
Staff: $85-$110
Associates' starting salary as of Fall 2004: $80,000
Associates' starting salary as of Jan. 1, 2005: $80,000
Annual billable hours expected of associates: 1,800
Dress policy: Business

* * *

# OTHER LAW FIRMS WITH MORE THAN 15 LAWYERS

## BRODY, HARDOON, PERKINS & KESTEN

**17 Lawyers**

One Exeter Plaza
Boston 02116
(617) 880-7100
(617) 880-7171 (fax)
www.bhpklaw.com
Founded 1995

MANAGING PARTNER

Laurence E. Hardoon

MISSION STATEMENT

**BHPK provides top-notch trial and negotiation skills supported by decades of experience. Our lawyers have tried hundreds of cases in state and federal courts and administrative tribunals throughout Massachusetts. Our partners are leading experts in their fields. At BHPK, our clients' goals come first. Our lawyers are approachable and responsive. Our clients appreciate our down-to-earth style and our high-powered skills. We try to achieve the best result for each client.**

AREAS OF PRACTICE

Litigation; Municipal & Police Liability Defense; Crime Victim Civil Recovery; Insurance Defense; Premises Liability; Sexual Harassment

DEPARTMENT HEADS/
PEOPLE TO KNOW

Elizabeth L. Joyce
Administrator

MA attorneys: 17
(male: 7; female: 10)
Total attorneys firmwide: 17
Male/female equity partners: 4/0
Male/female new hires in 2004: N/R
Male/female elevations in 2004: N/R
Male/female departures in 2004: N/R
"Of counsel" lawyers: 2
Paralegals/support staff: 2/10
Hourly billing rates: N/R
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## CESARI AND McKENNA

17 Lawyers

88 Black Falcon Ave.
Boston 02210
(617) 951-2500
www.c-m.com
Founded 1955

MANAGING PARTNER

William A. Loginov

MISSION STATEMENT

**Cesari and McKenna is a full-service intellectual property firm dedicated to handling matters involving some of the most challenging technologies and cases. We strive to provide maximum value to our clients at competitive rates and thoughtful staffing to most effectively match our clients' needs with attorneys possessing the proper technological and legal expertise.**

AREAS OF PRACTICE

Intellectual Property; Patent; Trademark; Copyright and Trade Secret Law; Prosecution and Litigation

DEPARTMENT HEADS/
PEOPLE TO KNOW

Robert A. Cesari
Founder

John L Capone
Hiring Partner

William A. Loginov
managing partner

MA attorneys: 17
(male: 15; female: 2)
Total attorneys firmwide: 17
Male/female equity partners: 10/1
Male/female new hires in 2004: 0/1
Male/female elevations in 2004: 1/0
Male/female departures in 2004: 1/0
"Of counsel" lawyers: 2
Paralegals/support staff: 4 (including 2 patent agents)
Hourly billing rates:
Partners: $300-$450
Junior Partners: $150-$300
Associates: $150-$300
Paralegals: $80-$120
Other: $100-$150 (patent agents)
Associates' starting salary as of Fall 2004: N/R
Associates' starting salary as of Jan. 1, 2005: N/R
Annual billable hours expected of associates: 1,800
Dress policy: Casual

FOR LAWYERS, ACCOUNTANTS, & CONSULTANTS

Professional Liability /
Malpractice Insurance Protection

Choose

FIRST TRUST INSURANCE GROUP, LLC

Providing Solutions to the Insurance Needs of Professionals
Access to most of the *finer* insurers in the marketplace!

Are you having difficulty insuring your firm's Intellectual Property, Class Action, Mass Tort, SEC. Real Estate Development and other "Tough to Insure" practice specialties? We can help!

*For further details, please contact*

*David J. Nolan, RPLU at:*

**First Trust Insurance Group, LLC**
**50 Resnik Road, Suite 300**
**Plymouth, Massachusetts 02360**
**Tel: 508-747-5500 • Fax: 508-747-5502**

CALLEN&ASSOCIATES
MEDICAL LEGAL CONSULTANTS
ADVOCATING FOR MEDICAL JUSTICE

**Victory.**

Callen & Associates provides unmatched medical legal consulting to help you achieve successful outcomes for your clients.

Save time and money now by taking advantage of our service offerings.

**Callen & Associates will:**

- Review and screen cases to determine merit
- Conduct in-depth medical research
- Identify and locate expert witnesses
- Prepare exhibits and interrogatories*

*Offer limited to one free consultation per company.