# EXHIBIT 4

Westlaw.

12/12/2005 NLJ S2, (Col. 1)                                                                          Page 1

12/12/2005 Nat'l L.J. S2, (Col. 1)

The National Law Journal
Vol. 28, No. 15
Copyright (c) 2005 by American Lawyer Media, ALM, LLC

December 12, 2005

In Focus: **Billing**

FIRM-BY-FIRM SAMPLING OF **BILLING RATES** NATIONWIDE

The National Law Journal asked the respondents to its 2005 **survey** of the nation's 250 largest law firms to provide a range of hourly **billing rates** for partners and associates. The firms that supplied this information--including some firms that are not in the NLJ 250--are listed below in alphabetical order. This year we also asked firms to provide average and median **billing rates**; several firms provided this information as well. The number after a firm's name indicates the total number of attorneys at the firm. The city listed below the name of a firm is the location of its principal or largest office. Unless otherwise indicated, the **rates** provided are firmwide **rates**; an asterisk indicates **rates** at the principal or largest office only.

A B C

Adams and Reese (300)

(New Orleans)

Partners $205-$385 (average $279) (median $275)

Associates $155-$235 (average $185) (median $180)

Firmwide (average $247) (median $240)

Andrews Kurth (403)

(Houston)

Partners $350-$695 (average $464) (median $450)

Associates $180-$400 (average $272) (median $258)

Firmwide (average $377) (median $380)

Arent Fox (274)

(Washington)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                Page 2

12/12/2005 Nat'l L.J. S2, (Col. 1)

Partners $350-$580

Associates $195-$395

Armstrong Teasdale (246)

(St. Louis)

Partners $235-$400

Associates $135-$260

Baker, Donelson, Bearman, Caldwell & Berkowitz (425)

(Memphis, Tenn.)

Partners $200-$525

Associates $120-$290

Ballard Spahr Andrews & Ingersoll (452)

(Philadelphia)

Partners $330-$655

Associates $165-$360

Bass, Berry & Sims (192)

(Nashville, Tenn.)

Partners $220-$475

Associates $140-$235

Bell, Boyd & Lloyd (253)

(Chicago)

Partners $310-$650

Associates $215-$350

Blank Rome (481)

(Philadelphia)

Partners $320-$700

Associates $195-$430

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                  Page 3

12/12/2005 Nat'l L.J. S2, (Col. 1)

Bond, Schoeneck & King (152)

(Syracuse, N.Y.)

Partners $200-$425

Associates $140-$305

Brinks Hofer Gilson & Lione (153)

(Chicago)

Partners $350-$600 (average $449) (median $440)

Associates $190-$365 (average $270) (median $250)

Firmwide (average $355) (median $350)

Brown Raysman Millstein Felder & Steiner (253)

(New York)

Partners $315-$690 (average $452)

Associates $190-$400 (average $296)

Firmwide (average $351)

Brown Rudnick Berlack Israels (194)

(Boston)

Partners $475-$790

Associates $260-$460

Bryan Cave (730)

(St. Louis)

Partners $300-$695 (average $423)

Associates $145-$430 (average $269)

Firmwide (average $316)

Buchanan Ingersoll (404)

(Pittsburgh)

Partners $240-$750

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)            Page 4

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $150-$400

Buckingham, Doolittle & Burroughs (148)

(Akron, Ohio)

Partners $175-$315 (average $225) (median $225)

Associates $125-$225 (average $156) (median $150)

Firmwide (average $175) (median

$185)

Bullivant Houser Bailey (175)

(Portland, Ore.)

Partners $170-$500 (average $275) (median $265)

Associates $150-$300 (average $195) (median $195)

Firmwide (average $225) (median

$220)

Burr & Forman (181)

(Birmingham, Ala.)

Partners $200-$395 (average $312) (median $310)

Associates $160-$275 (average $201) (median $190)

Firmwide (average $208) (median $190)

Butzel Long (216)

(Detroit)

Partners $225-$500

Associates $160-$300

Carlton Fields (225)

(Tampa, Fla.)

Partners $245-$520 (average $368) (median $370)

Associates $175-$300 (average $226) (median $220)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                Page 5

12/12/2005 Nat'l L.J. S2, (Col. 1)

Firmwide (average $284) (median $290)

Cooley Godward (421)

(Palo Alto, Calif.)

