# EXHIBIT 5

# MASSACHUSETTS LAWYERS WEEKLY



Photo by Jason Scally

# 100 LARGEST LAW FIRMS In Massachusetts
## 2006

*Sponsored by*
**new england legal search**

Peter Demuth
Corporate
(202) 434-7300

Susan Berson
Health
(202) 434-7300

Cherie Kiser
Communications
(202) 434-7300

Jeff Porter
Environmental
(617) 542-6000

Marketing director:
Bruce Alltop
Chief Marketing Officer
balltop@mintz.com

MA attorneys: 289
(male: 189; female: 100)
Total attorneys worldwide: 457
Male/female equity partners: 43/5
Male/female new hires in 2005:
20/11
Male/female elevations in 2005:
6/4
Male/female departures in 2005:
25/19
"Of counsel" lawyers: 13
Paralegals/support staff: 38/295
Hourly billing rates: N/R
Associates' starting salary as of Fall
2005: $125,000
Associates' starting salary as of Jan.
1, 2006: $125,000 (increase
to $135,000 effective April
1, 2006)
Annual billable hours expected of
associates: 1,925
Total no. of annual hours devoted
to pro bono representation:
17,000 in 2005
Dress policy: Fridays-casual only

Call (617) 218-8118
to Advertise in
**100 Largest
Law Firms
2007**

### 5. BINGHAM McCUTCHEN
282 Lawyers

150 Federal St.
Boston 02110
(617) 951-8000
(617) 951-8736 (fax)

MA attorneys: 282
(male: 174; female: 108)
Total attorneys worldwide: 847
Male/female equity partners: 91/22
Male/female new hires in 2005:
23/19
Male/female elevations in 2005: 2/2
Male/female departures in 2005:
24/24
"Of counsel" lawyers: 26
Paralegals/support staff: 38/359
Hourly billing rates: N/A
Associates' starting salary as of Fall
2005: $125,000
Associates' starting salary as of Jan. 1,
2006: $125,000 (increase not
yet determined)
Annual billable hours expected of
associates: N/A
Dress policy: Casual

### 6. EDWARDS ANGELL PALMER & DODGE
264 Lawyers

111 Huntington Ave.
Boston 02199
(617) 239-0100
(617) 227-4420 (fax)

MA attorneys: 264
(male: 182; female: 82)
Total attorneys worldwide: 512
Male/female equity partners: 79/14
Male/female new hires in 2005:
33/21
Male/female elevations in 2005: 11/3
Male/female departures in 2005:
30/31
"Of counsel" lawyers: 13
Paralegals/support staff: 41/278
Hourly billing rates:
Partners: $375-$650
Junior partners/associates:
$150-$480
Paralegals: $100-$175
Associates' starting salary as of Fall
2005: $125,000
Associates' starting salary as of Jan. 1,
2006: $125,000
Annual billable hours expected of
associates: 1,850
Dress policy: Casual

### 7. FOLEY HOAG
225 Lawyers

Seaport World
Trade Center West
155 Seaport Blvd.
Boston 02210
(617) 832-1000
(617) 832-7000 (fax)
www.foleyhoag.com
Founded 1943

 

SANOFF        WHITHAM

MANAGING PARTNERS
Robert S. Sanoff
Michele A. Whitham



#### Q&A
**Q. What sets your firm apart from the rest?**
A. Foley Hoag has always had a unique identity. It began as an entrepreneurial law firm which combined intellectual rigor, hard work and creativity in lawyering with collegiality and commitments to community and diversity. The firm has grown steadily over its history, not by merger, but by sustained excellence in defined areas of practice, such as complex, high-stakes litigation, intellectual property, securities, business crimes and government investigations, labor and employment, environmental, high technology/life sciences and emerging companies. These qualities continue to distinguish the firm today.

