Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: 2,000
Dress policy: Casual

## 35. DAY, BERRY & HOWARD
### 47 Lawyers

One International Place
Boston 02110
(617) 345-4600
(617) 345-4715 (fax)

MA attorneys: 47
(male: 30; female: 17)
Total attorneys worldwide: 245
Male/female partners: 16/4
Male/female new hires in 2005: 6/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 2/2
"Of counsel" lawyers: 3
Paralegals/support staff: 6/55
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $125,000
Annual billable hours expected of associates: 1,800
Dress policy: Business-dress

## 36. SKADDEN, ARPS, SLATE, MEAGHER & FLOM
### 46 Lawyers

One Beacon St.
Boston 02108
(617) 573-4800
(617) 573-4822 (fax)

MA attorneys: 46
(male: 31; female: 15)
Total attorneys worldwide: 1,800
Male/female equity partners: 9/1
Male/female new hires in 2005: 6/8
Male/female elevations in 2005: N/R
Male/female departures in 2005: 6/3
"Of counsel" lawyers: 0
Paralegals/support staff: 21/43
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $140,000

Associates' starting salary as of Jan. 1, 2006: $145,000
Annual billable hours expected of associates: N/A
Dress policy: Business-casual

## 37. FOLEY & LARDNER
### 45 Lawyers

111 Huntington Ave.
Boston 02199
(617) 342-4000
(617) 342-4001 (fax)

MA attorneys: 45
(male: 33; female: 12)
Total attorneys worldwide: 1,023
Male/female equity partners: 21/1
Male/female new hires in 2005: 2/5
Male/female elevations in 2005: 3/0
Male/female departures in 2005: 1/0
"Of counsel" lawyers: 3
Paralegals/support staff: 7/25
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $125,000
Associates' starting salary as of Jan. 1, 2006: $135,000
Annual billable hours expected of associates: 1,850
Dress policy: Business-casual

## 38. SHERIN AND LODGEN
### 44 Lawyers

101 Federal St.
Boston 02110
(617) 646-2000
(617) 646-2222 (fax)



MARKOFF
MANAGING PARTNER
Gary M. Markoff


Sherin AND Lodgen LLP
Legal Precision and Innovation

### Q&A
*Q. What sets your firm apart from the rest?*
A. Our success is measured by the success of our clients. We have developed a reputation for performing outstanding legal work in our chosen areas of practice – Real Estate, Business Transactions and Civil Litigation – achieving results with precision and innovation. We are creative problems-solvers with an in-depth understanding of our clients' objectives, proposing workable solutions to accomplish our clients' goals. We also contribute to the larger community by undertaking leadership positions in bar associations and committees, local government, pro bono work and participation in numerous industry trade associations and community organizations.

### AREAS OF PRACTICE
Business/Corporate; Litigation; Real Estate/Development/Land Use

### IMPORTANT FIRM CONTACTS
Ronald W. Ruth
Chair, Real Estate Department
rwruth@sherin.com
(617)646-2165

Frank J. Bailey
Chair, Business Litigation Group
fjbailey@sherin.com
(617)646-2124

C. Forbes Sargent III
Chair, Business Law and Financings Group
cfsargent@sherin.com
(617)646-2189

Robert J. Muldoon Jr.
Chair, Professional Liability Group
rjmuldoon@sherin.com
(617)646-2225

Christopher A. Kenney
Co-Chair, Construction Law Group
cakenney@sherin.com
(617)646-2280

John C. La Liberte
Chair, Bankruptcy and Creditors Rights Group
jclaliberte@sherin.com
(617)646-2173

MA attorneys: 44
(male: 31; female: 13)
Total attorneys worldwide: 44
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 7/46
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 39. PEABODY & ARNOLD
### 43 Lawyers

30 Rowes Wharf
Boston 02110
(617) 951-2100
(617) 951-2125 (fax)

MA attorneys: 43
(male: 27; female: 16)
Total attorneys worldwide: 43
Male/female equity partners: 15/4
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/2
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 9
Paralegals/support staff: 5/30
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

MARKETING DIRECTOR
Monte Vaughn
(617) 479-5000
mvaughn@mhtl.com

MA attorneys: 35
(male: 19; female: 16)
Total attorneys worldwide: 35
Male/female equity partners: 12/4
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 4/37
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

### 48. WEIL, GOTSHAL & MANGES*
35 Lawyers

100 Federal St.
Boston 02110
(617) 772-8300
(617) 772-8333 (fax)

MA attorneys: 35
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

* Information obtained independently

### 51. MURTHA CULLINA
33 Lawyers

99 High St.
Boston 02110
(617) 457-4000
(617) 482-3868 (fax)

MA attorneys: 33
(male: 21; female: 12)
Total attorneys worldwide: 130
Male/female equity partners: N/R
Male/female new hires in 2005: 1/0
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 5/0
"Of counsel" lawyers: 9
Paralegals/support staff: 8/30
Hourly billing rates:
Partners: $220-$455
Junior partners/associates: $140-$230
Paralegals: $80-$195
Other: $200-$385 (counsel/of counsel); $85-$110 (staff)
Associates' starting salary as of Fall 2005: $80,000
Associates' starting salary as of Jan. 1, 2006: $85,000

