# EXHIBIT 6

Westlaw.

12/11/2006 NLJ S2, (Col. 1)                                                    Page 1

12/11/2006 Nat'l L.J. S2, (Col. 1)

The National Law Journal
Vol. 29, No. 15
Copyright 2006 by American Lawyer Media, ALM, LLC

December 11, 2006

In Focus: **Billing**

FIRM-BY-FIRM SAMPLING OF **BILLING RATES** NATIONWIDE

 The National Law Journal asked the respondents to its 2006 **survey** of the nation's
250 largest law firms to provide a range of hourly **billing rates** for partners and
associates. The firms that supplied this information--including some firms that
are not in the NLJ 250--are listed below in alphabetical order. We also asked
firms to provide average and median **billing rates**; several firms provided this
information as well. The number after a firm's name indicates the total number of
attorneys at the firm. The city listed below the name of a firm is the location of
its principal or largest office.

ABC

Adams and Reese (301)

(New Orleans)

Partners $215-$470 (average $287) (median $270)

Associates $165-$250 (average $191) (median $190)

Firmwide (average $267) (median $235)

Andrews Kurth (404)

(Houston)

Partners $380-$745

Associates $180-$400

Arent Fox (288)

(Washington)

Partners $375-$610

Associates $215-$405

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 2

12/11/2006 Nat'l L.J. S2, (Col. 1)

Armstrong Teasdale (266)

(St. Louis)

Partners $255-$425 (average $347) (median $342)

Associates $135-$275 (average $227) (median $225)

Firmwide (average $278) (median $270)

Baker, Donelson, Bearman, Caldwell & Berkowitz (454)

(Memphis, Tenn.)

Partners $220-$500

Associates $135-$310

Ballard Spahr Andrews & Ingersoll (486)

(Philadelphia)

Partners $320-$680

Associates $190-$390

Barnes & Thornburg (421)

(Indianapolis)

Partners $245-$455 (average $333)

Associates $170-$285 (average $212)

Firmwide (average $260)

Bass, Berry & Sims (214)

(Nashville, Tenn.)

Partners $230-$495

Associates $150-$245

Bell, Boyd & Lloyd (256)

(Chicago)

Partners $310-$690

Associates $215-$300

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                      Page 3

12/11/2006 Nat'l L.J. S2, (Col. 1)

Best Best & Krieger (196)

(Riverside, Calif.)

Partners $275-$450 (median $375)

Associates $145-$335 (average $186) (median $225)

Firmwide (average $211) (median $240)

Blackwell Sanders Peper Martin (310)

(Kansas City, Mo.)

Partners $265-$395 (average $302) (median $320)

Associates $155-$255 (average $200) (median $195)

Firmwide (average $241) (median $270)

Blank Rome (460)

(Philadelphia)

Partners $325-$735

Associates $220-$495

Bond, Schoeneck & King (160)

(Syracuse, N.Y.)

Partners $200-$425 (average $252)(median $285)

Associates $140-$305 (average $177) (median $175)

Firmwide (average $231) (median $275)

Briggs and Morgan (165)

(Minneapolis)

Partners $250-475 (average $357) (median $360)

Associates $185-$275 (average $214) (median $205)

Firmwide (average $319) (median $325)

Brinks Hofer Gilson & Lione (151)

(Chicago)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                      Page 4

12/11/2006 Nat'l L.J. S2, (Col. 1)

Partners $275-$625 (average $465)(median $460)

Associates $200-$390 (average $280) (median$285)

Firmwide (average $381) (median $390)

Broad and Cassell (173)

(Orlando, Fla.)

Partners $235-$425 (average $339)(median $325)

Associates $155-$295 (average $217) (median $210)

Firmwide (average $272) (median $265)

Brown Raysman Millstein Felder & Steiner (246)

(New York)

Partners $450-$740 (average $495) (median $550)

Associates $250-$400 (average $325) (median $370)

Firmwide (average $385) (median $465)

Brown Rudnick Berlack Israels (208)

(Boston)

Partners $505-$870

Associates $275-$495

Bryan Cave (763)

(St. Louis)

Partners $315-$665 (average $476)

Associates $150-$460 (average $289)

Firmwide (average $331)

Buchalter Nemer (139)

(Los Angeles)

Partners $325-$550 (average $432) (median $445)

Associates $215-$450 (average $256) (median $275)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 5

12/11/2006 Nat'l L.J. S2, (Col. 1)

Firmwide (average $344) (median $350)

Buchanan Ingersoll & Rooney (573)

(Pittsburgh)

Partners $210-$750

Associates $140-$375

Buckingham, Doolittle & Burroughs (171)

(Akron, Ohio)

Partners $230-$425 (average $296) (median $295)

Associates $185-$290 (average $220) (median $215)

Firmwide (average $240) (median $240)

Bullivant Houser Bailey (191)

(Portland, Ore.)

