# EXHIBIT 7

# MASSACHUSETTS
# LAWYERS WEEKLY

# 100

## Largest Law Firms
## In Massachusetts

2007




Sponsored by
**new england legal search**

Gross revenue: **$613,891,356**
Revenue per lawyer: **$603,000**
Profit: **N/R**
Profit per partner: **$701,500**
Profit margin: **N/R**
Associates' starting salary as of fall 2006:
  **$125,000**
Associates' starting salary
  as of Jan. 1, 2007: **$145,000**
Annual billable hours expected
  of associates: **1,900**
Total annual pro bono hours: **N/R**
Dress policy: **Business casual**

# 13

**137 LAWYERS**

**SULLIVAN & WORCESTER**
One Post Office Square
Boston 02109
(617) 338-2800
(617) 338-2880 (fax)

MA attorneys: **137 (96 male; 41 female)**
Total attorneys (worldwide): **200**

Equity partners: **41 male; 9 female**
New hires in 2006: **11 male; 10 female**
Elevations in 2006: **1 male; 1 female**
Departures in 2006: **8 male; 9 female**
"Of counsel" lawyers: **15**
Paralegals/support staff: **18 paralegals;
  133 support staff**
Hourly billing rates:
  Partners: **$415-$700**
  Junior partners/associates: **$245-$530**
  Paralegals: **$175-$245**
Other: **$80-$380**
Gross revenue: **$92,812,000**
Revenue per lawyer: **$565,300**
Profit: **$38,097,000**
Profit per partner: **$505,800**
Profit margin: **40%**
Associates' starting salary
  as of fall 2006: **$125,000**
Associates' starting salary
  as of Jan. 1, 2007: **$135,000**

*continued on page 26*



# JAMS Boston  Resolution Experts

## Experienced Mediators & Arbitrators Dedicated to Resolving Your Most Challenging Disputes

Hon. Samuel Adams (Ret.)
Jerry Cohen, Esq.
David Geronemus, Esq.
Hon. Patrick J. King (Ret.)
Hon. Cortland A. Mathers (Ret.)
James E. McGuire, Esq.
Hon. Andrew Gill Meyer  (Ret.)

Hon. James V. Ryan (Ret.)
Hon. Robert L. Steadman (Ret.)
Charles B. Swartwood, III (Ret.)
Eric E. Van Loon, Esq.
Maria C. Walsh, Esq.
Hon. John M. Xifaras (Ret.)

**JAMS BOSTON
RESOLUTION CENTER**
One Beacon Street
Suite 2300 • Boston, MA 02108
**617.228.0200 or
www.jamsadr.com**
23 Resolution Centers Nationwide

**JAMS**

THE RESOLUTION EXPERTS

*continued from page 25*

**Annual billable hours expected of associates:**
**1,800**
**Dress policy: Business casual**

# 14

## 132 LAWYERS



# K&L|GATES

**KIRKPATRICK & LOCKHART**
**PRESTON GATES ELLIS**
One Lincoln St.
Boston 02111
(617) 261-3100
(617) 261-3175 (fax)
www.klgates.com
Founded 1984

MARK E. HADDAD

### MANAGING PARTNER
Mark E. Haddad
Administrative Partner, Boston

### MISSION STATEMENT
Kirkpatrick & Lockhart Preston Gates Ellis (K&L Gates) comprises approximately 1,400 lawyers in 22 offices located in North America, Europe and Asia, and represents capital markets participants, entrepreneurs, growth and middle market companies, leading Fortune 100 and FTSE 100 global corporations and public sector entities.

### AREAS OF PRACTICE
Alternative Dispute Resolution; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Communications & Media; Construction; Energy/Environmental/Regulated Industry; Financial Services/Institutions; Government Regulation & Affairs/Public; Projects/ Municipal; Health Care/Life Sciences; Intellectual Property; International Law/ Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/Land Use; Securities & Finance; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ ERISA; Trusts & Estates; White Collar Criminal Defense

### MARKETING DIRECTOR
Matthew J. Prinn
Marketing Manager, Boston
matt.prinn@klgates.com
(617) 261-3143

MA attorneys: **132 (89 male; 43 female)**
Total attorneys (worldwide): **1,400**
Equity partners: **38 male; 9 female**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **12**
Paralegals/support staff: **13 paralegals;**
    **121 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary
    as of Jan. 1, 2007: **N/R**
Annual billable hours expected
    of associates: **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Casual**

# 15

## 117 LAWYERS





Morrison Mahoney llp

**MORRISON MAHONEY**
250 Summer St.
Boston 02210
(617) 439-7500
(617) 439-7590 (fax)
www.morrisonmahoney.com
Founded 1948

Associates' starting salary as of fall 2006:
**Morrison Mahoney hires mostly lateral attorneys**
Associates' starting salary as of Jan. 1, 2007:
**Morrison Mahoney hires mostly lateral attorneys**
Annual billable hours expected
of associates: **N/R**
Total annual pro bono hours: **Mark P. Harty is on the board of Greater Boston Legal Services**
Dress policy: **N/R**

# 16

## 112 LAWYERS



# BURNS & LEVINSON LLP

**BURNS & LEVINSON**
125 Summer St.
Boston 02110
(617) 345-3000
(617) 345-3299 (fax)
www.burnslev.com
Founded 1960



DAVID P. ROSENBLATT

**MANAGING PARTNER**
David P. Rosenblatt

**MISSION STATEMENT**
Burns & Levinson is one of the premier mid-size Boston-based law firms with over 120 attorneys serving clients regionally, nationally and internationally in the practices of business law, business litigation, intellectual property, real estate and private client services. Our mission is to provide clients legal expertise and business advice of the highest quality with the close attention and care associated with smaller firms. The firm has added depth in several areas of practice over the years to address client needs and most recently we expanded our intellectual property group and science and technology prac-

tices. We continue to evaluate our services and develop our practices to meet our clients' changing needs. In addition, the firm has a unique local community commitment focusing on the education of Boston's youth. We have developed two programs, the Brighton High School Partnership and the Power of an Idea™ Scholarship Contest, to give back to the community and encourage students to pursue their interests and become our future leaders. We are very proud of our unique, client-centric culture and have built our firm on longstanding and newly added relationships, as well as on our shared network of resources. We look forward to growth and successes with our clients in 2007 and beyond.

**AREAS OF PRACTICE**
Admiralty/Maritime; Alcohol Beverage Law; Alternative Dispute Resolution; Antitrust; Banking & Finance; Bankruptcy
*continued on page 30*

*continued on page 30*

— **the right placement at the right time**



Timing is everything. For over a decade, Update Legal has successfully placed attorneys, paralegals, and litigation support staff with law firms and corporate legal departments throughout the United States.

Update Legal specializes in placing highly talented, skilled and motivated legal professionals. Our experience and exclusive focus on legal staffing enables us to fulfill client requirements fast, cost-effectively and with the best professionals in the industry. Whatever your assignment, Update Legal can fill it!

- Contract, contract-to-permanent and permanent hires
- Strong working relationships with clients and candidates
- Extensive review and verification of each candidate's education, skills and work experience
- Outstanding ability to match candidates with client requirements
- Responsive and reliable
- High standards of ethics and integrity
- Expert assignment matching capabilities
- 24/7 personalized service
- Office space available for document review projects

For all of your staffing needs, please call us at 617.350.8700 or 800.867.0725 or visit us online at www.updatelegal.com.



