# EXHIBIT 8

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSE, <br><br> Defendants. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSE, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**INITIAL DISCLOSURES OF PROFESSIONAL SERVICES GROUP, INC.**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2, Plaintiff and Defendant-in-Counterclaim Professional Services Group, Inc. ("PSG") provides the following initial disclosures:

1.   Persons likely to have discoverable information that PSG may use to support its claims and defenses, excluding information solely for impeachment, include:

Michael Sause
103 Par Haven Drive, Apt. K-11
Dover, DE 19904
(Knowledge of performance of contract and allegations of misconduct by Sause and Thomson)

Gregory Thomson
790 Liberty Street
Rockland, MA 02370
(Knowledge of performance of contract and allegations of misconduct by Sause and Thomson)

Bradley Plante
Town Administrator
Town Hall
242 Union Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Robert Corvi, Sr.
Chair
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Richard Bowen, Esq.
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Anne Highland, Esq.
Kopelman & Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(Knowledge of procurement process and contract negotiations)

Gregory Sullivan
Inspector General
Commonwealth of Massachusetts
One Ashburton Place, Suite 1311
Boston, MA 02108
(Knowledge of investigation into allegations of misconduct by Sause and Thomson)

William Stewart
Vice-Chair
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Walter Byrne III
Commissioner
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Walter Simmons
Commissioner
Rockland Sewer Commission
587 Rear Summer Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

John Llewellyn
Selectman
Town of Rockland
Town Hall
242 Union Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Larry Ryan
Selectman
Town of Rockland
Town Hall
242 Union Street
Rockland, MA 02370
(Knowledge of performance and termination of contract and investigation into allegations of misconduct by Sause and Thomson)

Jack McCarthy
Office of the Inspector General
Commonwealth of Massachusetts
One Ashburton Place, Suite 1311
Boston, MA 02108
(Knowledge of investigation into allegations of misconduct by Sause and Thomson)

John Franey
37 Forest Street
Carver, MA 02330
(Knowledge of investigation into allegations of misconduct by Sause and Thomson)

John Sullivan
Melanson Heath and Company, P.C.
Corporate Place 93, Suite 114
100 Burtt Road
Andover, MA 01810
(Knowledge of investigation into allegations of misconduct by Sause and Thomson)

Aram Varjabedian
52 Thomas St.
Middleborough, MA 02346
(Knowledge of performance of contract)

John Higgins
Director
Municipal Services
Department of Environmental Protection
50 Route 20
Millbury, MA 01527
(Knowledge of approval of contract)

Keeper of Records
North Abington Co-operative Bank
6 Harrison Avenue, P.O. Box 68
North Abington, MA 02351
781-878-0045

Keeper of Records
Wainwright Bank
63 Franklin Street
Boston, MA 02110
617-478-4000

2. The following is a description by category of documents in PSG's possession that may be used to support its claims and defenses:

Contracts between Town of Rockland and PSG/Metcalf & Eddy

PSG accounting records relating to contracts

Forensic Investigation report

Personnel records for Sause

Correspondence

Check requests

Cancelled checks

Bank statements for accounts opened by Sause and/or Thomson

5

These documents are in the custody, possession or control of PSG and/or its counsel in this matter.

3. PSG calculates that it is owed compensatory damages totaling $1,048,000.00. The documents upon which this calculation is based are available for inspection and copying pursuant to Rule 34 of the Federal Rules of Civil Procedure.

4. PSG will make available for inspection and copying pursuant to Rule 34 of the Federal Rules of Civil Procedure any insurance policies which may satisfy all or part of judgment that may be entered in this matter.

        Respectfully submitted,
        PROFESSIONAL SERVICES GROUP, INC.,
        By its attorneys,

        _____
        Maria R. Durant (BBO # 558906)
        David M. Osborne (BBO # 564840)
        Sara E. Noonan (BBO # 645293)
        DWYER & COLLORA, LLP
        Federal Reserve Plaza
        600 Atlantic Avenue, 12th Floor
        Boston, MA 02210
        (617) 371-1000

DATED: November 22, 2004

**CERTIFICATE OF SERVICE**

    I, David M. Osborne, hereby certify that, on this 2nd day of November, 2004, I caused the foregoing document to be served by first class mail, postage pre-paid, on Joanne D'Alcomo, Esq., counsel for the Town of Rockland, at Jager Smith P.C., One Financial Center, Boston, MA 02111; Stephen M. CampoBello, Esq., counsel for Michael Sause, at CampoBasso & Bunnell PC, P.O. Box 548, 54 Main Street, Leominster, MA 01453; and Gregory Thomson at 790 Liberty Street, Rockland, Massachusetts.

_____
David M. Osborne