# EXHIBIT 9

Veolia Environnement | A world leader in environmental solutions
Case 1:04-cv-11131-PBS   Document 192-11   Filed 11/07/2007   Page 2 of 3
Page 1 of 2



Home › About Veolia

# Veolia Environnement

## To be a benchmark and take on the challenges of the future

Veolia Environnement is world leader in environmental services.
With more than 270,000 employees the company has operations all around the world and provides tailored
solutions to meet the needs of municipal and industrial customers in four complementary segments: water
management, waste management, energy management and passenger transportation.
Veolia Environnement recorded revenue of €25.2 billion in 2005.



Veolia Environnement is the only global company to offer the entire range of environmental services in the
water, waste management, energy and transportation sectors.



We have been creating global and integrated solutions for public and private sector clients the world over for
more than 150 years.



The quality of our research, the expertise and synergies developed between our teams, our mastery of the
public-private partnership model and our commitment to sustainable development have made us a
benchmark player in major environmental matters.

Veolia Environnement ן A world leader in environmental solutions



So we take a long-term approach, basing our corporate culture on experience and anticipation. Because our partnerships are for long periods, preparation for the future is central to our values. That preparation is in the form of skills management for employees and major research and development programs.

**The film**



Discover the Veolia Environnement's advertising film.

**If someone says environment, what springs to mind ?**



**About Veolia**

- Key figures
- History
- Corporate governance
- Locations
- People
- Sustainable Development

**Global leader in environmental solutions**

Locations
| All our locations | OK |