# EXHIBIT 1

Town of Rockland                                                    Page 1
c/o John Loughlin, Superintendent                                  4/12/2005
Rockland Sewer Department                        Account No:   5316-0001M
587 Rear Summer Street                           Statement No:      41281
                                                 Document No:      189625

Attn: John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 8/25/2004 | JDA | Telephone conference with Bradley Plante re: certification for scheduling conference. | 0.20 |
| 8/26/2004 | JDA | Review of materials in Kopelman & Paige files; review of proposed scheduling order | 1.30 |
| 8/27/2004 | JDA | Telephone conference with David Osborne, PSG counsel re: scheduling and other matters | 0.50 |
| 8/29/2004 | JDA | Preparation of revised schedule for scheduling conference; communication with David Osborne | 0.50 |
| 8/30/2004 | JDA | Telephone conference with Bradley Plante re: settlement demand issue in order to comply with court rule regarding making of settlement demand; telephone conference with attorney for Michael Sause re: cooperation issues; telephone conference with David Osborne re: schedule; more revisions to schedule for submission to court | 1.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 9/28/2004 | JDA | Telephone conference with attorney for Michael Sause | 0.50 |
| 9/30/2004 | JDA | Telephone conference with attorney for Michael Sause re: interview with Michael Sause; preparation of communication | 0.70 |
| 10/4/2004 | JDA | Preparation for conference with Michael Sause, review of file materials; interview with Michael Sause | 4.00 |
| 10/5/2004 | JDA | Attendance at scheduling conference; conference with Michael Sause's attorney; telephone conference with Michael Sause | 1.50 |
| 10/6/2004 | JDA | Telephone conference with Michael Sause and attorney; attention to organization of file materials | 2.00 |
| 10/12/2004 | JDA | Preparation of personnel records request to PSG with respect to Michael Sause records to gain information re: Sause role at PSG | 0.40 |
| 10/13/2004 | JDA | Preparation of correspondence to U.S. Filter re: request for Michael Sause's personnel records | 0.50 |
| 10/15/2004 | JDA | Telephone conference with  Michael Sause | 0.20 |
| 10/18/2004 | HPB | Office conference re: initial disclosures required (2x) | 0.30 |
| 10/18/2004 | JDA | Office conference re: work to be done on initial disclosures | 0.30 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 11/4/2004 | JDA | Continued review of Rockland records from Brad Plante and organization of file | 2.50 |
| 11/5/2004 | JDA | Meeting with Detective Wentworth and review of police documents; travel to sewer commission offices and review of documents; conference with William Stewart, Sewer Commissioner | 5.00 |
| 11/8/2004 | JDA | Review and organization of police department records and analysis of same | 2.60 |
| 11/15/2004 | JDA | Preparation for meeting with selectmen re: update on case; meeting with selectmen re: discovery issues and litigation issues | 4.20 |
| 11/20/2004 | JDA | Research in preparation for automatic disclosure | 0.20 |
| 11/22/2004 | JDA | Preparation of automatic disclosure including telephone conferences with Bradley Plante, Christine McGuiness on business and review of documents; review of Michael Sause personnel records produced by U.S. Filter; office conference with H. Blatchford | 4.00 |
| 11/23/2004 | JDA | Office conference with H. Blatchford; telephone conference with Stephen Campobasso, Sause's attorney re: automatic disclosures | 1.00 |
| 12/6/2004 | HPB | Research re: vicarious liability | 1.80 |
| 12/9/2004 | HPB | Research on vicarious liability issues | 2.50 |
| 12/13/2004 | HPB | Research re: vicarious liability | 1.20 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 12/26/2004 | JDA | Review of discovery; attention to file organization | 1.60 |
| 12/28/2004 | JDA | Review of communication from Kopelman-Page re: subpoena; telephone conference with Kopelman-Page re: handling of subpoena | 1.75 |
| 12/28/2004 | JDA | Review of communication from Kopelman-Page re: subpoena; telephone conference with Kopelman-Page re: handling of subpoena | 1.75 |
| 12/29/2004 | JDA | Telephone conference with paralegal Pat Wilson at Camp Dresser & McKee re: subpoena and information needed for claim | 0.50 |
| | HPB | Research on vicarious liability | 0.80 |
| 1/19/2005 | HPB | Office conference with J. D'Alcomo re: request for production | 0.50 |
| 1/19/2005 | JDA | Office conference with H. Blatchford re: request for production | 0.50 |
| 1/19/2005 | JDA | Telephone conference with Stephen Campobasso, Michael Sause re: mediation; research re: potential mediation; telephone conference with David Osborne re: mediation; review of discovery requests; internal conference re: document production | 3.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 1/20/2005 | HPB | Review PSG's RPD's to Town of Rockland; annotate RPD with reference to cited pleadings and documents; telephone conference with Chris McGuiness of Rockland Sewer Commission re: documents to be assembled; fax to C. McGuiness of Rockland Sewer Commission re: documents to be assembled; voicemail to Brad Plante; fax to Brad Plante, Town Administrator re: documents to be assembled | 2.40 |
| 1/20/2005 | JDA | Communications with Bradley Plante, Town Administrator and Christine McGuiness of Sewer Commission re: document production; internal conference re: same | 0.50 |
| 1/21/2005 | HPB | Telephone conference with Town Administrator Brad Plante; review list of ADR providers; communication with J. D'Alcomo re: discovery | 0.80 |
| 1/21/2005 | JDA | Communication with H. Blatchford re: discovery | 0.20 |
| 1/27/2005 | HPB | Telephone conference with Town Administrator Brad Plante; telephone conference with C. McGuiness of Sewer Commission re: discovery; telephone conference with Town Administrator Brad Plante re: discovery responses; e-mail memo to J. D'Alcomo | 0.80 |
