# EXHIBIT 6

Town of Rockland                                                          Page 1
c/o John Loughlin, Superintendent                                        7/12/2006
Rockland Sewer Department                          Account No:    5316-0001M
587 Rear Summer Street                             Statement No:         43405
                                                   Document No.          189711

Attn:  John Loughlin

U. S. Filter Corp. dispute

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 5/16/2006 | JDA | Telephone conferences with Michael Sause re: his deposition and preparation for his deposition; Telephone conferences with Jack Mikels representing William Corvi. Concerning subpoena to Corvi and his ability to testify; telephone conference with Mark Karsner re preparation for Wlliam Stuart's deposition; review of documents in preparation for meeting with Michael Sause concerning his deposition | 7.50 |
| 5/16/2006 | JDA | Internal communications re deposition matters and other discovery matters; internal communications re directions for subpoenas to multiple cities and towns where PSG had or has contracts to see contents of | 1.50 |
| 5/17/2006 | SEN | E-mailed 1998 contract to M.Sause; spoke with D. Osbourne re depositions and documents; spoke with B. Plante, town administrator re documents; spoke with M. Sause re deposition preparation; correspondence with J. D'Alcomo; met with J. D'Alcomo re various issues | 2.20 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 5/18/2006 | SEN | Received documents from Town of Rockland in connection with legal work production to PSG; reviewed documents for attorney-client privileged information; research re limited waiver of attorney-client privilege | 3.30 |
| 5/18/2006 | PJ | Attention to preparation of subpoenas (approximately 12) to cities and towns. Telecon re same. Needed research re same to locate correct addresses of Town officials | 5.00 |
| 5/19/2006 | SEN | Spoke with J. D'Alcomo re various issues; left message for J. Sullivan re auditor's report; spoke with J. Sullivan re auditor's report; reviewed forensic auditor documents, met with J. D'Alcomo re attorney-client privilege issues concerning public entities; research re attorney-client privilege for public entities in Massachusetts; drafted cover letter to D. Osbourne re documents; spoke with R. Holland re attorney-client privilege issue, faxed documents to R. Holland; spoke with D. Osbourne re documents and depositions; reviewed RFP's for preparation of M. Sause deposition | 5.60 |
| 5/22/2006 | SEN | E-mail correspondence with D. Osbourne re documents and depositions | 0.10 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 5/23/2006 | SEN | E-mail correspondence with D. Osbourne re documents and depositions; e-mail correspondence with J. D'Alcomo re deposition of William Rockland Sewer Commission; fax to D. Osbourne re subpoena of Susan Kennan, former office worker at PSG Norwell office during time RFP was prepared | 0.50 |
| 5/24/2006 | JDA | Preparation for depostion of Aram Varjabedian, Plant Manager, including telephone conferences with Michael Sause; numerous telephone conferences with representatives of cities and towns re subpoenas for contracts with PSG and related documents; telephone conference with Byrne's attorney re interview with Byrne, Former Sewer Commissioner | 6.00 |
| 5/25/2006 | JDA | Continued preparation for Varjabedian deposition; taking of Varjabedian deposition; telephone conference with Michael Sause re telephone call from PSG's private investigator; editing Motion to Compel Production of Documents held by Varjabedian at his house | 12.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 5/25/2006 | SEN | Preparation and attendance at deposition of A. Varjabedian of A. Varjabedian; met with J. D'Alcomo re deposition; drafted Motion to Compel Production of PSG documents and Rockland Wastewater Treatment plant documents removed by Varjabedian firm plant and stored at his house; e-mail correspondence with D. Osborne re depositions and documents; spoke with D. Osborne re documents; e-mail correspondence with D. Osborne and J. D'Alcomo re discovery agreement | 4.50 |
| 5/30/2006 | JDA | Extensive file organization and analysis of documents in preparation for depositions; numerous telephone conferences with town officials from various towns responding to document subpoenas for PSG contract and related documents; telephone conference with Brad Plante re deposition; attempts to reach Tighe Bond re testimony on issue of 1994 RFP and expert testimony concerning property of procedures; telephone conference with Pat Donnelly, former assistant to Greg Thomson at Rockland Sewer Commission, re | 6.00 |
| 5/31/2006 | SEN | Communications with D. Osborne re depositions and documents; preparation for deposition of Anne Marie Hyland, former Town Counsel | 1.40 |
| 6/1/2006 | SEN | Preparation for deposition of A. Hyland; attended deposition of A. Hyland; e-mail correspondence with D. Osborne re depositions | 3.70 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 6/2/2006 | SEN | Attendance at deposition of forner Town Administrator Kevin Donovan | 2.50 |
| 6/5/2006 | HPB | Research re evidentiary issues | 0.20 |
| 6/5/2006 | SEN | Preparation for deposition of W. Byrne; attended deposition of W. Byrne former Rockland Sewer Commissioner; met with J. D'Alcomo re deposition of W. Byrne | 2.20 |
| 6/6/2006 | HPB | Office conferences with J. D'Alcomo; re additional research on evidentiary issues | 3.50 |
| 6/6/2006 | JDA | Internal conferences re discovery issues; preparation for and taking of deposition of Susan Keenan, who worked in office of PSG in Norwell during time of 1997 procurement | 2.00 |
| 6/7/2006 | HPB | Research re evidentiary issues; draft memo; office conferences with J. D'Alcomo | 4.20 |
| 6/8/2006 | HPB | Research re evidentiary issues concerning co-conspirators statements; work on memo; review expert report and expert disclosure requirements; telephone conference with telephone forensic auditor John Sullivan at Melanson Heath re disclosure | 4.50 |
| 6/8/2006 | SEN | Spoke with J. D'Alcomo re various issues; left messages for D. Osborne and M. Durant re 30 (b) (6) deposition and other scheduling issues; left messages with A. Hyland, former Town Counsel | 0.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 6/8/2006 | JDA | Preparation for taking deposition of Cindy Solomon, Office Manager of PSG Norwell Office at time of 1997 procurement | 5.00 |
| 6/9/2006 | PJ | Assist with depo prep for depositions of PSG Office Manager | 0.50 |
| 6/9/2006 | HPB | Research memo on evidentiary issues | 4.50 |
| 6/9/2006 | SEN | Reviewed documents for deposition of C. Solomon; met with J. D'Alcomo re Solomon deposition; e-mail correspondence with D. Osborne and J. D'Alcomo; spoke with M. Karsner re PSG deposition of Rockland Commissioner William Stewart | 2.50 |
| 6/9/2006 | JDA | Continued preparation for taking of deposition of Cindy Solomon, PSG Norwell Office Manager at time of procurement, taking deposition of Cindy Solomon; telephone conference with M. Sause re Solomon deposition | 10.00 |
| 6/10/2006 | JDA | Telephone conference with Greg Thomson; review of documents in connection with preparation for initial Thomson meeting about RFP and related matters | 8.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|-------------|-------|
| 6/11/2006 | JDA | Meeting with Greg Thomson and extensive interview of Thomson about PSG involvement in procurement process and related matters; review of documents provided by Thomson; review of documents from town produced in discovery; review of documents with Greg Thomson; preparation of Thomson statement summarizing events that occurred in connection with drafting of RFP and procurement process. | 12.00 |
| 6/12/2006 | SEN | Spoke to B. Plante & E. Hart re: location of former Town Accountant; e-mail correspondence w/ J. D'Alcomo re: various issues; met w/ J. D'Alcomo re: G. Thompson; preparation for deposition of M. Sause; Drafted joint pretrial memorandum | 6.90 |
| 6/12/2006 | HPB | Review e-mail from J. D'Alcomo; telephone conference with J. Sullivan; e-mail to J. D'Alcomo; e-mail to/from J. Sullivan | 0.80 |
