# EXHIBIT 12

Town of Rockland                                                            Page 1
c/o John Loughlin, Superintendent
Rockland Sewer Department                                  Account No:  5316-0001M
587 Rear Summer Street                                     Statement No:
                                                           Document No.        189736

Attn:  John Loughlin

U. S. Filter Corp. dispute

| Date | Lawyer / Paralegal | Description | Hours | Comments |
|---|---|---|---|---|
| 10/15/2007 | JDA | Research re attorneys' fee standards and criteria for reimbursement under Chapter 93A | 2.00 | |
| 10/17/2007 | JDA | Review of bills for reduction to reflect work not spent on Chapter 93A related matters; attention to preparation of attorneys' fee submission | 4.00 | |
| 10/19/2007 | JFL | Attention to assembly of invoices from 2004;of review and analysis of invoices for inclusion in submission for attorneys fees and costs, attention to billing entry document for computation of attorney fee rates | 10.00 | |
| 10/19/2007 | JDA | Continued review of bills to add further description for Court for comprehension of activity involved in entries, and to eliminate charges not related to Chapter 93A matters; supervision of edits to bills to reflect eliminations and further descriptions; internal conference with HPB re: vendors' invoices | 8.00 | |

| Date | Lawyer / Paralegal | Description | Hours | Comments |
|------|--------------------|-------------|-------|----------|
| 10/19/2007 | HPB | Review of invoices and organization of invoices for submission in connection with attorneys fee submission | 2.00 | |
| 10/20/2007 | HPB | Continued review of invoices and organization of invoices for submission | 3.50 | |
| 10/20/2007 | JDA | Continued review of bills for accuracy in description of charges related to Chapter 93A, continued work on preparation of attorneys' fees submission | 5.00 | |
| 10/22/2007 | HPB | Locate and review <u>Massachusetts Lawyers Weekly</u> surveys (3 years) re hourly rates; identify rates in Boston area firms; review copies to be included as exhibit to fee motion; internal conference with JDA re: same | 3.00 | |
| 10/22/2007 | JFL | Analysis and attention to bills for computations of individual time by timekeepers and computations re: same | 6.10 | |
| 10/23/2007 | JFL | Continued analysis and review of bills for computations and application of rates | 2.80 | |
| 11/6/2007 | JDA | Continued preparation of attorneys'fee submission, including preparation of affidavit, writing of submission, attention to analysis of invoices and summarization of charges | 10.00 | |

| Date | Lawyer / Paralegal | Description | Hours | Comments |
|------|--------------------|-------------|-------|----------|
| 11/6/2007 | HPB | Attention to work on invoices and documentation for attorneys' fee submission and citations | 3.00 | |
| 11/6/2007 | JFL | Computations for expenses and time, review of expenses for determination of totals for postage, telephone, messenger service, in house copying charges | 5.00 | |
| 11/7/2007 | JDA | Continued preparation of attorneys' fee submission, and attention to filing of same. | 7.00 | |
| anticipated | JDA | Review of response to Town's fee | 10.00 | |

# EXHIBIT 13



**SULIER**
A S S O C I A T E S ,  L L C

AMES OFFICE CENTER
450 WASHINGTON ST
SUITE 106
DEDHAM, MA 02026-4449

TEL: 781 326.4500
FAX: 781 326.0370
SULIER.COM

# INVOICE

| Date | Invoice No. |
|------|-------------|
| 08/04/06 | 6-08-70 |

GRAPHIC DESIGN

| Bill To | Ship To |
|---------|---------|
| Joanne D'Alcomo<br>JAGER SMITH, P.C.<br>One Financial Center<br>Boston, MA 02111-2621 | Joanne D'Alcomo<br>JAGER SMITH, P.C.<br>One Financial Center<br>Boston, MA 02111-2621 |

