# EXHIBIT 21

1

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, MA  02184
(781) 356-2636

JAGER SMITH, PC
One Financial Center
Boston, MA  02111

ATTN:  Joanne D'Alcomo, Esq

Statment Date:     6/16/06        FIN: 04-3150419

Invoice Number:    3471           jo

| DATE TAKEN | REFERENCE | | CHARGES |
|---|---|---|---|
| 5/25/06 | PSG V TOWN OF ROCKLAND, ET AL<br>Representing the Defendants. | | |
| | DEPO OF ARAM VARJABEDIAN | 269 p | 941.50 |
| | Mini Transcript | | |
| | Courier | | 5.60 |
| | Please return one copy with payment | | |
| | TOTAL DUE | | $947.10 |

# EXHIBIT 22

## O'BRIEN&LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 21611 | 06/23/2006 | 01-19580 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2006 | FALCCI | |

| CASE CAPTION |
|---|
| Professional Service Group v. Town of Rockland, et al. |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Seth Nesin
Jager Smith, P.C.
One Financial Center
Boston, MA 02111

Transcript of:
Anne-Marie Hyland                126 Pages @        2.55/Page           321.30
        Transcript Archiving                                             15.00
        Disk & Condensed                                                 60.00
        Shipping & Handling                                              12.00
                                                                     _____
                                      TOTAL   DUE   >>>>                 408.30

148|14

TAX ID NO. : 04-3196514

Vendor: O'Brien & Levine Court Report

6710

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 06/23/06 | 5316.0001 Deposition | 21611 | 408.30 | | 408.30 |
| 06/23/06 | 5316.0001 Deposition | 21613 | 255.30 | | 255.30 |
| 06/23/06 | 5316.0001 Deposition | 21615 | 240.00 | | 240.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 07/27/06 | 6710 | 903.60 | 0.00 | 903.60 |

SFMS01353-1   LITHO USA   SF2L2   CK7508012C

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-952-7277

H94LZ40010000    L03SF00337f

148/15

TOTAL   DUE   >>>>           255.30

TAX ID NO.:  04-3106514

# EXHIBIT 23

# O'BRIEN&LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 21613 | 06/23/2006 | 01-19645 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/02/2006 | FALCCI | |
| **CASE CAPTION** | | |
| Professional Service Group v. Town of Rockland, et al. | | |
| **TERMS** | | |
| Net 30, after 30 int. at 1.5% per month | | |

Seth Nesin
Jager Smith, P.C.
One Financial Center
Boston, MA 02111

Transcript of:
  Kevin R. Donovan          66 Pages @      2.55/Page      168.30
    Transcript Archiving                          15.00
    Disk & Condensed                            60.00
    Shipping & Handling                        12.00

148/15

                         TOTAL DUE   >>>>      255.30

**TAX ID NO. :**  04-3106514

# EXHIBIT 24



## O'BRIEN&LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 21615 | 06/23/2006 | 01-19646 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/05/2006 | FALCCI | |

| CASE CAPTION |
|---|
| Professional Service Group v. Town of Rockland, et al. |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Seth Nesin
Jager Smith, P.C.
One Financial Center
Boston, MA 02111

Transcript of:
    Walter J. Byrne III                    60 Pages @         2.55/Page         153.00
        Transcript Archiving                                                     15.00
        Disk & Condensed                                                         60.00
        Shipping & Handling                                                      12.00
                                                                              _____
                                        TOTAL   DUE   >>>>                      240.00

# EXHIBIT 25

JAGER SMITH P.C.
Vendor: Maggioli Reporting Services Inc.

6764

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/05/06 | 5238.1 Depo | 3504 | 175.00 | | 175.00 |
| 07/05/06 | 5316.0001 Depo Town of Rockland | 3499 | 336.00 | | 336.00 |
| 07/05/06 | 5316.0001 Depo Town of Rockland | 3503 | 878.50 | | 878.50 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/07/06 | 6764 | 1389.50 | 0.00 | 1389.50 |

SFMS01383-1
SAFEGUARD ®   RFS-2  CK768112L

TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-392-7277

H94LZ40010000    k03SF00337-1

Invoice Number:    ----

---

| DATE TAKEN | REFERENCE | | CHARGES |
|------------|-----------|---|---------|
| 6/6/06 | PSG V TOWN OF ROCKLAND Representing the Defendant. | | |
| | DEPO OF SUSAN M. KEENAN Mini Transcript Postage Please return one copy with payment | 96  p | 336.00 |
| | TOTAL DUE | | $336.00 |

1

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, MA   02184
(781) 356-2636

1490|32

JAGER SMITH, PC
One Financial Center
Boston, MA   02111

ATTN:  Joanne D'Alcomo, Esq

Statment Date:    7/5/06      FIN: 04-3150419

Invoice Number:    3499         kat

---

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|
| 6/6/06 | PSG V TOWN OF ROCKLAND<br>Representing the Defendant. | |

DEPO OF SUSAN M. KEENAN          96  p      336.00
Mini Transcript
Postage
Please return one copy with payment


              TOTAL DUE                    $336.00

# EXHIBIT 26

Vendor: Maggioli Reporting Services Inc.

