# EXHIBIT 30

Case 1:04-cv-11131-PBS   Document 193-6   Filed 11/07/2007   Page 1 of 12

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 08/23/06 | Professional Services-5316.01 | | 965.67 | | 965.67 |

| Check Date | Check # | Gross Amt | Disc Amt | | Net Amt |
|---|---|---|---|---|---|
| 09/18/06 | 6929 | 965.67 | 0.00 | | 965.67 |

```
9       TO:   JOANNE D'ALCOMO, ESQ.
10            Jager Smith, PC
              1 Financial Center
11            Boston, MA  02111

12

13      DATE TAKEN
        8/1/06    JURY TRIAL DAY 2 - PART II - CROSS OF STEVEN KRUGER
14                Transcript of Proceedings (Expedited)
                  63 pages @$2.61 (split between counsel)    $164.43
15      8/3/06    JURY TRIAL DAY 3 - CROSS, etc., of STEVEN KRUGER
                  84 pages @$2.61 (split between counsel)    $219.24
16      8/7/06    JURY TRIAL DAY 5-DRAFT-DIRECT OF GREGORY THOMSON
                  125 pages @$2.00 per page                  $250.00
17      8/8/06    JURY TRIAL DAY 6-DRAFT-DIRECT OF GREGORY THOMSON
                  23 pages @$2.00 per page                   $46.00
18      8/9/06    JURY TRIAL DAY 7-DRAFT-DIRECT OF MICHAEL SAUSE
                  143 pages @$2.00 per page                  $286.00
19                TOTAL DUE:                                 $965.67

20      NOTE:  When the last three items are ordered in final form,
               I will apply a credit for the amount charged above.
21

22      *Please make check payable to Lee A. Marzilli

23
                                    THANK YOU
24

25
```



Page 1

# EXHIBIT 31

Jones

**From:** LEEMARZ@aol.com
**Sent:** Monday, September 25, 2006 8:05 AM
**To:** Phyllis Jones
**Subject:** PSG V. ROCKLAND
**Attachments:** 8x8x6psg.ptx; 8X8X6PSG.V1; 8x9x6psg.ptx; 8X9X6PSG.V1

Good morning, Phyllis:

I am attaching the final transcrips that you requested, the continued direct of Gregory Thomson on 8/8 and the full direct of Michael Sause on 8/9. Below is my invoice.

Thanks so much. I hope to see you soon.

Lee

## INVOICE

**TO:** Joanne D'Alcomo, Esq.
Jager Smith, P.C.
1 Financial Center
Boston, MA 02111

**FROM:** Lee A. Marzilli, Official Court Reporter
U.S. District Court
1 Courthouse Way, Room 3205
Boston, MA 02210

    **RE:** PSG V. Town of Rockland, et al

**DATES TAKEN**

| Date | Description | Amount |
|---|---|---|
| 8/11/06 | JOHN SULLIAN DIRECT TESTIMONY<br>48 pages $3.30 per page | $158.40 |
| 8/1/06 | STEVEN KRUGER ENTIRE TESTIMONY<br>106 pages @.83 per page | 87.98 |
| 8/21/06 | ARAM VARJABEDIAN - DIRECT AND REDIRECT<br>116 pages @$3.30 per page | 382.80 |
| 8/22/06 | JACK BONOMO - ENTIRE TESTIMONY<br>61 pages @$3.30 per page | 201.30 |
| 8/7/06 | GREGORY THOMSON - DIRECT<br>127 pages @$3.30 per page | 419.10 |
| 8/8/06 | GREGORY THOMSON - CONT'D DIRECT<br>29 pages @$3.30 per page | 95.70 |
| 8/9/06 | MICHAEL SAUSE' - DIRECT TESTIMONY<br>152 pages @$3.30 per page | 501.60 |
| | **TOTAL DUE:** | **$1,846.88** |

**NOTE:** Please make check payable to Lee A. Marzilli (Tax ID 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)

    Thank you!

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 09/27/06 | Professional Services | 5316.01 | 1846.88 | | 1846.88 |

| Check Date | Check # | Gross Amt | Disc Amt | | Net Amt |
|---|---|---|---|---|---|
| 10/24/06 | 7066 | 1846.88 | 0.00 | | 1846.88 |

---

Jager Smith, P.C.
1 Financial Center
Boston, MA 02111

FROM: Lee A. Marzilli, Official Court Reporter
U.S. District Court
1 Courthouse Way, Room 3205
Boston, MA 02210

RE: PSG V. Town of Rockland, et al

**DATES TAKEN**
8/11/06  JOHN SULLIAN DIRECT TESTIMONY
  48 pages $3.30 per page    $158.40
8/1/06  STEVEN KRUGER ENTIRE TESTIMONY
  106 pages @.83 per page    87.98
8/21/06  ARAM VARJABEDIAN - DIRECT AND REDIRECT
  116 pages @$3.30 per page    382.80
8/22/06  JACK BONOMO - ENTIRE TESTIMONY
  61 pages @$3.30 per page    201.30
8/7/06  GREGORY THOMSON - DIRECT
  127 pages @$3.30 per page    419.10
8/8/06  GREGORY THOMSON - CONT'D DIRECT
  29 pages @$3.30 per page    95.70
8/9/06  MICHAEL SAUSE' - DIRECT TESTIMONY
  152 pages @$3.30 per page    501.60

**TOTAL DUE:**    $1,846.88

NOTE: Please make check payable to Lee A. Marzilli (Tax ID 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)

    Thank you!

