# EXHIBIT 35

Page 1 of 1

**IKON**
**Document Efficiency**
*At Work.™*

# INVOICE

IKON Office Solutions -    Boston, MA
Phone:   (617) 371-1300    Fax:
Federal ID:    230334400

| | |
|---|---|
| Invoice # | BOS05030029 |
| Invoice Date: | 03/01/2005 |
| Due Date: | 03/11/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn:  CINDY KOPKA

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.01 | | | Francis Joyce |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0503-0008 | 03/01/2005 | CINDY KOPKA - JAGER - SMITH PC | | | | |
| | | B&W Copies D - Heavy Litigation | 659.00 | 0.1950 | | 128.51 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 128.51 |
| | Sales Tax: | 6.43 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **134.94** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

Invoice:  **BOS05030029**
Invoice Date:  **03/01/2005**
Due Date:  **03/11/2005**
Customer Code:  **BOS-JAGE**
Natl ID:  **44293**

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  134.94**

# EXHIBIT 36

Page 1 of 1

**IKON** **Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | BOS05030237 |
| Invoice Date: | 03/10/2005 |
| Due Date: | 03/20/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions -   Boston, MA
Phone:   (617) 371-1300        Fax:
Federal ID:   230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn:  HOWARD BLATCHFORD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.0001 | | | Francis Joyce |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0503-0213 | 03/09/2005 | HOWARD BLATCHFORD - JAGER - SMITH PC | | | | |
| | | B&W Copies D - Heavy Litigation | 5,704.00 | 0.1900 | | 1,083.76 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 1,083.76 |
| | Sales Tax: | 54.19 |
| Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **1,137.95** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____        Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

**Invoice:** **BOS05030237**
Invoice Date: **03/10/2005**
Due Date: **03/20/2005**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **1,137.95**

# EXHIBIT 37

Page 1 of 1

**IKON** Document Efficiency *At Work."*

# INVOICE

| | |
|---|---|
| Invoice # | BOS05030327 |
| Invoice Date: | 03/10/2005 |
| Due Date: | 03/20/2005 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions -   Boston, MA
Phone:   (617) 371-1300        Fax:
Federal ID:    230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn:  HOWARD BLATCHFORD

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.0001 | | | Francis Joyce |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| SO-0503-0215 | 03/09/2005 | HOWARD BLATCHFORD - JAGER - SMITH PC | | | | |
| | | B&W Copies D - Heavy Litigation | 3,016.00 | 0.1900 | | 573.04 |

| | |
|---|---|
| Taxable Sales: | 573.04 |
| Sales Tax: | 28.65 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work has been received and accepted by Customer.  Customer assures payment of this invoice within 10 days.  Interest at the rate of the lesser of 1.5% per month or the maximum legal rate will be charged on invoices not paid within 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| PAY THIS AMOUNT | $ | 601.69 |
|---|---|---|

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received and Accepted by: _____    Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

Invoice:  **BOS05030327**
Invoice Date:  **03/10/2005**
Due Date:  **03/20/2005**
Customer Code:  **BOS-JAGE**
Natl ID:  44293

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT**   $  **601.69**

**EXHIBIT 38**



**IKON** Document Efficiency
At Work.℠

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300      Fax:
Federal ID:   230334400

| | |
|---|---|
| Invoice # | BOS06050204 |
| Invoice Date: | 05/09/2006 |
| Due Date: | 05/19/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

3021/156

**SOLD TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0189 | 05/08/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 844.00 | 0.195 | 164.58 |
| | | 11x17 B&W Copies | 1.00 | 0.350 | 0.35 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 164.93 |
| | Sales Tax: | 8.25 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | 173.18 |

Received and Approved by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**Amount Enclosed**

$173.18

**Invoice:** BOS06050204
Invoice Date: 05/09/2006
Due Date: 05/19/2006
Customer Code: BOS-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $  173.18

# EXHIBIT 39



**IKON** Document Efficiency At Work.™

# INVOICE

| | |
|---|---|
| Invoice # | BOG06050064 |
| Invoice Date: | 05/10/2006 |
| Due Date: | 05/20/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA - Graphics
Phone:   (617) 371-1300         Fax:   (617) 371-1310
Federal ID:   230334400

