# EXHIBIT 46



**Document Efficiency At Work.™**

# INVOICE

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax:
Federal ID: 230334400

| Invoice # | BOS06070177 |
|---|---|
| Invoice Date: | 07/13/2006 |
| Due Date: | 07/23/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

BILL TO:
**JAGER - SMITH PC**
**1 FINANCIAL CENTER**
**BOSTON, MA 02111**

SHIP TO:
**JAGER - SMITH PC**
**1 FINANCIAL CENTER**
**BOSTON, MA 02111**

Attn: JOANNE DALCOMO

30211175

Price using: STANDARD Price

| Reference / Case # 5316.01 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0177 | 07/12/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 4,040.00 | 0.195 | 787.80 |

### Please Pay From This Invoice

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| Taxable Sales: | 787.80 |
|---|---|
| Sales Tax: | 39.39 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **827.19** |

Received and Approved by:                                      Date: 7/13/06

Please pay from this copy. The party named on this bill is held responsible for payment.

Payment From:
**JAGER - SMITH PC**
**1 FINANCIAL CENTER**
**BOSTON, MA 02111**

| Amount Enclosed |
|---|
| $ |

Invoice: **BOS06070177**
Invoice Date: **07/13/2006**
Due Date: **07/23/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

Please Remit To:
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

PAY THIS
AMOUNT  $  827.19

# EXHIBIT 47



**IKON** **Document Efficiency At Work."**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06070224 |
| Invoice Date: | 07/14/2006 |
| Due Date: | 07/24/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone:  (617) 371-1300    Fax:
Federal ID:   230334400

BILL TO:

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

SHIP TO:

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0218 | 07/14/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 252.00 | 0.195 | 49.14 |

3021/176

| | | |
|---|---|---|
| **Please Pay From This Invoice** | Taxable Sales: | 49.14 |
| | Sales Tax: | 2.46 |
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days .  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | Non-Taxable: | 0.00 |
| | Postage: | 0.00 |
| | Delivery: | 0.00 |
| | **PAY THIS AMOUNT  $** | **51.60** |

Received and Approved by: _____    Date: 7/14/06

> Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

Invoice: **BOS06070224**
Invoice Date: **07/14/2006**
Due Date: **07/24/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $   51.60**

# EXHIBIT 48



**IKON** Document Efficiency
At Work."

# INVOICE

| | |
|---|---|
| Invoice # | BOS06070364 |
| Invoice Date: | 07/24/2006 |
| Due Date: | 08/03/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax:
Federal ID:    230334400

**BILL TO:**

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**

**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: PHYLLIS JONES

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 5316.0001 | | | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0358 | 07/21/2006 | PHYLLIS JONES - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 295.00 | 0.195 | 57.53 |

3621/179

| | | | |
|---|---|---|---|
| **Please Pay From This Invoice** | | Taxable Sales: | 57.53 |
| | | Sales Tax: | 2.88 |
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | | Non-Taxable: | 0.00 |
| | | Postage: | 0.00 |
| | | Delivery: | 0.00 |
| | | **PAY THIS AMOUNT  $** | **60.41** |

Received and Approved by: _Phillip Shailey_ Date: _7/34_

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| **$** |

**Invoice:** BOS06070364

Invoice Date: 07/24/2006
Due Date: 08/03/2006
Customer Code: BOS-JAGE
Natl ID: 44293

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT  $  60.41**

# EXHIBIT 49



**IKON** Document Efficiency At Work.™

# INVOICE

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID:   230334400

| | |
|---|---|
| Invoice # | BOG06070076 |
| Invoice Date: | 07/25/2006 |
| Due Date: | 08/04/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**BILL TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

