# EXHIBIT 57

# Invoice

, Jodrey & Associates
Devonshire Place
Boston, MA  02109

Voice:    617-720-5733
Fax:      617-720-5737

**Invoice Number:**
61477

**Invoice Date:**
Jan 29, 2006

**Page:**
1

Bill To:

Jager Smith, P.C.
J. D'Alcomo
One Fininical Center
Boston, MA  02111

*290/94*

Federal ID: 04-2647543

*53/6.000/*

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Mintz, Levin | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Boston (fed) | 42.00 | 42.00 |
| 1.00 | Summons | DAvid Lurie, Esq. | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Boston (fed) | 42.00 | 42.00 |
| | | CASE: PROF. SERVICES GROUP VS. | | |
| | | TOWN OF ROCKLAND | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 158.00 |
| Sales Tax | |
| Total Invoice Amount | 158.00 |

# EXHIBIT 58

# Invoice

...ie, Jodrey & Associates
...e Devonshire Place
Boston, MA  02109

Voice:   617-720-5733
Fax:     617-720-5737

Bill To:
   Jager Smith, P.C.
   Phyllis Jones
   One Finanical Center
   Boston, MA  02111

Invoice Number:
61654

Invoice Date:
Feb 5, 2006

Page:
1

Federal ID: 04-2647543



290/96

$316.01

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Rockland Public Schools | 42.00 | 42.00 |
| 1.00 | Summons | Massasoit Comm. College,Brockton | 44.00 | 44.00 |
| | | CASE: PROF. SERVICES GROUP VS. | | |
| | | TOWN OF ROCKLAND, ET AL | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 86.00 |
| Sales Tax | |
| Total Invoice Amount | 86.00 |

# EXHIBIT 59

16:33am  From-SUVALLE JODREY ASSOCIATES    617-720-5737    T-928  P.001/002  F-795

# Invoice

## Suvalle, Jodrey & Associates
## One Devonshire Place
## Boston, MA  02109

Voice:    617-720-5733
Fax:       617-720-5737

Bill To:
Jager Smith, P.C.
J. D'Alcomo
One Finanical Center
Boston, MA  02111

Invoice Number:
64132

Invoice Date:
May 21, 2006

Page:
1

Federal ID: 04-2647543

| Customer ID | | | Payment Terms |
|---|---|---|---|
| Jager | | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | City of Lynn | 39.00 | 39.00 |
| 1.00 | Summons | City of Gloucester | 54.00 | 54.00 |
| 1.00 | Summons | Susan Keenan | 75.00 | 75.00 |
| 1.00 | Fees Advanced | Taunton (fed) | 57.00 | 57.00 |
| 1.00 | Summons | Town of Plymouth | 65.00 | 65.00 |
| 1.00 | Summons | City of Brockton | 55.00 | 55.00 |
| 1.00 | Summons | City of Fall River | 75.00 | 75.00 |
| 1.00 | Summons | City of Cranston, RI | 100.00 | 100.00 |
| 1.00 | Summons | City of New Bedford | | 75.00 |
| | | CASE: PROF. SERVICES GROUP VS. TOWN OF ROCKLAND, ET AL | | |

## PLEASE PUT INVOICE NUMBER ON YOUR CHECK.

| | |
|---|---|
| Subtotal | 595.00 |
| Sales Tax | |
| Total Invoice Amount | 595.00 |

# EXHIBIT 60

**Valle, Jodrey & Associates**
**ne Devonshire Place**
**Boston, MA  02109**

Voice:    617-720-5733
Fax:      617-720-5737

# Invoice

Invoice Number:
64231

Invoice Date:
May 24, 2006

Page:
1

290|05 *(handwritten)*

Bill To:

Jager Smith, P.C.
P Jones
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

*Rockland (handwritten)*

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | town of Southbridge | 85.00 | 85.00 |
| 1.00 | Summons | City of Leom. | 75.00 | 75.00 |
| 1.00 | Summons | Town of Hull | 45.00 | 45.00 |
| | | CASE: PROF. SERVICES GROUP VS. | | |
| | | TOWN OF ROCKLAND, ET AL | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 205.00 |
| Sales Tax | |
| Total Invoice Amount | 205.00 |

# EXHIBIT 61

JAGER SMITH P.C.

