# EXHIBIT 68

10:41am   From-SUVALLE JODREY ASSOCIATES            617-720-5737       T-944   P.002/002   F-864

# SUVALLE, JODREY & ASSOCIATES

ONE DEVONSHIRE PLACE
BOSTON, MA 02109

## STATEMENT

sSACHUSETTS CONSTABLES

"Timely Service"
Since 1925

PHONE: (617) 720-5733
FAX: (617) 720-5737

CUSTOMER NO.

STATEMENT DATE

| INVOICE NO. | AMOUNT APPLIED |
|---|---|
| | |
| | |
| | |
| | |
| | |

TOTAL AMOUNT OF CHECK  $

TO:
JAGER SMITH, PC
ONE FINANCIAL CENTER
BOSTON, MA 02111

ATT: PYLLIS A. ONES

LEASE FILL IN PAYMENT BOX AND RETURN THIS PORTION WITH YOUR CHECK.

| DATE | TYPE | INVOICE/CHECK NO. | DESCRIPTION | AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| 7-11-06 | | | WITNESS FEES TO BE ADVANCED BY ATTY. RE CASE OF: PSG V. TOWN OF ROCKLAND, ET AL<br><br>A. VARJABEDIAN  - WF OF $61<br>D. LURIE          - WF OF $42<br>S. KEENAN         - WF OF $57<br>C. SOLOMON        - WF OF 63<br>R. ARENDELL       - WF OF $52<br>F. CAVALERI       - WF OF $51<br><br>TOTAL WITNESS FEE: $ 326.00 | | | |

COMMENTS

Vendor: SUVALLE, JODREY & ASSOCIATES

6655

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 07/11/06 | Witness Fees | 5316.1 | 326.00 | | 326.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 07/11/06 | 6655 | 326.00 | 0.00 | 326.00 |

MATTER: _____ # ____

- If requesting reimbursement for out-of-pocket expenses, receipts must accompany this form

| | AMOUNT | PAYMENTS | BALANCE |
|---|---|---|---|
| ATTY. RE CASE OF: | | | |

F. CAVALERI — WF OF $51

TOTAL WITNESS FEE: $ 326.00

COMMENTS

# EXHIBIT 69

Vendor: Griesinger, Tighe, & Maffei, LLP

| Date | Description | Invoice # | Amount | Disc | Net Amt |
|---|---|---|---|---|---|
| 02/08/06 | Town of Rockland-5316.0001 | | 1224.00 | | 1224.00 |

| Check Date | Check # | Gross Amt | Disc Amt | Net Amt |
|---|---|---|---|---|
| 04/06/06 | 6262 | 1224.00 | 0.00 | 1224.00 |

SFMS01353-1
SAFEGUARD LITHO USA   SFSL2   CK7S08112L
TO REORDER, CALL YOUR LOCAL SAFEGUARD DISTRIBUTOR AT 800-992-7277
H94CBH0010000   L03SF003371

# GRIESINGER, TIGHE & MAFFEI, LLP
## 176 Federal Street
## Boston, Massachusetts 02110

TELEPHONE (617) 542-9900
FACSIMILE (617) 542-0900

Tax I.D. No.: 01-0698772

February 08, 2006

David Osborne, Esquire
Dwyer & Collora, LLP
600 Atlantice Avenue
Boston MA 02210

1025/4

Invoice # 15071

In Reference To:  Town of Rockland Mediation

FOR PROFESSIONAL SERVICES rendered and costs incurred through January 2006 as detailed on the enclosed print-out:

|  | Hours | Amount |
|---|---|---|
| Fees | 7.20 | $2,448.00 |
| Dwyer & Collora's Share: |  | $1,224.00 |
| Jager Smith's Share: |  | $1,224.00 |



David Osborne, Esquire  
    Town of Rockland Mediation

Invoice #   15071  
Date   2/8/2006  
2

|  |  | Hours | Amount |
|---|---|---:|---:|
| **Time** | | | |
| 1/18/2006 TFM | Review parties submissions | 1.00 | 340.00 |
| 1/19/2006 TFM | Review parties submissions | 1.00 | 340.00 |
| 1/20/2006 TFM | Attend mediation at Dwyer & Collora | 5.20 | 1,768.00 |
| SUBTOTAL: | | [ 7.20 | 2,448.00] |
| Balance due | | | $2,448.00 |

David Osborne, Esquire  Invoice #   15071
    Town of Rockland Mediation  Date   2/8/2006
       3

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Thomas F. Maffei | 7.20 | 340.00 | $2,448.00 |

# EXHIBIT 70

MAGGIOLI REPORTING SERVICES, INC.
48 Watson Street
Braintree, MA  02184
(781) 356-2636


JAGER SMITH, PC
One Financial Center
Boston, MA  02111

ATTN:  Joanne D'Alcomo, Esq

Statment Date:      7/5/06          FIN: 04-3150419

Invoice Number:     3503            sue

1490/33

---

| DATE TAKEN | REFERENCE | | CHARGES |
|---|---|---|---|
| 6/9/06 | PSG V TOWN OF ROCKLAND | | |
| | Representing the Defendant. | | |
| | DEPO OF CYNTHIA SOLOMON 30(b)(6) | 16  p | 56.00 |
| | DEPO OF CYNTHIA SOLOMON | 235  p | 822.50 |
| | Mini Transcript | | |
| | Postage | | |
| | Please return one copy with payment | | |
| | TOTAL DUE | | $878.50 |

5316-0001

Rockland