UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>PROFESSIONAL SERVICES )<br>GROUP, INC., Plaintiff, )<br>   v. )<br>)<br>)<br>TOWN OF ROCKLAND, ROCKLAND )<br>)<br>SEWER COMMISSION, GREGORY )<br>THOMSON and MICHAEL SAUSÉ, )<br>      Defendants )<br>)<br>)<br>TOWN OF ROCKLAND, ROCKLAND )<br>SEWER COMMISSION, )<br>     Plaintiffs-in-Counterclaim )<br>     and Crossclaim, )<br>v. )<br>)<br>PROFESSIONAL SERVICES )<br>GROUP, INC., )<br>     Defendant-in-Counterclaim, )<br>)<br>and )<br>)<br>MICHAEL SAUSÉ, )<br>     Crossclaim Defendant )<br>) | Civil No. 04-11131-PBS |

**MOTION BY TOWN OF ROCKLAND AND ROCKLAND SEWER
COMMISSION TO HAVE UNTIL DECEMBER 10TH, LESS THAN ONE WEEK
AFTER THE FILING OF AN APPELLATE BRIEF, TO FILE REPLY TO
PLANTIFF'S RESPONSE TO ATTORNEYS' FEE PETITION**

Town of Rockland and Rockland Sewer Commission (the "Town"") request leave

to file a reply to Opposition by Plaintiff, Professional Services Group, Inc., to

Defendants' Attorneys Fee Petition by December 10.  Since PSG's opposition was filed

on November 21, 2007, the Town's counsel has been tied up with the final appellate brief

defending a judgment in the matter of <u>Murali Jasty, M.D.,</u> v. <u>Wright Medical Group, Inc.,</u>

et al., First Circuit Case Nos. 07-1743, 07-1744, in which she represents the

Plaintiff/appellee/cross-appellant. The brief is due December 4. The Town believes a

reply is necessary to address arguments made by PSG.

<div style="margin-left:50%">

Respectfully submitted,
TOWN OF ROCKLAND,
ROCKLAND SEWER COMMISSION
By its attorneys,


*/s/ Joanne D'Alcomo*

_____
Joanne D'Alcomo
BBO #544177
Howard P. Blatchford, Jr.
BBO #045580
JAGER SMITH P.C.
One Financial Center
Boston, MA 02111
(617) 951-0500

</div>

Dated: November 28, 2007.