UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, et al, <br><br> . | )<br>)<br>)<br>)<br>)<br>)  Civil No. 04-11131-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**TOWN OF ROCKLAND'S AND ROCKLAND SEWER COMMISSION'S MOTION FOR LEAVE TO FILE CORRECTED REPLY TO PROFESSIONAL SERVICES GROUP, INC.'S OPPOSITION TO ATTORNEYS' FEE PETITION TO CORRECT STREAKS**

The Town of Rockland and the Rockland Sewer Commission (collectively referred to as "Town") hereby request leave to file the attached corrected Reply to the Opposition of Plaintiff Professional Services Group, Inc., to the Town's attorneys' fee petition. There is no substantive change from the Reply. There were technical problems in filing the original Reply, leading to streaks and blurriness, because Defendants' counsel had to file electronically from outside the office due to a family emergency (the emergency hospitalization of her mother on December 9), and ran into some hurdles in the filing process. Defendants further request that the filing be accepted even though it was recorded as filed until a few minutes after midnight on December 11; the Defendants had requested leave to file sometime December 10. The family emergency issues created the delay.

2

Respectfully submitted,

TOWN OF ROCKLAND AND
ROCKLAND SEWER COMMISSION,

By their attorneys:

/s/   Joanne D'Alcomo
_____
Joanne D'Alcomo (BBO # 544177)
Seth Nesin (BBO # #650739)
JAGER SMITH P.C.
One Financial Center
Boston, Massachusetts 02111
617-951-0500

Dated: December 11, 2007