# JAGER SMITH P.C.
COUNSELORS AT LAW

ONE FINANCIAL CENTER
BOSTON, MASSACHUSETTS 02111
telephone 617 951 0500
facsimile 617 951 2414
www.jagersmith.com

**JOANNE D'ALCOMO**
jdalcomo@jagersmith.com

January 31, 2008

Robert Alba
Clerk to the Honorable Patti B. Saris
U.S. District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *PSG v. Town of Rockland et al.*
Civil No. 04-11131-PBS

Dear Mr. Alba:

The purpose of this letter is to call to the Court's attention a typographical error in the decision in this Memorandum and Order on the Chapter 93A claim, dated September 26, 2007. It has occurred to me that the Court may be interested in knowing of the error because it misstates a proper name. The typographical error appears on page 6 of the decision, where the firm Camp Dresser & McKee is mistakenly referenced as "Carr, Dresser & McGeen." The firm is also referenced later in the opinion, but the later reference is correct. A marked copy of the relevant excerpt is attached.

Respectfully,

Joanne D'Alcomo

JDA/ce
Enclosures

cc: Maria Durant, Esq.

JS#196180v1