UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PROFESSIONAL SERVICES GROUP, INC.,

    Plaintiff,

        v.

TOWN OF ROCKLAND, ROCKLAND SEWER
COMMISSION, GREGORY THOMSON, and
MICHAEL SAUSÉ,                          04-CV-11131-PBS

    Defendants.

TOWN OF ROCKLAND and ROCKLAND
SEWER COMMISSION,

    Plaintiffs-in-Counterclaim and Crossclaim,

        v.

PROFESSIONAL SERVICES GROUP, INC.,

    Defendants-in-Counterclaim,

and MICHAEL SAUSÉ,

    Defendant-in-Crossclaim.

NOTICE OF WITHDRAWAL

    Please withdraw from the docket my appearance as counsel for the Massachusetts Attorney General and the Massachusetts Inspector General *amicus curiae*.

                                    MARTHA COAKLEY
                                    ATTORNEY GENERAL

                                    /s/Juliana deHaan Rice
                                    Juliana deHaan Rice, BBO 564918
                                    Assistant Attorney General
                                    Government Bureau

                                        One Ashburton Place
                                        Boston, Massachusetts 02108-1698
                                        (617) 727-2200, ext. 2062

Dated: April 29, 2008

**Certificate of Service**

The undersigned counsel hereby certifies that this document filed through the ECF system will be sent electronically to all registered participants on April 29, 2008.

                                        /s/ Juliana deHaan Rice
                                        Juliana deHaan Rice
                                        Assistant Attorney General