UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PROFESSIONAL SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, GREGORY THOMSON and MICHAEL SAUSÉ, <br> Defendants <br><br> TOWN OF ROCKLAND, ROCKLAND SEWER COMMISSION, <br><br> Plaintiffs-in-Counterclaim and Crossclaim <br><br> v. <br><br> PROFESSIONAL SERVICES GROUP, INC., <br><br> Defendant-in-Counterclaim, <br><br> and <br><br> MICHAEL SAUSÉ, <br><br> Crossclaim Defendant | Civil No. 04-11131-PBS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Plaintiffs-in-Counterclaim, Town of Rockland and Rockland Sewer Commission, and the Defendants-in-Counterclaim, Professional Services Group, Inc., hereby stipulate and agree that all claims advanced by the Town of Rockland and the Rockland Sewer Commission against Professional Services Group, Inc., in the

above-captioned matter are hereby dismissed with prejudice and all rights of appeal are hereby waived.

Respectfully submitted,

| Plaintiffs-in-Counterclaim | Defendants-in-Counterclaim |
|---|---|
| TOWN OF ROCKLAND<br>ROCKLAND SEWER COMMISSION<br>By their attorneys, | PROFESSIONAL SERVICES GROUP, INC.,<br><br>By its attorneys, |
| /s/ Joanne D'Alcomo<br>Joanne D'Alcomo (BBO 544177)<br>JAEGER SMITH, PC<br>One Financial Center<br>Boston, MA 02111<br>(617) 951-0500 | /s/ Maria R. Durant<br>Maria R. Durant (BBO # 558906)<br>DWYER & COLLORA, LLP<br>Federal Reserve Plaza<br>600 Atlantic Avenue, 12th Floor<br>Boston, MA 02210<br>(617) 371-1000 |

Dated: June 23, 2008

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on June 23, 2008.

/s/ Maria R. Durant
Maria R. Durant