Partners $395-$700 (average $515)

Associates $215-$550 (average $350)

Firmwide (average $404)

Covington & Burling (531)

(Washington)

Partners $420-$720

Associates $190-$440

Cozen O'Connor (507)

(Philadelphia)

Partners $105-$700 (average $292) (median $250)

Associates $75-$395 (average $181) (median $177)

Firmwide (average $249)

Curtis, Mallet-Prevost, Colt & Mosle (180)

(New York)

Partners $340-$675 (average $553) (median $593)

Associates $160-$470 (average $340) (median $348)

Firmwide (average $432) (median $450)

D E F

Davis Wright Tremaine (386)

(Seattle)

Partners $250-$625 (average $374) (median $370)

Associates $155-$350 (average $242) (median $230)

Firmwide (average $330) (median $330)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                    Page 6

12/12/2005 Nat'l L.J. S2, (Col. 1)

Day, Berry & Howard (215)

(Hartford, Conn.)

Partners $320-$565 (average $425) (median $420)

Associates $190-$395 (average $284) (median $290)

Firmwide (average $355) (median $350)

Dickinson Wright (209)

(Detroit)

Partners $275-$490

Associates $155-$245

Dickstein Shapiro Morin & Oshinsky (353)

(Washington)

Partners $400-$675

Associates $210-$390

Dinsmore & Shohl (284)

(Cincinnati)

Partners $205-$420 (average $304) (median $295)

Associates $130-$250 (average $180) (median $165)

Firmwide (average $226) (median $215)

DLA Piper Rudnick Gray Cary (3,159)

(Chicago)

Partners $345-$800 (average $497) (median $495)

Associates $200-$500 (average $336) (median $340)

Firmwide (average $383) (median $395)

Dorsey & Whitney (638)

(Minneapolis)

Partners $200-$876.75 (average $416.19) (median $418.61)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                           Page 7

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $145-$835 (average $272.18) (median $265)

Firmwide (average $343.84) (median $346.39)

Drinker Biddle & Reath (413)

(Philadelphia)

Partners $325-$600 (average $402)

Associates $175-$360 (average $270)

Duane Morris (515)

(Philadelphia)

Partners $295-$665

Associates $125-$400

Dykema Gossett (334)

(Detroit)

Partners $250-$550

Associates $165-$280

Edwards & Angell (344) (Boston)

Partners $325-$600 (average $451.15) (median $450)

Associates $115-$400 (average $253) (media $250)

Firmwide (average $350.50) (median $347.50)

Epstein Becker & Green (352)

(New York)

Partners $275-$600 (average $436.89) (median $420)

Associates $140-$390 (average $267.11) (median $280)

Firmwide (average $300.31)

Fenwick & West (246)

(Mountain View, Calif.)

Partners $450-$725 (average $540) (median $540)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                              Page 8

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $235-$440 (average $345) (median $385)

Fowler White Boggs Banker (224)

(Tampa, Fla.)

Partners $250-$415

Associates $150-$250

Fredrikson & Byron (185)

(Minneapolis)

Partners $250-$515

Associates $145-$240

Frost Brown Todd (360)

(Louisville, Ky.)

Partners $190-$410 (average $279) (median $275)

Associates $135-$260 (average $180) (median $180)

Firmwide (average $208)

G H I

Gardere Wynne Sewell (286)

(Dallas)

Partners $315-$625 (average $414) (median $415)

Associates $170-$380 (average $250) (median $255)

Firmwide (average $347) (median $345)

Gibbons, Del Deo, Dolan, Griffinger & Vecchione (188) (Newark, N.J.)

Partners $300-$660 (average $397) (median $380)

Associates $160-$340 (average $233) (median $245)

Gordon & Rees (268)

(San Francisco)

Partners $140-$450

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                                          Page 9

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $125-$325

Greenberg Traurig (1,482)

(Miami)

Partners $250-$750 (average $437) (median $450)

Associates $140-$455 (average $279) (median $275)

Firmwide (average $364) (median $375)

Harris Beach (188)

(Rochester, N.Y.)

Partners $200-$350

Associates $135-$235

Haynes and Boone (440)

(Dallas)

Partners $330-$750

Associates $140-$410

Hodgson Russ (221)

(Buffalo, N.Y.)