**Q. How will your firm change in the next decade?**
A. Foley Hoag is committed to steady growth which does not dilute the quality of its legal services or its culture. We expect our premier practice areas, such as intellectual property, securities litigation, business crimes and government investigations, complex litigation, emerging companies, venture capital, mergers and acquisitions, securities and finance, labor and employment, international/corporate social responsibility, environmental, and bankruptcy reorganization and workout, to remain strong, and we expect to develop additional premier practices and an expanded base of operations as new areas of opportunity present themselves in the coming years.

#### AREAS OF PRACTICE
Administrative; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Education; Energy/Environmental/Regulated Industry; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Products & Premises Liability/General Tort Law; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment;Tax/Benefits/ERISA;Transportation;Trusts & Estates; White Collar Criminal Defense

#### IMPORTANT FIRM CONTACTS
Tom Block
Chief Operating Officer
tblock@foleyhoag.com

Mark Young
Chief Marketing Officer
myoung@foleyhoag.com

Holly Evers
Director of Operations
hevers@foleyhoag.com

Julie Hackett
Director of Human Resources
jhackett@foleyhoag.com

Frank Bayley
Director of Information Technology
fbayley@foleyhoag.com

Diane Wreede
Director of Legal Recruiting &
Professional Development
dwreede@foleyhoag.com

John Chmielecki
Director of Finance
jchmielecki@foleyhoag.com

Jeannette Tracy
Director of Library Services
jtracy@foleyhoag.com

Jim Brennan
Director of Records Management
Services
jbrennen@foleyhoag.com

MARKETING DIRECTOR
Mark E. Young
Chief Marketing Officer
myoung@foleyhoag.com

MA attorneys: 225
(male: 149; female: 76)
Total attorneys worldwide: 239
Male/female equity partners:
54/13
Male/female new hires in 2005:
24/18
Male/female elevations in 2005:
2/3
Male/female departures in 2005:
20/12
"Of counsel" lawyers: 3
Paralegals/support staff: 30/235
Hourly billing rates:
Partners: $365-$640
Junior partners/associates:
$220-$445
Paralegals: $100-$205
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: To be determined
Annual billable hours expected of associates: 1,850
Total no. of annual hours devoted to pro bono representation:
On an annual basis, the equivalent of 5% of time spent by our lawyers on regular billable work.
Dress policy: Business casual

### 8. CHOATE HALL & STEWART
191 Lawyers

Two International Place
Boston 02110
(617) 248-5000
(617) 248-4000 (fax)
www.choate.com
Founded 1899


GELNAW


NADAS

MANAGING PARTNERS:
William P. Gelnaw Jr.
John A. Nadas


CHOATE HALL & STEWART LLP

AREAS OF PRACTICE:
Bankruptcy & Business Restructuring; Business/Corporate; Health Care/Life Sciences; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Private Equity; Real Estate/Development/Land Use; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

IMPORTANT FIRM CONTACTS
Stephen M.L. Cohen
Private Equity
(617) 248-5050
scohen@choate.com



At your service...

- Economic analysis
- Electronic discovery
- Expert testimony
- Financial investigations
- Forensic accounting
- Law department management
- Litigation analysis
- Records management
- Valuation

**Boston Office Contact Information**
617-226-5500

**Huron Consulting Group** helps clients effectively address complex challenges that arise from litigation, disputes, investigations, regulation, financial distress, and other sources of significant conflict or change. We also help clients improve the overall efficiency and effectiveness of their operations, reduce costs, manage regulatory compliance, and maximize procurement efficiency. Huron provides services to a wide variety of both financially sound and distressed organizations, including Fortune 500 companies, medium-sized businesses, leading academic institutions, healthcare organizations, and the law firms that represent these various organizations.

www.huronconsultinggroup.com
1-866-229-8700


Huron CONSULTING GROUP

Experience. Redefined.

BOSTON | CHARLOTTE | CHICAGO | HOUSTON | LOS ANGELES | NEW YORK | SAN FRANCISCO | WASHINGTON D.C.

© 2006 Huron Consulting Services LLC. All rights reserved.

on inclusion not only makes the firm more interesting and stimulating, it also enables us to respond with greater agility to the challenges faced by our clients in a diverse, multicultural world. Our mission is to continue to be "the best firm to work for, and the best firm to work with."