Annual billable hours expected of associates: 1,800
Dress policy: Business-dress

### 51. TODD & WELD
33 Lawyers

28 State St.
Boston 02109
(617) 720-2626
(617) 227-5777 (fax)
www.toddweld.com
Founded 1992



CRAWFORD

MANAGING PARTNER
Ian Crawford



TODD & WELD LLP

THE STRATEGIC SEARCH GROUP, INC.
Transforming Lives Toward Fulfillment

You can count on us for your retained and contingency attorney searches at both Partner and Associate levels.

The Strategic Search Group is female owned and bilingual in Spanish.

Check the weekly classified section of Lawyers Weekly for the current opportunities available.

P.O. Box 5114
Norwell MA  02061
T- 781-659-0007 • F- 781-659-0205
Email:
transform@thestrategicsearchgroupinc.com

Personal Injury, Auto Tort, UM Coverage
Construction/Commercial, Professional/
General Liability, Securities, Labor/
Employment, Corporate & Probate

ADR/EQUIMAR, INC.
617.248.2450

Comprehensive ADR Services,
Mediation, Arbitration, Case Evaluation,
Settlement Days & Training.
Serving New England for over 19 years
And an Approved Provider
to the Massachusetts Superior Courts.
Locations throughout New England



### Q&A

*Q. What sets your firm apart from the rest?*
A. The founders of Todd & Weld established a firm of trial lawyers committed to offering the highest level of trial advocacy. It was the founders' mission to apply the lessons learned in years of litigation practice and courtroom battles and establish a cutting-edge, creative and focused trial firm that employed state-of-the-art technology, enthusiastic staff, and creative and determined attorneys. With uncompromising dedication to its mission, Todd & Weld is today recognized as a preeminent trial firm.

### AREAS OF PRACTICE

Alternative Dispute Resolution; Automotive; Construction; Criminal Defense; Family & Probate/Domestic Relations; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Sexual Harassment; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS

Lisa G. Arrowood
Business and Employment Litigation, Personal Injury, Medical Malpractice
larrowood@toddweld.com

Nicholas B. Carter
Business Litigation, Personal Injury, Church Litigation
ncarter@toddweld.com

Jeffrey N. Catalano
Medical Malpractice, Premises and Products Liability, Personal Injury
jcatalano@toddweld.com

Howard M. Cooper
Litigation, Criminal Defense, Franchising, First Amendment/Defamation
hcooper@toddweld.com

Juliet A. Davison
Business, Employment and Probate Litigation
jdavison@toddweld.com

Elaine M. Epstein
and Gary O. Todd
Domestic Relations, Probate Litigation
eepstein@toddweld.com;
gtodd@toddweld.com

Christopher R. O'Hara
and Ian Crawford
Business and Employment Litigation
cohara@toddweld.com;
icrawford@toddweld.com

Kevin T. Peters
Business Litigation, Class Action Litigation
kpeters@toddweld.com

J. Owen Todd
Litigation, Arbitration/Mediation
jotodd@toddweld.com

Christopher Weld Jr.
Litigation, Construction, Immigration
cweld@toddweld.com

Marketing director: N/R

MA attorneys: 33
(male: 23; female: 10)
Total attorneys worldwide: 33
Male/female equity partners: 9/3
Male/female new hires in 2005: 4/3
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/2
"Of counsel" lawyers: 2
Paralegals/support staff: 7/32
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

## 53. LAWSON & WEITZEN
### 32 Lawyers

88 Black Falcon Ave.
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973

 

LAWSON    WEITZEN

**MANAGING PARTNERS**

Evan T. Lawson, Senior Partner
Richard B. Weitzen, Managing Partner



LAWSON & WEITZEN, LLP
ATTORNEYS AT LAW

### Q&A

*Q. How would you describe your firm culture?*
A. Diverse, well-balanced and cutting-edge. Our lawyers reflect a wide variety of interests and points of view brought together by a shared commitment to mutual respect and providing our clients with the best inter-disciplinary legal advice and representation available. Our culture is exemplified by the longevity of our attorneys and staff, and the long-term relationships we have established with our clients.

*Q. What sets your firm apart from the rest?*
A. Our unique operating structure allows our attorneys to provide individual or collaborative expert services to our clients as needed at reasonable fees free from the distractions of office politics. We are attentive, responsive, thorough and always oriented to the client's objective.

*Q. How will your firm change in the next decade?*
A. Our inherent flexibility will enable us to adapt to the requirements of our clients and the economics of the legal profession as they evolve. Our goal is always to be able to contend with the unexpected.