Partners $225-$450 (average $288)(median $285)

Associates $175-$300 (average $204) (median $195)

Firmwide (average $254) (median $230)

Burr & Forman (188)

(Birmingham, Ala.)

Partners $250-$400 (average $324) (median $325)

Associates $160-$315 (average $218) (median $215)

Firmwide (average $234) (median $245)

Butzel Long (217)

(Detroit)

Partners $220-$490 (average $290)

Associates $165-$270 (average $202)

Firmwide (average $243)

Carlton Fields (242)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                        Page 6

12/11/2006 Nat'l L.J. S2, (Col. 1)

(Tampa, Fla.)

Partners $285-$545 (average $383) (median $390)

Associates $190-$375 (average $233) (median $233)

Firmwide (average $293) (median $290)

Cooley Godward Kronish (541)

(Palo Alto, Calif.)

Partners $425-$795 (average $539)

Associates $240-$585 (average $371)

Firmwide (average $431)

Covington & Burling (645)

(Washington)

Partners $470-$760

Associates $210-$490

Cozen O'Connor (501)

(Philadelphia)

Partners $185-$750 (average $325) (median $310)

Associates $130-$495 (average $218) (median $210)

Firmwide (average $245) (median $235)

Curtis, Mallet-Prevost, Colt & Mosle (196)

(New York)

Partners $570-$700 (average $625) (median $652)

Associates $250-$510 (average $390) (median $380)

Firmwide (average $508) (median $465)

DEF

Davis Wright Tremaine (405)

(Seattle)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 7

12/11/2006 Nat'l L.J. S2, (Col. 1)

Partners $285-$655 (average $399.34)

(median $395)

Associates $140-$370 (average $251.72) (median $250)

Firmwide (average $350.51) (median $350)

Day, Berry & Howard (251)

(Hartford, Conn.)

Partners $335-$620

Associates $200-$440

Dickinson Wright (226)

(Detroit)

Partners $250-$520

Associates $155-$260

Dickstein Shapiro (360)

(Washington)

Partners $400-$700 (average $530) (median $535)

Associates $210-$415 (average $315) (median $340)

Firmwide (average $300) (median $300)

Dinsmore & Shohl (306)

(Cincinnati)

Partners $220-$440 (average $323) (median $320)

Associates $145-$240 (average $185) (median $180)

Firmwide (average $252) (median $233)

Dorsey & Whitney (600)

(Minneapolis)

Partners $300-$650 (average $431)

Associates $180-$430 (average $273)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                        Page 8

12/11/2006 Nat'l L.J. S2, (Col. 1)

Firmwide (average $360)

Duane Morris (581)

(Philadelphia)

Partners $300-$705 (average $436) (median $435)

Associates $200-$425 (average $283) (median $279)

Firmwide (average $379) (median $374)

Dykema Gossett (341)

(Detroit)

Partners $235-$580

Associates $170-$330

Eckert Seamans Cherin & Mellott (227)

(Pittsburgh)

Partners $195-$525 (average $343) (median $340)

Associates $145-$250 (average $190) (median $190)

Firmwide (average $287)

Edwards Angell Palmer & Dodge (516)

(Boston)

Partners $300-$675

Associates $150-$440

Firmwide (average $466)

Epstein Becker & Green (378)

(New York)

Partners $300-$650 (average $468.29)

Associates $160-$395 (average $270.32) (median $260)

Firmwide (average $346.34)

Fenwick & West (234)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                      Page 9

12/11/2006 Nat'l L.J. S2, (Col. 1)

(Mountain View, Calif.)