**UPDATE LEGAL** > relationships that work
Boston | Chicago | Dallas | Houston | Los Angeles | New York
New Jersey | Philadelphia | San Francisco | Washington D.C.

continued from page 29

& Business Restructuring; Business/ Corporate; Construction; Education; Energy/Environmental/ Regulated Industry; Family & Probate/Domestic Relations; Financial Services/Institutions; Government Regulation & Affairs/Public; Health Care/Life Sciences; Immigration; Intellectual Property; International Law/Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Private Equity; Real Estate/Development/ Land Use; Securities & Finance; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ERISA; Trusts & Estates; White Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**
David P. Rosenblatt
Managing Partner
drosenblatt@burnslev.com
(617) 345-3330

Business Law and
Corporate Group Co-Chairs
Frank A. Segall
fsegall@burnslev.com
(617) 345-3684

Norman C. Spector
nspector@burnslev.com
(617) 345- 3677

Josef B. Volman
jvolman@burnslev.com
(617) 345-3895

Business Litigation Group Co-Chairs
Shepard Davidson
sdavidson@burnslev.com
(617) 345-3336

Lawrence G. Green
lgreen@burnslev.com
(617) 345-3216

Laura R. Studen
lstuden@burnslev.com
(617) 345-3325

Real Estate Group Co-Chairs
Frances Allou Gershwin
fgershwin@burnslev.com
(617) 345-3724

Donald E. Vaughan
dvaughan@burnslev.com
(617) 345-3237

Intellectual Property/SciTech
Group Co-Chairs
Jerry Cohen
jcohen@burnslev.com
(617) 345-3276

Mark Schonfeld
mschonfeld@burnslev.com
(617) 345-3329

Private Clients Group Co-Chairs
Brian D. Bixby
bbixby@burnslev.com
(617) 345-3360

Nancy Van Tine
nvantine@burnslev.com
(617) 345-3229

**MARKETING DIRECTOR**
Angeline Mistretta
amistretta@burnslev.com
(617) 345-3694

MA attorneys: **112 (81 male; 31 female)**
Total attorneys (worldwide): **127**
Equity partners: **35 male; 10 female**
New hires in 2006: **5 male; 5 female**
Elevations in 2006: **3 male; 2 female**
Departures in 2006: **11 male; 4 female**
"Of counsel" lawyers: **10**
Paralegals/support staff: **14 paralegals; 116 support staff**
Hourly billing rates:
Partners: **$375-$475**
    Junior partners/associates: **$350/$210-$325**
    Paralegals: **$125-$200**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary
    as of Jan. 1, 2007: **N/R**
Annual billable hours expected
    of associates: **1,800**
Total annual pro bono
    hours: **Approximately 1,800**
Dress policy: **Business casual**

Employment & Employee Benefits;
Litigation; Products & Premises Liability/
General Tort Law; Professional Liability/
Medical Malpractice; Real Estate/
Development/Land Use; Trusts & Estates;
White Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**
Cheryl A. Waterhouse
Managing Partner
cwaterhouse@donovanhatem.com
(617) 406-4500

**MARKETING DIRECTOR**
Sally J. McFall

MA attorneys: **69 (43 male; 26 female)**
Total attorneys (worldwide): **71**
Equity partners: **16 male; 3 female**
New hires in 2006: **9 male; 12 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **11 male; 8 female**
"Of counsel" lawyers: **7**
Paralegals/support staff: **12 paralegals; 65
    support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Casual**

# 26
#### 64 LAWYERS
🏃🏃🏃🏃🏃🏃

# *Bowditch & Dewey*
ATTORNEYS

**BOWDITCH & DEWEY**
311 Main St.
Worcester 01615
(508) 791-3511
(508) 756-7636 (fax)
www.bowditch.com
Founded 1914


LOUIS M. CIAVARRA

**MANAGING PARTNER**
Louis M. Ciavarra

**MISSION STATEMENT**
Bowditch & Dewey is a Massachusetts
law firm serving businesses in the
Massachusetts business corridor stretching
from Boston to Worcester. We are more
than just legal technocrats. We are busi-
ness advisors who help our clients
achieve their strategic goals. We maintain
a stimulating working environment for
outstanding lawyers and staff who are
team players. We have a long history of
providing community leadership and
financial support to leading non-profit
and community organizations. Our
lawyers and professional staff are active in
the civic life of the Greater Boston,
MetroWest and Worcester communities.

**AREAS OF PRACTICE**
Administrative; Alternative Dispute
Resolution; Banking & Finance; Bankruptcy
& Business Restructuring; Business/
Corporate; Construction; Education;
Energy/Environmental/ Regulated Industry;
Financial Services/Institutions; Government
Regulation & Affairs/Public; Projects/
Municipal; Health Care/Life Sciences;
Immigration; Intellectual Property; Labor,
Employment & Employee Benefits;
Litigation; Mergers & Acquisitions;
Nonprofit Organizations; Products &
Premises Liability/General Tort Law;
Professional Liability/Medical Malpractice;
Real Estate/Development/ Land Use;
Securities & Finance; Sexual Harassment;
Tax/Benefits/ERISA; Trusts & Estates

**IMPORTANT FIRM CONTACTS**
Louis M. Ciavarra
Managing Partner
lciavarra@bowditch.com
(508) 926-3408
*continued on page 38*

continued from page 37

John Medbury
Executive Director
jmedbury@bowditch.com
(508) 926-3310

Vickie E. Manning
Human Resources Director
vmanning@bowditch.com
(508) 926-3312

Vincent F. O'Rourke Jr.
Litigation Practice Leader
vorourke@bowditch.com
(508) 926-3424

James E. Wallace Jr.
Labor & Employment Leader
jwallace@bowditch.com
(508) 926-3439

Robert C. Sudmyer
Environmental & Real Estate Leader
rsudmyer@Bowditch.com
(508) 926-3436

Jane V. Hawkes
Business & Finance Leader
jhawkes@bowditch.com
(617) 757-6510

John F. Shoro
Estate, Financial & Tax Planning Leader
jshoro@bowditch.com
(508) 926-3433

**MARKETING DIRECTOR**
Richard T. Foote
rfoote@bowditch.com
(508) 416-2405)

MA attorneys: **64 (45 male; 19 female)**
Total attorneys (worldwide): **64**
Equity partners: **16 male; 2 female**
New hires in 2006: **4 male; 2 female**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **N/R**
"Of counsel" lawyers: **8**
Paralegals/support staff: **17 paralegals;
    49 support staff**
Hourly billing rates:
    Partners: **$280-$550**
    Junior partners/associates: **$150-$300**
    Paralegals: **$100-$150**
Gross revenue: **N/R**

Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as
    of Jan. 1, 2007: **N/R**
Annual billable hours expected
    of associates: **1,800**
Total annual pro bono hours: **N/R**
Dress policy: **Fridays-casual only**

# 27

**61 LAWYERS**
𝕚𝕚𝕚𝕚𝕚𝕚

**McCARTER & ENGLISH**
265 Franklin St.
Boston 02110
(617) 449-6500
(617) 607-9200 (fax)

MA attorneys: **61**
Total attorneys (worldwide): **416**
Equity partners: **14**
New hires in 2006: **5**
Elevations in 2006: **0**
Departures in 2006: **N/A**
"Of counsel" lawyers: **4**
Paralegals/support staff: **8 paralegals; 40
    support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **N/R**
Dress policy: **Business**

# 28

**60 LAWYERS**
𝕚𝕚𝕚𝕚𝕚

**KOPELMAN AND PAIGE**
101 Arch St.
Boston 02110
(617) 556-0007
(617) 654-1735 (fax)

MA attorneys: **60 (32 male; 28 female)**
Total attorneys (worldwide): **60**
Equity partners: **15 male; 12 female**
New hires in 2006: **6 male; 3 female**
Elevations in 2006: **1 male; 1 female**
Departures in 2006: **2 male; 1 female**
"Of counsel" lawyers: **0**

Paralegals/support staff: **5 paralegals; 45
    support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **N/R**
Dress policy: **N/R**

# 28
**60 LAWYERS**
♦♦♦♦♦

## LAHIVE & COCKFIELD*
One Post Office Square
Boston 02109
(617) 227-7400
(617) 742-4214 (fax)

MA attorneys: **60**
Total attorneys (worldwide): **N/R**
Equity partners: **N/R**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **N/R**
Paralegals/support staff: **N/R**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **N/R**
Dress policy: **N/R**

*Information obtained independently

# 28
**60 LAWYERS**
♦♦♦♦♦

## MIRICK O'CONNELL
100 Front St.
Worcester 01608
(508) 791-8500
(508) 791-8502 (fax)
www.mirickoconnell.com
Founded 1916


From left: Paul J. D'Onfro, managing partner David E.
Surprenant, Joseph M. Hamilton and Peter J. Dawson

## MANAGING PARTNER
David E. Surprenant

## MISSION STATEMENT
Mirick O'Connell is a business law firm
with a strong and active partnership dedi-
cated to excellent client service. The firm
is uniquely positioned with its Central
Massachusetts location to serve clients
throughout New England. We offer the
talent of larger firms while delivering a
better value proposition to the middle
market than most of our Boston-based
competition. The firm is organized to
respond to clients with traditional core
services and an array of focused practice
groups that reflect the demands of the
marketplace. We expect the best from our
people, and deliver superior results to our
clients. Mirick O'Connell has been one of
New England's leading law firms for over
90 years.