| 1/28/2005 | HPB | Telephone conference with C. McGuinness of Sewer Commission re: discovery; communication with J. D'Alcomo re: discovery | 0.40 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 1/28/2005 | JDA | Communications with H. Blatchford re: discovery | 0.20 |
| 1/31/2005 | HPB | Initial review of documents received from Town Administrator B. Plante re: discovery | 0.30 |
| 2/4/2005 | HPB | Telephone conference with J. D'Alcomo re: documents received from Town | 0.30 |
| 2/4/2005 | JDA | Telephone conference with H. Blatchford 1 | 0.30 |
| 2/7/2005 | HPB | Office conference with J. D'Alcomo re document production (2x); telephone conference with Chris McGuiness of Sewer Commission re: discovery issues; telephone conference with Mary Stewart of Selectmen's Office re: discovery issues | 1.20 |
| 2/7/2005 | JDA | Conference with H. Blatchford re: discovery issues | 0.40 |
| 2/8/2005 | HPB | Telephone conference with Mary Stewart of Selectmen's office (2x); telephone conference with Chris McGuiness of Sewer commission telephone conference with J. D'Alcomo (2x) re: discovery issues; assemble materials for document review | 1.50 |
| 2/8/2005 | JDA | Internal conference re: document production issues; telephone conference with Stephen Campobasso's office , attorney for Michael Sause, in response to call; attention to document production response | 1.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 2/9/2005 | HPB | Meet with Eric Hart (Town Accountant) and Mary Stewart at Rockland Town Hall; review documents at Rockland Town Hall in connection with document production; meet with Chris McGuiness at Rockland Sewer Commission; review files at Rockland Sewer Commission in connection to document production; office conference with J. D'Alcomo; draft memorandum re: document review in connection with request for production | 7.40 |
| 2/9/2005 | JDA | Conference with H. Blatchford re: discovery | 0.30 |
| 2/10/2005 | HPB | Review and organize documents received from Town of Rockland; Office conference with J. D'Alcomo (2x) re: discovery issues; office conference with Ikon re: copies of documents | 2.40 |
| 2/10/2005 | JDA | Conference with H. Blatchford re: discovery | 0.50 |
| 2/11/2005 | HPB | Office conference with J. D'Alcomo re: documents copied by Ikon in connection with discovery | 0.30 |
| 2/11/2005 | JDA | Conference with H. Blatchford re: document production | 0.30 |
| 2/13/2005 | HPB | Office conference with J. D'Alcomo re: document production | 0.30 |
| 2/13/2005 | JDA | Conference with H. Blatchford re: discovery | 0.30 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 2/15/2005 | HPB | Communication with J. D'Alcomo re: status of document production; review documents received from Sewer Commissioner; telephone conference with Brad Plante; telephone conference with John Sullivan, auditor for Town, re: his forensic audit | 0.70 |
| 2/15/2005 | JDA | Communication with H. Blatchford re: search for responsive documents | 0.30 |
| 2/16/2005 | HPB | Telephone conference with J. Sullivan, CPA (2x); conference with J. D'Alcomo re: forensic accountant's documents | 0.50 |
| 2/16/2005 | JDA | Review of documents; conference with H. Blatchford re: discovery issues | 1.00 |
| 2/17/2005 | HPB | Telephone conferences with J. Sullivan, CPA, who was forensic auditor; review of personnel records of G. Thomson received from Town Administrator; office conferences with J. D'Alcomo re: document production | 1.50 |
| 2/17/2005 | JDA | Conferences with H. Blatchford re: document production; review of documents | 0.40 |
| 2/18/2005 | HPB | Telephone conference with J. Sullivan, CPA, forensic auditor | 0.30 |
| 2/18/2005 | JDA | Internal conference re: document production; review of documents | 0.30 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|-------------|-------|
| 2/22/2005 | HPB | Voicemail from Melanson Heath & Co., forensic auditor; office conference with J. D'Alcomo re: documents received from forensic accountant | 0.30 |
| 2/27/2005 | HPB | Office conference with J. D'Alcomo re: document production | 0.30 |
| 2/27/2005 | JDA | Review and organization of documents for document production | 0.30 |
| 2/28/2005 | HPB | Telephone conference with J. D'Alcomo; assemble documents for delivery; correspondence to D. Osborne, Esq. re: document production | 0.80 |
| 3/1/2005 | HPB | Internal conference and conference with Ikon re: document production | 0.30 |
| 3/2/2005 | HPB | Telephone conference with J. D'Alcomo re: discovery; check documents received back from Ikon in connection with document production | 0.80 |
| 3/2/2005 | JDA | Conference with H. Blatchford re: document production | 0.20 |
| 3/3/2005 | HPB | Review of copied documents prior to production; assemble; office conference re: discovery; correspondence to D. Osborne, Esq. re: discovery | 0.80 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 3/7/2005 | HPB | Telephone conference with Brad Plante, town administrator re: discovery; telephone conference with Chris McGuiness of Sewer Commission, re: discovery | 0.50 |
| 3/8/2005 | HPB | Telephone conference with Brad Plante, town administrator re: status; telephone conference with Sewer Commissioner Bill Stewart; e-mail to J. D'Alcomo re: discovery issues; telephone conference with Ikon (3x) re: document production | 0.90 |
| 3/8/2005 | JDA | Communication with H. Blatchford re: outstanding discovery issues | 0.30 |
| 3/9/2005 | HPB | Telephone conference with C. McGuiness of Sewer Commission re: discovery; telephone conference with Ikon re: document production (2x); telephone conference with Brad Plante re: document copying for production | 1.20 |
| 3/10/2005 | HPB | Review documents received from Ikon in connection with document production | 1.20 |
| 3/11/2005 | HPB | Review Rockland Sewer Commission documents for production | 0.80 |
| 3/14/2005 | HPB | Review of documents to be produced | 1.20 |
| 3/15/2005 | HPB | Review of Rockland Sewer Commission documents for production | 1.30 |
| 3/15/2005 | JDA | Telephone conference with Peter Campobasso re: status of Michael Sause representation in view of Stephen Campobasso's death; communication to Michael Sause | 0.60 |