| 6/12/2006 | JDA | Meeting with Michael Sause and Sause attorney Lucy Rivera in preparation for his deposition; prep for meeting with Michael Sause concerning his deposition | 14.00 |
| 6/13/2006 | PJ | Assist with preparation of documents for Sause deposition | 0.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 6/13/2006 | SEN | Preparation for depostion of M. Sause; Attended deposition of M. Sause; reviewed documents for deposition of M. Sause; spoke w/ M Karsner re: deposition of W. Stewart; e-mail correspondence w/ D. Osborne re: deposition of W. Stewart | 7.30 |
| 6/13/2006 | HPB | E-mail from/to J. Sullivan (2x) forensic auditor; telephone conference with J. Sullivan (2x); draft correspondence; office conference with J. D'Alcomo re expert disclosure of forensic auditor John Sullivan | 1.70 |
| 6/13/2006 | JDA | Continued preparations for Michael Sause deposition; taking of Michael Sause deposition; communications with opposing counsel re discovery matters; conferences with Michael Sause and his attorney re deposition issues | 10.00 |
| 6/14/2006 | PJ | Interoffice conference re information needed. Telecall to Town of Hull Counsel re information concerning PSG contract with Town of Hull Counsel; Interoffice conference re same. | 0.50 |
| 6/14/2006 | SEN | Reviewed deposition exhibits in preparation for indentifying exhibits in joint pretrial memorandum | 5.00 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 6/14/2006 | HPB | Office conference with S. Nesin re Geogine Grissup at Camp Dresser McKee re Camp Dresser takeover of Rockland Wastewater Treatment Plant after Termination of PSG; telephone conference with Forensic Auditor J. Sullivan; e-mail to J. Sullivan; review revised disclosure by Forensic Auditor J. Sullivan; office conference with J. D'Alcomo | 1.50 |
| 6/15/2006 | PJ | Redact documents in anticipation of document production. Internal communications re same. Send out correspondence to opposing counsel re-expert | 4.00 |
| 6/15/2006 | SEN | Reviewed R. Michalski expert report from Tighe & Bond | 2.00 |
| 6/15/2006 | HPB | Telephone conference with J. D'Alcomo re Sullivan/Melanson Heath issues in connection with expert disclosure; telephone conference with John Sullivan | 0.60 |
| 6/16/2006 | SEN | Drafted narrative and witness sections of joint pretrial memorandum; preparation for deposition of Sewer Commissioner William W. Stewart; travel to/from deposition of W. Stewart; attended deposition of W. Stewart; met with J. D'Alcomo re deposition | 10.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 6/16/2006 | JDA | Numerous communications with opposing counsel re Sause documents; made available to Town under joint litigation agreement and demanded by PSG; research re common interest privilege; internal communications re Stewart deposition; internal communications re return of documents to Michael Sause; communications with Michael Sause re return of his documents | 10.00 |
| 6/17/2006 | SEN | Reviewed and revised narrative and witness sections of joint pre-trial memorandum | 3.50 |
| 6/18/2006 | JDA | Continued work on review of documents as potential exhibits, and work on pre-trial memorandum; numerous communications with opposing counsel re depositions and discovery and joint pre-trial memorandum issues; internal discussions concerning opposition to PSG's motion to produce Sause documents and strategy concerning same; research re same | 12.00 |
| 6/19/2006 | SEN | Drafted joint pre-trial memorandum; reviewed and revised joint pre-trial memorandum; spoke with D. Osborne re joint pre-trial memorandum; e-mail correspondence with D. Osborne; e-mail correspondence with J. D'Alcomo re various issues; reviewed 1994 RFP to 1997 RFP for differences and similarities | 6.60 |
| 6/19/2006 | JDA | Attention to work on pre-trial memorandum, including review of exhibits | 8.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|------|------|
| 6/20/206 | SEN | Reviewed and revised joint pre-trial memorandum; e-mail correspondence with D. Osborne re pre-trial memorandum; met with J. D'Alcomo re pre-trial memorandum; e-mail correspondence and phone call with E. Hart; reviewed expert report from E. Hart; drafted motion for leave to file pre-trial memo | 8.10 |
| 6/20/2006 | JDA | Continued work on joint pre-trial memorandum; numerous communications with opposing counsel re experts and other issues in connection with pre-trial | 13.00 |
| 6/21/2006 | PJ | Several telecall's with Hull's counsel re contract with PSG. Interoffice conference re same. Telecall with Hull Sewer Manager. Follow-up e-mail with attorney. Conference re same. Respond to e-mail from court reporter (research re: same) and telecall to Attorney Lampike re: docs from Town Hall concerning PSG's contract with Town Hull and related documents | 1.30 |
| 6/21/2006 | SEN | Met with J. D'Alcomo re common interest privilege and opposition to PSG's motion to compel Sause documents; reviewed document exhibits; met with J. D'Alcomo re Sause motion and compiling document exhibits to motion opposition | 8.40 |
| 6/22/2006 | PJ | Research M. Sause bankruptcy for attorney's use | 0.30 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 6/22/2006 | SEN | Drafted opposition to motion to compel Sause documents; attendance at pre-trial conference with Judge Saris | 3.50 |
| 6/22/2006 | JDA | Preparation of affidavit for Michael Sause concerning opposition to motion to compel Town to produce Sause documents; preparation of affidavit to Joanne D'Alcomo concerning opposition to motion to compel town to produce Sause documents; preparation for pretrial conference's attendance at pre-trial conference before Judge Saris; trial preparation | 12.00 |
| 6/23/2006 | SEN | Continued drafting of opposition to motion to compel town to produce Sause documents in its possession; drafted cover letters to send deposition  transcripts to A. Hyland; Attorney for former commissioner Byrne, Walsh and K. Donovan, former Town Administrator, met witj J. D'Alcomo re motion and various other issues; spoke with L. Fortier re costs to Town for services of Camp Dresser & McKee in conducting new procurement after PSG contracts was terminated in 2004. | 9.20 |
| 6/23/2006 | JDA | Continued attention to editing of opposition to motion by PSG to compel town to produce Sause documents; review of documents produced at office of PSG counsel | 10.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 6/26/2006 | JDA | Editing of opposition to motion to produce Sause documents; research re common interest in privilege same; attention to exhibits for trial and related matters | 8.00 |
| 6/27/2006 | JDA | Review of documents at PSG's counsel office; communications with PSG counsel trial preparation issues | 6.30 |
| 6/28/2006 | SEN | Research re opposition to PSG's motion for leave to amend complaint; drafted opposition to motion for leave to amend complaint; e-mail correspondence with J. D'Alcomo re opposition to motion | 6.40 |
| 6/28/2006 | JDA | Preparation for hearing on motion to compel Town to produce Sause documents obtained under common interest agreement; attendance at hearing on motion before magistrate Judge Collings; continued review of documents at office of PSG counsel; review of court rulings by magistrate Judge Collings; telephone conferences with Greg Thomson and Michael Sause re status and other issues; communications with opposing counsel re trial prep issues; continued trial prep | 12.00 |
| 6/29/2006 | PJ | Assemble deposition transcript book in anticipation of use by J. D'Alcomo in preparing examination and cross examination of witnesses | 1.00 |
| 6/29/2006 | HPB | Conference with J. D'Alcomo re research on corporate liability issue; review research re corporate liability | 1.80 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 6/29/2006 | JDA | Travel to Rockland for meeting with Sewer Commission and board of selectmen and attendance at meeting for update on status of case, strategy; meeting with Greg Thomson re additional documents and review of additional documents; internal communications re corporate liability issues | 9.00 |
| 6/30/2006 | HPB | Review e-mails from J. D'Alcomo; review research re corporate liability issues | 1.70 |