| Terms | Project |
|-------|---------|
| Due on receipt | Rockland/PSG |

| Qty | Item | Description | Amount |
|-----|------|-------------|--------|
| 5 | Creative, L-2 | Level II Creative Fee: ($110/hr) K. Sulier (KS) Friday, 7/28 "Monthly fee" chart for Rockland/PSG Case | 550.00 |
| 7.25 | Creative, L-2 | Level II Creative Fee: ($110/hr) KS Saturday, 7/29 "Norwell Office Layout" chart & "Fee Chart" | 797.50 |
| 7.25 | WE PM Rush | Weekend hours, night, or rush surcharge ($25/hr) | 0.00 |
| 7.25 | Creative, L-2 | Level II Creative Fee: ($110/hr) KS Sunday 7/30. Office Chart revisions, "Hidden accounts" Map | 797.50 |
| 7.25 | WE PM Rush | Weekend hours, night, or rush surcharge ($25/hr) | 0.00 |
| 0.75 | Project Mngmt | Project Management ($85/hr) KS Monday 7/31 Prepare and send file to IKON. Contact rep (Kamal) | 63.75 |
| | Proofs | In-house laser prints for proofing<br>MA Sales Tax | 55.00T<br>2.75 |
| | | **Total** | **$2,266.50** |

302812

# EXHIBIT 14



**SULIER**
ASSOCIATES, LLC

AMES OFFICE CENTER
450 WASHINGTON ST
SUITE 106
DEDHAM, MA  02026-4449

TEL:  781 326.4500
FAX:  781 326.0370
SULIER.COM

# INVOICE

GRAPHIC DESIGN

*302813*

| Date | Invoice No. |
|------|-------------|
| 08/07/06 | 6-08-71 |

**Bill To**

Joanne D'Alcomo
JAGER SMITH, P.C.
One Financial Center
Boston, MA 02111-2621

**Ship To**

Joanne D'Alcomo
JAGER SMITH, P.C.
One Financial Center
Boston, MA 02111-2621

| Terms | Project |
|-------|---------|
| Due on receipt | Rockland/PSG |

| Qty | Item | Description | Amount |
|-----|------|-------------|--------|
| 3 | Creative, L-2 | Level II Creative Fee: ($110/hr) K. Sulier (KS) Sunday, 8/6. Sewer plant layout chart | 330.00 |
| 3 | WE PM Rush | Weekend hours, night, or rush surcharge ($25/hr) | 0.00 |
|   | Proofs | In-house proofs | 15.00T |
|   |   | MA Sales Tax | 0.75 |

| | Total | $345.75 |
|-|-------|---------|

# EXHIBIT 15

Page 1 of 1

**.cument Efficiency**
**.t Work."**

**INVOICE**

| | |
|---|---|
| Invoice # | BOG06080039 |
| Invoice Date: | 08/09/2006 |
| Due Date: | 08/19/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

.e Solutions - Boston, MA - Graphics
.7) 371-1300    Fax:  (617) 371-1310
. 230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: BEVERLY HANLEY

Price using: STANDARD Price

| Reference / Case # 5416.1 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0608-0071 | 08/08/2006 | BEVERLY HANLEY - JAGER - SMITH PC | | | |
| | | Oversize B&W (sq/ft) | 30.00 | 1.000 | 30.00 |

3021/688

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days .  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 30.00 |
| | Sales Tax: | 1.50 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **31.50** |

Received and Approved by: _Allen Kim_     Date: _c/9/06_

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| **$** |

Invoice: **BOG06080039**
Invoice Date: 08/09/2006
Due Date: 08/19/2006
Customer Code: **BOG-JAGE**
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT  $   31.50**

# EXHIBIT 16

Page 1 of 1

**Document Efficiency At Work.™**

ice Solutions - Boston, MA - Graphics
(17) 371-1300    Fax:  (617) 371-1310
p:  230334400

# INVOICE

| | |
|---|---|
| Invoice # | BOG06070096 |
| Invoice Date: | 07/31/2006 |
| Due Date: | 08/10/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**BILL TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

ice using: STANDARD Price                                    Attn: JOANNE DALCOMO

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Trial Chalks | 5316.01 | | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| -0607-0200 | 07/30/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Foamcore - 3/16" (sq ft) | | | |
| | | Oversize Color (sq/ft) | 62.00 | 2.000 | 124.00 |
| | | Oversize B&W (sq/ft) | 16.00 | 12.000 | 192.00 |
| | | | 46.00 | 7.000 | 322.00 |