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 06/16/06 | 5316.1 Rockland | 3468 | 1070.00 | | 1070.00 |
| 06/16/06 | 5316.1 Rockland | 3471 | 947.10 | | 947.10 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 07/21/06 | 6690 | 2017.10 | 0.00 | 2017.10 |

SAFEGUARD  LITHO USA  SFSL 2  CK7S08112U    SFMS01353-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-992-7277    H94LZ40010000    L03SF003371

Invoice Number:    3468              mag

---

| DATE TAKEN | REFERENCE | CHARGES |
|------------|-----------|---------|
| 6/13/96 | PSG V TOWN OF ROCKLAND, ET AL Representing the Defendants. | |

DEPO OF MICHAEL R. SAUSE   DAY 1      304 p      1064.00
Mini Transcript
Courier                                              6.00
Please return one copy with payment


              TOTAL DUE                    $1,070.00

1

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, MA  02184
(781) 356-2636


JAGER SMITH, PC
One Financial Center
Boston, MA  02111

ATTN:  Joanne D'Alcomo, Esq

Statment Date:     6/16/06          FIN: 04-3150419

Invoice Number:    3468             mag

---

| DATE TAKEN | REFERENCE | CHARGES |
|---|---|---|

6/13/96          PSG V TOWN OF ROCKLAND, ET AL
                 Representing the Defendants.


    DEPO OF MICHAEL R. SAUSE   DAY 1      304 p      1064.00
    Mini Transcript
    Courier                                             6.00
    Please return one copy with payment


          TOTAL DUE                          $1,070.00

# EXHIBIT 27



## O'BRIEN &LEVINE

Court Reporting Services
888.825.DEPO (3376)
Phone: 617.399.0130 • Fax: 617.399.0114
195 State St • Boston • MA • 02109
mail@court-reporting.com • www.court-reporting.com

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 21754 | 07/12/2006 | 01-19814 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/16/2006 | POTVDA | |

| CASE CAPTION |
|---|
| Professional Service Group v. Town of Rockland, et al. |

| TERMS |
|---|
| Net 30, after 30 int. at 1.5% per month |

Seth Nesin
Jager Smith, P.C.
One Financial Center
Boston, MA 02111

```
Transcript of:
    William Stewart          185 Pages @      2.55/Page      471.75
        Disk & Condensed                                      60.00
        Transcript Archiving                                  15.00
        Shipping & Handling                                   12.00
                                                             _____
                              TOTAL   DUE   >>>>             558.75
```

TAX ID NO. :  04-3106514

JAGER SMITH P.C.
Vendor: O'Brien & Levine Court Report

6790

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/12/06 | 5316.0001 Deposition | 21754 | 558.75 | | 558.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/14/06 | 6790 | 558.75 | 0.00 | 558.75 |



**TAX ID NO.:** 04-3106514

# EXHIBIT 28

DD4U

Vendor- Lee A Marzilli

| Date | Description | | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|--|-----------|--------|------|---------|
| 06/28/06 Professional Services-5316.01 | | | | 121.00 | 121.00 | | 121.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|-----------|---------|-----------|----------|---------|
| 07/06/06 | 6640 | 121.00 | 0.00 | 121.00 |

**FROM:** Lee A. Marzilli
Official Court Reporter
U.S. District Court
1 Courthouse Way, Room 3205
Boston, MA 02110
(Tax ID 025382840)

**RE:** Professional Services Group, Inc. V. Town of Rockland, et al

DATE TAKEN
6/22/06 MOTION HEARING BEFORE JUDGE SARIS

Transcript of Proceedings (Expedited)
22 pages @ $5.50 per page

**TOTAL DUE: $121.00**

Thank you!

6/26/2006

# EXHIBIT 29

1 Financial Center
Boston, MA  02111

FROM:  Lee A. Marzilli
Official Court Reporter
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210

      RE:  Town of Rockland V. PSG

DATE TAKEN
8/3/07    JURY TRIAL DAY 3 - TESTMONY OF CYNTHIA SOLOMON
      Transcript of Proceedings (Electronic)
      76 pages @$.83 per page     **TOTAL DUE:  $63.08**

NOTE:  Please make check payable to Lee A. Marzilli (Tax ID 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)

      Thank you!

---

See what's free at AOL.com.

5316. 0001
Rockland
3 22015

5/24/2007