9/26/2006

# EXHIBIT 32

ones

|  |  |
|---|---|
| | LEEMARZ@aol.com |
| t: | Tuesday, January 23, 2007 2:32 PM |
| o: | Phyllis Jones |
| Subject: | Re: Rockland Transcripts |
| Attachments: | psghylnd.ptx; psglurie.ptx |

*$316.00*
*Phyllis M* (handwritten)

Hi, Phyllis,

Well, when I returned home and found these files, I realized how short they were and decided to just do them and get them off my mind. Attached is the Direct Examination of David Lurie and the Direct and Redirect Examination of Anne-Marie Hyland.

Below is my invoice.

Thanks. (Call anytime you need a "pep" talk to resume your studies!)

Lee

## INVOICE

TO: Joanne D'Alcomo, Esq.
Jager Smith, P.C.
1 Financial Center
Boston, MA 02211

FROM: Lee A. Marzilli
Official Court Reporter
United States District Court
1 Courthouse Way, Room 3205
Boston, MA 02210

   RE: PSG V. Town of Rockland, et al

DATES TAKEN
3/22/06   JURY TRIAL DAY 11 - EXCERPT TRANSCRIPT (LURIE DIRECT), 8 pages
3/23/06   JURY TRIAL DAY 12 - EXCERPT TRANSCRIPT (HYLAND DIRECT/REDIRECT), 18 pages
       Transcript of Proceedings (Expedited)
       26 pages @$5.50 per page        **TOTAL DUE: $143.00**

NOTE: Please make check payable to Lee A. Marzilli (Tax ID 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)

        Thank you!

1/23/2007

JAGER SMITH P.C.                                                                    7407
Vendor: Lee A Marzilli

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 01/23/07 | Professional Services-5316.01 | | 143.00 | | 143.00 |

| Check Date | Check # | Gross Amt | Disc Amt | | Net Amt |
|---|---|---|---|---|---|
| 01/26/07 | 7407 | 143.00 | 0.00 | | 143.00 |

---

**INVOICE**

TO: Joanne D'Alcomo, Esq.
Jager Smith, P.C.
1 Financial Center
Boston, MA 02211

FROM: Lee A. Marzilli
Official Court Reporter
United States District Court
1 Courthouse Way, Room 3205
Boston, MA 02210

   RE: PSG V. Town of Rockland, et al

DATES TAKEN
8/22/06   JURY TRIAL DAY 11 - EXCERPT TRANSCRIPT (LURIE DIRECT), 8 pages
8/23/06   JURY TRIAL DAY 12 - EXCERPT TRANSCRIPT (HYLAND DIRECT/REDIRECT), 18 pages
          Transcript of Proceedings (Expedited)
          26 pages @$5.50 per page           **TOTAL DUE: $143.00**

NOTE:  Please make check payable to Lee A. Marzilli (Tax ID 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)

          Thank you!

# EXHIBIT 33

Page 1 of 1

 **Document Efficiency At Work.**

# INVOICE

IKON Office Solutions -  Boston, MA
Phone: (617) 371-1300   Fax:
Federal ID: 230334400

| | |
|---|---|
| Invoice # | BOS05020476 |
| Invoice Date: | 02/25/2005 |
| Due Date: | 03/07/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

**BILL TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: CINDY KOPKA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.01 | | | Francis Joyce |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0502-0465 | 02/24/2005 | CINDY KOPKA - JAGER - SMITH PC | | | | |
| | | B&W Copies D - Heavy Litigation | 1,663.00 | 0.1950 | | 324.29 |

| Please Pay From This Invoice | | |
|---|---|---|
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 324.29 |
| | Sales Tax: | 16.21 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | PAY THIS AMOUNT  $ | 340.50 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Amount Enclosed
$ _____

Invoice: BOS05020476
Invoice Date: 02/25/2005
Due Date: 03/07/2005
Customer Code: BOS-JAGE
Natl ID: 44293

Please Remit To:
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS AMOUNT  $  340.50

# EXHIBIT 34

Page 1 of 1



**Document Efficiency At Work.**

INVOICE

| | |
|---|---|
| Invoice # | BOS05030032 |
| Invoice Date: | 03/02/2005 |
| Due Date: | 03/12/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions -    Boston, MA
Phone:   (617) 371-1300     Fax:
Federal ID:   230334400

BILL TO:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

SHIP TO:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn:   CINDY KOPKA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.01 | | | Francis Joyce |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0503-0010 | 03/01/2005 | CINDY KOPKA - JAGER - SMITH PC | | | | |
| | 11x17 B&W Copies | | 40.00 | 0.4000 | | 16.00 |
| | B&W Copies D - Heavy Litigation | | 3,088.00 | 0.1950 | | 602.16 |

| | | |
|---|---|---|
| Please Pay From This Invoice | Taxable Sales: | 618.16 |
| | Sales Tax: | 30.91 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer. Customer assures payment of this invoice within 10 days. Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | PAY THIS AMOUNT   $ | 649.07 |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

Amount Enclosed
$

Invoice:   BOS05030032
Invoice Date:   03/02/2005
Due Date:   03/12/2005
Customer Code:   BOS-JAGE
Natl ID:   44293

Please Remit To:
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT   $  649.07