**SOLD TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

3021/157

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.0001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0089 | 05/09/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Color 8.5x11 (Letter) Copies | 64.00 | 1.500 | 96.00 |

| | | |
|---|---|---|
| **Please Pay From This Invoice**<br><br>Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales:<br>Sales Tax:<br>Non-Taxable:<br>Postage:<br>Delivery: | 96.00<br>4.80<br>0.00<br>0.00<br>0.00 |
| | **PAY THIS<br>AMOUNT** | **100.80** |

Received and Approved by: _____   Date: 5/14/06

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ 100.80 |

**Invoice: BOG06050064**
Invoice Date: **05/10/2006**
Due Date: **05/20/2006**
Customer Code: **BOG-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  100.80**

# EXHIBIT 40



**Document Efficiency At Work.®**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06050230 |
| Invoice Date: | 05/10/2006 |
| Due Date: | 05/20/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax:
Federal ID:    230334400

*301|54*

**SOLD TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.0001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0216 | 05/09/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 1,356.00 | 0.170 | 230.52 |
| | | Manila Folders - LTR | 272.00 | 0.350 | 95.20 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 325.72 |
| | Sales Tax: | 16.29 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **342.01** |

Received and Approved by: _____   Date: _____

> Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ 342.01 |

**Invoice: BOS06050230**
Invoice Date: **05/10/2006**
Due Date: **05/20/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $   342.01**

# EXHIBIT 41



**Document Efficiency At Work.**

# INVOICE

IKON Office Solutions - Boston, MA
Phone:  (617) 371-1300     Fax:
Federal ID:   230334400

| | |
|---|---|
| Invoice # | BOS06050231 |
| Invoice Date: | 05/10/2006 |
| Due Date: | 05/20/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

**SOLD TO:**

3021/15 3

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0215 | 05/09/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 410.00 | 0.195 | 79.95 |
| | | 11x17 B&W Copies | 2.00 | 0.350 | 0.70 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 80.65 |
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days.  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 4.03 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **84.68** |

Received and Approved by: _____     Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ 84.68 |

**Invoice:** BOS06050231
Invoice Date: **05/10/2006**
Due Date: **05/20/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  84.68**

# EXHIBIT 42


**Document Efficiency At Work.™**

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax:
Federal ID: 230334400

| Invoice # | BOS06050229 |
|---|---|
| Invoice Date: | 05/10/2006 |
| Due Date: | 05/20/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

3021|155

**SOLD TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.0001 | | | Kamal Gadelhak |

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0217 | 05/09/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 975.00 | 0.195 | 190.13 |
| | | Tabs (Custom) | 10.00 | 1.350 | 13.50 |
| | | Binder - 2" | 1.00 | 8.000 | 8.00 |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| Taxable Sales: | 211.63 |
|---|---|
| Sales Tax: | 10.58 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** | **222.21** |

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**Amount Enclosed**

$ 222.21

**Invoice:** BOS06050229
Invoice Date: 05/10/2006
Due Date: 05/20/2006
Customer Code: BOS-JAGE
Natl ID: 44293

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 222.21

# EXHIBIT 43

# INVOICE

**IKON** Document Efficiency At Work.™

| | |
|---|---|
| Invoice # | BOS06050270 |
| Invoice Date: | 05/11/2006 |
| Due Date: | 05/21/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300     Fax:
Federal ID: 230334400

3021/158

**SOLD TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

| Salesorder | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0605-0252 | 05/10/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 2,768.00 | 0.195 | 539.76 |

| **Please Pay From This Invoice** | | |
|---|---|---|
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 539.76 |
| | Sales Tax: | 26.99 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **566.75** |

Received and Approved by: _____     Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ 566.75 |

**Invoice:** BOS06050270
Invoice Date: **05/11/2006**
Due Date: **05/21/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ **566.75**

JAGER SMITH P.C.                                                                    0404
Vendor: Ikon Office Solutions

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 05/09/06 | B&W Copies D-Heavy Litigation-5316.1 | BOS06050204 | 173.18 | | 173.18 |
| 05/10/06 | B&W Copies D-Heavy Litigation5316.1 | BOS06050231 | 84.68 | | 84.68 |
| 05/10/06 | B&W Copies D-Heavy Litigation5316.1 | BOS06050230 | 342.01 | | 342.01 |
| 05/10/06 | B&W Copies D-Heavy Litigation-5316.1 | BOS06050229 | 222.21 | | 222.21 |
| 05/10/06 | Color Copies-5316.1 | BOS06050064 | 100.80 | | 100.80 |
| 05/11/06 | Heavy Litigation-5316.1 | BOS06050270 | 566.75 | | 566.75 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 05/23/06 | 6464 | 1489.63 | 0.00 | 1489.63 |