*3021/182*

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0159 | 07/24/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Binder - 1/2" | 2.00 | 6.000 | 12.00 |
| | | Tabs (Custom) | 20.00 | 0.750 | 15.00 |
| | | Binder - 2" | 4.00 | 8.000 | 32.00 |
| | | Binder - 5" | 2.00 | 40.000 | 80.00 |
| | | Manila Folders - LTR | 184.00 | 0.500 | 92.00 |
| | | Tabs (Alpha/Numeric) | 366.00 | 0.350 | 128.10 |
| | | B&W Copies D - Heavy Litigation | 5,900.00 | 0.195 | 1,150.50 |

| | |
|---|---|
| **Please Pay From This Invoice** | |

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 1,509.60 |
| Sales Tax: | 75.48 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT  $** | **1,585.08** |

Received and Approved by: _____    Date: _____

| Please pay from this copy. The party named on this bill is held responsible for payment. |
|---|

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

Invoice: BOG06070076
Invoice Date: 07/25/2006
Due Date: 08/04/2006
Customer Code: BOG-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT  $  1,585.08**

# EXHIBIT 50



Page 1 of 1

**Document Efficiency At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06070017 |
| Invoice Date: | 07/04/2006 |
| Due Date: | 07/14/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone:  (617) 371-1300    Fax:
Federal ID:  230334400

3021/172

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.0001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0009 | 07/03/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Binder - 2" | 1.00 | 8.000 | 8.00 |
| | | Tabs (Alpha/Numeric) | 53.00 | 0.350 | 18.55 |
| | | Binder - 1" | 3.00 | 7.000 | 21.00 |
| | | B&W Copies D - Heavy Litigation | 709.00 | 0.195 | 138.26 |

### Please Pay From This Invoice

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 185.81 |
| Sales Tax: | 9.29 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **195.10** |

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

**Invoice:** BOS06070017
Invoice Date: **07/04/2006**
Due Date: **07/14/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $  195.10

# EXHIBIT 51



**Document Efficiency**
**At Work.**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06070443 |
| Invoice Date: | 07/27/2006 |
| Due Date: | 08/06/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: 230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

*302/1183*

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case # 5316.0001 | Reference 2 | Reference 3 | Account Manager Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0436 | 07/26/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Tabs (Alpha/Numeric) | 140.00 | 0.350 | 49.00 |
| | | Binder - 4" | 2.00 | 25.000 | 50.00 |
| | | Binder - 5" | 4.00 | 40.000 | 160.00 |
| | | B&W Copies D - Heavy Litigation | 3,898.00 | 0.195 | 760.11 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts. | Taxable Sales: 1,019.11 |
| | Sales Tax: 50.96 |
| | Non-Taxable: 0.00 |
| | Postage: 0.00 |
| | Delivery: 0.00 |

| PAY THIS AMOUNT | $ | 1,070.07 |
|---|---|---|

Received and Approved by: _____    Date: _____

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice: BOS06070443**
Invoice Date: 07/27/2006
Due Date: 08/06/2006
Customer Code: **BOS-JAGE**
Natl ID: 44293

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 1,070.07

# EXHIBIT 52



# INVOICE

| | |
|---|---|
| Invoice # | BOG06070081 |
| Invoice Date: | 07/27/2006 |
| Due Date: | 08/06/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID: 230334400

**BILL TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.0001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0607-0175 | 07/26/2006 | JOANNE DALCOMO - JAGER - SMITH PC | | | |
| | | Tabs (Alpha/Numeric) | 216.00 | 0.350 | 75.60 |
| | | Binder - 3" | 4.00 | 11.000 | 44.00 |
| | | Manila Folders - LTR | 108.00 | 0.500 | 54.00 |
| | | B&W Copies D - Heavy Litigation | 3,392.00 | 0.165 | 559.68 |
| | | 11x17 B&W Copies | 8.00 | 0.350 | 2.80 |
| | | Color 8.5x11 (Letter) Copies | 4.00 | 1.000 | 4.00 |
| | | Binder - 1" | 2.00 | 7.000 | 14.00 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Taxable Sales: | 754.08 |
| Sales Tax: | 37.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