Vendor: SUVALLE, JODREY & ASSOCIATES

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 04/30/06 | 5316.1-Summons/Fees Advanced | 63536 | 232.00 | | 232.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 06/02/06 | 6506 | 232.00 | 0.00 | 232.00 |

| Quantity | Item | Description | Unit Price | Extension |
|----------|------|-------------|-----------|-----------|
| 1.00 | Summons | Frank Cavaleri | 55.00 | 55.00 |
| 1.00 | Fees Advanced | Hingham (fed) | 51.00 | 51.00 |
| 1.00 | Summons | Aram Varjabedian | 65.00 | 65.00 |
| 1.00 | Fees Advanced | Middleboro (fed) | 61.00 | 61.00 |
| | | CASE: PROF. SERVICES GROUP VS. TOWN OF ROCKLAND | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|--|--|
| Subtotal | 232.00 |
| Sales Tax | |
| Total Invoice Amount | 232.00 |

# EXHIBIT 62

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Voice:    617-720-5733
Fax:      617-720-5737

Invoice Number:
65270

Invoice Date:
Jul 16, 2006

Page:
1

Bill To:

Jager Smith, P.C.
J. D'Alcomo
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Robert Arendell, Brockton | 45.00 | 45.00 |
| 1.00 | Summons | Cynthia Solomon, Dighton | 65.00 | 65.00 |
| 1.00 | Summons | Susan Keenan, Taunton | 54.00 | 54.00 |
| 1.00 | Summons | DAvid Lurie, Boston | 27.00 | 27.00 |
| 1.00 | Summons | Aram Varjabedian, Middleboro | 54.00 | 54.00 |
| | | CASE: PROF. SERVICES GROUP VS. TOWN OF ROCKLAND (WF PAID BY ATTY.-BILL FOR SERVICES) | | |

*5316. 0001*

*ROCKland*

*290/111*

| | Subtotal | 245.00 |
|---|---|---|
| | Sales Tax | |
| | Total Invoice Amount | 245.00 |

**PLEASE PUT INVOIC**

# EXHIBIT 63

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Voice:    617-720-5733
Fax:      617-720-5737

Invoice Number:
65427

Invoice Date:
Jul 23, 2006

Page:
1

Bill To:

Jager Smith, P.C.
Phyllis Jones
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Frank Cavaleri, HIngham | 43.00 | 43.00 |
| 1.00 | Summons | Aram Varjabedian, Middleboro | 55.00 | 55.00 |
| 1.00 | Summons | Jack Bonomo, Auburn, NH | 90.00 | 90.00 |
| 1.00 | Summons | Gregory Thomson, Rockland | 50.00 | 50.00 |
| | | CASE: PROF. SERVICES VS. TOWN OF ROCKLAND (WF ADV. BY ATTY.-BILL FOR SERVICE ONLY) | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 238.00 |
| Sales Tax | |
| Total Invoice Amount | 238.00 |

# EXHIBIT 64

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

| | |
|---|---|
| Voice: | 617-720-5733 |
| Fax: | 617-720-5737 |

# Invoice

Invoice Number:
65531

Invoice Date:
Jul 30, 2006

Page:
1

Bill To:
Jager Smith, P.C.
P. Jones
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

*(handwritten: 290/114)*

*(handwritten inside circle: 5316.01  Phyllis 101)*

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Bruce haskell | 67.00 | 67.00 |
| 1.00 | Fees Advanced | Camb. (2tr)(fed) | 42.00 | 42.00 |
| | | CASE: PROF. SERVICES VS. TOWN OF ROCKLAND | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 109.00 |
| Sales Tax | |
| Total Invoice Amount | 109.00 |

# EXHIBIT 65

# Invoice

**Suvalle, Jodrey & Associates**
**One Devonshire Place**
**Boston, MA  02109**

Invoice Number:
65532

Invoice Date:
Jul 30, 2006

Page:
1

Voice:    617-720-5733
Fax:      617-720-5737

Bill To:

Jager Smith, P.C.
P. Jones
One Finanical Center
Boston, MA  02111

Federal ID: 04-2647543

| Customer ID | | Payment Terms |
|---|---|---|
| Jager | | Due Upon Receipt |

| Quantity | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.00 | Summons | Joseph Ridge | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Camb. (fed) | 42.00 | 42.00 |
| | | CASE: PROF. SERVICES VS. TOWN OF ROCKLAND | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 79.00 |
| Sales Tax | |
| Total Invoice Amount | 79.00 |

6803

Vendor: SUVALLE, JODREY & ASSOCIATES

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/16/06 | Summons 5316.1 | 65270 | 245.00 | | 245.00 |
| 07/23/06 | Summons 5316.1 | 65427 | 238.00 | | 238.00 |
| 07/30/06 | Summons 5316.1 | 65532 | 79.00 | | 79.00 |
| 07/30/06 | Summons 5316.1 | 65531 | 109.00 | | 109.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 08/14/06 | 6803 | 671.00 | 0.00 | 671.00 |