Partners $220-$595 (average $304)

Associates $130-$290 (average $188)

Firmwide (average $249)

Hogan & Hartson (1,012)

(Washington)

Partners $250-$750

Associates $130-$475

Holland & Knight (1,224)

(New York)

Partners $260-$700 (average $419) (median $410)

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)                                                                 Page 10

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $155-$475 (average $252) (median $245)

Firmwide (average $358) (median $365)

Holme Roberts & Owen (219)

(Denver)

Partners $250-$565 (average $375) (median $350)

Associates $185-$395 (average $250) (median $240)

Firmwide (average $322) (median $325)

Husch & Eppenberger (302)

(St. Louis)

Partners $185-$390 (average $267) (median $260)

Associates $125-$230 (average $161) (median $155)

Firmwide (average $223) (median $220)

J K L

Jackson Lewis (375)

(White Plains, N.Y.)

Partners $265-$500

Associates $185-$395

Jenkens & Gilchrist (282)

(Dallas)

Partners $315-$580 (average $411)

Associates $195-$370 (average $266)

Jenner & Block (443)

(Chicago)

Partners $410-$750 (average $496) (median $475)

Associates $215-$390 (average $290) (median $275)

Jones, Walker, Waechter, Poitevent, Carrère & Denègre (215)

                    Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)   Page 11

12/12/2005 Nat'l L.J. S2, (Col. 1)

(New Orleans)

Partners $190-$425

Associates $130-$200

Kelley Drye & Warren (321)

(New York)

Partners $375-$730

Associates $200-$450

Kramer Levin Naftalis & Frankel (325)

(New York)

Partners $530-$775 (average $598) (median $590)

Associates $275-$520 (average $422) (median $440)

Firmwide (average $427) (median $440)

Lane Powell (172) (Seattle)

Partners $275-$440 (average $338) (median $330)

Associates $190-$350 (average $232) (median $233)

Firmwide (average $307) (median $310)

Lewis, Rice & Fingersh (172)

(St. Louis)

Partners $215-$395

Associates $140-$285

Littler Mendelson (433)

(San Francisco)

Partners $240-$550

Associates $165-$375

Locke Liddell & Sapp (384) (Houston)

Partners $340-$795 (average $432) (median $425)

Copyright © 2007 The New York Law Pub. Co.

```
12/12/2005 NLJ S2, (Col. 1)                                          Page 12

 12/12/2005 Nat'l L.J. S2, (Col. 1)

 Associates $150-$370 (average $237) (median $230)

 Firmwide (average $347) (median $360)

 Loeb & Loeb (206) (Los Angeles)

 Partners $375-$775

 Associates $200-$425

 Lord, Bissell & Brook (288)

 (Chicago)

 Partners $285-$645 (average $448) (median $430)

 Associates $200-$350 (average $256) (median $255)

 Firmwide (average $363) (median $365)

 Lowenstein Sandler (242)

 (Roseland, N.J.)

 Partners $325-$595

 Associates $165-$375

 Luce, Forward, Hamilton & Scripps (189)

 (San Diego)

 Partners $325-$575

 Associates $210-$350
M N O
 Manatt, Phelps & Phillips (301)

 (Los Angeles)

 Partners $475-$710 (average $563) (median $530)

 Associates $295-$440 (average $314) (median $355)

 Firmwide (average $439) (median $443)

 Marshall, Dennehey, Warner, Coleman & Goggin (368) (Philadelphia)

 Partners $140-$275
```

Copyright © 2007 The New York Law Pub. Co.

12/12/2005 NLJ S2, (Col. 1)     Page 13

12/12/2005 Nat'l L.J. S2, (Col. 1)

Associates $130-$230

McCarter & English (375)

(Newark, N.J.)

Partners $270-$600

Associates $175-$360

McGuireWoods (690)

(Richmond, Va.)

Partners $260-$675

Associates $180-$375

McKenna Long & Aldridge (362)

(Washington)

Partners $290-$575

Associates $175-$385

Michael Best & Friedrich (265)

(Milwaukee)

Partners $195-$500

Associates $160-$290

Miles & Stockbridge (204)

(Baltimore)

Partners $280-$450 (average $328)

Associates $180-$350 (average $216)

Miller & Martin (167)

(Chattanooga, Tenn.)

Partners $220-$395 (average $305) (median $310)

Associates $140-$285 (average $190) (median $180)

Firmwide (average $270) (median $285)

Copyright © 2007 The New York Law Pub. Co.