*Q. What sets your firm apart from the rest?*
A. We work hard for our clients, but we also work hard to make the firm a great place to work. We believe that creating an attractive work environment is not merely a perk for employees — it's good for business. These efforts have paid off, as the firm has been named to FORTUNE magazine's 2006 "Best Places to Work For" list and to the Boston Business Journal's "Best Places to Work" lists for two consecutive years.

*Q. How will your firm change in the next decade?*
A. Nixon Peabody will continue to explore opportunities to grow and enhance its national platform. We will also continue to devise new and innovative approaches to client service and workplace culture in order to further our firm mission.

### AREAS OF PRACTICE

Administrative; Admiralty/Maritime;Alcohol Beverage Law;Alternative Dispute Resolution;Antitrust; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/ Corporate; Communications & Media; Construction; Education; Energy/ Environmental/ Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/ Municipal; Health Care/Life Sciences; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; RICO Actions; Real Estate/ Development/Land Use; Securities & Finance; Sports & Entertainment; Syndication;Tax/Benefits/ ERISA;Trusts & Estates;White Collar Criminal Defense; Workers' Compensation

### IMPORTANT FIRM CONTACTS

Robert H. Adkins
Practice Group Leader, Syndication Group
(617) 345-1239
radkins@nixonpeabody.com

Paul E. Bouton
Practice Group Leader, Real Estate
(617) 345-1240
pbouton@nixonpeabody.com

J. William Codinha
Co-Practice Group Leader, Business Litigation Group
(617) 345-1325
wcodinha@nixonpeabody.com

Dennis M. Duggan
Chair, Litigation Department
(617) 345-1340
dduggan@nixonpeabody.com

John T. Fitzgerald
Practice Group Leader, Private Clients Group
(617) 345-1081
jfitzgerald@nixonpeabody.com

Jonathan R. Karis
Practice Group Leader, Business Group
(617) 345-6127
jkaris@nixonpeabody.com

Nestor M. Nicholas
Firm Co-Managing Partner
(617) 345-1126
nnicholas@nixonpeabody.com

John V. Snellings
Chair, Professional Personnel Committee
(617) 345-1202
jsnellings@nixonpeabody.com

### MARKETING DIRECTOR

Jeffrey R. Scalzi
(617) 345-1297
jscalzi@nixonpeabody.com

MA attorneys: 146
(male: 99; female: 47)
Total attorneys worldwide: 658
Male/female equity partners: 69/12
Male/female new hires in 2005: 10/7
Male/female elevations in 2005: 2/1
Male/female departures in 2005: N/R
"Of counsel" lawyers: 6
Paralegals/support staff: 25/149
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000 with $5,000 signing bonus
Associates' starting salary as of Jan. 1, 2006: $135,000 with $5,000 signing bonus
Annual billable hours expected of associates: 1,850
Total no. of annual hours devoted to pro bono representation: 4,733 (in 2005)
Dress policy: Business-dress

---

## 12. HOLLAND & KNIGHT
### 140 Lawyers

10 Saint James Ave.
Boston 02116
(617) 523-2700
(617) 523-6850 (fax)
www.hklaw.com
Founded 1968


MICHALOWSKI

**MANAGING PARTNER**
Mark Michalowski

**Holland+Knight**

### Q&A

*Q. How would you describe your firm culture?*
A. Holland & Knight's culture is the product of a unique blend of geographic diversity, industry specialization, collegiality and a service-oriented approach to the practice of law. Our workforce is drawn from many markets and diverse communities across the country and all over the world. Our lawyers hail from more than 120 law schools and are licensed to practice in a majority of the U.S. jurisdictions and several countries. We have nurtured working relationships with lawyers from 45 countries who have interned at our office. This rich diversity, coupled with a commitment to a positive working environment, defines Holland & Knight's culture.