### AREAS OF PRACTICE

Administrative; Alternative Dispute Resolution; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Tax/Benefits/ERISA; Trusts & Estates; Workers' Compensation

### IMPORTANT FIRM CONTACTS

Frank L. Bridges
Estate Planning, Business Succession Planning and Self-Directed IRAs
fbridges@lawson-weitzen.com

George E. Christodoulo
Real Estate and Financing
gchristodoulo@lawson-weitzen.com

Kenneth B. Gould
Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Healthcare Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Environmental
ghailer@lawson-weitzen.com

John J. Weltman
Litigation
jweltman@lawson-weitzen.com

Sonia K. Guterman, Ph.D., J.D.
Intellectual Property
sguterman@lawson-weitzen.com

J. Mark Dickison
Civil Litigation, Criminal Defense
mdickison@lawson-weitzen.com

Michael McDevitt
Federal Employers Liability Act,
Workers' Compensation
mmcdevitt@lawson-weitzen.com

Robert J. Roughsedge
Products Liability, Business Disputes
rroughsedge@lawson-weitzen.com

MARKETING DIRECTOR
Barbara A. DeLeo

MA attorneys: 32
(male: 23; female: 9)
Total attorneys worldwide: 32
Male/female equity partners: 2/0
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 2/0
Male/female departures in 2005: 0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 3/27
Hourly billing rates:
Partners: $225-$350
Junior partners/associates: $125-$225
Paralegals: $50-$100
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,850
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

### 53. MORGAN, BROWN & JOY
32 Lawyers

200 State St.
Boston 02109
(617) 523-6666
(617) 367-3125 (fax)

MA attorneys: 32
(male: 22; female: 10)
Total attorneys worldwide: 32
Male/female equity partners: N/R
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

### 55. CASNER & EDWARDS
31 Lawyers

303 Congress St.
Boston 02210
(617) 426-5900
(617) 426-8810 (fax)
www.casneredwards.com
Founded 1974


MAYO

MANAGING PARTNER
Walter H. Mayo III



Q&A

Q. How would you describe your firm culture?
A. Casner & Edwards emphasizes the independence and professional judgment of its attorneys in determining how best to provide quality services to all clients, regardless of size.

Q. What sets your firm apart from the rest?
A. Flexibility. The firm prides itself on delivering high-quality work in the most cost-effective manner.

Q. How will your firm change in the next decade?
A. The firm plans to adapt to the ever-changing needs of its clients by encouraging continuing education of its attorneys, by adding attorneys with expertise and depth in areas of interest to clients and by investing in the technological advances that can best assist the firm in delivering the high quality of service its clients expect.

AREAS OF PRACTICE
Administrative; Banking & Finance; Business/Corporate; Family & Probate/Domestic Relations; Government Regulation & Affairs/Public; Projects/Municipal; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Nonprofit Organizations; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Securities & Finance; Tax/Benefits/ERISA; Trusts & Estates

Marketing director: N/R

MA attorneys: 31
(male: 25; female: 6)
Total attorneys worldwide: 31
Male/female equity partners: 13/1
Male/female new hires in 2005: 2/0
Male/female elevations in 2005: 1/2
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 3
Paralegals/support staff: 4/19
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

### 55. COOLEY MANION JONES
31 Lawyers

21 Custom House St.
Boston 02110
(617) 737-3100
(617) 737-3113 (fax)
www.cmjlaw.com
Founded 1984

 
MANION            JONES

MANAGING PARTNERS
Harry L Manion III
Patrick T. Jones

COOLEY MANION JONES LLP

AREAS OF PRACTICE
Administrative; Antitrust; Automotive; Business/Corporate; Communications & Media; Construction; Criminal Defense; Energy/Environmental/Regulated Industry; Family & Probate/Domestic Relations; Government Regulations & Affairs/Public; Projects/Municipal; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Sports & Entertainment; Trusts & Estates; White Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**

Harry L. Manion III
Commercial Litigation
(617) 737-3100
hmanion@cmjlaw.com

Patrick T. Jones
Contingent Fee Practice
(617) 737-3100
pjones@cmjlaw.com

Martin Gaynor
Commercial Litigation
(617) 737-3100
mgaynor@cmjlaw.com

Timothy C. Kelleher III
Contingent Fee Practice
(617) 737-3100
tkelleher@cmjlaw.com

John Manning
Mass Tort Litigation
(617) 737-3100
jmanning@cmjlaw.com

Marketing director: N/R

MA attorneys: 31
(male: 23; female: 8)
Total attorneys worldwide: 36
Male/female equity partners: 8/1
Male/female new hires in 2005: 4/2
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 1/2
"Of counsel" lawyers: 5
Paralegals/support staff: 11/20
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-dress

## 55. DUANE MORRIS
### 31 Lawyers

470 Atlantic Ave.
Boston 02210
(617) 289-9200
(617) 289-9201 (fax)

MA attorneys: 31
(male: 24; female: 7)
Total attorneys worldwide: 600+
Male/female equity partners: N/R
Male/female new hires in 2005: 1/1
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 2
Paralegals/support staff: 4/25
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Casual