Partners $465-$750 (average $570) (median $575)

Associates $245-$475 (average $355) (median $395)

Firmwide (average $430) (median $450)

Fisher & Phillips (187)

(Atlanta)

Partners $300-$440

Associates $175-$320

Foley & Lardner (981)

(Milwaukee)

Partners (average $517) (median $513)

Associates (average $356) (median $360)

Firmwide $240-$810 (average $446) (median $440)

Ford & Harrison (171)

(Atlanta)

Partners $290-$445

Associates $210-$370

Fowler White Boggs Banker (227)

(Tampa, Fla.)

Partners $280-$500 (average $350) (median $335)

Associates $190-$275 (average $225) (median $220)

Firmwide (average $315) (median $315)

Fox Rothschild (381)

(Philadelphia)

Partners $265-$525

Associates $195-$335

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 10

12/11/2006 Nat'l L.J. S2, (Col. 1)

Fredrikson & Byron (209) (Minneapolis)

Partners $250-$525

Associates $175-$275

Frost Brown Todd (376) (Cincinnati)

Partners $205-$435 (average $287) (median $280)

Associates $140-$280 (average $181) (median $180)

Firmwide (average $220) (median $240)

GHI

Gardere Wynne Sewell (282)

(Dallas)

Partners $345-$665 (average $446) (median $450)

Associates $205-$400 (average $273) (median $270)

Firmwide (average $381) (median $345)

Gardner Carton & Douglas (195)

(Chicago)

Partners $275-$650 (average $433) (median $425)

Associates $200-$350 (average $278) (median $250)

Firmwide (average $376) (median $395)

Gordon & Rees (309)

(San Francisco)

Partners $325-$450

Associates $200-$325

GrayRobinson (190)

(Orlando, Fla.)

Partners $200-$500

Associates $140-$200

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                      Page 11

12/11/2006 Nat'l L.J. S2, (Col. 1)

Greenberg Traurig (1,667) (Miami)

Partners $270-$850 (average $460) (median $475)

Associates $160-$450 (average $289) (median $290)

Firmwide (average $381) (median $395)

Harris Beach (182) (Rochester, N.Y.)

Partners $250-$425

Associates $140-$275

Hiscock & Barclay (160) (Syracuse, N.Y.)

Partners $220-$375 (average $269) (median $250)

Associates $160-$250 (average $183) (median $180)

Firmwide (average $243) (median $250)

Hodgson Russ (229)

(Buffalo, N.Y.)

Partners $220-$625 (average $310) (median $315)

Associates $150-$300 (average $201) (median $195)

Firmwide (average $272) (median $275)

Hogan & Hartson (1,043)

(Washington)

Partners $300-$775 (average $550) (median $550)

Associates $150-$485 (average $350) (median $350)

Firmwide (average $450) (median $475)

Holland & Knight (1,102)

(New York)

Partners $250-$710 (average $396) (median $390)

Associates $165-$400 (average $232) (median $225)

Firmwide (average $344) (median $350)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                      Page 12

12/11/2006 Nat'l L.J. S2, (Col. 1)

Holme Roberts & Owen (206)

(Denver)

Partners $260-$575

Associates $185-$390

Howard Rice Nemerovski Canady, Falk & Rabkin (102)

(San Francisco)

Partners $440-$750

Associates $250-$420

Husch & Eppenberger (331)

(St. Louis)

Partners $200-$410 (average $285.35) (median $275)

Associates $130-$250 (average $170.27) (median $165)

Firmwide (average $235.18) (median $230)

Ice Miller (249)

(Indianapolis)

Partners $275-$425 (average $352) (median $345)

Associates $185-$310 (average $218) (median $220)

Firmwide (average $293) (median $220)

JKL

Jackson Lewis (375)

(White Plains, N.Y.)

Partners $290-$525

Associates $190-$395

Jenkens & Gilchrist (268) (Dallas)

Partners $340-$610 (average $420)

Associates $220-$390 (average $270)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                        Page 13

12/11/2006 Nat'l L.J. S2, (Col. 1)

Jenner & Block (467) (Chicago)

Partners $410-$800 (average $513) (median $495)

Associates $230-$395 (average $292) (median $285)

Jones, Walker, Waechter, Poitevent, Carrère & Denègre (208) (New Orleans)

Partners $200-$425

Associates $135-$210

Kelley Drye & Warren (375) (New York)

Partners $375-$750

Associates $230-$475

Knobbe Martens, Olson & Bear (193)

(Irvine, Calif.)