## AREAS OF PRACTICE
Administrative; Alternative Dispute
Resolution; Banking & Finance;
Bankruptcy & Business Restructuring;
Business/Corporate; Construction;
Projects/Municipal; Health Care/Life
Sciences; Insurance; Intellectual Property;
Labor, Employment & Employee Benefits;
Litigation; Mergers & Acquisitions;
Nonprofit Organizations; Personal Injury;

continued on page 40

Paralegals/support staff: **5 paralegals; 45 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Dress policy: **N/R**

## 28
**60 LAWYERS**
👤👤👤👤👤

**LAHIVE & COCKFIELD***
One Post Office Square
Boston 02109
(617) 227-7400
(617) 742-4214 (fax)

MA attorneys: **60**
Total attorneys (worldwide): **N/R**
Equity partners: **N/R**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **N/R**
Paralegals/support staff: **N/R**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Dress policy: **N/R**

*Information obtained independently*

## 28
**60 LAWYERS**
👤👤👤👤👤

**MIRICK O'CONNELL**
100 Front St.
Worcester 01608
(508) 791-8500
(508) 791-8502 (fax)
www.mirickoconnell.com
Founded 1916



From left: Paul J. D'Onfro, managing partner David E. Surprenant, Joseph M. Hamilton and Peter J. Dawson

**MANAGING PARTNER**
David E. Surprenant

**MISSION STATEMENT**
Mirick O'Connell is a business law firm with a strong and active partnership dedicated to excellent client service. The firm is uniquely positioned with its Central Massachusetts location to serve clients throughout New England. We offer the talent of larger firms while delivering a better value proposition to the middle market than most of our Boston-based competition. The firm is organized to respond to clients with traditional core services and an array of focused practice groups that reflect the demands of the marketplace. We expect the best from our people, and deliver superior results to our clients. Mirick O'Connell has been one of New England's leading law firms for over 90 years.

**AREAS OF PRACTICE**
Administrative; Alternative Dispute Resolution; Banking & Finance; Bankruptcy & Business Restructuring; Business/Corporate; Construction; Projects/Municipal; Health Care/Life Sciences; Insurance; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury;

*continued on page 40*

*continued from page 39*

Private Equity; Real Estate/Development/
Land Use; Securities & Finance;
Tax/Benefits/ERISA; Trusts & Estates; White
Collar Criminal Defense

**IMPORTANT FIRM CONTACTS**
David E. Surprenant
Managing Partner

Jeffrey E. Swaim
Business and Corporate Law Chair

Joseph H. Baldiga
Creditors' Rights, Bankruptcy and
Reorganization Chair

Kimberly A. Rozak
Labor, Employment and Employee
Benefits Chair

Peter J. Dawson
Land Use and Environmental Law Chair

Joan O. Vorster
Litigation Chair

Jean M. DeLuca
Public Law and Municipal Finance Chair

Andrew B. O'Donnell
Trusts and Estates Chair

MA attorneys: **60 (42 male; 18 female)**
Total attorneys (worldwide): **60**
Equity partners: **N/R**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **12**
Paralegals/support staff: **16 paralegals; 66
    support staff**
Hourly billing rates:
    Partners: **$280-$400**
    Junior partners/associates: **$160-$250**
    Paralegals: **$140-$155**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **1,800**
Total annual pro bono hours: **N/R**
Dress policy: **Fridays-casual only**

# 31
## 58 LAWYERS
👤👤👤👤👤



**HINCKLEY, ALLEN & SNYDER**
28 State St.
Boston 02109
(617) 345-9000
(617) 345-9020 (fax)
www.haslaw.com
Founded 1906



MICHAEL P. DeFANTI

**MANAGING PARTNER**
Michael P. DeFanti

**MISSION STATEMENT**
   Hinckley, Allen & Snyder, one of New
England's leading law firms, provides a
full range of legal services to individuals
and businesses in a wide range of indus-
tries throughout the Northeast and
beyond. Our team of over 115 lawyers
provides expert legal counsel and in-
depth industry knowledge in such special-
ties as real estate, venture capital, intel-
lectual property (including patent prose-
cution and licensing), state and federal
taxation, securities law, health care law,
construction law, corporate law, labor and
employment law, estate planning and
administration and commercial litigation.
Hinckley, Allen & Snyder has been pro-
viding clients with world-class service
and pragmatic business advice for over a
century. For more information about us,
please visit www.haslaw.com.

**AREAS OF PRACTICE**
Administrative; Antitrust; Banking &
Finance; Bankruptcy & Business
Restructuring; Business/Corporate;
Construction; Energy/Environmental/
Regulated Industry; Financial
Services/Institutions; Government

Regulation & Affairs/Public; Projects/
Municipal; Health Care/Life Sciences;
Immigration; Intellectual Property;
International Law/Trade; Labor,
Employment & Employee Benefits;
Litigation; Mergers & Acquisitions;
Nonprofit Organizations; Private Equity;
Real Estate/Development/Land Use;
Securities & Finance; Tax/Benefits/ERISA;
Trusts & Estates; White Collar Criminal
Defense

**IMPORTANT FIRM CONTACTS**
Joel Lewin
Construction Group Chair
jlewin@haslaw.com

Frederick P. McClure
Corporate and Business Group Chair
fmcclure@haslaw.com

William R. Grimm
Litigation Group Chair
wgrimm@haslaw.com

Gerald J. Petros
Litigation Group Vice Chair
gpetros@haslaw.com

Paul A. Silver
Personal Financial Planning Group Chair
psilver@haslaw.com

David J. Rubin
Real Estate Group Chair
drubin@haslaw.com

David B. Connolly
Real Estate Group Vice Chair
dconnolly@haslaw.com

**MARKETING DIRECTOR**
Laurie W. MacDonald
lwmacdonald@haslaw.com

MA attorneys: **58 (41 male; 17 female)**
Total attorneys (worldwide): **119**
Equity partners: **20 male; 5 female**
New hires in 2006: **5 male; 3 female**
Elevations in 2006: **3 male; 1 female**
Departures in 2006: **6 male; 2 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **6 paralegals; 59
    support staff**
Hourly billing rates:
    Partners: **$300-$480**

*continued on page 42*



networking

# Events

PRESENTED BY

**MASSACHUSETTS**

# LAWYERS WEEKLY

**For Registration or Sponsorship go to
http://events.lawyersweekly.com
or call Deb Curran at 617.218.8132**



### A Day of Golf
June 2007
2nd Annual Massachusetts Lawyers Weekly and
New England In-House golf tournament.



### Summer Recess
July 2007
Kick back and relax with members of the legal
community. Enjoy music, food and cocktails at
the party of the year.



### Up and Coming Lawyers
September 2007
Celebrate 15 "Rising Stars" who distiguished
themselves in the law and appear on their way
to bigger things.



### Unsung Heroes
October 2007
A luncheon to celebrate support staff members
of the legal community who go above and
beyond the call of duty for their office.



### Battle of the Lawyers
November 2007
Join us as top lawyers present their closing
arguments from high profile cases. Sure to be
an educational and enlightening experience!



### Excellence in the Law
February 2008
A night to honor the 10 Lawyers Weekly
Lawyers of the Year and other members of the
legal community who represent the very best of
what lawyering is all about.



### In-House Leaders in the Law
April 2008
A gala dinner-awards event
honoring 15 in-house counsel for their
outstanding professional accomplishments.