| Date | Lawyer /<br>Paralegal | Description | Hours |
|------|------|------|------|
| 3/16/2005 | HPB | Telephone conference with J. D'Alcomo re: document production; review documents for production | 1.40 |
| 3/16/2005 | JDA | Communications with H. Blatchford re: discovery issues | 0.60 |
| 3/17/2005 | HPB | Review documents for production | 0.40 |
| 3/18/2005 | HPB | Review documents for production | 0.50 |
| 3/22/2005 | HPB | Review of documents for production | 0.80 |
| 3/23/2005 | HPB | Review documents for production | 0.40 |
| 3/24/2005 | HPB | Review documents for production | 0.50 |
| 3/25/2005 | HPB | Telephone conference with C. McGuiness of Rockland Sewer Commission re: document production issues | 0.60 |
| 3/29/2005 | JDA | Travel to Rockland to review documents for discovery purposes; conferences with Christine McGuiness of Rockland Sewer Commission re: documents; review of documents | 6.00 |
| 3/30/2005 | HPB | Document review for production | 0.80 |
| 3/31/2005 | JDA | Telephone conference with Michael Sause re: status; communication to David Osborne, PSG lawyer, re: status | 1.00 |

| Date | Lawyer / Paralegal | Description | Hours | | | |
|------|--------------------|-------------|-------|---|---|---|
| | | | 102.20 | | | |
| | JDA | | 58.20 | 400.00 | $ | 23,280.00 |
| | HPB | | 44.00 | 325.00 | $ | 14,300.00 |
| | | | 102.20 | | $ | 37,580.00 |