| Date | Lawyer / Paralegal | Description | | Hours | |
|------|------|------|------|------|------|
| | | | | 338.30 | |
| | JDA | | 194.30 | 400.00 | $ 77,720.00 |
| | HPB | | 25.00 | 325.00 | $ 8,125.00 |
| | SEN | | 105.90 | 250.00 | $ 26,475.00 |
| | PJ | | 13.10 | 135.00 | $ 1,768.50 |
| | | | 338.30 | | $ 114,088.50 |

# EXHIBIT 7

Town of Rockland                                                          Page 1
c/o John Loughlin, Superintendent                                      8/17/2006
Rockland Sewer Department                        Account No:      5316-0001M
587 Rear Summer Street                           Statement No:         43616

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 7/2/2006 | JDA | Research for trial , including evidentiary issues for trial; numerous communications and PSG counsel re discovery issues with respect to orders issued to PSG by Magistrate Judge Collings; review of discovery responses | 6.00 |
| 7/3/2006 | JDA | Continued trial preparation; review of disclosures by PSG in response to Magistrate Judge Collings' Order concerning discovery | 6.00 |
| 7/4/2006 | JDA | Trial preparation, | 4.00 |
| 7/5/2006 | SEN | Reviewed and revised opposition to Motion to Amend Answer; met with D. Osborne re documents; spoke with J. D'Alcomo re various issues | 7.00 |
| 7/5/2006 | JDA | Continued review of PSG documents at offices of Dwyer and Collora; continued trial preparation; numerous communications with opposing counsel re various matters; numerous internal conferences | 8.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|------|------|
| 7/6/2006 | HPB | Office conferences with J. D'Alcomo re evidentiary issues re Fifth Amendment privilege; declarations against interest; legal research re same | 4.00 |
| 7/6/2006 | JDA | Review and preparation of exhibits for exhibit list; continued trial preparation | 16.00 |
| 7/7/2006 | PJ | Additional organization and obtaining of docs; make copies of and organize of G. Thomson in anticipation of trial prep. Research various depo exhibits and copy for plaintiff's counsel in anticipation of trial prep | 2.20 |
| 7/7/2006 | HPB | Legal research on corporate liability | 3.00 |
| 7/7/2006 | JDA | Continued preparation of exhibit list for disclosure to PSG; preparation of witness list; continued trial preparation by review and analysis of exhibits | 10.00 |
| 7/8/2006 | JDA | Continued trial preparation, including editing of opposition to Motion to Amend Answer; organization, including identification of tasks that need to be done, identification of research and conducting of research for revised joint pre-trial memorandum; numerous communications with opposing counsel re various matters and numerous internal conferences | 5.00 |
| 7/9/2006 | JDA | Continued trial preparation including analysis of documents for use as exhibit | 5.00 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 7/10/2006 | PJ | Draft subpoenas, finalize same for signature. Research and update witness matrix, Additional document preparation in anticipation of trial; interoffice conference re case status and filing today. Technical assistance re load electronic items onto server for attorney's further use. | 2.50 |
| 7/10/2006 | HPB | Legal research on effect of release by Sause in bankruptcy; legal research on corporate liability issues | 4.00 |
| 7/10/2006 | SEN | Reviewed and revised surreply to Motion to Amend; filed surreply; | 6.00 |
| 7/10/2006 | JDA | Continued trial preparation, including numerous internal conferences, communications with opposing counsel and prospective witnesses; continued work on exhibit | 9.00 |
| 7/11/2006 | HPB | Review PSG's Motion to Dismiss based on Sause stipulation; conferences with J. D'Alcomo re same; legal research re Motion to Dismiss | 6.80 |
| 7/11/2006 | JDA | Continued trial preparation; internal conferences re Motion to Dismiss by PSG re filing in bankruptcy court concerning release of Michael Sause | 6.00 |
| 7/12/2006 | PJ | Interoffice conference re pleadings needed for trial book. Obtain and organized copies of same; finalize and send out subpoenas for trial; draft trial subpoenas and correspondence to additional witnesses; update witness list | 3.40 |