3021/185

**Please Pay From This Invoice**

our signature below is an agreement that the above described work has been authorized
d received.  The party above assures payment of this invoice within 10 days.  Interest
t the rate of the lesser 1.5% per month or the maximum legal rate will be charged on
voices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection
past due accounts.

| | |
|---|---|
| Taxable Sales: | 638.00 |
| Sales Tax: | 31.90 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **669.90** |

Received and Approved by:                                    Date: 7/31/06

Please pay from this copy.  The party named on this bill is held responsible for payment.

ment From:
ER - SMITH PC
NANCIAL STREET
TON, MA 02111

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOG06070096
Invoice Date: **07/31/2006**
Due Date: **08/10/2006**
Customer Code: **BOG-JAGE**
Natl ID: **44293**

Please Remit To:
IKON Office Solutions
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  669.90**

# EXHIBIT 17

Page 1 of 1

**Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | BOG06080108 |
| Invoice Date: | 08/24/2006 |
| Due Date: | 09/03/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

◢◤ Office Solutions - Boston, MA - Graphics
ᴖone:  (617) 371-1300    Fax:  (617) 371-1310
Federal ID:  230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

*30211192*

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0608-0188 | 08/24/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Foamcore - 3/16" (sq ft) | 24.00 | 2.000 | 48.00 |
| | | Oversize B&W (sq/ft) | 24.00 | 7.000 | 168.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 216.00 |
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days.  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 10.80 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **226.80** |

Received and Approved by: _____    Date: _____

**Please pay from this copy.  The party named on this bill is held responsible for payment.**

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

Invoice:  **BOG06080108**

Invoice Date:  **08/24/2006**
Due Date:  **09/03/2006**
Customer Code:  **BOG-JAGE**
Natl ID:  **44293**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $   226.80**

# EXHIBIT 18

**Melanson Heath & Company, PC**

102 Perimeter Road

Nashua, NH  03063-1301

Phone:  603-882-1111    FAX:  603-882-9456

JAGER SMITH STETLER & AR                    **Invoice Date:**    Sept. 14, 2006

1 FINANCIAL CENTER                               **Invoice Number:**        00401660

BOSTON, MA  02111                                  **Client Number:**ROCKLAND 001

---

*For professional services rendered:*

Workpaper review, trial preparation and testimony related                    $2,340.00
to U.S. Filter versus the Town of Rockland, MA.

                                                              **Total:**        **$2,340.00**

308 3D

**REMIT PAYMENT TO:**

Melanson, Heath & Company, P.C.

Attn:  Accounts Receivable

102 Perimeter Road

Nashua, NH  03063-1301

# EXHIBIT 19

Vendor: Maggioli Reporting Services Inc.

6307

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|---|
| 03/02/06 | 5316.01 | | 3397 | 284.50 | | 284.50 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/18/06 | 6307 | 284.50 | 0.00 | 284.50 |

Invoice Number:

| DATE TAKEN | REFERENCE | | CHARGES |
|---|---|---|---|
| 2/16/06 | PGS V TOWN OF ROCKLAND, ET AL. Representing the Town of Rockland. | | |
| | DEPO OF DAVID E. LURIE | 80 p | 280.00 |
| | Mini Transcript | | |
| | Postage | | 4.50 |
| | Please return one copy with payment | | |
| | TOTAL DUE | | $284.50 |

# EXHIBIT 20

Vendor: Maggioli Reporting Services Inc.

6651

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 05/25/06 | 5316.1 Rockland | 3457 | 586.00 | | 586.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 07/10/06 | 6651 | 586.00 | 0.00 | 586.00 |

SFMS01353-1    LITHO USA    BFSL2: CKT50B112L    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-992-7277    H94LZ40010000    L03SP003371

SAFEGUARD

Invoice Number:   3457          JO

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 5/12/06 | PSG V TOWN OF ROCKLAND, ET AL | |
| | Representing the Plaintiffs. | |
| | DEPO OF FRANK J. CAVALERI     166 p | 581.00 |
| | Mini Transcripts | |
| | Postage | 5.00 |
| | Please return one copy with payment | |
| | TOTAL DUE | $586.00 |