SFMS01353-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-992-7277    H94CBH0010000    L03SF003371
SAFEGUARD LITHO USA    SFSL2  CK7506112L

| | Taxable Sales: | 539.76 |
|---|---|---|
| **Please Pay From This Invoice** | Sales Tax: | 26.99 |
| | Non-Taxable: | 0.00 |
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** | **566.75** |

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**Amount Enclosed**

$ 566.75

**Invoice:** BOS06050270
Invoice Date: 05/11/2006
Due Date: 05/21/2006
Customer Code: BOS-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $  566.75

# EXHIBIT 44

Page 1 of 1



**Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06070046 |
| Invoice Date: | 07/06/2006 |
| Due Date: | 07/16/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

**IKON Office Solutions - Boston, MA**
Phone:  (617) 371-1300    Fax:
Federal ID:  230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

*3621/18a*

Attn:  JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| XXXXXXX | 546,0001 | | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0029 | 07/05/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Manila Folders - LTR | 94.00 | 0.350 | 32.90 |
| | | B&W Copies D - Heavy Litigation | 2,533.00 | 0.195 | 493.94 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 526.84 |
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days.  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Sales Tax: | 26.34 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **553.18** |

Received and Approved by: _____    Date: _____

| Please pay from this copy.  The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice:  BOS06070046**
Invoice Date:  **07/06/2006**
Due Date:  **07/16/2006**
Customer Code:  **BOS-JAGE**
Natl ID:  **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  553.18**

# EXHIBIT 45



**Document Efficiency At Work."**

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax:
Federal ID:    230334400

| | |
|---|---|
| Invoice # | BOS06070051 |
| Invoice Date: | 07/06/2006 |
| Due Date: | 07/16/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

BILL TO:
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

SHIP TO:
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

*3621/181*

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| DWYER & CO LLORA | *5316. 0001* | | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0038 | 07/05/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | 11x17 B&W Copies | 1.00 | 0.350 | 0.35 |
| | | Redwell Folders - LTR | 2.00 | 1.500 | 3.00 |
| | | Manila Folders - LTR | 30.00 | 0.350 | 10.50 |
| | | B&W Copies E - Glasswork | 1,696.00 | 0.195 | 330.72 |

| | | |
|---|---|---|
| **Please Pay From This Invoice** | | |
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: | 344.57 |
| | Sales Tax: | 17.23 |
| | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT** $ | **361.80** |

Received and Approved by: _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice: BOS06070051**
Invoice Date: **07/06/2006**
Due Date: **07/16/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT**  $  **361.80**

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/06/06 | Copies/Folders 5316.1 | BOS06070051 | 361.80 | | 361.80 |
| 07/06/06 | Copies/Folders 5316.1 | BOS06070046 | 553.18 | | 553.18 |
| 07/13/06 | Copies-5316.1 | BOS06070177 | 827.19 | | 827.19 |
| 07/14/06 | Copies-5316.1 | BOS06070224 | 51.60 | | 51.60 |
| 07/14/06 | Copies-Lyon | BOS06070221 | 179.55 | | 179.55 |
| 07/14/06 | Copies-5238.1 | BOS06070031 | 478.80 | | 478.80 |
| 07/24/06 | Copies 5316.1 | BOS06070364 | 60.41 | | 60.41 |
| 07/31/06 | Foamcore-5316.01 | BOG06070101 | 132.30 | | 132.30 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|-----------|---------|-----------|----------|---------|
| 08/03/06 | 6754 | 2644.83 | 0.00 | 2644.83 |

SFMS01353-1  TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-892-7277  H94LZ40010000  L03SF003371
SAFEGUARD LITHO USA  SFS-2  CK7808119L

| | | | |
|---|---|---|---|
| Manila Folders - LTR | 30.00 | 0.330 | |
| B&W Copies E - Glasswork | 1,696.00 | 0.195 | 330.72 |

---

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 344.57 |
| Sales Tax: | 17.23 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **361.80** |

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL CENTER
BOSTON, MA 02111

**Amount Enclosed**

$ _____

**Invoice:** BOS06070051
Invoice Date: **07/06/2006**
Due Date: **07/16/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
IKON Office Solutions
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 361.80