**PAY THIS AMOUNT** $ **791.78**

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** BOG06070081
Invoice Date: 07/27/2006
Due Date: 08/06/2006
Customer Code: BOG-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS AMOUNT** $ 791.78

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/25/06 | Copies/Binders/Folders 5316.1 | BOG06070076 | 1585.08 | | 1585.08 |
| 07/27/06 | Copies/Binders 5316.1 | BOS06070443 | 1070.07 | | 1070.07 |
| 07/27/06 | Copies/Binders 5316.1 | BOG06070081 | 791.78 | | 791.78 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/07/06 | 6770 | 3446.93 | 0.00 | 3446.93 |

SFMS01353-1    TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-392-7277    H94LZ40010000    L03SF003371

SAFEGUARD LITHO USA  SFSL2  CKFS08112L

| | | | |
|---|---|---|---|
| Manila Folders - LTR | 108.00 | 0.500 | 54.00 |
| B&W Copies D - Heavy Litigation | 3,392.00 | 0.165 | 559.68 |
| 11x17 B&W Copies | 8.00 | 0.350 | 2.80 |
| Color 8.5x11 (Letter) Copies | 4.00 | 1.000 | 4.00 |
| Binder - 1" | 2.00 | 7.000 | 14.00 |

### Please Pay From This Invoice

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 754.08 |
| Sales Tax: | 37.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | 791.78 |

Received and Approved by: _____    Date: _____

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
JAGER - SMITH PC
1 FINANCIAL STREET
BOSTON, MA 02111

| Amount Enclosed |
|---|
| $ |

Invoice: **BOG06070081**
Invoice Date: 07/27/2006
Due Date: 08/06/2006
Customer Code: BOG-JAGE
Natl ID: 44293

**Please Remit To:**
IKON Office Solutions
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT** $ 791.78

# EXHIBIT 53

Page 1 of 1

**INVOICE**

| | |
|---|---|
| Invoice # | BOG06080045 |
| Invoice Date: | 08/10/2006 |
| Due Date: | 08/20/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**cument Efficiency
At Work.™**

ce Solutions - Boston, MA - Graphics
(7) 371-1300    Fax:  (617) 371-1310
): 230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

3021/1549

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: PHYLIS  JONES

Price using: STANDARD Price

| Reference / Case #
5316.01 | Reference 2 | Reference 3 | Account Manager
Kamal Gadelhak |
|---|---|---|---|

| Sales Order | Order Date | Ordered By | | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|---|
| SO-0608-0082 | 08/09/2006 | PHYLIS  JONES - JAGER - SMITH PC | | | | |
| | | Tabs (Alpha/Numeric) | | 3.00 | 0.350 | 1.05 |
| | | Binder - 2" | | 3.00 | 8.000 | 24.00 |
| | | Tabs (Custom) | | 30.00 | 1.250 | 37.50 |
| | | B&W Copies C - Medium Litigation | | 1,083.00 | 0.165 | 178.70 |

| | |
|---|---|
| Taxable Sales: | 241.25 |
| Sales Tax: | 12.06 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |

**Please Pay From This Invoice**

Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days.  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts.

| **PAY THIS
AMOUNT** $ | 253.31 |
|---|---|

Received and Approved by: _____    Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice: BOG06080045**
Invoice Date: **08/10/2006**
Due Date: **08/20/2006**
Customer Code: **BOG-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $  253.31

# EXHIBIT 54



**Document Efficiency At Work.™**

# INVOICE

IKON Office Solutions - Boston, MA - Graphics
Phone: (617) 371-1300    Fax: (617) 371-1310
Federal ID:    230334400

| | |
|---|---|
| Invoice # | BOG06080107 |
| Invoice Date: | 08/24/2006 |
| Due Date: | 09/03/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOG-JAGE |
| Natl ID: | 44293 |