Jager

Due Upon Receipt

| Quantity | Item | Description | Unit Price | Extension |
|----------|------|-------------|------------|-----------|
| 1.00 | Summons | Joseph Ridge | 37.00 | 37.00 |
| 1.00 | Fees Advanced | Camb. (fed) | 42.00 | 42.00 |
| | | CASE: PROF. SERVICES VS. TOWN OF ROCKLAND | | |

**PLEASE PUT INVOICE NUMBER ON YOUR CHECK.**

| | |
|---|---|
| Subtotal | 79.00 |
| Sales Tax | |
| Total Invoice Amount | 79.00 |

# EXHIBIT 66

From-SUVALLE JODREY ASSOCIATES          617-720-5737          T-974   P.002/002   F-941

# SUVALLE, JODREY & ASSOCIATES

ONE DEVONSHIRE PLACE
BOSTON, MA 02109

# STATEMENT

**MASSACHUSETTS CONSTABLES**

"*Timely* Service"
**Since 1925**

PHONE: (617) 720-5733
FAX: (617) 720-5737

| CUSTOMER NO. |
|---|
| JAGER |
| STATEMENT DATE |

TO

JAGER SMITH
ONE FINANCIAL CENTER
BOSTON, MA  02111

ATT: PHYLLIS A. JONES

| INVOICE NO. | AMOUNT APPLIED |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL AMOUNT OF CHECK | $ |

PLEASE FILL IN PAYMENT BOX AND RETURN THIS PORTION WITH YOUR CHECK.

| DATE | TYPE | INVOICE/CHECK NO. | DESCRIPTION | AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 1 |  |  | WITNESS FEE:  ARAM VARJABEDIAN, MIDDLEBORO, MA   $ 61.00 |  |  |  |
|  |  |  | CASE: psg vs. town of rockland, et al |  |  |  |

COMMENTS

JAGER SMITH P.C.

Vendor: SUVALLE, JODREY & ASSOCIATES

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|------|-------------|-----------|--------|------|---------|
| 07/18/06 | Witness Fees | 5316.1 | 61.00 | | 61.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 07/21/06 | 6685 | 61.00 | 0.00 | 61.00 |

A61110

o  If requesting reimbursement for
   out-of-pocket expenses, receipts
   must accompany this form

DLEBORO, MA  $ 61.00

s. town of rockland, et al

COMMENTS

# EXHIBIT 67

02:12pm   From-SUVALLE JODREY ASSOCIATES               617-720-5737          T-960   P.002/002   F-897

# SUVALLE, JODREY & ASSOCIATES

ONE DEVONSHIRE PLACE
BOSTON, MA 02109

ACHUSETTS CONSTABLES

*"Timely   Service"*
Since 1925

PHONE: (617) 720-5733
FAX: (617) 720-5737

| CUSTOMER NO. |
| --- |
| JAGER |
| STATEMENT DATE |

| | INVOICE NO. | AMOUNT APPLIED |
| --- | --- | --- |

T
O

JAGER SMITH, PC
ONE FINANCIAL CENTER
BOSTON, MA  02111

ATT: PHYLLIS A. JONES

| TOTAL AMOUNT OF CHECK | $ |
| --- | --- |

PLEASE FILL IN PAYMENT BOX AND RETURN THIS PORTION WITH YOUR CHECK.

| DATE | TYPE | INVOICE/CHECK NO. | DESCRIPTION | AMOUNT | PAYMENTS | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| WITNESS FEES: | | CASE OF PSG V. TOWN OF ROCKLAND, ET AL | | | | |
| | | | JACK BONOMO   WF $62 | | | |
| | | | GREGORY THOMSON  WF $53 | | | |
| | | | TOTAL: $115.00 FOR WITNESS FEE ONLY | | | |

COMMENTS

JAGER SMITH P.C.
Vendor: SUVALLE, JODREY & ASSOCIATES

6665

| Date | Description | | Invoice # | Amount | Disc | Net Amt |
|------|-------------|--|-----------|--------|------|---------|
| 07/13/06 | Witness Fees 5316.1 | | | 115.00 | | 115.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|------------|---------|-----------|----------|---------|
| 07/17/06 | 6665 | 115.00 | 0.00 | 115.00 |

MATTER: _____ # _U1_

290/109

o  If requesting reimbursement for
   out-of-pocket expenses, receipts
   must accompany this form

| | AMOUNT | PAYMENT |
|--|--------|---------|
| ET AL | | |
| F $62 | | |
| WF $53 | | |
| FOR WITNESS FEE ONLY | | |

COMMENTS