*Q. What sets your firm apart from the rest?*
A. Holland & Knight is a national firm and ranks 11th among more than 300 top law firms in the country for outstanding client satisfaction and a premier client recommendation rate, according to BTI Consulting Group, Inc. Holland & Knight is a firm of great lawyers with a rich legacy of community and public service. For example, Holland & Knight's formal pro bono policy commits the firm to contribute approximately 3 percent of the firm's billable hours to pro bono work. The firm's Community Services Team, which has a substantial annual budget, provides counsel to people, groups and causes that could not otherwise afford representation. The CST concentrates its efforts on cases involving important public issues affecting large numbers of people. Our work on behalf of the indigent defense bar in Massachusetts is a good example of the CST in action.

*Q. How will your firm change in the next decade?*
A. The distinctive interrelationship between multiple offices, technology and the talent and experience of the firm's

lawyers will enable Holland & Knight to adapt quickly to meet the legal needs of its clients going forward into the future. As the world contracts, our reach extends. Poised for strategic growth in our nation's major capital markets, the firm is committed to surpassing its high standards for individualized client service, through relationship building, industry knowledge, education, experience and technology.

AREAS OF PRACTICE

Administrative; Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Antitrust; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Education; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Indian Law; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; RICO Actions; Real Estate/Development/Land Use; Securities & Finance; Sports & Entertainment; Syndication; Tax/Benefits/ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense

IMPORTANT FIRM CONTACTS

Deb Barnard
Deputy Executive Partner
(617) 619-9240
deborah.barnard@hklaw.com

Ken Hoffman
Practice Group Leader –
Real Estate
(617) 619-9274
kenneth.hoffman@hklaw.com

Paul Killeen
Practice Group Leader – Litigation
(617) 573-5816
paul.killeen@hklaw.com

Ralph Lepore III
Board of Directors
(617) 619-9210
ralph.lepore@hklaw.com

Shari Levitan
Team Leader – Private Wealth Services
(617) 854-1405
shari.levitan@hklaw.com

Robert Lizza
Practice Group Leader –
Construction
(617) 573-5827
robert.lizza@hklaw.com

James McDermott
Practice Group Leader –
Syndication
(617) 573-5848
james.mcdermott@hklaw.com

David Sloan
Deputy Section Leader – Business
(617) 573-5803
david.sloan@hklaw.com

J.D. Smeallie
Team Leader – Education
(617) 573-5812
jdsmeallie@hklaw.com

Benjamin Volinski
Chair of the Diversity Committee
(617) 573-5804
ben.volinski@hklaw.com

MARKETING DIRECTOR

Bruce Graeb
Chief Marketing Officer
(212) 513-3235
bruce.graeb@hklaw.com

MA attorneys: 140
(male: 88; female: 52)
Total attorneys worldwide: 1,250
Male/female equity partners: 36/6



Male/female new hires in 2005: 10/6
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 6/3
"Of counsel" lawyers: 0
Paralegals/support staff: 16/130
Hourly billing rates:
Partners: $325-$550
Junior partners/associates: $205-$550
Paralegals: $125-$225
Other: $80-$200
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $130,000
Annual billable hours expected of associates: 1,900
Total no. of annual hours devoted to pro bono representation: 7,953
Dress policy: N/R

## 13. KIRKPATRICK & LOCKHART NICHOLSON GRAHAM
### 130 Lawyers

State Street Financial Center
One Lincoln St.
Boston 02111
(617) 261-3100
(617) 261-3175 (fax)
www.klng.com
Founded 1984



HADDAD
MANAGING PARTNER
Mark E. Haddad,
Administrative Partner

### AREAS OF PRACTICE
Business/Corporate; Health Care/Life Sciences; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Real Estate/Development/Land Use; Securities & Finance; Trusts & Estates

### MARKETING DIRECTOR
Jeffrey J. Berardi
Marketing Manager
(617) 261-3267
jberardi@klng.com

MA attorneys: 130
(male: 91; female: 39)
Total attorneys worldwide: 1,000
Male/female equity partners: 42/6
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 13
Paralegals/support staff: 13/85
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

## 14. SULLIVAN & WORCESTER
### 129 Lawyers

One Post Office Square
Boston 02109
(617) 338-2800
(617) 338-2880 (fax)
www.sandw.com
Founded 1941