## 55. LAHIVE & COCKFIELD
### 31 Lawyers

28 State St.
Boston 02109
(617) 227-7400
(617) 742-4214 (fax)

MA attorneys: 31
(male: 16; female: 15)
Total attorneys worldwide: 31
Male/female equity partners: 6/5
Male/female new hires in 2005: 3/13
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 4/2
"Of counsel" lawyers: 4
Paralegals/support staff: 2/62
Hourly billing rates:
Partners: $425-$550
Junior partners/associates: $250-$375
Paralegals: $180
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A

---

# Events
## PRESENTED BY LAWYERS WEEKLY

At Lawyers Weekly, we believe events that foster a sense of community among attorneys and other members of the legal community are very important. They provide terrific opportunities to the legal profession for networking, learning, and building a stronger sense of civility.

**More information at http://events.lawyersweekly.com**



**A Day of Golf**
June 21st, 2006
1st annual Massachusetts Lawyers Weekly and New England In-House Golf tournament at Cyprian Keyes Golf Club Boylston, MA.



**Summer Recess**
July 13th, 2006
Kick back and relax with members of the legal community. Enjoy music, food and cocktails on the Boston waterfront.



**Up and Coming Lawyers**
September 2006
Celebrate 15 "Rising Stars" who distinguished themselves in the law and appear on their way to bigger things.



**Unsung Heroes**
October 19th, 2006
A luncheon to celebrate support staff members of the legal community who go above and beyond the call of duty for their office.



**Battle of the Lawyers**
November 9th, 2006
Join us as top lawyers present their closing arguments from high profile cases. Sure to be an educational and enlightening experience!



**Excellence in the Law**
February 2007
A night to honor excellence in the judiciary, excellence in legal journalism, the 10 Lawyers Weekly Lawyers of the Year and other members of the legal community who represent the very best of what lawyering is all about.

Annual billable hours expected of associates: 1,850
Dress policy: Business-casual

## 55. MELICK, PORTER & SHEA
### 31 Lawyers

28 State St.
Boston 02109
(617) 523-6200
(617) 523-8130 (fax)

MA attorneys: 31
(male: 18; female: 13)
Total attorneys worldwide: 33
Male/female equity partners: 5/0
Male/female new hires in 2005: 4/4
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/0
"Of counsel" lawyers: 0
Paralegals/support staff: 6/19
Hourly billing rates:
Partners: $125-$250
Junior partners/associates: $115-$200
Paralegals: $50-$75
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,925
Dress policy: Casual

## 60. CAMPBELL CAMPBELL EDWARDS & CONROY
### 30 Lawyers

One Constitution Plaza
Boston 02129
(617) 241-3000
(617) 241-5115 (fax)
www.campbell-trial-lawyers.com
Founded 1983




RICHARD P. CAMPBELL       JAMES M. CAMPBELL

MANAGING PARTNERS
Richard P. Campbell
James M. Campbell

Q & A WITH THE MANAGING PARTNER
Q. How would you describe your firm culture?
A. Campbell Campbell Edwards & Conroy is dedicated to the litigation of high stakes cases throughout the United States. Our attorneys provide clients with high quality, personalized, cost-effective litigation services designed to achieve an efficient and favorable resolution of their disputes. Many of our lawyers hold or have held leadership positions in local and national bar associations; regularly present educational programs to practicing attorneys, clients and the general public; and contribute to professional publications.

Q. What sets your firm apart from the rest?
A. At a time when the number of experienced trial lawyers has declined dramatically and many firms are struggling to find ways to train young trial lawyers and hone the skills of their partners, Campbell Trial Lawyers continues to try cases regularly. In 2005 we tried 23 cases in 18 state and federal courts located in nine states, resulting in 13 verdicts. The American College of Trial Lawyers has acknowledged the exceptional skill and highest standards of ethical conduct demonstrated by the firm's attorneys, naming four of them Fellows of the College.

AREAS OF PRACTICE
Automotive; Aviation/Airport; Construction; Energy/Environmental/Regulated Industry; Hotel & Restaurant; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Sports & Entertainment; Transportation

MARKETING DIRECTOR
Cheryl M. Bailey
(617) 241-3024
cbailey@campbell-trial-lawyers.com

MA attorneys: 30
(male: 23; female: 7)
Total attorneys worldwide: 43
Male/female equity partners: 13/4
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 2/3
"Of counsel" lawyers: 0
Paralegals/support staff: 15/26
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Total no. of annual hours devoted to pro bono representation: Members of the firm regularly present programs about the Social Host Law in Massachusetts, illustrating the legal consequences of allowing those under the age of 21 to possess alcoholic beverages.
Dress Policy: Casual-dress policy

## 61. BACON & WILSON
### 29 Lawyers

33 State St.
Springfield 01103
(413) 781-0560
(413) 739-7740 (fax)

MA attorneys: 29
(male: 24; female: 5)
Total attorneys worldwide: 29
Male/female equity partners: 15/1
Male/female new hires in 2005: 3/0
Male/female elevations in 2005: 0/1
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 2
Paralegals/support staff: 12/37

Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: N/A
Dress policy: Fridays-casual only

## 61. CONN KAVANAUGH ROSENTHAL PEISCH & FORD
### 29 Lawyers

Ten Post Office Square
Boston 02109
(617) 482-8200
(617) 482-6444 (fax)
www.connkavanaugh.com
Founded 1988



PELOQUIN

MANAGING PARTNER
James B. Peloquin

CKR P&F

Q&A
Q. How would you describe your firm culture?
A. We remain small enough to have a close-knit feeling around the office. Everyone on the professional and support staff is on a first-name basis. We enjoy one another's company, and we pull in the same direction. At the same time, everyone knows that our work is serious and the overriding goal is the excellent representation of our clients.

### 63. MORSE, BARNES-BROWN & PENDLETON
28 Lawyers

1601 Trapelo Road
Waltham 02451
(781) 622-5930
(781) 622-5933 (fax)

MA attorneys: 28
(male: 22; female: 6)
Total attorneys worldwide: 28
Male/female equity partners: 13/1
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 3/2
"Of counsel" lawyers: 3
Paralegals/support staff: 5/9
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-casual

### 67. BERNKOPF GOODMAN
27 Lawyers

125 Summer St.
Boston 02110
(617) 790-3000
(617) 790-3300 (fax)

MA attorneys: 27
(male: 21; female: 6)
Total attorneys worldwide: 27
Male/female equity partners: 13/2
Male/female new hires in 2005: 1/2
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 0
Paralegals/support staff: 4/21
Hourly billing rates:
Partners: $300-$485
Junior partners/associates: $190-$285
Paralegals: $140-$145
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,800
Dress policy: N/R

### 67. DEUTSCH WILLIAMS BROOKS DERENSIS & HOLLAND
27 Lawyers

99 Summer St.
Boston 02110
(617) 951-2300
(617) 951-2300 (fax)

MA attorneys: 27
(male: 16; female: 11)
Total attorneys worldwide: 27
Male/female equity partners: 5/4
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: 3
Paralegals/support staff: 2/20
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

### 67. FULLER, ROSENBERG, PALMER & BELIVEAU
27 Lawyers

340 Main St.
Worcester 01608
(508) 755-5225
(508) 757-1039 (fax)

MA attorneys: 27
(male: 17; female: 10)
Total attorneys worldwide: 27
Male/female equity partners: N/R
Male/female new hires in 2005: 0/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 4/33
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Business-dress




It could be our new name.
It could be our great new look.

## Or maybe it's what's inside.

Lawyers USA readership grew 18% in 2005 alone. See for yourself why your colleagues can't wait to crack open the latest issue of Lawyers USA*.

**Try us for FREE!**
Call 1-800-451-9998 or visit www.lawyersusaonline.com to try 6 weeks of Lawyers USA - completely risk free.

*Formerly Lawyers Weekly USA.

H6D001

### 70. MARCUS ERRICO EMMER & BROOKS
**26 Lawyers**

45 Braintree Hill Park
Braintree 02184
(781) 843-5000
(781) 843-1529 (fax)

MA attorneys: 26
(male: 17; female: 9)
Total attorneys worldwide: 26
Male/female equity partners: 6/1
Male/female new hires in 2005: 2/1
Male/female elevations in 2005: 1/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 1/15
Hourly billing rates:
Partners: $290-$360
Junior partners/associates: $300
Paralegals: $115
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

### 70. SLOANE AND WALSH*
**26 Lawyers**

Three Center Plaza
Boston 02108
(617) 523-6010

MA attorneys: 26
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

*Information obtained independently*

### 70. SMITH & BRINK
**26 Lawyers**

122 Quincy Shore Drive
Quincy 02171
(617) 770-2214
(617) 774-1714 (fax)
www.smithbrink.com
Founded 1991

**MANAGING PARTNER**
Lauren D. Wilkins, President

**Smith & Brink, P.C.**

**Q&A**

**Q. How would you describe your firm culture?**
A. Smith & Brink is a regional firm offering civil litigation and appellate practice in state and federal courts to businesses, the insurance industry and their insured throughout the Northeast. Our firm is committed to providing high-quality legal services in an economic and efficient manner. Smith & Brink is organized into specific related practice areas in order to maximize the expertise of its attorneys and to better serve the needs of its local, regional and national clients.

**Q. What sets your firm apart from the rest?**
A. From our four offices in Quincy, Providence, Springfield and Danvers, our firm serves a broad range of clients in local, state, regional and national matters. We concentrate solely on insurance defense. Our services expand from general counseling to highly specialized assistance and advice. We are proud of our interoffice communication and information systems as well as our cost-effective approach to solving our clients' problems.