Partners $335-$625

Associates $205-$340

Lane Powell (167) (Seattle)

Partners $275-$490 (average $328) (median $330)

Associates $205-$295 (average $236) (median $237)

Firmwide (average $273) (median $270)

Lathrop & Gage (264)

(Kansas City, Mo.)

Partners $220-$375

Associates $140-$220

Lewis, Rice & Fingersh (165)

(St. Louis)

Partners $225-$410

Associates $135-$290

Littler Mendelson (527)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                           Page 14

12/11/2006 Nat'l L.J. S2, (Col. 1)

(San Francisco)

Partners $205-$605

Associates $160-$400

Locke Liddell & Sapp (370)

(Houston)

Partners $360-$850 (average $471) (median $460)

Associates $190-$390 (average $244) (median $260)

Firmwide (average $373) (median $410)

Loeb & Loeb (240)

(Los Angeles)

Partners $425-$825

Associates $215-$475

Lord, Bissell & Brook (328)

(Chicago)

Partners $305-$665 (average $448) (median $450)

Associates $200-$375 (average $272) (median $260)

Firmwide (average $368) (median $355)

Lowenstein Sandler (250)

(Roseland, N.J.)

Partners $335-$645

Associates $185-$375

Luce, Forward, Hamilton & Scripps (178)

(San Diego)

Partners $320-$725 (average $440)

Associates $205-$425 (average $265)

MNO

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                           Page 15

12/11/2006 Nat'l L.J. S2, (Col. 1)

Manatt, Phelps & Phillips (299)

(Los Angeles)

Partners $460-$750 (average $574) (median $560)

Associates $250-$460 (average $359) (median $360)

Firmwide (average $490) (median $520)

Marshall, Dennehey, Warner, Coleman & Goggin (368)

(Philadelphia)

Partners $145-$350

Associates $130-$275

McAndrews, Held & Malloy (89)

(Chicago)

Partners $260-$600

Associates $195-$240

McCarter & English (407)

(Newark, N.J.)

Partners $310-$625

Associates $190-$330

McElroy, Deutsch, Mulvaney & Carpenter (230)

(Morristown, N.J.)

Partners $225-$450 (average $250) (median $235)

Associates $135-$295 (average $180) (median $165)

Firmwide (average $195) (median $200)

McKee Nelson (172)

(Washington)

Partners $595-$875 (average $725) (median $720)

Associates $355-$575 (average $436) (median $430)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 16

12/11/2006 Nat'l L.J. S2, (Col. 1)

McKenna Long & Aldridge (400)

(Atlanta)

Partners $330-$700

Associates $175-$410

Michael Best & Friedrich (255)

(Milwaukee)

Partners $245-$530 (average $341) (median $335)

Associates $175-$325 (average $225) (median $225)

Firmwide (average $305) (median $300)

Miles & Stockbridge (210)

(Baltimore)

Partners $300-$475

Associates $200-$375

Miller, Canfield, Paddock and Stone (355)

(Detroit)

Partners $245-$540 (average $398) (median $405)

Associates $150-$300 (average $215) (median $210)

Firmwide (average $305) (median $310)

Miller & Martin (175)

(Chattanooga, Tenn.)

Partners $210-$430 (average $313) (median $320)

Associates $140-$280 (average $185) (median $180)

Firmwide (average $281) (median $300)

Montgomery, McCracken, Walker & Rhoads (133)

(Philadelphia)

Partners $300-$550 (average $402)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 17

12/11/2006 Nat'l L.J. S2, (Col. 1)

Associates $195-$315 (average $248)

Firmwide (average $338)

Morgan, Lewis & Bockius (1,315)

(Philadelphia)

Partners $375-$800

Associates $200-$550

Morris, Manning & Martin (174)

(Atlanta)

Partners $320-$530 (average $412) (median $403)

Associates $170-$390 (average $246) (median $290)

Firmwide (average $322) (median $350)

Neal, Gerber & Eisenberg (170)

(Chicago)

Partners $350-$695 (average $463) (median $450)

Associates $230-$400 (average $300) (median $300)

Firmwide (average $413) (median $400)

Nelson Mullins Riley & Scarborough (379)

(Columbia, S.C.)