0335

continued from page 41

Junior partners/associates: **$200-$330**
Paralegals: **$160-$230**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary
  as of Jan. 1, 2007: **N/R**
Annual billable hours expected
  of associates: **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Business with business-casual
  Fridays**

---

## 32

**57 LAWYERS**


### POSTERNAK BLANKSTEIN & LUND
Prudential Tower
800 Boylston St.
Boston 02199
(617) 973-6100
(617) 367-2315 (fax)
www.pbl.com
Founded 1980


LAUREN JENNINGS

**MANAGING PARTNER**
Lauren Jennings

**AREAS OF PRACTICE**
Alternative Dispute Resolution; Aviation/
Airport; Banking & Finance; Bankruptcy &
Business Restructuring; Business/Corporate;
Construction; Energy/Environmental/
Regulated Industry; Financial Services/
Institutions; Health Care/Life Sciences;
Hotel & Restaurant; Insurance; Intellectual
Property; International Law/Trade; Labor,
Employment & Employee Benefits;
Litigation; Mergers & Acquisitions; Private
Equity; Products & Premises Liability/
Medical Malpractice; Real Estate/
Development/Land Use; Securities &
Finance; Sexual Harassment; Space Law;

Tax/Benefits/ERISA; Transportation; Trusts &
Estates

**MARKETING DIRECTOR**
Elena Taxiarchis
etaxiarchis@pbl.com
(617) 973-6225

MA attorneys: **57**
Total attorneys (worldwide): **57**
Equity partners: **18**
New hires in 2006: **8**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **9**
Paralegals/support staff: **7 paralegals; 39
  support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
  **N/R**
Annual billable hours expected of associates:
  **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Fridays-casual only**

---

## 33

**56 LAWYERS**

### SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Beacon St.
Boston 02108
(617) 573-4800
(617) 573-4822 (fax)

MA attorneys: **56 (37 male; 19 female)**
Total attorneys (worldwide): **1,800**
Equity partners: **10 male; 1 female**
New hires in 2006: **6 male; 6 female**
Elevations in 2006: **N/R**
Departures in 2006: **3 male; 0 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **18 paralegals; 50
  support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006:
  **$145,000**
Associates' starting salary as of Jan. 1, 2007:
  **$145,000**

Annual billable hours expected of associates: **N/R**
Dress policy: **Business**

# 34
**54 LAWYERS**

**FOLEY & LARDNER**
111 Huntington Ave.
Boston 02199
(617) 342-4000
(617) 342-4001 (fax)

MA attorneys: **54 (40 male; 14 female)**
Total attorneys (worldwide): **1,006**
Equity partners: **22 male; 1 female**
New hires in 2006: **2 male; 1 female**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **0 male; 3 female**
"Of counsel" lawyers: **4**
Paralegals/support staff: **10 paralegals; 40 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **$135,000**
Associates' starting salary as of Jan. 1, 2007: **$145,000**
Annual billable hours expected of associates: **N/A**
Dress policy: **Business**

# 35
**53 LAWYERS**

**DLA PIPER US**
33 Arch St.
Boston 02110
(617) 406-6000
(617) 406-6100 (fax)

MA attorneys: **53 (39 male; 14 female)**
Total attorneys (worldwide): **About 3,200**
Equity partners: **N/R**
New hires in 2006: **3 male; 4 female**
Elevations in 2006: **1 male; 1 female**
Departures in 2006: **2 male; 2 female**
"Of counsel" lawyers: **2**
Paralegals/support staff: **7 paralegals; 36 support staff**
Hourly billing rates: **N/R**
Gross revenue: **$1.804 billion (globally)**
Revenue per lawyer: **$754,000 (U.S. only)**
Profit: **$468 million (globally)**
Profit per partner: **$1.18 million (globally)**
Profit margin: **26%**
Associates' starting salary as of fall 2006:

**$135,000**
Associates' starting salary as of Jan. 1, 2007: **$145,000**
Annual billable hours expected of associates: **2,000**
Dress policy: **Business casual**

# 36
**52 LAWYERS**

**PRINCE.LOBEL.GLOVSKY & TYE** LLP

**PRINCE, LOBEL, GLOVSKY & TYE**
100 Cambridge St.
Boston 02114
(617) 456-8000
(617) 456-8100 (fax)
www.plgt.com
Founded 1988


ROBERT P. MALONEY

**MANAGING PARTNER**
Robert P. Maloney

**AREAS OF PRACTICE**
Business/Corporate; Communications & Media; Family & Probate/Domestic Relations; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Real Estate/Development/Land Use; Tax/Benefits/ERISA; Telecommunications; Trusts & Estates

**IMPORTANT FIRM CONTACTS**
Patricia M. Annino
Estate Planning
pannino@plgt.com

Robert A. Bertsche
Media and Intellectual Property, Employment
rbertsche@plgt.com

*continued on page 44*

*continued from page 43*

Joseph D. Steinfield
Media and Litigation
jsteinfield@plgt.com

Richard D. Glovsky
Employment
rglovsky@plgt.com

Mitchell S. King
Reinsurance and Insurance
mking@plgt.com

Robert P. Maloney
Corporate and Tax
rmaloney@plgt.com

Walter B. Prince
Litigation
wprince@plgt.com

Craig M. Tateronis
Real Estate
ctateronis@plgt.com

Donald G. Tye
Domestic Relations
dtye@plgt.com

William A. Worth
Litigation
wworth@plgt.com

**MARKETING DIRECTOR**
Jamie O'Riordan
jsoriordan@plgt.com

MA attorneys: **52 (38 male; 14 female)**
Total attorneys (worldwide): **52**
Equity partners: **12 male; 1 female**
New hires in 2006: **5 male; 1 female**
Elevations in 2006: **3 male; 1 female**
Departures in 2006: **1 male; 3 female**
"Of counsel" lawyers: **4**
Paralegals/support staff: **8 paralegals; 28 support staff**
Hourly billing rates:
    Partners: **$275-$475**
    Junior partners/associates: **$175-$265**
    Paralegals: **$100-$200**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**

Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Total annual pro bono hours: **Listing of pro bono work appears on firm's website at www.plgt.com**
Dress policy: **N/R**

# 37

**51 LAWYERS**



**WOLF, GREENFIELD & SACKS**
600 Atlantic Ave.
Boston 02210
(617) 646-8000
(617) 646-8646 (fax)
www.wolfgreenfield.com
Founded 1927




JASON M. HONEYMAN    EDWARD R. GATES

**MANAGING PARTNERS**
Jason M. Honeyman
Managing Partner

Edward R. Gates
Chairman

**MISSION STATEMENT**
  For more than 75 years, Wolf Greenfield has protected and expanded the intellectual property rights of products and services that have helped shape the world as we know it — the way we communicate, live, feel and even heal. Our professionals provide a level of expertise that can only be achieved by a firm devoted exclusively to IP law. We are engineers, scientists and lawyers. So it's only natural that we ask more questions, test and retest. In addition to the legal issues, we identify and avoid potential industry barriers that could adversely

affect our primary purpose — your business goals. Our experience sets us apart. We draw from industry, academic and post-doctoral experience in areas including biotechnology, electrical engineering, chemical technologies, computer science, mechanical engineering and medicine. While others are deciphering the technical details, we are steps ahead — developing strategies to solidify your patent, trademark, litigation, copyright or licensing position. Clients encounter a work dynamic that's more characteristic of a partnership than anything else. We become more personally involved in your business objectives, becoming trusted colleagues, an extension of your in-house team. We enjoy this relationship with clients ranging from start-ups, to Fortune 500s, to institutions and hospitals, to venture capitalists. From concept to market, and every point along the way, we protect, enforce, defend and expand your innovations and brand identity. We turn your ideas into valuable business assets.