# EXHIBIT 2

Town of Rockland                                        Page 1
c/o John Loughlin, Superintendent                     10/31/2005
Rockland Sewer Department              Account No:   5316-0001M
587 Rear Summer Street                 Statement No:      42546
                                       Document No:       189695

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 4/5/2005 | HPB | Review Documents for production | 0.90 |
| 4/8/2005 | PJ | Review deposition document subpoenas for documents received. Interoffice conference re same. | 0.70 |
| 4/8/2005 | HPB | E-mail and office conference with P. Jones re document production. | 0.30 |
| 4/11/2005 | PJ | Telecon with opposing counsel re document production conference with Ikon re copying of same. | 0.50 |
| 4/14/2005 | HPB | Review of documents for production | 0.80 |
| 4/27/2005 | HPB | Review documents for production | 0.90 |
| 4/29/2005 | HPB | Review documents for production | 0.50 |
| 5/11/2005 | PJ | Research and review documents | 2.00 |
| 5/11/2005 | HPB | Office conference with P. Jones re: Rockland documents to be produced | 0.50 |
| 5/13/2005 | JDA | Preparation of communications to inspector general in response to request from Town; review assembly of documents for production | 2.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 5/16/2005 | JDA | Travel to and from Rockland for selectmen's meeting; attendance at selectman's meeting regarding status of case, conference with Rockland Sewer Commission Superintendent regarding litigation. | 4.50 |
| 6/21/2005 | JDA | Research re mediations; telephone conference with defense counsel re mediation; preparation of e-mail re potential mediation and other matters | 1.00 |
| 6/22/2005 | JDA | Telephone conference with defense counsel in mediation; efforts to reach Sause's counsel; telephone conference with Michael Sause; communication with defense counsel | 1.50 |
| 6/23/2005 | JDA | Communications with defense counsel re mediation and discovery | 0.50 |
| 6/24/2005 | JDA | Telephone conference with defense re mediation and motion to court | 0.50 |
| 6/27/2005 | JDA | Telephone conference with defense counsel re mediation | 0.40 |
| 7/1/2005 | JDA | Review of communications with defense counsel re mediation | 0.10 |
| 7/6/2005 | JDA | Review of communications from mediator; review of documents in preparation for discovery | 2.70 |
| 7/21/2005 | JDA | Work on requests for production and review of documents | 4.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 8/15/2005 | JDA | Research re PSG and its affiliates in public bidding situations and other research re PSG | 3.00 |
| 9/16/2005 | JDA | Review of communications from court | 0.10 |
| 10/10/2005 | JDA | Preparation of requests for production | 4.00 |
| 10/16/2005 | JDA | Continued preparation of first request for production of documents | 6.00 |
| 10/17/2005 | JDA | Final editing of request for production of documents, file organization; review of communications from Sause counsel | 4.00 |

| Date | Lawyer / Paralegal | Description | Hours | | |
|------|--------------------|-------------|-------|---|---|
| | | | 41.90 | | |
| | JDA | | 34.80 | 400.00 | $ 13,920.00 |
| | HPB | | 3.90 | 325.00 | $ 1,267.50 |
| | PJ | | 3.20 | 135.00 | $ 432.00 |
| | | | 41.90 | | $ 15,619.50 |

# EXHIBIT 3

Town of Rockland                                                        Page 1
c/o John Loughlin, Superintendent                                      2/8/2006
Rockland Sewer Department                      Account No:        5316-0001M
587 Rear Summer Street                         Statement No:           42914
                                               Document No:           189653