| __Date__ | __Lawyer / Paralegal__ | __Description__ | __Hours__ |
|---|---|---|---|
| 7/12/2006 | JDA | Continued trial preparation, including Motions in Limine to exclude various evidence | 4.00 |
| 7/13/2006 | HPB | Legal research re corporate liability and drafting of jury instructions concerning corporate liability | 12.00 |
| 7/13/2006 | JDA | Continued work on Exhibits | 4.00 |
| 7/14/2006 | HPB | Telephone conference with J. D'Alcomo; draft preliminary memorandum on vicarious liability; office conference with J. D'Alcomo re PSG's motions to exclude expert testimony; review PSG's motions to exclude testimony of Sullivan, Michalski, legal research re expert witness issues | 6.80 |
| 7/14/2006 | SEN | Reviewed motions filed by PSG; met with J. D'Alcomo re motions and pretrial memorandum | 0.50 |
| 7/14/2006 | JDA | Editing of opposition of Motion in Limine to exclude prior bad acts evidence concerning PSG; review of draft pre-trial memorandum; edits to pretial memorandum;  revisions to numerous communications with PSG counsel re exhibits and other matters | 6.00 |
| 7/16/2006 | SEN | Drafted opposition to Motion to Exclude Evidence of Woodard & Curran pricing | 6.20 |
| 7/17/2006 | SEN | Met with J. D'Alcomo re opposition to various motions; reviewed and revised opposition to Motion to Exclude Evidence of Woodard & Curran pricing. | 7.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 7/18/2006 | PJ | Several telecalls re ability to exhibit to be copied by plaintiff's counsel' telecall with Suvalle Jodrey re trial subpoenas; telecall with PSG's counsel; email to attorney re same | 0.90 |
| 7/18/2006 | HPB | Research/drafting re opposition to Motion to Exclude Expert Testimony of John Sullivan, forensic auditor in Limine; write opposition | 9.00 |
| 7/18/2006 | SEN | Reviewed and revised opposition to Motion to Exclude Evidence of Woodward & Curran pricing; met with J. D'Alcomo re motions and other issues | 4.50 |
| 7/19/2006 | HPB | Research/drafting of opposition of Motion to Exclude Testimony of Ronald Michalski, engineer at Tighe& Bond which prepared 1994 RFP; office conferences with M. Fencer re Michalski issues | 9.00 |
| 7/19/2006 | PJ | Review updated witness lists; collate and put together witness folders and build witness box in anticipation of trial prep; assist with pulling together information re: exhibits | 3.00 |
| 7/19/2007 | JDA | Review of PSG exhibits at Offices of Dwyer and Collora; preparation of objections to exhibits; internal communications re various research and drafts of opposition to motions to preclude evidence filed by PSG | 12.00 |
| 7/20/2006 | SEN | Reviewed and revised opposition to Motion to Exclude Evidence of Woodard & Curran | 1.60 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------|-------------|-------|
| 7/20/2006 | HPB | Attention to draft of opposition to Motion in Limine to preclude Ronald Michalski, Tighe & Bond engineer, who wrote 1994 RFP, and who had experience in preparing RFP from testifying; office conferences with J. D'Alcomo re same; legal research re same; revise and edit opposition; file opposition to Motion to Exclude Sullivan; file opposition to Motion to Exclude Michalski | 6.80 |
| 7/20/2006 | SEN | Reviewed and revised opposition to Motion to Exclude Evidence of Woodward & Curran pricing; met with J. D'Alcomo re various motions; filed motions; filed objection to witness and exhibit list | 5.00 |
| 7/20/2006 | JDA | Editing of opposition of Motion in Limine to exclude argument and evidence of preliminary pricing contained in draft work notes as proper measure of damages, Woodard and Curran witness; editing of opposition of Motion in Limine to exclude proposed expert testimony of Ronald Michalski, Tighe & Bond engineer, preparation of Rockland's objections to PSG's witnesses and proposed exhibit list; numerous communications with PSG counsel; communications with Inspector General's Office re various issues in connection with trial and potential trial testimony | 14.00 |
| 7/21/2006 | PJ | Prepare exhibits and index same in anticipation of trial prep; make arrangements to have docs copied for use at trial | 3.80 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 7/21/2006 | HPB | Legal research re evidentiary issue-vicarious admissions; office conferences with J. D'Alcomo concerning strategy and trial prep issues | 2.00 |
| 7/21/2006 | SEN | Attendance at final pretrial conference with Judge Saris; preparation for pretrial conference; | 3.00 |
| 7/21/2006 | JDA | Attendance at final pretrial conference; preparation for court hearing on motions to preclude evidence; numerous communications with PSG counsel, assembly of documents for Jack Bonomo, formerly of Woodard & Curran, to review in connection with his trial testimony; numerous internal communications concerning strategy and trial prep issues | 10.00 |
| 7/22/2006 | JDA | Preparation of exhibit charts containing detailed analysis of exhibits, purpose of exhibits, witnesses through whom exhibits are to be admitted, key points in examinations | 8.00 |