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

Attn: JOANNE DALCOMO

Price using: STANDARD Price

| Reference / Case #<br>5316.0001 | Reference 2 | Reference 3 | Account Manager<br>Kamal Gadelhak |
|---|---|---|---|

*Rockland*

| Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|
| JOANNE DALCOMO - JAGER - SMITH PC | | | |
| (sq ft) | 6.00 | 2.000 | 12.00 |
| q/ft) | 6.00 | 7.000 | 42.00 |

*3021/191*

| | |
|---|---|
| **Please Pay From This Invoice** | |

Your signature below is an agreement that the above described work has been authorized and received. The party above assures payment of this invoice within 10 days. Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days. Customer agrees to pay legal fees incurred in the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 54.00 |
| Sales Tax: | 2.70 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT    $** | **56.70** |

Received and Approved by: _____    Date: *8/24/06*

**Please pay from this copy. The party named on this bill is held responsible for payment.**

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL STREET
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice:  BOG06080107**
Invoice Date:  08/24/2006
Due Date:  09/03/2006
Customer Code:  **BOG-JAGE**
Natl ID:  **44293**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOG
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS**
**AMOUNT    $   56.70**

# EXHIBIT 55

Page 1 of 1

**Document Efficiency
At Work.™**

# INVOICE

| | |
|---|---|
| Invoice # | BOS06080431 |
| Invoice Date: | 08/21/2006 |
| Due Date: | 08/31/2006 |
| Terms: | Net 10 Days |
| Customer Code: | BOS-JAGE |
| Natl ID: | 44293 |

.ON Office Solutions - Boston, MA
Phone:　(617) 371-1300　　Fax:　(617) 371-1310
Federal ID:　230334400

**BILL TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

**SHIP TO:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

Attn: GINA SUK

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| 9316.001 | | | Kamal Gadelhak |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| SO-0608-0391 | 08/18/2006 | GINA SUK - JAGER - SMITH PC | | | |
| | | B&W Copies D - Heavy Litigation | 632.00 | 0.195 | 123.24 |

| | |
|---|---|
| **Please Pay From This Invoice** | |
| Your signature below is an agreement that the above described work has been authorized and received.  The party above assures payment of this invoice within 10 days .  Interest at the rate of the lesser 1.5% per month or the maximum legal rate will be charged on invoices not paid in 10 days.  Customer agrees to pay legal fees incurred in the collection of past due accounts. | |

| | |
|---|---|
| Taxable Sales: | 123.24 |
| Sales Tax: | 6.16 |
| Non-Taxable: | 0.00 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **129.40** |

Received and Approved by: _____　　Date: _____

Please pay from this copy.  The party named on this bill is held responsible for payment.

**Payment From:**
**JAGER - SMITH PC**
1 FINANCIAL CENTER
BOSTON, MA 02111

| **Amount Enclosed** |
|---|
| $ |

**Invoice:** **BOS06080431**
Invoice Date: **08/21/2006**
Due Date: **08/31/2006**
Customer Code: **BOS-JAGE**
Natl ID: **44293**

**Please Remit To:**
**IKON Office Solutions**
LDS Northeast District - BOS
P O Box 827164
Philadelphia, PA 19182-7164

**PAY THIS
AMOUNT** $　129.40

# EXHIBIT 56

# Invoice

**Ouvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Invoice Number:
60813

Voice:   617-720-5733
Fax:      617-720-5737

*290/93*

Invoice Date:
Dec 21, 2005

Page:
1

Bill To:

Jager Smith, P.C.
J. D'Alcomo
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | DAvid E. Lurie, Esq., Boston | 45.00 | 45.00 |
| 1.00 | Summons | Mintz, Levin, Boston | 45.00 | 45.00 |
| | | CASE: PROF. SERVICES GROUP VS. TOWN OF ROCKLAND, ET AL | | |

*Re: 536.01*

*Rockland*

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | | |
|---|---|---|
| Subtotal | | 90.00 |
| Sales Tax | | |
| Total Invoice Amount | | 90.00 |