 

CARPENTER   CURRY
MANAGING PARTNERS
Joel R. Carpenter
William J. Curry

### Q&A
*Q. What sets your firm apart from the rest?*
A. Sullivan & Worcester is a leading law firm comprised of approximately 200 lawyers, with offices in Boston, New York City and Washington, D.C. Sullivan & Worcester has one goal: to help businesses thrive in a fast-changing marketplace. We combine the breadth and sophistication characteristic of large law firms with the flexible, hands-on relationships typically found at boutiques. We strive to be agile and sharp – qualities today's markets demand. We dig deep to understand our clients and their industries in order to deliver solutions that not only work on paper, but also make great business sense. Our lawyers work together in small teams emphasizing close partner-client contact and collaboration. We steer clear of territorial approaches and pool the firm's entire resources to ensure clients get the right team for their job.

### AREAS OF PRACTICE
Alternative Dispute Resolution; Antitrust; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Health Care/Life Sciences; Hotel & Restaurant; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/Land Use; Securities & Finance; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS
Joel R. Carpenter
Tax
(617) 338-2815
jcarpenter@sandw.com

William J. Curry
Corporate
(617) 338-2976
wcurry@sandw.com

Paul E. Summit
Litigation
(617) 338-2488
psummit@sandw.com

Alexander A. Notopoulos Jr.
Corporate/Securities
(617) 338-2810
anotopoulos@sandw.com

Clinton A. Vince
Energy
(202) 775-6810
cvince@sandw.com

George P. Lindsay
Corporate
(212) 660-3019
glindsay@sandw.com

Dianne C. Hertneky
Executive Director
(617) 338-2959
dhertneky@sandw.com

### MARKETING DIRECTOR
Triona Buckley
(617) 338-2854
tbuckley@sandw.com

MA attorneys: 129
(male: 88; female: 41)
Total attorneys worldwide: 197
Male/female equity partners: 43/8
Male/female new hires in 2005: 13/7
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 8/8
"Of counsel" lawyers: 12
Paralegals/support staff: 17/110
Hourly billing rates:
Partners: $400-$650
Junior partners/associates: $220-$450
Paralegals: $145-$230
Other: $115-$440
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: 1,800
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress

Howard L. Siegel
Energy
(860) 509-6519
hsiegel@brownrudnick.com

**MARKETING DIRECTOR**
Joanne McElhenney
(617) 856-8311
jmcelhenney@brownrudnick.com

MA attorneys: 114
(male: 78; female: 36)
Total attorneys worldwide: 201
Male/female equity partners: 27/3
Male/female new hires in 2005: 5/9
Male/female elevations in 2005: 4/0
Male/female departures in 2005: 9/4
"Of counsel" lawyers: 5
Paralegals/support staff: 10/155
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: 6,027
Dress policy: Business-dress

## 16. MORRISON MAHONEY
### 111 Lawyers

250 Summer St.
Boston 02210
(617) 439-7500
(617) 439-7590 (fax)
www.morrisonmahoney.com
Founded 1948


HARTY

**MANAGING PARTNER**
Mark P. Harty


MORRISON MAHONEY LLP

### Q&A
*Q. How would you describe your firm culture?*
A. We have an informal and friendly firm culture that encourages communication between practice groups. With partners and associates working together, we seek to efficiently and effectively serve our clients as we have since 1948.

*Q. What sets your firm apart from the rest?*
A. 1. We are the only law firm in the Northeast with nine offices throughout the region — in New Jersey, New York, Connecticut, Rhode Island, Massachusetts and New Hampshire. We also have partners licensed in Maine, Pennsylvania and Washington, D.C., and will soon have two admitted to the bar in Vermont. 2. We are not just litigators — we are trial lawyers. Our lawyers won over 40 trials last year. 3. Being truly cost-effective for our clients.

*Q. How will your firm change in the next decade?*
A. While rededicating ourselves to our existing clients, we will continue to diversify our practice in the areas of aviation, business litigation, corporate law, intellectual property, real estate, banking and technology.