**AREAS OF PRACTICE**
Alcohol Beverage Law; Alternative Dispute Resolution; Construction; Energy/Environmental/Regulated Industry; Hotel & Restaurant; Insurance; Labor, Employment & Employee Benefits; Litigation; Products & Premises Liability/General Tort Law; RICO Actions; Rental & Leasing Car Companies; Transportation; Workers' Compensation

**IMPORTANT FIRM CONTACTS**

Ronald Langlois
Manager
Providence Office

Audrey Parr
Manager
Danvers Office

William Tait
Manager
Springfield Office

David Brink and Richard King
RICO Actions
Quincy Office

John Curran
Litigation, Product, Premises and General Tort
Quincy Office

John Leslie
Litigation
Quincy Office

Bruce Medoff
Property, Fire & Theft Losses
Quincy Office

Gerald Motejunas
Commercial Property Insurance Group
Quincy Office

Jacques Parenteau
Litigation, Rental & Leasing Car Companies
Quincy Office

Fredrick Smith
Insurance Fraud, Special Investigations
Quincy Office

Marketing director: N/R

MA attorneys: 26
(male: 16; female: 10)
Total attorneys worldwide: 41
Male/female equity partners: 10/2
Male/female new hires in 2005: 3/4
Male/female elevations in 2005: 0/0
Male/female departures in 2005: N/R
"Of counsel" lawyers: 0
Paralegals/support staff: 6/29
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,750
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

### 73. CRAIG AND MACAULEY
**25 Lawyers**

600 Atlantic Ave.
Boston 02210
(617) 367-9500
(617) 742-1788 (fax)

MA attorneys: 25
(male: 18; female: 7)
Total attorneys worldwide: 25
Male/female equity partners: 8/1
Male/female new hires in 2005: 0/0
Male/female elevations in 2005: 0/0
Male/female departures in 2005: 0/0
"Of counsel" lawyers: 3
Paralegals/support staff: 5/13
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

### 73. RICH MAY
**25 Lawyers**

176 Federal St.
Boston 02110
(617) 556-3800
(617) 556-3890 (fax)

MA attorneys: 25
(male: 23; female: 2)
Total attorneys worldwide: 25

MA attorneys: 23
(male: 13; female: 10)
Total attorneys worldwide: 23
Male/female equity partners: N/A
Male/female new hires in 2005: 4/1
Male/female elevations in 2005: N/A
Male/female departures in 2005: N/A
"Of counsel" lawyers: 3
Paralegals/support staff: 12
(paralegals)
Hourly billing rates: N/A
Associates' starting salary as of Fall 2005: N/A
Associates' starting salary as of Jan. 1, 2006: N/A
Annual billable hours expected of associates: N/A
Dress policy: Casual

## 82. ROBINS, KAPLAN, MILLER & CIRESI
**23 Lawyers**

800 Boylston St.
Boston 02199
(617) 267-2300
(617) 267-8288 (fax)

MA attorneys: 23
(male: 19; female: 4)
Total attorneys worldwide: 267
Male/female partners: 10/0
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 1/2
"Of counsel" lawyers: 0
Paralegals/support staff: 4/19
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: $120,000
Associates' starting salary as of Jan. 1, 2006: $120,000
Annual billable hours expected of associates: N/R
Dress policy: Business-dress

## 85. ECKERT SEAMANS CHERIN & MELLOTT
**22 Lawyers**

One International Place
Boston 02110
(617) 342-6800
(617) 342-6899 (fax)
www.eckertseamans.com
Founded 1958;
Massachusetts office founded in 1990



MOCCIA

**MANAGING PARTNER**
Anthony M. Moccia

# ECKERT SEAMANS

### Q&A
**Q. What sets your firm apart from the rest?**
A. Eckert Seamans is strategically situated as a regional firm allowing for the flexibility which benefits our clients. We have a reputation and presence in the business and legal communities where each of our offices is located as a community leader and a law firm of choice. Our vision is to stay committed to our unique cultural and financially sound environment for our professionals and to provide quality legal services to our clients in that process. The firm has the breadth and depth of resources to deliver quality legal services to a broad range of corporate, individual, entrepreneur, start-up, nonprofit and government clients, whether such clients are local, regional, national or international.

### AREAS OF PRACTICE
Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Education; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Health Care/Life Sciences; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Products & Premises Liability/General Tort Law; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Tax/Benefits/ERISA; White Collar Criminal Defense

### IMPORTANT FIRM CONTACTS
Stephen R. Delinsky
White Collar Criminal Defense
sdelinsky@eckertseamans.com
(617) 342-6800

Anil Khosla
Corporate Department
akhosla@eckertseamans.com
(617) 342-6800

Michael P. Flammia
Civil Litigation
mflammia@eckertseamans.com
(617) 342-6800

Robert W. Levy
Real Estate Department
rlevy@eckertseamans.com
(617) 342-6800

### MARKETING DIRECTOR
Allysn G. Hurley
ahurley@eckertseamans.com
(412) 566-6100

MA attorneys: 22
(male: 17; female: 5)
Total attorneys worldwide: 244
Male/female equity partners: 11/0
Male/female new hires in 2005: 3/1
Male/female elevations in 2005: 2
Male/female departures in 2005: N/A
"Of counsel" lawyers: 0
Paralegals/support staff: 3/13
Hourly billing rates:
Partners: $185-$460
Junior partners/associates: $185-$460
Paralegals: $105-$145
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R



RAISE THE BAR
MAKE FITCORP THE RIGHT FIT FOR YOUR FIRM.