Partners $215-$600

Associates $175-$300

Ogletree, Deakins, Nash, Smoak & Stewart (331)

(Greenville, S.C.)

Partners $250-$550 (average $328)

Associates $165-$330 (average $234)

Firmwide (average $289)

PQR

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 18

12/11/2006 Nat'l L.J. S2, (Col. 1)

Patton Boggs (431)

(Washington)

Partners $295-$850 (average $480) (median $570)

Associates $170-$405 (average $305) (median $325)

Firmwide (average $403) (median $510)

Pepper Hamilton (445)

(Philadelphia)

Partners $305-$695

Associates $190-$385

Perkins Coie (576)

(Seattle)

Partners $175-$650

Associates $130-$480

Phelps Dunbar (260)

(New Orleans)

Partners $175-$400 (average $224) (median $323)

Associates $125-$190 (average $165) (median $158)

Firmwide (average $191) (median $263)

Phillips Lytle (173)

(Buffalo, N.Y.)

Partners $225-$410 (average $298) (median $290)

Associates $130-$285 (average $197) (median $185)

Firmwide (average $251) (median $260)

Pitney Hardin (170)

(Florham Park, N.J.)

Partners $365-$625 (average $447) (median $445)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 19

12/11/2006 Nat'l L.J. S2, (Col. 1)

Associates $210-$360 (average $269) (median $270)

Firmwide (average $353) (median $355)

Polsinelli Shalton Welte Suelthaus (276)

(Kansas City, Mo.)

Partners $225-$575

Associates $160-$225

Powell Goldstein (282)

(Atlanta)

Partners $300-$575 (average $435.10) (median $435)

Associates $150-$360 (average $254.44) (median $245)

Firmwide (average $357.88) (median $360)

Preston Gates & Ellis (419)

(Seattle)

Partners $190-$635 (average $399.41) (median $395)

Associates $100-$385 (average $236.39) (median $230)

Firmwide (average $329) (median $325)

Quarles & Brady (442)

(Milwaukee)

Partners $240-$550 (average $360) (median $310)

Associates $185-$310 (average $228) (median $225)

Firmwide (average $306) (median $285)

Reed Smith (1,038)

(Pittsburgh)

Partners $305-$725 (average $492) (median $480)

Associates $170-$630 (average $309) (median $295)

Firmwide (average $322) (median $310)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                        Page 20

12/11/2006 Nat'l L.J. S2, (Col. 1)

Robinson & Cole (217)

(Hartford, Conn.)

Partners $270-$550 (average $400) (median $400)

Associates $175-$400 (average $235) (median $240)

Firmwide (average $316) (median $320)

Roetzel & Andress (208)

(Akron, Ohio)

Partners $200-$425 (average $255) (median $275)

Associates $150-$275 (average $180) (median $190)

Firmwide (average $225) (median $235)

Rutan & Tucker (140)

(Costa Mesa, Calif.)

Partners $310-$515

Associates $200-$335

STU

Saul Ewing (238)

(Philadelphia)

Partners $290-$700 (average $402) (median $395)

Associates $185-$440 (average $258) (median $235)

Firmwide (average $336) (median $345)

Schnader Harrison Segal & Lewis (174)

(Philadelphia)

Partners $305-$650

Associates $155-$295

Schulte Roth & Zabel (449)

(New York)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                                    Page 21

12/11/2006 Nat'l L.J. S2, (Col. 1)

Partners $580-$800 (average $672) (median $675)

Associates $225-$550 (average $410) (median $393)

Seward & Kissell (142)

(New York)

Partners $460-$695 (average $589) (median $590)

Associates $190-$460 (average $300) (median $290)

Sheppard, Mullin, Richter & Hampton (424)

(Los Angeles)

Partners $415-$650 (average $504)(median $495)

Associates 250-410 (average $342) (median $330)

Firmwide (average $419) (median $420)

Shook, Hardy & Bacon (476)

(Kansas City, Mo.)

Partners $240-$720 (average $374) (median $358)

Associates $190-$405 (average $238) (median $225)

Firmwide (average $291) (median $250)

Shughart Thomson & Kilroy (170)

(Kansas City, Mo.)