**AREAS OF PRACTICE**
Intellectual Property

**MARKETING DIRECTOR**
Sara A. Crocker
scrocker@wolfgreenfield.com

MA attorneys: **51 (41 male; 10 female)**
Total attorneys (worldwide): **51**
Equity partners: **25 male; 2 female**
New hires in 2006: **4 male; 3 female**
Elevations in 2006: **2 male; 0 female**
Departures in 2006: **1 male; 0 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **14 paralegals**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Casual**

# 38
**48 LAWYERS**

**ROBINSON & COLE**
One Boston Place
Boston 02108
(617) 557-5900
(617) 557-5999 (fax)

MA attorneys: **48 (28 male; 20 female)**
Total attorneys (worldwide): **209**
Equity partners: **14 male; 2 female**
New hires in 2006: **3 male; 0 female**
Elevations in 2006: **2 male; 1 female**
Departures in 2006: **5 male; 4 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **5 paralegals; 40 support staff**
Hourly billing rates:
　Partners: **$340-$490**
　Junior partners/associates: **$220-$375**
　Paralegals: **$125-$170**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **$120,000**
Associates' starting salary as of Jan. 1, 2007: **$120,000**
Annual billable hours expected of associates: **1,800**
Dress policy: **Business casual**

# 39
**45 LAWYERS**

**RACKEMANN, SAWYER & BREWSTER**
One Financial Center
Boston 02111
(617) 542-2300
(617) 542-7437 (fax)

MA attorneys: **45 (31 male; 14 female)**
Total attorneys (worldwide): **45**
Equity partners: **17 male; 4 female**
New hires in 2006: **3 male; 3 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **0 male; 1 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **8 paralegals; 52 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**

*continued on page 46*

Associates' starting salary as of Jan. 1, 2007:
**N/R**
Annual billable hours expected of associates:
**2,000**
Dress policy: **Fridays-casual only**

## 42
**43 LAWYERS**

**HAMILTON, BROOK, SMITH & REYNOLDS**
530 Virginia Road
Concord 01742
(978) 341-0036
(978) 341-0136 (fax)

MA attorneys: **43**
Total attorneys (worldwide): **44**
Equity partners: **N/R**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **2**
Paralegals/support staff: **13 paralegals**
    **(6 patent agents, 5 technology specialists);**
    **79 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
    **N/R**
Annual billable hours expected of associates:
    **N/R**
Dress policy: **N/R**

## 45
**42 LAWYERS**

BROMBERG ✳ SUNSTEIN LLP

**BROMBERG & SUNSTEIN**
125 Summer St.
Boston 02110
(617) 443-9292
www.bromsun.com
Founded 1979


ROBERT L. KANN

**MANAGING PARTNER**
Robert L. Kann

**MISSION STATEMENT**
Bromberg & Sunstein has an outstanding record of important wins for our technology and life sciences clients through litigation, patent prosecution, IP portfolio development and business transactions. We have built our practice to help technology and life sciences companies address complex intellectual property challenges. We emphasize early identification of business goals and strategic planning to achieve them. We have a long track record of success in expanding and protecting our clients' patent, trademark and copyright assets.

**AREAS OF PRACTICE**
Business/Corporate; Intellectual Property; Litigation; Private Equity; Securities & Finance

**IMPORTANT FIRM CONTACTS**
Lee C. Bromberg
Litigation Section Chair
lbromberg@bromsun.com

Robert L. Kann
Litigation Section Vice Chair
rkann@bromsun.com

Kerry L. Timbers
Litigation Section Vice Chair
ktimbers@bromsun.com

Bruce D. Sunstein
Patent Section Chair
bsunstein@bromsun.com

Timothy M. Murphy
Patent Section Vice-Chair
tmurphy@bromsun.com

Robert M. Asher
Patent Section Vice-Chair
rasher@bromsun.com

Julia Huston
Trademark Section Co-Chair
jhuston@bromsun.com

Lisa M. Tittemore
Copyright Section Co-Chair
ltittemore@bromsun.com

*continued on page 48*

*continued from page 47*

Thomas C. Carey
Business Section Chair
tcarey@bromsun.com

MA attorneys: **42 (28 male; 14 female)**
Total attorneys (worldwide): **42**
Equity partners: **15 male; 3 female**
New hires in 2006: **4 male; 3 female**
Elevations in 2006: **N/R**
Departures in 2006: **0 male; 1 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **12 paralegals; 35 support staff**
Hourly billing rates:
   Partners: **$500-$725**
   Junior partners/associates: **$250-$450**
   Paralegals: **$185**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **$135,000**
Associates' starting salary as of Jan. 1, 2007: **$135,000**
Annual billable hours expected of associates: **1,800**
Total annual pro bono hours: **N/R**
Dress policy: **Casual**



**42 LAWYERS**



**SHERIN AND LODGEN**
101 Federal St.
Boston 02110
(617) 646-2000
(617) 646-2222 (fax)
www.sherin.com
Founded 1945



GARY M. MARKOFF

**MANAGING PARTNER**
Gary M. Markoff

**MISSION STATEMENT**
Our success is measured by the success of our clients. We have a reputation for performing outstanding legal work in our chosen areas of practice — real estate, business transactions and civil litigation — achieving results with precision and innovation. We are creative problems-solvers with an in-depth understanding of our clients' objectives, proposing work-able solutions to accomplish our clients' goals. We also contribute to the larger community by undertaking leadership positions in bar associations and commit-tees, local government, pro bono work and participation in numerous industry trade associations and community organi-zations.

**AREAS OF PRACTICE**
Business/Corporate; Litigation; Real Estate/Development/Land Use

**IMPORTANT FIRM CONTACTS**
Ronald W. Ruth
Chair, Real Estate Department
rwruth@sherin.com
(617) 646-2165

Frank J. Bailey
Chair, Business Litigation Group
fjbailey@sherin.com
(617) 646-2124

C. Forbes Sargent III
Chair, Business Law and Financings Group
cfsargent@sherin.com
(617) 646-2189

Robert J. Muldoon Jr.
Chair, Professional Liability Group
rjmuldoon@sherin.com
(617) 646-2225

Joshua M. Alper
Co-Chair, Environmental Law Group
jmalper@sherin.com
(617) 646-2227

John C. La Liberte
Chair, Bankruptcy and Creditors Rights Group
jclaliberte@sherin.com
(617) 646-2173

## IMPORTANT FIRM CONTACTS
William Tait
Manager, Springfield Office

Ronald Langlois
Manager, Rhode Island Office

## MARKETING DIRECTOR
David O. Brink

**MA attorneys: 37 (26 male; 11 female)**
**Total attorneys (worldwide): 37**
**Equity partners: 10 male; 1 female**
**New hires in 2006: 4**
**Elevations in 2006: N/R**
**Departures in 2006: N/R**
**"Of counsel" lawyers: 0**
**Paralegals/support staff: 8 paralegals;**
   **18 support staff**
**Hourly billing rates: N/R**
**Gross revenue: N/R**
**Revenue per lawyer: N/R**
**Profit: N/R**
**Profit per partner: N/R**
**Profit margin: N/R**
**Associates' starting salary as of fall 2006: N/R**
**Associates' starting salary**
   **as of Jan. 1, 2007: N/R**
**Annual billable hours expected**
   **of associates: N/R**
**Total annual pro bono hours: 500+**
**Dress policy: Business**

---

# 51
**36 LAWYERS**
👤👤👤

## BACON & WILSON
33 State St.
Springfield 01103
(413) 781-0560
(413) 739-7740 (fax)

**MA attorneys: 36 (30 male; 6 female)**
**Total attorneys (worldwide): 36**
**Equity partners: 13 male; 1 female**
**New hires in 2006: 6 male; 2 female**
**Elevations in 2006: N/R**
**Departures in 2006: 0 male; 1 female**
**"Of counsel" lawyers: 2**
**Paralegals/support staff: 16 paralegals; 40**
   **support staff**
**Hourly billing rates: N/R**
**Gross revenue: N/R**
**Revenue per lawyer: N/R**
**Profit: N/R**
**Profit per partner: N/R**
**Profit margin: N/R**
**Associates' starting salary as of fall 2006: N/R**

**Associates' starting salary as of Jan. 1, 2007:**
   **N/R**
**Annual billable hours expected of associates:**
   **N/R**
**Dress policy: Fridays-casual only**

---

# 52
**35 LAWYERS**
👤👤👤


**LAWSON & WEITZEN, LLP**
ATTORNEYS AT LAW

## LAWSON & WEITZEN
88 Black Falcon Ave.
Boston 02210
(617) 439-4990
(617) 439-3987 (fax)
www.lawson-weitzen.com
Founded 1973

 

EVAN T. LAWSON          RICHARD B. WEITZEN

## MANAGING PARTNER
Evan T. Lawson, Senior Partner
Richard B. Weitzen, Managing Partner

## MISSION STATEMENT
   Lawson & Weitzen offers all the advantages of larger, multi-service practices, with the responsive, personal attention today's clients expect. Lawson & Weitzen prides itself on being a different kind of law firm, one that measures success by its value to clients. We offer timely, effective and quality services performed by skilled and experienced lawyers at fair and affordable fees with an innovative, client-friendly operating structure. There are the characteristics that distinguish the law firm of Lawson & Weitzen. Our firm has a well-established reputation for excellence within the New England business and legal communities. We are a partner-oriented firm whose foundation is personal service. Firm attorneys represent a broad range of matters for national companies, financial institutions, closely held businesses, municipalities, families and indi-
*continued on page 52*

*continued from page 51*

viduals. Our attorneys represent clients in all levels of the Federal and State court systems. Lawson & Weitzen partners manage each case individually, tailoring the staffing to the circumstances and ensuring a streamlined, knowledgeable response that maximizes client satisfaction. Partners take personal charge, work one-on-one with clients, listen to their clients' concerns, help clients define their objectives and manage the delivery of legal services efficiently. Our goal is always to solve client issues in the most effective, cost-efficient manner.