Attn: John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 11/1/2005 | JDA | Review of Communications from court | 0.20 |
| 1/10/2006 | HPB | Email from J. D'Alcomo; telephone conference with J. D'Alcomo (3x); telephone conference with John Loughlin at Rockland Sewer Department (2x); telephone conference with W. Peterson formerly of Woodard & Curran, re: 1997 procurement issues in Rockland; telephone conference with G. Grissup at Camp, Dresser, McKee re discovery issues; legal research re claims and defenses. | 4.40 |
| 1/10/2006 | JDA | JDA internal conference end communication re damage issue | 0.50 |
| 1/11/2006 | HPB | Telephone conference with G. Grissup at CDM re discovery issues; telephone conference with W. Peterson formerly with Woodard & Curran, re: 1997 procurement issues; legal research re claims/defenses | 0.50 |
| 1/12/2006 | HPB | Research on claims and defenses | 5.50 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 1/12/2006 | JDA | Numerous telephone conferences and internal conferences to gather information re basis for damages; telephone conference with Michael Sause | 5.00 |
| 1/13/2006 | HPB | Legal research for mediation memo | 3.50 |
| 1/15/2006 | JDA | Preparation of mediation submission | 9.00 |
| 1/16/2006 | HPB | Legal research re claims/defenses for mediation memo;draft memo re legal issues | 7.30 |
| 1/16/2006 | JDA | Continued preparation of mediation submission including legal research and review of documents produced by PSG | 9.00 |
| 1/17/2006 | JDA | Travel to Rockland for Selectmen's meeting for update on litigation; final editing of mediation submission | 8.00 |
| 1/19/2006 | JDA | Telephone conference with PSG counsel re mediation conference with Town Administrator, Brad Plante re mediation; telephone conference with mediator re mediation; preparation for conference with Michael Sause | 4.00 |
| 1/20/2006 | JDA | Attendance at mediation; conference with Brad Plante and Mary Parsons re mediation | 7.00 |
| 1/22/2006 | JDA | Telephone conference with Michael Sause re Rockland Background; preparation of discovery and review of documents | 4.00 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 1/24/2006 | PJ | Research re Office of Inspector General and DA, of Plymouth Co., research Sause's attendance at Office of Inspector General Procurement Seminar. Telephone call to counsel. Draft letter to Office of Inspector General re Freedom of Information Act request for procurement seminar records and send out same. T/C to Office of Inspector General re same. | 2.70 |
| 1/24/2006 | HPB | Office conference with P. Jones Re documents | 0.40 |
| 1/24/2006 | JDA | Internal Conference re public records law request to Inspector General's office and related research; Preparation of correspondence; review of PSG's response to request for production; preparation of notices of depositions for Mintz Levin and attorney David Lurie relating to Davie Lurie's legal work at the request of Michael Sause, and attention to related research; preparation of Massasoit Community College subpoena | 5.50 |
| 1/25/2006 | PJ | Draft Subpoena Duces Tecum re G. Thomson's education records, draft Schedule A. Research re same | 1.50 |
| 1/25/2006 | JDA | Internal conference re witness issues | 0.50 |
| 1/26/2006 | PJ | Finalize and send out subpoena re Massasoit Community College. Draft and finalize and send out for service Mintz 30(b) (6) and Laurie deposition notices and subpoenas Lurie's legal work at request of Michael Sause | 4.80 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 1/30/2006 | PJ | Telecall to opposing counsel re rescheduling of depos.  Telecall to opposing counsel's paralegal re outstanding productions. | 0.50 |
| 1/30/2006 | HPB | Office conference with J. D'Alcomo re discovery issues | 0.50 |
| 1/30/2006 | JDA | Internal conference re discovery issues | 0.50 |
| 1/31/2006 | PJ | Telecall to Michael O'Connell re Plymouth County docket numbers. Follow-up telecall with Barbara Hansberry of Office of Inspector General re Thomson certificate for procurement seminar.  Additional telecalls with Office of Inspector General re Thomson certificate.  Draft and finalize subpoena to Rockland Public Schools re Thomson education records.  Draft correspondence re same | 3.20 |
| 1/31/2006 | JDA | Attention to subpoena for Rockland Public Schools re Thomson's records and related matters | 1.00 |

| Date | Lawyer / Paralegal | Description | Hours | | |
|------|--------------------|-------------|-------|---|---|
| | | | 89.00 | | |
| | JDA | | 54.20 | 400.00 | $ 21,680.00 |
| | HPB | | 22.10 | 325.00 | $ 7,182.50 |
| | PJ | | 12.70 | 135.00 | $ 1,714.50 |
| | | | 89.00 | | $ 30,577.00 |

# EXHIBIT 4

Town of Rockland                                                              Page 1
c/o John Loughlin, Superintendent                                         3/31/2006
Rockland Sewer Department                         Account No:   5316-0001M
587 Rear Summer Street                            Statement No:       43114
                                                  Document No:       189706