| 7/24/2006 | PJ | Various trial prep projects, draft additional trial subpoenas and have same served; research Aram Varjarbedian's employer in order to serve subpoena; research Rockland meeting minutes; pull together witness prep docs in anticipation of trial | 3.00 |
| 7/24/2006 | HPB | Telephone conference with J. D'Alcomo re John Sullivan, forsensic accountant; telephone conference with John Sullivan | 2.50 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 7/24/2006 | SEN | Spoke with D. Osborne re document issues, reviewed meeting minutes for documents; met with P. Jones re documents | 1.20 |
| 7/24/2006 | JDA | Attention to exhibits and preparation of exhibit chart, with analysis and comments; numerous communications with prospective witnesses regarding scheduling | 10.00 |
| 7/25/2006 | PJ | Assist attorney with various projects in preparation of trial | 5.60 |
| 7/25/2006 | JDA | Continued work on exhibit organization, analysis and development of charts analyzing which witness would be questioned about which exhibit, cross-examination points for exhibits, etc, numerous communications with opposing counsel re trial preparation matters; numerous communications with opposing counsel re trial preparation matters; numerous communications with witnesses concerning logistics; numerous internal communications concerning trial preparation matters | 9.00 |
| 7/26/2006 | PJ | Various projects in connection with trial preparation | 6.50 |
| 7/26/2006 | HPB | Legal research re evidentiary issues | 2.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 7/26/2006 | JDA | Continued trial preparation; continued work on exhibit charts containing analysis exhibits, key points, witnesses; internal conference re exhibits, numerous communications with prospective witnesses; attention to exhibit charts for PSG exhibits; attention to development of graphics for use at trial, including layout of offices; numerous communications with opposing counsel re trial preparation mattes and numerous internal conferences concerning trial prep matters | 10.00 |
| 7/27/2006 | PJ | Assist attorney with various projects in preparation of trial; travel to/from DISC for tutorial on electronic equipment. Interoffice conference re same. Telecall with Sevelle Jodres re service on Mr. Ridge from Camp Dresser & McKee for trial testimony | 7.60 |
| 7/27/2006 | PJ | Various projects in connection with trial preparation | 7.00 |
| 7/27/2006 | HPB | Legal research re evidentiary issues/procedural issues | 2.50 |
| 7/27/2006 | SEN | Met with P. Jones re trial preparation; met with District of Massachusetts media specialist; cross-referenced PSG exhibit chart and Town's exhibits for trial preparation; spoke with D. Osborne re objections | 7.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|------|------|
| 7/27/2006 | JDA | Continued trial preparation, including communications with witnesses; meeting at U.S.D.C for refresher on use of document camera and review of logistics and set-up, preparation of examination and cross examination points. | 8.00 |
| 7/28/2006 | PJ | Various projects in connection with trial preparation | 7.30 |
| 7/28/2006 | HPB | Legal research re procedural issues; office conferences with P.Jones | 1.80 |
| 7/28/2006 | SEN | Reviewed and revised PSG exhibit list analysis; drafted chronology of key events;spoke with R. Alba re courtroom access-mail correspondence with D. Osborne re various issues | 6.00 |
| 7/28/2006 | JDA | Continued trial preparation, including continued preparation of examination and cross examination points exhibit charts for witness prep, organization for trial books, communications with opposing counsel and prospective witnesses re testimony and scheduling | 14.00 |
| 7/29/2006 | PJ | Various projects re trial preparation | 8.00 |
| 7/29/2006 | SEN | Drafted chronology of key events;general trial preparation | 3.00 |
| 7/29/2006 | JDA | Continued trial preparations, including continued examination, exhibit charts for witness prep, organization for trial books, communications with opposing counsel and prospective witnesses re testimony and scheduling | 14.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|---|---|---|---|
| 7/30/2006 | PJ | Various projects re trial preparation | 5.30 |
| 7/30/2006 | SEN | Drafted chronology of key events, drafted bankruptcy summary memorandum for use in explaining bankruptcy issues at the trial. | 8.00 |
| 7/30/2006 | JDA | Preparation for first day of trial; assembly of exhibits; preparation for opening; preparation of graphics for use at trial; meeting with Greg Thomson to prep him for anticipated examination by PSG | 16.00 |
| 7/31/2006 | PJ | Attend trial; take notes during opening statements; assist with technical issues surrounding trial; type up trial notes; telephone conference with opposing counsel re copies for court | 7.30 |
| 7/31/2006 | SEN | Preparation for trial; trial before Judge Saris; met with J. D'Alcomo re trial preparation | 11.50 |
| 7/31/2006 | JDA | First day of trial including jury selection, openings, start of first witness; preparation for second day of trial including examination of PSG manager, James Gallipeau; preparation for examination of Steven Kruger, Sause's supervisor | 18.00 |