### AREAS OF PRACTICE
Administrative; Admiralty/Maritime; Alternative Dispute Resolution; Automotive; Aviation/Airport; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/Municipal; Hotel & Restaurant; Immigration; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Personal Injury; Private Equity; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Real Estate/Development/Land Use; Rental & Leasing Car Companies; Securities & Finance; Sexual Harassment; Transportation; Workers' Compensation

### IMPORTANT FIRM CONTACTS
Gary W. Harvey and
Cheryl A. Enright
Co-Chairs of the Hiring Committee

### MARKETING DIRECTOR
Managing partner directs marketing for the firm

MA attorneys: 111
(male: 83; female: 28)
Total attorneys worldwide: 163
Male/female equity partners: 44/2
Male/female new hires in 2005: 9/8
Male/female elevations in 2005: 7/4
Male/female departures in 2005: 7/6
"Of counsel" lawyers: 1
Paralegals/support staff: 12/114
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: The lawyers of the firm have been involved in a number of pro bono matters in various jurisdictions that has not been quantified. The managing partner is on the board of the Greater Boston Legal Services.
Dress policy: Fridays-casual only

## 17. BURNS & LEVINSON
### 102 Lawyers

125 Summer St.
Boston 02110
(617) 345-3000
(617) 345-3299 (fax)

MA attorneys: 102
(male: 77; female: 25)
Total attorneys worldwide: 135
Male/female equity partners: 57/11
Male/female new hires in 2005: 4/3
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 6/0
"Of counsel" lawyers: 10
Paralegals/support staff: 15/124
Hourly billing rates:
Partners: $325-$450
Junior partners/associates: $185-$330
Paralegals: $100-$250
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 18. FISH & RICHARDSON
### 94 Lawyers

225 Franklin St.
Boston 02110
(617) 542-5070
(617) 542-8906 (fax)

MA attorneys: 94
(male: 65; female: 29)
Total attorneys worldwide: 355
Male/female equity partners: 37/10
Male/female new hires in 2005: 7/5
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 7/0
"Of counsel" lawyers: 5
Paralegals/support staff: 32/204
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: 1,900
Dress policy: Fridays-casual only

Case 1:04-cv-11131-PBS    Document 192-6    Filed 11/07/2007    Page 9 of 11

## 28. HINCKLEY, ALLEN & SNYDER
**61 Lawyers**

28 State St.
Boston 02109
(617) 345-9000
(617) 345-9020 (fax)
www.haslaw.com
Founded 1906



DEFANTI

**MANAGING PARTNER**
Michael P. DeFanti

HinckleyAllenSnyder LLP
ATTORNEYS AT LAW

### Q&A
*Q. What sets your firm apart from the rest?*
A. Hinckley, Allen & Snyder, one of New England's leading law firms, provides a full range of legal services to individuals and businesses in a wide range of industries throughout the Northeast and beyond. Our team of over 115 lawyers provides expert legal counsel and in-depth industry knowledge in such specialties as real estate, venture capital, intellectual property (including patent prosecution and licensing), state and federal taxation, securities law, health care law, construction law, corporate law, labor and employment law, estate planning and administration and commercial litigation. Hinckley, Allen & Snyder has been providing clients with world-class service and pragmatic business advice for nearly a century. For more about us, please visit www.haslaw.com.

### AREAS OF PRACTICE
Antitrust; Banking & Finance; Business/Corporate; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Health Care/Life Sciences; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/Land Use; Securities & Finance; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS
Joel Lewin
Construction and Procurement Group Chair
jlewin@haslaw.com

Frederick P. McClure
Corporate and Business Group Chair
fmcclure@haslaw.com

William R. Grimm
Litigation Group Chair
wgrimm@haslaw.com

Gerald J. Petros
Litigation Group Vice Chair
gpetros@haslaw.com

Paul A. Silver
Personal Financial Planning Group Chair
psilver@haslaw.com

David J. Rubin
Real Estate Group Chair
drubin@haslaw.com

**MARKETING DIRECTOR**
Laurie MacDonald
lwmacdonald@haslaw.com

MA attorneys: 61
(male: 42; female: 19)



where can I find more **good people?** who's out there

**THAT'S WHAT WE DO, EVERY DAY.®** With Special Counsel, your search is over — that's because we are the leading provider of legal staffing services nationwide. Whether you need attorneys, paralegals, or other legal staffing support, we can provide the most qualified professionals — from general workload management and litigation support to project management for e-discovery and document review projects. And with specialized services like medical document review, deposition digesting, and court reporting, all of your legal needs are just a phone call away.