Find out what firms such as Bingham McCutchen LLP, Burns & Levinson LLP, Cornell & Gollub, Edwards Angell Palmer & Dodge LLP, Wilmer Cutler Pickering Hale and Dorr LLP already know.

For a fraction of your healthcare budget, Fitcorp lets you offer your employees convenient access to world-class fitness facilities, expert onsite wellness programs and legendary client service. Your employees will be happier, healthier, more energetic and more productive. And, by lowering your cost of healthcare, your firm will reap the benefits.

Contact Michael Parent at 617.375.5600 ext 114 or mparent@fitcorp.com to make Fitcorp the right fit for your firm.

fitcorp

Annual billable hours expected of associates: 1,950
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Business-casual

## 85. GIBSON & BEHMAN
### 22 Lawyers

One Mountain Road
Burlington 01803
(781) 229-6667
(781) 229-2368 (fax)
www.gibsonbehman.com
Founded 1987



**GIBSON**
MANAGING PARTNER
Daniel P. Gibson, President and Managing Director

### Q&A

Q. *How would you describe your firm culture?*
A. A recent Boston Business Journal article described us as seeking to "create the Ben & Jerry's of law firms." Our firm is fast-paced, results-oriented and very entrepreneurial. We put people first, and seek the right team members who can help us grow and expand. We expect the best from our associates and in turn provide an environment in which they are challenged professionally and are rewarded for their success. We encourage greatness — and have fun along the way.

Q. *What sets your firm apart from the rest?*
A. Our expansion has been fueled by growing a practice internally. We have opened new offices as clients need and request them, rather than growing by purchasing other practices or books of business. We have a passion for entrepreneurialism and excellence, and are constantly refining new and dynamic markets. We have established a presence, for example, in the field of entertainment. We attended the recent Grammys in LA and we are working on key projects in the entertainment industry. Locally, we serve as lead counsel to the Boating Television Network, which is launching national and international programs.

Q. *How will your firm change in the next decade?*
A. We have created a Management Committee to help steer the firm's continued growth. Overall, we will continue to empower our associates. We will develop new areas of specialization. We plan to open additional locations in Europe and India, and will explore other areas as well. We will take Gibson & Behman from a national presence to an international one.

### AREAS OF PRACTICE
Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Automotive; Banking & Finance; Business/Corporate; Construction; Criminal Defense; Energy/Environmental; Regulated Industry; Family & Probate/Domestic Relations; Financial Services/Institutions; Projects/Municipal; Health Care/Life Sciences; Immigration; Indian Law; Insurance; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Rental & Leasing Car Companies; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

MARKETING DIRECTOR
Jim Farrell
(781) 681-6616
jfarrell@prfirst.com
MA attorneys: 22
(male: 15; female: 7)
Total attorneys worldwide: 39
Male/female equity partners: 2/0
Male/female new hires in 2005: 0/4
Male/female elevations in 2005: N/A
Male/female departures in 2005: 1/1
"Of counsel" lawyers: 7
Paralegals/support staff: 4/12
Hourly billing rates: Hourly rates are varied and are set by client (insurance companies) billing guidelines; albeit rates are negotiable with some clients
Associates' starting salary as of Fall 2005: Varied
Associates' starting salary as of Jan. 1, 2006: Varied and negotiated at date of hire
Annual billable hours expected of associates: 2,000
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Fridays-casual only

## 85. KEEGAN WERLIN
### 22 Lawyers

265 Franklin St.
Boston 02110
(617) 951-1400
(617) 951-1354 (fax)
www.keeganwerlin.com



**KEEGAN**
MANAGING PARTNER
Robert J. Keegan

# KW

### KEEGAN WERLIN LLP

### Q&A

Q. *How would you describe your firm culture?*
A. Keegan Werlin prides itself in fostering a collegial and professional atmosphere for our attorneys and support staff. The firm is committed to combining flexibility and a relaxed environment within the workplace with a total commitment to our clients. In turn, that allows us to retain and attract top-flight attorneys while KW's ability to serve its clients' objectives is enhanced.

Q. *What sets your firm apart from the rest?*
A. The attorneys at KW possess a wealth of practical experiences from their backgrounds in government and the private sector. That experience enables us to balance the complicated legal, regulatory, political and financial considerations that are central to our clients' objectives. We take great pride in providing timely, cost-effective and responsive legal services to our clients. As the exclusive Massachusetts member of the State Capital Global Law Firm Group, we also have the ability to respond to clients' requests on a national and international basis.

Q. *How will your firm change in the next decade?*
A. Standing still is not an option. We are committed to change as the needs of our clients evolve. For example, we intend to continue to invest in new technology and to incorporate that technology into client services. We also plan to expand into new practice areas as our clients' needs expand.