Partners $210-$410

Associates $165-$225

Shumaker, Loop & Kendrick (162)

(Toledo, Ohio)

Partners $185-$450 (average $290) (median $290)

Associates $165-$345 (average $205) (median $200)

Firmwide (average $270)

Sills Cummis Epstein & Gross (180)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 22

12/11/2006 Nat'l L.J. S2, (Col. 1)

(Newark, N.J.)

Partners $300-$595

Associates $185-$360

Smith, Gambrell & Russell (191)

(Atlanta)

Partners $275-$550

Associates $150-$330

Snell & Wilmer (448)

(Phoenix)

Partners $265-$625 (average $356)

Associates $160-$360 (average $205)

Firmwide (average $277)

Steptoe & Johnson PLLC (168)

(Clarksburg, W.Va.)

Partners $220-$300

Associates $165-220

Stinson Morrison Hecker (313)

(Kansas City, Mo.)

Partners $230-$495 (average $310) (median $310)

Associates $155-$230 (average $185) (median $180)

Firmwide (average $274) (median $280)

Stoel Rives (345)

(Portland, Ore.)

Partners $270-$475 (average $361) (median $360)

Associates $160-$400 (average $242) (median $230)

Firmwide (average $309) (median $320)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 23

12/11/2006 Nat'l L.J. S2, (Col. 1)

Strasburger & Price (182)

(Dallas)

Partners $295-$525

Associates $195-$310

Sullivan & Worcester (192)

(Boston)

Partners $400-$650

Associates $220-$450

Sutherland Asbill & Brennan (477)

(Atlanta)

Partners $350-$845 (average $477) (median $475)

Associates $200-$530 (average $270) (median $265)

Firmwide (average $373) (median $375)

Thacher Proffitt & Wood (313)

(New York)

Partners $525-$775 (average $603) (median $575)

Associates $265-$485 (average $372) (median $355)

Firmwide (average $430) (median $420)

Thompson Coburn (279)

(St. Louis)

Partners $255-$525 (average $346) (median $345)

Associates $150-$345 (average $208) (median $215)

Firmwide (average $252) (median $255)

Thompson & Knight (388)

(Dallas)

Partners $330-$695 (average $428) (median $450)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 24

12/11/2006 Nat'l L.J. S2, (Col. 1)

Associates $190-$330 (average $265) (median $260)

Firmwide (average $360) (median $380)

Ulmer & Berne (179)

(Cleveland)

Partners $230-$430 (average $303)

Associates $150-$280 (average $202)

Firmwide (average $250)

VW

Vedder, Price, Kaufman & Kammholz (233)

(Chicago)

Partners $315-$560 (average $406) (median $400)

Associates $190-$410 (average $258) (median $255)

Firmwide (average $339) (median $340)

Whiteford, Taylor & Preston (155)

(Baltimore)

Partners $330-$480 (average $401) (median $400)

Associates $295-$345 (average $278) (median $295)

Firmwide (average $364) (median $370)

Wiggin & Dana (144)

(New Haven, Conn.)

Partners $276-$510

Associates $185-$355

Wiley Rein & Fielding (268)

(Washington)

Partners $375-$700 (average $475) (median $465)

Associates $225-$395 (average $300) (median $300)

Copyright © 2007 The New York Law Pub. Co.

12/11/2006 NLJ S2, (Col. 1)                                    Page 25

12/11/2006 Nat'l L.J. S2, (Col. 1)

Firmwide (average $395) (median $395)

Williams Mullen (244)

(Richmond, Va.)

Partners $225-$550

Associates $160-$290

Winstead Sechrest & Minick (286)

(Dallas)

Partners $325-$595

Associates $195-$370

Winston & Strawn (879)

(Chicago)

Partners $365-$800 (average $513.17) (median $510)

Associates $190-$605 (average $328.57) (median $325)

Firmwide (average $357.65) (median $360)

Womble Carlyle Sandridge & Rice (520)

(Winston-Salem, N.C.)

Partners $250-$550 (average $370) (median $400)

Associates $180-$340 (average $254) (median $250)

Firmwide (average $350) (median $350)

Wyatt, Tarrant & Combs (224)

(Louisville, Ky.)

Partners $225-$400 (average $322) (median $320)

Associates $170-$275 (average $207) (median $190)

Firmwide (average $285) (median $290)

12/11/2006 NLJ S2, (Col. 1)

END OF DOCUMENT

Copyright © 2007 The New York Law Pub. Co.