**AREAS OF PRACTICE**
Administrative; Alternative Dispute Resolution; Government Regulation & Affairs/Public; Projects/Municipal; Health Care/Life Sciences; Intellectual Property; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury; Products & Premises Liability; Professional Liability/Medical Malpractice; Real Estate/Development/ Land Use; Tax/ Benefits/ERISA; Trusts & Estates; Workers' Compensation

**IMPORTANT FIRM CONTACTS**
Frank L. Bridges
Estate Planning, Business Succession Planning and Self-Directed IRAs
fbridges@lawson-weitzen.com

George E. Christodoulo
Business, Corporate and Mergers and Acquisitions
gchristodoulo@lawson-weitzen.com

Kenneth B. Gould
Real Estate and Financing
kgould@lawson-weitzen.com

K. Scott Griggs
Health Care Defense
sgriggs@lawson-weitzen.com

George F. Hailer
Environmental
ghailer@lawson-weitzen.com

John J. Weltman
Litigation
jweltman@lawson-weitzen.com

Sonia K. Guterman, Ph.D.
Intellectual Property
sguterman@lawson-weitzen.com

J. Mark Dickison
Civil Litigation, Criminal Defense
mdickison@lawson-weitzen.com

Michael McDevitt
Federal Employers Liability Act, Workers' Compensation
mmcdevitt@lawson-weitzen.com

Richard J. Sullivan Jr.
Real Estate and Litigation
rsullivan@lawson-weitzen.com

**MARKETING DIRECTOR**
Barbara A. DeLeo
bdeleo@lawson-weitzen.com
(617) 439-4990

MA attorneys: **35 (24 male; 11 female)**
Total attorneys (worldwide): **35**
Equity partners: **2 male; 0 female**
New hires in 2006: **2 male; 1 female**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **0 male; 0 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **5 paralegals; 24 support staff**
Hourly billing rates:
    Partners: **$225-$400**
    Junior partners/associates: **$125-$225**
    Paralegals: **$50-$100**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **1,850**
Total annual pro bono hours: **N/R**
Dress policy: **Business casual**

## 53

**34 LAWYERS**

**DECHERT**
200 Clarendon St.
Boston 02116
(617) 728-7100
(617) 426-6567 (fax)

MA attorneys: **34**
Total attorneys (worldwide): **1,019**

Equity partners: **8**
New hires in 2006: **N/R**
Elevations in 2006: **# male; # female**
Departures in 2006: **3 male; 5 female**
"Of counsel" lawyers: **2**
Paralegals/support staff: **5 paralegals; 27 support staff**
Hourly billing rates: **N/R**
Gross revenue: **$728.8 million**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **145,000**
Annual billable hours expected of associates: **N/R**
Dress policy: **Casual**

# 53

**34 LAWYERS**

**MURTHA CULLINA**
99 High St.
Boston 02110
(617) 457-4000
(617) 482-3868 (fax)

MA attorneys: **34 (22 male; 12 female)**
Total attorneys (worldwide): **131**
Equity partners: **N/R**
New hires in 2006: **2 male; 1 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **1 male; 3 female**
"Of counsel" lawyers: **10**
Paralegals/support staff: **9 paralegals; 29 support staff**
Hourly billing rates:
    Partners: **$250-$500**
    Junior partners/associates: **$165-$290**
    Paralegals: **$100-$215**
    Other: **$100-$130**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **$90,000**
Associates' starting salary as of Jan. 1, 2007: **TBD**
Annual billable hours expected of associates: **1,800**
Dress policy: **Business**

# 53

**34 LAWYERS**

# TODD & WELD LLP

**TODD & WELD**
28 State St.
Boston 02109
(617) 720-2626
(617) 227-5777 (fax)
www.toddweld.com
Founded 1992



From left: (front row) Ian Crawford, Lisa G. Arrowood, J. Owen Todd, Christopher Weld Jr. and Howard M. Cooper; (back row) David H. Rich, Kevin T. Peters, Christopher R. O'Hara, Elaine M. Epstein, Nicholas B. Carter, Jeffrey N. Catalano, Juliet A. Davison and Gary Owen Todd.

**MANAGING PARTNER**
Ian Crawford

**MISSION STATEMENT**
The founders of Todd & Weld established a firm of trial lawyers committed to offering the highest level of trial advocacy. It was the founder's mission to apply the lessons learned in years of litigation practice and courtroom battles and establish a cutting-edge, creative and focused trial firm which employed state-of-the-art technology, enthusiastic staff and creative and determined attorneys. With uncompromising dedication to its mission, Todd & Weld is today recognized as a preeminent trial firm.

**AREAS OF PRACTICE**
Alternative Dispute Resolution; Automotive; Construction; Criminal Defense; Family & Probate/Domestic Relations; Immigration; Intellectual Property; Labor, Employment & Employee Benefits; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Sexual Harassment; White Collar Criminal Defense

*continued on page 54*

# 68

**28 LAWYERS**

**MARCUS, ERRICO, EMMER & BROOKS**
45 Braintree Hill Park
Braintree 02184
(781) 843-5000
(781) 843-5000 (fax)

MA attorneys: **28 (18 male; 10 female)**
Total attorneys (worldwide): **28**
Equity partners: **7 male; 1 female**
New hires in 2006: **3**
Elevations in 2006: **2 male; 1 female**
Departures in 2006: **0 male; 2 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **2 paralegals; 14
   support staff**
Hourly billing rates:
   Partners: **$300-$360**
   Junior partners/associates: **$250**
   Paralegals: **$135**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary
   as of Jan. 1, 2007: **N/R**
Annual billable hours expected
   of associates: **N/R**
Dress policy: **Business; Fridays-casual only**

# 69

**26 LAWYERS**

**BOYLE, MORRISSEY & CAMPO**
695 Atlantic Ave.
Boston 02111
(617) 451-2000
(617) 451-5775 (fax)

MA attorneys: **26 (20 male; 6 female)**
Total attorneys (worldwide): **26**
Equity partners: **9 male; 1 female**
New hires in 2006: **5 male; 2 female**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **6 male; 4 female**
"Of counsel" lawyers: **2**
Paralegals/support staff: **2 paralegals; 13
   support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
   **N/R**
Annual billable hours expected of associates:
   **N/R**
Dress policy: **Business**

# 69 ECKERT SEAMANS

**26 LAWYERS**

**ECKERT SEAMANS CHERIN & MELLOTT**
One International Place
Boston 02110
(617) 342-6800
(617) 342-6899 (fax)
www.eckertseamans.com
Founded 1958; Massachusetts office
founded in 1990


ANTHONY M. MOCCIA

**MANAGING PARTNER**
Anthony M. Moccia

**MISSION STATEMENT**
   Eckert Seamans is strategically situated
as a regional firm allowing for the flexibil-
ity which benefits our clients. We have a
reputation and presence in the business
and legal communities where each of our
offices is located as a community leader
and a law firm of choice. Our vision is to
stay committed to our unique cultural and
financially sound environment for our
professionals and to provide quality legal
services to our clients in that process. The
firm has the breadth and depth of resources
to deliver quality legal services to a broad
range of corporate, individual, entrepre-
neur, start-up, nonprofit and government
clients, whether such clients are local,
regional, national or international.