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 2/1/2006 | PJ | Telecall with Attorney Eaby, Sause's bankruptcy attorney. Follow-up with email. Draft letter to send to opposing counsel. Follow-up with opposing counsel's paralegal re missing docs from PSG production. Telecall to Plymouth Sup Ct. Research criminal dockets. Pull same. Order copies of documents from Court. Draft public records law request. | 3.70 |
| 2/2/2006 | PJ | Follow-up email to Attorney Eaby, re Sause's Bankruptcy attorney. | 2.00 |
| 2/2/2006 | JDA | Review of documents from office of Inspector general. Plymouth County Superior Court; attention to file. | 1.00 |
| 2/3/2006 | PJ | Email Attorney Eaby re Sause Bankruptcy | 0.50 |
| 2/5/2006 | MJF | Various internet e-mails re bankruptcy issues | 0.40 |
| 2/6/2006 | JDA | Attendance at Selectman's meeting re status of case and work needing to be done; travel to and from Selectman's meeting | 3.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 2/7/2006 | SEN | Met with J. D'Alcomo re motions to compel discovery from PSG and from Mintz Levin; drafted motion to compel production of documents from Mintz Levin; drafted motion to compel production of documents from PSG | 5.50 |
| 2/8/2006 | SEN | Spoke with J D'Alcomo re motions to compel discovery from PSG and from Mintz Levin; drafted motion to compel production of documents from Mintz Levin drafted motion to compel production of documents from PSG | 6.90 |
| 2/9/2006 | PJ | Follow-up with Office of the Inspector General re list of attendees at procurement seminar. Follow-up re Plymouth Co. docs. | 0.50 |
| 2/9/2006 | SEN | Spoke with J D'Alcomo re motions to compel discovery from PSG and from Mintz Levin; drafted motion to compel production of documents from PSG | 3.20 |
| 2/9/2006 | JDA | Communications with Mintz Levin re document subpoena to it concerning David Lurie's legal work done at request PSG. | 0.30 |
| 2/10/2006 | PJ | Follow-up with Office of the Inspector General re additional information concerning list of attendees at procurement seminar | 0.30 |
| 2/13/2006 | SEN | Drafted motion to compel production of documents from PSG | 0.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 2/15/2006 | JDA | Preparation for David Lurie deposition; review of records produced by Mintz Levin through PSG's attempt to contact Ann Hyland at Kopelman-Paige. Telephone conference with Michael Sause | 3.50 |
| 2/16/2006 | SEN | Drafted motion to compel production of documents from PSG; attended Lurie deposition; drafted letter to D. Lurie re Town of Rockland documents in connection with his deposition | 6.50 |
| 2/16/2006 | JDA | Telephone conference with Ann Hyland re her knowledge of Lurie in connection with preparation of David Lurie deposition; continued preparation for Lurie deposition; taking of Lurie deposition; communications with PSG counsel re document production; internal conferences re discovery | 3.50 |
| 2/17/2006 | SEN | Drafted subpoena, Schedule A and cover letters for service of subpoena on American Express to review corporate credit card charges by Michael Sause; drafted and revised motion to compel documents from PSG; e-mail correspondence with J. D'Alcomo re same | 6.70 |
| 2/21/2006 | SEN | E-mail correspondence with D. Osbourne re motion to extend discovery; filed motion to extend discovery; spoke with J. D'Alcomo re discovery issues | 3.30 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 2/22/2006 | SEN | Met with J. D'Alcomo re scheduling and discovery issues; revised subpoena, Schedule A and cover letters for service of subpoena on American Express; spoke and e-mailed with New York attorney re subpoena | 4.40 |
| 3/3/2006 | JDA | Preparation of deposition notices and decisions about whom to depose; attention to research on witnesses current whereabouts for service of subpoena | 1.00 |
| 3/6/2006 | SEN | Drafted cover letter to D. Osbourne re subpoenaed documents | 0.20 |
| 3/10/2006 | JDA | Conference with PSG counsel re discovery issues | 0.50 |
| 3/14/2006 | JDA | Telephone conference with G. Thomson | 1.00 |
| 3/22/2006 | PJ | Telecall to Department of Environmental Protection re status of request for records response under State Freedom of Information Act concerning staffing of Rockland Wastewater Treatment Plan. Follow-up e-mail with attorney re same. | 0.30 |
| 3/26/2006 | JDA | Review of American Express documents relating to Michael Sause credit card charge | 0.30 |

| Date | Lawyer / Paralegal | Description | | Hours | | |
|------|--------------------|-----|-----|-------|-----|-----|
|  |  |  |  | 59.50 |  |  |
|  | JDA |  | 14.60 | 400.00 | $ | 5,840.00 |
|  | SEN |  | 37.20 | 250.00 | $ | 9,300.00 |
|  | PJ |  | 7.30 | 135.00 | $ | 985.50 |
|  | MJF |  | 0.40 | 250.00 | $ | 100.00 |
|  |  |  | 59.50 |  | $ | 16,225.50 |