| Date | Lawyer / Paralegal | Description | Hours | | | |
|------|--------------------|-------------|-------|---|---|---|
| | | | 455.10 | | | |
| | JDA | | 232.00 | $ | 400.00 | $ 92,800.00 |
| | HPB | | 72.20 | $ | 325.00 | $ 23,465.00 |
| | SEN | | 77.50 | $ | 250.00 | $ 19,375.00 |
| | PJ | | 73.40 | $ | 135.00 | $ 9,909.00 |
| | | | 455.10 | | | $ 145,549.00 |

# EXHIBIT 8

Town of Rockland                                                        Page 1
c/o John Loughlin, Superintendent                                      8/29/2006
Rockland Sewer Department                        Account No:    5316-0001M
587 Rear Summer Street                           Statement No:        43618
                                                 Document No:        189691

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 8/1/2006 | PJ | Organize and sort exhibits for attorney's review; attend trial to assist in use of exhibits | 6.00 |
| 8/1/2006 | JDA | Attendance at second day of trial; continued preparation for cross-examination of Sause supervisor, Steven Kruger; preparation for examination of Cindy Solomon, Office Manager at PSG | 16.00 |
| 8/1/2006 | SEN | Preparation for trial; attended jury trial to assist | 10.00 |
| 8/2/2006 | PJ | Telephone conference with opposing counsel re: Sewer Commission Meeting Minutes; interoffice conference re: same; organize documents for additional trial preparation; general and various assignments re: trial preparation | 6.10 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 8/2/2006 | JDA | Preparation for examination of PSG witness Eichman; continued work on exhibits; numerous communications with witnesses re: scheduling; telephone conferences with Inspector General's office re: potential as witness; internal conferences concerning preparation, attention to exhibits book and charts | 14.00 |
| 8/3/2006 | HPB | Research re: attorney client privileges to address issue of Attorney David Lurie and privileges in connection with his testimony at trial | 1.00 |
| 8/3/2006 | PJ | Attend trial to assist with documents and use of exhibits; projects to prepare for next day of trial | 7.80 |
| 8/3/2006 | JDA | Attendance at third day of trial; preparation for examination of PSG witness Frank Cavaleri and Rockland Sewer Commissioner William Stewart; numerous conversations with witnesses re: scheduling; preparation of Rockland Selectman Larry Chaffee for his testimony | 15.00 |
| 8/3/2006 | SEN | Preparation for trial; attended jury trial; preparation for following trial day | 10.30 |
| 8/4/2006 | PJ | Attend trial to assist with exhibits and document management and prepare for next day | 7.50 |
| 8/4/2006 | JDA | Attendance at fourth day of trial; continued preparation for trial testimony; work on exhibits; numerous communications with witnesses concerning scheduling | 16.00 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 8/4/2006 | SEN | Preparation for trial; attended jury trial to assist; preparation for following trial day | 11.50 |
| 8/5/2006 | JDA | Conference with Greg Thomson to prepare him for his testimony; attention to graphics for trial; preparation of Michael Sause for his testimony; attention to exhibits; attention to memorandum re: invocation or attorney client privilege with respect to David Lurie; preparation for examinations of Greg Thomson and Michael Sause | 15.00 |
| 8/5/2006 | SEN | Trial preparation assistance | 5.00 |
| 8/6/2006 | SEN | Preparation for following trial day; drafted memorandum re: attorney-client privilege in connection with David Lurie testimony; | 9.00 |
| 8/7/2006 | PJ | Attend trial to assist with document management and ready for next day | 7.80 |
| 8/7/2006 | JDA | Attendance at fifth day of trial; continued preparation of G. Thomson for his cross-examination; numerous communications with witnesses re: scheduling; attention to exhibits for use at trial | 14.00 |
| 8/7/2006 | SEN | Preparation for trial; attended jury trial; preparation for following trial day; reviewed and revised memorandum re: attorney-client privilege in connection with testimony of David Lurie; reviewed and revised memorandum re: factual basis for legal theories | 11.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 8/8/2006 | PJ | Attend trial and ready for next day | 7.30 |
| 8/8/2006 | JDA | Attendance at sixth day of trial; preparation of Michael Sause for his testimony; numerous communications with witnesses re: scheduling; review of documents from Inspector General's office for use at trial | 15.00 |
| 8/8/2006 | SEN | Preparation for trial; attended jury trial; preparation for following trial day | 6.00 |
| 8/9/2006 | PJ | Attend trial to assist with document management and prepare for next day | 7.00 |
| 8/9/2006 | JDA | Attendance at seventh day of trial; numerous communications with witnesses concerning scheduling and preparation; review of exhibits; preparation for witness examinations including review of exhibit charts and exhibits | 10.00 |
| 8/9/2006 | SEN | Preparation for trial; attended jury trial; preparation for following trial day | 7.00 |
| 8/10/2006 | PJ | Attend trial to assist with document management and prepare for next day | 7.70 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 8/10/2006 | JDA | Attendance at eighth day of trial; preparation of Jack Bonomo of Woodward & Curran, Pat Donnelly, former assistant to Gregory Thomson at Rockland Sewer Commission, Town Treasurer, Karen Sepeck for their testimony; preparation for meeting with forensic accountant John Sullivan re: his testimony; conference with forensic accountant John Sullivan to prepare him for his testimony; numerous communications with witnesses concerning scheduling | 15.00 |
| 8/11/2006 | JDA | Attendance at ninth day of trial; numerous communications with witnesses concerning scheduling and preparation for examination | 10.00 |
| 8/11/2006 | SEN | Preparation for trial; attended jury trial | 6.00 |
| 8/11/2006 | PJ | Attend trial. Post trial work/prep for next week | 7.00 |
| 8/14/2006 | PJ | Assemble notes from Week 1 of trial | 4.00 |
| 8/14/2006 | JDA | Trial preparation including review of depositions and exhibits for witness examinations | 4.00 |
| 8/15/2006 | JDA | Attention to conferences with witnesses for their preparation to testify | 6.00 |
| 8/16/2006 | PJ | Enter notes from week 2 of trial. Pull together and review docs re: expert witness prep. | 2.70 |
| 8/16/2006 | PJ | Telecall with Court Reporter re: obtaining transcript of Kruger testimony. | 0.20 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|------|------|------|
| 8/16/2006 | PJ | File organization for use in preparing Chapter 93A proposed findings | 0.50 |
| 8/17/2006 | PJ | Finish assembling notes re: week 2. Assemble docs re: anticipation of week 3. | 5.20 |
| 8/17/2006 | PJ | Assemble additional documents for expert review. | 1.10 |
| 8/17/2006 | JDA | Preparation for meeting with Town accountant Eric Hart concerning his testimon; meeting with Eric Hall concerning his testimony | 8.00 |
| 8/18/2006 | PJ | Prep for next week of trial in terms of document management | 6.60 |
| 8/20/2006 | JDA | Conference with Gregory Thomson and review of documents; preparation for Aram Varjabedian examination, David Lurie examination; preparation for week's witnesses | 14.00 |
| 8/20/2006 | SEN | Preparation for trial | 3.50 |
| 8/21/2006 | PJ | Attend trial for assistance in document management and prep for next day of trial | 7.30 |
| 8/21/2006 | JDA | Continued trial preparation and attendance, including conferences with former Town Counsel Anne Marie Hyland concerning her preparation | 12.00 |
| 8/21/2006 | SEN | Preparation for trial; attended jury trial; drafted directed verdict motion | 7.80 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 8/22/2006 | PJ | Attend trial for assistance in document management and prep for next day of trial | 7.30 |
| 8/22/2006 | JDA | Continued trial preparation and attendance, including conferences with Ann Hyland concerning her testimony | 12.00 |
| 8/22/2006 | SEN | Preparation for trial; attended jury trial; drafted chart re: Town's cost | 9.00 |
| 8/23/2006 | PJ | Attend trial for assistance in document management and prep for next day of trial | 7.30 |
| 8/23/2006 | JDA | Preparation for testimony of former Town Counsel Anne Marie Hyland, Woodward & Curran's Jack Bonomo, trial, attention to visuals, court hearing concerning jury instructions, review of exhibits for final inclusion | 12.00 |
| 8/23/2006 | SEN | Preparation for trial to assist; attended jury trial to assist; work on redacted forensic audit exhibit | 10.00 |
| 8/24/2006 | PJ | Attend trial | 5.50 |
| 8/24/2006 | JDA | Preparation for closing argument and last day of trial testimony | 12.00 |
| 8/24/2006 | SEN | Preparation for trial; attended jury trial to assist. | 6.60 |
| 8/25/2006 | JDA | Attendance at trial | 4.00 |
| 8/25/2006 | SEN | Attended jury trial | 3.30 |