SPECIAL COUNSEL®

(617) 338-7700
(800) 737-3436
specialcounsel.com

©2006 Special Counsel, Inc. All rights reserved.      A Member of the MPS Group NYSE

Total attorneys worldwide: 118
Male/female equity partners: 19/5
Male/female new hires in 2005: 4/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 6/2
"Of counsel" lawyers: 6
Paralegals/support staff: 5/64
Hourly billing rates:
Partners: $240-$550
Junior partners/associates: $180-$290
Paralegals: $100-$225
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress (with business-casual Fridays)

## 29. KOPELMAN AND PAIGE
### 59 Lawyers

101 Arch St.
Boston 02110
(617) 556-0007
(617) 654-1735 (fax)

MA attorneys: 59
(male: 30; female: 29)
Total attorneys worldwide: 59
Male/female equity partners: 15/11
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/3
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 0
Paralegals/support staff: 6/35
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 29. MIRICK O'CONNELL
### 59 Lawyers

100 Front St.
Worcester 01608
(508) 791-8500
(508) 791-8502 (fax)

MA attorneys: 59
(male: 40; female: 19)
Total attorneys worldwide: 59
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 6
Paralegals/support staff: 18/69
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 31. ROBINSON & COLE
### 55 Lawyers

One Boston Place
Boston 02108
(617) 557-5900
(617) 557-5999 (fax)

MA attorneys: 55
(male: 32; female: 23)
Total attorneys worldwide: 225
Male/female equity partners: 16/2
Male/female new hires in 2005: 2/4
Male/female elevations in 2005: 1/1
Male/female departures in 2005: 5/1
"Of counsel" lawyers: 0
Paralegals/support staff: 5/45
Hourly billing rates:
Partners: $310-$490
Junior partners/associates: $200-$350
Paralegals: $120-$160
Associates' starting salary as of Fall 2005: $115,000
Associates' starting salary as of Jan. 1, 2006: $115,000
Annual billable hours expected of associates: 1,800
Dress policy: Business-dress

## 32. POSTERNAK BLANKSTEIN & LUND
### 52 Lawyers

800 Boylston St.
Boston 02199
(617) 973-6100
(617) 367-2315 (fax)

MA attorneys: 52
(male: 39; female: 13)
Total attorneys worldwide: 52
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 8
Paralegals/support staff: 5/41
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 33. PRINCE LOBEL GLOVSKY & TYE
### 50 Lawyers

585 Commercial St.
Boston 02109 (firm is moving in April)
(617) 456-8000
(617) 456-8100 (fax)
www.plgt.com
Founded 1988



MALONEY

MANAGING PARTNER
Robert P. Maloney

PRINCE.LOBEL.GLOVSKY & TYE

### Q&A

Q. *How would you describe your firm culture?*
A. We strive to offer a working environment that provides for professional growth and understands the importance of personal and family time. We encourage cooperation and teamwork among all support staff and attorneys, including partners, and believe that an excellent organization can only be achieved by respecting each other's beliefs individually and by fostering personal and professional growth.

Q. *What sets your firm apart from the rest?*
A. We have a unique approach that has won us the loyalty of an impressive list of clients over the years. We seek to earn and reward our clients' trust by thoroughly understanding our client needs and by offering quick, efficient solutions to their legal problems. We have attorneys that have come to Prince Lobel from both small and large firms, enabling us to offer a level of service at a value that few other firms can match.

Q. *How will your firm change in the next decade?*
A. With our upcoming move to 100 Cambridge St., we are well suited to continue with our plans for growth and expanded service offerings.