### AREAS OF PRACTICE
Administrative; Alternative Dispute Resolution; Business/Corporate;

Sexual Harassment;Tax/
Benefits/ERISA

**IMPORTANT FIRM CONTACTS**

Andrew C. Pickett
Managing partner, Boston office
(617) 367-0025 x. 217
picketta@jacksonlewis.com

Joan Ackerstein
Litigation
(617) 367-0025 x. 206
ackersteinj@jacksonlewis.com

Howard M. Bloom
Labor
(617) 367-0025 x. 204
bloomh@jacksonlewis.com

**MARKETING DIRECTOR**

Clare Grossman
(212) 545-4000
grossmanc@jacksonlewis.com

MA attorneys: 20
(male: 14; female: 6)
Total attorneys worldwide: 380
Male/female equity partners: 9/1
Male/female new hires in 2005: 1/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 0/1
"Of counsel" lawyers: 0
Paralegals/support staff: 1/15
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: 1,900
Total no. of annual hours devoted to pro bono representation: N/R
Dress policy: Casual

Subscribe to Massachusetts Lawyers Weekly today at www.masslawyersweekly.com

## 92. LOWRIE, LANDO & ANASTASI
**20 Lawyers**

One Main St.
Cambridge 02142
(617) 395-7000
(617) 395-7070 (fax)

MA attorneys: 20
(male: 14; female: 6)
Total attorneys worldwide: 20
Male/female equity partners: 9/1
Male/female new hires in 2005: 3/2
Male/female elevations in 2005: N/R
Male/female departures in 2005: 2/0
"Of counsel" lawyers: 1
Paralegals/support staff: 6/19
Hourly billing rates:
Partners: $335-$440
Junior partners/associates: $175-$345
Paralegals: $125-$155
Associates' starting salary as of Fall 2005: $116,250
Associates' starting salary as of Jan. 1, 2006: $118,250
Annual billable hours expected of associates: 1,600
Dress policy: Casual

## 92. PEPE & HAZARD*
**20 Lawyers**

225 Franklin St.
Boston 02110
(617) 748-5500
(617) 748-5555 (fax)

MA attorneys: 20
Total attorneys worldwide: N/R
Male/female equity partners: N/R
Male/female new hires in 2005: N/R
Male/female elevations in 2005: N/R
Male/female departures in 2005: N/R
"Of counsel" lawyers: N/R
Paralegals/support staff: N/R
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

* *Information obtained independently*

## 92. TARLOW, BREED, HART & RODGERS
**20 Lawyers**

101 Huntington Ave.
Boston 02199
(617) 218-2000
(617) 261-7673 (fax)

MA attorneys: 20
(male: 15; female: 5)
Total attorneys worldwide: 20
Male/female equity partners: 7/0
Male/female new hires in 2005: 0/2
Male/female elevations in 2005: 1/0
Male/female departures in 2005: 2/1
"Of counsel" lawyers: 1
Paralegals/support staff: 3/26
Hourly billing rates: N/R
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: Fridays-casual only

## 99. DONOVAN & O'CONNOR
**19 Lawyers**

330 Mass MoCA Way
North Adams 01247
(413) 663-3200
(617) 663-7970 (fax)

MA attorneys: 19
(male: 15; female: 4)
Total attorneys worldwide: 20
Male/female equity partners: 8/2
Male/female new hires in 2005: 2/1
Male/female elevations in 2005: N/A
Male/female departures in 2005: 1/0
"Of counsel" lawyers: 3
Paralegals/support staff: 7/12
Hourly billing rates:
Partners: $140-$210
Junior partners/associates: $140-$210
Paralegals: $55-$65
Associates' starting salary as of Fall 2005: N/R
Associates' starting salary as of Jan. 1, 2006: N/R
Annual billable hours expected of associates: N/R
Dress policy: N/R

## 99. KECHES & MALLEN
**19 Lawyers**

122 Dean St.
Taunton 02780
(508) 822-2000
(508) 822-8022 (fax)
www.keches-mallen.com
Founded 1986

 

KECHES    MALLEN

**MANAGING PARTNERS**

George N. Keches
Richard T. Mallen

**Q&A**

*Q. How would you describe your firm culture?*
A. We strive to create an environment that fosters the growth of our attorneys. We welcome new ideas and encourage our attorneys to pursue their own practice interests.

*Q. What sets your firm apart from the rest?*
A. Keches & Mallen is one of the largest plaintiffs' personal injury law firms in Massachusetts. Our attorneys have a wide range of knowledge and experience in all areas of personal injury, and with offices in Taunton, Boston, Worcester, New Bedford and Fall River, we have the capabilities to assist injured people all across the state.

*Q. How will your firm change in the next decade?*
A. We have a 20-year track record of success because of our willingness to change with the times, and to be creative in the management of our business and the representation of our clients. We will continue to use our resources, including continued education and new technologies, to