**AREAS OF PRACTICE**
Banking & Finance; Business/Corporate;
Litigation; Mergers & Acquisitions; Real
Estate/Development/Land Use; White
Collar Criminal Defense; High Technology

*continued on page 64*

continued from page 63

**IMPORTANT FIRM CONTACTS**

Stephen R. Delinsky
White Collar Criminal Defense
sdelinsky@eckertseamans.com
(617) 342-6800

Michael P. Flammia
Civil Litigation
mflammia@eckertseamans.com
(617) 342-6800

Anil Khosla
Corporate Department
akhosla@eckertseamans.com
(617) 342-6800

Robert W. Levy
Real Estate Department
rlevy@eckertseamans.com
(617) 342-6800

**MARKETING DIRECTOR**

Allysn G. Hurley
ahurley@eckertseamans.com
(617) 566-6100

MA attorneys: 26 (19 male; 7 female)
Total attorneys (worldwide): 248
Equity partners: 11 male; 0 female
New hires in 2006: 3 male; 2 female
Elevations in 2006: 0 male; 0 female
Departures in 2006: N/A
"Of counsel" lawyers: 0
Paralegals/support staff: 2 paralegals; 14
    support staff
Hourly billing rates:
    Partners: $205-$500
    Junior partners/associates: $160-$275
    Paralegals: $110-160
Gross revenue: N/R
Revenue per lawyer: N/R
Profit: N/R
Profit per partner: N/R
Profit margin: N/R
Associates' starting salary as of fall 2006: N/R
Associates' starting salary as of Jan. 1, 2007:
    N/R
Annual billable hours expected of associates:
    1,950
Total annual pro bono hours: N/R
Dress policy: Business-casual

# 69
**26 LAWYERS**

**LOWRIE, LANDO & ANASTASI**
One Main St.
Cambridge 02142
(617) 395-7000
(617) 395-7070 (fax)

MA attorneys: 26 (19 male; 7 female)
Total attorneys (worldwide): 26
Equity partners: 10
New hires in 2006: 5 male; 1 female
Elevations in 2006: 4 male; 0 female
Departures in 2006: 0 male; 0 female
"Of counsel" lawyers: 2
Paralegals/support staff: 7 paralegals; 21
    support staff
Hourly billing rates: N/R
Gross revenue: N/R
Revenue per lawyer: N/R
Profit: N/R
Profit per partner: N/R
Profit margin: N/R
Associates' starting salary as of fall 2006:
    $118,250 (at 1,600 hours)
Associates' starting salary as of Jan. 1, 2007:
    $125,000 (at 1,600 hours)
Annual billable hours expected of associates:
    N/R
Dress policy: Casual

# 72
**25 LAWYERS**

**BERNKOPF GOODMAN**
25 Lawyers
125 Summer St.
Boston 02110
(617) 790-3000
(617) 790-3300 (fax)

MA attorneys: 25 (21 male; 4 female)
Total attorneys (worldwide): 25
Equity partners: 13 male; 2 female
New hires in 2006: 1 male; 0 female
Elevations in 2006: 0 male; 0 female
Departures in 2006: 0 male; 2 female
"Of counsel" lawyers: 0
Paralegals/support staff: 4 paralegals; 22
    support staff
Hourly billing rates:
    Partners: $300-$485
    Junior partners/associates: $190-$285
    Paralegals: $140
Gross revenue: N/R
Revenue per lawyer: N/R
Profit: N/R
Profit per partner: N/R
Profit margin: N/R
Associates' starting salary as of fall 2006: N/R

Associates' starting salary as of Jan. 1, 2007:
**N/R**
Annual billable hours expected of associates:
**1,800**
Dress policy: **N/R**

# 72
## 25 LAWYERS
👫

**CRAIG AND MACAULEY**
600 Atlantic Ave.
Boston 02210
(617) 367-9500
(617) 742-1788 (fax)

MA attorneys: **25 (17 male; 8 female)**
Total attorneys (worldwide): **25**
Equity partners: **8 male; 1 female**
New hires in 2006: **N/R**
Elevations in 2006: **N/R**
Departures in 2006: **N/R**
"Of counsel" lawyers: **N/R**
Paralegals/support staff: **4 paralegals; 13 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
**N/R**
Annual billable hours expected of associates:
**N/R**
Dress policy: **Business casual**

# 72
## 25 LAWYERS
👫

**DOHERTY, WALLACE, PILLSBURY & MURPHY**
One Monarch Place
Springfield 01144
(413) 733-3111
(413) 734-3910 (fax)

MA attorneys: **25 (17 male; 8 female)**
Total attorneys (worldwide): **25**
Equity partners: **14 male; 3 female**
New hires in 2006: **0 male; 0 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **0 male; 0 female**
"Of counsel" lawyers: **2**
Paralegals/support staff: **9 paralegals; 25 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**

Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
**N/R**
Annual billable hours expected of associates:
**N/R**
Dress policy: **Business**

# 72
## 25 LAWYERS
👫

**RICH MAY**
176 Federal St.
Boston 02110
(617) 556-3800
(617) 556-3890 (fax)

MA attorneys: **25**
Total attorneys (worldwide): **25**
Equity partners: **13**
New hires in 2006: **4**
Elevations in 2006: **2**
Departures in 2006: **1**
"Of counsel" lawyers: **3**
Paralegals/support staff: **3 paralegals; 10 support staff**
Hourly billing rates:
   Partners: **$300-$400**
   Junior partners/associates: **$150-$300**
   Paralegals: **$40-$95**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007:
**N/R**
Annual billable hours expected of associates:
**N/R**
Dress policy: **N/R**

# 72
## 25 LAWYERS
👫

# SRBC
## SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.

**SUGARMAN, ROGERS, BARSHAK & COHEN**
101 Merrimac St.
Boston 02114
(617) 227-3030
(617) 523-4001 (fax)
www.srbc.com
Founded 1929

*continued on page 66*

*continued from page 69*

Media; Construction; Criminal Defense; Energy/Environmental/ Regulated Industry; Family & Probate/ Domestic Relations; Financial Services/ Institutions; Government Regulation & Affairs/Public; Projects/ Municipal; Health Care/Life Sciences; Hotel & Restaurant; Immigration; Indian Law; Insurance; Intellectual Property; International Law/ Trade; Labor, Employment & Employee Benefits; Litigation; Mergers & Acquisitions; Nonprofit Organizations; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; RICO Actions; Real Estate/ Development/Land Use; Rental & Leasing Car Companies; Securities & Finance; Sexual Harassment; Sports & Entertainment; Tax/Benefits/ ERISA; Transportation; Trusts & Estates; White Collar Criminal Defense; Workers' Compensation

**IMPORTANT FIRM CONTACTS**
Daniel P. Gibson
President and Managing Director

Scott R. Behman
Partner

**MARKETING DIRECTOR**
Jim Farrell
PR First
2048 Washington St., Hanover
(781) 681-6616

MA attorneys: **22 (16 male; 6 female)**
Total attorneys (worldwide): **39**
Equity partners: **2 male; 0 female**
New hires in 2006: **1 male; 1 female**
Elevations in 2006: **N/A**
Departures in 2006: **1 male; 1 female**
"Of counsel" lawyers: **4**
Paralegals/support staff: **4 paralegals; 13 support staff**
Hourly billing rates: **Rates vary and are set by client (insurance companies) billing guidelines**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **Varies and negotiated at date of hire**
Associates' starting salary as of Jan. 1, 2007: **Varies and negotiated at date of hire**
Annual billable hours expected of associates: **2,000**
Total annual pro bono hours: **200+**
Dress policy: **Fridays-casual only**

# 83

**22 LAWYERS**



# KW

## KEEGAN WERLIN LLP

**KEEGAN WERLIN**
265 Franklin St.
Boston 02110
(617) 951-1400
(617) 951-1354 (fax)
www.keeganwerlin.com
Founded 1983



ROBERT J. KEEGAN

**MANAGING PARTNER**
Robert J. Keegan

**MISSION STATEMENT**
At Keegan Werlin, we specialize in developing creative solutions to the complex challenges faced by our clients. Keegan Werlin's attorneys are industry leaders in matters regarding energy and regulatory issues, administrative law, project siting, licensing and permitting, telecommunications, environmental and land use, litigation and alternative dispute resolution, governmental and legislative relations, general business and corporate law, municipal law and real estate. From power plants to pipelines, cellular towers to windmills, and elsewhere, Keegan Werlin has unrivaled experience and knowledge of the project-development landscape. The firm's central objective is the complete satisfaction of its clients' business and personal strategies consistent with their financial goals. We take great pride in our ability to understand our clients' businesses, the industries in which they operate and their priorities for achieving success. We are committed to ensuring ongoing communication with our clients at all stages of representation.