# EXHIBIT 5

Town of Rockland                                                      Page 1
c/o John Loughlin, Superintendent                                   5/31/2006
Rockland Sewer Department                        Account No:    5316-0001M
587 Rear Summer Street                           Statement No:        43253
                                                 Document No:         189696

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 2/15/2006 | SEN | Continued work on Motion to Compel production of documents from PSG | 2.20 |
| 2/15/2006 | JDA | Preparation for deposition of David Lurie, attorney who prepared letter to Rockland Sewer Superintendent addressed to Michael Sause | 1.00 |
| 2/16/2006 | JDA | Continued preparation for Lurie deposition; Taking of deposition for David Lurie | 2.00 |
| 4/3/2006 | SEN | E-mail correspondence with New York counsel re American Express documents relating to Michael Sause and billing | 0.20 |
| 4/14/2006 | SEN | Met with J. D'Alcomo re preparation of Motion to compel PSG to produce documents, deposition scheduling, public records requests to Massachusetts Department of Environmental Protection to discover documents relating to number of persons used to staff Rockland Wastewater Treatment Plant and related materials | 1.50 |

| Date | Lawyer /<br>Paralegal | Description | Hours |
|------|------------------------|-------------|-------|
| 4/14/2006 | JDA | Conference with S. Nesin re status of Motion to Compel, depositions and public records request to Massachusetts Department of Environmental Protection | 0.40 |
| 4/16/2006 | JDA | Editing of Motion to Compel Professional Services Group to produce documents | 6.00 |
| 4/17/2006 | MJF | Conference with S. Nesin re bankruptcy stay issues concerning deposition of Michael Sause | 0.50 |
| 4/17/2006 | SEN | Reviewed and revised Motion to Compel documents; met with J. D'Alcomo re motion | 6.60 |
| 4/17/2006 | JDA | Internal conferences re Sause bankruptcy issues and effect on discovery; preparation of communications with opposing counsel to schedule depositions; conference with S. Nesin re motion to compel | 0.50 |
| 4/18/2006 | SEN | Reviewed and revised Motion to Compel documents, filed Motion to Compel documents | 4.00 |
| 4/19/2006 | SEN | E-mail correspondence with J. D'Alcomo re impact on litigation of M. Sause bankruptcy; met with M. Fencer re M. Sause bankruptcy; reviewed and revised Schedule A for 30 (b) (6) notice; e-mail correspondence with J. D'Alcomo re deposition notices; reviewed forensic auditor's report for information in drafting of Schedule A; phone call with D. Osborne re depositions and Motion to Compel | 1.90 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 4/20/2006 | SEN | E-mail correspondence with J. D'Alcomo re impact on litigation of M. Sause bankruptcy; met with M. Fencer re M. Sause bankruptcy; e-mail correspondence with J. D'Alcomo re deposition notices; left message with D. Osborne | 0.80 |
| 4/20/2006 | MJF | Numerous e-mails re stipulation; various telephone conferences with bankruptcy counsel re same; various revisions to same; draft and revise Motion to Approve Stipulation regarding M. Sause bankruptcy | 3.50 |
| 4/20/2006 | JDA | Numerous communications re Sause deposition issues in connection with M. Sause bankruptcy | 0.50 |
| 4/21/2006 | PJ | Follow up with copy service re copying public records documents requested | 0.30 |
| 4/21/2006 | SEN | Reviewed documents received from Massachusetts Department of Environmental Protection; left message with D. Osborne; email correspondence with J. D'Alcomo re various issues; met with M. Fencer in connection with bankruptcy automatic stay | 5.90 |
| 4/21/2006 | MJF | Telephone conference with S. Nesin and D. Osborne re Sause deposition; revise stipulation and motion re stay for bankruptcy court in connection with Sause deposition; e-mail to debtor's counsel re same | 5.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 4/25/2006 | SEN | Reviewed documents received from Massachusetts Department of Environmental Protection; e-mail correspondence with J. D'Alcomo re various issues; left messages for B. Plante and M. Sause; spoke with D. Osborne re upcoming depositions; drafted letters to D. Osborne re documents and depositions notices; drafted 30(b) (6) deposition notice; sent out subpoenas to witnesses; met with M. Fencer re automatic stay issue with respect to deposition of M. Sause | 6.80 |