| Date | Lawyer / Paralegal | Description | | Hours | | |
|------|--------------------|-------------|--|-------|--|--|
|  |  |  |  | 452.90 |  |  |
|  | JDA |  | 224.00 | 400.00 | $ | 89,600.00 |
|  | SEN |  | 116.00 | 250.00 | $ | 29,000.00 |
|  | HPB |  | 1.00 | 325.00 | $ | 325.00 |
|  | PJ |  | 111.90 | 135.00 | $ | 15,106.50 |
|  |  |  | 452.90 |  | $ | 134,031.50 |

# EXHIBIT 9

Town of Rockland                                                    Page 1
c/o John Loughlin, Superintendent                                  9/30/2006
Rockland Sewer Department                    Account No:   5316-0001M
587 Rear Summer Street                       Statement No:       43759
                                             Document No:        189689

Attn:  John Loughlin

U. S. Filter Corp. dispute

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 9/8/2006 | PJ | Review email and draft request to Court Reporter re: transcripts for Chapter 93A submission | 0.30 |
| 9/11/2006 | PJ | Post trial file organization for preparing Chapter 93A proposed findings | 2.00 |
| 9/11/2006 | SEN | Met with P. Jones re: case files and organization of documents for preparing Chapter 93A proposed findings | 0.30 |
| 9/12/2006 | PJ | Post trial file organization for use in preparing Chapter 93A filing | 2.00 |
| 9/14/2006 | JDA | Attention to findings of fact and rulings of law in Chapter 93A matter | 6.00 |
| 9/18/2006 | PJ | Review e-mail re: transcripts.  Telecall and email to Court Reporter re: same. Follow-up voice mail message to attorney re: same | 0.20 |
| 9/20/2006 | PJ | Load transcripts onto summation and obtain copies of additional transcripts for attorneys for use in preparing proposed findings for Chapter 93A claim | 0.30 |

| Date | Lawyer /<br>Paralegal | Description | Hours |
|------|------------------------|-------------|-------|
| 9/21/2006 | PJ | Load additional transcripts onto Summation and provide print-outs to attorneys for review in use in preparing findings for Chapter 93A claim | 0.60 |
| 9/26/2006 | PJ | Load additional transcripts onto Summation. Obtain hard copies for file and attorney for use in preparing Chapter 93A findings | 1.50 |

| Date | Lawyer / Paralegal | Description | Hours | | |
|------|--------------------|-------------|-------|---|---|
|      |                    |             | 13.20 | | |
|      | JDA                |             | 6.00  | 400.00 | $ 2,400.00 |
|      | HPB                |             | 0.00  | 325.00 | $ - |
|      | PJ                 |             | 6.90  | 135.00 | $ 931.50 |
|      | SEN                |             | 0.30  | 250.00 | $ 75.00 |
|      |                    |             | 13.20 |        | $ 3,406.50 |

# EXHIBIT 10

Town of Rockland                                                          Page 1
c/o John Loughlin, Superintendent                                    1/31/2007
Rockland Sewer Department                        Account No:      5316-0001M
587 Rear Summer Street                          Statement No:          43253
                                                Document No:          189692

Attn: John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 12/15/2006 | JDA | Attention to preparation of proposed findings of fact for Chapter 93A claim | 0.60 |
| 12/16/2006 | JDA | Attention to preparation of proposed findings of fact for Chapter 93A | 6.00 |
| 12/16/2006 | JDA | Attention to preparation of proposed findings of fact for Chapter 93A | 6.00 |
| 1/9/2007 | PJ | Assemble admitted trial exhibits for use in citing to exhibits in proposed findings | 5.60 |
| 1/10/2007 | PJ | Assemble book of trial transcripts for use in citing to specific pages of transcripts in proposed findings for Chapter 93A claim | 4.00 |
| 1/17/2007 | JDA | Research and preparation of proposed findings and rulings, including review of transcripts; research concerning case law; review of exhibits | 8.00 |
| 1/18/2007 | JDA | Research and preparation of proposed findings and rulings, including review of transcripts, research concerning case law, review of exhibits | 8.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 1/19/2007 | SEN | E-mail correspondence with J. D'Alcomo re proposed findings of fact and exhibits; spoke with J. D'Alcomo re proposed findings of fact; met with P. Jones re admitted exhibits; revised admitted exhibits lists; e-mail correspondence with J. Beauchamp re admitted exhibits of office of PSG cousel | 3.50 |
| 1/19/2007 | PJ | Assemble additional exhibits for attorney's use in preparing findings | 4.60 |
| 1/19/2007 | JDA | Research and preparation of proposed findings and rulings including review of transcripts, research concerning case law, review of exhibits | 10.00 |
| 1/19/2007 | HPB | Legal Research re non-binding effect of jury verdict on 93A findings; draft insert for use in proposed ruling | 2.80 |
| 1/20/2007 | JDA | Research and preparation of proposed findings and rulings including review of transcripts, research concerning case law, review of exhibits | 14.00 |
| 1/21/2007 | JDA | Research and preparation of proposed findings and rulings including review of transcripts, research concerning case law, review of exhibits | 14.00 |
| 1/22/2007 | SEN | Research re recklessness; "consciousness of liability," "persons under 93A and inconsistent findings in 93A cases; e-mail correspondence with D. Osborne re proposed findings; reviewed trial notes re testimony; revised admitted exhibit list; spoke with J. D'Alcomo re various issues concerning proposed findings | 6.40 |