### AREAS OF PRACTICE

Business/Corporate; Family & Probate/Domestic Relations; Labor, Employment & Employee Benefits; Estate Planning and Probate; Insurance; Intellectual Property; Litigation; Media Law; Real Estate/Development/Land Use

IMPORTANT FIRM CONTACTS

Patricia M. Annino
Estate Planning
pmannino@plgt.com

Robert A. Bertsche
Media and Intellectual Property,
Employment
rbertsche@plgt.com

Joseph D. Steinfield
Media and Litigation
jsteinfield@plgt.com

Richard D. Glovsky
Employment
rdglovsky@plgt.com

Mitchell S. King
Reinsurance and Insurance
msking@plgt.com

Robert P. Maloney
Corporate and Tax
rpmaloney@plgt.com

Walter B. Prince
Litigation
wbprince@plgt.com

Craig M. Tateronis
Real Estate
cmtateronis@plgt.com

Donald G. Tye
Domestic Relations
dgtye@plgt.com

William A. Worth
Litigation
waworth@plgt.com

MARKETING DIRECTOR

Jamie O'Riordan
(617) 456-8191
jsoriordan@plgt.com

MA attorneys: 50
(male: 36; female: 14)
Total attorneys worldwide: 50
Male/female equity partners: 12/1
Male/female new hires in 2005: 4/3
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 4/5
"Of counsel" lawyers: 5
Paralegals/support staff: 6/28
Hourly billing rates:
Partners: $325-$425
Junior partners/associates: $185-$300
Paralegals: $85-$145
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,800
Total no. of annual hours devoted to pro bono representation: 484
Dress policy: N/R

### 34. DLA PIPER RUDNICK GRAY CARY US
49 Lawyers

33 Arch St.
Boston 02110
(617) 406-6000
(617) 406-6100 (fax)

MA attorneys: 49
(male: 37; female: 12)
Total attorneys worldwide: Approximately 2,900
Male/female equity partners: N/R
Male/female new hires in 2005: 12/7
Male/female elevations in 2005: 2/0
Male/female departures in 2005: 2/3
"Of counsel" lawyers: 2
Paralegals/support staff: 6/32
Hourly billing rates:
Partners: $460-$660
Junior partners/associates: $255-$475
Paralegals: $135-$245
Associates' starting salary as of Fall 2005: $125,000



Xray Color Enhancements
Personal Injury
PowerPoint
Arbitration
Chalk
MEDIATION
Trial graphics

Services include:
- Certified Medical Illustration, General or Case-Specific
- Charts, Graphs & Timelines
- Animation
- Computer-Based Presentations
- X-Ray Duplication & Enhancement
- Document Enlargement
- Video Duplication & Capture
- Film, Slide & Photo Scanning

APS
Advanced Practice Strategies

www.aps-web.com
11 Beacon Street, Suite 1300
Boston, Ma 02108
Phone: 617.367.0553



**the right placement at the right time**

Timing is everything. For over a decade, Update Legal has successfully placed attorneys, paralegals, and litigation support staff with law firms and corporate legal departments throughout the United States.

Update Legal specializes in placing highly talented, skilled and motivated legal professionals. Our experience and exclusive focus on legal staffing enables us to fulfill client requirements fast, cost-effectively and with the best professionals in the industry. Whatever your assignment, Update Legal can fill it!

- Contract, contract-to-permanent and permanent hires
- Strong working relationships with clients and candidates
- Extensive review and verification of each candidate's education, skills and work experience
- Outstanding ability to match candidates with client requirements
- Responsive and reliable
- High standards of ethics and integrity
- Expert assignment matching capabilities
- 24/7 personalized service
- Office space available for document review projects

For all of your staffing needs, please call us at 617.350.8700 or 800.867.0725 or visit us online at www.updatelegal.com.



UPDATE LEGAL > relationships that work

Boston | Chicago | Dallas | Houston | Los Angeles | New York
New Jersey | Philadelphia | San Francisco | Washington D.C.