Keegan Werlin is able to offer clients a keen awareness of the needs of private industry, as well as the perspectives of administrative agencies and the courts, so that clients receive a seamless, multi-disciplined approach to their issues.

**AREAS OF PRACTICE**
Administrative; Alternative Dispute Resolution; Business/Corporate; Energy/Environmental/Regulated Industry; Government Regulation & Affairs/Public; Insurance; Litigation; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Real Estate/Development/Land Use; Transportation

**IMPORTANT FIRM CONTACTS**
Robert Keegan
rkeegan@keeganwerlin.com

David Rosenzweig
drosen@keeganwerlin.com

Cheryl Kimball
ckimball@keeganwerlin.com

Richard Kirby
rkirby@keeganwerlin.com

Susan Jackson
sjackson@keeganwerlin.com

Nancy Kaplan
nkaplan@@keeganwerlin.com

Frank Lynch
flynch@keeganwerlin.com

Cheryl Blaine
cblaine@keeganwerlin.com

Robert Werlin
rwerlin@keeganwerlin.com

Stephen O'Neill
soneill@keeganwerlin.com

MA attorneys: **22 (16 male; 6 female)**
Total attorneys (worldwide): **67**
Equity partners: **4**
New hires in 2006: **3 male; 2 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **0 male; 0 female**
"Of counsel" lawyers: **3**
Paralegals/support staff: **8 paralegals; 7 support staff**

Hourly billing rates:
    Partners: **$325-$475**
       Junior partners/associates: **$150-$275**
       Paralegals: **$85-$120**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Casual**

# 83

**22 LAWYERS**

**LYNCH, BREWER, HOFFMAN & FINK**
101 Federal St.
Boston 02110
(617) 951-0800
(617) 951-0811 (fax)

MA attorneys: **22 (11 male; 11 female)**
Total attorneys (worldwide): **22**
Equity partners: **7 male; 2 female**
New hires in 2006: **0 male; 0 female**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **0 male; 1 female**
"Of counsel" lawyers: **0**
Paralegals/support staff: **4 paralegals; 19 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Dress policy: **Business**

# 83

**22 LAWYERS**

**MARTIN, MAGNUSON, McCARTHY & KENNEY**
101 Merrimac St.
Boston 02114
(617) 227-3240
(617) 227-3346 (fax)

MA attorneys: **22 (14 male; 8 female)**
Total attorneys (worldwide): **22**
Equity partners: **7 male; 0 female**
*continued on page 72*

Equity partners: **2 male; 0 female**
New hires in 2006: **1 male; 0 female**
Elevations in 2006: **1 male; 0 female**
Departures in 2006: **0 male; 0 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **3 paralegals; 22 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **None required**
Dress policy: **Business**

# 93
## 20 LAWYERS
👫

**BARTLETT HACKETT FEINBERG**
155 Federal St.
Boston 02110
(617) 422-0200
(617) 422-0383 (fax)

MA attorneys: **20 (14 male; 6 female)**
Total attorneys (worldwide): **20**
Equity partners: **9 male; 1 female**
New hires in 2006: **1 male; 1 female**
Elevations in 2006: **2 male; 0 female**
Departures in 2006: **1 male; 0 female**
"Of counsel" lawyers: **N/R**
Paralegals/support staff: **4 paralegals; 9 support staff**
Hourly billing rates:
    Partners: **$310-$350**
    Junior partners/associates: **$175-$300**
    Paralegals: **$100-$130**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Dress policy: **Fridays-casual only**

# 93
## 20 LAWYERS
👫

# KECHES & MALLEN, P.C.

**KECHES & MALLEN**
122 Dean St.
Taunton 02780
(508) 822-2000
(508) 822-8022 (fax)
www.keches-mallen.com
Founded 1986


GEORGE N. KECHES


RICHARD T. MALLEN

**MANAGING PARTNERS**
George N. Keches
Richard T. Mallen

**MISSION STATEMENT**
   Keches & Mallen's areas of practice include the following: Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Workers' Compensation; Social Security Disability and Employment Discrimination. Keches & Mallen is one of the largest plaintiffs' personal injury law firms in Massachusetts. Our attorneys have a wide range of knowledge and experience in all areas of personal injury, and with offices in Taunton, Boston, Worcester, New Bedford and Fall River, we have the capabilities to assist injured people all across the state. We have a 20-year track record of success because of our willingness to change with the times, and to be creative in the management of our business and the representation of our clients. We will continue to use our resources, including continued education and new technologies, to obtain the best results that we can for our clients. We strive to create an environment that fosters the growth of our attor-

*continued on page 76*

*continued from page 75*
neys. We welcome new ideas and encourage our attorneys to pursue their own practice interests.

**AREAS OF PRACTICE**
Automotive; Construction; Labor, Employment & Employee Benefits; Litigation; Personal Injury; Products & Premises Liability/General Tort Law; Professional Liability/Medical Malpractice; Sexual Harassment; Workers' Compensation

MA attorneys: **20 (13 male; 7 female)**
Total attorneys (worldwide): **20**
Equity partners: **6 male; 2 female**
New hires in 2006: **3 male; 1 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **2 male; 1 female**
"Of counsel" lawyers: **3**
Paralegals/support staff: **8 paralegals; 21 support staff**
Hourly billing rates: **N/R**
Gross revenue: **N/R**
Revenue per lawyer: **N/R**
Profit: **N/R**
Profit per partner: **N/R**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **N/R**
Associates' starting salary as of Jan. 1, 2007: **N/R**
Annual billable hours expected of associates: **N/R**
Total annual pro bono hours: **N/R**
Dress policy: **Business**

# 93
**20 LAWYERS**

**LeBOEUF, LAMB, GREENE & MacRAE**
260 Franklin St.
Boston 02110
(617) 748-6800
(617) 439-0341 (fax)

MA attorneys: **20**
Total attorneys (worldwide): **700+**
Equity partners: **4 male; 0 female**
New hires in 2006: **2**
Elevations in 2006: **0 male; 0 female**
Departures in 2006: **2 male; 0 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **2 paralegal; 17 support staff**

Hourly billing rates:
   Partners: **$600-$725**
   Junior partners/associates: **$395-$550**
   Paralegals: **$165-$180**
Gross revenue: **$513,699,057**
Revenue per lawyer: **$797,669**
Profit: **N/R**
Profit per partner: **$1,427,061**
Profit margin: **N/R**
Associates' starting salary as of fall 2006: **$135,000**
Associates' starting salary as of Jan. 1, 2007: **$135,000**
Annual billable hours expected of associates: **2,000**
Dress policy: **Casual**

# 96
**19 LAWYERS**

**CAIN HIBBARD MYERS & COOK**
66 West St.
Pittsfield 01201
(413) 443-4771
(413) 443-7694 (fax)

MA attorneys: **19 (11 male; 8 female)**
Total attorneys (worldwide): **19**
Equity partners: **5 male; 3 female**
New hires in 2006: **1 male;0 female**
Elevations in 2006: **0 male; 1 female**
Departures in 2006: **1 male; 0 female**
"Of counsel" lawyers: **1**
Paralegals/support staff: **9 paralegals; 20 support staff**
Hourly billing rates:
Partners: **$210-$235**
   Junior partners/associates: **$150-$200**
   Paralegals: **$85-$155**
   Other: **$50-$80**
Gross revenue: **$6,203,000**
Revenue per lawyer: **$413,500**
Profit: **$2,660,000**
Profit per partner: **$295,275**
Profit margin: **43%**
Associates' starting salary as of fall 2006: **$52,000**
Associates' starting salary as of Jan. 1, 2007: **$58,000**
Annual billable hours expected of associates: **1,872**
Dress policy: **Business; Fridays-casual only.**