| 4/25/2006 | MJF | Conference with S. Nesin re PSG discovery issues; draft e-mail to PSG counsel re same and automatic stay and issues regarding deposition of M. Sause in bankruptcy; telephone conference with Eaby re stipulation; numerous e-mails re same. | 1.00 |
| 4/26/2006 | MJF | E-mails re Sause stipulation concerning effect of bankruptcy filing and deposition of M. Sause | 0.30 |
| 4/26/2006 | SEN | E-mail correspondence with J. D'Alcomo re various issues; e-mail correspondence with D. Osborne re various issues; spoke with D. Osborne re depositions; phone calls with M. Sause, B. Plante, and J. Loughlin re depositions, representation, and other issues; reviewed documents received by Department of Environmental Protection | 3.90 |
| 4/28/2006 | MJF | Various e-mails re Sause stipulation; review docket re same | 0.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 4/28/2006 | SEN | E-mail correspondence with D. Osborne re depositions; spoke with D. Osborne re depositions | 0.30 |
| 5/1/2006 | SEN | Spoke with D. Osborne re depositions and Varjabedian documents; e-mail correspondence with J. D'Alcomo re documents; spoke with J. D'Alcomo re documents and depositions | 1.50 |
| 5/2/2006 | SEN | E-mail correspondence with D. Osborne re depositions and documents; reviewed PSG's opposition to Motion to Compel documents; spoke with M. Sause re deposition and bankruptcy issues | 2.40 |
| 5/3/2006 | SEN | Spoke with D. Osborne re depositions and documents | 0.30 |
| 5/4/2006 | HPB | Office conference with J. D'Alcomo re Sewer Commission minutes and disclosures review automatic disclosures; review boxes of documents re Sewer Commission minutes | 4.80 |
| 5/4/2006 | SEN | Spoke with D. Osborne re depositions; e-mail correspondence with  J. D'Alcomo re depositions | 0.50 |
| 5/5/2006 | HPB | Review Board of Selectman minutes (1993-2004) (Open and Executive Session) in connection with discovery; office conferences with J. D'Alcomo re documents | 5.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 5/5/2006 | SEN | Research re town administrator at time of procurement; e-mail correspondence with J. D'Alcomo re town administrator info and location of former town administrator at time of 1997 procurement | 0.30 |
| 5/8/2006 | SEN | Spoke with Sewer Superintendent, J. Loughlin, re depositions; e-mail correspondence with J. Loughlin; spoke with D. Osborne re depositions; e-mail correspondence with D. Osborne re depositions ;email correspondence with J. D'Alcomo re referral of discovery issues to magistrate judge and town administrator | 0.60 |
| 5/9/2006 | SEN | Spoke with J. Loughlin re deposition; met with J. D'Alcomo re various issues; spoke with D. Osborne re depositions | 2.50 |
| 5/10/2006 | JDA | Telephone conference with Michael Sause re his deposition and preparation for deposition | 6.00 |
| 5/11/2006 | MJF | Conference with J. D'Alcomo re Sause issues in connection with automatic stay in bankruptcy | 0.40 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 5/11/2006 | JDA | Preparation for Frank Cavalieri deposition, including extensive review of documents; telephone conference with Michael Sause; numerous internal conferences re deposition; telephone conference with opposing counsel re depositions | 14.00 |
| 5/11/2006 | SEN | Spoke with A. Hyland re documents; preparation for deposition with A. Hyland and R. Holland; compared and contrasted 1994 and 1997 requests for proposals | 4.40 |
| 5/12/2006 | PJ | Pull together documents re depo prep for deposition of PSG area manager, F. Cavalieri | 0.70 |
| 5/12/2006 | JDA | Preparation of deposition of former PSG area manager, F. Cavalieri and taking of deposition; telephone conference with forensic accountant re acting as expert | 8.00 |
| 5/15/2006 | JDA | Review of e-mail from defense counsel; internal communications re depositions and documents | 1.00 |
| 5/15/2006 | SEN | Spoke with D. Osborne re documents and deposition of former town counsel A. Hyland; spoke with town counsel, R. Holland re documents and deposition of A. Hyland; spoke with B. Plante re documents; met with J. D'Alcomo re various issues. | 2.00 |

| Date | Lawyer / Paralegal | Description | Hours | | |
|------|--------------------|-------------|-------|--|--|
| | | | 110.50 | | |
| | JDA | | 39.40 | 400.00 | $ 15,760.00 |
| | SEN | | 48.60 | 250.00 | $ 12,150.00 |
| | MJF | | 11.70 | 250.00 | $ 2,925.00 |
| | HPB | | 9.80 | 325.00 | $ 3,185.00 |
| | PJ | | 1.00 | 135.00 | $ 135.00 |
| | | | 110.50 | | $ 34,155.00 |