| <u>Date</u> | <u>Lawyer / Paralegal</u> | <u>Description</u> | <u>Hours</u> |
|---|---|---|---|
| 1/22/2007 | PJ | Telephone conference and follow -up e-mail with court reporter re obtaining direct exam and Hyland direct and redirect for use in citations; researchcopies of exhibits for attorney | 1.40 |
| 1/22/2007 | JDA | Research and preparation of proposed findings and rulings, including review of transcipts, research concerning case law, review of exhibits | 14.00 |
| 1/23/2007 | SEN | Drafted witness chart for proposed findings | 0.80 |
| 1/23/2007 | PJ | Research transcripts for various issues for attorney; work on TOC for brief, load 2X transcipts onto summation, provide same to attorney for review | 3.50 |
| 1/23/2007 | JDA | Research and preparation of proposed findings and rulings, including review of transcipts, research concerning case law, and review of exhibits | 14.00 |
| 1/24/2007 | SEN | Research re bad faith in context of Chapter 93A; willful or knowing for proposed findings; drafted inserts for proposed findings | 7.30 |
| 1/24/2007 | JDA | Research and prepartion of proposed findings and rulings, includings review of transcipts, research concerning case law, review of exhibits | 12.00 |
| 1/25/2007 | SEN | Continued research re bad faith in context of Chapter 93A; "willful or knowing" for proposed findings; reviewed and revised proposed findings; filed motion and proposed findings | 7.30 |

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 1/25/2007 | JDA | Research and preparation of proposed findings and rulings, including review of transcipts, research concerning case law, review of exhibits | 12.00 |
| 1/31/2007 | SEN | Reviewed and revised information re testifying witnesses for use in list for filing in court in connection with Chapter 93A claim proposed findings | 0.50 |
| 1/31/2007 | JDA | Attention to preparation chronology for court for use in understanding Chapter 93A proposed findings and rulings and transcript binders | 2.00 |

| Date | Lawyer / Paralegal | Description | Hours | | |
|------|--------------------|-------------|-------|---|---|
|      |                    |             | 168.30 | | |
|      | JDA                |             | 120.60 | 400.00 | $ 48,240.00 |
|      | SEN                |             | 25.80 | 250.00 | $ 6,450.00 |
|      | HPB                |             | 2.80 | 325.00 | $ 910.00 |
|      | PJ                 |             | 19.10 | 135.00 | $ 2,578.50 |
|      |                    |             | 168.30 | | $ 58,178.50 |

# EXHIBIT 11

Town of Rockland                                                              Page 1
c/o John Loughlin, Superintendent                                          5/31/2007
Rockland Sewer Department                          Account No:    5316-0001M
587 Rear Summer Street                             Statement No:       44628
                                                   Document No:        189715

Attn:  John Loughlin

U. S. Filter Corp. dispute

| **Date** | **Lawyer / Paralegal** | **Description** | **Hours** |
|---|---|---|---|
| 4/12/2007 | JDA | Review and analysis of PSG's proposed findings of fact and conclusions of law | 2.00 |
| 4/16/2007 | JDA | Initial strategy development for reply to PSG's proposed findings of fact and proposed conclusions of law; communications with H. Blatchford re: same | 1.00 |
| 4/16/2007 | HPB | Communications with J. D'Alcomo re: research | 0.30 |
| 4/18/2007 | HPB | Conferences with J. D'Alcomo re: legal research for proposed rulings | 2.80 |
| 4/18/2007 | JDA | Additional research for reply to PSG's proposed findings of fact and proposed conclusions of law; communications with H. Blatchford re: research for proposed rulings | 1.00 |
| 4/23/2007 | JDA | Preparation of reply to PSG's proposed findings of fact and conclusions of law | 5.00 |
| 4/24/2007 | JDA | Preparation of reply to PSG's proposed findings of fact and proposed conclusions of law | 10.00 |

| Date | Lawyer / Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 4/25/2007 | JDA | Continued preparation of reply to PSG's proposed findings of fact and rulings of law | 10.00 |
| 4/26/2007 | SEN | E-mail correspondence with J. D'Alcomo re: oral argument; preparation for oral argument | 1.50 |
| 4/26/2007 | JDA | Continued preparation of reply to PSG's proposed findings; preparation for oral argument in front of Judge Saris on Chapter 93A claim | 10.00 |
| 4/27/2007 | PJ | Assist with preparation for 93A hearing by assembling materials for review | 2.50 |
| 4/27/2007 | SEN | Preparation for oral argument; attended oral argument on 93A claim; met with J. D'Alcomo re: argument | 5.50 |
| 4/27/2007 | JDA | Continued preparation for oral argument; attendance at oral argument on Chapter 93A claim | 4.00 |

| Date | Lawyer / Paralegal | Description | Hours | | | |
|---|---|---|---|---|---|---|
| | | | 55.60 | | | |
| | JDA | | 43.00 | 400.00 | $ | 17,200.00 |
| | HPB | | 3.10 | 325.00 | $ | 1,007.50 |
| | PJ | | 2.50 | 135.00 | $ | 337.50 |
| | SEN | | 7.00 | 250.00 | $ | 1,750.00 |
| | | | 55.60 | | $ | 20,295.00 |